JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated

(b) County of Residence of First Listed Plaintiff  Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Kara J. Janssen, Rosen Bien Galvan & Grunfeld LLP, 101 Mission Street, 6th Floor, San Francisco, CA 94105-1738, (415) 433-6830; [SEE ATTACHMENT]

## DEFENDANTS
UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; [SEE ATTACHMENT]

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- 1  U.S. Government Plaintiff
- 3  Federal Question *(U.S. Government Not a Party)*
- **X** 2  U.S. Government Defendant
- 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| | 340 Marine | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 151 Medicare Act | 345 Marine Product Liability | | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | **PERSONAL PROPERTY** | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| | 355 Motor Vehicle Product Liability | 370 Other Fraud | | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 360 Other Personal Injury | 371 Truth in Lending | 790 Other Labor Litigation | | 485 Telephone Consumer Protection Act |
| | 362 Personal Injury -Medical Malpractice | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 160 Stockholders' Suits | | 385 Property Damage Product Liability | | 861 HIA (1395ff) | |
| 190 Other Contract | | | **IMMIGRATION** | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 864 SSID Title XVI | 891 Agricultural Acts |
| | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 445 Amer. w/Disabilities–Employment | 535 Death Penalty | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | | **OTHER** | | | |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 448 Education | **X** 550 Civil Rights | | | |
| 290 All Other Real Property | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- **X** 1  Original Proceeding
- 2  Removed from State Court
- 3  Remanded from Appellate Court
- 4  Reinstated or Reopened
- 5  Transferred from Another District *(specify)*
- 6  Multidistrict Litigation–Transfer
- 8  Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983; 18 U.S.C. § 1591
Brief description of cause:
Defendants have assaulted, harassed, degraded, and trafficked Plaintiffs and put Plaintiffs at substantial risk of serious harm due to sexual assault and retaliation by Staff.

## VII. REQUESTED IN COMPLAINT:
✓ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.
DEMAND $ 10,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  **X** Yes    No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:
JUDGE Gonzalez-Rogers
DOCKET NUMBER [SEE ATTACHMENT]

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*    **X** SAN FRANCISCO/OAKLAND    SAN JOSE    EUREKA-MCKINLEYVILLE

DATE 08/16/2013    SIGNATURE OF ATTORNEY OF RECORD

California Coalition for Women Prisoners; et al.
v.
United States of America Federal Bureau of Prisons, et al.

## ATTACHMENT TO CIVIL COVER SHEET

**1.(a) Additional Defendants (continued from face page):**
BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity;
FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity;
OFFICER BELLHOUSE, in his individual capacity;
OFFICER GACAD, in his individual capacity;
OFFICER JONES, in his individual capacity;
LIEUTENANT JONES, in her individual capacity;
OFFICER LEWIS, in his individual capacity;
OFFICER NUNLEY, in his individual capacity;
OFFICER POOL, in his individual capacity;
LIEUTENANT PUTNAM, in his individual capacity;
OFFICER SERRANO, in his individual capacity;
OFFICER SHIRLEY, in his individual capacity;
OFFICER SMITH, in his individual capacity;
OFFICER VASQUEZ, in her individual capacity.


**1.(c) Attorneys for Plaintiffs (continued from face page):**
MICHAEL W. BIEN – 096891
*mbien@rbgg.com*
ERNEST GALVAN – 196065
*egalvan@rbgg.com*
KARA J. JANSSEN – 274762
*kjanssen@rbgg.com*
GINGER JACKSON-GLEICH – 324454
*Gjackson-gleich@rbgg.com*
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104

[4339000.1]

SUSAN M. BEATY – 324048
*susan@ccijustice.org*
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, CA  94612-4700
Telephone:    (510) 679-3674

OREN NIMNI – Mass Bar No. 691821 (*pro hac vice* application pending)
*oren@rightsbehindbars.org*
AMARIS MONTES – Md. Bar No. 2112150205 (*pro hac vice* application pending)
*amaris@rightsbehindbars.org*
D DANGARAN – Mass Bar No. 708195 (*pro hac vice* application pending)
*d@rightsbehindbars.org*
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:    (202) 455-4399

## VIII.  RELATED CASES

*United States v. John Russell Bellhouse*, 22-cr-00066-YGR – Judge Yvonne Gonzales Rogers

*United States v. Enrique Chavez*, 22-cr-00104-YGR – Judge Yvonne Gonzales Rogers

*United States v. Ray J. Garcia*, 21-cr-00429-YGR – Judge Yvonne Gonzales Rogers

*United States v. James Theodore Highhouse*, 22-cr-00016-HSG– Judge Haywood S. Gilliam, Jr.

*United States v. Andrew Jones*, 23-cr-00212-YGR – Judge Yvonne Gonzales Rogers

*United States v. Ross Kliger*, 22-cr-00031-YGR – Judge Yvonne Gonzales Rogers

*United States v. Nakie Nunley*, 23-cr-00213-YGR – Judge Yvonne Gonzales Rogers

*United States v. Darrell Wayne Smith*, 23-cr-00110-YGR – Judge Yvonne Gonzales Rogers

*A v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-02342-YGR – Judge Gonzales Rogers

[4339000.1]

*A v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-02375-YGR – Judge Gonzales Rogers

*C v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-02206-YGR – Judge Gonzales Rogers

*C v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-03558-YGR – Judge Gonzales Rogers

*D.S. v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-02668-YGR – Judge Gonzales Rogers

*D.V. v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-02135-YGR – Judge Gonzales Rogers

*J v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-02201-YGR – Judge Gonzales Rogers

*J.O. v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-03700-YGR – Judge Gonzales Rogers

*M.R. v. Federal Correctional Institution "FCI" Dublin, et al.*, 22-cv-05137-YGR – Judge Gonzales Rogers

*M.S. v. Federal Correctional Institution "FCI" Dublin, et al.*, 4:22-cv-08924-YGR – Judge Gonzales Rogers

*Preciado v. Bellhouse, et al.*, 4:22-cv-09096-YGR – Judge Gonzales Rogers

*R v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-02405-YGR – Judge Gonzales Rogers

*S v. United States of America, et al.*, 4:23-cv-03538-YGR – Judge Gonzales Rogers

*S.M. v. United States of America (Federal Bureau of Prisons), et al.*, 4:23-cv-03562-YGR – Judge Gonzales Rogers

[4339000.1]