MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:	(415) 433-6830
Email:	mbien@rbgg.com
	egalvan@rbgg.com
	kjanssen@rbgg.com
	gjackson-gleich@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:	(510) 679-3674
Email:	susan@ccijustice.org

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:	(202) 455-4399
Email:	oren@rightsbehindbars.org
	amaris@rightsbehindbars.org
	d@rightsbehindbars.org

**Pro hac vice* applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>　　　　Defendants. | Case No. 4:23-cv-4155<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO PROCEED ANONYMOUSLY** |

[4337309.1]

Case No. 4:23-cv-4155

PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO PROCEED ANONYMOUSLY

1   Plaintiffs submitted their Application to Proceed Anonymously by using their
2   initials instead of their full names on August 16, 2023.
3   This Court, having considered the briefs and other documents in support of the
4   application and being fully advised in this matter finds as follows:
5   IT IS HEREBY ORDERED that Plaintiffs' Application to Proceed Anonymously
6   is **GRANTED**.

8   **IT IS SO ORDERED**

10  DATED: _____     _____
11                              Honorable _____
12                              United States District Court Judge