MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
       egalvan@rbgg.com
       kjanssen@rbgg.com
       gjackson-gleich@rbgg.com

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
       amaris@rightsbehindbars.org
       d@rightsbehindbars.org

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

**Pro hac vice* applications pending*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF J▅▅▅▅▅ M▅▅▅▅ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4248325.1]

I, J█████ M███, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I am incarcerated in federal prison and have been incarcerated at FCI Dublin from 2018 to the present. In the future BOP may transfer me to other BOP facilities but at any point I could be transferred back to FCI Dublin; although I would never want to come back to this place.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of serious harm from imminent sexual assault, harassment, and retaliation from staff. I feel like I am breaking down from being in this place.

4. I have experienced multiple incidents of sexual abuse and harassment since being at FCI Dublin. On approximately November 5, 2021, Nurse Frasier Cohen had me remove my shirt and bra for an EKG and he placed wires on my chest near my breast area putting his hand on my bare breast. There was no reason for me to get the EKG and having to take my shirt and bra off and expose my breasts to a male nurse, without any women present, and have him touch me was incredibly traumatic and led me to avoid going to medical whenever I could, and I refused to see Nurse Cohen again. Later, on approximately July 29, 2022, Officer Wilson, acting as a Nurse came into my cell and gave me a shot that knocked me out for several hours. I do not know why he gave me the shot, and no one explained why I was given the shot in my cell instead of in the medical offices. I do not know what happened when I was unconscious, and the experience made me even more afraid to engage with seek medical care at the facility due to fears I would be groped or otherwise drugged and assaulted.

5. I have also witnessed staff sexually abuse and harass other incarcerated persons at FCI Dublin. I began volunteering in the kitchen during COVID because they

didn't have enough workers. At the time, the officers in charge of supervising workers in the kitchen were Officer Jones and Officer Poole. Both officers blatantly engaged in sexual relationships with incarcerated people in the facility.

6. On approximately February 5, 2022, Officer Poole asked two other incarcerated women to stay behind and help him even though the kitchen was closed, and I and all the other workers were leaving. Officer Poole was alone with the two incarcerated women for close to an hour. I know this because I walked by the building after 6 and saw one of the women, W████, duck down to hide below the window when she saw me. W████ later told me she was having a sexual relationship with Officer Poole and the second woman, R███, also later told me she was also having a sexual relationship with Officer Poole. R███ was also having a sexual relationship with Officer Jones. The following day, on approximately February 6, 2022, I saw Officer Jones with R███ in the office in the kitchen. I could see them through the window and witnessed Officer Jones with his hands around R███'s neck, appearing to choke her. I knew they were in a sexual relationship because I saw Officer Jones give her special privileges, saw them go into the office alone, and Officer Jones would get in R███'s face in front of everyone and told her to stop telling people about their relationship.

7. Eventually someone must have reported the incidents involving Officers Jones and Poole because around July of 2022, SIS Lt. Putnum called me in to ask me about it, but I was too afraid of retaliation to report what I knew. I had previously seen the Warden, Ray Garcia, go into a recreation room alone with another incarcerated person, M████, and it was well known he was having a relationship with her. Knowing that leadership at FCI Dublin was engaged in these same acts made me feel even more afraid to come forward because BOP officer cover for each other and I was terrified of being thrown into the solitary confinement in the SHU.

8. When I arrived at FCI Dublin in 2018 no one provided me with information about my rights under the Prison Rape Elimination Act (PREA). I still have not been provided with information about PREA. I have seen posters occasionally that have some

[4248325.1]                                  2
DECLARATION OF J████████ M████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

PREA related information on them but usually only when people are coming to tour the facility.  We have been provided with an 800 number we are supposed to be able to call to report issues, but the prison phones won't dial 800 numbers.

9. There is no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin.  The only methods I am aware of to report sexual assault and abuse by staff are to tell staff, report to SIS, or to send an email to DOJ using the facilities computers.  While these messages are not supposed to be read by BOP staff the computers in the facility do not have functioning privacy screens and are positioned so that staff and other incarcerated persons can see what I am typing and who I am sending it to.  In the last few months BOP installed what they called "privacy" screens on the computers, but they do not work.  They only block people from seeing the screen if they are sitting directly to the side of it, otherwise anyone looking generally at the computers can still see what is being typed.

10. All other forms of communication, including mail, video calls, phone calls, and email are heavily monitored by BOP staff.  It is also difficult to report to counsel because staff at FCI Dublin limit access to legal calls and if you are placed in the SHU do not allow access to phone calls or emails to be able to tell people what is happening.  For a period of time, we could also report to a BOP taskforce but that ended a while ago.

11. Staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report.  When Warden Garcia and his colleagues were terminated for having sexual relations with inmates, the staff continued to retaliate against us by taking away recreation times, conducting unnecessary and harassing room searches and limiting our access to calls, including to counsel.  My case manager has prevented me from making legal calls and video calls and also denied my request for a transfer.  Beginning in the Summer of 2021, staff also started forcing us to stay in our uniforms until the evening hours, while other prisons allow people to change into shorts earlier in the day and stopped allowing people to wear BOP issued shorts to mainline.  The focus on our clothing makes me feel staff blame us and our clothes for the sexual

misconduct by staff.

12.     My worst fears came true and after I had a legal call with my counsel on October 24, 2022, about what is happening at Dublin, I was retaliated against and placed in the SHU.  Shortly after this meeting on October 30, SIS called me to their office and claimed a stereo that I had been openly using for several months which I found on-site must have been given to me by an officer.  Officer Ferguson kept asking me who I was sleeping with and treated me like I did something wrong.  I believe I was targeted due to what I discussed on my legal call only a few days prior.  I was placed in solitary confinement in the SHU from October 30 until November 15, 2022.  During this time, I asked to call my lawyer but was not allowed to do so to tell them what was happening.

13.     While I was in the SHU, I became distraught and was placed on suicide watch.  When I was placed on suicide watch staff made me put on a safety smock which barely covered my naked body and made me walk across the facility with only the safety smock on.

14.     When incarcerated persons report sexual assault and abuse by staff, FCI Dublin and BOP do not seriously investigate the reports.  Investigations are frequently delayed and overseen by staff who know and work with the offending staff member.  Generally nothing happens as a result.  As my experience indicates, the "investigation" can include nothing more than yelling at and harassing incarcerated persons instead of actually investigating staff.

15.     There is no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin.  On January 20, 2023, I asked to speak to mental health and was told "no" by Officer Hendricks.  Approximately 45 minutes later, I was able to walk over to the mental health office.  Once there, I saw a woman whose name starts with an "M."  Ms. M said she could not help me and was new to the facility.  I was told to send a message to "reentry", and someone would respond.  I did so but did not receive a response to the email.  Ms. Groover, the Unit Manager for Units A/B also often comes over to my unit E/F and is very disrespectful to us and offers no help.

16. There are very few mental health workers at FCI Dublin. Dr. Hong left in early January 2023 and Mr. Northerly told me that he was leaving in late January 2023 for Arizona. The psychiatrist, Dr. Mulcahey, is married to my Unit Manager Craig and I am deeply concerned that anything I say to her will be conveyed to her husband who runs my unit and cause further retaliation. I know they talk about us because Dr. Mulcahey told me that Officer Craig locks himself in his office and avoids us for his safety and our safety.

17. There is little to no medical care available to survivors of sexual abuse and assault at FCI Dublin. For a period of time there was no medical doctor at the facility and only recently has there been a part-time doctor on-site. The prior doctors, physician assistants, nurses and nurse practitioners have either been walked off, fired, forced to resign, or simply placed in other BOP institutions. Patients are not being seen, given improper or inadequate care, touched inappropriately, and staff violate our HIPAA rights by discussing our medical issues in the presence of other inmates while inside the waiting rooms. Patients are being sent back from sick call and told that they would be rescheduled for appointments which never occurs. Patients are being told that the institution is either short-staffed or there is no staff at all. The lack of medical care has caused my fibromyalgia to flare up and my left side to be paralyzed at times and I was in excruciating pain. As a result, I was given cortisone shots, but they stopped providing them and I still suffer from pain. Mr. Wilson in Medical is also very disrespectful, and I feel uncomfortable communicating with staff which makes it hard for me to get the care I need.

18. Staff at FCI Dublin do not wear body-worn cameras in the facility and while there are some cameras installed in fixed locations in the facility, but it is well known that there are no cameras in the kitchen, Unicor, commissary, laundry and in offices. Essentially cameras are generally in the units and hallways. The cameras that are installed are enclosed in dark colored glass and it is impossible to tell where they are pointing or whether they are working.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this
3  declaration is executed at Dublin, CA this 15th day of August, 2023.

[4248325.1]

6