| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>GINGER JACKSON-GLEICH – 324454<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:  (415) 433-6830<br>Email:  mbien@rbgg.com<br>  egalvan@rbgg.com<br>  kjanssen@rbgg.com<br>  gjackson-gleich@rbgg.com | OREN NIMNI*<br>  Mass. Bar No. 691821<br>AMARIS MONTES*<br>  Md. Bar No. 2112150205<br>D DANGARAN*<br>  Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:  (202) 455-4399<br>Email:  oren@rightsbehindbars.org<br>  amaris@rightsbehindbars.org<br>  d@rightsbehindbars.org |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California  94612-4700<br>Telephone:  (510) 679-3674<br>Email:  susan@ccijustice.org | *Pro hac vice* applications pending |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>  Defendants. | Case No. 4:23-cv-4155<br><br>**DECLARATION OF C▇▇▇ F▇▇ B▇▇▇▇▇ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4316222.2]

DECLARATION OF C▇▇▇ F▇▇ B▇▇▇▇▇ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, C█████ F██ B████████, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I have been incarcerated at FCI Dublin since January 2016. In the past I was incarcerated by the Bureau of Prisons (BOP) at Carswell and Tallahassee. In the future BOP may transfer me to other BOP facilities but at any point I could be transferred back to FCI Dublin.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial, imminent risk of serious harm from sexual assault, harassment, and retaliation from staff.

4. I have worked in Food Service on and off since August 2016. There, I worked as a clerk, and I experienced and witnessed a significant amount of sexual abuse and harassment. In light of this abuse, I left my position for some time in February 2022, I told my counselor I couldn't go back. I just returned this past April.

5. Officer O'Connor would sexually harass me and others in Food Service until he was placed on administrative leave in Fall 2021. On one occasion, Officer O'Connor asked me to cook him an omelet. He grabbed a cucumber and asked if I wanted to "take it back to the unit." I said, I don't know what you mean. He said, "you know, well you've been locked up for so long it may be a little big for you." I was aware that O'Connor had been reported for sexual harassment twice before and nothing happened, so I did not report because I did not think anyone would do anything.

6. In August or September 2021, I saw Officer Jones receiving oral sex from a woman who I knew to be his girlfriend in the warehouse, during the evening shift, between 12:30-6:30pm. I was in the back office doing paperwork at that time. This woman knew that I saw them. She had her friends threaten me against reporting anything. Since that time, those women have transferred.

7. I also witnessed sexual abuse by Officer Smith on the housing units. He formerly was a counselor, but he was demoted due to allegations of sexual misconduct and became an officer. I worked with his wife in Food Service while that demotion was ongoing, so I knew the details. She told me that FCI Dublin had screwed up the investigation, and that the union protected him. She later transferred to work in a different BOP facility.

8. Officer Smith was well known for his sexual misconduct. He would wear a cowboy hat and boots. After they demoted him instead of firing him, he would explain that he was "untouchable." He acted with impunity. He would bring gifts for his girlfriends from the outside. In September or October 2019, I also observed Officer Smith go into a cell and watch two women have sex on C-Unit. After the incident, one of the women told me that he said he wouldn't write them up for having a sexual relationship if they let him watch. She was extremely scared of him.

9. When I arrived at FCI Dublin in 2016, I was not provided adequate training and information about how to respond to sexual abuse. I do not remember receiving any training at all.

10. There is no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin. Staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report. For example, I knew that after a woman reported O'Connor for making comments about her breasts, she lost her RDAP status. He had power over SIS. The reporting system was part of the problem. In addition, there is a general culture of retaliation. I only reported what I experienced and witnessed to SIS and FBI in March 2023. It is very difficult to use the administrative remedy process to report as well – they often do not have the BP-9, BP-10, or BP-11s. It is so bad that I've started stockpiling them. Staff will ask you something like "what is this in regards to?" when you ask for a form and give you a hard time about it to get people not to report things.

11. When incarcerated persons report sexual abuse by staff, FCI Dublin and

BOP do not seriously investigate the reports.  Investigations are frequently delayed and overseen by staff who know and work with the offending staff member.  Generally nothing happens as a result.  Officer Smith and Officer O'Connor are good examples of repeat offenders who were allowed to keep their positions despite repeated reports.  While Officer O'Connor and Jones were on administrative leave, BOP was still accepting "bids" from them and other kitchen staff members who have been walked off pending investigations—including Officer St. Clair and Officer Kinlaw.  My understanding is that Officer O'Connor was recently allowed to medically retire with full benefits.

12. There is little to no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin.  I attempted suicide in March 2021.  After that occurred, I was provided monthly check ins with a psychiatrist.  But in the past few weeks, I've been dropped.  I am asking for help, but I should not have to be scared.

13. There is little to no medical care available to survivors of sexual abuse and assault at FCI Dublin.  In November or December 2022, my medication was taken away, and they tried to take away my heart medication.  Our medical records are all screwed up.  I put in a call out with no response.

14. The camera system at FCI Dublin is inadequate.  Just in the past few weeks, I've just noticed cameras popping up all over Food Service where they were not before which allowed all this abuse to happen, like in the warehouse.  However, there are still no cameras in the staff offices or in the refrigerator or freezer where abuse previously occurred.  Even if there are cameras, it is not clear that anyone is watching the footage.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[4316222.2]

3

DECLARATION OF ██████ ██ ██████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at FCI Dublin, California this 29 day of June, 2023.



[4265484.3]

4