MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:	(415) 433-6830
Email:	mbien@rbgg.com
	egalvan@rbgg.com
	kjanssen@rbgg.com
	gjackson-gleich@rbgg.com

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:	(202) 455-4399
Email:	oren@rightsbehindbars.org
	amaris@rightsbehindbars.org
	d@rightsbehindbars.org

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:	(510) 679-3674
Email:	susan@ccijustice.org

**Pro hac vice* applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF L▋N T▋ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4265484.6]

I, L▮▮▮ T▮▮▮, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I am incarcerated in federal prison and have been incarcerated at FCI Dublin since March 2019. In the past I was incarcerated by the Bureau of Prisons (BOP) at FCI Aliceville. In the future, BOP may transfer me to other BOP facilities but at any point I could be transferred back to FCI Dublin.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of serious harm from sexual assault, harassment, and retaliation from staff.

4. I first witnessed sexual harassment shortly after I arrived at Dublin, in 2019. I was located in the F-Unit. At that time, Associate Warden Garcia began sexually harassing a young woman who was also housed in the F-Unit. Mr. Garcia would go to her cell frequently. I witnessed her raise her shirt up and expose her breasts to Mr. Garcia, which he appeared to enjoy. She would comment on his penis in front of me while I was there, which Mr. Garcia also appeared to enjoy it because he did not do anything to stop her. I viewed this is very inappropriate and it made me feel like there were no rules at FCI Dublin.

5. Beginning during the COVID-19 lockdown in March 2020, I began to experience sexual harassment and abuse by Officer Smith. I witnessed many other women call Officer Smith "Papa Smith" and it was well known that Mr. Smith was flirtatious and liked to be "hands on" with the women. I hear Mr. Smith tell other incarcerated person that he liked to see "titties" because he would make these comments in front of me. He would turn on music in his office and expect women to dance for him.

6. On one occasion in approximately June 2021, in F-Unit, around 8:30 p.m., as folks were winding down for bed, Officer Smith was in the unit at the time and came over

to my doorway. Officer Smith saw me dancing in my room and came over and asked you to dance for him and I did because I felt I had no other option. While I was dancing, he asked to touch my breasts and I pulled my blouse up and he groped my bare breasts with his hands. He then took his hands away and went back to his desk when I saw another girl had come down to dance for him and she danced for him on the unit in front of the officers' station.

7. After this time, he would bring his radio and would ask me and others to dance for him whenever he was working the evening shift on the unit. Everyone at the facility knew he was holding strip shows but no one did anything to stop him. Officer Smith would let me and others move around the unit as we wanted during facility-wide lock-downs and quarantines. He would turn up the officers' MP3 music and let us drink, as long as we entertained him and the other officers with our dancing. They made it seem like a party. We were allowed out of their cells to do what we wanted for the officers' whole shift from – 2 pm until the 10 pm count – as long as we "entertained" Officer Smith and the other officers. Officers Smith, Williams, Bell, and other officers helped by opening the doors and allowing us to roam free while no one else could so that we could dance for them.

8. These experiences have impacted me greatly, I have had to move units, I can't sleep, I feel anxious all the time, I cry and feel I have no one to talk to. I feel degraded and judged and the harassment and retaliation continue to this day.

9. I have gone to SIS multiple times in the last few months because of retaliation and they just ignore me and do nothing to help.

10. After Mr. Garcia became Warden, I also witnessed Mr. Garcia closely watch my niece, M.M., exercise at the recreation yard. I heard Mr. Garcia make lewd comments to M.M. His comments made me think Mr. Garcia researched M.M.'s former employment as an exotic dancer, as he began to gravitate to her cell while doing rounds. I also saw Mr. Garcia touch another woman's backside as she was brushing her teeth. I told her that she should report the incident, but she said she was afraid to do so because SIS Lt. Putnam

was close friends with the Warden.

11. When I arrived at FCI Dublin in 2019, I recall Lt. Putnam saying some stuff about PREA at orientation and watching a PREA thing on TV. But on the inside, everyone at Dublin was just partying. It was wild. I remember thinking, this is prison?

12. Staff at FCI Dublin have never worn body-worn cameras in the facility and despite ongoing sexual abuse and assault at the facility staff still do not use body-worn cameras. There are some cameras installed in fixed locations in the facility, but it is well known that the cameras that were in the hallways did not work, and that there were no cameras in cells. The cameras that are installed are enclosed in dark colored glass and it is impossible to tell where they are pointing or whether they are working.

13. There is no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin. During the conversation I had with my friend regarding her relationship with Warden Garcia my encouragement to her to report the incident, she indicated she did not want to due to Mr. Garcia's and Lt. Putnam's friendship. I was also aware of people being placed in the SHU in retaliation for reporting which made me feel afraid to report as well. The retaliation is ongoing to this day, after speaking with my attorneys and the BOP psychologist I was moved from my unit in retaliation. I have met with SIS four times since then, but no one has done anything to help me, and I have been struggling mentally since the move and feel there is no one here I can trust.

14. I spoke with people from the U.S. Attorney's Office in August 2022 when they came to ask me about ask me about Warden Garcia. The U.S. Attorneys asked what I knew about the Warden's relationship with another woman, but I was afraid to report the abuse I suffered from Officer Smith because I was afraid I would be put in the SHU after having seen others sent to the SHU when they reported.

15. Now, many of the officers from that time period are still here and we are facing retaliation. The officers are treating us like we wanted this to happen. I only want to do my time and go home. I have tried to report issues using the forms they have here for administrative remedies, but officers have refused to take them from me in the past and

I feel like grievances don't matter here.

16. There is no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin. Now, nobody wants to work at FCI Dublin. I am afraid to go to the BOP mental health staff because they share what you tell them with the officers, and I am afraid of retaliation. A few months after I met with the head of psychology, Dr. Mulcahy, I was transferred from my unit because and I was told it was because of my hearing issue because I could not work at Unicor. I was confused because usually I would be able to stay on my unit because I was trying to seek medical care to address the hearing issues. After I was moved, I asked the multiple staff if I could transfer back to my old unit but my old unit manager, Mr. Craig seemed to be blocking it. I went to Mr. Craig, who is married to Dr. Mulcahey, and tried to find out why, he told me that it was because of "all these lies you guys are telling, you guys are going to psychology and telling lies about PREA" and he had too many ladies on his unit with PREA issues. It was clear to me from his comments that he must have heard about my discussions with his wife when I tried to access mental health care.

17. Once services from TriValley care became available I was scared to call TriValley care because you have to email BOP staff to get on the list to speak with them and I was afraid of retaliation. I worked up the courage to email to get added to the list and once I saw counselors from TriValley, I found their services not helpful. They met with me for about 30 minutes and gave me a journal. I was also uncomfortable because I still had to go through Dr. Mulcahy to speak to TriValley and she was nearby during the appointment.

18. There is little to no medical care available to survivors of sexual abuse and assault at FCI Dublin. I need medical care for a respiratory problem. I have been given expired medicines. If I do see a doctor, nothing happens, and I am just sent back to the unit. I am often scared to go to medical. If I go to medical, they will say that I have COVID-19 or some excuse so they don't have to provide any other care. Recently, I requested hearing aids because I have lost my hearing to the point where I cannot work.

1  My request has not been responded to for several weeks.
2  / / /
3  / / /
4  / / /
5  / / /
6  / / /
7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at Dublin, California this *15th* day of August 2023.