MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              kjanssen@rbgg.com
              gjackson-gleich@rbgg.com

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:   (202) 455-4399
Email:        oren@rightsbehindbars.org
              amaris@rightsbehindbars.org
              d@rightsbehindbars.org

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:   (510) 679-3674
Email:        susan@ccijustice.org

*Pro hac vice applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

CALIFORNIA COALITION FOR WOMEN
PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.;
G.M.; A.S.; and L.T., individuals on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

UNITED STATES OF AMERICA FEDERAL
BUREAU OF PRISONS, a governmental entity;
BUREAU OF PRISONS DIRECTOR COLETTE
PETERS, in her official capacity; FCI DUBLIN
WARDEN THAHESHA JUSINO, in her official
capacity; OFFICER BELLHOUSE, in his
individual capacity; OFFICER GACAD, in his
individual capacity; OFFICER JONES, in his
individual capacity; LIEUTENANT JONES, in
her individual capacity; OFFICER LEWIS, in his
individual capacity; OFFICER NUNLEY, in his
individual capacity, OFFICER POOL, in his
individual capacity, LIEUTENANT PUTNAM, in
his individual capacity; OFFICER SERRANO, in
his individual capacity; OFFICER SHIRLEY, in
his individual capacity; OFFICER SMITH, in his
individual capacity; and OFFICER VASQUEZ, in
her individual capacity,

Defendants.

Case No. 4:23-cv-04155

**DECLARATION OF T███
T███████ IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION
AND PROVISIONAL CLASS
CERTIFICATION**

[4313435.1]

I, T█████ T█████, declare:

1.      I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.  I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2.      I am incarcerated in federal prison and have been incarcerated at FCI Dublin from 2015 to present.  In the future BOP may transfer me to other BOP facilities but at any point I could be transferred back to FCI Dublin.

3.      FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of serious harm from sexual assault, harassment, and retaliation from staff.

4.      While at FCI Dublin, I witnessed sexual abuse by many staff including Officer Smith, Warden Ray Garcia, and Officer Nunley.  I first started noticing sexual abuse and harassment by Officer Smith around 2019.  Officer Smith gained the nickname and reputation of "Dirty Dick Smith."  I saw him go into offices with other young women and he would close the door and the blinds and turn off the lights.  He also would look at my roommate's body like a piece of candy and flirted with many women.  I observed he liked one woman in particular and one day I saw that woman, who I knew as Flaca, giving him a lap dance while he sat in a chair on the unit.

5.      My close friend was also sexually abused by Warden Garcia.  I used to pass messages between the Warden and this friend.  He was also involved with another girl who used to do our laundry and I once saw him push her against a wall in a sexual way while kissing.  I quickly walked away because I didn't know what to do.  She also told me that the Warden told her that he loved her and that they were going to make a life together.  I heard he bought her earrings in in exchange for their sexual relationship.  Later she admitted to me that he had and that she was scared of him.

6.      Officer Nunley, who was in charge of UniCor, abused my best friend in the facility.  She told me that he wrote her a letter and ejaculated on the letter and sent it to her.

1    He also made her give him oral sex against her will.  At first my friend did not tell me

2    about this abuse.  I knew she had experienced abuse as a child and that the abuse from

3    Nunley affected her.  I saw her whole behavior and personality change after the abuse from

4    Nunley.  She finally confided in me and told me everything—she was very emotional and

5    started crying.  I know Officer Nunley did the same thing to others because another person

6    also told me that Officer Nunley made her gave him oral sex.  I could see the change in her

7    as well even before she told me because she became withdrawn.  When she told me she

8    said she did not know who to talk to and I told her to go to SIS. If SIS did anything about it

9    we never saw anything and it appeared she was retaliated against because I saw her room

10   get searched multiple times after she reported, more often then anyone else. I watched as

11   they searched her room and took her stuff include legal correspondence she had.  Seeing

12   this made it clear that if you report anything you will be retaliated against.

13          7.      I also took the first class that the former Chaplain Highhouse taught.  When

14   he was teaching the class, he often spoke about inappropriate topics such as his wife,

15   girlfriends, and sex.  He often said it was alright to have sex with people outside of

16   marriage.  He told us he had a girlfriend and a wife.  It blew my mind that this chaplain,

17   who should be someone people trust, was speaking about these things and no one on staff

18   reprimanded him or did anything about it.

19          8.      When I arrived at FCI Dublin in 2015 I was not provided adequate training

20   and information about how to respond to sexual abuse.  I didn't know what PREA was

21   because officers did not inform me about it.  The little I did learn was from other

22   incarcerated people who told me certain things about it later.

23          9.      There is no effective way to confidentially report sexual assault and abuse by

24   staff at FCI Dublin. I tried to help my friend report her abuse from Officer Nunley after he

25   sent her the letter.  We reported it to Lieutenant Putnam and gave him the letter that

26   Officer Nunley ejaculated on.  Lt. Putnam and four other officers came into the unit with

27   the medical unit and took her outside.  Since that moment, we never saw her again. I think

28   she was transferred to Victorville in retaliation.

10.     I've spoken to the FBI twice about my friend who was abused by Nunley and I also spoke about my friend who was abused by Warden Garcia.  They asked me if I could testify against Nunley, and I agreed.  I was also subpoenaed to testify in the Warden's trial.

11.     Staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report.  I don't feel safe because all the officers protect each other to make sure reports about abuse are not released.  Officers get angry when they know we speak to attorneys.  They often will do shakedowns of people who speak to attorneys.  They did this to me even after I emailed an attorney.  They also open legal mail.  My legal mail has been opened and has been stapled shut after opening.  That is how I know that nothing is confidential in this place.

12.     Officers make it seem as if it is our fault that we are being abused and harassed.  For example, they told us we could no longer wear long shorts to dinner because almost the whole kitchen staff was replaced for allegations of abuse or harassment.  There was a unit manager, Officer Korth, who tried to tell the truth about the abuse happening and she ended up resigning. The facility wanted to transfer her away to another facility. I know this because she told me about it and I read about it on the news.

13.     When incarcerated persons report sexual abuse by staff, FCI Dublin and BOP do not seriously investigate the reports.  Investigations are frequently delayed and overseen by staff who know and work with the offending staff member.  Generally nothing happens as a result.  In the past when I have tried to submit a grievance, they often refuse to give me a grievance form which is the only way we can submit them.  Even when I do end up receiving a form successfully, they often do not accept it when I submit it.  I have to physically mail it myself to BOP regional in order to get any response.

14.     There is little to no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin.  For a while there were no psychologists or psychiatrists at all in the facility, more recently they brought in Tri-Valley Care.  I have met with TriValley care twice but it is more of a time to vent because it is a different person each time and I am not sure when they will see me next.  It is also difficult to have

1   a different person each time because you have to explain what happened over and over

2   again.  I have always considered myself someone that the younger girls can talk to but

3   going through all of this weighs you down and I need real mental health support.  I do not

4   trust any internal psychologists so I would like to have access to external psychologists

5   who can provide support.  I thought I could trust the new psychologist Dr. Mulcahey until

6   an issue I had with a former roommate.  That roommate threatened me by saying she

7   would falsely accuse me of sexual assault, and I told my Counselor who called the Unit

8   Manager Craig who accused me of making a false report because I had said I did not feel

9   safe because of how my roommate was acting.  Instead of addressing my roommates

10  behavior I was moved to another unit even though I had been on the unit for 9 years.  I told

11  Dr. Mulcahey I needed to talk to her about this and she told me she would put me on the

12  schedule but this was over two months ago and I still have not been put on the schedule.  I

13  later heard that Unit Manager Craig is in a relationship with Dr. Mulcahey.  I recently put

14  in a transfer request because I do not trust staff at FCI Dublin.

15         15.     There is little to no medical care available to survivors of sexual abuse and

16  assault at FCI Dublin.  I have nerve damage from my knees down and carpal tunnel on

17  both hands.  I was supposed to receive surgery, but they only put a brace on my hands

18  instead of providing me with the surgery I need.  I have been diagnosed with a rare strain

19  of anemia.  I got bruises all over my body and when I told the facility about my bruises,

20  they didn't pay any attention.  The doctors told me it likely got so bad because my anemia

21  went undetected for the last ten years while I have been in BOP custody and now I have to

22  take B12 shots once a month.  Medical detected signs of colon cancer over a year ago and I

23  still have not had a colonoscopy, one was scheduled at one point but I could not make it

24  due to a death in my family and it still has not been rescheduled.  I am also diabetic, and I

25  get no accommodations for it—they deny me diabetic meals and when I ask for them say

26  "this is not a medical facility." I also have dentures which were thrown away and I have

27  not had a replacement in five years.  We also do not have an eye doctor or a psychiatrist.

28  Now, I just do not go to the doctor anymore because it is useless, and I have to use my own

DECLARATION OF T███████  T███████  IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1 | money to submit sick calls and the doctors do nothing.  I remain in pain every day.
2 | / / /
3 | / / /
4 | / / /
5 | / / /
6 | / / /
7 | / / /
8 | / / /
9 | / / /
10 | / / /
11 | / / /
12 | / / /
13 | / / /
14 | / / /
15 | / / /
16 | / / /
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

DECLARATION OF T███████ T███████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct to the best of my knowledge, and that this declaration

3    is executed at Dublin C.A. , _____ this 8ᵀᴴ day of Aug _____ , 2023.

4

5

6

7    

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ▮▮▮▮ ▮▮▮▮ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION