| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>GINGER JACKSON-GLEICH – 324454<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:	(415) 433-6830<br>Email:	mbien@rbgg.com<br>	egalvan@rbgg.com<br>	kjanssen@rbgg.com<br>	gjackson-gleich@rbgg.com | OREN NIMNI*<br>  Mass. Bar No. 691821<br>AMARIS MONTES*<br>  Md. Bar No. 2112150205<br>D DANGARAN*<br>  Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:	(202) 455-4399<br>Email:	oren@rightsbehindbars.org<br>	amaris@rightsbehindbars.org<br>	d@rightsbehindbars.org |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California  94612-4700<br>Telephone:	(510) 679-3674<br>Email:	susan@ccijustice.org | *Pro hac vice* applications pending |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>          Defendants. | Case No.: 4:23-cv-04155<br><br>**DECLARATION OF A▇▇ T▇▇▇▇▇▇ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4340026.1]

I, A▮▮▮ T▮▮▮▮▮▮▮, declare:

1.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2.  I have been incarcerated at FCI Dublin since December 2021. I left for a few months and came back to FCI Dublin around September 2022. In the future BOP may transfer me to other BOP facilities, but at any point I could be transferred back to FCI Dublin.

3.  FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of serious harm from sexual assault, harassment, and retaliation from staff.

4.  When I came back to FCI Dublin I was sexually harassed by Officer Cooper. This happened shortly after I came back to FCI Dublin, between approximately September 23, 2022 and October 9, 2022. Around 8:30 pm I was in the shower and Officer Cooper came by and hit the curtain so it opened and I was exposed. I froze facing towards the shower and did not know what to do. I stood there for approximately three to four minutes and then said "hello?" and Officer Cooper responded, "where is your bunkie at?" It was then I realized he had been standing there with the curtain open the whole time.

5.  I went to my room to change and he followed me and looked into my window into my room while I was changing. When I say him I said "hey I am changing" and he just again asked where my bunkie was. It was incredibly degrading to be treated this way and watched while I was naked and changing.

6.  There is no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin. I was afraid to report Officer Cooper because I was afraid I would be retaliated against. People keep saying we are lying but we are, I am telling the truth.

7.  Staff at FCI Dublin also prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report. I am afraid to deal with staff. We

are constantly getting new staff and each new staff person comes with their own new rules. Staff will falsify records and put whatever dates they want on them. I know because I have received copies of my records with dates that did not make any sense. I submitted a grievance once and staff did not give me the response until several months after my deadline to appeal it. Ever since officers started getting walked off it has been non-stop retaliation. I have never faced anything like this.

8. There is little to no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin. I have anxiety, depression, and OCD. Staff took me off my medications cold turkey and I asked to see a psychiatrist and am still waiting a year later. They do not do anything to help us.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | I declare under penalty of perjury under the laws of the United States of America
2 | that the foregoing is true and correct to the best of my knowledge, and that this declaration
3 | is executed at Dublin, California this __8__ day of __August__, 2023.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28