| | |
|---|---|
| MICHAEL W. BIEN – 096891 | OREN NIMNI* |
| ERNEST GALVAN – 196065 |   Mass. Bar No. 691821 |
| KARA J. JANSSEN – 274762 | AMARIS MONTES* |
| GINGER JACKSON-GLEICH – 324454 |   Md. Bar No. 2112150205 |
| ROSEN BIEN | D DANGARAN* |
| GALVAN & GRUNFELD LLP |   Mass. Bar No. 708195 |
| 101 Mission Street, Sixth Floor | RIGHTS BEHIND BARS |
| San Francisco, California  94105-1738 | 416 Florida Avenue N.W. #26152 |
| Telephone:   (415) 433-6830 | Washington, D.C.  20001-0506 |
| Email:           mbien@rbgg.com | Telephone:   (202) 455-4399 |
|              egalvan@rbgg.com | Email:           oren@rightsbehindbars.org |
|              kjanssen@rbgg.com |              amaris@rightsbehindbars.org |
|              gjackson-gleich@rbgg.com |              d@rightsbehindbars.org |
| SUSAN M. BEATY – 324048 | *Pro hac vice* applications pending |
| CALIFORNIA COLLABORATIVE FOR | |
| IMMIGRANT JUSTICE | |
| 1999 Harrison Street, Suite 1800 | |
| Oakland, California  94612-4700 | |
| Telephone:   (510) 679-3674 | |
| Email:           susan@ccijustice.org | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>            Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF C███████ D███████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4247006 3]

DECLARATION OF C███████ D███████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, C▇▇▇ D▇▇▇, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I have been incarcerated at FCI Dublin since July 2019. In the future, BOP may transfer me to other BOP facilities but at any point I could be transferred back to FCI Dublin.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial, imminent risk of serious harm from sexual assault, harassment, and retaliation from staff.

4. In 2020, I lived in Unit A. While there, Officer Chavez began to bring my bunkie gifts like food, medicine, and MP3 players. I saw him bring her those things and I could tell it was making them closer. I heard Officer Chavez make romantic comments to her and she told me he gave her family money to buy her son a PlayStation 4. She also told me Officer Chavez bought her a house in Mexico. Over time, I became terrified that he would come into my room and assault her because of all the gifts he had given her.

5. In the summer of 2020, my roommate told me that she performed oral sex on Officer Chavez after she returned to our room with blood on her underwear. She told me he would have her work late with him during COVID lockdown so they could have sex and then have sex with her in the freezer. My bunkie and I would speak about these things in code—we used a nickname for Officer Chavez—and she pretended he was her boyfriend from home, as we did not want other people or our other cellmates to pick up on what was going on.

6. In July 2021, I also worked with J.L. in the kitchen. I witnessed Officer Jones stand outside of the freezer while J.L was inside and then go inside the freezer with her. He would tell me to go back and keep watch. I also witnessed Officer Jones tell J.L. that he would "beat her ass" after J.L. said that she was scared to go back to work in the

1  kitchen. Officer Jones would call her into work when she didn't want to go. I could see she
2  was becoming depressed, and I was feeling stressed and afraid because of it too.

3        7.    Even newer staff members have engaged in sexual misconduct. In the last
4  year, multiple officers have been walked off for sexually abusing incarcerated people. For
5  example, Lt. Jones was recently walked off.  Before she was walked Lt. Jones made us
6  take off our outer clothes and stand barefoot on the concrete in the middle of the
7  compound while she searched us in front of male officers.  I also saw her search women in
8  front of male officers, which staff are not supposed to do.

9        8.    There is no effective way to confidentially report sexual assault and abuse by
10 staff at FCI Dublin. I do not feel safe talking to FCI Dublin staff to other staff who work
11 here. It is well known that all of the staff "look out" for each other.  They have each
12 other's backs. Their sexual abuse is so normalized. It's also very difficult to file written
13 grievances against staff people. No one explains to us how to file a grievance, and
14 oftentimes the forms are not available in the units. Also, we have been on COVID-19
15 lockdown for long periods of time during the past few years, which has made reporting
16 very difficult. I did not feel comfortable submitted a grievance until after I spoke to an
17 attorney and even then I was only comfortable sending it to the regional office, not to the
18 institution directly.  I submitted one to the regional office several months ago but still have
19 not received a response. We can't tell our family and friends because all of our regular
20 communications, like calls and email and post mail, are monitored by staff. Incoming and
21 outgoing mail also take a very long time.

22        9.    Staff at FCI Dublin prevent people from reporting sexual assault and abuse
23 by staff and retaliate against people who do report. I am still afraid to submit a grievance
24 directly to the facility.  Officers say, "you think we don't see you reporting on us—we see
25 everything." If you report a staff person, the rest of the staff look at you and treat you
26 differently. They search your room and make your life as difficult as possible. After the
27 Warden was walked off, staff were made and started punishing us. They yelled at us and
28 searched our cells and our lockers all the time and made a mess of our things for no reason.

1  Just by writing this declaration I am afraid that BOP will send me to the SHU or ship me
2  away to another facility.
3      10.   When we do report sexual assault and abuse by staff, FCI Dublin and BOP
4  do not take our reports seriously.  Generally nothing happens as a result.  I once spoke to
5  Lt. Putnam about the staff abuse that I witnessed. I gave him my notes and he scanned my
6  notes, but there was never any follow-up.
7      11.   There is no confidential mental health care available to survivors of sexual
8  abuse and assault at FCI Dublin. After I witnessed staff abusing people I was struggling
9  mentally. I asked for psychological support, but never got anything back from that.  I don't
10 want to see my unit psychologist because I am afraid they will tell staff what I tell them
11 because they are all friends.
12     12.   There is little to no medical care available to survivors of sexual abuse and
13 assault at FCI Dublin.  For several months there was no medical doctor at the facility.  I
14 witnessed a woman rely on other incarcerated people to help her shower and perform tasks
15 after a surgery.  There was no staff support.  I have seen a woman have multiple seizures
16 following fire alarms, and there is not a fast response.  Whenever people go to medical,
17 they are not seen.  I had a bruise after falling off my bunk I was very concerned about, and
18 I went to medical only to be turned away.  After getting COVID, I had no taste or smell for
19 a year, but I was unable to get help.  There is also mold in the showers, the hot water goes
20 out sometimes for days at a time, and they give us expired food.
21     13.   Staff at FCI Dublin have never worn body-worn cameras in the facility and
22 despite ongoing sexual abuse and assault at the facility staff still do not use body-worn
23 cameras.  There are some cameras installed in fixed locations in the facility, but it is well
24 known that there are no cameras in other areas and there is no way to tell if the cameras are
25 working, where they are pointing, or whether they are being monitored.
26 / / /
27 / / /
28 / / /

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at __FCI__, __Dublin__ this ___ day of __8-8__, 2023.
   CA

[signature]
C███ D███

DECLARATION OF C███ D███ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION