| | |
|---|---|
| 1  MICHAEL W. BIEN – 096891<br>    ERNEST GALVAN – 196065<br>2  KARA J. JANSSEN – 274762<br>    GINGER JACKSON-GLEICH – 324454<br>3  ROSEN BIEN<br>    GALVAN & GRUNFELD LLP<br>4  101 Mission Street, Sixth Floor<br>    San Francisco, California  94105-1738<br>5  Telephone:   (415) 433-6830<br>    Email:       mbien@rbgg.com<br>6                egalvan@rbgg.com<br>                  kjanssen@rbgg.com<br>7                gjackson-gleich@rbgg.com | OREN NIMNI*<br>  Mass. Bar No. 691821<br>AMARIS MONTES*<br>  Md. Bar No. 2112150205<br>D DANGARAN*<br>  Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:   (202) 455-4399<br>Email:       oren@rightsbehindbars.org<br>             amaris@rightsbehindbars.org<br>             d@rightsbehindbars.org |
| 8  SUSAN M. BEATY – 324048<br>    CALIFORNIA COLLABORATIVE FOR<br>9  IMMIGRANT JUSTICE<br>    1999 Harrison Street, Suite 1800<br>10 Oakland, California  94612-4700<br>    Telephone:   (510) 679-3674<br>11 Email:       susan@ccijustice.org | *_Pro hac vice_ applications pending |

12  Attorneys for Plaintiffs

13              UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>              v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>                    Defendants. | Case No.: 4:23-cv-04155<br><br>**DECLARATION OF A▓▓▓▓ V▓▓▓▓▓▓▓ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4256578.1]

DECLARATION OF A▓▓▓▓ V▓▓▓▓▓▓▓ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, A███ V███████, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I am incarcerated in federal prison and have been incarcerated at FCI Dublin from March 2009 to present. In the past I was incarcerated by the Bureau of Prisons (BOP) at FDC Honolulu. In the future BOP may transfer me to other BOP facilities but at any point I could be transferred back to FCI Dublin.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of imminent serious harm from sexual assault, harassment, and retaliation from staff.

4. During the over 15 years I have been at FCI Dublin I have witnessed numerous incidents where officers sexually abused, assaulted, and harass incarcerated persons. I started working in safety in March of 2017 and witnessed Officers Bellhouse and Klinger harass and sexually abuse multiple incarcerated women who worked in the office with me.

5. Everyone who worked in the safety office knew that Officer Klinger was in a longtime sexual relationship with my coworker A████ R███. Beginning in 2019 I frequently saw them go into his office alone. I heard them having sex in his office multiple times while I was sitting at my desk just feet away. After he was caught, on his last day of work in December 2019, he took A█████ into his office and had sex with her. Officer Klinger also frequently made inappropriate sexual comments about the women who worked for him in safety.

6. I also witnessed abuse by Officer Bellhouse in the safety office. Everyone who worked in the safety office was aware that Officer Bellhouse was in a sexual relationship with my coworker A██ L█████ R██. Officer Bellhouse also made inappropriate sexual comments about women who worked in the office.

[4256578.1]

2

DECLARATION OF A███████ V█████████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

7.     Staff throughout the prison knew that Officers Bellhouse and Klinger had sexual relationships with incarcerated women.  The Warden at the time, Ray Garcia, saw Officer Klinger touching A▉▉▉ inappropriately but did nothing to address it or stop it from happening.  Witnessing these incidents made me feel unsafe at FCI Dublin because it was clear that officers felt there were no consequences for their actions. Over time I developed anxiety and had trouble sleeping for months at a time.

8.     I didn't report what I saw in the safety office because I was afraid of retaliation.  I saw other women report staff abuse – they were either punished by being thrown in the SHU or transferred or having their privileges revoked, or they were ignored.

9.     When I arrived at FCI Dublin in March 2009 I was not provided substantive information about PREA or how to report staff misconduct. I vaguely remember being shown a video once around 2011 about what to do if an incarcerated person abused another incarcerated person.

10.    There is no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin.  We can't share anything with our loved ones on the phone or email or through letters, because they are monitored by staff.  They tell us that we can report to staff at the prison, but I do not trust anyone who works here to appropriately deal with staff misconduct. Staff share everything with each other and do not keep reports confidential. The person in charge of investigating staff misconduct – Lieutenant Putnam - has worked at this prison for years, while Garcia and the other officers who have been convicted were openly abusing people.  Putnam knew that abuse was going on for years and did not stop it. I've also been told that we can send an email to OIG, but the computers are in public spaces, and the BOP Taskforce email has been deactivated.  It's extremely hard to get legal calls or visits with attorneys, and our legal mail is often delivered opened and photocopied.

11.    Staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report.  In the spring of 2021, I reported what I have experienced at FCI Dublin to the BOP Taskforce via email but did not receive a formal response.  They did send a mental health person to speak with me but he seemed to

think that because I was not sexually assaulted myself that there was nothing to talk about and did not seem to listen to what I told him about how witnessing so much abuse was affecting me.  I previously reported the abuse I witnessed by Officer Klinger to Officer Bellhouse only to then witness Officer Bellhouse abuse others.

12. FCI Dublin staff have continued to retaliate against me and others who report sexual abuse and assault by staff.  After Officers Klinger and Bellhouse were arrested everybody who worked in safety was targeted for retaliation.  Officer Saucedo started to read my emails to my family and quote them back to me verbatim.  Other staff made comments implying I and others were having sexual relationships with our bosses.  Staff scream at us, search our cells, and bang on our doors to humiliate us and cause us anxiety.  During the Martin Luther King weekend in January 2023, I saw Lieutenant Jones force a group of kitchen workers to stand outside in the rain, some of them barefoot, while she screamed at them.

13. When incarcerated persons report sexual assault and abuse by staff, FCI Dublin and BOP do not seriously investigate the reports.  Investigations are frequently delayed and overseen by staff who know and work with the offending staff member. Generally nothing happens as a result.  Each time I reported incidents no actions were taken in response.  The only time SIS tried to speak with me was in 2020 when SIS Officer Putnum pulled me into his office saying he had received information about misconduct involving someone named A▊ but was not sure if that was about me.  I told him I did not know about any relationships with officers.  After I left his office Officers Saucedo and Ramos were watching me and came over and asked me what I told Putnum.  I told them that Office Putnum told me not to tell anyone, but they fact they were watching me made me feel afraid that I would be retaliated against and become a target for potential abuse.

14. There is no adequate, confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin.  The mental healthcare unit at the facility is dangerously understaffed and only allows us to speak with BOP employed staff, many of which are friendly with the correctional staff.  The only psychiatrist currently at the facility

1  is married to one of the correctional officers, Unit Manager Craig.  There has been a huge
2  amount of turnover and medical and mental health staff are constantly leaving the facility
3  for other positions.  In general, I feel uncomfortable being open with FCI Dublin mental
4  health staff because they are employed by the same agency that employers the abusive
5  officers.  I've heard that some people have been able to get appointments to see Tri Valley
6  Haven, but can only get five thirty-minute sessions, and the sessions are not with the same
7  person and are not with licensed clinicians.
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[4256578.1]                                                  5
DECLARATION OF A▮▮▮▮▮▮▮ V▮▮▮▮▮▮▮▮▮▮ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at ___Dublin___, ___CA___ this 29th day of ___June___, 2023.

