1 | MICHAEL W. BIEN – 096891
2 | ERNEST GALVAN – 196065
  | KARA J. JANSSEN – 274762
3 | GINGER JACKSON-GLEICH – 324454
  | ROSEN BIEN
4 | GALVAN & GRUNFELD LLP
  | 101 Mission Street, Sixth Floor
5 | San Francisco, California  94105-1738
  | Telephone:   (415) 433-6830
6 | Email:        mbien@rbgg.com
  |                  egalvan@rbgg.com
7 |                  kjanssen@rbgg.com
  |                  gjackson-gleich@rbgg.com

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:   (202) 455-4399
Email:        oren@rightsbehindbars.org
                 amaris@rightsbehindbars.org
                 d@rightsbehindbars.org

8 | SUSAN M. BEATY – 324048
  | CALIFORNIA COLLABORATIVE FOR
9 | IMMIGRANT JUSTICE
  | 1999 Harrison Street, Suite 1800
10 | Oakland, California  94612-4700
   | Telephone:   (510) 679-3674
11 | Email:        susan@ccijustice.org

*Pro hac vice applications pending

12 | Attorneys for Plaintiffs

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

15 | CALIFORNIA COALITION FOR WOMEN
   | PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.;
16 | G.M.; A.S.; and L.T., individuals on behalf of
   | themselves and all others similarly situated,
17 |
   |                              Plaintiffs,
18 |
   |        v.
19 | UNITED STATES OF AMERICA FEDERAL
   | BUREAU OF PRISONS, a governmental entity;
20 | BUREAU OF PRISONS DIRECTOR COLETTE
   | PETERS, in her official capacity; FCI DUBLIN
21 | WARDEN THAHESHA JUSINO, in her official
   | capacity; OFFICER BELLHOUSE, in his
22 | individual capacity; OFFICER GACAD, in his
   | individual capacity; OFFICER JONES, in his
23 | individual capacity; LIEUTENANT JONES, in
   | her individual capacity; OFFICER LEWIS, in his
24 | individual capacity; OFFICER NUNLEY, in his
   | individual capacity, OFFICER POOL, in his
25 | individual capacity; LIEUTENANT PUTNAM, in
   | his individual capacity; OFFICER SERRANO, in
26 | his individual capacity; OFFICER SHIRLEY, in
   | his individual capacity; OFFICER SMITH, in his
27 | individual capacity; and OFFICER VASQUEZ, in
   | her individual capacity,
28 |                              Defendants.

Case No. 4:23-cv-04155

**DECLARATION OF A▮▮▮▮
S▮▮▮▮▮▮▮▮ IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION
AND PROVISIONAL CLASS
CERTIFICATION**

[4317394 3]

DECLARATION OF A▮▮▮▮▮ S▮▮▮▮▮▮▮ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, A██████ S████████, declare:

1.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2.  I am incarcerated in federal prison and am incarcerated at FCI Dublin from September 2017 to present.  In the future BOP may transfer me to other BOP facilities, but at any point I could be transferred back to FCI Dublin.

3.  FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of imminent serious harm from sexual assault, harassment, and retaliation from staff.

4.  While at FCI Dublin, I have been sexually assaulted, harassed and been retaliated against.  Officer Nunley sexually assaulted me from 2020 to 2021 including groping me and forcing me to touch him and to give him oral sex.  Officers Smith and Highhouse also abused and harassed me.  I have a skin condition and have long been worried that I contracted herpes from Officer Nunley, as I have endured painful outbreaks, but have been unable to receive medical care or a screening.

5.  There is no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin and staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report, and who exercise their right to access counsel.  After speaking with counsel and reporting this abuse, I experienced retaliation including being put in solitary confinement in the SHU.  I began speaking with counsel on March 8, 2023 and my claim was filed on March 24, 3023.  After I spoke with my lawyer on March 10, 2023, officers searched my room for no reason, and then I was sent to the SHU on March 13, 2023, as punishment for "wearing green pants" even though others transferred from the camp have been permitted to wear green clothing without punishment. I was punished with 30 days in the SHU and fined $120.70 and lost 41 days of credits.  While in the SHU I could not use the phone or CorrLinks, including to contact my lawyer.  In April, while still in the SHU, I filed an administrative remedy form to

1   regional to contest the disciplinary measures, which had characterized the green clothing

2   issued by the camp as escape attire.  Following additional advocacy from counsel, I was

3   released from the SHU on April 6.  I feel very frustrated and upset that I lost so many

4   credits and have been fined for wearing clothing given to me by FCI Dublin and believe I

5   was targeted because I spoke up.

6          6.      Since I began speaking to counsel, officers, especially Officer Solorio, have

7   been hitting my room repeatedly and consistently.  I know that the officers know I have

8   been speaking to counsel because they look nervous when they see me and before I started

9   talking to an attorney, they had never searched my room so frequently.  My understanding

10  is that room searches are supposed to be randomized and logged, but officers hit my room

11  twice in the week after I spoke with my lawyer.  I believe that the officers have not been

12  logging the searches because they do not want others to know.  I constantly worry that my

13  belongings could be taken by officers, or I will be put back in the SHU or otherwise

14  targeted again.  Because of the abuse and retaliation, I stay in my room as much as

15  possible, and avoid leaving the room to work out or go to rec like I used to.  I have also

16  had great difficulty getting medical and mental health care and feel very concerned about

17  my health.  I feel overwhelmed, targeted, and like there is no help for me here.  I did not

18  expect to endure such treatment.

19         7.      There is no confidential mental health care available to survivors of sexual

20  abuse and assault at FCI Dublin.  I have tried to get an appointment with a psychologist,

21  but I have never been able to.  I was informed that Tri-Valley Care was an option but was

22  told it was only for PREA reporting and not for ongoing care.

23         8.      There is little to no medical care available to survivors of sexual abuse and

24  assault at FCI Dublin.  I believe I may have contracted a sexually transmitted disease,

25  herpes, from Officer Nunley but I have not been able to obtain any medical care for it.

26  When I have sought medical care, they say come back if you have an outbreak, and they

27  just told me to take ibuprofen and drink more water.  When I have experienced painful

28  outbreaks, I go back to medical, but they tell me that because they don't have any female

doctors, I have to come back another time, and by then the outbreak subsides.  I am worried that I will pass the virus to others because of being unable to get a diagnosis or treatment.  I also have eczema, but medical gives me the wrong medication for it, leaving me in discomfort.  Diabetes also runs in my family, and I have reason to believe that I have it, but I have been unable to get any screening or care.  I am very worried that FCI Dublin's lack of medical care is worsening my health and allowing otherwise manageable conditions to persist and potentially endanger me.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[4317394 3]

3

DECLARATION OF A███████ S██████████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1        I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct to the best of my knowledge, and that this declaration

3  is executed at Dublin, California this 15th day of   August      , 2023.

4

5

6 

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28