1 | MICHAEL W. BIEN – 096891

OREN NIMNI*
  Mass. Bar No. 691821

2 | ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762

AMARIS MONTES*
  Md. Bar No. 2112150205

3 | GINGER JACKSON-GLEICH – 324454
ROSEN BIEN

D DANGARAN*
  Mass. Bar No. 708195

4 | GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor

RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152

5 | San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Washington, D.C.  20001-0506
Telephone:   (202) 455-4399

6 | Email:        mbien@rbgg.com
                    egalvan@rbgg.com

Email:        oren@rightsbehindbars.org
                    amaris@rightsbehindbars.org

7 |                     kjanssen@rbgg.com
                    gjackson-gleich@rbgg.com

                    d@rightsbehindbars.org

8 | SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR

*Pro hac vice applications pending

9 | IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800

10 | Oakland, California  94612-4700
Telephone:   (510) 679-3674

11 | Email:        susan@ccijustice.org

12 | Attorneys for Plaintiffs

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

15 | CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,

Case No. 4:23-cv-04155

16 |

**DECLARATION OF M███████ S█████████   IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

17 | Plaintiffs,

18 | v.

19 | UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,

20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

28 | Defendants.

[4335543.1]

DECLARATION OF M█████ S█████████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, M███████ S█████, declare:

1.     I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.  I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2.     I am incarcerated in federal prison and am currently incarcerated at FCI Dublin's satellite camp from May 2022 to present.  While I have just been designated for transfer to FPC Bryan to participate in RDAP (Residential Drug Abuse Program), at any point I could be transferred back to FCI Dublin's satellite camp.

3.     FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of serious harm from sexual assault, harassment, and retaliation from staff.

4.     Between May and October 2022, I was sexually harassed by a female medical technician at FCI Dublin during three medical appointments for x-rays and treatment of the osteoarthritis in my knees. At my first appointment in May 2022, the technician smacked my butt while examining me. During my second appointment, also in May 2022, she asked me to completely remove my pants to take x-rays, even though I could have easily pulled my pants above my knees. I told her I did not feel comfortable, and even started crying, and she ignored me.

5.     Following these two appointments, I reported these incidents to Special Investigative Services (SIS) and the Department of Justice via email. I was interviewed by Lieutenant Putnam on or around June 26, 2022.  Lieutenant Putnam said he would follow up about the issue, but I never heard anything from him or SIS.

6.     Shortly after I met with Lieutenant Putnam, I developed a sinus infection, and I put in a "sick call," or request for a medical appointment. The medical unit ignored my sick call. I put in five more sick calls. Medical staff, Mr. Parks, told me that if I filed another sick call, they would move me to the end of the waiting list. I was finally able to see medical staff in August. By that point, my infection had gotten much worse, I was in

constant, excruciating pain, and I had to go on very intense antibiotics. Though we often have to wait a long time to see medical staff, I felt like I was being punished for reporting the incidents with the medical technician.

7.      Around September 2022, I had to go back to medical for a third x-ray appointment with the same female technician. The technician once again asked me to remove my pants and undergarments.  I informed the technician that I was not wearing any underwear and requested a blanket to cover myself.  The technician responded that she did not care, did not have a blanket, and had me remove my pants for the appointment.  I felt very vulnerable, and I even cried. As a survivor of sexual assault, these incidents brought up a lot of past feelings.

8.      I have a lot of medical problems, but because of these incidents, I'm very nervous about seeking medical care at FCI Dublin. I was also informed by a friend who is incarcerated at FCI Dublin that the same technician also made her completely remove her pants to do an x-ray.

9.      Following the third appointment, I sent a message on CorrLinks, the BOP email system, to attorney Susan Beaty. I knew that the messages were monitored so I simply wrote "it's still happening here" and asked for a meeting with Attorney Beaty. I met with Attorney Beaty the following month at FCI Dublin. The legal visit took place in the camp visitation room, with a staff person present and within earshot.

10.      Days after the legal visit, Lieutenant Putnam called me into the chapel for the meeting. He had read my message to Attorney Beaty and he had written notes about it on his notepad; he read the message out loud to me and asked me: "What did you mean by this?" He told me "I know who Susan is, what did you tell her?" I felt extremely intimidated and uncomfortable. I explained that I had messaged Attorney Beaty about the incidents with the medical technician that I reported to him several months earlier in June. He said he had no idea what I was talking about, and that he did not remember me ever filing a report. He made me recount my experiences to him again. He asked me repeatedly if the incidents were "sexual" or merely "inappropriate," and warned me that if the

1  incidents were "sexual" he would need to escalate it. I felt like he was pressuring me to say

2  that the incidents weren't sexual. I told him that my mother had raised me with the

3  principle: if something feels wrong, it probably is wrong and you should tell someone. I

4  told him that the incidents felt sexual and inappropriate and that I was telling someone:

5  him. He ended the meeting.

6          11.     When I arrived at FCI Dublin's satellite camp in May 2022, I do not recall

7  receiving comprehensive education about PREA or staff misconduct. I did not attend any

8  training session and was not shown a video. I may have signed some paperwork regarding

9  PREA, but I was asked to sign a lot of paperwork when I first got to FCI Dublin's satellite

10  camp. No one taught me how to file a PREA report, and when it came time to report the

11  incidents with the medical technician, I had to figure it out myself.

12          12.     There is no effective way to confidentially report sexual assault and abuse by

13  staff at FCI Dublin's satellite camp. When I reported my experiences with the medical

14  technician in June 2022, I had to send messages to SIS and the Department of Justice via

15  email on computer screens that could be seen by staff and other incarcerated people.

16          13.     Staff at FCI Dublin also prevent people from reporting sexual assault and

17  abuse by staff and retaliate against people who do report.  After I spoke with SIS

18  Lieutenant Putnam, medical staff ignored my requests for medical care for nearly two

19  months. I am very nervous to submit this declaration because I know that I will face

20  retaliation as a result.

21          14.     When incarcerated persons report sexual assault and abuse by staff, FCI

22  Dublin and BOP do not seriously investigate the reports. Investigations are frequently

23  delayed and overseen by staff who know and work with the offending staff member.

24  Generally nothing happens as a result.  I reported my experiences with the medical

25  technician in June and did not hear anything from prison staff for nearly six months.

26  Lieutenant Putnam only followed up with me after I contacted an attorney, and he claimed

27  that I had never filed a report to begin with.

28          15.     The living conditions here are dire. In the camp, asbestos covers our ceilings

and travels through our air vents. The food in the cafeteria and in the commissary are expired. Around April or May of this year, I purchased bottles of juice that expired back in March. There have been instances where I've left a clear straw in a cup of tap water only to come back to it and see that the straw has changed to a dark black color. I no longer drink the tap water here for my own safety. Additionally, I work in recycling and was forced to sign a waiver alleging that I was trained to handle materials and protect myself against hazards such as asbestos. I was trained for neither of those things.

16.     There is no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin. I requested mental health services when I first reported the incidents with the medical technician in June. I received support (although I would not describe it as counseling) for the first time around March or April 2023, with Tri-Valley Haven, nearly nine months after the incidents in June. I had a session with one of their counselors. In order to get this session, I had to send an email to a prison staff person. I felt like I was outing myself as someone who was sexually abused by staff, and who reported a staff member. This made me extremely nervous, because it's well known that staff people talk to and protect one another, but I really needed to speak with someone. I have not received counseling from a clinically trained professional.

17.     The medical care at FCI Dublin is terrible. It regularly takes weeks or months to be seen by medical staff. We did not have a doctor for a very long time, but now have Dr. Fish, although she is not present every day.  I am not getting sufficient care for my many medical conditions. I was recently given expired antibiotics for an infection.  In addition, in or around July 2023, I received my medical records; upon reviewing them, I noticed that there were many errors in the records.  For example, it noted a history of diabetes in my family, but there is no diabetes in my entire family; it also noted that my tonsils were in good condition, but I had my tonsils removed at age three.  These inaccuracies further undermine my confidence in the healthcare being provided at FCI Dublin.

18.     Around January 2023, I began to develop boils on my skin, first on my

armpits and then on my abdomen and thighs. I put in a med slip around April 2023, and in or around May 2023, I was seen by Dr. Souferzadah. He refused to look at or examine my skin, and simply remarked that it was a hygiene problem. I did not believe that was the case because I shower every day, wash my clothes every two days, and wash my bedding once per week. I had never had anything like this before, and several other people at FCI Dublin were having the same problem. Nonetheless, Dr. Souferzadah would not look at the boils or in any way examine my skin. He simply said: "Wash yourself and your clothes and your bedding." I suspect that there may be chemicals I'm being exposed to that are causing these boils; I work in recycling, and we do not receive adequate PPE to protect ourselves (although we are sometimes able to get rubber gloves or paper masks, we are often forced to work without them).

19.     Back in April 2023, there was a COVID 19 outbreak at FCI Dublin. But even when people were sick, the facility refused to test us. On or around April 27th, I went to medical because I was experiencing a lost sense of smell, fever, chills, cough, fatigue, and cold sweats; it felt like I had the stomach flu and a head cold at the same time.  However, they refused to test me for COVID 19 and said it was probably just a seasonal cold. When I asked for medication, I was told that cold medicines are available from commissary. When I said that commissary was closed until the following week, which was about four days later, I was told to ask my friends for help.

20.     There are some fixed cameras installed at the camp, but it's well known that there are a lot of areas without cameras, including the main eating area, the education rooms, the library, and the workout room.  From what I can tell, staff at FCI Dublin have never worn body-worn cameras in the facility and despite ongoing sexual abuse and assault at the facility, staff still do not use body-worn cameras.

/ / /

/ / /

/ / /

/ / /

1          I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct to the best of my knowledge, and that this declaration

    is executed at Dublin, California this ⫝̸𝟧 day of August, 2023.

3

4    

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

[4201615.1]