1   MICHAEL W. BIEN – 096891          OREN NIMNI*
    ERNEST GALVAN – 196065             Mass. Bar No. 691821
2   KARA J. JANSSEN – 274762          AMARIS MONTES*
    GINGER JACKSON-GLEICH – 324454     Md. Bar No. 2112150205
3   ROSEN BIEN                        D DANGARAN*
    GALVAN & GRUNFELD LLP              Mass. Bar No. 708195
4   101 Mission Street, Sixth Floor   RIGHTS BEHIND BARS
    San Francisco, California  94105-1738   416 Florida Avenue N.W. #26152
5   Telephone:   (415) 433-6830       Washington, D.C.  20001-0506
    Email:       mbien@rbgg.com       Telephone:   (202) 455-4399
6                egalvan@rbgg.com     Email:       oren@rightsbehindbars.org
                 kjanssen@rbgg.com                 amaris@rightsbehindbars.org
7                gjackson-gleich@rbgg.com          d@rightsbehindbars.org

8   SUSAN M. BEATY – 324048           *Pro hac vice applications pending
    CALIFORNIA COLLABORATIVE FOR
9   IMMIGRANT JUSTICE
    1999 Harrison Street, Suite 1800
10  Oakland, California  94612-4700
    Telephone:   (510) 679-3674
11  Email:       susan@ccijustice.org

12  Attorneys for Plaintiffs

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

15  CALIFORNIA COALITION FOR WOMEN        Case No.: 4:23-cv-04155
    PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.;
16  G.M.; A.S.; and L.T., individuals on behalf of   **DECLARATION OF █████████
    themselves and all others similarly situated,   ████████ IN SUPPORT OF**
17                                        **PLAINTIFFS' MOTIONS FOR**
                    Plaintiffs,           **PRELIMINARY INJUNCTION**
18                                        **AND PROVISIONAL CLASS**
         v.                               **CERTIFICATION**
19  UNITED STATES OF AMERICA FEDERAL
    BUREAU OF PRISONS, a governmental entity;
20  BUREAU OF PRISONS DIRECTOR COLETTE
    PETERS, in her official capacity; FCI DUBLIN
21  WARDEN THAHESHA JUSINO, in her official
    capacity; OFFICER BELLHOUSE, in his
22  individual capacity; OFFICER GACAD, in his
    individual capacity; OFFICER JONES, in his
23  individual capacity; LIEUTENANT JONES, in
    her individual capacity; OFFICER LEWIS, in his
24  individual capacity; OFFICER NUNLEY, in his
    individual capacity, OFFICER POOL, in his
25  individual capacity, LIEUTENANT PUTNAM, in
    his individual capacity; OFFICER SERRANO, in
26  his individual capacity; OFFICER SHIRLEY, in
    his individual capacity; OFFICER SMITH, in his
27  individual capacity; and OFFICER VASQUEZ, in
    her individual capacity,
28                  Defendants.

[4336595.1]

DECLARATION OF ██████ A ██████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, C█████a C███, declare:

1.     I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.  I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2.     I am incarcerated in federal prison at FPC Bryan and was incarcerated at FCI Dublin from January 2019 until January 2022 when I went to the Dublin camp.  I was at the Dublin camp until December 2022, when I was transferred.  I arrived at FPC Bryan in January 2023.  In the past, I was incarcerated by the Bureau of Prisons (BOP) at San Diego MCC for 22 months.  In the future, BOP may transfer me to other BOP facilities, but at any point I could be transferred back to FCI Dublin.

3.     FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of imminent serious harm from sexual assault, harassment, and retaliation from staff.

4.     I was bunkmates with A██████ R███ L███ beginning in February 2019 and I lived with A████ for the next year and a half.  Even after A████ and I were no longer bunkmates, we remained friends, as her job in safety was next-door to my job in Unicor.  Officer Klinger was A████'s boss during this time in the Safety department.  A████ and Officer Klinger were in a romantic relationship and began having sex around April 2019.

5.     I worked in Unicor starting in February 2019 as an orderly and janitor.  Beginning in or around May 2019, Officer Klinger would come to Unicor and ask to "borrow" me when he was having sex with A████.  I was always around them.  I often felt like a third wheel.  Later, when Officer Klinger no longer worked at FCI Dublin, he would message A████ about me.  They called me "nanny" —based on the idea that I would be the "nanny" of their future "red-headed" child.  Officer Klinger would pass by our room when it was hot outside because he knew that A████ would be naked.  They also often passed notes with each other.

6.     Around January 2020, A████ was first placed in the SHU for hootch

2
DECLARATION OF C████████ C██████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

[4336595.1]

1  (jailhouse alcohol).  They messed with her so much, she was in and out of the SHU all of

2  the time.  Once she was released from the SHU, she and I were no longer allowed to be

3  roommates.  However, we did remain friends.  Around this time is when A█████ and

4  Officer Klinger made their relationship "official."  He was the SHU officer when she was

5  in there.

6        7.     During the pandemic, I was able to move around because of my job with

7  Unicor.  My job as a Unicor orderly was to get supplies and chemicals from Safety.

8  Officer Klinger would have me serve as a lookout while he had sex with A█████ in the

9  warehouse.  He told me to pretend that I was sweeping.  He left the door open in the

10  warehouse, so I could hear his keys jingle as he assaulted her.  I felt so nervous.  Nobody

11  ever swept, so I looked suspicious.  I wasn't even at my typical jobsite.  I had no idea if

12  someone was watching me.  I would get so paranoid I would get sick to my stomach.

13        8.     To ensure that I kept serving as lookout, Officer Klinger would threaten me,

14  saying things like, "better not fucking say anything, you'll get fucked up."  A█████ would

15  also reassure him that I was her friend.  Whenever I needed something, I knew that Klinger

16  could not say no.  For example, I could get hand sanitizer, 30 gallons of wax for my job—I

17  got everything I needed because of him.  I also got food, candies, and pens.  He would give

18  jewelry and cosmetics to A█████, and she should give me some as well.  He also knew I

19  was scared of other officers, like Ramos.  I got sent to the SHU in October 2020 for having

20  the bottle of hand sanitizer from Klinger.

21        9.     One day, A█████ was crying and saying that she heard Officer Klinger was

22  having sex with another woman who was housed in the camp that also worked in the

23  Safety Department.  A█████ begged Officer Klinger to not leave her.  A█████ said that she

24  thought that Officer Klinger was going to wait for her and marry her.  I recall her being

25  devastated and truly heartbroken.  Shortly thereafter, Officer Klinger relocated to South

26  Dakota.  He would still talk with her.  I recall them having a video visit on Halloween.

27  Officer Klinger was using a fake name ("Juan Garcia") and wore a mask.  Shortly after

28  that, A█████ was sent to the SHU again and got shipped to another unit.  We would write

[4336595.1]

3

DECLARATION OF C█████ C█████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

notes to each other in the kitchen, and it's around then that she learned that Klinger had been caught by the police after proposing to a girl from camp in a halfway house.  She was devastated.  He had been buying her kids stuff, her mother stuff.  She had a mental breakdown.

10.     Staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report.  After A███ left FCI Dublin, I kept a picture of her in my dorm.  Officers began to retaliate against me because they knew I knew about her and Officer Klinger's relationship.  After A███ left, at the end of 2021 when all of the officers began to be walked off, we were in a lockdown.  There was supposed to be a room check of five random rooms.  However, I saw officers walk directly towards my room.  They took everything.  They also took items from my bunkmate.  They tossed my room, and I lost everything, all my clothing, food, and everything that I owned.  Except, they left my picture of A███ on my bed.  I know that it was retaliation.  I can't think of another reason why I was being targeted all of the sudden.

11.     In January 2022, I got transferred to the camp at Dublin all of a sudden.  There, I was targeted too.  I had never gotten in trouble before, but I started getting write ups all the time, left and right.  I was thrown in the SHU for 13 days.  I was having a really hard time, and then they transferred me all the way to Texas, where I haven't seen my children since 2019.  I don't know what else to do.  This has really taken a toll on my life.  I sometimes have nightmares, if I hear a man come in with a loud voice, I get scared.  I've been having a horrible experience at FPC Bryan, too.  They put me in cells where I do not feel safe.  They have taken away my FSA credits that I earned at Dublin, and I'm now facing extra years in prison.

12.     When incarcerated persons report sexual assault and abuse by staff, FCI Dublin and BOP do not seriously investigate the reports.  Investigations are frequently delayed and overseen by staff who know and work with the offending staff member.  Generally nothing happens as a result.  I was too scared to ever report anything about Officer Klinger and A███'s relationship.  There is no effective way to confidentially

1    report sexual assault and abuse by staff at FCI Dublin.  I was afraid of the retaliation, like

2    my room being hit, which happened anyway after Officer Klinger was arrested.

3        13.    There is no confidential mental health care available to survivors of sexual

4    abuse and assault at FCI Dublin or at FPC Bryan.  I don't trust the police at all after what

5    I've been through.  It's sad to say but I have to stay away from everyone here.  I feel that

6    they are all in cahoots together.  They're so two-faced here.  They try to degrade you to the

7    fullest.  A lot of people have full mental breakdowns here.  This place is so mentally

8    disturbed.  I am barely gliding through, and I still have three months.  I'm surprised I made

9    it this far.  I would like access to an outside mental health care provider because BOP has

10   control of you here and I do not feel safe talking to BOP staff about these issues.  I have

11   not been offered any outside mental health services based on the abuse I experienced at

12   FCI Dublin, and I do not know of any offered to survivors at FPC Bryan.

13       14.    My time at FCI Dublin, combined with my transfer to FPC Bryan, has been

14   so hard on me.  I'm losing weight.  I came to FPC Bryan weighing 138 pounds and I'm

15   down to 120.  I look so awful I wouldn't even want my kids to see me like this.  I also just

16   learned that I have precancerous cells in my uterus, and that there is an issue with my

17   bones in my knees (exostosis).  They haven't followed up with me on any of those issues.

18   I need some type of help, somewhere.  I don't know what to do anymore.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    I, C█████ C█████, declare that Ginger Jackson-Gleich and other individuals in her

2  firm spoke with me on numerous occasions, most recently on August 10, 2023.  Due to

3  time constraints and the slow speed of prison mail, I could not personally sign this

4  declaration.  On August 10th, 2023, Ginger Jackson-Gleich spoke with me on the phone,

5  and I authorized her to sign it on my behalf.

6

7  Executed on this 16th day of August, 2023.

8

9  _____

10  Signed by Ginger Jackson-Gleich
    ROSEN BIEN GALVAN &
11  GRUNFELD LLP

[4340966.1]