| | |
|---|---|
| 1 | MICHAEL W. BIEN – 096891 |
|   | ERNEST GALVAN – 196065 |
| 2 | KARA J. JANSSEN – 274762 |
|   | GINGER JACKSON-GLEICH – 324454 |
| 3 | ROSEN BIEN |
|   | GALVAN & GRUNFELD LLP |
| 4 | 101 Mission Street, Sixth Floor |
|   | San Francisco, California 94105-1738 |
| 5 | Telephone: (415) 433-6830 |
|   | Email: mbien@rbgg.com |
| 6 | egalvan@rbgg.com |
|   | kjanssen@rbgg.com |
| 7 | gjackson-gleich@rbgg.com |

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
  amaris@rightsbehindbars.org
  d@rightsbehindbars.org

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

*Pro hac vice* applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,

  Plaintiffs,

  v.

UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,

  Defendants.

Case No. 4:23-cv-04155

**DECLARATION OF K▓▓▓ D▓▓▓▓▓▓ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

[4248327.1]

DECLARATION OF K▓▓▓▓ D▓▓▓▓▓▓ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, K▓▓▓ D▓▓▓▓, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I am incarcerated in federal prison and have been incarcerated at FCI Dublin since March of 2020. In the future BOP may transfer me to other BOP facilities but at any point I could be transferred back to FCI Dublin although I never want to come back.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of serious harm from sexual assault, harassment, and retaliation from staff.

4. I met Warden Garcia in mid-July 2020 when I was going to either breakfast or lunch when he rudely stopped me and accused me of having a hickey on my neck. When I explained to him that I had recently been released from the SHU for being assaulted by another inmate and showed him the resulting scars and scratches on my neck, Warden Garcia became much more friendly and overly flirtatious to overaccommodate for making the scene.

5. Warden Garcia would have conversations with me on the compound walkway where he would make comments about my body such as inquiring about my breast size and whether I had breast enhancements. He made multiple requests to see my breasts. He would comment that they looked great and that he would like to see them uncovered or see me topless. This escalated to him asking to see me nude in my room when he made rounds. These requests lasted for approximately 3-4 months. Initially I would try to laugh it off as a joke but starting in April of 2021, Warden Garcia began giving me direct orders to start going to breakfast so he could see me and talk to me. If Warden Garcia was at breakfast, in addition to asking me about my unit, he would talk about my body and ask to see me during his rounds. If he knew roughly what time he would be around for his rounds, he would also provide that information. He would also

1  constantly ask when my dressing times were.  Initially, I was mistaken in thinking
2  "dressing time" related to medical dressings but Warden Garcia explained he wanted to
3  know when I would be changing clothes in my room.
4       6.     During breakfast on April 13, 2021, Warden Garcia told me that it was a
5  "good day" to be ready for him when he made his rounds and he requested that I be
6  topless, putting on lotion when he would be making his rounds between 8:05 and 8:20.
7  However, I was sent to laundry during this time for a bra fitting.   While at laundry, I saw
8  Warden Garcia doing a walk-through tour with other Associate Wardens and the PREA
9  group.  Warden Garcia left the group and came over to where I was standing outside the
10 dressing room and proceeded to tell me that he had left his entire tour to come see me
11 today in my room and I was here instead.  He was upset and I did not feel like I could say
12 no to him.
13     7.     On April 15, 2021, Warden Garcia again made the same request that I be
14 topless and putting on lotion when he made his rounds between 8:05 and 8:20 a.m.  At
15 approximately, 8:10 a.m., he was at my door.  Rather than walking past the door and
16 looking in the window, he stopped, looked in the window, knocked on the door, opened it
17 and proceeded to stand in my doorway and talk to me for roughly 20-30 seconds with the
18 door open and inmates sitting below.  When I saw him during lunch on the same day, he
19 told me that I looked incredible and spectacular.  After this initial incident, Warden Garcia
20 made the same request at least 6 other times.  After he started having me do this he would
21 also go out of his way to make my life easier such as making sure officers did not rip
22 through my stuff when they did room searches and things like that. At one point getting the
23 facility to drop my management variable which would have allowed me to go to the camp.
24     8.     During all these incidents, my roommate was either on a video visit or at a
25 call-out.  However, there was one time when my roommate was standing outside the room
26 and she attempted to block the window when she knew I was getting undressed.  Warden
27 Garcia would inform me of the time frame in which he would be making his rounds and
28 the state of undress (i.e, nude, topless, putting on lotion, getting out of the shower in a

robe, wanting me to spin, etc.).  To avoid these visits, I tried to tell Warden Garcia that I was busy or had a video visit, but he would tell me to rearrange my schedule.  The last time Warden Garcia asked me to strip naked for him was on July 21, 2021, the day before Warden Garcia was walked off of FCI Dublin.

9. When I arrived at FCI Dublin I was/was not provided with information regarding my rights under the Prison Rape Elimination Act.  I only knew what I had been able to learn from my time at FDC SeaTac.

10. On April 13, 2021, a PREA tour was conducted where officials came through and were inspecting various things.  A formal PREA complaint was submitted on July 30, 2021, by Dr. Hung relating to the sexual abuse I experienced at FCI Dublin.  On August 4, 2021, I spoke to the captain about it and he asked me to put my request in writing.  I explained why I did not feel comfortable for my safety and how I should not have to be abused sexually by staff and have staff-on-inmate PREA abuse.  I submitted another request approximately 8 months later but nothing had happened.

11. There is no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin.  I was trained in PREA while at FDC SeaTac and was told that there are multiple ways to report PREA including that I could report by emailing staff which then goes to the SIS Lieutenant's Office.  However, this method would not have been effective because Warden Garcia was above the lieutenant.  There was outside reporting which would have required speaking to someone over the phone or computer, but this was also ineffective because both the phones and computers are monitored in and out.

12. Staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report.  The general attitude was that staff had control over whether we have a management variable or a transfer.  Even if an inmate was to transfer, staff could call over to the new institution's warden and make our lives a living hell.  After reporting the sexual abuse by Warden Garcia, I had another staff member, Officer Chavez, ask me during their evening watch whether I would "play for them" (i.e., play with myself, be naked playing when they came around for their round) which I said

"no." The staff member responded "Well, you did it for him, so you can do it for me." This same Officer would sometimes supervise me when I worked in the kitchen. On multiple occasions, from the end of summer in 2021 and into the Fall, Officer Chavez would follow me into the freezer and grab my butt and breasts through my clothes. I would try to play it off, but it made me feel degraded and like I was being treated like an object. Officer Chavez also seemed to have a foot fetish and on about twenty occasions made me, and only me, take off my shoes to show him my bare feet. He would make comments that "If you don't take care of your feet how can you take care of the rest of you" call my feet "cute", sent me a note once saying "feet matter 100%" and would require me to take off my socks when I was working with him. He would let me print items from the facility computers, bring in color printouts for me we were not supposed to have, let me look up information on the computers and give me extra noodles or potatoes and the nicer pink hand soap from the kitchen. I think he did these things to try to get me to like him more.

13. In addition to staff continuing to abuse me, I have experienced ongoing retaliation from my role testifying against former Warden Ray Garcia including cell searches, destruction of my property, having to move units for no clear reason, and ongoing sexual comments about my body and breasts. I made repeated requests to transfer away from FCI Dublin and was told I could not do so until after I finished testifying. When I was finally transferred, FCI Dublin transferred me under a code usually used for disciplinary transfers and, as a result, the U.S. Marshals treated me as if I was a disciplinary issue and handcuffed me using the "black box" which is about the size of a cassette tape lengthwise and goes over the handcuffs, preventing me from moving my hands at all and keeping my wrists within one inch of each other. One of the marshals asked if I had testified at the former Warden's trial and when I said I had he seemed to realize something and a little bit later they finally removed the black box. I also later found out that FCI Dublin put a new management variable on me when I transferred which prevented me from going to a less restrictive camp setting.

14. When incarcerated persons report sexual assault and abuse by staff, FCI Dublin and BOP do not seriously investigate the reports. Investigations are frequently delayed and overseen by staff who know and work with the offending staff member. Generally nothing happens as a result. I did not report my encounters with Warden Garcia to the agent from the Department of Justice Office of Inspector General in July 2021 because I knew that any investigations would be conducted through SIS and it would go through the same executive staff, whether it be the Associate Warden or Warden. I did not feel comfortable speaking about the sexual encounters because it was still happening, and Warden Garcia was still at the institution.

15. There is no adequate confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin. Mental healthcare at the facility is dangerously understaffed and only allows us to speak with BOP employed staff, many of which are friendly with the correctional staff. The facility also repeatedly blocked access to the victim witness advocate, appointed to me through the U.S. Attorney's Office, who was supposed to provide me support after I testified against the former Warden in Court. It took over two months for her to be able to meet with me despite multiple requests from me and from her office trying to set up a call or visit. When I was finally able to meet with her, she was only able to see me because she was escorted in by representatives from the Department of Justice and from the FBI.

16. We are also supposed to have access to mental health services through Tri-Valley Care. There was no access to these services whatsoever up until mid-December 2022. However, there is still no confidential way to request services directly through Tri-Valley care. We are required to email our unit manager to set up a visit. I did so but was only able to start seeing representatives from Tri-Valley care recently and was told I am only allowed to see them for no more than five 30-minute sessions total. The staff do not appear to be licensed clinicians and I am still unable to access adequate mental health care to allow me to begin healing from the abuse I have suffered at FCI Dublin. Before I left the facility I was diagnosed with PTSD and put on medications to help me sleep and to

1  help with night terrors.

2        17.    Staff at FCI Dublin do not wear body-worn cameras in the facility and while there are some cameras installed in fixed locations in the facility, it is well known that there are no cameras in many areas.  The cameras that are installed are enclosed in dark colored glass and it is impossible to tell where they are pointing or whether they are working.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[4248327.1]

7

DECLARATION OF K█████ D█████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at Dublin, California this 15th day of August, 2023.

[4201615.2]