| | |
|---|---|
| MICHAEL W. BIEN – 096891 | OREN NIMNI* |
| ERNEST GALVAN – 196065 | Mass. Bar No. 691821 |
| KARA J. JANSSEN – 274762 | AMARIS MONTES* |
| GINGER JACKSON-GLEICH – 324454 | Md. Bar No. 2112150205 |
| ROSEN BIEN | D DANGARAN* |
| GALVAN & GRUNFELD LLP | Mass. Bar No. 708195 |
| 101 Mission Street, Sixth Floor | RIGHTS BEHIND BARS |
| San Francisco, California 94105-1738 | 416 Florida Avenue N.W. #26152 |
| Telephone: (415) 433-6830 | Washington, D.C. 20001-0506 |
| Email: mbien@rbgg.com | Telephone: (202) 455-4399 |
|   egalvan@rbgg.com | Email: oren@rightsbehindbars.org |
|   kjanssen@rbgg.com |   amaris@rightsbehindbars.org |
|   gjackson-gleich@rbgg.com |   d@rightsbehindbars.org |

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

*Pro hac vice* applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF L▓▓ B▓▓▓▓ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4316492 3]

I, L████ B██████, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I was incarcerated in federal prison and was incarcerated at FCI Dublin from September 2020 to July 14, 2023.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of imminent serious harm from sexual assault, harassment, and retaliation from staff.

4. While at FCI Dublin, I experienced and witnessed sexual abuse by multiple staff people. It started right after I arrived there, around October, when I moved to Unit C, where Officer Smith worked. I knew Officer Smith had been demoted because of other accusations.

5. It was during the COVID lockdown, that things really got bad. In the beginning when we first got locked down, it would feel like we were in the hole. There was no communication during that time, no phone, no nothing. We were able to shower only every three days. For the first while, Officer Smith was the only one that would let us see our friends, and we would be sad if he did not come in to work. Then he started to harass people sexually. Many women were subjected to this treatment. He would lock us in our friends' rooms or lock us in our rooms alone and our roommate would be locked out. In order to get out, we had to do things for him and would force me to expose myself. That was the worst, most torturous part of my life. The lockdown conditions made it easier for him to stalk us because we had nowhere to go. He would rub on me so I could feel his erection, had me lift my shirt, touched my breasts, and tried to kiss me. Even after I reported his conduct, he tried to assault me again and only stopped because another person incarcerated person walked up. I couldn't believe he tried again even after I had already reported him.

6. Officer Smith always said he didn't care about cameras, and we later heard

[4316492.3]

2

DECLARATION OF L████ B██████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

Case 3:23-cv-04155-YGR   Document 10-41   Filed 08/17/23   Page 3 of 6

that the cameras didn't work at all. I remember times that Officer Smith spoke about the cameras: he would get in your face, spit flying everywhere, saying he didn't care about the cameras. I would also watch for him while he was having sex with other incarcerated women in the janitor's closet. He told my friend during the COVID-19 lockdown, when we had no communication, that he would let her use his phone to call her kid; afterwards, she started to have sex with him. They felt comfortable with me watching out for them, but I did not feel comfortable doing so. He would pay me or get me things, like Chipotle, to knock on the door if someone was coming. Usually nobody came, they knew what was going on. Nobody walked in. When I stopped watching for him, things got really bad for me; I got jumped by two girls. There was a lot of terror. He tore up one of my letters, which I thought it was a letter from my daughter who I had not talked to in so long. He would not give me my mail; I would only get some of the mail that was sent to me. He would rip up my mail in front of my face, and he would not give me and some other people our mail. Sometimes, he would not let us get our showers.

7. I reported Officer Smith's conduct right around the time it was happening. I believe the report I made was forwarded to the investigator, Mr. Putnam, but he did nothing about it. He never came to talk with me or followed up with me. Officer Smith had been accused many times before, so it was not news. I watched and watched to see if anything would happen or change because of the report I made, but nothing happened. However, it got back to Mr. Smith that I told, which is why, in December 2020, I got beat up by two girls who said I snitched on Smith. After I reported

8. My room got tossed after I reported, and I got placed in the SHU for things I did not do. They took my things, my hobby crafts, and impounded it. He would take things that meant a lot to me, like pictures of my kids or confiscate things I was doing for my children. They made my life miserable and wrote me shots for things I did not do. I got severe shots for doing nothing. This happened to other people too. The staff would literally talk about how they knew what we were doing. They listened to phone calls. I reported on the recorded line, but I did not care – I felt I had to.

[4316492.3]                                             3
DECLARATION OF L██ B██████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

9. When I arrived at FCI Dublin in September 2020 I was not provided adequate training and information about how to respond to sexual abuse. I don't remember if I was informed about PREA, I think they gave me a paper about PREA that may have had a phone number to report sexual assault. It mostly focused on incarcerated persons, not staff. I did not receive subsequent training, and there were not any changes to procedures during my time there.

10. There was no effective way to confidentially report sexual assault and abuse by staff at FCI Dublin when I was there, and staff at FCI Dublin tried to prevent people from reporting sexual assault and abuse by staff and retaliated against people who did report. I reported to Putnam, but he did nothing and I spoke with the F.B.I. in 2022. When I eventually decided to report through PREA, it was very uncomfortable. They wanted me to be escorted to medical to tell my psychologist, Mr. Hung, and I was told to get escorted to medical. I refused to be escorted because I did not want everyone to know. Eventually I went. It was a very rude man who took my report. I told them very little information, and I think it's because of the report I made that I was treated so bad. It happened to a lot of girls who filed PREA reports.

11. The investigator, Mr. Putnam, questioned me, and I did not trust him. I did not want him involved in it. I even asked the new Warden, a woman, if Putnam could not be on my case, but the Warden said he was SIS, so he had to take the report. But I always thought that he was feeding info to Smith. Overall, the PREA report I submitted went nowhere.

12. The first time my lawyer came to visit me at FCI Dublin, everything worked out. They left me some legal paperwork. The woman at the desk told me she would get it to my case manager, who would get it to me, but I never received the paperwork. The next day, the facility made my attorney wait for an hour before seeing me. They also stripped me before I was allowed to meet with my lawyer on the second day, and they did not bring me lunch. I believe this was retaliation for meeting with my lawyers. That experience made me feel like they were going to fight against me, and they wanted me to stop

1  fighting, but I did not and I got out.

2      13.    When incarcerated persons report sexual assault and abuse by staff, FCI Dublin and BOP do not seriously investigate the reports. Investigations are frequently delayed and overseen by staff who know and work with the offending staff member. Generally nothing happens as a result. This happened to me when I reported to Lieutenant Putnam – it seemed like he did nothing.

    14.    There is no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin. I never received counseling when I was at FCI Dublin.

    15.    There is little to no medical care available to survivors of sexual abuse and assault at FCI Dublin. It is my understanding that there is currently no medical doctor at the facility. Five months before I was released, they took my meds from me, and no one would help me. I have a schizoaffective diagnosis, and I have to take this certain pill to manage my symptoms. I tried and tried to get help, but they never did anything about it. I would hear buzzing, and it drove me crazy.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at Independence, Kansas this 10th day of August, 2023.



L█ B█