| | |
|---|---|
| MICHAEL W. BIEN – 096891 | OREN NIMNI* |
| ERNEST GALVAN – 196065 | Mass. Bar No. 691821 |
| KARA J. JANSSEN – 274762 | AMARIS MONTES* |
| GINGER JACKSON-GLEICH – 324454 | Md. Bar No. 2112150205 |
| ROSEN BIEN | D DANGARAN* |
| GALVAN & GRUNFELD LLP | Mass. Bar No. 708195 |
| 101 Mission Street, Sixth Floor | RIGHTS BEHIND BARS |
| San Francisco, California 94105-1738 | 416 Florida Avenue N.W. #26152 |
| Telephone: (415) 433-6830 | Washington, D.C. 20001-0506 |
| Email: mbien@rbgg.com | Telephone: (202) 455-4399 |
| egalvan@rbgg.com | Email: oren@rightsbehindbars.org |
| kjanssen@rbgg.com | amaris@rightsbehindbars.org |
| gjackson-gleich@rbgg.com | d@rightsbehindbars.org |

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

*Pro hac vice* applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>　　　　Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF A▇▇ R▇▇ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, A███████ R████, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I am currently incarcerated at FCI Waseca. I was initially incarcerated at the FCI Dublin satellite camp on January 5, 2023. I was placed in the SHU at FCI Dublin on January 17, 2023. At the end of March 2023, I was transferred from Dublin. I arrived at FCI Waseca in April 2023. At any point, BOP may transfer me to another BOP facility, including back to FCI Dublin.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of imminent serious harm from sexual assault, harassment, and retaliation from staff.

4. On January 17, 2023, while housed in the camp, an incarcerated woman told me to clean the showers. I recognized her from when I self-surrendered and I think she thought I was a snitch just because I self-surrendered. I was in the phone room, so I said that I would clean the showers after I was done on the phone. Later, she ran towards me she began hitting me. I turned and pushed her away because I am newly incarcerated and I do not want to fight. Then, several of her friends joined in and continued to beat me up. After, I was put in a holding cell while awaiting SHU placement at FCI Dublin.

5. While in the holding cell, Officer Caston began to sexually harass me. I was sitting on the floor of the holding cell and could hear him tell another officer to "look at her big-ass titties."

6. Officer Caston also refused to give me period products. As a result, I ended up bleeding through all of my clothes. Finally, a female officer came about an hour later and I showed her my bloody clothes. They were laughing and mocking me. Telling me I was being a crybaby and that I can just wait. The female officer did eventually issue me

new clothing and provide me with feminine hygiene products.

7. When he was transferring me from the holding cell to my cell in the SHU, Officer Caston groped me when he went to cuff me up, he rubbed his penis on my backside and reached around and grabbed my breast.

8. Several days later, during count, he told me to step out of the shower. I was saying no, waving my arm. He told me to step out, he started laughing at me, I said "you just want me to see me naked."

9. Officer Caston continued to harass me in the days afterwards. He repeatedly banged on my door when he worked the night shift and I began to suffer the effects of sleep deprivation. I once asked him for pencils and he refused to give them to me and taunted me by telling me to write to SIS Officer Ferguson. Officer Caston also once told a female officer to put me in handcuffs in front of two other officers. He told her to "slap those cuffs on her," I objected, and he told me to "shut the fuck up."

10. In addition, he implied that he would interfere with my outgoing mail, saying "I hope they get out," in reference to my letters. I attempted to send 12 letters and Officer Caston just laughed and laughed. It appears that both my incoming and outgoing mail was tampered with. I know my out mail was tampered at the very least, very few letters made it out.

11. Staff at FCI Dublin prevent people from reporting sexual assault and abuse by staff and retaliate against people who do report. I did report the comment Officer Caston made about my breasts and the lack of menstrual products to the SIS at the end of January. I did not report him touching me, because I was scared of what retaliation I would receive.

12. Shortly after my report to SIS, I received word that I was found as the aggressor for the time I was assaulted by other incarcerated people. This means that I had to stay in the SHU for another thirty days and fine me by taking 50% of what is on my books. I was also brutalized and subjected to a retaliatory transfer.

13. In early March, on the day I was supposed to meet with my attorneys, I

thought they were trying to deny it and I became upset. Officer Papandes, was making fun of me. When it was time to go to the visit, he came in and arrested me and grabbed my forearm and my biceps. He was squeezing so hard, I had a bruise on my forearm. I told him the cuffs and black box was too tight; I had never been black boxed before, and he told me to "man up." The Captain came and apologized. He said he was rough with me because he came from a men's prison. They took it off before my attorney meeting, but I still have scars on my wrists right now. There's five on my right arm, and two on my left.

14. Days after my attorneys filed an emergency request for administrative remedy on my behalf while I was still in the SHU, and just a day before BOP regional counsel were set to visit FCI Dublin, I was transferred. I believe that BOP transferred me to avoid me speaking to regional counsel. Another girl in the SHU, told me that she heard them say, in reference to the transfer list, "add her to the list because region's coming tomorrow." I also believe that I was a last-minute addition because my name was always a "write-in" during my weeks long transfer process. The transfer itself was awful, it took over two weeks, and I was black-boxed for part of the time and placed in a cage.

15. When I arrived at FCI Dublin in January 2023 I was given no PREA training. There were no PREA signs in the SHU at FCI Dublin. In comparison, at Waseca, there are OIG and PREA signs everywhere.

16. When incarcerated persons report sexual assault and abuse by staff, FCI Dublin and BOP do not seriously investigate the reports. Investigations are frequently delayed and overseen by staff who know and work with the offending staff member. Generally nothing happens as a result. Although Officer Caston was removed from the SHU following my report, my understanding is that he still works at Dublin.

17. There is very little confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin. My abuse in the SHU triggered extreme anxiety, and I was put on antidepressant medication (Lexapro and Prozac) for the first time in my life. Since arriving at FCI Waseca, other than being told that there is a weekly open house for psychology, I have not received any mental health support.

3                                                                                  Case No. 4:23-cv-04155
DECLARATION OF A▇▇▇▇▇ R▇▇▇ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1   I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at Dublin, California this *15th* day of August, 2023.



[4201615.1]