| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>GINGER JACKSON-GLEICH – 324454<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:	(415) 433-6830<br>Email:	mbien@rbgg.com<br>	egalvan@rbgg.com<br>	kjanssen@rbgg.com<br>	gjackson-gleich@rbgg.com | OREN NIMNI*<br>  Mass. Bar No. 691821<br>AMARIS MONTES*<br>  Md. Bar No. 2112150205<br>D DANGARAN*<br>  Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:	(202) 455-4399<br>Email:	oren@rightsbehindbars.org<br>	amaris@rightsbehindbars.org<br>	d@rightsbehindbars.org |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California  94612-4700<br>Telephone:	(510) 679-3674<br>Email:	susan@ccijustice.org | *Pro hac vice* applications pending |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>         Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF S████ Y████████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

[4334044.1]

DECLARATION OF S████ Y████████ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, S███████ Y███████ declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. I was incarcerated at FCI Dublin from September 13, 2018, to October 12, 2022. I was then transferred to Northwest ICE Processing Center in Tacoma, Washington. I am now living in Los Angeles, California.

3. FCI Dublin's inadequate systems for preventing, detecting, and responding to sexual abuse have caused actual harm to myself and others incarcerated at FCI Dublin and put myself and other incarcerated persons at substantial risk of serious harm from sexual assault, harassment, and retaliation from staff.

4. I witnessed abuse by Officer John Russell Bellhouse starting in 2019 and was sexually harassed by him and by Warden Ray Garcia.

5. I also witnessed Officer Ross Klinger abuse another woman. After I shared information about the abuse I witnessed to the Special Investigative Services (SIS), I was subjected to retaliatory abuse and harassment by Officers Phillips, Carson, Salcedo.

6. I believe the officers often targeted noncitizens for abuse. Because the officers believed the women were going to be deported, the officers felt they could act with impunity.

7. I worked in the Safety Office from June 2019 until I quit in late 2020. Officer Bellhouse was the administrator of the Safety Office, so he supervised me in my job.

8. Officer Bellhouse sexually harassed me while I worked for him. He commented on my "pretty lips," said I looked "sexy," and made suggestive comments such as "I wish I could," indicating that he wanted to have sex with me but was prevented from doing so.

9. He constantly complimented me and touched me unnecessarily. For example, he touched my hand whenever we handed things to one another.

10. Once when I spilled chemicals on my clothes while on the job, Officer Bellhouse followed me to my unit and waited outside of my cell for me to shower and change my clothes.

11. Officer Bellhouse brought me gifts from outside of the facility. He asked me what kind of gifts I wanted, bringing me things that I couldn't access inside the facility through the commissary, such as movies from Redbox to watch at work, clothing, bagels and cream cheese, and art supplies such as paints and brushes.

12. I also knew he bought some other women gifts, including gold jewelry, to win their attention.

13. Receiving the gifts made me feel uncomfortable.

14. From late 2019 through early 2020, before the COVID-19 pandemic, I also observed Officer Bellhouse have sexual relationships with other women. He would hang out with women who were eventually hired to the Safety Office even though the office did not need additional staff. He spent hours with the women after work. They would go into his office alone for long periods of time. I observed them sitting on Officer Bellhouse's lap.

15. When I quit the Safety Office, Officer Bellhouse came to my unit to ask me to come back. I left because I couldn't handle the harassment anymore.

16. The next day, I was sent to a new housing unit. Officer Bellhouse immediately moved me there to show me that he had control over me.

17. After moving me, he would escort his Safety Office employees back to the dorm and seek me out at the laundry room—my new job—to talk to me, almost daily.

18. He pleaded with me to come back to the Safety Office, saying he was so sad that I left, and saying "I like your lips."

19. One day in late 2021, he came into the laundry room while I was working and blocked the doorway with his body. He continued to try to talk to me while blocking the exit. I felt helpless and trapped, and eventually had to make contact with his hand in order to leave the room, which made me uncomfortable.

[4334044.1]                                    2
DECLARATION OF S_____ Y_____ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

20. While I worked in the Safety Office, I was also supervised by Officer Klinger.

21. I became aware that Officer Klinger was in a long-term relationship with an incarcerated woman. I observed them together all the time, hugging and touching hands.

22. I also saw them go to the warehouse together frequently. Officer Klinger brought her breakfast every morning and other forms of gifts.

23. Right before I quit my job in the Safety Office in late 2020, I heard Officer Klinger having sex with this woman in the Safety Office.

24. I also received unwanted attention from Warden Garcia.

25. Warden Garcia first interacted with me when I took a baking class in the kitchen, sometime before I began working in the Safety Office in June 2019.

26. When Warden Garcia made rounds and visited the kitchen, he would stop by the class and seek me out for a conversation. He gave me inappropriate compliments, commenting that the liked my hair and that I "looked good today." He told me that he could tell I was a hard worker and that he was going to find me a better job.

27. These comments made me feel uncomfortable.

28. I know of at least four of my former cellmates had sex with male officers in the kitchen.

29. These comments from Warden Garcia escalated when I began working in the Safety Office in June 2019.

30. I had my own desk in the office, where I left a picture album. One day, I came to my office and saw Warden Garcia sitting at my desk, looking at pictures of me. He saw a picture of her with blonde hair and said, "blonde looks good on you."

31. Warden Garcia visited me in the Safety Office often and would make excuses to take me out of the office to talk to me. He asked me questions about my case and asked if I ever applied for compassionate release.

32. Warden Garcia also visited my cell when he made rounds. When he visited, he stared at me. I wore short shorts in my cell, and Warden Garcia would stare at my legs.

1  He told me all the time that I had a nice body and a nice butt.

2  33. When I arrived at FCI Dublin in September 2018 I was not provided
3  adequate training and information about how to respond to sexual abuse.

4  34. There is no effective way to confidentially report sexual assault and abuse by
5  staff at FCI Dublin.

6  35. Staff at FCI Dublin prevent people from reporting sexual assault and abuse
7  by staff and retaliate against people who do report.

8  36. Officers Bellhouse and Klinger were taken off the job around June 2021.

9  37. When the investigation into the Safety Office began at the end of 2021, I
10 spoke with Special Investigative Services (SIS) Lieutenant Putnam and two members of
11 the FBI. They asked me about Officers Bellhouse and Klinger.

12 38. I was nervous because I didn't think the conversation was confidential, and I
13 didn't want to be targeted as a snitch.

14 39. Ultimately, I decided to provide Putnam and the FBI officers with
15 information about the sexual abuse I experienced and witnessed by Officers Bellhouse and
16 Klinger.

17 40. After I provided testimony and support to the investigation, other corrections
18 officers began to harass me. The retaliation began about a month after I provided
19 testimony and lasted for the rest of my time at Dublin.

20 41. The officers removed some of my privileges. For example, I no longer could
21 alter my clothing to fit my build—an accommodation that was previously approved.

22 42. The officers also prevented me from going to my job at yoga.

23 43. Officers Phillips, Carson, Salcedo all made retaliatory remarks, but Officer
24 Phillips was the worst.

25 44. Officer Phillips would talk to me about my clothes all the time. She once
26 came to my room, threatened to take my things, and gave me a warning. She also took me
27 out of my cell and yelled at me in front of the entire unit.

28 45. As a result of the lack of privacy and confidentiality, I also experienced some

teasing from other incarcerated women, who would say things like, "Watch out, Safety is coming."

46. When incarcerated persons report sexual abuse by staff, FCI Dublin and BOP do not seriously investigate the reports. Investigations are frequently delayed and overseen by staff who know and work with the offending staff member. Generally nothing happens as a result.

47. There is little to no confidential mental health care available to survivors of sexual abuse and assault at FCI Dublin.

48. I have severe anxiety because of my experiences at Dublin. I began to suffer from insomnia and migraines in early 2022. The abuse I experienced traumatized me severely because of my fear of further harassment.

49. I began to see psychiatrists and psychologists to treat my depression and anxiety, but those treatments were not entirely helpful.

50. I take painkillers and anxiety medication to curb the nightmares and my feeling of panic; I had never taken psychotropic medication before arriving at Dublin.

51. There is little to no medical care available to survivors of sexual abuse and assault at FCI Dublin.

52. The camera system at FCI Dublin is inadequate. There are some cameras installed in fixed locations in the facility, but it is well known that there are no cameras in certain areas of the facility. Many of the cameras in the prison are broken and do not work. Staff at FCI Dublin have never worn body-worn cameras in the facility.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at **Los Angeles, CA** this **10** day of **08**, 2023.



[4201615.1]