MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
 egalvan@rbgg.com
 kjanssen@rbgg.com
 gjackson-gleich@rbgg.com

OREN NIMNI*
 Mass. Bar No. 691821
AMARIS MONTES*
 Md. Bar No. 2112150205
D DANGARAN*
 Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
 amaris@rightsbehindbars.org
 d@rightsbehindbars.org

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

**Pro hac vice* applications pending*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | Case No. 3:23-cv-04155<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 6, 2023<br>Time: 9:30 am.<br>Crtrm.: D, 15th Floor<br>Place: 450 Golden Gate Avenue<br> San Francisco, CA 94102<br><br>Judge: Hon. Joseph Spero |

On October 6, 2023 at 9:30 a.m., this matter came on regularly for a hearing in this Court. Having considered the parties' pleadings, the arguments of counsel, and the entire record in this case, and good cause existing therefor,

**THE COURT HEREBY FINDS AND ORDERS:**

1. A preliminary injunction should issue where a plaintiff demonstrates "[1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Plaintiffs meet each of these requirements.

2. Plaintiffs have demonstrated that they have a likelihood of succeeding on the merits of their claims that the BOP and FCI Dublin, through its officials, put individuals held at FCI at substantial risk of serious harm due to sexual abuse and retaliation and have shown deliberate indifference to that substantial risk of harm in violation of the Eighth Amendment.

3. Plaintiffs have no adequate remedy at law and only injunctive relief will alleviate the risks at which they are placed by Defendants' acts and omissions.

4. If the Motion for Preliminary Injunction is denied, Plaintiffs will suffer irreparable harm from ongoing violations of their constitutional rights.

5. Given Plaintiffs' likelihood of success on the merits, the irreparable harm caused by denying Plaintiffs' Motion for Preliminary Injunction outweighs any harm experienced by Defendants as a result of complying with the terms of this Order.

6. The public has a strong interest in preventing ongoing sexual assault of people incarcerated at FCI Dublin and this public interest weighs in favor of granting the Motion for Preliminary Injunction.

7. The relief ordered is narrowly drawn and extends no further than necessary to remedy the current and ongoing violations of incarcerated peoples' federal rights due to the acts and omissions of Defendants. The relief ordered is the least intrusive means necessary to correct these violations as it grants considerable leeway to Defendants to craft a remedy that complies with the terms of this Order.

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for a preliminary injunction is GRANTED.

2. IT IS FURTHER ORDERED that Defendants must take the following immediate actions, the Court will appoint a Special Master with sufficient resources and power to monitor and ensure Defendants' compliance:

   (i) submit to a comprehensive audit, by an outside agency mutually agreed upon by the Parties, of all policies concerning staff sexual abuse, reporting, and retaliation;

   (ii) after such audit, implement changes to policies as recommended by the outside auditor and in consultation with organizational Plaintiff California Coalition of Women Prisoners (CCWP);

   (iii) submit to quarterly site visits by the outside agency mutually agreed upon by the Parties, and provide public quarterly reports concerning: staff sexual abuse and retaliation, grievances against facility staff, and use of internal punitive measures (including use of solitary confinement, strip searches, cell searches, drug tests, and transfers);

   (iv) end the use of solitary confinement or punitive segregation at FCI Dublin until such a time that it can be ensured that such confinement will not be used as part of a practice of retaliation against those who experience and report staff sexual abuse;

   (v) develop a substantive process for the return of non-contraband items seized from individuals' cells during searches;

   (vi) develop and institute policies and procedures to provide high-quality offsite medical and mental health care for all members of the class, in accordance with accepted medical standards;

   (vii) create a system to provide class members with documentation of reporting and participation in investigation of staff misconduct, and to streamline and support requests from class members for related relief (e.g. requests for

release to less restrictive settings, requests for U-visa certifications); and

(viii) ensure that all class members have consistent, timely, and confidential access to legal counsel, including providing private meeting spaces for all attorney visits.

**IT IS SO ORDERED.**

DATED:                , 2023

_____
United States District Judge