MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:	(415) 433-6830
Email:	mbien@rbgg.com
	egalvan@rbgg.com
	kjanssen@rbgg.com
	gjackson-gleich@rbgg.com

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:	(202) 455-4399
Email:	oren@rightsbehindbars.org
	amaris@rightsbehindbars.org
	d@rightsbehindbars.org

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:	(510) 679-3674
Email:	susan@ccijustice.org

*Pro hac vice* applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | Case No. 3:23-cv-04155<br><br>**DECLARATION OF SUSAN BEATY IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Susan Beaty, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Senior Attorney at the California Collaborative for Immigrant Justice ("CCIJ"), and counsel of record for the Plaintiffs and Proposed Class. I have personal knowledge of the facts set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Motion for Provisional Class Certification.

2. As a Senior Attorney at CCIJ, I coordinate direct representation, litigation, and advocacy work on behalf of detained and incarcerated immigrants throughout California. I represent individual clients in removal proceedings before the California Immigration Courts, the Board of Immigration Appeals, and the Ninth Circuit Court of Appeals, and coordinate pro se legal clinics for detained and incarcerated immigrants facing deportation.

3. For the past five years, I have coordinated legal services, litigation, and advocacy on behalf of people incarcerated at the Federal Correctional Institute ("FCI") Dublin. FCI Dublin is a site of the Institutional Hearing Program, which places incarcerated noncitizens into removal proceedings while serving criminal sentences and operates immigration courts at state and federal prisons. CCIJ has coordinated an immigration legal clinic at FCI Dublin for over a decade, and I have directed this clinic since 2018. In this role, I have conducted legal visits at FCI Dublin approximately once every two months for the past five years. I have provided legal consultations to hundreds of people incarcerated at FCI Dublin and have directly represented dozens of individual clients at the facility. I helped build and now coordinate a legal services referral program, connecting unrepresented individuals at FCI Dublin with pro bono counsel for removal defense, affirmative immigration benefits, compassionate release, and other civil matters. Since 2020, I have supervised a legal services project at FCI Dublin for students at the UC Berkeley School of Law, for which I received the Kathi Pugh Award for Exceptional Mentorship in 2023.

4. I have also worked with a variety of community partners to advocate for improved attorney access and conditions at FCI Dublin. I currently serve as a worker

1

DECLARATION OF SUSAN BEATY IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

representative in an OSHA complaint and investigation for incarcerated workers at FCI Dublin. In my former role at Centro Legal de la Raza, my employer served as organizational plaintiff in FOIA litigation against the Bureau of Prisons for records related to FCI Dublin's policies and practices. *See Centro Legal de la Raza v. Federal Bureau of Prisons*, No. 3:20-cv-05839 (N.D. Cal. 2020).

5. My colleagues at CCIJ and I have served as counsel or amici in other lawsuits and administrative complaints seeking to address unlawful actions by prison administrators, including: *Hernandez Gomez et al v. GEO Group, Inc.*, No. 1:2022-cv-00868 (E.D. Cal. Filed July 31, 2022), a class action lawsuit on behalf of workers in Central Valley immigration detention facilities; *Ahn v. GEO Group, Inc.,* No. 1:22-cv-005586 (E.D. Cal. filed May 17, 2022), a wrongful death lawsuit on behalf of my former client who died in detention; *Vega v. Management and Training Corp.,* No. 3:21-cv-01770 (S.D. Cal filed Oct. 14, 2021), which seeks damages on behalf of an individual unlawfully held in solitary confinement; and multiple administrative complaints to the Department of Homeland Security's Office for Civil Rights and Civil Liberties regarding conditions of confinement in detention, including staff sexual abuse.

6. I graduated from the UC Berkeley School of Law in 2018. I was admitted to the California bar in 2018 and am a member of the bars of the Ninth Circuit Court of Appeals and the Northern District of California. I worked in the Immigrants' Rights Program at Centro Legal de la Raza from 2018 until early this year, when I joined CCIJ. Prior to law school, I worked for eight years as a community advocate for detained immigrants and incarcerated people.

7. Since being retained to pursue this class action, I have devoted substantial resources to this case. My colleagues at CCIJ and I are committed to the full and thorough preparation of this case and to acting in the best interests of the class and are willing to take this case to trial. As an organization whose mission is to use the law to address systemic issues facing detained and incarcerated immigrants, CCIJ is committed to moving this case forward. To my knowledge, CCIJ has no conflicts of interest that would prevent

the firm from providing zealous representation of the named plaintiffs and the class.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed at Oakland California this 15th day of August, 2023.

_____
Susan Beaty