MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
　　　　 egalvan@rbgg.com
　　　　 kjanssen@rbgg.com
　　　　 gjackson-gleich@rbgg.com

OREN NIMNI*
　Mass. Bar No. 691821
AMARIS MONTES*
　Md. Bar No. 2112150205
D DANGARAN*
　Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
　　　　 amaris@rightsbehindbars.org
　　　　 d@rightsbehindbars.org

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

**Pro hac vice* applications pending

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>　　　Defendants. | Case No. 3:23-cv-04155<br><br>**DECLARATION OF DIANA BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Trial Date:　　None Set |

DECLARATION OF DIANA BLOCK

I, Diana Block, declare:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration based in support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification.

2. I am a member of the leadership of California Coalition for Women Prisoners ("CCWP") and am authorized to make representations on behalf of CCWP in the above captioned matter.

3. CCWP is a membership organization whose members constitute currently and formerly incarcerated women and transgender individuals.

4. CCWP's mission is, among other things, to challenge the institutional violence imposed on women, transgender people, and communities of color by the prison industrial complex.

5. In seeking to accomplish its mission CCWP prioritizes the voices of those inside prison and has a leadership and membership entirely comprised of currently and formerly incarcerated people.

6. Currently CCWP has a membership of approximately 220 members. Approximately 120 of these members are currently incarcerated and 100 are currently outside prison or jail.

7. CCWP was founded in 1995 after women filed lawsuit against the California Prison system alleging inadequate medical care.

8. Currently incarcerated members reside in the following facilities:
- FCI Dublin
- Central California Women's Facility
- California Institute for Women
- San Francisco County Jail
- Alameda County Jail

9. Among other services, CCWP advocates for members on the inside, including advocacy for services and medical care, provide mutual aid, and provides services and information regarding reentry after incarceration.

10. Most incarcerated members correspond regularly with CCWP through the "Writing Warriors" program, one of CCWP's 10 working groups.

11. Incarcerated members, along with receiving services and participating in the Writing Warriors program are also provided copies of "the Fire Inside" a newsletter by, for, and about those incarcerated in women's prisons in the United States.

12. Members make all decisions within and governing CCWP. Day to day decisions are made by a coordinating committee comprised of members and the whole membership has the ability to vote on larger structural changes to the organization.

13. Since CCWP's inception we have received communication from those in FCI Dublin concerning conditions in the facility, including sexual abuse perpetrated by guards.

14. These communications have only increased in recent years and many of our members have reported sexual abuse committed by officers who have been criminally charged and indicted for such abuse.

15. We regularly hear reports of sexual harassment, abuse, and retaliation from members in FCI Dublin. These reports come to us via letter, telephone call, and through numerous in person visits we have made to members or potential members inside FCI Dublin.

16. Our members have been severely injured both by the sexual abuse itself as well as by the retaliation against those that report which include being punished with housing restrictions and unnecessary cell searches.

17. Our members in FCI Dublin remain in constant fear of sexual assault and retaliation because of the long history of such actions at FCI Dublin and because of the continuing system of impunity at the facility.

18. Our members are at regular risk of harm at FCI Dublin and, as a result,

1 CCWP has spent significant organizational time and resources meeting and
2 communicating with members, advocating for individual members, advocating with BOP
3 for system wide change and accountability and otherwise supporting those in FCI Dublin.
4        19.    These additional efforts would be unnecessary if FCI Dublin were to enact
5 system wide change to address the issues of sexual abuse and retaliation and to provide
6 confidential reporting mechanisms, and safe and effective third party medical and mental
7 health treatment.
8 / / /
9 / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed in San Francisco, California this 14th day of August, 2023.

_____
Diana Block on Behalf of California Coalition for Women Prisoners

DECLARATION OF DIANA BLOCK ON BEHALF OF CALIFORNIA COALATION FOR WIMEN PRISONERS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION