# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; et al.<br><br>*Defendant(s)* | Civil Action No. 4:23-cv-04155-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS
c/o Merrick B. Garland, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001
(Additional Defendants to be served pursuant to Fed. R. Civ. P. 4(i)(1) & (2) listed on Continuation Page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kara J. Janssen
> Rosen Bien Galvan & Grunfeld LLP
> 101 Mission Street, Sixth Floor
> San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

Date: 8/23/2023

*Signature of Clerk or Deputy Clerk*

Mark Romyn

# SUMMONS IN A CIVIL ACTION
## Continuation Page

**To: (Names and addresses of additional defendants and representatives) (continued)**

    ISMAIL J. RAMSEY
    United States Attorney for the Northern District of California
    United States Attorney's Office
    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    (Served Pursuant to Fed. R. Civ. P. 4(i)(1))

    BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity
    Federal Bureau of Prisons
    320 First St., NW
    Washington, DC 20534

    FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity
    FCI Dublin
    5701 8th St – Camp Parks
    Dublin, CA 94568

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-04155-YGR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: