1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7025
6       Fax: (415) 436-6748
        pamela.johann@usdoj.gov
7
   Attorneys for Federal Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  CALIFORNIA COALITION FOR WOMEN     )  Case No. 4:23-cv-04155-YGR
    PRISONERS, et al.,                 )
13                                     )
            Plaintiffs,                )  **STIPULATED REQUEST TO EXTEND**
14                                     )  **BRIEFING SCHEDULE ON PLAINTIFFS'**
        v.                             )  **MOTION FOR A PRELIMINARY INJUNCTION**
15                                     )  **(ECF NO. 10) AND MOTION TO CERTIFY**
    UNITED STATES OF AMERICA FEDERAL   )  **CLASS (ECF NO. 11); [PROPOSED] ORDER**
16  BUREAU OF PRISONS, et al.,         )
                                       )
17          Defendants.                )
    _____)
18

19         Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and the Federal Defendants, United States

20  of America Federal Bureau of Prisons, Bureau of Prisons Director Colette Peters, in her official

21  capacity, and FCI Dublin Warden Thahesha Jusino, in her official capacity, by and through undersigned

22  counsel, submit this stipulated joint request to extend the briefing schedule on Plaintiffs' Motion for a

23  Preliminary Injunction filed on August 17, 2023 (ECF No. 10) and Plaintiffs' Motion to Certify Class

24  (ECF No. 11) (the "Motions").

25         1.      Plaintiffs filed this action on August 16, 2023, against the Federal Defendants and

26  individual officers named in their individual capacity.  ECF No. 1.

27         2.      On August 17, 2023, Plaintiffs filed a motion for a preliminary injunction, ECF No. 10,

28

and a motion to certify class, ECF No. 11.

3.      On August 18, 2023, the Court issued an order finding this case is related to 4:22-cv-5137-YGR.  ECF No. 12.

4.      The U.S. Attorney's Office was served with a copy of the summons and complaint, Plaintiffs' motion for a preliminary injunction, and Plaintiffs' motion to certify class on August 24, 2023.

5.      At this time, it has not been determined which U.S. Attorney's Office or Department of Justice office will handle representation of the Federal Defendants.  Because the representation process involves several considerations and is expected to take some time, the Federal Defendants have requested to extend the briefing on Plaintiffs' two pending motions.  In order to give the Government additional time to address the representation issue, the Parties agree to extend the deadline for Defendants' oppositions to the Motions to October 18, 2023, to extend the deadline for Plaintiffs' reply to October 25, 2023, and to re-notice the hearing for a time and date agreeable to the Court.  The Parties further agree that the Federal Defendants shall file a response to the Complaint by December 18, 2023.

6.      To the extent the representation issues remain unresolved, the Federal Defendants may seek an additional extension of these dates by stipulation or administrative motion.

7.      The Parties acknowledge the Order entered by this Court on July 7, 2023, in *M.R. v. FCI Dublin*, 22-cv-05137-YGR, and related cases, staying "[a]ll current cases and any future related civil actions" until Monday, December 18, 2023.  The Parties disagree about whether the present case is subject to the stay order.

IT IS SO STIPULATED.

DATED: September 8, 2023                    Respectfully submitted,

                                            RIGHTS BEHIND BARS
                                            CALIFORNIA COLLABORATIVE FOR
                                            IMMIGRANT JUSTICE
                                            ROSEN BIEN GALVAN & GRUNFELD LLP

                                             */s/ Kara Janssen*
                                            KARA JANSSEN

                                            Attorneys for Plaintiffs

DATED: September 8, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 _/s/ Pamela T. Johann_
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Federal Defendants

## ECF ATTESTATION

In accordance with Civil Local Rule 5-1(h)(1), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

 _/s/ Pamela T. Johann_
PAMELA T. JOHANN

1

**[PROPOSED] ORDER**

2      Pursuant to the stipulation, briefing on the Plaintiffs' motion for a preliminary injunction and for

3   class certification is extended as follows:  Federal Defendants' oppositions to Plaintiffs' motions shall be

4   filed on or before October 18, 2023, and Plaintiffs' replies shall be filed on or before October 25, 2023.

5   The hearing on Plaintiffs' motions is set for _____.

6      **IT IS SO ORDERED.**

7   DATED: _____

8   _____

HON. YVONNE GONZALEZ ROGERS
9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
No. 4:23-cv-4155-YGR

1