AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated<br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:23-cv-04155-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN BELLHOUSE, in his individual capacity
1972 E. Sandra Lane
Pueblo West, CO  81007
(also P.O. Box 8303, Pueblo, CO  81008)

(Additional Defendants to be served pursuant to Fed. R. Civ. P. 4(i)(3) listed on Continuation Page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kara J. Janssen
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA  94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B.Busby

Date:  9/13/2023

*S. Campos*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-04155-YGR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# SUMMONS IN A CIVIL ACTION
## Continuation Page

**To: (Names and addresses of additional defendants and representatives) (continued)**

LAWRENCE GACAD, in his individual capacity
3701 W. Corona Avenue
Phoenix, AZ  85041

ANDREW JONES, in his individual capacity
1515 Zenith Place
Clovis, CA  93619

NAKIE NUNLEY, in his individual capacity
2574 Rowe Court
Fairfield, CA  94533

PATRICK POOL, in his individual capacity
401 Winchester Street
Vallejo, CA  94590

STEPHEN PUTNAM, in his individual capacity
324 W. Harding Road
Turlock, CA  95380

DENZIL SHIRLEY, in his individual capacity
101 Canal Drive
Oroville, CA  95966

DARRYL SMITH, in his individual capacity
471 Tiger Hammock Road
Crawfordville, FL  32327

LEA VASQUEZ, in her individual capacity
3115 Finnian Way, Apt. 331
Dublin, CA  94568

[4355437.1]

ISMAIL J. RAMSEY
United States Attorney for the Northern District of California
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102
(Served Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(i))

MERRICK B. GARLAND
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530-0001
(Served Pursuant to Fed. R. Civ. Pr. 4(i)(1)(B))

[4355437.1]