Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

_____Oakland__ Division

| | | |
|---|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS;  individuals on behalf of themselves and all others similarly situated | ) | Case No.   4:23-cv-04155-YGR |
| | ) | _(to be filled in by the Clerk's Office)_ |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) | Jury Trial:  _(check one)_   ☐ Yes  ☑ No |
| -v- | ) | |
| | ) | |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; al. Officer Pool | ) | **F I L E D** |
| | ) | |
| _Defendant(s)_ | ) | OCT 0 4 2023 _pm_ |
| _(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

**I.    The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Patrick Pool |
| Street Address | 401 Winchester St. |
| City and County | Vallejo/Solano County |
| State and Zip Code | Ca. 94590 |
| Telephone Number | 707-515-8184 |
| E-mail Address | ppool44@gmail.com |

**II.    The Answer and Defenses to the Complaint**

**A.    Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint.  Number the paragraphs.  The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc.  For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

### ADDENDUM DEFENDANT OFFICER POOL ANSWERS TO COMPLAINT

Case Number: 4:23-cv-04155

### Section I - Defenses to Introduction Allegations:

1. Lack of Sufficient Knowledge to admit or deny the allegation.
2. Lack of Sufficient Knowledge to admit or deny the allegation.
3. Lack of Sufficient Knowledge to admit or deny the allegation.
4. Lack of Sufficient Knowledge to admit or deny the allegation.
5. Lack of Sufficient Knowledge to admit or deny the allegation.
6. Lack of Sufficient Knowledge to admit or deny the allegation.
7. Lack of Sufficient Knowledge to admit or deny the allegation.
8. Lack of Sufficient Knowledge to admit or deny the allegation.
9. Lack of Sufficient Knowledge to admit or deny the allegation.
10. Lack of Sufficient Knowledge to admit or deny the allegation.
11. Lack of Sufficient Knowledge to admit or deny the allegation.
12. Lack of Sufficient Knowledge to admit or deny the allegation.
13. Lack of Sufficient Knowledge to admit or deny the allegation.
14. Lack of Sufficient Knowledge to admit or deny the allegation.
15. Lack of Sufficient Knowledge to admit or deny the allegation.
16. Lack of Sufficient Knowledge to admit or deny the allegation.
17. Lack of Sufficient Knowledge to admit or deny the allegation.
18. Lack of Sufficient Knowledge to admit or deny the allegation.
19. Lack of Sufficient Knowledge to admit or deny the allegation.
20. Lack of Sufficient Knowledge to admit or deny the allegation.
21. Lack of Sufficient Knowledge to admit or deny the allegation.
22. Lack of Sufficient Knowledge to admit or deny the allegation.
23. Lack of Sufficient Knowledge to admit or deny the allegation.
24. Lack of Sufficient Knowledge to admit or deny the allegation.
25. Lack of Sufficient Knowledge to admit or deny the allegation.
26. Lack of Sufficient Knowledge to admit or deny the allegation.
27. Lack of Sufficient Knowledge to admit or deny the allegation.
28. Lack of Sufficient Knowledge to admit or deny the allegation.

29. Lack of Sufficient Knowledge to admit or deny the allegation.
30. Lack of Sufficient Knowledge to admit or deny the allegation.
31. Lack of Sufficient Knowledge to admit or deny the allegation.
32. Lack of Sufficient Knowledge to admit or deny the allegation.
33. Lack of Sufficient Knowledge to admit or deny the allegation.
34. Lack of Sufficient Knowledge to admit or deny the allegation.
35. Lack of Sufficient Knowledge to admit or deny the allegation.
36. Lack of Sufficient Knowledge to admit or deny the allegation.
37. Lack of Sufficient Knowledge to admit or deny the allegation.
38. Lack of Sufficient Knowledge to admit or deny the allegation.
39. Deny all Allegations
40. Lack of Sufficient Knowledge to admit or deny the allegation.
41. Lack of Sufficient Knowledge to admit or deny the allegation.
42. Deny all Allegations
43. Deny all Allegations
44. Deny all Allegations

**Section II part 1 - Defenses Factual Allegations:**
45. Lack of Sufficient Knowledge to admit or deny the allegation.
46. Lack of Sufficient Knowledge to admit or deny the allegation.
47. Lack of Sufficient Knowledge to admit or deny the allegation.
48. Lack of Sufficient Knowledge to admit or deny the allegation.
49. Lack of Sufficient Knowledge to admit or deny the allegation.
50. Lack of Sufficient Knowledge to admit or deny the allegation.
51. Lack of Sufficient Knowledge to admit or deny the allegation.
52. Lack of Sufficient Knowledge to admit or deny the allegation.
53. Lack of Sufficient Knowledge to admit or deny the allegation.
54. Lack of Sufficient Knowledge to admit or deny the allegation.
55. Lack of Sufficient Knowledge to admit or deny the allegation.
56. Lack of Sufficient Knowledge to admit or deny the allegation.

**Section II part 2 - Defenses to The BOP Has Failed to Detect, Prevent, and Address Sexual Misconduct by BOP Staff and Failed to Act and Hold Staff Accountable for Decades.**
57. Lack of Sufficient Knowledge to admit or deny the allegation.

58.   Lack of Sufficient Knowledge to admit or deny the allegation.
59.   Lack of Sufficient Knowledge to admit or deny the allegation.
60.   Lack of Sufficient Knowledge to admit or deny the allegation.
61.   Lack of Sufficient Knowledge to admit or deny the allegation.
62.   Lack of Sufficient Knowledge to admit or deny the allegation.
63.   Lack of Sufficient Knowledge to admit or deny the allegation.
64.   Lack of Sufficient Knowledge to admit or deny the allegation.
65.   Lack of Sufficient Knowledge to admit or deny the allegation.
66.   Lack of Sufficient Knowledge to admit or deny the allegation.
67.   Lack of Sufficient Knowledge to admit or deny the allegation.
68.   Lack of Sufficient Knowledge to admit or deny the allegation.
69.   Lack of Sufficient Knowledge to admit or deny the allegation.
70.   Lack of Sufficient Knowledge to admit or deny the allegation.
71.   Lack of Sufficient Knowledge to admit or deny the allegation.
72.   Lack of Sufficient Knowledge to admit or deny the allegation.
73.   Lack of Sufficient Knowledge to admit or deny the allegation.
74.   Lack of Sufficient Knowledge to admit or deny the allegation.
75.   Lack of Sufficient Knowledge to admit or deny the allegation.
76.   Lack of Sufficient Knowledge to admit or deny the allegation.
77.   Lack of Sufficient Knowledge to admit or deny the allegation.
78.   Lack of Sufficient Knowledge to admit or deny the allegation.
79.   Lack of Sufficient Knowledge to admit or deny the allegation.
80.   Lack of Sufficient Knowledge to admit or deny the allegation.
81.   Lack of Sufficient Knowledge to admit or deny the allegation.
82.   Lack of Sufficient Knowledge to admit or deny the allegation.
83.   Lack of Sufficient Knowledge to admit or deny the allegation.
84.   Lack of Sufficient Knowledge to admit or deny the allegation.
85.   Lack of Sufficient Knowledge to admit or deny the allegation.
86.   Lack of Sufficient Knowledge to admit or deny the allegation.
87.   Lack of Sufficient Knowledge to admit or deny the allegation.
88.   Lack of Sufficient Knowledge to admit or deny the allegation.
89.   Lack of Sufficient Knowledge to admit or deny the allegation.
90.   Lack of Sufficient Knowledge to admit or deny the allegation.

**Section III - The BOP Has Failed to Take Action to Stop Ongoing Sexual Assault and Harassment and to Protect the Individuals in Its Care at FCI Dublin.**

91.   Lack of Sufficient Knowledge to admit or deny the allegation.
92.   Lack of Sufficient Knowledge to admit or deny the allegation.
93.   Lack of Sufficient Knowledge to admit or deny the allegation.
94.   Lack of Sufficient Knowledge to admit or deny the allegation.
95.   Lack of Sufficient Knowledge to admit or deny the allegation.
96.   Lack of Sufficient Knowledge to admit or deny the allegation.
97.   Lack of Sufficient Knowledge to admit or deny the allegation.
98.   Deny all Allegations
99.   Lack of Sufficient Knowledge to admit or deny the allegation.
100.  Lack of Sufficient Knowledge to admit or deny the allegation.
101.  Lack of Sufficient Knowledge to admit or deny the allegation.
102.  Lack of Sufficient Knowledge to admit or deny the allegation.
103.  Lack of Sufficient Knowledge to admit or deny the allegation.
104.  Lack of Sufficient Knowledge to admit or deny the allegation.
105.  Lack of Sufficient Knowledge to admit or deny the allegation.
106.  Lack of Sufficient Knowledge to admit or deny the allegation.
107.  Lack of Sufficient Knowledge to admit or deny the allegation.
108.  Lack of Sufficient Knowledge to admit or deny the allegation.
109.  Lack of Sufficient Knowledge to admit or deny the allegation.
110.  Lack of Sufficient Knowledge to admit or deny the allegation.
111.  Lack of Sufficient Knowledge to admit or deny the allegation.
112.  Lack of Sufficient Knowledge to admit or deny the allegation.
113.  Lack of Sufficient Knowledge to admit or deny the allegation.
114.  Lack of Sufficient Knowledge to admit or deny the allegation.
115.  Lack of Sufficient Knowledge to admit or deny the allegation.
116.  Lack of Sufficient Knowledge to admit or deny the allegation.
117.  Lack of Sufficient Knowledge to admit or deny the allegation.
118.  Lack of Sufficient Knowledge to admit or deny the allegation.
119.  Lack of Sufficient Knowledge to admit or deny the allegation.
120.  Lack of Sufficient Knowledge to admit or deny the allegation.
121.  Lack of Sufficient Knowledge to admit or deny the allegation.
122.  Lack of Sufficient Knowledge to admit or deny the allegation.

123.   Lack of Sufficient Knowledge to admit or deny the allegation.

124.   Lack of Sufficient Knowledge to admit or deny the allegation.

125.   Lack of Sufficient Knowledge to admit or deny the allegation.

126.   Lack of Sufficient Knowledge to admit or deny the allegation.

127.   Lack of Sufficient Knowledge to admit or deny the allegation.

128.   Deny all Allegations

129.   Lack of Sufficient Knowledge to admit or deny the allegation.

130.   Lack of Sufficient Knowledge to admit or deny the allegation.

131.   Lack of Sufficient Knowledge to admit or deny the allegation.

132.   Deny all Allegations

133.   Lack of Sufficient Knowledge to admit or deny the allegation.

134.   Lack of Sufficient Knowledge to admit or deny the allegation.

## Section III part B. - Survivors Continue to Face Severe Retaliation for Reporting Abuse, Which Chills Further Reporting and Obstructs Investigations into Abuse.

135.   Lack of Sufficient Knowledge to admit or deny the allegation.

136.   Lack of Sufficient Knowledge to admit or deny the allegation.

137.   Lack of Sufficient Knowledge to admit or deny the allegation.

138.   Lack of Sufficient Knowledge to admit or deny the allegation.

139.   Lack of Sufficient Knowledge to admit or deny the allegation.

140.   Lack of Sufficient Knowledge to admit or deny the allegation.

141.   Lack of Sufficient Knowledge to admit or deny the allegation.

142.   Lack of Sufficient Knowledge to admit or deny the allegation.

143.   Lack of Sufficient Knowledge to admit or deny the allegation.

144.   Lack of Sufficient Knowledge to admit or deny the allegation.

145.   Lack of Sufficient Knowledge to admit or deny the allegation.

146.   Lack of Sufficient Knowledge to admit or deny the allegation.

147.   Lack of Sufficient Knowledge to admit or deny the allegation.

148.   Lack of Sufficient Knowledge to admit or deny the allegation.

149.   Lack of Sufficient Knowledge to admit or deny the allegation.

150.   Lack of Sufficient Knowledge to admit or deny the allegation.

## Section III part B #2. - Preemptive Retaliation to Prevent Reporting

151.   Lack of Sufficient Knowledge to admit or deny the allegation.

152.  Lack of Sufficient Knowledge to admit or deny the allegation.

153.  Lack of Sufficient Knowledge to admit or deny the allegation.

154.  Lack of Sufficient Knowledge to admit or deny the allegation.

155.  Lack of Sufficient Knowledge to admit or deny the allegation.

156.  Lack of Sufficient Knowledge to admit or deny the allegation.

157.  Lack of Sufficient Knowledge to admit or deny the allegation.

158.  Lack of Sufficient Knowledge to admit or deny the allegation.

## Section III part C. - Survivors Have No Way To Confidentially Report Abuse

159.  Lack of Sufficient Knowledge to admit or deny the allegation.

160.  Lack of Sufficient Knowledge to admit or deny the allegation.

161.  Lack of Sufficient Knowledge to admit or deny the allegation.

162.  Lack of Sufficient Knowledge to admit or deny the allegation.

163.  Lack of Sufficient Knowledge to admit or deny the allegation.

164.  Lack of Sufficient Knowledge to admit or deny the allegation.

165.  Lack of Sufficient Knowledge to admit or deny the allegation.

166.  Lack of Sufficient Knowledge to admit or deny the allegation.

167.  Lack of Sufficient Knowledge to admit or deny the allegation.

168.  Lack of Sufficient Knowledge to admit or deny the allegation.

169.  Lack of Sufficient Knowledge to admit or deny the allegation.

## Section III part D. - Staff Are Not Held Accountable for Abuse

170.  Lack of Sufficient Knowledge to admit or deny the allegation.

171.  Lack of Sufficient Knowledge to admit or deny the allegation.

172.  Lack of Sufficient Knowledge to admit or deny the allegation.

173.  Lack of Sufficient Knowledge to admit or deny the allegation.

174.  Lack of Sufficient Knowledge to admit or deny the allegation.

175.  Lack of Sufficient Knowledge to admit or deny the allegation.

176.  Lack of Sufficient Knowledge to admit or deny the allegation.

177.  Lack of Sufficient Knowledge to admit or deny the allegation.

178.  Lack of Sufficient Knowledge to admit or deny the allegation.

179.  Lack of Sufficient Knowledge to admit or deny the allegation.

180.  Lack of Sufficient Knowledge to admit or deny the allegation.

## Section III part E. - Survivors of Sexual Abuse and Retaliation at Dublin Have Experienced Grievous Physical, Mental, Dignitary, and Economic Injuries

181. Lack of Sufficient Knowledge to admit or deny the allegation.
182. Lack of Sufficient Knowledge to admit or deny the allegation.
183. Lack of Sufficient Knowledge to admit or deny the allegation.
184. Lack of Sufficient Knowledge to admit or deny the allegation.
185. Lack of Sufficient Knowledge to admit or deny the allegation.
186. Lack of Sufficient Knowledge to admit or deny the allegation.
187. Lack of Sufficient Knowledge to admit or deny the allegation.
188. Lack of Sufficient Knowledge to admit or deny the allegation.
189. Lack of Sufficient Knowledge to admit or deny the allegation.
190. Lack of Sufficient Knowledge to admit or deny the allegation.

## Section III part F. - Survivors of and Witnesses to Sexual Abuse Are Denied Access to Mental Health Care and Medical Care to Address Their Mental and Physical Injuries

191. Lack of Sufficient Knowledge to admit or deny the allegation.
192. Lack of Sufficient Knowledge to admit or deny the allegation.
193. Lack of Sufficient Knowledge to admit or deny the allegation.
194. Lack of Sufficient Knowledge to admit or deny the allegation.
195. Lack of Sufficient Knowledge to admit or deny the allegation.
196. Lack of Sufficient Knowledge to admit or deny the allegation.
197. Lack of Sufficient Knowledge to admit or deny the allegation.
198. Lack of Sufficient Knowledge to admit or deny the allegation.
199. Lack of Sufficient Knowledge to admit or deny the allegation.
200. Lack of Sufficient Knowledge to admit or deny the allegation.
201. Lack of Sufficient Knowledge to admit or deny the allegation.
202. Lack of Sufficient Knowledge to admit or deny the allegation.
203. Lack of Sufficient Knowledge to admit or deny the allegation.
204. Lack of Sufficient Knowledge to admit or deny the allegation.
205. Lack of Sufficient Knowledge to admit or deny the allegation.
206. Lack of Sufficient Knowledge to admit or deny the allegation.
207. Lack of Sufficient Knowledge to admit or deny the allegation.

Case Number: 4:23-cv-04155

**Section III part G. - Conditions for Sexual Violence Reamin at FCI Dublin**
  208.  Lack of Sufficient Knowledge to admit or deny the allegation.
  209.  Lack of Sufficient Knowledge to admit or deny the allegation.
  210.  Lack of Sufficient Knowledge to admit or deny the allegation.
  211.  Lack of Sufficient Knowledge to admit or deny the allegation.
  212.  Lack of Sufficient Knowledge to admit or deny the allegation.
  213.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Section III part H. - Dublin Officers Established a Trafficking System to Illicit Sexual Acts and Forced Labor from Plaintiffs.**
  214.  Lack of Sufficient Knowledge to admit or deny the allegation.
  215.  Lack of Sufficient Knowledge to admit or deny the allegation.
  216.  Lack of Sufficient Knowledge to admit or deny the allegation.
  217.  Lack of Sufficient Knowledge to admit or deny the allegation.
  218.  Lack of Sufficient Knowledge to admit or deny the allegation.
  219.  Lack of Sufficient Knowledge to admit or deny the allegation.
  220.  Lack of Sufficient Knowledge to admit or deny the allegation.
  221.  Lack of Sufficient Knowledge to admit or deny the allegation.
  222.  Lack of Sufficient Knowledge to admit or deny the allegation.
  223.  Lack of Sufficient Knowledge to admit or deny the allegation.
  224.  Lack of Sufficient Knowledge to admit or deny the allegation.
  225.  Lack of Sufficient Knowledge to admit or deny the allegation.
  226.  Lack of Sufficient Knowledge to admit or deny the allegation.
  227.  Lack of Sufficient Knowledge to admit or deny the allegation.
  228.  Lack of Sufficient Knowledge to admit or deny the allegation.
  229.  Lack of Sufficient Knowledge to admit or deny the allegation.
  230.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Class Action Allegations**
  231.  Lack of Sufficient Knowledge to admit or deny the allegation.
  232.  Lack of Sufficient Knowledge to admit or deny the allegation.
  233.  Deny all allegations
  234.  Deny all allegations
  235.  Lack of Sufficient Knowledge to admit or deny the allegation.

236.  Lack of Sufficient Knowledge to admit or deny the allegation.

Case Number: 4:23-cv-04155

237.  Deny all allegations

**Claims for Relief**
238.  Lack of Sufficient Knowledge to admit or deny the allegation.
239.  Lack of Sufficient Knowledge to admit or deny the allegation.
240.  Deny all allegations
241.  Deny all allegations
242.  Deny all allegations

**Second Claim for Relief**
243.  Lack of Sufficient Knowledge to admit or deny the allegation.
244.  Lack of Sufficient Knowledge to admit or deny the allegation.
245.  Deny all allegations
246.  Deny all allegations
247.  Deny all allegations

**Third Claim for Relief**
248.  Lack of Sufficient Knowledge to admit or deny the allegation.
249.  Lack of Sufficient Knowledge to admit or deny the allegation.
250.  Deny all allegations
251.  Deny all allegations
252.  Deny all allegations

**Fourth Claim for Relief**
253.  Lack of Sufficient Knowledge to admit or deny the allegation.
254.  Lack of Sufficient Knowledge to admit or deny the allegation.
255.  Lack of Sufficient Knowledge to admit or deny the allegation.
256.  Lack of Sufficient Knowledge to admit or deny the allegation.
257.  Lack of Sufficient Knowledge to admit or deny the allegation.
258.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Fifth Claim for Relief**
259.  Lack of Sufficient Knowledge to admit or deny the allegation.
260.  Lack of Sufficient Knowledge to admit or deny the allegation.
261.  Lack of Sufficient Knowledge to admit or deny the allegation.

262.  Lack of Sufficient Knowledge to admit or deny the allegation.

263.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Sixth Claim for Relief**
264.  Deny all allegations
265.  Deny all allegations
266.  Lack of Sufficient Knowledge to admit or deny the allegation.
267.  Deny all allegations
268.  Deny all allegations
269.  Deny all allegations
270.  Deny all allegations
271.  Deny all allegations
272.  Deny all allegations
273.  Deny all allegations
274.  Deny all allegations
275.  Deny all allegations
276.  Deny all allegations
277.  Deny all allegations
278.  Deny all allegations
279.  Deny all allegations
280.  Deny all allegations
281.  Deny all allegations
282.  Deny all allegations
283.  Deny all allegations
284.  Deny all allegations

**Seventh Claim for Relief**
285.  Lack of Sufficient Knowledge to admit or deny the allegation.
286.  Lack of Sufficient Knowledge to admit or deny the allegation.
287.  Lack of Sufficient Knowledge to admit or deny the allegation.
288.  Lack of Sufficient Knowledge to admit or deny the allegation.
289.  Lack of Sufficient Knowledge to admit or deny the allegation.
290.  Lack of Sufficient Knowledge to admit or deny the allegation.
291.  Lack of Sufficient Knowledge to admit or deny the allegation.
292.  Lack of Sufficient Knowledge to admit or deny the allegation.

293.  Lack of Sufficient Knowledge to admit or deny the allegation.

Case Number: 4:23-cv-04155

294.  Lack of Sufficient Knowledge to admit or deny the allegation.
295.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Eighth Claim for Relief**
296.  Lack of Sufficient Knowledge to admit or deny the allegation.
297.  Lack of Sufficient Knowledge to admit or deny the allegation.
298.  Lack of Sufficient Knowledge to admit or deny the allegation.
299.  Lack of Sufficient Knowledge to admit or deny the allegation.
300.  Lack of Sufficient Knowledge to admit or deny the allegation.
301.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Ninth Claim for Relief**
302.  Lack of Sufficient Knowledge to admit or deny the allegation.
303.  Lack of Sufficient Knowledge to admit or deny the allegation.
304.  Lack of Sufficient Knowledge to admit or deny the allegation.
305.  Lack of Sufficient Knowledge to admit or deny the allegation.
306.  Lack of Sufficient Knowledge to admit or deny the allegation.
307.  Lack of Sufficient Knowledge to admit or deny the allegation.
308.  Lack of Sufficient Knowledge to admit or deny the allegation.
309.  Lack of Sufficient Knowledge to admit or deny the allegation.
310.  Lack of Sufficient Knowledge to admit or deny the allegation.
311.  Lack of Sufficient Knowledge to admit or deny the allegation.
312.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Tenth Claim for Relief**
313.  Lack of Sufficient Knowledge to admit or deny the allegation.
314.  Lack of Sufficient Knowledge to admit or deny the allegation.
315.  Lack of Sufficient Knowledge to admit or deny the allegation.
316.  Lack of Sufficient Knowledge to admit or deny the allegation.
317.  Lack of Sufficient Knowledge to admit or deny the allegation.
318.  Lack of Sufficient Knowledge to admit or deny the allegation.
319.  Lack of Sufficient Knowledge to admit or deny the allegation.
320.  Lack of Sufficient Knowledge to admit or deny the allegation.
321.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Eleventh Claim for Relief**

    322.  Lack of Sufficient Knowledge to admit or deny the allegation.

    323.  Lack of Sufficient Knowledge to admit or deny the allegation.

    324.  Lack of Sufficient Knowledge to admit or deny the allegation.

    325.  Lack of Sufficient Knowledge to admit or deny the allegation.

    326.  Lack of Sufficient Knowledge to admit or deny the allegation.

    327.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Twelfth Claim for Relief**

    328.  Lack of Sufficient Knowledge to admit or deny the allegation.

    329.  Lack of Sufficient Knowledge to admit or deny the allegation.

    330.  Lack of Sufficient Knowledge to admit or deny the allegation.

    331.  Lack of Sufficient Knowledge to admit or deny the allegation.

    332.  Lack of Sufficient Knowledge to admit or deny the allegation.

    333.  Lack of Sufficient Knowledge to admit or deny the allegation.

    334.  Lack of Sufficient Knowledge to admit or deny the allegation.

    335.  Lack of Sufficient Knowledge to admit or deny the allegation.

    336.  Lack of Sufficient Knowledge to admit or deny the allegation.

    337.  Lack of Sufficient Knowledge to admit or deny the allegation.

    338.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Thirteenth Claim for Relief**

    339.  Lack of Sufficient Knowledge to admit or deny the allegation.

    340.  Lack of Sufficient Knowledge to admit or deny the allegation.

    341.  Lack of Sufficient Knowledge to admit or deny the allegation.

    342.  Lack of Sufficient Knowledge to admit or deny the allegation.

    343.  Lack of Sufficient Knowledge to admit or deny the allegation.

    344.  Lack of Sufficient Knowledge to admit or deny the allegation.

    345.  Lack of Sufficient Knowledge to admit or deny the allegation.

    346.  Lack of Sufficient Knowledge to admit or deny the allegation.

    347.  Lack of Sufficient Knowledge to admit or deny the allegation.

    348.  Lack of Sufficient Knowledge to admit or deny the allegation.

    349.  Lack of Sufficient Knowledge to admit or deny the allegation.

    350.  Lack of Sufficient Knowledge to admit or deny the allegation.

Case Number: 4:23-cv-04155

**Fourteenth Claim for Relief**

351.   Lack of Sufficient Knowledge to admit or deny the allegation.

352.   Lack of Sufficient Knowledge to admit or deny the allegation.

353.   Lack of Sufficient Knowledge to admit or deny the allegation.

354.   Lack of Sufficient Knowledge to admit or deny the allegation.

355.   Lack of Sufficient Knowledge to admit or deny the allegation.

356.   Lack of Sufficient Knowledge to admit or deny the allegation.

**Fifteenth Claim for Relief**

357.   Lack of Sufficient Knowledge to admit or deny the allegation.

358.   Lack of Sufficient Knowledge to admit or deny the allegation.

359.   Lack of Sufficient Knowledge to admit or deny the allegation.

360.   Lack of Sufficient Knowledge to admit or deny the allegation.

361.   Lack of Sufficient Knowledge to admit or deny the allegation.

362.   Lack of Sufficient Knowledge to admit or deny the allegation.

363.   Lack of Sufficient Knowledge to admit or deny the allegation.

364.   Lack of Sufficient Knowledge to admit or deny the allegation.

365.   Lack of Sufficient Knowledge to admit or deny the allegation.

366.   Lack of Sufficient Knowledge to admit or deny the allegation.

367.   Lack of Sufficient Knowledge to admit or deny the allegation.

368.   Lack of Sufficient Knowledge to admit or deny the allegation.

**Sixteenth Claim for Relief**

369.   Lack of Sufficient Knowledge to admit or deny the allegation.

370.   Lack of Sufficient Knowledge to admit or deny the allegation.

371.   Lack of Sufficient Knowledge to admit or deny the allegation.

372.   Lack of Sufficient Knowledge to admit or deny the allegation.

373.   Lack of Sufficient Knowledge to admit or deny the allegation.

374.   Lack of Sufficient Knowledge to admit or deny the allegation.

375.   Lack of Sufficient Knowledge to admit or deny the allegation.

376.   Lack of Sufficient Knowledge to admit or deny the allegation.

377.   Lack of Sufficient Knowledge to admit or deny the allegation.

**Seventeenth Claim for Relief**

378.   Lack of Sufficient Knowledge to admit or deny the allegation.

379.  Lack of Sufficient Knowledge to admit or deny the allegation.

Case Number: 4:23-cv-04155

380.  Lack of Sufficient Knowledge to admit or deny the allegation.
381.  Lack of Sufficient Knowledge to admit or deny the allegation.
382.  Lack of Sufficient Knowledge to admit or deny the allegation.
383.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Eighteenth Claim for Relief**

384.  Lack of Sufficient Knowledge to admit or deny the allegation.
385.  Lack of Sufficient Knowledge to admit or deny the allegation.
386.  Lack of Sufficient Knowledge to admit or deny the allegation.
387.  Lack of Sufficient Knowledge to admit or deny the allegation.
388.  Lack of Sufficient Knowledge to admit or deny the allegation.
389.  Lack of Sufficient Knowledge to admit or deny the allegation.
390.  Lack of Sufficient Knowledge to admit or deny the allegation.
391.  Lack of Sufficient Knowledge to admit or deny the allegation.
392.  Lack of Sufficient Knowledge to admit or deny the allegation.
393.  Deny all allegations
394.  Deny all allegations
395.  Deny all allegations

**Nineteenth Claim for Relief**

396.  Lack of Sufficient Knowledge to admit or deny the allegation.
397.  Lack of Sufficient Knowledge to admit or deny the allegation.
398.  Lack of Sufficient Knowledge to admit or deny the allegation.
399.  Lack of Sufficient Knowledge to admit or deny the allegation.
400.  Lack of Sufficient Knowledge to admit or deny the allegation.
401.  Lack of Sufficient Knowledge to admit or deny the allegation.
402.  Lack of Sufficient Knowledge to admit or deny the allegation.
403.  Lack of Sufficient Knowledge to admit or deny the allegation.
404.  Lack of Sufficient Knowledge to admit or deny the allegation.
405.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Twentieth Claim for Relief**

406.  Deny all allegations
407.  Deny all allegations

408.  Deny all allegations

Case Number: 4:23-cv-04155

409.  Deny all allegations
410.  Deny all allegations
411.  Deny all allegations

**Twenty first Claim for Relief**

412.  Lack of Sufficient Knowledge to admit or deny the allegation.
413.  Lack of Sufficient Knowledge to admit or deny the allegation.
414.  Lack of Sufficient Knowledge to admit or deny the allegation.
415.  Lack of Sufficient Knowledge to admit or deny the allegation.
416.  Lack of Sufficient Knowledge to admit or deny the allegation.
417.  Lack of Sufficient Knowledge to admit or deny the allegation.
418.  Lack of Sufficient Knowledge to admit or deny the allegation.
419.  Lack of Sufficient Knowledge to admit or deny the allegation.
420.  Lack of Sufficient Knowledge to admit or deny the allegation.
421.  Lack of Sufficient Knowledge to admit or deny the allegation.
422.  Lack of Sufficient Knowledge to admit or deny the allegation.
423.  Lack of Sufficient Knowledge to admit or deny the allegation.
424.  Lack of Sufficient Knowledge to admit or deny the allegation.
425.  Lack of Sufficient Knowledge to admit or deny the allegation.
426.  Lack of Sufficient Knowledge to admit or deny the allegation.
427.  Lack of Sufficient Knowledge to admit or deny the allegation.
428.  Lack of Sufficient Knowledge to admit or deny the allegation.
429.  Lack of Sufficient Knowledge to admit or deny the allegation.
430.  Lack of Sufficient Knowledge to admit or deny the allegation.
431.  Lack of Sufficient Knowledge to admit or deny the allegation.
432.  Lack of Sufficient Knowledge to admit or deny the allegation.

**Twenty Second Claim for Relief**

433.  Deny all allegations
434.  Deny all allegations
435.  Deny all allegations
436.  Lack of Sufficient Knowledge to admit or deny the allegation.
437.  Deny all allegations

438. Deny all allegations

Case Number: 4:23-cv-04155

439. Deny all allegations
440. Deny all allegations
441. Deny all allegations
442. Deny all allegations
443. Deny all allegations
444. Deny all allegations
445. Deny all allegations
446. Deny all allegations
447. Deny all allegations
448. Deny all allegations
449. Deny all allegations
450. Deny all allegations
451. Deny all allegations

**B.**    **Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1.    The court does not have subject-matter jurisdiction over the claims because *(briefly explain why there is no federal-question jurisdiction or diversity-of-citizenship jurisdiction; see the complaint form for more information)*

_____

2.    The court does not have personal jurisdiction over the defendant because *(briefly explain)*

_____

3.    The venue where the court is located is improper for this case because *(briefly explain)*

_____

4.    The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

_____

5.    The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

_____

6.    The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

_____

7.    Another party *(name)* _____ needs to be joined (added)

in the case.  The reason is *(briefly explain why joining another party is required)*

_____

a.    If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* _____.

Or is a citizen of *(foreign nation)* _____. The amount of

damages sought from this other party is *(specify the amount)* _____.

b.    If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

_____

**C.**    **Asserting Affirmative Defenses to the Claims for Relief**

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

_____

**is barred by** *(identify one or more of the following that apply)*:

1.    Accord and satisfaction *(briefly explain)*

_____

2.    Arbitration and award *(briefly explain)*

_____

3.    Assumption of risk *(briefly explain)*

_____

4.    Contributory or comparative negligence of the plaintiff *(briefly explain)*

_____

5.    Duress *(briefly explain)*

6.      Estoppel *(briefly explain)*

7.      Failure of consideration *(briefly explain)*

8.      Fraud *(briefly explain)*

9.      Illegality *(briefly explain)*

10.     Injury by fellow employee *(briefly explain)*

11.     Laches (Delay) *(briefly explain)*

12.     License *(briefly explain)*

13.     Payment *(briefly explain)*

14.     Release *(briefly explain)*

15.     Res judicata *(briefly explain)*

16.     Statute of frauds *(briefly explain)*

_____

17.     Statute of limitations *(briefly explain)*

_____

18.     Waiver *(briefly explain)*

_____

19.     Other *(briefly explain)*

_____

**D.      Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.      The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

_____

2.      The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

_____

3.      State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

a.    The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify)*:

_____

b.    The defendant seeks the following damages or other relief *(specify)*:

_____

## III.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _10 / 04 / 23_

Signature of Defendant    *Patrick Pool*
Printed Name of Defendant    Patrick Pool

### B.   For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Telephone Number      707-515-8184

E-mail Address           ppool44@gmail.com

**Justice  Diversity**
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE
*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Answer that you file and serve.*

1. **Case name** *[write Plaintiff's name on the first line, and your name on the second line]*:

California Coalition For Women Prisoners ___ v. ___ Officer Pool _____

2. **Case number:** 4:23-cv-04155

3. **Document served:** Answer *[if you added a claim of your own, check the box for that claim]*

☐ Counterclaim        ☐ Crossclaim

4. **How was the Answer served?** *[check one]*

☑ Placed in U.S. Mail

☐ Hand-delivered

☐ Sent for delivery (e.g., FedEx, UPS)

☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **To whom was the Answer sent?** *[For each person you sent the document, write their full name and contact information used.]*

Kara J. Janssen _____      _____

_____      _____

_____      _____

_____      _____

6. **When was the Answer served?** October 4th, 2023

7. **Who served the Answer?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *Potter Pool*

Name: Patrick Pool

Address: 401 Winchester St

Vallejo Ca. 94590.

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 2017]*