

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

*Dublin, CA 94568*

February 15, 2023

**MEMORANDUM FOR LIEUTENANTS AND CONTROL CENTER STAFF**

**FROM:**   P.E. Deveney, Associate Warden
PREA Compliance Manager

**SUBJECT:**   Notification Procedures: PREA Allegations Outside Hospital

Please ensure the following procedure is followed in the event it is determined an individual in our custody is to be transported to the outside hospital for sexual assault evidence gathering, evaluation, and treatment (i.e., "rape kit").

1. Ensure contact was made with the PREA Compliance Manager (Associate Warden Programs) and authorization was given for the hospital trip.
2. The individual is to be transported to:
    **Highland Hospital**
    **1411 E. 31st Street**
    **Oakland, CA 94602**
3. Notify the hospital via phone prior to departure advising we are en route with an individual in our custody who will require a SART exam (i.e., "rape kit"). Provide any relevant medical information, so they are able to prepare for our arrival. Contact them at:
    **(510) 437-4559 (press 7)**
4. Ensure someone asks the individual in our custody if they would like an advocate to accompany them to the hospital. If they would like:
    An advocate from FCI Dublin: contact the Chief Psychologist
    **Outside advocate**: contact **Tri-Valley Haven (925) 449-5842**
    *When calling Tri-Valley to request an advocate, you need to ensure you asked for a **badged FCI Dublin volunteer** (in case the individual requests follow-up sessions; the advocate will be able to enter our institution)*
5. Document on the hospital trip paperwork if the individual has requested advocacy services (FCI Dublin staff OR Tri-Valley Haven), or if they have declined advocacy services.
6. Notify SIS and/or ERT. They must also accompany the individual on the trip to ensure appropriate chain of custody for evidence is followed (e.g., clothing).
7. Obtain a change of clothing from laundry to also take on the hospital trip. This is to ensure the individual has appropriate attire to return to the institution.
8. Notify the IDO, so they can make the appropriate notifications.