

**U.S. Department of Justice**

**Federal Bureau of Prisons**

Federal Correctional Institution

*Office of the Warden*                                    *Dublin, California*

October 18, 2022

**MEMORANDUM FOR FCI AND CAMP INMATE POPULATION**

**FROM:**        T. Jusino, Warden

**SUBJECT:**     Electronic Communications

As we move forward with the positive transformation at FCI Dublin, the Executive Staff strives for excellence and is committed to the continuity of communication.

Our office has been committed to clearing the backlog of administrative remedies and have accomplished this task. As such, the Task Force email box, BOP-DIR-DUBTaskForce-S@bop.gov, provided as an avenue for you to report any mistreatment, misconduct, or sexual abuse will close November 7, 2022. It should be noted however, you will still have the ability to report any misconduct or report PREA through the following:

- Write to DUB-InmatetoSIS (TRULINCS)
- Write an Administrative Remedy
- Call Crime Stoppers (925) 833-7582
- Write to Regional Director or Director of the Bureau of Prisons
- Third Party Reporting
- DOJ Sexual Abuse Reporting (TRULINCS)

**U.S. Department of Justice**
Office of the Inspector General Investigations Division
950 Pennsylvania Ave, NW
Room 4706
Washington, D.C. 20530

**Federal Bureau of Prisons**
**Central Office**
320 First Street, NW
Washington, D.C. 20534

**Federal Bureau of Prisons**
**Western Regional Office**
7338 Shoreline Drive,
Stockton, CA 95219

**Rape Crisis Center**
Tri-Valley Haven
925 -449-5842 or 800-884-8119

We encourage you to direct any inquiries regarding the daily operations at FCI Dublin to the appropriate departmental email boxes. The use of the individual departmental email boxes will ensure timely responses to your concerns. You may also direct your queries to Department Managers and Executive Staff during mainline.



**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Federal Correctional Institution**

Office of the Warden                               Dublin, California

October 18, 2022

**MEMORÁNDUM PARA LA FCI Y LA POBLACIÓN DE RECLUSOS DEL CAMPO**

**DE:**    T. Jusino, Guardia

**ASUNTO:**    Comunicaciones Electrónicas

A medida que avanzamos con la transformación positiva en FCI Dublin, el personal ejecutivo se esfuerza por la excelencia y está comprometido con la continuidad de la comunicación.

Nuestra oficina se ha comprometido a eliminar la acumulación de recursos administrativos y ha logrado esta tarea. Como tal, el buzón de correo electrónico del Grupo de Trabajo, BOP-DIR-DUBTaskForce-S@bop.gov, proporcionado como una vía para que usted denuncie cualquier maltrato, mala conducta o abuso sexual se cerrará el 7 de noviembre de 2022. Sin embargo, debe tenerse en cuenta que aún tendrá la capacidad de informar cualquier mala conducta o informar PREA a través de lo siguiente:

- Escribe a DUB-InmatetoSIS (TRULINCS)
- Escribir un recurso administrativo
- Llame a Crime Stoppers (925) 833-7582
- Escribir al Director Regional o Director de la Oficina de Prisiones
- Informes de terceros
- Informes de Abuso Sexual del Departamento de Justicia (TRULINCS)

**Departamento de Justicia de los Estados Unidos**
División de Investigaciones de la Oficina del Inspector General
950 Pennsylvania Ave,
NW Habitación 4706 Washington, D.C. 20530

**Oficina Federal de Prisiones**
320 First Street, NW Washington,
D.C. 20534

**Oficina Federal de Prisiones**
**Oficina Regional**
7338 Shoreline Drive, Stockton,
CA 95219

**Centro de Crisis de Violación Refugio**
Tri-Valley 925 -449-5842 800-884-8119

Le recomendamos que dirija cualquier consulta relacionada con las operaciones diarias en FCI Dublin a los buzones de correo electrónico departamentales apropiados. El uso de los buzones de correo electrónico departamentales individuales garantizará respuestas oportunas a sus inquietudes. También puede dirigir sus consultas a los gerentes de departamento y al personal ejecutivo durante la línea principal.