# Tri-Valley Haven

*Advocacy Services for Sexual Assault/Abuse*

---

Beginning Thursday, March 2, 2023, Tri-Valley Haven will be offering **in-person sessions** at FCI and SCP Dublin for those who wish to seek support for sexual assault/abuse (i.e., PREA allegations). The volunteers from Tri-Valley Haven will be on-site every other week on Thursdays.

If you are interested in meeting with one of the advocates from Tri-Valley Haven, please **email Dr. Mulcahy in Psychology Services**. She will maintain a list of interested individuals and enter the call-outs.

Sessions will be scheduled on a first come, first served basis. So, even if you're not placed on the schedule this week, you will be placed on the wait list for a session at a later time.

As a reminder, confidential calls, on an unmonitored line, are still available at your request. To place a call, contact your Unit Team. They will set-up the call and step out, so you can speak privately (they will observe from outside the room, to maintain safety and security).

Contact information:     1 (800)884-8119 *89

Mailing Address:         3663 Pacific Avenue
                         Livermore, CA 94550

Contact Dr. Mulcahy or AW Deveney with any questions or concerns.



# Tri-Valley Haven
*Advocacy Services for Sexual Assault/Abuse*

---

A partir del jueves 2 de marzo de 2023, Tri-Valley Haven ofrecerá **sesiones en persona** en FCI y SCP Dublín para aquellos que deseen buscar apoyo para la agresión / abuso sexual (es decir, acusaciones de PREA). Los voluntarios de Tri-Valley Haven estarán cada dos semanas en los jueves.

Si está interesado en reunirse con uno de los defensores de Tri-Valley Haven, por favor **envíe un correo electrónico a Dr. Mulcahy en Servicios de Psicología**. Ella mantendrá una lista de personas interesadas y la lista de las citas "call-outs".

Las sesiones se programarán por orden de llegada. Por lo tanto, incluso si no está incluido en el horario esta semana, se lo colocará en la lista de espera para una sesión en un momento posterior.

Como recordatorio, las llamadas confidenciales, en una línea no monitoreada, **todavía están disponibles a petición suya.** Para realizar una llamada, póngase en contacto con su equipo de unidad. Prepararán la llamada y saldrán, para que pueda hablar en privado (observarán desde fuera de la habitación, para mantener la seguridad).

Contact information:	1 (800)884-8119 *89

Mailing Address:	3663 Pacific Avenue
	Livermore, CA 94550

Contact Dr. Mulcahy or AW Deveney with any questions or concerns.

