# CONFISCATION FORMS

*A confiscation form is a federal document and should be filled out fully and legibly. To correctly fill out the confiscation form, follow the following guidelines.*

1) Print (legibly) and sign your name and write the name of the Institution "MCC NEW YORK" at the top of the form in the appropriate places.

2) Sections 1-4. Fill out the inmates name, register number, the inmate's assigned housing unit and the date of confiscation.

3) Section 5, make a numerical list of the items being confiscated (IE. 1) Black Nike 2) 5 T-Shirts 3) 2 Bowls.) Also write the date the items were confiscated.

4) All inmates sign section 6. This section simply states that the inmate received a copy of the items that were being confiscated. It is important that the inmate signs when the items are confiscated, as it starts the clock ticking on the 120 days the inmate has to appeal the confiscation of the items. Failing to have the inmate sign this section prolongs the confiscation process.

5) Section 7 is broken into 3 parts.

      a. Inmate is requesting to mail the items home and pay the shipping cost. If the inmate choses to mail the items home he must provide an address for the items to be shipped on the confiscation form. The inmate is required to pay all shipping costs to include the box and postage. Before an inmate is allowed to send an item out of the institution he must provide proof of ownership of the item in the form of a commissary receipt.  The inmate must also sign and date under section 7.A if mailing at his expense.

      b. Inmate is requesting to send the item home at the institutions expense. This option requires the **WARDEN** approval. Inmate must sign and date under section 7.B if mailing at the institutions expense.

      c. Other. This option is to be used when the inmate wants to either

            A) Donate to the Institution or

            B) Put the item in the trash. Other than those 2 options nothing else should be written here. The inmate must sign and date under section 7.C if trashing or donating.

6) Section 8 should remain blank. All forms should be forwarded to confiscated property officer so that the records are maintained properly.

7) Inmates receive the last of the carbon copy copies. The original must be maintained in the confiscation room for 2 years.

## ***Please Remember***

**Filling out this form fully and correctly enables us to do our job without repercussion. Failing to correctly fill out this form could lead to sustained inmate tort claims as well as disciplinary and legal actions.**

BP-A0402
APR 10

**CONFISCATION AND DISPOSITION OF CONTRABAND**  CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Signature/Printed Name of Staff Member Confiscating Property | Institution | | |
|---|---|---|---|
| 1. Name: | 2. Register No. | 3. Unit: | 4. Date |

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on _____.  (Make a numerical list of contraband)

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above):
Nos. _____.  I am aware that a claim of ownership will not be accepted for any item of government property.  With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

I, _____ received a copy of this inventory on _____.
          (inmate's signature)                                                    (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice.  The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds.  Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of the property.

I have read or had read to me the above information. I request the following action be taken in regards to my contraband property:

a. _____ I request the property be mailed to: _____
_____. I agree to pay all mailing costs.

Inmate's Signature: _____ Date: _____

b. _____ I request the institution to pay mailing costs.  I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage).

Inmate's Signature: _____ Date: _____

c. _____ Other (specify, e.g., donate to institution):_____
_____

Inmate's Signature: _____ Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reason):
Nos. _____

| Signature/Printed Name of Staff Member Determining Method of Disposal | Date |
|---|---|
| Signature/Printed Name of Staff Disposing of Property | Date |
| When Property is Destroyed, Signature/Printed Name of Staff Witness | Date |

Record copy - Central File; copy - Captain; Inmate Systems Manager; Inmate

List of Contraband