# FCI DUBLIN
## *Inmate Bulletin*

### NOTICE TO THE INMATE POPULATION

### Pilot Program – Dedicated Phone Line

There will be a pilot program where there will be a dedicated phone line available to each housing unit in a private room. This dedicated phone line will be unmonitored and unrecorded, and available for access to the inmate population between the hours of 8:00 am and 2:00 pm. The sole purpose for this line will be for legal calls, and calls to approved mental health providers. Social calls, three-way calls, and call-forwarding are prohibited on this line. Abuse of this phone line may result in discontinuation of the pilot program, and/or disciplinary action.

Each phone will have a sign-up sheet for orderly and equitable usage. Duration of calls will be in thirty (30) minute increments.

To add a phone number to this dedicated phone line, please give us at least 72 hours to review and approve your request. Submit your request to your unit team via an electronic or written inmate request to staff. Once you are informed the number is approved and programmed, you may use the phone pursuant to the sign-up sheet.

As we evaluate this pilot program, we may make changes which will be posted to the inmate population.

_____          4/6/2023
T. Jusino, Warden                  Date