EXHIBIT C

| | |
|---|---|
| **From:** | Mattioli, Madison (USAMT) |
| **To:** | Kara Janssen; Oren Nimni; susan@ccijustice.org |
| **Cc:** | Cziok, Abbie (USAMT); Smith, Mark (USAMT); Tatarka, Tim (USAMT); Lo, Michelle (USACAN); Johann, Pamela (USACAN) |
| **Subject:** | Case No.: 4:23-cv-04155 |
| **Date:** | Thursday, November 2, 2023 10:29:41 AM |
| **Attachments:** | image001.png |

**[EXTERNAL MESSAGE NOTICE]**

Hi, Kara, Oren, and Susan – we received your letter dated October 31, 2023, addressed to Michelle Lo, Pam Johann, and Jesse Laslovich.

Abbie Cziok and I are civil AUSAs in the District of Montana, and we have been assigned to Case No.: 4:23-cv-04155. In response to your letter, we understand that this matter is already being litigated on an emergency basis by way of the pending motion for a preliminary injunction. We intend to respond to Plaintiffs' allegations in those proceedings.

Please direct future correspondence regarding Case No. 4:23-cv-04155 to Abbie and me.

Thanks!
Madison



*Madison L. Mattioli*
Assistant United States Attorney
U.S. Attorney's Office - District of Montana
901 Front Street, Ste. 1100 | Helena, MT 59626
T: (406) 457-5269 | ✉ madison.mattioli@usdoj.gov

**CONFIDENTIALITY NOTICE:** This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.