MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
egalvan@rbgg.com
kjanssen@rbgg.com
gjackson-gleich@rbgg.com

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
amaris@rightsbehindbars.org
d@rightsbehindbars.org

*Admitted *pro hac vice*

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**REPLY DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: December 11, 2023<br>Time: 1 p.m.<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: None Set |

I, Amaris Montes, declare:

1. I am an attorney admitted to practice before this Court pro hac vice. I am the Director of West Coast Litigation and Advocacy at the organization Rights Behind Bars, and counsel of record for the Plaintiffs and Proposed Class. I have personal knowledge of the facts set forth herein, and if called as a witness I could competently so testify. I make this reply declaration in support of Plaintiffs' motion for preliminary injunction.

2. Plaintiffs moved for a preliminary injunction on August 17, 2023 to prevent imminent and irreparable harm caused by the Bureau of Prisons' (BOP) inaction in the face of a patten of sexual attacks by staff on incarcerated women. ECF No. 10. The preliminary injunction also addressed the imminent and irreparable harm caused by retaliation against incarcerated women who complain about sexual misconduct. *See* ECF No. 10 at 17-19.[1]

3. Attached to Plaintiffs' Reply to Defendants Opposition to Plaintiffs' Motion for Preliminary Injunction is **Exhibit E**. Exhibit E is a non-exhaustive list of incidents of sexual assault or sexual harassment, retaliation, difficulties reporting abuse, inadequate mental and medical hair care, and denial of access to mail, phone calls, and legal visits between January 2022-August 2023 (the time of filing).

4. Exhibit E is a spreadsheet that was prepared by me by compiling information from the 47 declarations previously filed with Plaintiffs Preliminary Injunction. ECF No. 10 (Exhibits). No new information was included that did not exist in those declarations. This is an organizational tool intended to assist the Court in its consideration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed in Washington D.C. this 24 day of November, 2023.

---

[1] Page citations are to the ECF page numbering on the blue headers, not to internal document page numbering.

_____
Amaris Montes