AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

    Northern    **District of**    California

| | |
|---|---|
| California Coalition for Women Prisoners, et al.<br>Plaintiff (s),<br>V.<br>United States of America Federal Bureau of Prison, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:23-cv-04155 |

Notice is hereby given that, subject to approval by the court, __Lawrence Gacad__ substitutes
(Party (s) Name)

__Lawrence Gacad (Pro Per)__, State Bar No. __n/a__ as counsel of record in
(Name of New Attorney)

place of __Jonathan A. Goldstein__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:

    Address: 3701 W Corona Avenue, Phoenix, AZ 85041

    Telephone: (408) 768-9956    Facsimile

    E-Mail (Optional): Lgacad408@gmail.com

I consent to the above substitution.

Date: 12/7/2023    *[signature]*
    (Signature of Party (s))

I consent to being substituted.

Date: 12/7/2023    *Jonathan A. Goldstein*
    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**