Your Name: John Russell Bellhouse
Address: P.O. Box 8303 Pueblo, CO 81008
Phone Number: (925) 922-5884
E-mail Address: f350john@gmail.com
Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated, Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity, Defendants | Case Number: 4:23-cv-04155-YGR <br><br> ☐ **Plaintiff's**    ☑ **Defendant's** <br><br> **CASE MANAGEMENT STATEMENT** <br><br> DATE: December 8, 2023 <br> TIME: 7:00PM MST <br> JUDGE: Hon. Judge Yvonne Gonzalez Rogers |

These civil actions arise out of Federal Correctional Institution ("FCI") Dublin. I am one of the defendants in some of these cases. I have waited to be contacted to discuss the contents of the Joint Case Management Statement, but I have yet to be contacted. In response to the Joint Case Management Statement filed by the Pride Law Firm, which I discovered on Pacer, I state as follows:

## Summary of Proposed Case Management and Structure

I agree with the proposed stay for mediation. I agree with the three categories.

## Additional Case Management Sections

1. Jurisdiction and Service: I agree to any deadline extensions.

2. Facts: To the best of my knowledge, the facts appear to be recited correctly.

3. Legal Issues: The issues appear to be recited correctly.

4. Motions: I am unsure of what motions I will be filing.

5. Amendment of Pleadings: I do not anticipate filing any amendments.

6. Evidence Presentation: I have not received the Guidelines Relating to the Discovery of Electronically Stored Information but request time and access to do so.

7. Disclosures: I agree to a reasonable deadline after mediation.

8. Discovery: No discovery has occurred. I agree to master discovery requests. I will be incarcerated commencing February 1, 2024 at an unknown location, and agree that the court will need to ensure that the BOP and U.S. Marshalls Service will cooperate in my access to the law library, a computer with internet and videoconference capability, and transportation to depositions.

9. Class Action: I am not involved in any class actions.

10. Related Cases: I am aware of the related cases.

11. Relief: I seek dismissal and an award of attorney's fees and expenses if I am the prevailing party.

12. Settlement and ADR: I agree to mediation and to a stay pending mediation.

13. Other References: I agree to mediation rather than arbitration or special master.

14. Narrowing of Issues: I agree that forthcoming motions for dismissal will narrow the issues.

15. Expedited Trial Procedure: I oppose an expedited trial.

16. Scheduling: I agree that a stay of all cases is warranted until the criminal investigations are closed. I agree with the proposed stay pending mediation. I do agree to the proposed deadlines.

17. Trial: I agree with the trial proposals set forth (as long as I'm not the bellwether case).

18. Disclosure of Non-Party Interest Entities or Persons: Unknown at this time.

19. Professional Conduct: Does not apply.

20. Other: I am not presently aware of other matters that should be brought to the attention of the Court.

Respectfully submitted on this 8th day December, 2023

*/s/ John Russell Bellhouse*