UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.R., ET AL.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES BUREAU OF PRISONS, ET AL.**<br><br>    Defendants. | Case No.: 4:22-cv-5137-YGR<br><br>RELATED TO:<br>23-cv-02342-YGR<br>23-cv-03475-YGR<br>23-cv-03558-YGR<br>23-cv-02206-YGR<br>23-cv-04698-YGR<br>23-cv-02201-YGR<br>23-cv-03562-YGR<br>23-cv-03700-YGR<br>23-cv-05356-YGR<br>23-cv-02668-YGR<br>23-cv-03538-YGR<br>22-cv-08924-YGR<br>23-cv-02135-YGR<br>23-cv-02405-YGR<br>23-cv-04155-YGR<br>23-cv-03716-YGR<br>23-cv-03994-YGR<br>22-cv-07704-YGR<br>23-cv-03997-YGR<br>23-cv-03641-YGR<br>23-cv-04437-YGR<br>23-cv-04434-YGR<br>23-cv-05339-YGR<br>23-cv-03390-YGR<br>23-cv-04317-YGR<br>23-cv-04283-YGR<br>23-cv-04435-YGR<br>23-cv-04361-YGR<br>23-cv-04436-YGR<br>23-cv-04321-YGR<br>23-cv-03827-YGR<br>23-cv-04691-YGR<br>23-cv-02986-YGR<br>23-cv-05392-YGR<br>23-cv-04611-YGR<br>23-cv-05294-YGR<br>23-cv-05821-YGR<br>22-cv-09096-YGR<br>23-cv-06150-JSW<br>23-cv-05374-RFL |

23-cv-05343-YGR<br>
23-cv-05623-YGR<br>
23-cv-06146-YGR<br>
23-cv-06285-YGR<br>
23-cv-06330-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PARTIES TO PROPOSED ORDER ON PSYCHOLOGICAL EVALUATIONS: | December 15, 2023 |
| FURTHER CASE MANAGEMENT CONFERENCE: | Monday, December 18, 2023, at 10:00 a.m. |
| DEFENDANTS' OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION IN 23-4155: | December 28, 2023 |
| EVIDENTIARY HEARING IN 23-4155: | January 3, 2024, at 9:00 a.m. |
| PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION IN 23-4155: | January 5, 2024 |

All cases for individual damages related to 22-5137 are **STAYED until July 19, 2024.** Parties in cases for individual damages are put on notice that the Court will later group cases to efficiently address joint issues. The case requesting injunctive relief—23-4155—is not stayed. Both the case and sought relief is distinctly different from the claims for individual damages and will be addressed in a timely manner.

The further CMC on December 18, 2023, will be held remotely. Though all parties are welcome to attend should they have any questions for the Court, the main purpose of this further CMC will be to discuss the upcoming evidentiary hearing in 23-4155. Parties **do not** need to submit a Joint CMC Statement in preparation.

Plaintiffs' request for psychological evaluations is **GRANTED**. The parties should file a proposed blanket order requiring all BOP facilities to permit these evaluations for up to eight hours. If any person requires a longer evaluation, they will need to file a request with the Court.

These evaluations will be reciprocal—should defendants choose to conduct their own psychological evaluations of plaintiffs, they will be permitted to do so.

On the first of every month, parties should file a spreadsheet of updated cases. This spreadsheet should be filed on the docket of case 22-5137. Any future related cases seeking individual damages will fall under the same stay and schedule as the cases the currently before the Court. All updates that apply globally should also be filed on the same docket. **All parties are advised that the Court will docket all scheduling and substantive Orders on 22-5137**.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 12, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE