| | |
|---|---|
| 1 | Carson Anderson (SBN 317308) |
| 2 | Carson.Anderson@arnoldporter.com |
|   | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 3 | 3000 El Camino Real |
|   | Five Palo Alto Square, Suite 500 |
| 4 | Palo Alto, CA 94306-3807 |
|   | Telephone:     650.319.4500 |
| 5 | Facsimile:      650.319.4700 |
| 6 | Attorneys for Plaintiff |
|   | CALIFORNIA COALITION FOR |
| 7 |   WOMEN PRISONERS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND FACILITY

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS: R.B., A.H.R., S.L., J.L., J.M., G.M., A.S. and L.T., individuals on behalf of themselves and all others similarly situated, | Case No. 4:23-cv-04155-YGR |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity, et al., | |
| Defendants. | |

-1-

**TO: ALL PARTIES AND TO THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Carson Dean Anderson of the law firm of Arnold & Porter Kaye Scholer LLP, enters an appearance on behalf of Plaintiff California Coalition for Women Prisoners in the above-captioned matter and respectfully requests service of pleadings, motions, and other papers filed in this action and any orders and notices from the Court.

Dated: December 17, 2023                Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Carson Dean Anderson*
    Carson Dean Anderson

*Attorneys for Plaintiff*
CALIFORNIA COALITION FOR WOMEN PRISONERS