**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **M.R.**, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**THE UNITED STATES BUREAU OF PRISONS,** ET AL.,<br><br>    Defendants. | **Case No.:** 4:22-cv-5137-YGR<br><br>Related to:<br>23-cv-02342-YGR<br>23-cv-03475-YGR<br>23-cv-03558-YGR<br>23-cv-02206-YGR<br>23-cv-04698-YGR<br>23-cv-02201-YGR<br>23-cv-03562-YGR<br>23-cv-03700-YGR<br>23-cv-05356-YGR<br>23-cv-02668-YGR<br>23-cv-03538-YGR<br>22-cv-08924-YGR<br>23-cv-02135-YGR<br>23-cv-02405-YGR<br>23-cv-04155-YGR<br>23-cv-03716-YGR<br>23-cv-03994-YGR<br>22-cv-07704-YGR<br>23-cv-03997-YGR<br>23-cv-03641-YGR<br>23-cv-04437-YGR<br>23-cv-04434-YGR<br>23-cv-05339-YGR<br>23-cv-03390-YGR<br>23-cv-04317-YGR<br>23-cv-04283-YGR<br>23-cv-04435-YGR<br>23-cv-04361-YGR<br>23-cv-04436-YGR<br>23-cv-04321-YGR<br>23-cv-03827-YGR<br>23-cv-04691-YGR<br>23-cv-02986-YGR<br>23-cv-05392-YGR<br>23-cv-04611-YGR<br>23-cv-05294-YGR<br>23-cv-05821-YGR<br>22-cv-09096-YGR |

|  |
|---|
| 23-cv-06150-JSW |
| 23-cv-05374-RFL |
| 23-cv-05343-YGR |
| 23-cv-05623-YGR |
| 23-cv-06146-YGR |
| 23-cv-06285-YGR |
| 23-cv-06330-YGR |

**ORDER OF REFERENCE TO MAGISTRATE JUDGE TSE FOR DISCOVERY PURPOSES**

Pursuant to Local Rule 72-1, this matter and all currently and future related cases are REFERRED to Magistrate Judge Tse for all discovery matters, including the pending proposed order for psychological evaluations. (Dkt. No. 122.)

Magistrate Judge Tse will advise the parties of how the matter will proceed. Magistrate Judge Tse may issue a ruling, order additional briefing, or set a telephone conference or hearing.

Hereafter, all further discovery matters shall be filed pursuant to Magistrate Judge Tse's procedures. The parties shall contact Magistrate Judge Tse's courtroom deputy for information about those procedures. Information may also be available on the Court's website.

**IT IS SO ORDERED**.

Date: **December 18, 2023**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**