MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
LUMA KHABBAZ – 351492
ROSEN BIEN -
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:      (415) 433-6830
Email:      mbien@rbgg.com
               egalvan@rbgg.com
               kjanssen@rbgg.com
               gjackson-gleich@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:      (510) 679-3674
Email:         susan@ccijustice.org

OREN NIMNI*
 Mass. Bar No. 691821
AMARIS MONTES*
 Md. Bar No. 2112150205
D DANGARAN*
 Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:      (202) 455-4399
Email:      oren@rightsbehindbars.org
               amaris@rightsbehindbars.org
               d@rightsbehindbars.org

*Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>            Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:     None Set |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that **Luma Khabbaz** enters an appearance on behalf of Plaintiffs in this case.  The undersigned hereby requests to be added to the docket's list of attorneys to be noticed.  Copies all pleadings, papers, and notices should be served/noticed as follows:

**Luma Khabbaz**
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Telephone:  (415) 433-6830
Facsimile  (415) 433-7104
Email:  lkhabbaz@rbgg.com

DATED:  December 20, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Luma Khabbaz*

Luma Khabbaz

Attorneys for Plaintiffs