| | |
|---|---|
| MICHAEL W. BIEN – CA 096891 | OREN NIMNI* – MA 691821 |
| ERNEST GALVAN – CA 196065 | AMARIS MONTES* – MD 2112150205 |
| KARA J. JANSSEN – CA 274762 | **RIGHTS BEHIND BARS** |
| GINGER JACKSON-GLEICH – CA 324454 | 416 Florida Avenue N.W. #26152 |
| ADRIENNE SPIEGEL - CA 330482 | Washington, D.C. 20001-0506 |
| LUMA KHABBAZ - CA 351492 | Telephone: (202) 455-4399 |
| **ROSEN BIEN** | Email: oren@rightsbehindbars.org |
| **GALVAN & GRUNFELD LLP** | amaris@rightsbehindbars.org |
| 101 Mission Street, Sixth Floor | |
| San Francisco, California 94105-1738 | STEPHEN S. CHA-KIM* – NY 4979357 |
| Telephone: (415) 433-6830 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Email: mbien@rbgg.com | 250 West 55th Street |
| egalvan@rbgg.com | New York, New York 10019-9710 |
| kjanssen@rbgg.com | Telephone: (212) 836-8000 |
| gjackson-gleich@rbgg.com | Email: stephen.cha-kim@arnoldporter.com |
| aspiegel@rbgg.com | |
| lkhabbaz@rbgg.com | CARSON D. ANDERSON – CA 317308 |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| SUSAN M. BEATY – CA 324048 | 3000 El Camino Real |
| **CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE** | Five Palo Alto Square, Suite 500 |
| | Palo Alto, California 94306-3807 |
| 1999 Harrison Street, Suite 1800 | Telephone: (650) 319-4500 |
| Oakland, California 94612-4700 | Email: carson.anderson@arnoldporter.com |
| Telephone: (510) 679-3674 | |
| Email: susan@ccijustice.org | * Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., | Case No. 4:23-cv-04155-YGR |
| Plaintiffs, | **DECLARATION OF SUSAN M. BEATY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR INCREASED ATTORNEY VISITATION BEFORE THE JANUARY 3 EVIDENTIARY HEARING** |
| v. | |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., | |
| Defendants. | |

I, Susan M. Beaty, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California (SBN 324048). I am a Senior Attorney at the California Collaborative For Immigrant Justice and counsel for Plaintiffs in the above captioned matter.

2. I submit this declaration in support of Plaintiffs' Administrative Motion For Increased Attorney Visitation Before The January 3 Evidentiary Hearing. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email chain between Plaintiffs' counsel and FCI Dublin, dated December 21-23, 2023.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email chain between myself and Defendants' counsel, dated December 23-28, 2023.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email between Plaintiffs counsel and Defendants' counsel, dated December 15, 2023.

6. On December 27, 2023, Government counsel informed Plaintiffs' counsel that the Government would be adding five unidentified FCI Dublin inmates to its witness list but declined to name the actual individuals until December 29, 2023, at the earliest.

Dated: December 28, 2023           Respectfully submitted,

                                    By: /s/ Susan M. Beaty
                                        Susan M. Beaty

                                    **RIGHTS BEHIND BARS**
                                    **CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE**
                                    **ROSEN BIEN GALVAN & GRUNFELD LLP**
                                    **ARNOLD & PORTER KAYE SCHOLER LLP**

                                    *Attorneys for Plaintiffs*