1
2
3
4

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR INCREASED ATTORNEY VISITATION BEFORE THE JANUARY 3 EVIDENTIARY HEARING** |

1    This matter comes before the Court on Plaintiffs' Administrative Motion For Increased Attorney Visitation Before The January 3 Evidentiary Hearing (the "Motion"). Having considered the Motion, as well as the pleadings and materials lodged in this action, the Court finds good cause and GRANTS the Motion.

The Court hereby ORDERS Defendants to permit Plaintiffs' counsel to meet privately and confidentially with Plaintiffs and Plaintiffs' Evidentiary Hearing witnesses to prepare for the Evidentiary Hearing (1) for at least 4 hours on December 31, 2023, and January 1, 2024, and (2) for the period of 9:00 a.m. to 5:00 p.m. on January 2, 2024.

IT IS SO ORDERED.

Dated: _____, 2023

The Honorable Yvonne Gonzalez Rogers
United States District Judge