| | |
|---|---|
| JESSE LASLOVICH<br>United States Attorney<br>MADISON L. MATTIOLI<br>  MT Bar No. 36411284<br>ABBIE J.N. CZIOK<br>  MT Bar No. 55781377<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>901 Front Street, Suite 1100<br>Helena, MT 59626<br>Phone: (406) 457-5269 – Madison<br>         (406) 457-5268 – Abbie<br>Fax: (406) 457-5130<br>Email: madison.mattioli@usdoj.gov<br>         abbie.cziok@usdoj.gov<br><br>Attorneys for Defendant<br>United States of America | MARK STEGER SMITH<br>  MT Bar No. 4160<br>TIMOTHY A. TATARKA<br>  CA Bar No. 277219<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>James F. Battin Federal Courthouse<br>2601 2nd Ave. North, Suite 3200<br>Billings, MT 59101<br>Phone: (406) 247-4667 – Mark<br>         (406) 247-4642<br>Fax: (406) 657-6058<br>Email: mark.smith3@usdoj.gov<br>         timothy.tatarka@usdoj.gov |

Attorneys for Federal Defendants.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs<br>        v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>                    Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING** |

1

Pursuant to the Court's December 22, 2023 Order, the Federal Defendants' file their exhibit list. It is attached as Exhibit A.

Dated this 29th day of December 2023.

                JESSE A. LASLOVICH
                United States Attorney

                */s/ Abbie J.N. Cziok*
                MADISON L. MATTIOLI
                ABBIE J.N. CZIOK
                MARK STEGER SMITH
                TIMOTHY A. TATARKA
                Assistant U.S. Attorneys
                Attorneys for Federal Defendants