# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

**FEDERAL DEFENDANTS' EXHIBIT LIST**

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-201 | Executive Staff Responsibilities |
| PIX-202 | Pilot Phone |
| PIX-203 | Dublin Newsletters |
| PIX-204 | Therapy Confidentiality Statement |
| PIX-205 | Inmate Questionnaire |
| PIX-206 | Psychology Intake Times |
| PIX-207 | Protection Against Retaliation |
| PIX-208 | Safeguarding JS |
| PIX-209 | Sexually Abusive Behavior Prevention |
| PIX-210 | Guidelines for Assigning Care Levels |
| PIX-211 | Administrative Remedy Program Statement |
| PIX-212 | Annual Training 2023 Agenda In Person |
| PIX-213 | AW Deveney PREA Coordinator Housing Unit Posters |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-214 | Inmate Personal Property Program Statement 5580.08 |
| PIX-215 | Visiting Regulations Program Statement 5267.09 (August 1, 2023) |
| PIX-216 | PIX_216 Program Statement 1210.25 |
| PIX-217 | Memorandum for Lieutenants and Control |
| PIX-218 | Memorandum for FCI and Camp Inmate Population |
| PIX-219 | Tri-Valley Haven Announce |
| PIX-220 | Inmate Discipline Program |
| PIX-221 | Confiscation forms |
| PIX-222 | Jan 18 2023 letter |
| PIX-223 | April 3 2023 Letter |
| PIX-224 | Medical Charts |
| PIX-225 | Annual Education Report Completion Number 2021-2023 |
| PIX-227 | A.S. Admin. Remedy 1 |
| PIX-228 | A.S. Admin Remedy 2 |
| PIX-229 | A.S. Admin. Remedy Appeal |
| PIX-230 | A.S. Disciplinary report 3591412 - fresh tattoo |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-231 | A.S. Disciplinary report 3643458 - on toilet out of bounds |
| PIX-232 | A.S. Disciplinary report 3659875 - inappropriate physical contact |
| PIX-233 | A.S. Disciplinary report 3730024 - poss tattooing equipment |
| PIX-234 | A.S. Disciplinary report 3730024 - poss tattoo gun |
| PIX-235 | A.S. Disciplinary report 3745168 - green pants |
| PIX-236 | A.S. Disciplinary report 3871083 - out of bounds |
| PIX-237 | A.S. Discipline Data |
| PIX-238 | A.S. Med Record 2023 |
| PIX-239 | A.S. Med Records 2022 |
| PIX-240 | A.S. Sexual Abuse Intervention |
| PIX-241 | A.V. Med Records 2022 |
| PIX-242 | A.V. Med Records 2023 |
| PIX-243 | A.V. Admin. Remedy |
| PIX-244 | A.V. Discipline |
| PIX-245 | A.V. Psych Services |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-246 | A.V. Response Admin. Remedy |
| PIX-247 | A.V. Incident Report |
| PIX-248 | A.V. Emails |
| PIX-249 | C.A.H. Admin. Remedy |
| PIX-250 | C.A.H. Incident report December 2023 suicide attempt |
| PIX-251 | C.A.H. Incident report Jan 2022 chow hall scuffle |
| PIX-252 | C.A.H. Incident report June 2021 fight Trileptal sale or theft |
| PIX-253 | C.A.H. Incident report June 2023 suicide attempt |
| PIX-254 | C.A.H. Discipline Data |
| PIX-255 | C.A.H. Med Records 2022 |
| PIX-256 | C.A.H. Med Records 2023 |
| PIX-257 | C.A.H. Psych Records |
| PIX-258 | F.G.B. Admin Remedy |
| PIX-259 | F.G.B. Discipline Data |
| PIX-260 | F.G.B. Med Records |
| PIX-261 | J.L. Admin Remedy |
| PIX-262 | J.L. Admin Remedy 2 |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-263 | J.L. Discipline Data |
| PIX-264 | J.L. Emails |
| PIX-265 | J.L. Med. Records 2022 |
| PIX-266 | J.L. Med. Records 2023 |
| PIX-267 | J.L. Admin Note |
| PIX-268 | J.L. Psych Records |
| PIX-269 | J.L. Emails |
| PIX-270 | J.L. DHO Worksheet |
| PIX-271 | J.M. Admin Remedy |
| PIX-272 | J.M. Admin Remedy 2 |
| PIX-273 | J.M. Admin Remedy 3 |
| PIX-274 | J.M. Admin Remedy 4 |
| PIX-275 | J.M. Admin Remedy 5 |
| PIX-276 | J.M. Admin Remedy 6 |
| PIX-277 | J.M. Admin Remedy 7 |
| PIX-278 | J.M. Incident Report |
| PIX-279 | J.M. Incident Report |
| PIX-280 | J.M. Inmate Profile |
| PIX-281 | J.M. Discipline Data |
| PIX-282 | J.M. Sexual Abuse Intervention |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-283 | J.M. Discipline Data |
| PIX-284 | J.M. Med Records 2022 |
| PIX-285 | J.M. Med Records 2023 |
| PIX-286 | J.M. Med Records |
| PIX-287 | J.M. Psych Records |
| PIX-288 | J.M. Emails |
| PIX-289 | J.M. Incidents |
| PIX-290 | J.M. Picture |
| PIX-291 | J.P.B. Admin Remedy |
| PIX-292 | J.P.B. Sexual Abuse Intervention |
| PIX-293 | J.P.B. Admin Note |
| PIX-294 | J.P.B. Med Records 2022 |
| PIX-295 | J.P.B. Med Records 2023 |
| PIX-296 | J.P.B. Discipline Data |
| PIX-297 | K.C. Sexual Abuse Intervention |
| PIX-298 | K.D. Admin Remedy |
| PIX-299 | K.D. Psych Records |
| PIX-300 | K.D. Discipline Data |
| PIX-301 | K.D. Med Records 2022 |
| PIX-302 | K.D. Med Records 2023 |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-303 | K.P.R. Admin Remedy |
| PIX-304 | K.P.R. Admin Remedy |
| PIX-305 | K.P.R. Med Records 2022 |
| PIX-306 | K.P.R. Med Records 2023 |
| PIX-307 | K.P.R. Discipline Data |
| PIX-308 | L.R.P. Admin Remedy |
| PIX-309 | L.R.P. Admin Remedy |
| PIX-310 | L.R.P. Discipline Data |
| PIX-311 | L.R.P. Med. Recs 2022 |
| PIX-312 | L.R.P. Med. Recs 2023 |
| PIX-313 | M.M. Admin Remedy |
| PIX-314 | M.M. Sexual Abuse Intervention |
| PIX-315 | M.M. Discipline Data |
| PIX-316 | M.M. Med Records 2022 |
| PIX-317 | M.M. Med Records 2023 |
| PIX-318 | M.H. Med Records 2022 |
| PIX-319 | M.H. Med Records 2023 |
| PIX-320 | M.H. Discipline Data |
| PIX-321 | M.M. Admin Remedy |
| PIX-322 | M.M. Sexual Abuse Intervention |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-323 | M.M. Med Records 2022 |
| PIX-324 | M.M. Med Records 2023 |
| PIX-325 | M.M. Discipline Data |
| PIX-326 | R.B. Admin Remedy |
| PIX-327 | R.B. Admin Remedy |
| PIX-328 | R.B. Emails |
| PIX-329 | R.B. Emails |
| PIX-330 | R.B. Emails |
| PIX-331 | R.B. Emails |
| PIX-332 | R.B. Emails |
| PIX-333 | R.B. Med Records 2022 |
| PIX-334 | R.B. Med Records 202 |
| PIX-335 | R.B. Psych Notes |
| PIX-336 | R.B. Psych Notes |
| PIX-337 | R.B. Psych Notes |
| PIX-338 | R.B. Discipline Data |
| PIX-339 | R.B. Callout |
| PIX-340 | R.F. Admin Remedy |
| PIX-341 | R.F. Admin Remedy |
| PIX-342 | R.F. Admin Remedy |

| EX # | DESCRIPTION OF EXHIBIT |
| --- | --- |
| PIX-343 | R.F. Admin Remedy |
| PIX-344 | R.F. Admin Remedy |
| PIX-345 | R.F. Admin Remedy |
| PIX-346 | R.F. Admin Remedy |
| PIX-347 | R.F. Admin Remedy |
| PIX-348 | R.F. Admin Remedy |
| PIX-349 | R.F. Admin Remedy |
| PIX-350 | R.F. Admin Remedy |
| PIX-351 | R.F. Admin Remedy |
| PIX-352 | R.F. Admin Remedy |
| PIX-353 | R.F. Admin Remedy |
| PIX-354 | R.F. Admin Remedy |
| PIX-355 | R.F. Admin Remedy |
| PIX-356 | R.F. Admin Remedy |
| PIX-357 | R.F. Admin Remedy |
| PIX-358 | R.F. Admin Remedy |
| PIX-359 | R.F. Admin Remedy |
| PIX-360 | R.F. Admin Remedy |
| PIX-361 | R.F. Admin Remedy |
| PIX-362 | R.F. Admin Remedy |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-363 | R.F. Admin Remedy |
| PIX-364 | R.F. Admin Remedy |
| PIX-365 | R.F. Admin Remedy |
| PIX-366 | R.F. Admin Remedy |
| PIX-367 | R.F. Admin Remedy |
| PIX-368 | R.F. Med Records 2022 |
| PIX-369 | R.F. Med Records 2023 |
| PIX-370 | R.F. Inmate Discipline |
| PIX-371 | S.L. Admin Remedy |
| PIX-372 | S.L. Admin Remedy |
| PIX-373 | S.L. Admin Remedy |
| PIX-374 | S.L. Admin Remedy |
| PIX-375 | S.L. Emails |
| PIX-376 | S.L. Emails |
| PIX-377 | S.L. Psych Services |
| PIX-378 | S.L. Psych Records |
| PIX-379 | S.L. Med Records 2022 |
| PIX-380 | S.L. Med Records 2023 |
| PIX-381 | S.L. Discipline Data |
| PIX-382 | Y.H.M. Admin Remedy |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-383 | Y.H.M. Psych Note |
| PIX-384 | Y.H.M. Med. Records |
| PIX-385 | Y.H.M. Med. Records |
| PIX-386 | Y.H.M. Discipline Data |
| PIX-387 | R.E.E. Health Services |
| PIX-388 | R.E.E. Health Services |
| PIX-389 | R.E.E. Med Records |
| PIX-390 | R.E.E. Discipline Data |
| PIX-391 | T.M. Admin Remedy |
| PIX-392 | T.M. Admin Remedy |
| PIX-393 | T.M. Admin Remedy |
| PIX-394 | T.M. Med Records 2022 |
| PIX-395 | T.M. Med Records 2023 |
| PIX-396 | T.M. Discipline Data |
| PIX-397 | T.M. Sexual Abuse Intervention |
| PIX-398 | T.M. Investigative Report |
| PIX-399 | T.M. Emails |
| PIX-400 | T.M. Emails |
| PIX-401 | T.M. Emails |
| PIX-402 | T.M. Emails |

| EX # | DESCRIPTION OF EXHIBIT |
|---|---|
| PIX-403 | T.M. Emails |
| PIX-404 | T.M. Emails |
| PIX-405 | SHU Staff Visitor Sign In Sheet 10-1 to 10-7 |
| PIX-406 | 2-Person Pat Search Procedures |
| PIX-407 | 4-12-23 SHU Weekly Review |
| PIX-408 | 7-24-2023 Early DS Termination Memo - DUB |
| PIX-409 | Female Offender Training |
| PIX-410 | Female Offender Training 2 |
| PIX-411 | Movement Schedule 2024-English |
| PIX-412 | 5-17-23 SHU Weekly Review |