| | |
|---|---|
| JESSE LASLOVICH<br>United States Attorney<br>MADISON L. MATTIOLI<br>  MT Bar No. 36411284<br>ABBIE J.N. CZIOK<br>  MT Bar No. 55781377<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>901 Front Street, Suite 1100<br>Helena, MT 59626<br>Phone: (406) 457-5269 – Madison<br>       (406) 457-5268 – Abbie<br>Fax: (406) 457-5130<br>Email: madison.mattioli@usdoj.gov<br>    abbie.cziok@usdoj.gov | MARK STEGER SMITH<br>  MT Bar No. 4160<br>TIMOTHY A. TATARKA<br>  CA Bar No. 277219<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>James F. Battin Federal Courthouse<br>2601 2nd Ave. North, Suite 3200<br>Billings, MT 59101<br>Phone: (406) 247-4667 – Mark<br>       (406) 247-4642<br>Fax: (406) 657-6058<br>Email: mark.smith3@usdoj.gov<br>    timothy.tatarka@usdoj.gov |

Attorneys for Defendant
United States of America

Attorneys for Federal Defendants.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs<br>       v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>           Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' WITNESS LIST FOR PRELIMINARY INJUNCTION EVIDENTIARY HEARING** |

1. A., A. Inmate A.A. is expected to testify about current conditions at FCI Dublin, including but not limited to the risk of sexual assault by current staff and retaliation.[1]

2. Agostini, Morgan. Ms. Agostini is expected to testify about her role as the Executive Assistant at FCI Dublin, including but not limited to her role as Satellite Camp Administrator, BOP's policies and procedures, and all subject matter in her declaration.

3. A., I. Inmate I.A. is expected to testify about current conditions at FCI Dublin, including but not limited to the risk of sexual assault by current staff and retaliation.

4. Deveney, Patrick. Mr. Deveney is expected to testify about his role as the Associate Warden and PREA Coordinator at FCI Dublin, including but not limited to BOP's PREA policies and procedures.

5. H., A. Inmate A.H. is expected to testify about current conditions at FCI Dublin, including but not limited to the risk of sexual assault by current staff and retaliation.

6. M., S. Inmate S.M. is expected to testify about current conditions at FCI Dublin, including but not limited to the risk of sexual assault by current staff and retaliation.

7. Mulcahy, Alison. Dr. Mulcahy is expected to testify about her role as FCI Dublin's Chief Psychologist, including but not limited to BOP's psychology policies and procedures.

8. Newman, Amberly. Ms. Newman is expected to testify about her role as a Support Coordinator at FCI Dublin, including but not limited to current conditions in the facility.

9. Putnam, Stephen. Former Special Investigative Agent Putnam is expected to testify about his role as SIA, including but not limited to BOP's policies and procedures for investigating staff misconduct.

10. Quezada, Erika. Captain Quezada is expected to testify about her role as FCI Dublin Correctional Captain, including but not limited to BOP's correctional policies and procedures.

---

[1] Doc. 17 granted Plaintiffs' application to proceed using initials only and the government respectfully requests that its inmate witnesses be allowed to do the same. These inmates' full names have been disclosed to Plaintiffs' counsel but will not be used in Court.

UNITED STATES' WITNESS LIST FOR PRELIMINARY INJUNCTION EVIDENTIARY HEARING
CASE NO. 4:23-CV-04155-YGR

2

11. Reese, Beth. Ms. Reese is expected to testify about her role as Chief of the BOP's Office of General Counsel, including but not limited to BOP's policies and procedures for investigating staff misconduct.

12. Wilson, Monte. Mr. Wilson is expected to testify about his role as FCI Dublin's Health Services Administrator, including but not limited to BOP health service policies and procedures.

Dated this 29th day of December 2023.

*Madison L. Mattioli*
MADISON L. MATTIOLI
Assistant United States Attorney
District of Montana
