MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
egalvan@rbgg.com
kjanssen@rbgg.com
gjackson-gleich@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI[*]
 Mass. Bar No. 691821
AMARIS MONTES[*]
 Md. Bar No. 2112150205
D DANGARAN[*]
 Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
amaris@rightsbehindbars.org
d@rightsbehindbars.org

STEPHEN S. CHA-KIM[*]
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

[*] Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' EXHIBIT LIST FOR EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: None Set |

Plaintiffs respectfully provide the following witness list for the Preliminary Injunction Evidentiary Hearing. Plaintiffs may affirmatively call the following individuals to testify live at the evidentiary hearing calendared to begin on January 3, 2024.

| Exhibit Number | Date | Description | Sponsoring Witness | Stipulation To Admit | Plaintiff's Objections | Defendant's Objections | Date Admitted |
|---|---|---|---|---|---|---|---|
| PIX-001 | 3/15/2023 | Admin Remedy Response to J.M.[1], Lost Grievance | J.M. | | | | |
| PIX-002 | 3/20/2023 | Admin Remedy Response to J.M. | J.M. | | | | |
| PIX-003 | 5/10/2023 | J.M., Appeal | J.M. | | | | |
| PIX-004 | 6/28/2023 | J.M., Appeal Disregard Receipt | J.M. | | | | |
| PIX-005 | 11/2/2023 | J.M. Grievance re Unassignment | J.M. | | | | |
| PIX-006 | 9/25/2023 | J.M. Grievance re Unassignment | J.M. | | | | |
| PIX-007 | 9/28/2023 | J.M. Grievance | J.M. | | | | |
| PIX-008 | 11/1/2023 | J.M. Grievance | J.M. | | | | |
| PIX-009 | 6/14/2023 | J.M. Grievance | J.M. | | | | |
| PIX-010 | 7/26/2023 | Response to Grievance | J.M. | | | | |
| PIX-011 | 6/2/2023 | Receipt of appeal for PREA | J.M. | | | | |
| PIX-012 | 6/26/2023 | Rejected grievance for PREA | J.M. | | | | |
| PIX-013 | 9/28/2023 | Incident Report | K.D. | | | | |
| PIX-014 | 9/23/2023 | Email to Psychology | K.D. | | | | |
| PIX-015 | 12/1/2023 | Incident Report | C.A.H. | | | | |
| PIX-016 | 10/26/2023 | Drug use/commissary limit memo | R.B. | | | | |
| PIX-017 | Undated | Outdoor yard use memo | R.B. | | | | |

---

[1] Dkt. No. 17 granted Plaintiffs' application to proceed using initials only. The individual inmates' full names have been disclosed to counsel for Federal Defendants but will not be used in Court.

| Exhibit Number | Date | Description | Sponsoring Witness | Stipulation To Admit | Plaintiff's Objections | Defendant's Objections | Date Admitted |
|---|---|---|---|---|---|---|---|
| PIX-018 | 12/18/2023 | New Warden announcement | R.F. | | | | |
| PIX-019 | 12/15/2023 | R.F. email to Deveney | R.F. | | | | |
| PIX-020 | 12/18/2023 | R.F. email to Nash | R.F. | | | | |
| PIX-021 | 10/15/2023 | R.F. email to Deveney | R.F. | | | | |
| PIX-022 | 8/24/2022 | R.F. health services | R.F. | | | | |
| PIX-023 | 9/28/2023 | Custody Classification | R.F. | | | | |
| PIX-024 | 10/26/2023 | Drug use/commissary limit memo | R.F. | | | | |
| PIX-025 | Undated | Outdoor yard use memo | R.F. | | | | |
| PIX-026 | 11/30/2023 | Victim Impact Statement | A.H.R. | | | | |
| PIX-027 | 12/4/2023 | Incident Report | A.H.R. | | | | |
| PIX-028 | 11/6/2023 | Suicide Watch Companion Schedule | A.H.R. | | | | |
| PIX-029 | 12/5/2023 | Incident Report | K.R.P. | | | | |
| PIX-030 | 4/6/2023 | Pilot phone memo | R.B. | | | | |
| PIX-031 | 4/5/2023 | Privacy Screens memo | R.B. | | | | |
| PIX-032 | 1/23/2023 | Response to Grievance | R.B. | | | | |
| PIX-033 | 11/27/2023 | R.B. - Grievance | R.B. | | | | |
| PIX-034 | 12/5/2022, 11/30/2022 | R.B. - Email Thread | R.B. | | | | |
| PIX-035 | 3/17/2023 | J.L. - Admin Remedy Response | J.L. | | | | |
| PIX-036 | 6/21/2023 | J.L. - Receipt of admin remedy | J.L. | | | | |
| PIX-037 | 8/29/2023 | M.M. - Admin Remedy | M.M. | | | | |

| Exhibit Number | Date | Description | Sponsoring Witness | Stipulation To Admit | Plaintiff's Objections | Defendant's Objections | Date Admitted |
|---|---|---|---|---|---|---|---|
| PIX-038 | | Intentionally Omitted | | | | | |
| PIX-039 | 11/7/2023 | F.V.G.B. Email | F.V.G.B. | | | | |
| PIX-040 | 12/10/2023 | F.V.G.B. Email | F.V.B.G. | | | | |
| PIX-041 | 12/17/2023 | F.V.G.B. Email | F.V.G.B. | | | | |
| PIX-042 | 12/17/2023 | F.V.G.B. Email | F.V.G.B. | | | | |
| PIX-043 | 10/15/2023 | F.V.G.B. Med Request | F.V.G.B. | | | | |
| PIX-044 | 10/16/2023 | F.V.G.B. Letter to OIG | F.V.G.B. | | | | |
| PIX-045 | 11/23/2023 | Declaration of Morgan Agostini, ECF No. 45-4 | Agostini, Morgan | | | | |
| PIX-046 | 2/15/2023 | Notification Procedures: PREA Allegations Outside Hospital, ECF No. 46-3 | Agostini, Morgan Deveney, Patrick | | | | |
| PIX-047 | 10/18/2022 | Memorandum For FCI And Camp Inmate Population re Electronic Communications, ECF No. 46-4 | Agostini, Morgan | | | | |
| PIX-048 | Undated | Tri-Valley Haven Memorandum, ECF No. 46-5 | Mulcahy, Alison | | | | |
| PIX-049 | 11/18/2020 | Inmate Discipline Program No. 5270.09, CN-1, ECF No. 46-6 | Agostini, Morgan Deveney, Patrick | | | | |
| PIX-050 | Undated | BOP Confiscation Forms, BP-A0402, ECF No. 46-7 | Agostini, Morgan Deveney, Patrick | | | | |

| Exhibit Number | Date | Description | Sponsoring Witness | Stipulation To Admit | Plaintiff's Objections | Defendant's Objections | Date Admitted |
|---|---|---|---|---|---|---|---|
| PIX-051 | 1/19/2023 | Access to Legal Counsel at FCI Dublin Letter, ECF No. 46-8 | Agostini, Morgan | | | | |
| PIX-052 | 4/3/2023 | Allegations of Unconstintutional Conditions & Ongoing Sexual Assault at FCI Dublin Letter, ECF No. 46-9 | Agostini, Morgan | | | | |
| PIX-053 | 4/6/2023 | Notice re Pilog Program - Dedicated Phone Line, ECF No. 46-10 | Agostini, Morgan | | | | |

Plaintiffs reserve the right to amend this exhibit list, and to add any and all exhibits necessary to address or rebut matters put into evidence by Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: December 29, 2023         Respectfully submitted,

RIGHTS BEHIND BARS
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
ROSEN BIEN GALVAN & GRUNFELD LLP
ARNOLD & PORTER KAYE SCHOLER LLP


By: */s/ Kara J. Janssen*
    Kara Janssen

Attorneys for Plaintiffs