MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
GINGER JACKSON-GLEICH – 324454
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              kjanssen@rbgg.com
              gjackson-gleich@rbgg.com
              aspiegel@rbgg.com
              lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:    (510) 679-3674
Email:        susan@ccijustice.org

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
D DANGARAN*
  Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:    (202) 455-4399
Email:        oren@rightsbehindbars.org
              amaris@rightsbehindbars.org
              d@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:   (212) 836-8000
Email:       stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone:   (650) 319-4500
Email:       carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>            Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' WITNESS LIST FOR EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:     None Set |

Plaintiffs respectfully provide the following witness list for the Preliminary Injunction Evidentiary Hearing. Plaintiffs may affirmatively call the following individuals to testify live at the evidentiary hearing calendared to begin on January 3, 2024.

| Name | Brief Description of Substance of Testimony |
| --- | --- |
| C.A.H*[1][2] | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation, access to medical care, and use of the Special Housing Unit ("SHU"). |
| R.B. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and access to medical care. |
| K.C. | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation. |
| K.D. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation. |
| R.E.E. | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and access to medical care. |
| R.F | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and use of the SHU. |
| M.H | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation. |
| Y.H.M. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and access to medical care. |
| S.L. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation. |

---

[1] *Denotes primary witness, pursuant to Civil Pretrial Standing Order ¶3.c.

[2] Dkt. No. 17 granted Plaintiffs' application to proceed using initials only. The individual inmates' full names have been disclosed to counsel for Federal Defendants but will not be used in Court.

| Name | Brief Description of Substance of Testimony |
|---|---|
| J.L. | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation. |
| T.M. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and use of the SHU. |
| M.M. | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff. |
| M.M. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation. |
| J.M. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and access to medical care. |
| K.P.R * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation. |
| L.P.R. | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and use of the SHU. |
| E.R | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including but not limited to retaliation |
| J.P. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation, access to medical care, and use of the SHU. |
| A.S. | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and use of the SHU. |
| A.V. * | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff. |
| F.V.G.B. | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation and use of the SHU. |

| Name | Brief Description of Substance of Testimony |
|---|---|
| Stephen Putnum | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, reporting, retaliation, and use of the SHU. Plaintiffs intend to call only if the Government does not call. |
| Morgan Agostini | Testimony regarding current conditions at FCI Dublin and inmate treatment by staff, including, but not limited to, retaliation, use of the SHU, and the subject matter of her November 13, 2023 declaration. Plaintiffs intend to call only if the Government does not call. |

Plaintiffs reserve the right to amend this list of witnesses, and to call any and all witnesses necessary to address or rebut matters put into evidence by Defendants. Plaintiffs also reserve the right to call any witness from Defendants witness list.

DATED: December 29, 2023          Respectfully submitted,

RIGHTS BEHIND BARS
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
ROSEN BIEN GALVAN & GRUNFELD LLP
ARNOLD & PORTER KAYE SCHOLER LLP


By:  /s/ Kara J. Janssen
       Kara Janssen

Attorneys for Plaintiffs