UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,**<br><br>Defendants. | Case No.: 4:23-cv-4155-YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION**<br><br>**DKT. NO. 79** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Lead Counsel for all parties, the Warden of FCI Dublin and the satellite adjacent camp, and an employee(s) of FCI Dublin and the satellite adjacent camp who is (are) *most knowledgeable about* with the scheduling/implementation of both attorney in-person visitation and the pilot legal phone program are **Ordered to Appear Personally** in Courtroom One of the United States District Court, Oakland, California, at **8:00 a.m. on Tuesday, January 2, 2024**.

\* \* \*

By way of background, on December 12, 2023, the Court scheduled an evidentiary hearing to begin on Wednesday, January 3, 2024. At the time of the scheduling, the parties knew that increased attorney visitation would be required to prepare for the proceedings. The parties were ordered to meet and confer on the topic and Magistrate Judge Alex Tse was appointed to assist.

Notwithstanding sufficient time for conferring, the Court is in receipt of a last-minute "Emergency Administrative Motion [for] Increased Attorney Visitation" filed at 11:19 p.m. on Thursday, December 28, 2023, just before the long holiday weekend. (Dkt. No. 79.) On Friday, December 29, 2023 at 4:12 p.m., the federal defendants filed an opposition. (Dkt. No. 80.)

While plaintiffs' motion may have merit, the failure to raise the issue sooner weighs against granting the request, at least for the weekend days. The Court is concerned that by granting the request on Saturday, December 30, 2023, the lack of available staff will have a negative impact on

other inmates, including those with families who may have made arrangements to visit on the holiday weekend.

**Accordingly, and for good cause showing, the Court issues the following Orders:**

1. To address the issues raised more thoroughly, Lead Counsel for all parties, the Warden of FCI Dublin and the satellite adjacent camp, and an employee(s) of FCI Dublin and the satellite adjacent camp who is (are) *most knowledgeable about* with the scheduling/implementation of both attorney in-person visitation and the pilot legal phone program are **Ordered to Appear Personally** in Courtroom One of the United States District Court, Oakland, California, at **8:00 a.m. on Tuesday, January 2, 2024**. Defendants shall bring or have readily accessible documentation and logs regarding the availability and use of attorney in-person visitation and pilot legal phone program for the Court's review.

2. The federal defendants **shall permit** attorney-client visitation to occur in a private and confidential location on Tuesday, January 2, 2024 from 9:00 a.m. to 4:00 p.m.

3. Depending on the outcome of the hearing on January 2, the Court may order additional time and may continue the evidentiary hearing to allow for additional preparation. The Court is also evaluating whether to issue an Order to Show Cause why sanctions (evidentiary or otherwise) should not be issued with respect to the allegations of retaliation specific to this evidentiary hearing. *The United States Attorney for the Northern District of California shall be provided with a courtesy copy of this Order. A request is hereby made for his or his designee's appearance on Tuesday, January 2, 2024 given the severity of the allegations.*

4. Defendants are **Ordered Not to Transfer** any person on the witness lists filed in this action until further order of this Court.

5. Should defendants agree to the *specific relief* requested in plaintiffs' motion as reflected in Docket No. 79-5, and agree to do so without impacting any general population visitation, defendants shall file a notice on the docket by no later than 6:00 p.m. today. If filed, the Court will vacate the hearing on Tuesday morning and will address the issues of concern in the normal course beginning on Wednesday, January 3, 2024.

This terminates Docket No. 79.

IT IS SO ORDERED.

Date: **December 30, 2023**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2