**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS,** *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS,** *et al.,*<br><br>    Defendants. | Case No.: 4:23-cv-4155-YGR<br><br>**ORDER RE: ADDITIONAL ACCESS FOR LEGAL VISITATION** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the unique circumstances leading to the evidentiary hearing scheduled for Wednesday, January 3, 2024, the federal defendants **shall permit** attorney-client visitation to occur in a private and confidential location on Wednesday, January 3, 2024 from 9:00 a.m. to 4:00 p.m.

Access shall be provided to the following litigation attorneys:

> Luma Khabbaz
> Adrienne Spiegel
> Natalie Steiert
> Kara Janssen
> Susan Beatty
> Oren Nimni

The Court understands that this access extends beyond that normally provided but finds that given the uniqueness of the allegations being made against the management of the facility, the prior holidays, and the need for an expedited hearing, the order is warranted.

**IT IS SO ORDERED.**

Date: January 2, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**