| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: mbien@rbgg.com<br>    egalvan@rbgg.com<br>    kjanssen@rbgg.com<br>    gjackson-gleich@rbgg.com<br>    aspiegel@rbgg.com<br>    lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI[*]<br> Mass. Bar No. 691821<br>AMARIS MONTES[*]<br> Md. Bar No. 2112150205<br>D DANGARAN[*]<br> Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>    amaris@rightsbehindbars.org<br>    d@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM[*]<br> N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500<br>Email: carson.anderson@arnoldporter.com<br><br>[*] Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>            Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' WITNESS LIST FOR EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:    None Set |

[4413793.1]                   1                   Case No. 4:23-cv-04155-YGR

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' WITNESS LIST FOR EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL

1   Pursuant to Civil L.R. 7-11 and per the Court's Order on December 18, 2023 (ECF
2   73), Plaintiffs respectfully moves the Court to file Plaintiffs' Witness List for Evidentiary
3   Hearing on Plaintiffs' Motion for Preliminary Injunction Under Seal.

4   DATED: January 2, 2024         Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By: */s/ Ernest Galvan*
                                        Ernest Galvan

                                    Attorneys for Plaintiffs