| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>kjanssen@rbgg.com<br>aspiegel@rbgg.com<br>lkhabbaz@rbgg.com | OREN NIMNI*<br> Mass. Bar No. 691821<br>AMARIS MONTES*<br> Md. Bar No. 2112150205<br>D DANGARAN*<br> Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>amaris@rightsbehindbars.org<br>d@rightsbehindbars.org |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | STEPHEN S. CHA-KIM*<br> N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Email: stephen.cha-kim@arnoldporter.com |
| | CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500<br>Email: carson.anderson@arnoldporter.com |
| | * Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>  Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' NOTICE REGARDING WITNESS TRANSPORTATION TO COURTHOUSE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: None Set |

[4415249.1]

Case No. 4:23-cv-04155-YGR

DECLARATION OF ERNEST GALVAN

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs' Supplemental Notice Regarding Access to Attorney Visits.

2. Attached hereto as Exhibit A is a true and correct copy of a Corrlinks message from witness and named plaintiff J.M. to my colleague Kara Janssen.

3. Attached hereto as Exhibit B is a true and correct copy of an email chain between my co-counsel Stephen Cha-Kim and Assistant United States Attorney Madison Mattioli.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 4th day of January, 2024.

                                                                              */s/ Ernest Galvan*
                                                                              Ernest Galvan