# EXHIBIT B

**Ernest Galvan**

| | |
|---|---|
| **From:** | Mattioli, Madison (USAMT) <Madison.Mattioli@usdoj.gov> |
| **Sent:** | Thursday, January 4, 2024 8:32 PM |
| **To:** | Cha-Kim, Stephen; Oren Nimni; Ernest Galvan |
| **Cc:** | Cziok, Abbie (USAMT); France, Robert (BOP) |
| **Subject:** | FW: USA 475s for Thursday, January 4, 2024 |
| **Attachments:** | USA-475_▇▇▇, A▇▇▇▇▇ Jan. 4 v.2.pdf; USA-475, M▇▇▇▇, S▇▇▇▇▇ Jan. 4 v.7.pdf |
| **Importance:** | High |

[EXTERNAL MESSAGE NOTICE]

See attached.

*Madison*

---

**From:** France, Robert (BOP) <Rfrance@bop.gov>
**Sent:** Wednesday, January 3, 2024 8:19 PM
**To:** Torrance, Kallie (BOP) <ktorrance@bop.gov>; Espinoza, Caesar (BOP) <coespinoza@bop.gov>; Agostini, Morgan (BOP) <MAgostini@bop.gov>
**Cc:** Kinlock, Quentin (USMS) <Quentin.Kinlock@usdoj.gov>; Zanca, David (USMS) <David.Zanca@usdoj.gov>
**Subject:** USA 475s for Thursday, January 4, 2024
**Importance:** High

Good evening everyone:

   For tomorrow, we will only need transport orders for the following two. We will not require any other inmates for tomorrow. Please don't hesitate to contact me with any questions or concerns at (▇▇▇▇▇▇▇▇▇▇.

Thanks,
Rob

# Ernest Galvan

| | |
|---|---|
| **From:** | Cha-Kim, Stephen <Stephen.Cha-Kim@arnoldporter.com> |
| **Sent:** | Thursday, January 4, 2024 8:18 PM |
| **To:** | Mattioli, Madison (USAMT); Ernest Galvan; oren@rightsbehindbars.org |
| **Cc:** | Cziok, Abbie (USAMT); France, Robert (BOP) |
| **Subject:** | Transport of Witnesses Issue |

[EXTERNAL MESSAGE NOTICE]

We asked about when you submitted the list for the witnesses transported for today, meaning the list that was compiled under Court supervision in the courtroom yesterday, January 3.

Please provide the information requested in my earlier email for that list. I include the earlier email for your reference at the very end of this chain.

Stephen Cha-Kim
Partner
Arnold & Porter
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7270
Stephen.Cha-Kim@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Mattioli, Madison (USAMT) <Madison.Mattioli@usdoj.gov>
**Sent:** Thursday, January 4, 2024 7:41:09 PM
**To:** Ernest Galvan <EGalvan@rbgg.com>; zzz.External.oren@rightsbehindbars.org <oren@rightsbehindbars.org>; Cha-Kim, Stephen <Stephen.Cha-Kim@arnoldporter.com>
**Cc:** Cziok, Abbie (USAMT) <Abbie.Cziok@usdoj.gov>; France, Robert (BOP) <Rfrance@bop.gov>
**Subject:** FW: USA-475s for Friday, January 5, 2024

External E-mail

Neglected to copy Ernest on this when I forwarded to Oren and Stephen. We submitted the final list for Friday transport around noon yesterday. When I went to the holding cell to meet with I.A., she mentioned that K.D. was in the holding cell next to her – which alarmed me – but in light of what transpired after that, I neglected to remember that fact or raise it with the Court.

They were not intentionally transferred, and I apologize for the mistake.

Thanks,
*Madison*

**From:** Mattioli, Madison (USAMT)
**Sent:** Thursday, January 4, 2024 8:32 PM
**To:** Cha-Kim, Stephen <Stephen.Cha-Kim@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>
**Cc:** Cziok, Abbie (USAMT) <ACziok@usa.doj.gov>
**Subject:** FW: USA-475s for Friday, January 5, 2024
**Importance:** High

Please see attached.

*Madison*

---

**From:** France, Robert (BOP) <Rfrance@bop.gov>
**Sent:** Thursday, January 4, 2024 12:05 PM
**To:** Espinoza, Caesar (BOP) <coespinoza@bop.gov>; Torrance, Kallie (BOP) <ktorrance@bop.gov>; Kinlock, Quentin (USMS) <Quentin.Kinlock@usdoj.gov>; Zanca, David (USMS) <David.Zanca@usdoj.gov>
**Cc:** Mattioli, Madison (USAMT) <MMattioli@usa.doj.gov>; Smith, Mark (USAMT) <MSmith4@usa.doj.gov>; Tatarka, Tim (USAMT) <TTatarka@usa.doj.gov>; Cziok, Abbie (USAMT) <ACziok@usa.doj.gov>
**Subject:** USA-475s for Friday, January 5, 2024
**Importance:** High

Good morning again,

These are the 475s needed for Friday's testimony. I have highlighted in red the time change to each. Everything needed should now be in this one email.

Thanks,
Rob



R█████ B██ (Friday morning 8:00)
K████ D█████ (Friday morning 8:00)
J█████ M█████ (Friday morning 8:00)
E█████ R█████ (Friday morning 8:00)
Sh████ L███ (Friday morning 8:00)

A████ V████ (Friday afternoon 12:30)
L████ P████ R██ (Friday afternoon 12:30)
M████ M████ (Friday afternoon 12:30)
R████ F████ (Friday afternoon 12:30)
C████ A██ H█████ (Friday afternoon 12:30 P.M.)

**From:** Cha-Kim, Stephen
**Sent:** Thursday, January 4, 2024 7:26 PM
**To:** Mattioli, Madison (USAMT) Madison.Mattioli@usdoj.gov; Cziok, Abbie (USAMT) Abbie.Cziok@usdoj.gov
**Cc:** zzz.External.oren@rightsbehindbars.org oren@rightsbehindbars.org; Ernest Galvan EGalvan@rbgg.com
**Subject:** Transport of Plaintiffs' Witnesses Today - RESPONSE REQUESTED

Madison,

We have learned that approximately three to four of our witnesses were transported today to the courthouse and spent the entire day there without our knowledge, despite the fact that they were not included on the final transport list that we compiled together yesterday at the Court's instruction, see Tr. at 281. As you know, it was made clear that today's list was only to include witnesses to be called by the government.

We have serious concerns about this event, and request confirmation from you as to (1) whether and when you provided the final transport list for today as instructed by the Court to USMS; (2) whether and when the Government became aware of that our witnesses had transported and kept in the holding cell all trial day; (3) any knowledge you have as to why this issue arose today; and (4) to the extent the Government became aware of this issue during the day, why we were not informed.

Please provide a response by 8:30 p.m. as we will be notifying the Court. We will note your position to the extent you provide one.

Stephen

_____

Stephen Cha-Kim
Partner | Bio

Arnold & Porter

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7270
Stephen.Cha-Kim@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

3