JESSE LASLOVICH
United States Attorney
 MADISON L. MATTIOLI
   MT Bar No. 36411284
 ABBIE J.N. CZIOK
   MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
 MT Bar No. 4160
TIMOTHY A. TATARKA
 CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Defendant
United States of America

Attorneys for Federal Defendants.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' NOTICE OF INTENT TO CALL REBUTTAL WITNESSES, PRELIMINARY INJUNCTION EVIDENTIARY HEARING** |

1. Campos, Constance. Ms. Campos is a correctional counselor. She is expected to testify about the pat search of K.D. as referenced in K.D.'s sworn testimony.

2. Dulgov, Arthur. Mr. Dulgov is FCI Dublin's interim Warden. He is expected to testify about his current role and plans moving forward, confined to the scope of issues raised by Plaintiffs' witnesses.[1]

3. H., A. A.H. is currently incarcerated at FCI Dublin. She is expected to testify about current conditions at FCI Dublin, including but not limited to the risk of sexual assault by current staff and retaliation for reporting sexual assault, confined to the scope of issues raised by Plaintiffs' witnesses.[2]

Dated this 7th day of January 2024.

JESSE A. LASLOVICH
United States Attorney
District of Montana

*Madison L. Mattioli*
MADISON L. MATTIOLI
Assistant United States Attorney
District of Montana

---

[1] Subject to removal based on time constraints.
[2] Subject to removal based on time constraints.