| | |
|---|---|
| MICHAEL W. BIEN – 096891 | OREN NIMNI* |
| ERNEST GALVAN – 196065 | Mass. Bar No. 691821 |
| KARA J. JANSSEN – 274762 | AMARIS MONTES* |
| GINGER JACKSON-GLEICH – 324454 | Md. Bar No. 2112150205 |
| ADRIENNE SPIEGEL – 330482 | D DANGARAN* |
| LUMA KHABBAZ – 351492 | Mass. Bar No. 708195 |
| ROSEN BIEN | RIGHTS BEHIND BARS |
| GALVAN & GRUNFELD LLP | 416 Florida Avenue N.W. #26152 |
| 101 Mission Street, Sixth Floor | Washington, D.C. 20001-0506 |
| San Francisco, California 94105-1738 | Telephone: (202) 455-4399 |
| Telephone: (415) 433-6830 | Email: oren@rightsbehindbars.org |
| Email: mbien@rbgg.com | amaris@rightsbehindbars.org |
| egalvan@rbgg.com | d@rightsbehindbars.org |
| kjanssen@rbgg.com | |
| gjackson-gleich@rbgg.com | STEPHEN S. CHA-KIM* |
| aspiegel@rbgg.com | N.Y. Bar No. 4979357 |
| lkhabbaz@rbgg.com | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 250 West 55th Street |
| SUSAN M. BEATY – 324048 | New York, New York 10019-9710 |
| CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE | Telephone: (212) 836-8000 |
| | Email: stephen.cha-kim@arnoldporter.com |
| 1999 Harrison Street, Suite 1800 | |
| Oakland, California 94612-4700 | CARSON D. ANDERSON – 317308 |
| Telephone: (510) 679-3674 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Email: susan@ccijustice.org | 3000 El Camino Real |
| | Five Palo Alto Square, Suite 500 |
| | Palo Alto, California 94306-3807 |
| | Telephone: (650) 319-4500 |
| | Email: carson.anderson@arnoldporter.com |
| | * Admitted *pro hac vice* |
| Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., | Case No. 4:23-cv-04155-YGR |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UPDATED CONFIDENTIAL INDEX TO DECLARANTS' IDENTITIES UNDER SEAL** |
| v. | |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendants. | Trial Date: None Set |

1 | Pursuant to Civil L.R. 7-11 and per the Court's Order on December 18, 2023
2 | (ECF 73), Plaintiffs respectfully move the Court to file an updated Confidential Index to
3 | Declarants' Identities Under Seal which adds the identity of M.D. who has now provided
4 | permission.

5 | DATED: January 8, 2024        Respectfully submitted,

6 |                               ROSEN BIEN GALVAN & GRUNFELD LLP

8 |                               By: */s/ Ernest Galvan*
9 |                                   Ernest Galvan

10 |                              Attorneys for Plaintiffs