| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:  (415) 433-6830<br>Email:  mbien@rbgg.com<br>  egalvan@rbgg.com<br>  kjanssen@rbgg.com<br>  gjackson-gleich@rbgg.com<br>  aspiegel@rbgg.com<br>  lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California  94612-4700<br>Telephone:  (510) 679-3674<br>Email:  susan@ccijustice.org | OREN NIMNI[*]<br>  Mass. Bar No. 691821<br>AMARIS MONTES[*]<br>  Md. Bar No. 2112150205<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:  (202) 455-4399<br>Email:  oren@rightsbehindbars.org<br>  amaris@rightsbehindbars.org<br>  d@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM[*]<br>  N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone:  (212) 836-8000<br>Email:  stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone:  (650) 319-4500<br>Email:  carson.anderson@arnoldporter.com<br><br>[*] Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>      Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**JOINT UPDATED STATUS REPORT AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:    None Set |

1    On January 12, 2024, Plaintiffs and Defendant the United States of America Federal
2 Bureau of Prisons ("Federal Defendants" and, collectively, the "Parties") submitted a Joint
3 Status Update (Dkt. 122) in accordance with the Court's Order at the conclusion of the
4 evidentiary hearings on January 9, 2024 (Dkt. 126) requesting that the Parties file a Joint
5 Status Update regarding the status of the protective order, exchange of exhibits submitted
6 *in camera* and proposed briefing schedule.

7    Following that filing, the Parties reached agreement on a Stipulated [Proposed]
8 Protective Order. (Dkt. 124). which the Court granted on January 22, 2024. (Dkt. 127).

9    Based on the approval of the protective order, the Federal Defendants produced the
10 Exhibits submitted *In Camera* during the evidentiary hearing to Plaintiffs on January 23,
11 2024 and the Parties herein agree to modify the previously proposed schedule as follows:

    **(a)**    Disclosure of Exhibits Submitted *In Camera* during the evidentiary hearing and associated privilege log as necessary: **January 23, 2024**

    **(b)**    Plaintiffs' Brief: **February 2, 2024**

    **(c)**    Federal Defendants' Brief: **February 12, 2024**

    **(d)**    Plaintiffs' Reply Brief: **February 19, 2024**

Respectfully submitted,

DATED: January 23, 2024    ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Kara J. Janssen*
    Kara J. Janssen

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: January 23, 2024 | U.S. ATTORNEY'S OFFICE |
| 2 | | DISTRICT OF MONTANA |
| 3 | | By: */s/ Madison Mattioli* |
| 4 | | Madison Mattioli |
| | | Assistant U.S. Attorney |
| 5 | | |
| | | Attorneys for Federal Defendants |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: January 23, 2024         ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Kara J. Janssen*
Kara J. Janssen

Attorneys for Plaintiffs


IT IS SO ORDERED.

DATED: _____, 2024        _____
Honorable Yvonne Gonzalez Rogers

[4425114.2]                         2                    Case No. 4:23-cv-04155-YGR
JOINT UPDATED STATUS REPORT AND [PROPOSED] ORDER