1    MICHAEL W. BIEN – 096891          OREN NIMNI*
     ERNEST GALVAN – 196065             Mass. Bar No. 691821
2    KARA J. JANSSEN – 274762          AMARIS MONTES*
     ADRIENNE SPIEGEL – 330482          Md. Bar No. 2112150205
3    LUMA KHABBAZ – 351492             D DANGARAN*
     ROSEN BIEN                         Mass. Bar No. 708195
4    GALVAN & GRUNFELD LLP             RIGHTS BEHIND BARS
     101 Mission Street, Sixth Floor   416 Florida Avenue N.W. #26152
5    San Francisco, California 94105-1738    Washington, D.C. 20001-0506
     Telephone:   (415) 433-6830       Telephone:   (202) 455-4399
6    Email:    mbien@rbgg.com          Email:    oren@rightsbehindbars.org
              egalvan@rbgg.com                   amaris@rightsbehindbars.org
7             kjanssen@rbgg.com                  d@rightsbehindbars.org
              aspiegel@rbgg.com
8             lkhabbaz@rbgg.com        STEPHEN S. CHA-KIM*
                                        N.Y. Bar No. 4979357
9    SUSAN M. BEATY – 324048           ARNOLD & PORTER KAYE SCHOLER LLP
     CALIFORNIA COLLABORATIVE FOR      250 West 55th Street
10   IMMIGRANT JUSTICE                 New York, New York 10019-9710
     1999 Harrison Street, Suite 1800  Telephone:  (212) 836-8000
11   Oakland, California 94612-4700    Email:    stephen.cha-kim@arnoldporter.com
     Telephone:   (510) 679-3674
12   Email:    susan@ccijustice.org    CARSON D. ANDERSON – 317308
                                       ARNOLD & PORTER KAYE SCHOLER LLP
13                                     3000 El Camino Real
                                       Five Palo Alto Square, Suite 500
14                                     Palo Alto, California 94306-3807
                                       Telephone:  (650) 319-4500
15                                     Email:    carson.anderson@arnoldporter.com

16                                     * Admitted *pro hac vice*
     Attorneys for Plaintiffs
17

18                     UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

20

21   CALIFORNIA COALITION FOR WOMEN        Case No. 4:23-cv-04155-YGR
     PRISONERS et al.,
22                                         **[PROPOSED] ORDER GRANTING
                 Plaintiffs,               PLAINTIFFS' EX PARTE REQUEST
23                                         FOR ENLARGEMENT OF TIME
          v.                               UNDER FED. R. CIV. P. 6(b) &
24                                         4(i)(4)(B)**
     UNITED STATES OF AMERICA FEDERAL
25   BUREAU OF PRISONS et al.,             Judge:   Hon. Yvonne Gonzalez Rogers

26               Defendants.               Trial Date:    None Set

27

28

     [4424910.1]                                       Case No. 4:23-cv-04155-YGR
     [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME
                   UNDER FED. R. CIV. P. 6(b) & 4(i)(4)(B)

1          The Court having considered Plaintiffs' *ex parte* request and the entire record in this

2    case, and good cause appearing, now ORDERS as follows:

3          Plaintiffs shall be permitted additional time to effect service on the following

4    Defendants:

5               LIEUTENANT CYNTHIA JONES

6               OFFICER LEWIS

7               OFFICER NAKIE NUNLEY

8               OFFICER SERRANO

9               OFFICER DARRELL SMITH

10              OFFICER VASQUEZ or VAZQUEZ

11         These Defendants shall be served on or before March 15, 2024.

12         IT IS SO ORDERED.

13

14   DATED: _____, 2024          _____

15                                        Honorable Yvonne Gonzalez Rogers

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME
UNDER FED. R. CIV. P. 6(b) & 4(i)(4)(B)