# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** January 26, 2024  **Time:** 1:50 p.m. to 2:08 p.m.  **Judge:** YVONNE GONZALEZ ROGERS
                                        18 minutes

**Case No.:** 23-cv-04155-YGR  **Case Name:** California Coalition for Women Prisoners et al v. United States of America Federal Bureau of Prisons et al

**Attorney for Plaintiff:** Ernest Galvan, Kara Janssen, Oren Nimni, Amaris Montes, and Stephen Cha-Kim; via Zoom
**Attorney for Defendant:** Rob France, Madison Mattioli, Abbie Cziok, and Mark Smith; via Zoom
**FCI Dublin:** Associate Warden Patrick Deveney; via Zoom

**Deputy Clerk:** Edwin A. Cuenco   **Reported by:** Stephen Franklin; via Zoom

### PROCEEDINGS

Status Conference – held via Zoom.

Associate Warden Patrick Deveney updated the Court on the changes made at FCI Dublin following the review of the Evidentiary Hearing transcript in matters on J.L., S.L. and R.B.; heating; improvements in communications; safety reporting procedures and culture; shower policy; and visitation procedures.

The Court grants the parties' stipulation to modify the previously proposed briefing schedule that sets the following deadlines:
Plaintiff's Brief: February 2, 2024
Defendant's Brief: February 12, 2024
Plaintiff's Reply Brief: February 19, 2024
Hearing: February 27, 2024, at 9:30 a.m.

The Court orders parties to designate two members who will accompany the Court in the conduct of a spot check at FCI Dublin. The Court will email parties no later than 9:00 p.m. the night before the visit.