Your Name:       John Russell Bellhouse
Address:         P.O. Box 8303 Pueblo, CO 81008
Phone Number:    (925) 922-5884
E-mail Address:  f350john@gmail.com
Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated, | Case Number: 4:23-cv-04155-YGR |
| Plaintiffs, | ☐ **Plaintiff's**  ☑ **Defendant's** |
| v. | **RESPONSE** |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity, | DATE: February 1, 2024<br>TIME: 10:45PM MST<br>JUDGE: Hon. Judge Yvonne Gonzalez Rogers |
| Defendants. | |

Comes now John Russell Bellhouse, pro se, and states as follows:

1. That effective at 9:00 AM on February 2, 2024, I will be in custody of the United States Marshal Service. I will have extremely limited access to Pacer, Law Library, or Attorneys.

2. That because of this limitation, I hereby file this responsive pleading and answer in response to any pleadings filed against me in this cause of action, past, present, and future.

3. That I deny each and every allegation against me and demand strict proof thereof.

4. That I reserve the right to respond with more specificity to each pleading against me and further reserve the right to file affirmative defenses, counterclaims, and cross claims.

Respectfully submitted this 1st day of February 2024.

_____//s//_____
John Russell Bellhouse