TRULINCS ██████ - D████, K██████ - Unit: DUB-J-A

---

FROM: ███████8
TO: Psychology
SUBJECT: ***Request to Staff*** D██████, ██████, Reg# ██████, DUB-J-A
DATE: 09/28/2023 02:49:01 PM

To: Mulcahy
Inmate Work Assignment: C-Store

MS Mulcahy,

Yesterday, when I met with you I told you what happened with the pat down search and how it made me feel. You promised me if I reported it I could feel safe and protected that it would NEVER get back to the officer I was reporting, or be used to retaliate against me. Today, I received an incident report saying that I filed a false PREA because they feel Compos acted "within her duties". Whether or not she did, she still ran her hands over my breast, as I stated, and it made me very uncomfortable. Now, my own unit team (which includes Ms Compos) is going to be the DHO for this incident report. I was the one who told SIS to watch the cameras because I knew what happened and felt confident they would see it too. I am not trying to get anything out of this. But I have every right to report something that makes me feel uncomfortable and should not be accused of falsely charging anyone with something. I was NOT even trying to press any charges against someone. You and the SIS officer were the ones who said it was a PREA. I just said I felt she was being "overly thorough" and it was unnecessary, against policy, and made me feel bad.
This is SO wrong for me to be charged with a shot for having reported something that made me feel bad.
They could have just said they felt "she acted within her duties" and I would have let it go.
But you should not have made me feel safe in reporting it or I would not have. Obviously, this place protects "their own" and we are not safe to tell anything here. Now I completely understand why other inmates told me to let it go and why no one wants to say anything about what the staff does to them. This is so hurtful and disappointing.

*Washington DC*
*Monday 1-1:30 pm*