```
DUBBN   606.00    *       FEMALE CUSTODY CLASSIFICATION FORM       *           07-10-2023
PAGE 001 OF 001                                                                 07:57:33

                              (A) IDENTIFYING DATA
REG NO..:  [REDACTED]           FORM DATE: 03-07-2023                  ORG: DSC
NAME....:  [REDACTED]
                                    MGTV: GRTR SECU
PUB SFTY: NONE                      MVED: 03-07-2024

                                (B) BASE SCORING
DETAINER:  (0) NONE                 SEVERITY.......: (3) MODERATE
MOS REL.:  114                      CRIM HIST SCORE: (10) 21 POINTS
ESCAPES.:  (0) NONE                 VIOLENCE.......: (5) < 5 YRS MINOR
VOL SURR:  (0) N/A                  AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV:  (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

                              (C) CUSTODY SCORING
TIME SERVED.....:  (4) 26-75%       PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...:  (1) AVERAGE      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.:  (3) NONE         FAMILY/COMMUN..: (4) GOOD

                       --- LEVEL AND CUSTODY SUMMARY ---
BASE  CUST VARIANCE   SEC TOTAL   SCORED LEV  MGMT SEC LEVEL   CUSTODY   CONSIDER
+18   +19     -4         +14       MINIMUM        LOW            OUT     DECREASE


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

*Handwritten note:* No changes wananted to change custody level, which is punitive, & w/o due process protections

Yes, I filed a grievance

PIX-023-1

```
  DUBBN  606.00  *      FEMALE CUSTODY CLASSIFICATION FORM       *      09-28-2023
PAGE 001 OF 001                                                          11:52:23
                              (A) IDENTIFYING DATA
REG NO..:  [REDACTED]             FORM DATE: 03-07-2023                  ORG: DSC
NAME....:  F[REDACTED], R[REDACTED]
                                  MGTV: GRTR SECU
PUB SFTY: NONE                    MVED: 03-07-2024
                               (B) BASE SCORING
DETAINER:  (0) NONE               SEVERITY.......:  (3) MODERATE
MOS REL.:  114                    CRIM HIST SCORE: (10) 21 POINTS
ESCAPES.:  (0) NONE               VIOLENCE.......:  (5) < 5 YRS MINOR
VOL SURR:  (0) N/A                AGE CATEGORY...:  (0) 55 AND OVER
EDUC LEV:  (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....:  (4) 26-75%     PROG PARTICIPAT:  (2) GOOD
LIVING SKILLS...:  (1) AVERAGE    TYPE DISCIP RPT:  (5) NONE
FREQ DISCIP RPT.:  (3) NONE       FAMILY/COMMUN..:  (4) GOOD

                       --- LEVEL AND CUSTODY SUMMARY ---
BASE  CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +18    +19    -4       +14      MINIMUM         LOW         IN     DECREASE


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

PIX-023-2