***ANNUAL TRAINING*** | FCI DUBLIN *FY2023*

| | Monday | | |
|---|---|---|---|
| *Time* | *Title* | *Topics* | *Staff* |
| 0600-0630 | Welcome/Housekeeping *(n/a)* | -Staff Mentor Program \| BLU Overview<br>-Executive Staff Open - Up | R. Tibunsay<br>Warden Jusino<br>AW Buckner<br>AW Deveney<br>AW Robles<br>Captain Valero<br>Deputy Cpt. Quezada<br>Exec Asst. Agostini |
| 0630-0730 | Ethics/Standards of Conduct *(1.15min)* | - Standards of Conduct<br>- Workplace Violence | Warden Justino<br>*AW Buckner*<br>*AW Deveney*<br>*AW Robles* |
| 0730-0830 | Supervision of Offenders *(1hr)* | Supervision of Offenders<br>- Offender Rules and Responsibilities<br>- Rights and Responsibilities of Offenders<br>- Sec. Designation and Custody Classification<br>- CIMS<br>- Locator Center and Screening Site<br>- FOIA and Privacy Acts<br>- Victim Witness Notification | K. Torrence<br>*E. Groover*<br>*D. Smith* |
| 0830-0900 | Key Control *(30min)* | - Key Control | T. Thwaits<br>*J. Clinkenbeard* |
| 0900-0930 | Security Procedures *(30min)* | -Security Procedures | |
| **0930-1030** | **INFORMATION SECURITY *(1hr)*** | - Institution Environment<br>- Office Environment | R. Vanhorn<br>*Z. Silajdzic* |
| 1030-1130 | Report Writing *(45min)* | - Report Writing | D. Smith<br>*H. Martinez*<br>*E. Groover* |
| 1130-1230 | Incident Command Systems *(1hr)* | - Overview of ICS<br><br>**- PPD, HEP C & FLU Injections** | Captain Valero<br>Deputy Cpt. Quezada<br>B. Abel<br>M. Wilson |
| 1230-1330 | Discrimination and the EEO Process *(1hr)* | - Sexual Harassment Prevention<br>- EEO Process<br>- No FEAR Act | S. Sawyer<br>*D. Hatfield*<br>*J. Fronda* |
| 1330-1400 | Reentry *(50min)* | - BOP Reentry Strategies<br>- First Step Act | S. Caes<br>*K. Torrence* |

**KEY:** Primary Instructor's: UNDERLINED | **KEY:** *Back-up Instructors*: ITALICIZED

***ANNUAL TRAINING*** | FCI DUBLIN *FY2023*

| | Tuesday | | |
|---|---|---|---|
| *Time* | *Title* | *Topics* | *Staff* |
| 0600-0630 | <u>**SEXUALLY ABUSIVE BEHAVIOR AND INTERVENTION 30min**</u> | - Sexual Abuse Prevention<br>- Prison Rape Elimination Act<br>- Administrative Remedy Program | <u>AW Deveney</u><br>*Dr. Mulcahy*<br>*AW Buckner*<br>*AW Robles* |
| <u>**0630-0730**</u> | Safety *(1hr)* | - Safety Procedures<br>- Fire and Emergency Procedures | <u>J. Castellanos</u><br>*M. Melo* |
| 0730-0930 | Mental Health *(1hr)* | - Ten Components of Recovery<br>- Serious Mental Illness and Personality Disorders<br>- The Role of Criminal Thinking<br>- Identification of Mental Disorders (4-4389)<br>- Helping Inmates with a Mental Illness<br>- De-escalation Techniques | <u>Dr. Mulcahy</u><br>*Dr. Phelps*<br>*Dr. Abrams* |
| | Suicide Prevention *(1hr)* | - Signs of Suicide Risks<br>- Suicide Precautions<br>- Counseling Techniques<br>- Types of Suicide Intervention | |
| | Employee Assistance Program *(30min)* | - Employee Assistance Program | |
| 0930-1000 | Union Update *(n/a)* | - Local Updates | <u>J. Lau</u> |
| 1000-1100 | Addressing Inmate Sexual Misconduct *(1hr)* | - Managing Inmate Sexual Behavior | <u>Captain Valero</u><br><u>Deputy Cpt. Quezada</u> |
| 1100-1130 | Countering Inmate Extremism *(30min)* | - Terrorism Awareness Training | <u>J. Johl</u><br>*C. Boyd* |
| 1130-1230 | Emergency Management *(1hr) & (55min)* | - Crisis Management<br>- Review of Emergency Plans<br>- Controlled Response to Critical Incidents<br>- Hostage Situations<br>- ***COOP2***<br>- ***WMD2*** | <u>Captain Valero</u><br><u>Deputy Cpt. Quezada</u><br>*C. Boyd* |
| 1230-1300 | Escort Procedures *(40min)* | - Escort Procedures | |
| 1300-1330 | Use of Force *(40min)* | - Use of Force Regulations and Tactics | |
| 1330-1400 | Inmate beliefs and Practices *(50min)* | - Varies | <u>AW Deveney</u><br>*A. Smith*<br>*AW Buckner*<br>*AW Robles* |

**KEY:** <u>Primary Instructor's</u>: UNDERLINED | **KEY:** *Back-up Instructors*: ITALICIZED

*ANNUAL TRAINING* | FCI DUBLIN *FY2023*

## Wednesday

| Time | Title | Topics | Staff |
|---|---|---|---|
| 0600-0630 | Core Values *(35min)* | - Core Values | <u>AW Robles</u><br>*AW Buckner*<br>*AW Deveney* |
| 0630-0700 | Diversity, Equity, Inclusion, and Accessibility *(35min)* | - Cultural Diversity<br>- Social/Cultural Lifestyles of the Offender Population | <u>D. Hatfield</u><br>*J. Fronda* |
| 0700-0800 | First Responder *(1hr)* | - First Aid<br>- Medical Emergencies<br>- Four Minute Response Time<br>- Methods of Obtaining Assistance<br>- Procedures for Patient Transfer<br>- Naloxone Administration<br>-**PPD Readings** | <u>B. Abel</u><br>*M. Wilson* |
| 0800-0900 | Infectious Diseases *(1hr)* | - Infectious Diseases<br>- Influenza | |
| 0900-1000 | Special Populations *(20min)* | - First Step Act<br><br>- Employees Club | <u>A. Chavez</u><br>*AW Deveney*<br><u>A. Sandoval</u> |
| <u>1000-1400</u> | <u>CPR/AED CERTIFICATION (4hrs)</u> | - CPR/AED<br>- Four Minute Response Time<br>- Methods of Obtaining Assistance | <u>J. Ridgeway</u><br><u>A. Sandoval</u><br><u>Y. Mangra</u><br><u>J. Fronda</u> |

## Thursday

| Time | Title | Topics | Staff |
|---|---|---|---|
| <u>0600-1000</u> | <u>DISTURBANCE CONTROL (4hrs)</u> | - Disturbance Control | <u>J. Lau</u> |
| <u>1000-1400</u> | <u>SELF DEFENSE /</u> COMMUNICATION SKILLS <u>(4hrs)</u> *& (1hr)* | - Protection and Multi-Person Control | <u>Y. Mangra</u><br><u>J. Mendoza</u> |

## Friday

| Time | Title | Topics | Staff |
|---|---|---|---|
| 0600-1400 | Back 2 Basics *(8hrs)* | - Front Entrance<br>- Control Center<br>- Tool Room<br>- Rear Gate<br>- Suicide Watch<br>- Managing Housing Units<br>- Correctional Fundamentals<br>- Managing Restrictive Housing Units | <u>Captain Valero</u><br><u>Deputy Cpt. Quezada</u><br>*C. Boyd*<br>*J. Johl*<br>*G. Mencos* |

**KEY:** <u>Primary Instructor's</u>: UNDERLINED | **KEY:** *Back-up Instructors*: ITALICIZED