```
DUBEL              *      ADMINISTRATIVE REMEDY UPDATE      *      09-26-2023
PAGE 001 OF 001                                                    13:47:58


REGNO:  [████████]  NAME: [█████████████]     FNAM: R[███]    FUNC: REP
RSP OF...: DUB  UNT/LOC/DST:  6 GP            QTR.: F02-181L  RCV OFC: DUB
REMEDY ID: 1176413-F1   SUB1: 34AM SUB2: [  ] DATE RCV: 09-21-2023
UNT RCV.:  6 GP         QTR RCV.: F02-181L    FACL RCV: DUB
UNT ORG.:  6 GP         QTR ORG.: F02-181L    FACL ORG: DUB
EVT FACL.: DUB    ACC LEV: DUB  1             RESP DUE: WED  10-11-2023
ABSTRACT.: CLAIMS SIS IS THREATENING AND INTIMDATING HER DUE TO
STATUS DT: 09-26-2023  STATUS CODE: CLO  STATUS REASON: XPL
INCRPTNO.: [       ]  EXT Y/N: N   RCT: P   EXT:    DATE ENTD: 09-21-2023
REMARKS..: (CONT) LAWSUIT AGAINST PRISON.


                         CURRENT TRACKING DATA
DATE DUE           DEPARTMENT      TO    DATE ASSN     TRK TYPE    DATE RETURNED
FRI 09-29-2023     EXEC ASST       MA    09-21-2023    INV         09-26-2023


G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: ███████  ███████  F-Unit   FCI-DUB
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

On 8/21/23, SIS Lt. Baudizzion called me to the Lieutenant's Office, telling me my "safety" was in danger, for providing 2 inmates w/ a copy of the lawsuit against the prison. He alleged inmates had complain and threatened my safety. I got the impression he was about to put me in the SHU. I agreed with him not to give anyone else a copy of the lawsuit. I only agreed to prevent being

8/23/2023 — Next Page —    [signature]
DATE                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____  _____
DATE                      WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: _____

CASE NUMBER: 1176413-F1

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                            BP-229(13)
                                                   APRIL 1982

**REQUEST FOR ADMINISTRATIVE REMEDY**

**Remedy ID No. 1176413-F1**

**Part B - RESPONSE**

This is in response to your Request for Administrative Remedy dated August 23, 2023, in which you allege staff are threatening to place you in the Special Housing Unit (SHU) in regard to a lawsuit against the prison. You further state you are being intimidated into not pursing legal activities.

As we take allegations of staff misconduct seriously, your allegations will be reviewed and referred for further investigation as deemed appropriate. As staff matters are protected by the Privacy Act, further disclosures are limited. We appreciate your willingness to communicate these concerns.

Accordingly, this is provided for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, California 95219, within twenty (20) calendar days from the date of this response.

_____     __9·26·23_____
T. Jusino, Warden              Date

placed in the SHU.

The next day an officer stated the lieutenant was going to put me in the SHU because officers did not want any inmates w/ a copy of the lawsuit, specifically, those named in the complaint, yet still working around sex abuse victims.

I was threatened & intimidated into not pursuing approved FBOP legal activities, by the #1 investigative officer at FCI-Dublin. Like the former corrupt, Lt. Putnam, the present SIS lieutenant is engaging in unlawful, coercion & intimidation of all plaintiffs in the lawsuit against the prison.

█████ 7█████
8/23/2023

-2-