**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: ███████, R███ L███  ███████  F-Unit  FCI-DUB
         LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

SIS has been holding legal + personal mail for over 6 weeks. I have 0 drug abuse history + no sanctions allowing denial of my mail. Officer Cooper noted, on 9/27/23, my mail had been kept from me from July 2023 to Sept 2023. See attached email to AW-Operations. Dublin officials continue to sanction + retaliate against me for filing a sexual abuse lawsuit.

10/4/2023
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE                                    WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: 1179152-F1

**Part C– RECEIPT**

CASE NUMBER: _____

Return to: _____  _____  _____  _____
               LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT    INSTITUTION

SUBJECT: _____

_____                   _____
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                          BP-229(13)
                                                                 APRIL 1982

TRULINCS ▮▮▮▮ - F▮▮▮▮, R▮▮▮▮ ▮▮ - Unit: DUB-F-A

----

FROM: ▮▮▮▮
TO: Associate Warden of Operations
SUBJECT: ***Request to Staff*** F▮▮▮▮, R▮▮▮▮, Reg# ▮▮▮▮, DUB-F-A
DATE: 09/27/2023 02:33:21 PM

To:-AW
Inmate Work Assignment: yard

Today, I received 10 letters. These letters go back to July 2023, August 25, and dates postmarked more than 30 days ago. Officer Cooper gave me these letters. I asked him if he noted the dates on the letters and he said he did.

I have ZERO history of drugs action which is the main reason for holding an inmate's mail. Some of the mail was legal letters from the Leon County Clerk.

This is a violation of my civil rights, as well as FBOP policy. These letters from Mr. Dan Dremann, a law-abiding citizen, family to me, should never have been held.

I will be requesting a grievance form and be at mainline, tomorrow, to show the unopened mail so that the SIS personnel can be held accountable.

I believe the FBOP is trying to change, but there are many people employed that think the old, corrupt way of doing things will be maintained.

Everything changes and corrupt officers are not exempt.

I will also be sending this to DOJ-Sexual Abuse, as advised by one of the IA investigators.

R▮▮▮▮ F▮▮▮▮ ▮02

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 24, 2023



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      DUBLIN FCI

TO  : R▓▓▓▓ ▓▓ E▓▓▓▓▓▓ ▓▓▓▓▓▓
      DUBLIN FCI      UNT: 6 GP     QTR: F02-181L
      5701 8TH ST - CAMP PARKS
      DUBLIN,   CA 94568


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1179152-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 24, 2023
SUBJECT 1       : OTHER MAIL COMPLAINTS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : (CONT) STATES IT IS IN RETALIATION FOR FILING
                  A SEXUAL ABUSE LAWSUIT.
```

*[handwritten]* what do you want done for relief?