**DUBLIN FCI**
Law Enforcement Sensitive
Report Date: 05-17-2023

**SPECIAL HOUSING UNIT SHU WEEKLY REVIEW**



**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

AD: 10   DS: 6   TOTAL: 16 / PC-I: 0   PC-NI: 0

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | C. BOYD |

**Reason:** PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATIONS

**Psychology Services Comments:**
CARE1-MH. History of anxiety and depression. History of SDV; cutting (2014-2016).

**Health Services Comments:**
is a care level 1 inmate. The inmate has endocrine and mental health chronic care issues. The inmate is currently on psyc and endo medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC

**Unit Team Comments:**
PRD: 1.24.26 PTS: 20 SHU QTRD: 4.4.23 PLACEMENT RATIONALE: PENDING DHO 4/25/23: 201 - FIGHTING ANOTHER PERSON // RRC/HC/REL: not within time frames

**Correctional Services Comments:**
Sanctioned for IR code 201. DIS GCT/ 27 days, DS/ 30 days/ LP V Visit/ 30 days. No behavioral or custody concerns.

**SIS Comments:**
TA DUB-23-0035 // Closed 4-24-23 // Fight E Unit // Recommend GP after Sanctions // LAU

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | C. BOYD |

**Reason:** PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATIONS

**Psychology Services Comments:**
CARE1-MH. No significant mental health history. No history of suicidality.

**Health Services Comments:**
is a care level 1 inmate. The inmate has no chronic care issues. The inmate is currently on no medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC

**Unit Team Comments:**
GCT PRD: 2.24.24 POINTS:15 SHU QTRD: 4/5/23 SIS Investigation closed with no seps warranted; DHO sanctioned on 4/22/23 to 30 days of DS; recommend release to GP after DS complete or early DS authorized; CSW updated RRC packet to reflect loss of good time and recommended 1 - 90 day RRC placement.

**Correctional Services Comments:**
Sanctioned for 201 fighting with another person. DIS GCT/ 27 days, DS/ 30 days, lose job, LP comm/ 60 days, LP email/ 60 days, LP v visit/ 60 days, LP visit/ 60 days, mon fine/ 50 dollars. KAF Anguiano reg #72640-298. No behavioral or custody concerns.

**SIS Comments:**
TA DUB-23-0036 // Closed 4-17-23 // IR 201-Fighting // Return to Camp after sanctions // No Seps

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | C. BOYD |

**Reason:** PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATIONS

**Psychology Services Comments:**
CARE1-MH. No significant mental health history. Currently prescribed antidepressant. No history of suicidality.

**Health Services Comments:**
Care-1; PPD- current; OC- Clear; Lower Bunk

**Unit Team Comments:**
PRD: 10/28/23 POINTS: 8 SHU QTRD: 4/5/23 HH: CLB 9KQ, CORR ALTERNATIVES INC - CA, 05-22-2023 SIS Investigation closed with no seps warranted; DHO Pending re-hearing 4/22/23; DHO contact staff rep to participate in re-hearing scheduled for 5.17.23.

**Correctional Services Comments:**
Sanctioned for 201. DIS GCT/ 27 days, DS/ 30 Days, LP comm/ 60 days, LP phone/ 60 days, LP v visit/ 60 days, LP visit/ 60 days. No behavioral or custody concerns.

**SIS Comments:**
TA DUB-23-0036 // Closed 4-17-23 // IR 201-Fighting // Return to Camp after sanctions // No Seps

SHU - Weekly Review Preview                                                                 Page 2 of 5

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | RAMIREZ |

**Reason:** PENDING TRANSFER/HOLDOVER

**Psychology Services Comments:**
CARE1-MH. History of anxiety and depression. Not currently prescribed any psychotropic medication. No history of suicidality. Significant personality pathology. Poor interpersonal skills and boundaries with staff.

**Unit Team Comments:**
PRD: 5.18.26 PTS: 22 SHU QTRD: 04-17-2023 DST TALL 5.12.23, depart DUB 5.17.23 SIS case closed with recommend transfer; 9 x 200 and/or 300 series incident reports; 323/330 Transfer granted 5.12.23

**SIS Comments:**
TA DUB-23-0040 // Closed 5-1-23 // Threat Assessment // Recommend Transfer // Case emailed to All E/F Unit Team and CMC for transfer request on 5-1-2023 //                    // TECH FERGUSON

**Health Services Comments:**
The inmate has No Mental Health issues. The inmate is currently on No medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC

**Correctional Services Comments:**
Pending transfer. Designated to TAL F.                                No behavioral or custody concerns.

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | M. MCDOWELL |

**Reason:** PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATIONS

**Psychology Services Comments:**
CARE1-MH. No significant mental health history. No history of suicidality.

**Unit Team Comments:**
GCT Release: 5.21.24; SHU QTRD: 4.26.23 - (13 pts) - IR's returned for rewrite 4.25.23 and now pending DHO as of 5.3.23 for codes 106,203,299,307,317,398; delay memo routed due to re-write 5.2.23; Open SIS investigation Inmate arrived to SCP 4.19.23 and will be reviewed for 1-90 days RRC placement

**SIS Comments:**
DUB-23-0042 / OPENED 4-26-2023 / THREAT ASSESSMENT / DUE 5-10-2023 / BARTOLO

**Health Services Comments:**
is a care level 1 inmate. The inmate has Mental Health chronic care issues. The inmate is currently on psychiatric medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC No Restraint Limitations

**Correctional Services Comments:**
Pending DHO for IR codes 206 encouraging other to riot, 299 most like 203 threatening bodily harm, 317 failing to follow safety regs, 398 most like 307 refusing to obey an order. No behavioral or custody concerns.

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | M. MCDOWELL |

**Reason:** PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATIONS.

**Psychology Services Comments:**
CARE1-MH. History of depression and anxiety. No history of suicidality.

**Unit Team Comments:**
FT Release: 10.9.23; SHU QTRD: 4.26.23 - (8 pts) - due to re-write required 4.21.23 inmate is now pending DHO as of 05-03-2023, for codes 204,298,307,317; delay memo routed due to re-write 5.2.23; Open SIS investigation; Inmate arrived at SCP 4.19.23 to serve 7 month SRV & no SRT to follow. CSW recommends 1-90 RRC placement

**SIS Comments:**
DUB-23-0042 / Opened 4-26-2023 / Threat assessment / DUE 5-10-2023 / BARTOLO

**Health Services Comments:**
is a care level 1 inmate. The inmate has Respiratory, Mental Health chronic care issues. The inmate is currently on Psychiatric medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC No Restraint Limitations

**Correctional Services Comments:**
Pending DHO for IR codes 298 most like 204 extorting/blackmail, 307 refusing to obey an order, 317 failing to follow safety regs. No behavioral or custody concerns.

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | C. BOYD |

**Reason:** PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATION

**Psychology Services Comments:**
CARE1-MH. History of anxiety and depression. Currently prescribed antidepressant medication. No history of suicidality.

**Health Services Comments:**
is a care level 1 inmate. The inmate has Mental Health chronic care issues. The inmate is currently on psychiatric medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC No Restraint Limitations

**Unit Team Comments:**
PRD: 8.13.35; SHU QTRD: 5.2.23 - (22 pts) - pending DHO for code 112 as of 5.3.23. DHO hearing will be conducted 05-17-2023.

**Correctional Services Comments:**
Pending DHO for IR code 112 use of drugs/alcohol. No behavioral or custody concerns.

**SIS Comments:**
No SIS Concerns

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | G. MENCOS |

Reason: VIOLATION OF BUREAU REGULATIONS

**Psychology Services Comments:**
CARE1-MH. History of anxiety and depression. Currently prescribed antidepressant medication. Records indicate two historical suicide attempts: 2018 via hanging, 2019 via overdose.

**Health Services Comments:**
is a care level 1 inmate. The inmate has Mental Health chronic care issues. The inmate is currently on psyciatric medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC No Restraint Limitations

**Unit Team Comments:**
PRD: 11-20-2024 GCT PTS: 20 SHU QTRD: 5-2-2023 PLACEMENT RATIONALE: 205 - engaging in sexual act (w/ ▓▓▓ DHO Sanctioned 5-3-2023, 30 days DS RRC/Rel: Up for referral. I/M is within the time frame of 17-19 months. Will be referred for 6-7 months RRC placement.

**Correctional Services Comments:**
Sanctioned for IR code 205 engaging in sexual acts. DIS GCT/ 27 days, DS/ 30 days, LP phone/ 60 days, Mon fine/ 25 dollars. No behavioral or custody concerns.

**SIS Comments:**
No SIS Concerns

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | G. MENCOS |

Reason: PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATION

**Psychology Services Comments:**
CARE2-MH. TRN F2M. History of anxiety, depression, mood disorder, trauma. Hx of SDV (cutting); one historical suicide attempt at age 17 via hanging (currently 34).

**Health Services Comments:**
is a care level 1 inmate. The inmate has Mental Health chronic care issues. The inmate is currently on Testosterone medications. The inmate currently has no medical accommodations. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC No Restraint Limitations

**Unit Team Comments:**
PRD: 5-3-2027 GCT PTS: 24 SHU QTRD: 5-2-2023 PLACEMENT RATIONALE: 205 - engaging in sexual act (w/ ▓▓▓ DHO Sanctioned on 5-3-2023. RRC/HC/REL: not within time frames

**Correctional Services Comments:**
Sanctioned for IR code 205 engaging in sexual acts, 321 interfering with taking count. DIS GCT/ 27 days, DS/ 30 days, LP phone/ 60 days, Mon fine/ 25 dollars. No behavioral or custody concerns.

**SIS Comments:**
No SIS concerns

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | LIEUTENANT BOYD |

Reason: PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATION

SHU - Weekly Review Preview                                     Page 4 of 5

**Psychology Services Comments:**
CARE2-MH. On the PAL. Multiple substance abuse diagnoses; Borderline Personality Disorder. MAT participant. Removed from watch 05/02/2023; no SDV or suicidal behavior.

**Health Services Comments:**
is a care level 1 inmate. The inmate has Respiratory, Mental Health chronic care issues. The inmate is currently on medications. The inmate currently has no medical accommodations. The inmate has had 5 clinical encounters with health services in the past month. Clear for OC No Restraint limitations.

**Unit Team Comments:**
PRD Wednesday, 05-24-2023 (5-29-2023 w/o GCT, Monday) Removed from SW on 05-02-2023, 26PTS// Pending UDC: 209, 298, 307, 399, 218, 112, 203, 307, 113, 208, 298, 307, 312, 224 PEND MHE-208, 298, 307, 312| NOT RESP-208, 307, 208, 308, 307, 312, 203, 313| SUSPENDED-224 X4| PEND DHO-224, 300, 305, 307, 321, 398, 307, 399,

**Correctional Services Comments:**
Pending UDC: 115, 224, 300, 305, 307, 312, 321, 398. Pending DHO: 208, 298, 307, 399, 218, 112, 203, 312, 307, 113, 224 STG: Capable of defeating restraints.

**SIS Comments:**
STG - Posted Picture - History of defeating restraints - History of disruptive conduct and has Assaulted staff.

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | C. BOYD |

Reason: PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATION

**Psychology Services Comments:**
CARE1-MH. No significant mental health history. One historical suicide attempt in 2021 via OD.

**Health Services Comments:**
Care-1; PPD- Current; OC- Clear

**Unit Team Comments:**
PRD: 12-30-2023 PTS: NA SHU QTRD: 05-06-2023 PEND DHO: 203 Threatening Bodily Harm 5.16.23 299 Disruptive Conduct-High 307 Refusing to Obey an Order 312 Being Insolent to Staff Member Inmate Brown arrived to FCI Dublin on May 3, 2023.

**Correctional Services Comments:**
Pending DHO for IR code 299 most like 203 threatening bodily harm, 307 refusing to obey an order, 312 being insolent to staff member. No behavioral or custody concerns.

**SIS Comments:**
STG - Posted Picture - Assaulting a Federal Officer with a Deadly Weapon

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | C. BOYD |

Reason: Threat assessment

**Psychology Services Comments:**
CARE1-MH. TRNF2M. Dx: Major Depressive Disorder, Unspecified Mood [affective] Disorder, Antisocial Personality Disorder, and a mental disorder not otherwise specified. Currently prescribed antidepressant. History of prior suicide attempts and self-harm. Alleged PREA victim on 05/15/2023.

**Health Services Comments:**
is a care level 1 inmate. The inmate has chronic care for Mental Health issues. The inmate is currently on Hormone medications. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC

**Unit Team Comments:**
GCT REL 02-14-2043// SHU QTRD 05-08-2023//PTS: 32// NOT REVIEWED FOR RRC AT THIS TIME DUE TO NOT BEING WITHIN 17-19 MONTHS FROM RELEASE// PC STAFF INITIATED

**Correctional Services Comments:**
PC case staff initiated.. No behavioral or custody concerns.

**SIS Comments:**
TA DUB-23-0044 / Opened on 5-8-23 / CDU - 5-23-23 / Owes large debt to several inmates. Tech: Ferguson

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | C. BOYD |

Reason: PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATION

**Psychology Services Comments:**
CARE1-MH. History of anxiety and depression, currently prescribed psychotropic medication. One watch placement in 2021 after endorsing suicidal ideation secondary to familial loss. History of sexual victimization.

**Unit Team Comments:**
GCT REL 06-02-2028// SHU QTRD 05-08-2023// PTS: 30// NOT REVIEWED FOR RRC AT THIS TIME DUE TO NOT WITHIN 17-19 MONTHS FROM RELEASE// PENDING DHO as of 5-8-2023 for CODE 206: MAKING SEXUAL PROPOSAL/THREAT

**SIS Comments:**
STG - Posted Picture & Assault - Correctional Staff / Pending IR 206- Making Sexual Proposals & 299 Disruptive conduct - High

**Health Services Comments:**
is a care level 1 inmate. The inmate has chronic care for Mental health and neurology issues. The inmate is currently on Seizure medications. The inmate currently has a lower bunk requirement. The inmate has had 1 clinical encounters with health services in the past month. Clear for OC

**Correctional Services Comments:**
Pending DHO for IR code 299 most like 206 making sexual proposal/threat. No behavioral or custody concerns.

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | J.JOHL |

Reason: PENDING SIS INVESTIGATION

**Psychology Services Comments:**
CARE1-MH. History of depression. One historical suicide attempt in 2008 via OD.

**Unit Team Comments:**
PRD: 7.7.26 PTS: 22 SHU QTRD: 5.11.23 PLACEMENT RATIONALE: Unwitnessed Fight ,

**SIS Comments:**
TA DUB-23-0043 // Unwitnessed Fight // CDB 5-26-23 //
Tech: Bartollo

**Health Services Comments:**

**Correctional Services Comments:**
Pending SIS investigation.

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | MCDOWELL |

Reason: PENDING SIS INVESTIGATION

**Psychology Services Comments:**
CARE1-MH. History of depression, currently prescribed antidepressant medication. One historical suicide attempt at age 13 (currently 34).

**Unit Team Comments:**

**SIS Comments:**
TA DUB-23-0045 // CDB 5-30-23 // Unwitnessed Assault // Referred to FBI on 5-16-23 DUB-23-0006 // Tech: Ferguson

**Health Services Comments:**

**Correctional Services Comments:**
Pending SIS investigation.

| QTR Assig. | Inmate Name | Reg. No | Unit | IA Date | Status | PRFDS | DST | Admitting Officer |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | MCDOWELL |

Reason: refusal to program, refusal of direct order.

**Psychology Services Comments:**
CARE2-MH. Significant personality pathology. 47 SRAs; 17 watch placements. Pattern or endorsing suicidal ideation out of frustration; no history of suicidal behavior. History of making PREA allegations when frustrated (unsubstantiated). History of engaging in indecent exposure.

**Unit Team Comments:**
GCT REL 06-17-2026//SHU QTRD 05-15-2023// PTS: 24// CODE 306: REFUSING WORK/PGM ASSIGNMENT, 307: REFUSING TO OBEY AN ORDER// INMATE HAS LONG HISTORY OF DISCIPLINARY CONCERNS// NOT WITHIN THE 17-19 MONTHS FOR RRC REVIEW.

**SIS Comments:**
Inmate has long history of assaultive behavior, has had issues while house in the Special Housing Unit (208 Interfering with a Security Device Jan-2023).

**Health Services Comments:**

**Correctional Services Comments:**
I/R Code 306: Refusing work/Pgm Assignments, 307: Refusing to obey an order