# EXHIBIT K

Produced Pursuant to Protective Order; Conditionally Lodged Under Seal