# EXHIBIT N

Produced Pursuant to Protective Order; Conditionally Lodged Under Seal