UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES, ET AL.**<br><br>    Defendants. | **Case No.:** 4:23-cv-4155-YGR<br><br>**ORDER TO SHOW CAUSE WHY THE UNITED STATES SHOULD NOT BE HELD IN CONTEMPT OR SANCTIONED FOR FAILURE TO ABIDE BY COURT'S ORDER** |

TO ALL PARTIES AND THEIR COUNSEL:

The Court received news shortly before its visit to FCI Dublin that an inmate who testified during the evidentiary hearing held on January 3–9, 2024, Rhonda Flemming, was placed in the Secure Housing Unit at FCI Dublin and eventually transferred to a separate prison in Los Angeles. On December 30, 2023, the Court Ordered defendants, among other things, "**Not to Transfer** any person on the witness lists filed in this action until further order of this Court." (Dkt. No. 88 at 2 ¶ 4, emphasis supplied.)

The Court issues this order for the government to show cause why it should not be held in contempt or sanctioned for failure to abide by the Court's order. A response shall be filed within 48 hours of this Order. If plaintiffs wish to respond, they may do so by no later than 9:00 a.m. on Monday, February 19, 2024.

**IT IS SO ORDERED**.

Date: **February 15, 2024**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE