**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,**<br><br>Defendants. | Case No.: 4:23-cv-4155-YGR<br><br>**ORDER GRANTING IMMEDIATE, SPECIFIC RELIEF BASED ON EMERGENCY HEALTH AND SAFETY CONCERNS AT THE FCI DUBLIN SATELLITE CAMP** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On Wednesday, February 14, 2024, the Court conducted an onsite, unscheduled visit lasting nine hours at the FCI Dublin Prison and satellite Camp. Most of the Court's time was spent talking to inmates the Court approached randomly and in confidence. Throughout the day, the Court spoke to approximately 100 inmates. This first-hand communication will prove critical to resolving the pending motions (which will be done after full briefing). That said, the Court finds that there are some conditions which require immediate attention because they fall well below the standard of care required of the Bureau of Prisons ("BOP"), particularly at the satellite Camp.

*First*, in at least one of the two wings of the Camp, only four of the eight showers are in service and of those, two have only lukewarm water while the other two have only cold water. The fact that inmates have only cold showers available is unacceptable, particularly because it is the middle of winter. BOP is **ORDERED** to resolve this issue **IMMEDIATELY.** The Warden at FCI Dublin shall verify by **Tuesday, February 20, 2024** that all four working showers have hot water and the time of resolution.  BOP is further **ORDERED** to fix the other four showers and ensure they

also have hot water by the end of **February 2024**. To the extent the situation exists in the other wing, the issue shall be similarly resolved immediately and verification provided.

*Second*, BOP is **ORDERED** to have licensed contractor(s) inspect the entire Camp for a natural gas leak, black mold, and asbestos. The inspection shall be conducted **AS SOON AS POSSIBLE** but no later than **Friday, February 23, 2024.** The Warden shall verify the timing of the inspection as soon as it is scheduled and shall deliver written findings to the Court promptly after the inspection.

*Third*, BOP was previously ordered to ensure that inmates in the FCI Dublin Prison had two blankets given the lack of heat in certain portions of these facilities. While this appears to have happened at FCI Dublin, it has not happened at the Camp. BOP is **ORDERED** to distribute a second blanket to persons incarcerated at the Camp today, **Friday, February 16, 2024**. Confirmation that the blankets were distributed today shall be confirmed by **Tuesday, February 20, 2024**.

*Fourth*, the last issue is addressed in a separate attachment under seal given its sensitivity.

**IT IS SO ORDERED**.

Date: **February 16, 2024**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**