# EXHIBIT 1

```
┌─────────────────────────┐
│     INMATE TRANSFER     │
└─────────────────────────┘
```

**TRANSFER PROCEDURES.**  Transfers (also known as redesignations) are used to move inmates from one institution to another as needed, with each type of transfer having a specific objective. The following are some of the more frequent reasons for a transfer:

- institution classification;
- nearer release;
- disciplinary/close supervision;
- adjustment;
- medical/psychological treatment;
- temporary transfers;
- training purposes/program participation;
- Institution Hearing Program;
- pre-release; and,
- transfers from CCC's.

After review and approval by the Unit Team, a transfer request is submitted via the Request for Transfer/Application of Management Variable (409) to the DSCC.   The procedures for completing the 409 are outlined below and may only be waived or modified with the approval of the Assistant Director, Correctional Programs Division, Washington, D.C. or his/her designee.

1.  **Inmate's Medical Status.**  Include current, complete, and accurate available information concerning any medical problem that might affect redesignation;

2.  **Institution Adjustment.**  Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment;

3.  **Rational for Referral**.  Include a complete, specific justification and support for the requested action;

4.  **Parole Hearing Scheduled.**  Indicate whether or not the inmate is eligible for a parole hearing.  If yes, indicate the date of the hearing.  (See SALLYPORT for a current listing of parole/non-parole institutions).

5.  **Past or Present Behavior and/or Management Concerns.**  Note any past or present behavior and/or management concerns which may affect placement (i.e., history of arrests or disruptive behavior

which may not have resulted in a conviction, inmates preference regarding this request, etc.).  Also note any Security Threat Group concerns/associations.In addition, it is necessary for staff to closely review each case submitted for any CIM concerns. Any CIM concerns should be noted on the 409 if applicable.

However, it is not necessary for staff to route a Request for CIM Activity Clearance with each transfer request since CIM activity clearance is included in the redesignation for all CIM assignments except WITSEC cases.  Redesignations between same security level institutions are discouraged, except for CIM purposes, nearer release purposes, or other unusual circumstances.  Copies of all transfer requests for Disruptive Group Members will be forwarded to the Intelligence Section, Central Office, via GroupWise upon approval of the transfer. Additionally, the institution Special Investigative Supervisor should also receive a copy of the transfer request; and

    6. **BP-337/BP-338 Discrepancies**.  Include a brief description of any scoring changes between the BP-337 and BP-338.


    Complete all required information, then route the request through normal institutional review channels for approval by the CEO.         After approval by the CEO, it may be routed to the DSCC Administrator from the unit's mailbox.   The Unit Team will enter the appropriate "DST" assignment (see below) into SENTRY as confirmation that a redesignation request has been submitted to the DSCC or OMDT.    Enter this SENTRY assignment under the "DST" category using the "Update Inmate Assignment" transaction.

- Enter "W REDES R" if the transfer request is for a routine transfer.

- Enter "W REDES M" if the transfer request requires a review by the OMDT (Medical Designator).

    Once the e-mail requesting redesignation is received, DSCC staff will at a minimum review the following SENTRY transactions to determine if the inmate is appropriate for redesignation:

        CIM Clearance and Separatee Data;
        Inmate Load Data;
        Inmate Profile;
        Custody Classification Form;
        Security/Designation Data Form; and,
        Chronological Disciplinary Record.

    If the transfer is approved, DSCC staff will enter the information and the appropriate destination (DST) assignment in

SENTRY on the "Enter Redesignation" screen and will also note the approved institution transfer code. The method of transportation is at the discretion of the Warden.    Should a change in DST be required, DSCC staff will make the change in SENTRY prior to the inmate's arrival at the designated institution.

If the transfer is denied, DSCC staff will indicate the denial on the "Update Inmate Remarks" screen and will also delete the "W REDES" from SENTRY. Unit staff should closely monitor SENTRY for deletions of the "W REDES" transaction.

1.   **INSTITUTION CLASSIFICATION TRANSFERS.**   These transfers are typically referred to as either "Lesser Security" (Code 308) transfers or "Greater Security" (Code 307) transfers.

   a.   **Security Level Changes**

       (1) When a decrease in the inmate's security level is indicated by the Custody Classification Form, transfer of the inmate to a lower security level institution should be considered.

       (2) Likewise, an increased security level may be indicated in a similar fashion.   The security total may increase to a higher security level range.

If an updated security scoring, combined with Public Safety Factors, indicate that an inmate is rated at a different security level, the inmate must be referred to the DSCC for either transfer or application of a Management Variable.   For example, if an inmate in a Low security level institution is reclassified to Minimum security, the case must be referred for transfer or application of a Management Variable.   If transfer is denied, DSCC staff will apply an appropriate Management Variable and add a Management Security Level, if applicable.

   b.   **Custody Level Changes.**   During an inmate's custody review, a custody level may be increased or decreased (ordinarily, only one level at a time) indicating a transfer is appropriate.   For example:

       (1)   A Medium security level inmate has OUT custody, and becomes eligible for COMMUNITY custody. If the Unit Team decides to reduce custody, the inmate would normally be referred for redesignation to a Low or Minimum security level facility, since Medium security level institutions do not house COMMUNITY custody inmates.   If approved for transfer by the DSCC, the Management Variable of Lesser Security will be applied and the Management Security Level will be changed accordingly.

   (2)   An inmate's transfer to a higher security
institution could be triggered by an increase in custody
needs. For example, a Medium security level inmate with
IN custody becomes eligible for a custody increase.  The
team agrees to increase the custody to Maximum.     Since
Medium security level facilities are not authorized to
house Maximum custody inmates, the inmate must be
referred for transfer to a High security level
institution and the MSL changed in accordance with the
application of an MGTV.

2.   **NEARER RELEASE TRANSFERS (Code 313).**  Nearer release
transfers move the inmate closer to their legal residence or
release destination, consistent with their security level.
Inmates may be considered for a nearer release transfer only
after serving 18 consecutive months of clear conduct in a
general population. Nearer release transfers should be
incorporated with "Lesser Security" transfers whenever
possible. Once the inmate has been transferred within 500
driving miles of his or her release residence, no further
referrals will be made for nearer release transfer
consideration. further referrals can be considered for nearer
release transfer consideration subject to bed availability, the
prisoner's security designation, the prisoner's programmatic
needs, the prisoner's mental and medical health needs, any
request made by the prisoner related to faith- based needs,
recommendations of the sentencing court, and other security
concerns of the Bureau of Prisons.

Transfer to a facility in an area other than the inmate's
legal residence or sentencing district may be considered by
the inmate's Unit Team provided the inmate can provide strong
evidence of community and/or family support.  Institution staff
should use sound correctional judgment when reviewing such
requests for transfer to ensure the transfer is consistent
with guidelines established in this chapter.

Inmates with an Order for Deportation, an Order of Removal, an
ICE detainer for an unadjudicated offense(s) or an ICE
detainer for a hearing will not be transferred for nearer
release purposes since they will be returning to the community
outside, rather than inside, the United States upon release.

3.   **WITSEC TRANSFERS.**  All movement of Witness Security cases is
coordinated exclusively through the Inmate Monitoring Section
of the Correctional Programs Branch, Central Office.  Witness
Security cases will not be transferred without authorization
from that office.     Witness Security inmates who require
medical or mental health treatment at a medical center must
also be approved by the Medical Designator.

   If the inmate is classified as a WITSEC case, a copy of the
medical referral will be sent simultaneously to the Inmate

Monitoring Section (IMS) and the Medical Designator.  The Inmate
Monitoring Section will coordinate with the OMDT regarding an
appropriate placement. Placement will be based on available
medical resources, security needs, bed space availability, and
the inmate's need for medical care. IMS will enter activity
clearances for WITSEC cases.

4.  **DISCIPLINARY/CLOSE SUPERVISION TRANSFERS (Codes 309/323).**  An
act(s) of documented institution misconduct may result in an
inmate's transfer to another institution, normally of greater
security, for disciplinary reasons.  Wardens may recommend same
security level transfers only when placement at a greater
security level institution is not possible or other overriding
circumstances exist.

   Disciplinary or Close Supervision transfer requests will
be sent electronically to the DSCC Administrator and contain
the following information:

   (a)  Request for Transfer/Application of
        Management Variable (must be thorough and
        specific);

   (b)  Close Supervision investigation report, if
        requested; and,

   (c)  Intelligence data or supporting memorandum
        if requested.

   Institution staff should carefully review the management of
309/323 cases on an individual basis, applying sound
correctional judgment that considers the safety and security
of the inmate, the institution and its staff and the
community.

5.  **ADJUSTMENT TRANSFERS (Code 330).**  All transfer referrals
submitted as Code 330 transfers for adjustment purposes will be
reviewed by the DSCC.  Adjustment purposes transfer requests will
be sent electronically to the DSCC Administrator via Form 409.
DSCC staff will ensure that the transfer does not meet the
requirements of an unverified protection transfer, Code 323.

6.  **MEDICAL AND PSYCHIATRIC TRANSFERS (Codes 331-336 and
338, 339).**  Medical designations and transfers are approved by
the Central Office Medical Designator, Office of Medical
Designations and Transportation (OMDT).  The Central Office
Medical Designator assigns inmates to Medical Referral
Centers (MRC), institutions with medical resources, or non-
Bureau community care centers to provide needed medical
services.
Medical redesignations are initiated for inmates with acute
medical, surgical, or psychiatric condition, or for those
inmates who have chronic care needs that cannot be addressed at
the parent institution. Transfers will be classified as either

(a) Emergency, (b) Routine/Urgent, or (c) Routine.


   If an inmate objects, either in writing or through his or her
attorney, to a transfer for psychiatric/mental health treatment,
the provisions of 18 U.S.C. § 4245 may apply.  Staff will suspend
transfer action in such cases and refer the matter to their
Regional Counsel for review.  The Regional Counsel will notify
the institution when the transfer action can be re-instituted.


   a.  **Emergency Transfer** - An emergency transfer is a
medical, surgical, or psychiatric situation determined by
medical/mental health staff that requires immediate, direct
transportation.
This includes inmates not medically or psychiatrically capable
of transport via routine BOP air/surface transportation, e.g.,
bus, commercial air, or USMS/Bureau airlift. Direct
transportation is defined as air ambulance, air charter, or
ground ambulance and, in some instances, an institution
vehicle may be utilized.


   b.  **Routine/Urgent Transfer** - A routine/urgent transfer is
initiated for medical, surgical, or psychiatric treatment
that is not an emergency, however must be transported
directly to a MRC, typically within two to three weeks of
designation.

Routine urgent transfers require direct transfer to the MRC
because of the acuity of their medical, surgical, or
psychiatric condition, or because MRC-based services need to be
initiated within an appropriate time frame. Holdover housing at
a county jail or Bureau general population institution is not
permissible.


   c.  **Routine Transfer** - A routine transfer is initiated
for medical, surgical, or psychiatric treatment that is
not an emergency and time en-route is not a major factor.
     Routine transfers may travel by any available means.


   d.  **Procedures for Initiating Emergency, Routine/Urgent,
and Routine Transfer Requests.**            All transfer
requests for medical, surgical, or psychiatric designations
will be initiated via GroupWise on the Medical/Surgical and
Psychiatric Referral Request Form (BP-770) available on
SALLYPORT.             The HSA, with input from the
Clinical Director and other providers involved with the
inmate's care (e.g., mid-level providers, psychologists,
consultant physicians), is responsible for completing the BP-
770. The referring institution Warden must review the BP-770
and authorize the request for transfer.

The BP-770 serves as the redesignation, transportation, and
security worksheet from which the actual redesignation is
made. It will also serve as the emergency referral request
form, documentation of the inmate's condition and the reason

for transfer. Accordingly, it is essential that the BP-770 be completed thoroughly and accurately.

The Medical Designator will review each request for redesignation and approve or deny the requested transfer. Based on clinical information and in consultation with the Medical Director, the Medical Designator may change the urgency level of the request.

OMDT will authorize CIM clearance (if appropriate) and enter approved transfers to an appropriate BOP facility in SENTRY on the "Enter Redesignation" screen.

  e.  **Completion of Treatment** - All requests for redesignation to the parent facility upon completion of Medical/Surgical or Psychiatric treatment, or to another medical facility for continuation of treatment, will be initiated by the facility currently housing the inmate via GroupWise on the Discharge Transfer Summary form. This form serves as the designation, transportation, and security worksheet from which the redesignation is made.

Medical cases are normally returned to their parent facility unless the DSCC approves a change in the parent facility based on clinical justification provided prior to redesignation by the Medical Designator.

7.  **TEMPORARY TRANSFERS.** It is sometimes necessary to temporarily transfer an inmate to a contract facility or other Bureau institution. This is normally for security reasons, when the current institution does not have a Special Housing Unit. In such cases, institution staff will forward a request for temporary transfer approval from the Warden to the DSCC. The request will include the rationale for transfer, with assurance that the receiving facility is in agreement with the temporary transfer. Transfer approval must be obtained prior to the transfer during normal working hours, or if after hours, the next work day.     A copy of this request will be routed to the appropriate CCM office, if the transfer is to a contract facility.

8.  **TRANSFERS FOR TRAINING PURPOSES OR PROGRAM PARTICIPATION.** An inmate is ordinarily only transferred for specialized national programs not offered at the parent facility to include:

   (a)  Residential Drug Treatment Program;
   (b)  Life Connections Program;
   (c)  Special Management Unit; and
   (d)  Sex Offender Programs.

When placement for program participation is inconsistent with the assigned security level, the appropriate Management Variable must be applied by the DSCC. Ordinarily, the inmate will be

returned to the referring institution upon completion of the
specialized training or program if the inmate has 18 months or
more remaining until the inmate's release date at the time of
the transfer. Further, if the program facility is nearer to the
inmate's release residence, than is the referring institution,
the inmate may remain at the program facility.

9.   **INSTITUTION HEARING PROGRAM TRANSFERS.**  The Institution
Hearing Program (IHP) is a coordinated effort by the Bureau,
ICE, and the EOIR to provide deportation or exclusion
proceedings to sentenced aliens as expeditiously as possible
after the date of conviction.              Eligibility,
designation, classification, and transfer procedures are
specifically outlined in Bureau directives.  IHP sites have been
established for male and female non-U.S. citizens who are
serving federal sentences to ensure a deportation or exclusion
hearing is conducted early in their sentence instead of at the
end of their sentence.

10.  **TRANSFERS TO SATELLITE CAMPS**.  The Warden of an institution
with a satellite camp may transfer an inmate from the main
institution to the camp if the inmate is assigned an
appropriate security and/or custody level. The Camp
Administrator of a satellite camp adjacent to a Low or Medium
security level institution may temporarily transfer the inmate
to the main institution for disciplinary purposes (i.e.,
disciplinary segregation).          If a need for an immediate
redesignation arises, the inmate may be placed as a holdover in
Administrative Detention at the main institution while approval
is sought from the DSCC for redesignation to that institution
or another institution.

An inmate may travel via "unescorted transfer" from a low or
minimum security level institution to a minimum security level
institution if the inmate is a minimum security level inmate
and has OUT or COMMUNITY custody.              The inmate's
family (on the approved visiting list) may provide
transportation to the receiving institution only if the inmate
is transferring from a minimum security level institution to
another minimum security level institution, and if approved by
the Warden.                  The inmate's family is expected
to bear all transportation costs.                  The inmate
must go directly from the sending institution to the receiving
institution.

   The Warden may authorize clearance for the transfer of a CIM
Case, with the exception of WITSEC cases, to the satellite camp
of the parent facility provided established regulations for
regular transfer authority have been met. (Refer to the CIM
Manual for more specific details).

11.  **PRE-RELEASE TRANSFERS.**  Inmates in federal and contract institutions may be transferred to CCCs in accordance with the Program Statement Community Corrections Center (CCC) Utilization and Transfer Procedure.    Inmates who have been approved for CCC referral and are otherwise appropriate for camp placement are to be transferred to a camp for intermediate placement if at all practicable.   Inmates should be encouraged to complete all or most of the Institution Release Preparation Program at the parent institution prior to transfer.

   The parent institution is to complete the CCC referral packet and the camp should be closer to the inmate's release residence. This process should be completed to allow the inmate a minimum of a 60-day placement at the camp prior to the reporting date at the CCC.  CCC referrals may be made 12 to 18 months in advance of an anticipated reporting date with the concurrence of local CCM offices.  A notation that the CCC referral was made with a specific projected placement date should be included in the request for institution transfer, and the transfer request should be prepared at the same time as the CCC referral.

12.  **TRANSFERS FROM CCC'S.**  When an inmate fails to meet the conditions of CCC placement, the CCM should designate the inmate to the parent institution with consideration given to the following criteria for designation:

      (a)  local manday detention rates;
      (b)  availability of Bureau Detention Centers;
      (c)  budgetary constraints;
      (d)  projected release date; and,
      (e)  distance to parent facility.

   When returning the inmate to the parent institution is not cost effective, the Community Corrections Office will refer the case to the DSCC for designation.          DSCC staff, will make the designation, and should consider the closest institution commensurate with the inmate's security needs. When the DSCC designates the inmate to a facility, DSCC staff will notify the parent institution to facilitate the forwarding of the central file.

13.  **LONG-TERM DETAINEES.**  The authority for the redesignation of long-term detainees rests with the Detention Services Branch, Correctional Programs Division, Central Office.  Refer to the current Program Statement Mariel Cuban Detainees for transfer procedures.  Transfers for medical or mental health treatment however, shall be referred to the Central Office Medical Designator.  Mariel Cubans who are sentenced, and therefore not detainees, are handled in a routine fashion by DSCC staff.

14. **IN-TRANSIT DATA FORM**

a.  Upon notice that an inmate is being transferred or temporarily released to an authorized law enforcement officer (e.g., U.S. Marshal, state law enforcement officer, or Bureau bus officer), the Unit Manager will ensure the following:

- The top portion of the SENTRY automated In-Transit Data Form is accurate and the bottom portion is completed;

- CIM, YCA, DCYRA and any other important information is included in the space for "Non-Routine Security Needs;"

- CIM separation information is accurate, up-to-date and the SENTRY generated "CIM Clearance and Separatee Data" is attached to the In-Transit Data Form; and,

- The In-Transit Data Form is signed, dated, and forwarded to ISM staff who will attach a current inmate photograph and provide the form to the transporting officer.

**NOTE:**  The most recent In-Transit Data Form is maintained in the Inmate Central File.  The "CIM Clearance and Separatee Data" display will not be filed with the In-Transit Data Form.

b.  Upon receipt of the In-Transit Data Form, ISM staff will ensure the following:

- The information indicated on the top portion of the form is correct.   SENTRY update functions should be executed in the event that the data is not accurate;

- The Sentencing Remarks should include the offenses and the length of sentence as noted on the Judgment.
                                                          If this information is not accurate, the load data should be updated;

- The Detainer Remarks should indicate all active detainers and the charge or offense.  If the detainer has been litigated, information regarding the sentence imposed or time remaining to serve should be listed.
  If this information is not current, the commitment should be updated; and,

- Initials are placed below the detainer remarks indicating that the information has been confirmed and is accurate and up-to-date.

15. **TRANSFER CODES**. The reason for transfer, as shown by one of the codes listed at the end of this chapter, must be provided in the top portion of the Transfer Order. If there is more than one reason for transfer, the most pertinent code should be used. Note that all Unescorted Transfers are Discharge Code - FURL TRANS for Furlough Transfer.

16. **SPECIAL REQUIREMENTS**

   a. An inmate having a detainer or pending charge may be transferred to any institution for which he or she properly classifies; however, generally when there is a formally filed detainer, the inmate is not to be transferred to an institution more distant from the detaining authority unless there is substantial reason to believe the detainer will be dropped or the pending charge will not be prosecuted.

   An inmate who indicates an intention to oppose extradition is not to be transferred within the last 30 calendar days prior to release to an institution in the state that placed the detainer. Such cases, and others in which there are legal or jurisdictional problems, are to be referred to the Regional Correctional Programs    Administrator (See Program Statement Inmate Systems Management Manual.

   b. When there is reason to transfer an inmate to a non-federal institution for concurrent service of federal and state sentences, the Warden will refer the case to the DSCC Administrator. Refer to the Program Statement, Transfer of a Prisoner to State Custody Prior to Release from the Federal Sentence, for procedures.

17. **RELATIONSHIPS WITH OTHER AGENCIES**

   a. **U.S. Parole Commission**. Parolable inmates must be housed at a parolable institution in accordance with their parole hearing requirements unless a hearing is no longer required.

   b. **Administrative Office of the U.S. Courts**. The court of conviction may recommend to the Attorney General or the Bureau that the defendant be retained at, or transferred to, a place of confinement near the place of trial or the court of appeals, for a period reasonably necessary to permit the defendant to assist in the preparation of his or her appeal. Upon receiving this recommendation, the Bureau will make every effort to place the inmate in such a facility.            If a reason exists for not placing the inmate in that facility, the court must be notified of the situation and an attempt will be made to arrive at an acceptable place of confinement.

Ordinarily, complicated jurisdictional or legal problems
should be resolved before transfer. Ordinarily, the sending Case
Management Coordinator will determine if an inmate has legal
action pending in the district in which confined.  If so, the
individual should not be transferred without prior consultation
with the appropriate U.S. Attorney or Regional Counsel, or both.
Under Rule 23(a) of the Federal Rules of Appellate Procedures,
an inmate may not be transferred, pending review of a Habeas
Corpus proceeding commenced before a court, without the approval
of the court.  Approval for transfer should be sought through the U.S.
Attorney or Regional Counsel in cases where a Habeas Corpus
petition is pending.

c.  **Non-Federal Authorities**.  The decision to accept a state
prisoner in the Bureau is the responsibility of the DSCC
Administrator.  When notifying the state authority of acceptance,
the state's contract code will be identified.

The Office of Procurement, Central Office is responsible
for negotiating contracts for housing state prisoners.If it
is necessary to transfer a federal inmate to a local jail,
the sending institution must immediately notify the U.S.
Marshals and the CCM, preferably prior to the transfer.

d.  **Military Inmates**.  The DSCC will accept a military or Coast
Guard inmate recommended for transfer to federal custody if,
after examination of all available information, the Bureau
can provide appropriate resources for the inmate's needs.  The
DSCC will be responsible for the designation and redesignation
of all military and Coast Guard inmates accepted for service
of their sentence in Bureau custody.

In some cases, special agreements or Memoranda of
Understanding (MOU) have been established with various
military branches.
These MOUs give direction to Bureau staff regarding which Bureau
regulations and policies apply to the military inmates.  Pursuant
to 10 U.S.C. § 858, staff should be aware that military or Coast
Guard inmates confined in Bureau institutions are subject to the
same discipline and treatment as other inmates in those
institutions.

Additionally, the Bureau will accept the sentence computation
provided by the military or Coast Guard authorities with the
exception that the Bureau will release such inmates, if not
paroled, under the provisions of 18 U.S.C. § 4164 provided they
have accrued good time deductions in excess of 180 days.  DSCC
staff will refer to the appropriate military or Coast Guard
authorities for resolution of suspected sentence computation
errors or discrepancies, or challenges to the sentence
computation by the inmate or his or her representative, or both.

Once a military inmate comes into Bureau custody, all
notifications and requirements apply as if he or she were a
Bureau inmate, i.e., VWP notification, VCCLEA notification,
Sex Offender Notification, and IFRP requirements. Notification
to the military is also required at least 30 days prior to
the inmate's release.

18. **STATE PLACEMENT.** Inmates who have exhausted available
resources within the Bureau, should be referred for placement
in an appropriate non-federal facility under contract with the
Bureau.  Preparation of a transfer referral to merely "exhaust"
all BOP resources is not required when the inmate is clearly
not appropriate for any facility within the Bureau.

   a. **Placement Procedures.**  The Warden will prepare a memorandum
to the DSCC Administrator outlining the reasons for state
placement of a federal inmate.  This memorandum will be forwarded
along with supporting documentation and classification material
that will, at a minimum, include the following:

        (1) Presentence Investigation Report;

        (2) Two copies of the Judgment;

        (3) Relevant SENTRY data;

        (4) Current Progress Report; and,

        (5) Any Disciplinary or SIS Reports.

   If the DSCC Administrator approves an inmate for state
placement, DSCC staff will select a state correctional
system for referral.                    The system
selected will be based on the type of facilities within the
system; available bed space; court status (state systems that
are under injunction because of overcrowding or violations of
inmates' civil rights will not be used), and the state's
willingness to accept federal boarders.          Once a suitable
state correctional system has been identified, DSCC staff will
forward the transfer packet to the appropriate Community
Corrections Regional Administrator, overseeing the state in
which the DSCC Administrator has identified for possible
placement.
DSCC staff may make up to two referrals per inmate at a time,
and continue this process until an appropriate placement is
secured. The CCRA will work through the local CCM office which
will refer the case for state placement.   The CCM office will
advise the CCRA of the response from the state
authority/Department of Corrections.   If approved for
placement, the CCRA will initiate SENTRY redesignation
procedures, and forward the inmate file to the CCM office. If
not approved for placement the CCRA will

advise the DSCC Administrator, who will continue to secure a suitable state placement.

   The CCM office with state monitoring authority in which the inmate is eventually housed assumes full responsibility for the inmate, including biennial reviews and subsequent transfer authority.  State placement materials containing, at a minimum, a Progress Report, Presentence Investigation Report, and all memoranda pertaining to the state placement, will be forwarded to and maintained by the CCM office after the inmate has been approved for placement.

   If an inmate is approved for permanent return to the Bureau, the place of confinement will be determined by the DSCC.  If an inmate is returned to the Bureau for medical treatment, the inmate will be returned to the state when the medical treatment is completed.                    Occasionally, returning the inmate to the originating state may not be appropriate.   In such cases, the DSCC will obtain a new place of incarceration for the inmate, after consultation with the Office of Medical Designation and Transportation.

   b.  **Post-Placement Monitoring.**  After a federal inmate has been placed in a state contract facility, the appropriate CCM will review the case every two years beginning from the date of the inmate's arrival to determine whether the inmate is still appropriate for state placement.  The CCM's cover memorandum containing a recommendation and a Progress Report provided by the state contract facility will be forwarded to DSCC staff who will make a determination for continued state placement or return to Bureau custody.

   If the inmate requires continued placement in that state facility, DSCC staff will enter a notation on the SENTRY "CIM Clearance and Separatee Data" screen indicating such.  However, if state placement is no longer necessary, the inmate will be redesignated to Bureau custody by the DSCC.

   Inmates serving a sentence of Death will also be reviewed for continued state placement. Information received from Community Corrections staff during the review of the contract may be used to make a determination for continued state placement.

   The DSCC is responsible for monitoring and tracking state placement requests received from BOP institutions.  The CCRA will prepare a quarterly report (statistical/narrative) which will be forwarded to the DSCC Administrator.

19. **SECONDARY DESIGNATION.** Upon initial designation, an inmate may be designated specifically for a parole hearing or program participation, and as a result, may require a secondary designation upon completion of the activity. If upon completion of the activity, staff determine that the secondary designation is no longer appropriate, the DSCC will be notified for reconsideration. Otherwise, when the conditions of the initial designation are met, institution staff will prepare a Transfer Order for signature of the sending institution Warden and arrangements will be made for movement of the inmate through routine procedures.

A secondary designation will not normally be made for cases designated for medical or psychiatric treatment. The medical center or reviewing institution will notify the Medical Designator upon completion of evaluation or treatment. Approval will be given for a secondary designation at that time. This approval will be based on medical requirements of the inmate and resources of the secondary designation.

20. **POPULATION MANAGEMENT.** The Assistant Director, Correctional Programs Division periodically reviews each institution's Rated and Designation Capacities. Occasionally, it is necessary to impose a moratorium or population cap on a particular institution to avoid or reduce overcrowding. The Assistant Director, Correctional Programs Division, with the approval of the Population Management Subcommittee of the Executive Staff, may impose a moratorium on other facilities including the Medical Referral Center general population units. The Assistant Director, Health Services Division, with the approval of the Population Management Subcommittee of the Executive Staff, may authorize a moratorium or population cap for Medical Referral Centers (excluding general population).

   a. Referral Procedures

      (1) The Warden of the institution recommends to the Regional Director that a moratorium or population cap be established.

      (2) The Regional Director reviews the request, and if in agreement, contacts the Assistant Director, Correctional Programs Division, or the Assistant Director, Health Services Division, and either requests a population cap or total moratorium.

   A population cap places a ceiling on the number of inmates that can be designated to a facility. A total moratorium is defined as a complete cessation of all initial designations and redesignations to an institution or DFCL assignment.

In extreme circumstances, the Assistant Director, Correctional Programs or Health Services Division with concurrence of the Subcommittee may direct that inmates en route to a facility be redesignated. When a moratorium or population cap is imposed, a termination date will be established. The cap or moratorium will be terminated on that date unless the Regional Director contacts the appropriate Assistant Director, Correctional Programs or Health Services Division, and obtains an extension.

(3) The appropriate Assistant Director will issue a GroupWise e-mail notifying the DSCC Administrator and Chief Executive Officers of the cap or moratorium.

21. **INSTITUTIONS WITH SPECIAL MISSIONS**

a. **FCI Oakdale**. The Bureau, ICE, and the Executive Office for Immigration Review (EOIR) work closely together to meet the requirements of the Immigration Reform and Control Act of 1986, by ensuring the expeditious review of criminal aliens for deportation. Beds are available for federally sentenced aliens, who are subject to administrative proceedings under the Immigration and Naturalization Act. Such inmates are transferred to FCI Oakdale for disposition of their ICE detainer prior to completion of their federal sentence.

Mexican and Cuban nationals are not eligible for the Oakdale Criminal Alien Program. The following procedures apply for the actual selection and designation of inmates to the Oakdale Criminal Alien Program.

(1) The ICE Officer in Charge at FCI Oakdale will monitor the inmate male population via SENTRY to identify criminal aliens appropriate for the program at FCI Oakdale. After they have been identified, ICE staff will place a detainer on these individuals through the DSCC. Each week DSCC staff will compile a list of the criminal aliens who are to be released within the next year. A courtesy list will be submitted, via GroupWise, to FCI Oakdale for monitoring purposes.

(2) ICE staff at FCI Oakdale will forward to DSCC staff information on alien inmates via GroupWise to assist in the movement of inmates to FCI Oakdale at a later date. The movement of inmates to FCI Oakdale will be authorized and coordinated by the DSCC. DSCC staff will ensure CIM clearance is obtained and the Custody Classification form reflects appropriate use of any Management Variable.

(3) Inmates will be redesignated no later than seven months from a firm projected release date. Once approved for transfer,

institution and transportation staff will immediately schedule
the inmate for movement to FCI Oakdale.  Institution staff will
notify the Oakdale CMC if the inmate is not en route within 15
working days of the transfer approval.  The central file should
contain a current Progress Report and all pertinent case
management activities should be completed prior to transfer
including fines and the ordering of parole certificates, when
applicable, or preparation of other release documents as
required.

    (4) ISM staff will ensure any other detainers lodged
against those inmates approved for transfer are resolved and
the detaining authority notified before the inmate is
transferred to FCI Oakdale.

    (5)  Because of unforeseen circumstances, some criminal
aliens may be inappropriate for transfer to FCI Oakdale.  ICE
staff at FCI Oakdale will notify DSCC staff when this occurs
and will advise of any additional action necessary to
coordinate the resolution of the inmate's citizenship/release
status. Conversely, institution staff are to contact DSCC staff
if they believe a transfer should not occur.            If the
transfer is deemed inappropriate, DSCC staff will delete the
Oakdale "DST" transfer approval.

    (6)  The Detention Services Branch, Correctional
Programs Division, Central Office will assist with
coordination of the Oakdale Criminal Alien Program and will
act as the primary liaison with ICE and EOIR Headquarters on
matters of mutual interest affecting the program's
development and/or modification. Any questions regarding
these matters should be directed to that office.

  b.  **USP Marion/ADX Florence**.  USP Marion/ADX Florence general
population units are designed for male inmates who have
demonstrated an inability to function in a less restrictive
environment without being a threat to others, or to the secure
and orderly operation of the institution.

    (1)  **Referral Procedures and Criteria**.  Prior to referring
an inmate to USP Marion or ADX Florence, redesignation to
another high security institution should be considered first.
            If transfer to another institution is not
appropriate, Wardens will refer the proposed USP Marion or ADX
Florence case to North Central Regional Director.The North
Central Region will designate the inmate as appropriate.

  Assignment to USP Marion or ADX Florence will ordinarily be
made without regard for such factors as release destination or

program needs, such as education and vocational training.  Prior to transfer to USP Marion or ADX Florence, staff at the sending institution will ensure that the inmate is assigned Maximum custody.  While in transit to USP Marion or ADX Florence, inmates will be housed and provided visiting, correspondence, and telephone privileges as if confined at USP Marion or ADX Florence.

Inmates currently diagnosed as suffering from serious psychiatric illnesses should not be referred for placement at either USP Marion or ADX Florence.

(2)  **Referral Packet for USP Marion or ADX Florence**.  The referral packet for either USP Marion or ADX Florence general population will include the following items:

(a)  A memorandum from the Warden to the North Central Regional Director with the specific rationale supporting the institution's recommendation;

(b)  Copies of all disciplinary reports, investigative materials or other official documentation related to the behavior prompting the referral;

(c)  A current Progress Report;

(d)  A copy of the inmate's latest Presentence Investigation Report; and,

(e)  A recent psychiatric or mental health evaluation.

Inmates with severe or chronic behavior patterns that cannot be addressed in any other Bureau institution should be referred to ADX Florence general population, and those who are somewhat less problematic should be referred to USP Marion. In describing the reasons underlying the referral, the Warden should explain why he or she has selected USP Marion or ADX Florence, respectively.

(3)  **Acceptance or Rejection of Referrals**.  The North Central Regional Director has final review authority for referrals to the USP Marion and ADX Florence general population units.                              In some cases, the Regional Director may approve placement at USP Marion when a referral has been submitted for ADX Florence and vice versa.

A response to a recommendation for USP Marion or ADX Florence placement will ordinarily be made by the North Central Regional Director within 60 calendar days after receiving the

referral packet from the referring institution.  Approval or
denial will be noted in SENTRY on the inmate's "CIM
Clearance and Separatee Data" screen, with a brief
memorandum from the North Central Regional Director to the
requesting Warden to follow.

(4) **Transfer from USP Marion or ADX Florence.**  Once an
inmate successfully completes the USP Marion or ADX Florence
program, the Warden will submit a transfer request to the North
Central Regional Director.  Upon the North Central Regional
Director's approval the request will be forwarded to the DSCC
for determination of an appropriate facility.        Inmates will
ordinarily be transferred from USP Marion or ADX Florence using
Code 308 - Lesser Security.  Ordinarily, inmates completing the
ADX Florence program will be transferred to a High Security
facility, other than USP Marion.

(5) **USP Marion Failures.**  Inmates who continue to exhibit
disruptive misconduct at USP Marion may be considered for
referral to ADX Florence general population or the Control
Unit.

c.  **FMC Carswell Administrative Unit**

(1)  **Initial Designations**.  Initial designations may only
occur in extraordinary situations by DSCC staff.

(2)  **Redesignation Criteria**.  The FMC Carswell
Administrative Unit is designed to house females
exhibiting any of the following:

- A history of escape or attempted escape from
  a secure institution;

- Demonstrated repeated incidents of
  assaultive or predatory behavior;

- Demonstrated chronic behavior problems; and/or

- Special management concerns.

(3)  **Referral** for transfer to the FMC Carswell
Administrative Unit will be submitted via the Request
for Transfer/Application of Management Variable (409) to
the DSCC Administrator.

(4)  **Acceptance or Rejection of Referrals**.  The DSCC
Administrator has final review authority for referrals
to FMC Carswell Administrative Unit.

| TRANSFER CODES | |
|---|---|
| CODE | DESCRIPTION |
| 276 | **FURLOUGH TRANSFER**: Unescorted furlough transfer to a CCC. |
| 307 | **INSTITUTION CLASSIFICATION**: Transfer to an institution with greater security (e.g., Low to Medium). |
| 308 | **INSTITUTION CLASSIFICATION**: Transfer to an institution with less security (e.g., High to Medium). |
| 309 | **DISCIPLINARY**: Transfer as a result of an act(s) of misconduct related to documented poor institutional adjustment. See Program Statement on Discipline and Special Housing Unit. |
| 313 | **NEARER RELEASE**: Transfer for the purpose of placing an inmate in an institution nearer the release destination or to facilitate the release process. |
| 314 | **TRAINING PURPOSES**: Discontinued (Use Code 324). |
| 315 | **TRAINING COMPLETED**: Discontinued (Use Code 325). |
| 316 | **TEMPORARY TRANSFER**: Transfer to the custody of U.S. Marshals or local authority. |
| 317 | **RELIEVE OVERCROWDING**: Transfer to relieve overcrowding at a facility. |
| 318 | **INCREASE POPULATION**: Transfer to build a population, usually upon activation of a new facility. |
| 319 | **DRUG ABUSE PROGRAM**: Transfer to participate in a specialized Drug Abuse Program. |
| 320 | **WORK/STUDY RELEASE: Discontinued.** |
| 321 | **TRANSFER TO CONTROL UNIT**: Transfer to Control Unit (see Chapter 7, Section 4). |
| 322 | **TRANSFER FROM CONTROL UNIT**: Transfer from Control Unit (See Chapter 7, Section 4). |
| 323 | **CLOSE SUPERVISION CASE**: Transfer as a result of an investigation that indicates a safety, security, or escape risk. Includes verified and unverified protection cases. |
| 324 | **PROGRAM PARTICIPATION**: Transfer for a parole hearing or to participate in a specialized program. |
| 325 | **PROGRAM COMPLETED/WITHDRAWAL/REMOVAL**: Return to the original institution following the completion, withdrawal, or removal from a specialized program. |
| 326 | **CONCURRENT SERVICE IN NON-FEDERAL FACILITY**: Transfer to non-federal facility (excluding CCC) for service of concurrent federal and state sentences. |
| 327 | **BOARDING IN NON-FEDERAL FACILITY**: Transfer to non-federal facility (excluding CCC) for service of federal sentences only. |

| TRANSFER CODES | |
|---|---|
| CODE | DESCRIPTION |
| 328 | **RETURN FROM NON-FEDERAL FACILITY:** Return from non-federal facility to federal institution for service of federal sentence only. |
| 330 | **ADJUSTMENT PURPOSES:** Transfer for the purpose of placing the inmate in a new setting due to poor institutional adjustment or CIM concerns. This code differs from a 323 Close Supervision Transfer in that an SIS investigation is not normally conducted. |
| 331 | **TRANSFER FOR MEDICAL TREATMENT:** Transfer from general population for the purpose of obtaining medical/physical treatment in a Medical Referral Center. Requires a change to a CARE 4 assignment. |
| 332 | **MEDICAL TREATMENT COMPLETED:** Return from Medical Referral Center to general population after treatment for medical/physical treatment. Requires a change from CARE 4 assignment to a lesser care level assignment. |
| 333 | **TRANSFER FOR PSYCHOLOGICAL/PSYCHIATRIC EVALUATION:** Transfer from general population for the purpose of obtaining psychiatric treatment in a Medical Referral Center. Requires a change to a CARE 4 assignment. |
| 334 | **PSYCHOLOGICAL/PSYCHIATRIC EVALUATION COMPLETED:** Return from a Medical Referral Center to general population after obtaining psychiatric treatment. Requires a change from CARE 4 assignment to a lesser care level assignment. |
| 335 | **TRANSFER FOR HOSPITALIZATION AND TREATMENT:** Transfer between BOP Medical Referral Centers for continued medical/physical or psychiatric treatment. (SPG to BUT). CARE 4 assignment remains intact. |
| 336 | **HOSPITALIZATION AND TREATMENT COMPLETED:** Discontinued (See Code 332). |
| 337 | **OTHER:** This category may be used only when no other transfer code above applies. (DISCONTINUED) |
| 338 | **DECREASE IN MEDICAL CARE LEVEL:** Transfer used when there has been a decrease in the inmate's medical care level and the inmate no longer requires the higher level of medical services. This code is to be used when the transfer occurs between non-MRC institutions and when there is a decrease from the CARE assignments 2 and 3 only. |
| 339 | **INCREASE IN MEDICAL CARE LEVEL:** Transfer used when there has been an increase in the inmate's medical care level and inmate is being transferred for the sole purpose of requiring increased medical resources. This code is to be used when the transfer occurs between non-MRC institutions and when there is an increase from the CARE assignments 1 and 2 only. |
| 369 | **FACILITY REORGANIZATION:** Transfer based on a mission change of the institution. |