EXHIBITS

3, 5-11, AND 12-14

FILED UNDER SEAL