1 | JESSE LASLOVICH
United States Attorney
2 | MADISON L. MATTIOLI
   MT Bar No. 36411284
3 | ABBIE J.N. CZIOK
   MT Bar No. 55781377
4 | Assistant U.S. Attorneys
U.S. Attorney's Office
5 | 901 Front Street, Suite 1100
Helena, MT 59626
6 | Phone: (406) 457-5269 – Madison
   (406) 457-5268 – Abbie
7 | Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
8 |   abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
   (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
   timothy.tatarka@usdoj.gov

9 | Attorneys for Federal Defendants and
Defendant United States of America

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated, | CASE NO. 4:23-CV-04155-YGR |
| Plaintiffs | |
| v. | **UNITED STATES' ADMINISTRATIVE MOTION FOR REMOTE APPEARANCE** |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 79-5 of the United States District Court for the Northern District of California, the United States of America files this Administrative Motion for Remote Appearance. According to the Court's Standing Order in Civil Cases, "[r]equests to appear by videoconference may be entertained upon a compelling showing of good cause." Standing Order in Civil Cases, 2(b).

The Court scheduled a hearing on February 27, 2024 to hear argument on Plaintiffs' Motion for Preliminary Injunction and regarding the Order to Show Cause. Lead counsel for the United States, Madison Mattioli, will appear in person and is arguing these two matters. Additional counsel of record for the United States, Abbie Cziok, requests to appear remotely from Montana to conserve resources.

WHEREFORE, the United States respectfully requests that the Court grant this Administrative Motion and enter the attached proposed order permitting Abbie Cziok to appear remotely.

Signed this 20th day of February, 2024.

JESSE A. LASLOVICH
United States Attorney

/s/ *Abbie J.N. Cziok*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for United States