IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>DECLARATION OF ERIC SANCHEZ |

I, Eric Sanchez, hereby declare as follows:

1. I started in BOP in January 2015 at Federal Correctional Institution at Marianna, Florida, as a correctional officer. I promoted to Special Investigative Services (SIS) technician in December 2020 at United States Penitentiary (USP) Thomson, Illinois. In September 2023, I promoted to Lieutenant at FCI Dublin. As lieutenant, I supervise the orderly operation of the institution, train staff and help maintain the safety and security of the institution. As lieutenants, we rotate through SIS, Special Housing Unit (SHU) and the general housing units. Currently, I am the SHU Lieutenant and have served in this capacity for approximately two months.

2. Inmate Rhonda Fleming, Register Number 20446-009, entered the Special Housing Unit on January 31, 2024.

3. SHU staff placed Fleming in Cell 102.

4. Prior to RF's placement in Cell 102, SHU staff reported possible mold and contacted the FCI Dublin's Safety and Occupational Health Specialist. Though there was no smell and out of an abundance of caution, the Specialist treated Cell 102 with Sporicidin on January 29-30, 2024. Following the second treatment on January 30, 2024, Cell 102 was ready for the next inmate placement. SHU staff did not have occasion to place anyone in that cell prior to Fleming's placement.

5. It is my understanding that Fleming's cell was cleaned prior to her placement in the cell. There was no "human filth" from the previous occupant.

6. Inmates may request cleaning supplies through SHU staff to clean their cells, if they deem additional cell sanitation is required.

7. When Fleming was notified of her placement to SHU, she announced her intention to start a hunger strike. When she entered the SHU on January 31, 2024, Fleming announced she was on hunger strike prior to her entering the SHU range that housed Cell 102. She never communicated to me that the reason for the hunger strike was the condition of the SHU. She told me that the reason for the hunger strike was that she hadn't received her radio and watch without metal backing.

8. Within 48 hours, nine inmates committed to joining her on the hunger strike. Eight of those nine inmates missed at least nine consecutive meals.

9. After Fleming missed nine meals, I asked her whether she wanted to go to the medical observation room for close monitoring as outlined in BOP policy, but Fleming refused to be moved from the SHU because she told me that she didn't want to be deprived of her radio when her property was inventoried.

10. There were no issues with the heat in the range that housed Fleming's cell.

11. Though policy only requires one blanket, we provide every SHU inmate with two blankets during the winter months.

12. Fleming did not complain there was standing water/puddles on her cell floor. SHU staff would have provided towels or moved Fleming to another cell had Fleming indicated an issue with

standing water/puddles.

13. Condensation does gather in the SHU if the range's temperature gauge is turned too high while the inmates in that SHU range use the shower. Condensation can also gather on the concrete walls if the outside temperature is cold, and the inside temperature is warm. The ranges generally have increased humidity, but this does not cause standing water/puddles.

14. During the Court's tour of SHU, I showed Judge Gonzalez Rogers the hygiene kits available to the SHU inmates. During Fleming's time in SHU from January 31, 2024, through February 6, 2024, all hygiene items were fully stocked and available, except shampoo. Though SHU never ran out of shampoo, it was rationed during those days until a new shipment arrived. As Judge Gonzalez Rogers witnessed during the tour, the shampoo is now fully stocked.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 23rd day of February 2024 at Dublin, California.

ERIC SANCHEZ
SHU Lieutenant
Federal Correctional Institution, Dublin, CA