| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL - 330482<br>LUMA KHABBAZ - 351492<br>ROSEN BIEN GALVAN &<br>   GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>      kjanssen@rbgg.com<br>      aspiegel@rbgg.com<br>      lkhabbaz@rbgg.com | STEPHEN CHA-KIM*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: 650.319.4500<br>Email: carson.anderson@arnoldporter.com |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI* Mass. Bar No. 691821<br>AMARIS MONTES* Md. Bar No. 2112150205<br>D. DANGARAN *Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>      amaris@rightsbehindbars.org<br>      d@rightsbehindbars.org |
| Attorneys for Plaintiffs | *Admitted pro hac vice |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>         Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING PORTIONS OF PLAINTIFFS' REPLY POST-EVIDENTIARY HEARING BRIEF** |

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 7-11 and 79-5(f), Plaintiffs submit this Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Regarding Portions Of Plaintiffs' Reply Post-Evidentiary Hearing Brief. |

Pursuant to Civil L.R. 7-11 and 79-5(f), Plaintiffs submit this Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Regarding Portions Of Plaintiffs' Reply Post-Evidentiary Hearing Brief.

Portions of Plaintiffs' Reply Post-Evidentiary Hearing Brief ("Plaintiffs' Reply") contain material that the Federal Defendants have filed under seal in this matter, or is derived from such material. Plaintiffs expect that the Federal Defendants will submit a declaration in support of sealing this material pursuant to Civil L.R. 79-5. Plaintiffs reserve the right to challenge Federal Defendants' maintenance of this information under seal but submit this motion based on Federal Defendants' prior requests to seal this information.

A redacted version of Plaintiffs' Reply is being publicly filed.

Dated: February 23, 2024

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Carson D. Anderson*
Carson D. Anderson

*Attorneys for Plaintiffs*