| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL - 330482<br>LUMA KHABBAZ - 351492<br>ROSEN BIEN GALVAN &<br>   GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>      kjanssen@rbgg.com<br>      aspiegel@rbgg.com<br>      lkhabbaz@rbgg.com | STEPHEN CHA-KIM*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: 650.319.4500<br>Email: carson.anderson@arnoldporter.com |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI* Mass. Bar No. 691821<br>AMARIS MONTES* Md. Bar No. 2112150205<br>D. DANGARAN *Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>      amaris@rightsbehindbars.org<br>      d@rightsbehindbars.org |
| Attorneys for Plaintiffs | *Admitted p*ro hac vice* |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**DECLARATION OF CARSON D. ANDERSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING PORTIONS OF PLAINTIFFS' REPLY POST-EVIDENTIARY HEARING BRIEF** |

I, Carson Dean Anderson, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California (SBN 317308). I am a Senior Associate at the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Plaintiffs in the above captioned matter.

2. I submit this declaration in support of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Regarding Portions Of Plaintiffs' Reply Post-Evidentiary Hearing Brief. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. The highlighted portions of Plaintiffs' Reply Post-Evidentiary Hearing Brief at 6:10-12, 6:17, 10:12, and 10:6-11:1 refer to material that the Federal Defendants have filed under seal in this matter, or is derived from such material.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Bruno, California, on this 23rd day of February, 2024.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Carson D. Anderson*
Carson D. Anderson

*Attorneys for Plaintiffs*

1

Anderson Decl. ISO AMFUS re Plaintiffs' Reply      Case No. 4:23-CV-04155-YGR