IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING PORTIONS OF PLAINTIFFS' REPLY POST-EVIDENTIARY HEARING BRIEF** |

This matter comes before the Court on Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Regarding Portions Of Plaintiffs' Reply Post-Evidentiary Hearing Brief and supporting documents (the "Motion"). Having considered the Motion and supporting declarations as well as the pleadings and materials lodged in this action, the Court finds good cause and GRANTS the Motion as indicated in the table below.

| Document | Portion to be Sealed |
| --- | --- |
| Plaintiffs' Reply Post-Evidentiary Hearing Brief | - 6:10-12;<br>- 6:17;<br>- 10:12; and<br>- 10:6-11:1. |

IT IS SO ORDERED.

Dated: _____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge