TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-F-A

----

FROM: 20446009
TO: Beaty, Susan; Bromberek, Kristen K; Cha-Kim, Stephen; Coalition For Women, California; Davis, Ronda; Essett, Anthony; Fernandez, Lisa; Forbes, Lawrence; Foundation, Can-Do; Gilna, Derek; Goodwill, Michael; Helper, Legal; Janssen, Kara; Jd, Jd; Law, Victoria; Rory, Rory; Sheehan, Spencer
SUBJECT: michael.keough@usdoj.gov
DATE: 02/22/2024 09:14:57 AM

RE:  Fleming v. T. Jusino, No. 23-cv-2149-YGR
     Fleming v. United States, No. 22-cv-5082
     CCWP v. United States, No. 23-cv-4155-YGR(Referenced due to BOP employee Misconduct)
     VIOLENCE, INTIMIDATION & RACISM AGAINST WOMEN AT FCI-DUBLIN

FILED
FEB 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear AUSA Michael Keough:

Your response is due in the next week for Nos. 2149 and 5082. In light of the events which are reported in No. 4155 and in the media, I am praying your office will take action to secure my safety from violence, intimidation, and racism, provide me with appropriate medical treatment, and provide the appropriate transfer to halfway house/home confinement. I believe it is appropriate for your office to contact Judge Gonzalez-Rogers for her approval to transfer me to a halfway house or home confinement.

The same way I arrived at FCI-Dublin, based on false allegations and violence by a BOP employee, is occurring right now. It is shameful that law enforcement prison officials are allowed to continually make false allegations in government documents, allow male BOP employees to commit violence and intimidation against non-violent women in their custody, and exhibit racism against Black and Brown women, yet the U.S. Attorney's Office does not prosecute these persons.

This matter is no longer an inmate's words against the warden. BOP employees are willing to testify they have been threatened to make false allegations against me, to discredit sexual abuse victims at the prison, because the wardens want this sexual abuse matter to fade away, now. The BOP employees have been retaliated against for refusing to falsifying documents against me and other inmates. They have been threatened with demotions and transfers to less favorable prison assignment, because they believe the credibility of women reporting sexual abuse and retaliation.

Deveney continues to state the prison will return to "Normal!" Normal for us, was sexual abuse, placement in the SHU for reporting misconduct, denial of transfers, and any other wrong thing that can occur in a prison.

I have been denied safety and security within the prison, medical treatment, and transfer to the halfway house/home confinement, in retaliation for assisting women with legitimate claims against the BOP, and advocating for myself.

For over a month, BOP employees were warning me of impending retaliation by the acting warden and associate wardens, due in part, to my testimony in January 2024. On January 31, 2024, these warnings proved to be true, when I was placed in the Special Housing Unit(SHU) without cause. The investigators for the prison repeatedly told the wardens I had done nothing wrong to warrant placing me in the SHU. However, the wardens wanted me "shutdown" and to stop documenting their misconduct, based on my continuing to report sexual and other misconduct, through the BOP internal email system, otherwise known as "Request to Staff."

I was placed in a SHU cell with standing water, it was freezing cold, filthy, mold on the walls, and an overwhelming smell of sewage. As you know, I have several serious respiratory illnesses. This was a denial of medical treatment, caused by the conditions in which I was confined. I asked numerous times, specifically to the Asst. Health Services Administrator, Mr. Singh, to be removed from this cell. I showed him standing water in the cell. He saw all of this and denied me medical treatment for 7 days. I was left with coughing spasms, all over body pain, headaches, and sick with a virus. I was told the wardens authorized my placement in the SHU.

I have been denied safety while in the prison, even at this time. The wardens, executive staff of the prison, intimidated BOP employees to write false incident reports against me. After I was placed in the SHU, my property was not inventoried by the unit officer, which is the normal procedure. Instead, my legal and personal property was taken to another location. Then, allegations of two screws were made in an incident report, a 200 series allegation, for possession of stolen property. This was a false allegation to support keeping me in the SHU. 200 series incident reports require placement in the SHU until the incident report is resolved.

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-F-A

---

At this time, I am not safe or secure in the prison. On yesterday, I was loudly verbally attacked by Associate Warden Deveney, in the presence of other BOP employees and 50 or more inmates. I have legitimate fears for my physical safety. There are BOP employees who will harm me if ordered to by the wardens. Proof of this fact is supported by placing me in the SHU, planting screws in my property, a false incident report written against me in October 2023, and the violation of a court order. Obviously, the wardens do not respect BOP regulations or court orders. They have willfully threatened BOP employees to "find something on Fleming" to have a reason to violate a court order and transfer me.

Since my return to FCI-Dublin, I have been denied all medications prescribed to me by MDC-Los Angeles physicians. The Health Services staff have refused to provide me with medications sent with me by the MDC. I have COPD, asthma, and other very serious medical conditions. This is punishment for their forced compliance with the judge's order.

For days, after my return to FCI-Dublin, I was denied my property, in which I had my over-the-counter medications. Many items are missing from my property. If these items were confiscated, I was not provided with a receipt for the numerous items taken. This is an addition punishment meted out to women taken wrongfully to the SHU, the loss of hundreds of dollars in property.

Prior to the events of January 31st, I reported misconduct to your office and the DOJ in Washington, DC. No action was taken. Months ago, I contacted the DOJ's Office of Violence Against Women. I received a letter basically stating because I was incarcerated, violence against me and other women did not matter. Shameful to say the least and a waste of taxpayer dollars. Additionally, although the DOJ-BOP is alleging, under pressure, they no longer use solitary confinement to punish women, this is clearly false. Solitary confinement is painful to most inmates, but more so when wrongfully placed in these horrific conditions as punishment for reporting sexual abuse.

Hundreds of women here at FCI-Dublin, to include me, are eligible for First Step Act credits, transfer to halfway house, home confinement, or near home transfers. All of us are denied what we deserve by both wardens. This is our punishment for having the audacity to sue the prison.

Last, I would like to address the racial element to the conditions at FCI-Dublin. The majority of women sexually and physically assaulted by prison officials are Black and Brown women. Many of these women are unable to write a letter in English to obtain help. Others do not know who to contact.

The vast majority of women placed in the SHU are Black and Brown women. While I was in the SHU, I was denied shampoo and other hygiene items, no commissary, no email access, no telephone access, no video visits...simply no communication with my loved ones, period! This was torturous conduct against decent, taxpaying citizens, who love the women at this prison.

The position of the two white male wardens, is "Shut up you N----r! And if you don't shut up, we have something for you!"

I personally love everyone. I am a devoted follower of Jesus Christ. I was raised in the South by Christian parents who taught all of their children to love and help others, irrespective of race. That is all I have done at FCI-Dublin. I have helped everyone. I am looked at by many as a mother figure, by all races. And I note that White women at FCI-Dublin are suffering too. I do not belittle any of my sisters' pain. For the most part, in women's prisons we do not practice racism against each other. Praise God!

While at SFF-Hazelton, I was sexually assaulted, beaten, and tortured for over 14 hours, some of which is videotaped, because I reported Officer Scott Borne for sexually assaulting young women at that prison. Borne was later prosecuted and sent to prison. Those those employees who assaulted me, are under investigation. After this experience, I am committed to advocating for women who are being sexually assaulted and abused through the world.

In the above referenced cases where I am the Petitioner and/or Plaintiff, your office should be more than willing to settle this matter with my transfer to halfway house/home confinement and provide me with a reasonable gratuity to pay for my medical treatment. A settlement conference should be agreed upon, as soon as is practicable, based on the undisputed misconduct of the wardens at FCI-Dublin.

In closing, I am a human being. Whether I am incarcerated or free living in the community, I am deserving of protection from corrupt law enforcement officials. The persons involved in placing me in the SHU, in violation of my First Amendment rights and other state law protections, should be investigated and prosecuted, for civil rights and hate crimes. The wardens obstructed justice.

Respectfully,

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-F-A
-------------------------------------------------------------------------------

*Rhonda Fleming, Petitioner/Plaintiff*

cc: Honorable Judge Yvonne Gonzalez-Rogers
    U.S. Attorney Ismail Ramsey
    U.S. Attorney Jesse Laslovich
    Michelle Lo, Chief of Civil Division
    Madison L. Mattioli, Asst. U.S. Attorney
    Lisa Fernandez, KTVU-Fox News
    Victoria Law, Journalist-Solitary Watch
    Keri Blakinger, LA Times
    NAACP-Washington Bureau and Oakland Bureau
    CBS News--60 Minutes
    Women's Liberation Front
    FAMM.ORG

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-F-A

----

FROM: 20446009
TO: Beaty, Susan; Cha-Kim, Stephen; Coalition For Women, California; Davis, Ronda; Fernandez, Lisa; Forbes, Lawrence; Gilna, Derek; Goodwill, Michael; Helper, Legal; Janssen, Kara; Jd, Jd; Law, Victoria
SUBJECT: ismail.ramsey@usdoj.gov
DATE: 02/22/2024 10:11:53 AM

RE: Ongoing Retaliation Against Women at FCI-Dublin

Sir,

This is Rhonda Fleming. I am having my family forward this email to you.

Once again, the entire housing unit where most of the sex abuse victims, plaintiffs and witnesses live, F-unit, has been denied commissary by the wardens here at the prison.

The entire prison was provided commissary, while the unit where I am housed was denied commissary. Inmates are upset. They are saying they are being denied commissary because I live in F-unit and the wardens are mad I was brought back. I agree with my fellow inmates.

I have notified your office about this misconduct by Deveney, Nash, and now the Acting Warden, Dulgov. These are the same individuals that placed me in the SHU, without cause, tortured me in a sub-zero degree room, with standing water on the floors, and other unconstitutional conditions, with effectively denied me medical treatment.

Yesterday, when I went to eat lunch, I was verbally attacked by Deveney. Now, although I have money to purchase food, I am being denied this privilege I earn. So, Deveney is denying me and other food. We wish to avoid him and the rest of the wardens, they know this, so to flush us out to attack us, we are intentionally denied food.

The wardens are attempting to create a protest or disturbance by the inmates, to make some argument to support their violation of the court's order not to transfer any witnesses.

We would appreciate your office initiating an investigation of criminal civil rights violations and witness tampering/intimidation by the wardens.

Thank You,

Rhonda Fleming

cc: Judge Yvonne Gonzalez-Rogers
    Kara Janssen, Attorney
    CCWP
    Lisa Fernandez, Fox News

Rhonda Fleming 20446-009
Federal Correctional Institution
5701 8th Street
Dublin, CA 94568

Legal Mail



20446-009
Us District Court
1301 CLAY ST
Judge Gonzalez-Rogers
Oakland, CA 94612-9771
United States

FEDERAL CORRECTIONAL INSTITUTION, DUBLIN
5701 8TH ST.
DUBLIN, CA 94568

DATE: 2/23/24

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the encloure to the above address.