| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL - 330482<br>LUMA KHABBAZ - 351492<br>ROSEN BIEN GALVAN &<br>  GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>      kjanssen@rbgg.com<br>      aspiegel@rbgg.com<br>      lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | STEPHEN CHA-KIM*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: 650.319.4500<br>Email: carson.anderson@arnoldporter.com<br><br>OREN NIMNI* Mass. Bar No. 691821<br>AMARIS MONTES* Md. Bar No. 2112150205<br>D. DANGARAN *Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>      amaris@rightsbehindbars.org<br>      d@rightsbehindbars.org |

Attorneys for Plaintiffs       *Admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED REGARDING PORTIONS OF PLAINTIFFS' EMERGENCY NOTICE IN RESPONSE TO UNITED STATES NOTICES IN RESPONSE TO DOCS 157 AND 157-1** |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-11 and 79-5(f), Plaintiffs submit this Administrative Motion To Consider Whether Material Should Be Sealed Regarding Portions Of Plaintiffs' Emergency Notice In Response To United States Notices In Response To Docs 157 And 157-1. |

Pursuant to Civil L.R. 7-11 and 79-5(f), Plaintiffs submit this Administrative Motion To Consider Whether Material Should Be Sealed Regarding Portions Of Plaintiffs' Emergency Notice In Response To United States Notices In Response To Docs 157 And 157-1.

Portions of Plaintiffs' Emergency Notice In Response To United States Notices In Response To Docs 157 And 157-1 ("Plaintiffs' Notice") contain material that the Court filed under seal in this matter in its *sua sponte* Order Granting Immediate Specific Relief, ECF No. 157-1. Plaintiffs take no position on whether this information should be sealed but submit this sealing request to maintain information that the Court filed under seal.

A redacted version of Plaintiffs' Notice is being publicly filed.

Dated: February 29, 2024          Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  */s/ Stephen Cha-Kim*
      Stephen Cha-Kim

*Attorneys for Plaintiffs*

---

1
AMFUS re Pls' Notice Re Order Granting Immediate Relief          Case No. 4:23-CV-04155-YGR