JESSE LASLOVICH
United States Attorney
  MADISON L. MATTIOLI
   MT Bar No. 36411284
  ABBIE J.N. CZIOK
   MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
     (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
         abbie.cziok@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

MARK STEGER SMITH
 MT Bar No. 4160
TIMOTHY A. TATARKA
 CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
      (406) 247-4642
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs<br>       v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>            Defendants. | CASE NO. 4:23-CV-04155<br><br>**SECOND DECLARATION OF MORGAN AGOSTINI** |

I, MORGAN AGOSTINI, declare as follows:

1. I am an Executive Assistant employed by the Federal Bureau of Prisons ("BOP"), Federal Correctional Institution, at Dublin, California. I have held this position since July 2022.

2. DUB is located in Dublin, Alameda County. FCI Dublin is an all-female low security correctional institution with an adjacent minimum Satellite Prison Camp ("SCP") for female inmates.

3. As an Executive Assistant/Satellite Operations Administrator, I serve both as an administrator for correctional operations and programs at Dublin SCP, and I serve as a key advisor to the Warden on matters of Dublin policy, programs, and operations. I have overall responsibility for Dublin SCP activities.

4. On February 20, 2024, FCI Dublin Health Services Assistant, Atraiu Williams-Masters, and I escorted the BOP Western Regional Infectious Disease Consultant, Victoria Morrison, through the SCP as she conducted her initial evaluation of AICs in response to this Court's Order.

5. Staff escorts of visitors to the FCI or the SCP are required by BOP Policy.

6. I escorted Morrison to each cell in the Camp's J1 and J2 housing units.

7. Morrison asked to visually assess one AIC at a time, requesting that they undress to bras and underwear for the assessment, unless they were too uncomfortable to do so.

8. Masters, Morrison, and I each stood outside the cell in plain view of the cameras while Morrison conducted her initial evaluation.

9. I occasionally offered my knowledge of the AIC population to inform Morrison of any environmental factors that could have contributed to skin issues.

10. One AIC stated she did not have any rashes and because she was a victim of pre-incarceration sexual abuse, declined to be evaluated. I called Psychology Services after Morrison's visit to make sure she received any necessary follow up services.

11. I have not observed mold growing visibly in the Camp Food Service.

12. Every Adult in Custody (AIC) at the FCI and the SCP has been provided mold and asbestos training prior to working in any environment with potential exposure, and this information is also posted to TRULINCS.

13. Every AIC with a work detail must sign an Initial Job Orientation (IJO) packet, which

states,"[p]rior to the work start date of a specific job assignment, and at least annually thereafter or whenever a new process, equipment, or chemical is introduced into the work area, each inmate will receive initial job training by his supervisor concerning safe work methods. The training shall include demonstrations of safety features in their department, and their practices. Workers will be trained to recognize the hazards involved in the work place, to understand the protective devices and clothing that is provided, and to report any deficiencies to their supervisor."

14. If an AIC requested Personal Protective Equipment (PPE) such as a mask or gloves, they would be provided those items.

15. I hold Open House twice every week on Tuesdays and Thursdays. This is an opportunity for AICs to speak with me one on one to raise concerns or ask questions. No AIC has recently raised concerns with me regarding mold in Camp Food Service.

16. AICs are free to submit sick calls to Health Services for evaluation of any conditions they believe prevent them from working a particular work detail.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 4th day of March, 2024, at Dublin, CA.


_____
MORGAN AGOSTINI
Executive Assistant/ Satellite Operations Administrator
Federal Correctional Institution, Dublin, CA