# Ensafe

*Ensafe*

REPORT OF FINDINGS

**ASBESTOS CONSTRUCTION MATERIAL SURVEY**
**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
(Administration Building, Records/A.W. Offices/Laundry Building,
Captains Complex/Segregation Building, Education Building,
Food Service Building, Medical Services Building, Housing Units A/B,
Housing Units C/D, Housing Units E/F, Visiting Building, VT Business Offices
Cut and Sew Building, Recycling Factory/ADP Business Office,
Detention Center, Camp C-1 Building, Special Housing Unit)

Prepared for:

**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
5701 8th Street, Camp Parks, Dublin, California

at the request of:
**MIDWEST ENVIRONMENTAL CONTROL, INC.**

Prepared by:

**ENSAFE ENVIRONMENTAL CORPORATION**
4864 Market Street
Ventura, California 93009
805-644-6301

Ensafe Project Number 970603

May 31, 1998

*Ensafe*

REPORT OF FINDINGS

**ASBESTOS CONSTRUCTION MATERIAL SURVEY**
**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
(Administration Building, Records/A.W. Offices/Laundry Building,
Captains Complex/Segregation Building, Education Building,
Food Service Building, Medical Services Building, Housing Units A/B,
Housing Units C/D, Housing Units E/F, Visiting Building, VT Business Offices
Cut and Sew Building, Recycling Factory/ADP Business Office,
Detention Center, Camp C-1 Building, Special Housing Unit)

Prepared for:
**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
5701 8th Street, Camp Parks, Dublin, California

at the request of:
**MIDWEST ENVIRONMENTAL CONTROL, INC.**

Prepared by:

**ENSAFE ENVIRONMENTAL CORPORATION**
4864 Market Street
Ventura, California  93009
805-644-6301

Work Performed by:                              Report Prepared by:

James Thrift                                    Daniel B. Gawrys
CSST No. 97-2113                                CAC No. 92-0790
                                                REA I No. 06-670

*Ensafe*

## TABLE OF CONTENTS

1.0    Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

2.0    Project Scope and Objective . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

3.0    Procedures and Access  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

4.0    Building Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

5.0    Findings  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5

7.0    Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

8.0    Limitations  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

APPENDIX A    ACCM Locations

*Federal Correctional Institution, Dublin, California*                                        *May 31, 1998*
*Asbestos Construction Material Survey*                                                            *Final*

## 1.0 EXECUTIVE SUMMARY

Ensafe Environmental Corporation (Ensafe) has completed an asbestos survey of sixteen (16) structures located at the Federal Correctional Institution, 5701 8th Street, Camp Parks, Dublin, California. The purpose of the survey was to identify, locate, and quantify asbestos-containing construction materials (ACCM) in sufficient detail to support the planned renovation project by satisfying asbestos related regulatory requirements for renovation surveys. This report documents those proceedings.

At the time of the survey, the structures located at the subject site were occupied and accessible. The survey was performed by George Edward Geis and James Hantgin on July 29 and 30, 1997 and James Thrift on March 30, 1998. One-hundred twenty-four (124) samples were collected from forty-four (44) identified suspect ACCMs.

Suspect ACCMs include (materials highlighted in bold print and italicized were found to contain regulated concentrations of asbestos); *beige colored floor tile with mastic (Material Number 01M)* located in the dinning areas of the Food Services Building, *roof patch mastic (02M)* located on the roof of the Food Services Building, *cement panels (03M)* located in the restrooms of the Education Building, Administration/Business Offices, Visiting Building, and storage area of the VT Business Offices, *beige colored floor tile with mastic (04M)* located throughout Housing Units A/B, C/D, E/F, Special Housing Unit, Administration/Business Offices,  storage and rest room in the VT Business Offices, and in the computer lab of the Education Building, *pink and white colored floor tile with mastic (06M)* located throughout the Medical Services Building, *white colored floor tile with mastic (07M)* located throughout the Visiting Building, *drywall with finishing compound (09M)* located in the boiler rooms of Housing Units A/B, C/D, and E/F, *roof tar (11M)* located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices, *roof penetration mastic (12M)* located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices Building, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices, white colored floor tile with mastic (14M) located in the laundry room, blue colored floor tile with mastic (15M) located in the laundry room, brown colored floor tile with mastic (17M) located in the classroom of the Education Building, ceiling tile mastic (18M) located in the computer lab of the Education Building, ceiling drywall and finishing compound (20M) located in the Recycling Factory, acoustic ceiling tile (21M) located in the Recycling Factory, drywall (22M) located in the mechanical and chemical rooms of the Cut and Sew Building, twelve-inch grey colored floor tile with mastic (23M) located in the copy room of the Cut and Sew Building, acoustic ceiling tile (24M) located in the A.W. offices and hallway of the Records/A.W. Offices/Laundry Building, acoustic ceiling spray (1S) located in the A.W. offices and case management office of the Records/A.W. Offices/Laundry Building, twelve-inch ceiling tile (25M) in the laundry area of the Records/A.W. Offices/Laundry Building, white and blue colored floor tile with mastic (26M) located in the dinning area of the Records/A.W. Offices/Laundry Building, ceiling drywall (27M) located in the dish washing area of the Food Services Building, twelve-inch blue colored floor tile with mastic (28M) located in the dinning area of the Food Services Building, rolled roofing material (29M) located on the roof of the Food Services Building,

penetration mastic (30M) located on the roof of the Food Services Building (mastic around south vent not included), white colored baseboard with mastic (31M) located in the hallway of the VT Business Offices, black colored baseboard with mastic (32M) located in the hallway of the VT Business Offices, beige colored floor tile with mastic (33M) located in the hallway of the VT Business Offices, brown colored floor tile with mastic (34M) located in the R & D area of the VT Business Offices, drywall and finishing compound (35M) located in the storage area, twelve-inch brown and white colored floor tile with mastic (36M) located in the classroom and library room of the Education Building, twelve-inch grey colored floor tile with mastic (37M) located in the hallway of the Education Building, twelve-inch green and white colored floor tile with mastic (38M) located in the learning center of the Education Building, ceiling tile and mastic (39M) located in the computer lab of the Education Building, baseboard with mastic (40M) located in the Medical Services Building, structural fireproofing (2S) located in the boiler rooms of Housing Units A/B, C/D, E/F, roof shingles (41M) located on the roof of Housing Units A/B, C/D, E/F, grey colored floor tile with mastic (42M) located in the Detention Center, pink colored floor tile with mastic (43M) located in the Detention Center, baseboard with mastic (44M) located in the Detention Center, structural fireproofing (3S) in the stairwells of the Detention Center, acoustic ceiling tile (46M) located in the Detention Center, grey colored floor tile with mastic (47M) located in the Camp I Building, and drywall with finishing compound (48M) located in the Camp I Building.

The materials confirmed to contain asbestos are non-friable and in good condition, and are of no immediate concern unless renovation or demolition of these materials is desired. An operations and maintenance program should be developed and implemented to minimize the potential of asbestos fiber release and to have response measures in place.

## 2.0  PROJECT SCOPE AND OBJECTIVE

Ensafe was contracted by Midwest Environmental Control, Inc. on behalf of the Federal Correctional Institute (FCI), to survey sixteen (16) structures located at an FCI facility in Camp Parks, Dublin, California for ACCMs in accordance with applicable regulations which include; *Section 1529 of the California Code of Regulations, Asbestos in Construction*, and *40 CFR 61.145, National Emission Standards for Hazardous Air Pollutants*.

The following activities were performed to satisfy regulatory requirements:

1.      Identify the location, type and quantity of suspect ACCMs via visual inspection.
2.      Extract representative samples of identified suspect ACCMs.
3.      Determine the concentrations of asbestos contained in representative samples via independent laboratory analysis.
4.      Prepare a report of findings identifying the location, approximate quantity, and condition of identified ACCMs, as well as providing material specific recommendations.

### 3.0 SURVEY METHODOLOGIES

Services provided by Ensafe included visually inspecting accessible areas of the subject structures, development of a sampling plan to satisfy regulatory requirements, material sampling, and laboratory analysis of suspect ACCMs.

The following report sections discuss the general methodologies utilized during the completion of these tasks.

VISUAL INSPECTION

The survey was initiated by visually inspecting accessible areas of each structure documenting the type, location, quantity, and description of each suspect ACCM.  Access to perform visual observations was provided by Michael Goldstein on July 29 and 30, 1997 and March 30, 1998.

SAMPLING METHODOLOGY

Suspect ACCM was located and assigned a homogeneous material number.  Homogeneous materials exhibit uniformity in color, texture, construction or application date, and general appearance.

Bulk samples were extracted from each representative suspect ACCM in accordance with the EPA's guidance document *Guidance for Controlling Asbestos-Containing Materials in Buildings* (EPA 560/5-85-024, 1985), *40 CFR Part 763 Asbestos Containing Materials in Schools, Final Rule AHERA*.

Ensafe collected one-hundred twenty-four (124) samples from forty-four (44) identified suspect ACCMs.  Materials include forty-one (41) miscellaneous materials, and three (3) surfacing materials.  One-hundred six (106) of the one-hundred twenty-four samples were analyzed.  Eighteen (18) were prepared but not analyzed because the first sample analyzed in a series reported detectable concentrations of asbestos.

ANALYTICAL METHODOLOGIES

Collected samples were placed in a container and labeled with a unique material and sample number and chain-of-custody documentation completed.  The samples with chain-of-custody documentation were then shipped to Forensic Analytical Services of Hayward, California for analysis.  Suspect ACCM samples were analyzed via polarized light microscopy (PLM) utilizing dispersion staining techniques in accordance with *40 CFR Part 763 Asbestos Containing Materials in Schools, Final Rule AHERA*.

ACCM DEFINITIONS

Construction materials which report greater than one tenth of one percent (0.1%) or trace amounts of asbestos by weight are defined as an ACCM by the California Department of Occupational Safety and Health (DOSH) and require personnel protective equipment and specific engineering controls during removal activities.  Materials which report greater than one percent (1%) asbestos by weight are defined as hazardous a waste by Title 22, California Code of Regulations.

## 4.0  BUILDING DESCRIPTIONS

Ensafe surveyed sixteen (16) structures located at the Federal Correctional Institute, Camp Parks, Dublin, California for asbestos-containing construction materials:

1.  Administration Building
2.  Records/A.W. Offices/Laundry Building
3.  Captains Complex/Segregation Building
4.  Education Building
5.  Food Service Building
6.  Medical Services Building
7.  Housing Units A/B
8.  Housing Units C/D
9.  Housing Units E/F
10. Visiting Building
11. VT Business Offices
12. Cut and Sew Building
13. Recycling Factory/ADP Business Office
14. Detention Center
15. Camp C-1 Building
16. Special Housing Unit

## 5.0 FINDINGS

IDENTIFIED SUSPECT ACCM

Forty-four (44) suspect asbestos containing building materials were identified within all surveyed buildings. A total of one-hundred twenty-four (124) samples were collected and one-hundred six (106) analyzed for asbestos content by Polarized Light Microscopy (PLM) by Forensic Analytical of Rancho Dominguez, California.

Forty-one types of **miscellaneous materials** were identified:

1.      Off-white colored floor tile (Homogenous Material Identification Number 1M),
2.      Roof patch mastic (2M),
3.      Cement panels (3M),
4.      Beige colored floor tiles with mastic (4M),
5.      Pink and white colored floor tiles with mastic (6M),
6.      White colored floor tiles with mastic (7M),
7.      Wallboard with finishing compound (9M),
8.      Roof tar (11M),
9.      Roof penetration mastic (12M).
10.     White colored floor tile with mastic (14M),
11.     Blue colored floor tile with mastic (15M),
12.     Brown colored floor tile (17M),
13.     Ceiling tile mastic (18M),
14.     Ceiling drywall with finishing compound (19M),
15.     Acoustic ceiling tile (21M),
16.     Drywall with finishing compound (22M),
17.     Twelve-inch grey colored floor tile with mastic (23M),
18.     Acoustic ceiling tile (24M),
19.     Twelve-inch ceiling tile (25M),
20.     White and blue colored floor tile with mastic (26M),
21.     Ceiling drywall with finishing compound (27M),
22.     Twelve-inch blue colored floor tile with mastic (28M).
23.     Roofing felt (29M).
24.     Roof penetration mastic (30M).
25.     White vinyl baseboard with mastic (31M).
26.     Black vinyl baseboard with mastic (32M).
27.     Beige colored floor tile with mastic (33M).
28.     Brown colored floor tile with mastic (34M).
29.     Drywall with finishing compound (35M).

30.    Twelve-inch brown and white colored floor tile with mastic (36M).
31.    Twelve-inch grey colored floor tile with mastic (37M).
32.    Green and white colored floor tile with mastic (38M).
33.    Ceiling tile with mastic (39M).
34.    Vinyl baseboard with mastic (40M).
35.    Asphalt roof shingles (41M).
36.    Grey colored floor tile with mastic (42M).
37.    Pink colored floor tile with mastic (43M).
38.    Vinyl baseboard with mastic (44M).
39.    Acoustic ceiling tile (45M).
40.    Grey colored floor tile with mastic (47M).
41.    Drywall with finishing compound (48M).

Three types of **surfacing materials** were identified:

1.    Acoustic ceiling material (1S).
2.    Fire retardant insulation (2S).
3.    Fire retardant insulation (3S).

CONFIRMED ACCM

The following materials are confirmed to contain regulated concentrations of asbestos:

*Material 01M* - Three-thousand two-hundred (3,200) square feet of off-white colored floor tile with mastic was identified. One sample was collected and analyzed; FLT-02D. Laboratory analysis revealed the presence of 1-5% chrysotile asbestos.

*Material 02M* - One-hundred twenty (120) square feet of roof patch mastic was identified. One sample was collected and analyzed; MAS-08C. Laboratory analysis revealed the presence of 10-15% chrysotile asbestos.

*Material 03M* - Three-thousand nine-hundred ten (3,910) square feet of cement panels were identified. Two samples were collected and analyzed; TSP-01A and TSP-02A. Laboratory analysis revealed the presence of 15-20% chrysotile asbestos.

*Material 04M* - Sixty-seven thousand sixty-six (67,066) square feet of beige colored floor tile with mastic was identified. Five (5) samples of the tile and two of the mastic were collected and analyzed; FLT-03D, 03E, 07A, 08A, 04G4 and MAS 03A and 06A respectively. Laboratory analysis revealed the presence of 1-5% chrysotile asbestos in the tile and 5-10% chrysotile asbestos in the mastic.

*Material 06M* - Four-thousand six-hundred twenty (4,620) square feet of pink and white colored floor tile with mastic was identified. Three samples of the tile and one of the mastic were collected and analyzed; FLT-05A, 05B, 05C and MAS 04A. Laboratory analysis revealed the presence of 1-5% chrysotile asbestos in the tile and 5-10% chrysotile asbestos in the mastic.

*Material 07M* - Eight-thousand two-hundred (8,200) square feet of white colored floor tile with mastic was identified. One sample was collected and analyzed; FLT-06A. Laboratory analysis revealed the presence of 5-10% chrysotile asbestos in the mastic, no detectable concentrations of asbestos in the tile, and <1% chrysotile asbestos in both the tile and mastic (composite).

*Material 09M* - Three-hundred sixty (360) square feet of gypsum wallboard and finishing compound was identified. Three samples were collected and analyzed; DRY-05A, 05B, and 05C. Laboratory analysis revealed the presence of 1-5% chrysotile asbestos in the finishing compound, no detectable concentrations of asbestos in the gypsum wallboard and <1% chrysotile asbestos in both the Gypsum wallboard and finishing compound.

*Material 11M* - Eighty-eight thousand ten (88,010) square feet of roof tar and mastic was identified. Two samples were collected and analyzed; TAR-01A and MAS-07A. Laboratory analysis revealed the presence of 30-35% chrysotile asbestos in the tar. And 40-45% chrysotile asbestos in the mastic.

LOCATIONS OF ASBESTOS CONTAINING MATERIALS AND CONDITION

*Material 01M* - The asbestos containing off-white colored floor tile with mastic is located in the dinning area of the Food Services Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 02M* - The asbestos containing penetration mastic is located around the south vent located on the roof of the Food Services Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 03M* - The asbestos containing cement paneling is located in the restrooms of the Education Building, Administration/Business Offices, Visiting Building, and storage area of the VT Business Offices. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 04M* - The asbestos containing beige colored floor tile with mastic is located throughout Housing Units A/B, C/D, E/F, Special Housing Unit, Administration/Business Offices, storage and rest room in the VT Business Offices, and in the computer lab of the Education Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 06M* - The asbestos containing pink and white colored floor tile with mastic is located throughout the

Medical Services Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 07M* - The asbestos containing white colored floor tile with mastic is located throughout the Visiting Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 09M* - The asbestos containing drywall with finishing compound located in the boiler rooms of Housing Units A/B, C/D, and E/F. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 11M* - The asbestos containing roof tar is located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 12M* - The asbestos containing roof penetration mastic is located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices Building, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices, white colored floor tile with mastic. This material was found to be in good condition and presents no immediate health concern in its present state.

## 6.0  RECOMMENDATIONS

Based on the results of the asbestos survey, it is Ensafe Environmental's professional opinion that ACCMs located at the surveyed structure can be managed in place as long as renovation or maintenance activities do not disturb them. The asbestos containing materials identified were found to be in a good condition. In their present condition, these materials do not present a health risk to employees, tenants, or contractors.

The identified ACCMs should be placed under a site specific Asbestos Management Plan (AMP) that includes a detailed Operations and Maintenance Program (O&M). Training and proper implementation of the O&M Plan will enable building management to safely protect building occupants, maintenance personnel and contractors from exposure to asbestos. To help ensure the success of these programs, and to comply with Health and Safety Code 10.4, employees must be notified of the existence of asbestos. Knowing where asbestos materials are located, how to avoid contact, and what to do when a problem is observed are crucial to the success of an AMP.

Also important is the coordination of an in-house operations and maintenance staff. The person(s) selected should be properly trained to repair damaged materials and conduct removal of minor areas without incurring the cost of inconvenience of an abatement contractor. Should an in-house operations and maintenance staff not be a viable option, then a qualified asbestos abatement contractor trained in the hazards and methods of asbestos removal should be utilized. Whenever asbestos removal is performed, current Federal, State and local regulations must be followed.

Proposition 65 requires property owners to disclose "significant" asbestos exposure to all parties prior to such exposure.

The California Criminal Liability Act codified as Penal Code Section 387, imposes criminal liability on employers who fail to notify their employees and regulatory agencies of "serious concealed dangers" in the work place. Materials Identified by this assessment as ACBM can be considered as serious concealed dangers.

The Health and Safety Code Section 25359.7 requires every owner of nonresidential real property to disclose in writing releases of asbestos or other hazardous substances on the property prior to selling or leasing property. Tenants of real property (residential or nonresidential) must disclose such releases to the lessor or property owner.

*Federal Correctional Institution, Dublin, California*                                    *May 31, 1998*
*Asbestos Construction Material Survey*                                                          *Final*

## 7.0  LIMITATIONS

The conclusions in this report are professional opinions based solely on visual observations and analytical results, as described in this report.  Opinions and recommendations presented herein apply to site conditions existing at the time of our investigation and those reasonably foreseeable. They cannot necessarily apply to site changes of which Ensafe is not aware and has not had the opportunity to assess.



NO ASBESTOS CONTAINING MATERIALS FOUND

KEY PLAN

Federal Detention Center

NOT TO SCALE

Federal Detention Center
40,336 Sq. Ft. Date 1990

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

PROJECT NUMBER       APPROVED       DATE
—                                          6/98



FCI - Food Services
16,452 Sq. Ft. Date 1974-94

*Ensafe*
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

## MATERIAL LEGEND

### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 09M | —— | 120 sq. ft. | Asbestos Containing Drywall with Skim Coat Located in Boiler Rooms |
| 04M | //// | 19,900 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building (Both Floors) |

### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 10,000 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 10,000 sq. ft | Asbestos Containing Roofing Mastic |

## KEY PLAN

Unit A/B



NOT TO SCAL

**FCI – Housing Unit A/B**
19,901 Sq. Ft. (Entire Bldg.), Date 1974

## Ensafe

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003



Federal Correctional Institution – Dublin
5701 8th Street
Camp Parks
Dublin, California    94568

| DRAWN | PROJECT NUMBER | APPROVED | DATE |
|---|---|---|---|
| JCM | - | | 6/9 |



**MATERIAL LEGEND**

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 09M | | 120 sq. ft. | Asbestos Containing Drywall with Skim Coat Located In Boiler Rooms |
| 04M | | 15,900 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building Except in Lobby Area of First Floor |

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 10,000 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 10,000 sq. ft. | Asbestos Containing Roofing Mastic |

KEY PLAN

Unit C/D

NOT TO SCALE

**FCI - Housing Unit C/D**
19,901 Sq. Ft. (Entire Bldg.), Date 1976

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

| DRAWN | PROJECT NUMBER | APPROVED | DATE |
|---|---|---|---|
| JCM | - | | 6/98 |



**FCI - Housing Unit E/F**
19,901 Sq. Ft. (Entire Bldg.), Date 1974

### MATERIAL LEGEND

#### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 09M | | 120 sq. ft. | Asbestos Containing Drywall with Skim Coat Located in Boiler Rooms |
| 04M | | 19,900 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building (Both Floors) |

#### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 10,000 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 10,000 sq. ft | Asbestos Containing Roofing Mastic |

### KEY PLAN

Unit E/F

N
NOT TO SCALE

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

PROJECT NUMBER
-

APPROVED

DATE
6/98



**MATERIAL LEGEND**

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 04M | | 4,740 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building |

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 4,740 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 4,740 sq. ft | Asbestos Containing Roofing Mastic |

**KEY PLAN**

Special Housing

FCI-Special Housing Unit
4,737 Sq. Ft. Date 1974

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California    94568

| DRAWN | PROJECT NUMBER | APPROVED | DATE |
|---|---|---|---|
| JCM | - | | 6/98 |

N
NOT TO SCALE



## MATERIAL LEGEND

### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 03M | | 560 sq. ft. | Asbestos Containing Transite Paneling located in Restrooms |
| 04M | | 270 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located in Computer Lab |

### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 7,750 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 7,750 sq. ft. | Asbestos Containing Roofing Mastic |

## KEY PLAN

Education Building

NOT TO SCALE

**Education Building**
7,745 Sq. Ft. Date 1974

*Ensafe*
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

Federal Correctional Institution – Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

PROJECT NUMBER     APPROVED     DATE

6/9



Medical Services
4,619 Sq. Ft. Date 1974

**MATERIAL LEGEND**

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 06M | | 4,620 sq. ft. | Asbestos Containing Floor Tile (Pink/White) with Mastic located Throughout Building Majority Under Carpeting |

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 4,620 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 4,620 sq. ft. | Asbestos Containing Roofing Mastic |

KEY PLAN

Medical

N
NOT TO SCALE

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DRAWN
JCM

PROJECT NUMBER
-

APPROVED

DATE
6/98



### MATERIAL LEGEND

#### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 03M | | 720 sq. ft. | Asbestos Containing Transite Paneling |
| 04M | | 6,100 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building Under Carpet and New Tile |

#### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 6,100 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 6,100 sq. ft. | Asbestos Containing Roofing Mastic |

### KEY PLAN

Admin.

NOT TO SCALE

N

**Administration/Business Offices**
6,105 Sq. Ft. Date 1974

## Ensafe
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California    94568

DRAWN
JCM

PROJECT NUMBER
-

APPROVED

DATE
6/9



Recycling Factory / ADP Business Office
17,389 Sq. Ft. Date 1978

### MATERIAL LEGEND

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 17,400 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 17,400 sq. ft. | Asbestos Containing Roofing Mastic |

KEY PLAN

Recy. & ADP

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution – Dublin
5701 8th Street
Camp Parks
Dublin, California    94568

DRAWN    JCM

PROJECT NUMBER    -    APPROVED



### MATERIAL LEGEND

#### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 03M | | 2,180 sq. ft. | Asbestos Containing Transite Paneling |
| 04M | | 8,200 sq. ft | Asbestos Containing Floor Tile (White) with Mastic located throughout Building (Not Stage) |

#### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 8,200 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 8,200 sq. ft | Asbestos Containing Roofing Mastic |

### KEY PLAN

Visiting

N
NOT TO SCALE

STAGE

FCI VISITING ROOM

FCI - Visiting
8,202 Sq. Ft. Date 1974

*Ensafe*
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

PROJECT NUMBER
-

APPROVED

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DATE
6/98



## MATERIAL LEGEND

### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 03M | | 450 sq. ft. | Asbestos Containing Transite Paneling |
| 04M | | 256 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located in Storage Rooms and Restroom |

### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 6,150 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 6,150 sq. ft. | Asbestos Containing Roofing Mastic |

### KEY PLAN

VT Business

NOT TO SCALE

N

**VT Business Offices**
6,148 Sq. Ft. Date 1974

*Ensafe*
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California  94568

PROJECT NUMBER          APPROVED          DATE
                                          6/98



### MATERIAL LEGEND

#### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 3,050 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 3,050 sq. ft. | Asbestos Containing Roofing Mastic |

### KEY PLAN

Records/ A.W. Offices - Laundry/Staff Lounge
3,050 Sq. Ft. Date 1974

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DRAWN: JCM
PROJECT NUMBER: -
APPROVED:
DAT: 6/9



NO ASBESTOS CONTAINING MATERIAL FOUND

KEY PLAN

FCI Cut & Sew

N
NOT TO SCALE

FCI Cut & Sew
22,793 Sq. Ft. Date 1984

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DRAWN
JCM

PROJECT NUMBER
-

APPROVED

DATE
6/98