**29 March 2021**

# ASBESTOS INSPECTION
# FEDERAL CORRECTIONAL INSTITUTION (FCI)
# DUBLIN, CALIFORNIA

# ASBESTOS INSPECTION REPORT

Prepared for:

## U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons Western Region
7338 Shoreline Drive
Stockton, CA  95219



Prepared by:

## J.C. CHANG & ASSOCIATES, INC.
Engineers ■ Architects ■ Planners
385 Van Ness Avenue, Suite 208
Torrance, California  90501
Phone:  (310) 212-7644
www.jccainc.com

and

## NorBay Consulting
Logical ■ Environmental ■ Solutions
2400 Las Gallinas Avenue, Suite 110
San Rafael, California  94903
Phone:  (415) 507-9786

**JCCA 20610-2**

## *NorBay Consulting*

| | | |
|---|---|---|
| *LOGICAL* | *ENVIRONMENTAL* | *SOLUTIONS* |

*2400 Las Gallinas Avenue, Suite 110*     *Phone: (415) 507-9786*
*San Rafael, California 94903*     *Fax: (415) 507-9760*

October 16, 2020

Mr. Tim Kelly
J.C. Chang & Associates, Inc.
385 Van Ness Avenue, Suite 208
Torrance, CA 90501

**SUBJECT:     ASBESTOS INSPECTION REPORT**
**FCI DUBLIN, CALIFORNIA**
**5701 8th STREET, DUBLIN, CALIFORNIA**

Dear Mr. Kelly:

NorBay Consulting is pleased to provide the results from the asbestos inspection and sample analysis conducted at FCI Dublin located at 5701 8th Street in Dublin, California.

It was our understanding that only buildings constructed prior to 1990 and which have not been completely remodeled were to be inspected. The only documentation NorBay Consulting received regarding previous asbestos surveys or remediations was a 1998 asbestos survey conducted by Ensafe Environmental Corporation which listed various asbestos containing materials throughout the institution. Per our conversation with FCI Dublin representatives Ms. Suzanne Simmons and Mr. Brady Altamirano, we were able to determine some of the materials were no longer present and able to locate other suspected materials in order to conduct sampling. Ms. Simmons and Mr. Altamirano were also able to confirm that the following buildings were constructed post 1990 thus were not to be included in this inspection.

- ♦ Human Resources
- ♦ Training Center
- ♦ SORT
- ♦ UNICOR
- ♦ UNICOR Warehouse
- ♦ Safety
- ♦ Recreation Barn
- ♦ New SHU

The inspection included the visual observation of suspect asbestos containing building materials, collection of suspect building materials to determine asbestos content, if any, laboratory analysis, and generation of a final report.  Included as an attachment to this report are the laboratory reports and associated chain of custody forms for the samples collected during our site visit.
NorBay Consulting appreciates the opportunity to provide you with these services.  If you have any questions regarding this report or if you require additional information, please do not hesitate to contact me at (415) 507-9786.

Respectfully,
NORBAY CONSULTING

*Bob Gerhold*

Bob Gerhold
Certified Asbestos Consultant # 92-0157

**Federal Correctional Institution (FCI)**  
**Dublin, California**

**Asbestos Inspection**  
**Asbestos Survey Report**

## TABLE OF CONTENTS

**SECTION**

**1.0    EXECUTIVE SUMMARY**

**2.0    SURVEY PROCEDURES**

**3.0    SAMPLE ANALYSIS**

**4.0    RESULTS**

**5.0    FRIABLE MATERIAL**

**6.0    REGULATORY CONSIDERATIONS**

**7.0    COST**

**8.0    LIMITATIONS**

**APPENDIX**

**A.    LAB REPORTS**

**B.    CHAIN OF CUSTODY**

**C.    SITE PLAN**

**D.    BOP PREVIOUS ASBESTOS REPORT**

## SECTION 1.0

## EXECUTIVE SUMMARY

### 1.1    General

A.    NorBay Consulting conducted an asbestos inspection at FCI Dublin located at 5701 8th Street in Dublin, California. Only buildings constructed prior to 1990 and that have not undergone major renovations were inspected. The only documentation NorBay Consulting received regarding previous surveys or asbestos abatements was a 1998 asbestos survey conducted by Ensafe Environmental Corporation which listed various asbestos containing materials throughout the institution.    Mr. Bob Gerhold, Cal-OSHA Certified Asbestos Consultant #92-0157 and Mr. Mike Gerhold, EPA Building Inspector #44537 performed the inspection October 7, 2020.

This Executive Summary is provided solely for the purpose of overview.  Any party who relies on this report must read the entire report.  The Executive Summary may have omitted important details, anyone of which could be crucial to the proper understanding and risk assessment of the subject matter.

The following tables include known asbestos containing materials, locations of said materials and quantities of the material(s) in various buildings throughout the institution.  Please note that the materials followed by a single asterisk* are those found to contain asbestos during the 1998 inspection (Appendix D).  These materials were not re-sampled, but their presence was visually confirmed by NorBay Consulting.  Materials with double asterisk ** are those found to contain asbestos during the 1998 inspection and also verified by additional sampling by NorBay Consulting.

## Food Services

| Material | Location | Quantities |
|---|---|---|
| Beige vinyl floor tile and associated black mastic under newer tile * | Dining Area | 2,750 square feet |

**Federal Correctional Institution (FCI)**
**Dublin, California**

**Asbestos Inspection**
**Asbestos Survey Report**

## Housing Unit A/B

| Material | Location | Quantities |
|---|---|---|
| Textured drywall/taping mud * | Boiler Rooms | 120 square feet |
| Beige vinyl floor tile and associated black mastic under newer tile * | Throughout Units A/B | 19,900 square feet |

## Housing Unit C/D

| Material | Location | Quantities |
|---|---|---|
| Drywall/taping mud * | Boiler Rooms | 120 square feet |
| Beige vinyl floor tile and associated mastic ** | Throughout Units C/D (except Lobby) | 15,900 square feet |

## Housing Unit E/F

| Material | Location | Quantities |
|---|---|---|
| Textured drywall/taping mud * | Boiler Rooms | 120 square feet |
| Beige vinyl floor tile and associated black mastic under newer tile ** | Throughout Units E/F | 19,900 square feet |

## Old Special Housing Unit

| Material | Location | Quantities |
|---|---|---|
| Beige vinyl floor tile and associated mastic under newer tile * | Throughout Older Special Housing Unit | 4,740 square feet |

## Education

| Material | Location | Quantities |
|---|---|---|
| Asbestos cement "transite" panels * | Inmate and Handicap Restrooms | 560 square feet |
| Beige vinyl floor tile and associated black mastic under carpet * | VT Office | 365 square feet |
| Beige vinyl floor tile and associated mastic * | Server Room | 240 square feet |

**Federal Correctional Institution (FCI)**
**Dublin, California**

**Asbestos Inspection**
**Asbestos Survey Report**

## Medical Services

| Material | Location | Quantities |
|---|---|---|
| Pink/white vinyl floor tile and associated mastic under newer tile * | Throughout the Medical Services | 4,625 square feet |

## Administration/Business Offices

| Material | Location | Quantities |
|---|---|---|
| Beige vinyl floor tile and associated mastic under newer tile ** | Throughout the Administration/Business Offices | 5,800 square feet |
| Asbestos cement "transite" panels possibly located behind new RFP * | Men and Women Restrooms | 720 square feet |

## Visiting Area

| Material | Location | Quantities |
|---|---|---|
| Beige vinyl floor tile and associated mastic under newer tile * | Throughout the Visiting Area | 8,200 square feet |
| Asbestos cement "transite" panels possibly located behind new RFP * | Restrooms | 2,180 square feet |

## VT Business Offices

| Material | Location | Quantities |
|---|---|---|
| Beige vinyl floor tile and associated black mastic * | Both Storage Rooms | 200 square feet |
| Asbestos cement "transite" panels * | Storage Room on the East Side | 450 square feet |

**SECTION 2.0**

**ASBESTOS SURVEY PROCEDURES**

## 2.1    Procedures

A.    Homogeneous areas of materials, which were suspected of containing asbestos were identified.  A homogeneous area, for bulk sampling purposes, is one that seems by texture, color and wear to be uniform and applied during the same general time period.  After the homogeneous areas had been identified, representative bulk sample(s) are collected for laboratory analysis. Because asbestos-containing building materials have compositional variability, it is possible to obtain different laboratory results for samples from the same homogeneous area.  Therefore, a homogeneous area with at least one positive sample for will result in the entire homogeneous area being designated as an asbestos containing material.

B.    The sampling strategy was partially based on guidelines established by the Environmental Protection Agency (EPA) for school buildings (40 CFR Part 763, AHERA) which require that samples be collected from each homogeneous area of suspected ACM.  Upon completion of the inspection and bulk sampling, the samples were delivered under chain of custody protocol to SGS Forensic Analytical of Hayward, California for analysis by Polarized Light Microscopy (PLM).

## SECTION 3.0

## SAMPLE ANALYSIS

### 3.1    Analysis

A.    Bulk samples were examined by Polarized Light Microscopy (PLM) in accordance with EPA Test Method 600/R-93/116, "Method for the Determination of Asbestos in Bulk Building Materials".    The percentage of asbestos is determined by visual estimation.    Laboratory results are reported based on the percentage of asbestiform minerals identified within each sample layer. The lower limit of reliable detection by PLM is 1% by volume.    When asbestos or other minerals are observed in concentrations believed to be less than the reliable detection limit (less than 1%) the results are usually indicated as TRACE.

B.    Upon analysis the analytical results are compared to government agency standards.    Currently, both the California Occupational Safety and Health Administration (Cal-OSHA) and the Environmental Protection Agency (EPA) define material with contains more than one percent asbestos to be an asbestos containing material (ACM).

C.    In addition, Cal-OSHA defines any manufactured construction material containing more than 0.1% by weight as asbestos containing construction materials (ACCM).    Cal-OSHA also requires notification and registration of the contractor when disturbing materials with more than one-tenth of one percent and regulates worker protection whenever materials containing any detectable levels of asbestos are to be disturbed.

## SECTION 4.0

## SURVEY RESULTS

### 4.1    Results

A.    Analytical results for all samples collected can be found in the following table.

| Sample ID | Material | Location | Results |
|---|---|---|---|
| VTB-Mastic-1 | Black mastic under new floor tile | VT Business, restroom | No Asbestos Detected |
| Educ-VFT-1 | Bottom layer of floor tile | Education, ISM Records Office | No Asbestos Detected |
| Admin-VFT-1 | 12" vinyl floor tile w/mastic | Administration, AW Secretary Office | <1% in tile<br>5% in mastic |
| C-VFT-1 | 12" vinyl floor tile & mastic | C Unit, wing, near telephone | 2% in tile<br>5% in mastic |
| F-VFT-1 | Bottom layer of vinyl floor tile & mastic | F Unit, wing | 2% in tile<br>5% in mastic |

## SECTION 5.0

## FRIABLE MATERIAL

### 5.1    Friable Material

A.    The ability of an asbestos-containing material (ACM) to release fibers is called its friability.  The legal definition of friable ACM is one "that can be crumbled, pulverized or reduced to powder by hand pressure when dry."

Typical friable ACM's can include but may not be limited to insulation on pipes, boilers, tanks and ducts, structural fireproofing, acoustical "popcorn" ceiling, fibrous backing on sheet vinyl flooring, acoustical ceiling tiles, and drywall/taping mud.

Typical non-friable ACM's can include but may not limited to vinyl floor tile, asbestos cement products known by the trade name "transite", mastics and asphalt saturated roofing products.  Please note that non-friable ACM's can become friable over time depending on exposure or usage.

It is the responsibility of the accredited inspector to determine whether a material is considered friable by either visual observations or by touch.  In situations where ACM's are inaccessible, such as behind walls or above hard ceilings its friability should be assumed based on the type of material it is.

B.    The following tables include known friable asbestos containing materials throughout FCI Dublin.

### Housing Unit A/B

| Material | Location | Quantities | Friable |
|---|---|---|---|
| Textured drywall/taping mud** | Boiler Rooms | 120 square feet | Yes |

** Previous Sampling – See Appendix D

**Federal Correctional Institution (FCI)**
**Dublin, California**

**Asbestos Inspection**
**Asbestos Survey Report**

## Housing Unit C/D

| Material | Location | Quantities | Friable |
|---|---|---|---|
| Drywall/taping mud** | Boiler Rooms | 120 square feet | Yes |

** Previous Sampling – See Appendix D

## Housing Units E/F

| Material | Location | Quantities | Friable |
|---|---|---|---|
| Textured drywall/taping mud** | Boiler Rooms | 120 square feet | Yes |

** Previous Sampling – See Appendix D

## SECTION 6.0

## REGULATORY CONSIDERATIONS

**6.1    General**

A.    Current EPA National Emissions Standards for Hazardous Air Pollutants (NESHAP) regulations require that most ACM be removed prior to demolition or renovation activities. Other regulations apply to construction activities and notification requirements for projects involving ACM/ACCM. At both the federal and state levels, these include, but are not limited to Federal OSHA regulation 29 CFR 1910 and 1926, the California Health Code, California OSHA 8 CCR 1529 and Proposition 65 which requires the posting of notifications when a facility is known to contain toxic substances found on the governors list.

B.    As previously mentioned in this report both the California Occupational Safety and Health Administration (Cal-OSHA) and the Environmental Protection Agency (EPA) define material which contains more than one percent asbestos to be an asbestos containing material (ACM). However, Cal-OSHA has an additional classification for manufactured materials found to contain asbestos in quantities between 0.1% to 1%. This classification is referred to as Asbestos Containing Construction Materials (ACCM).

C.    Analytical results indicated that various materials throughout FCI Dublin contain asbestos. NorBay Consulting recommends that a licensed asbestos abatement contractor be utilized to remove any of these materials prior to any renovation/demolition activities taking place that would disturb them.

D.    The contractor chosen must be familiar with and abide by the strict rules and regulations regarding the removal, packaging and disposal of asbestos containing materials and/or materials containing detectable levels of asbestos.

### SECTION 7.0

### ESTIMATED REMEDIATION COSTS

**7.1    Costs**

A.    The following tables include the estimated costs for remediation of the known asbestos containing materials.  Please note that the costs were determined by utilizing Davis-Bacon Act prevailing wages.

## Food Services

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Beige vinyl floor tile & associated black mastic under newer tile | Dining Area | 2,750 square feet | $ 13,750.00 |
| **Total** | | | **$ 13,750.00** |

## Housing Unit A/B

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Textured drywall/taping mud | Boiler Rooms | 120 square feet | $    540.00 |
| Beige vinyl floor tile & associated black mastic under newer tile | Throughout Units A/B | 19,900 square feet | $ 99,500.00 |
| **Total** | | | **$ 100,040.00** |

## Housing Unit C/D

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Drywall/taping mud | Boiler Rooms | 120 square feet | $     540.00 |
| Beige vinyl floor tile and associated mastic | Throughout Units C/D (except Lobbies) | 15,900 square feet | $ 79,500.00 |
| **Total** | | | **$ 80,040.00** |

## Housing Unit E/F

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Textured drywall/taping mud | Boiler Rooms | 120 square feet | $     540.00 |
| Beige vinyl floor tile and associated mastic under newer tile | Throughout Units E/F | 19,900 square feet | $ 99,500.00 |
| **Total** | | | **$ 100,040.00** |

## Old Special Housing Unit

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Beige vinyl floor tile and associated mastic under newer tile | Throughout Older Special Housing Unit | 4,740 square feet | $ 23,700.00 |
| **Total** | | | **$ 23,700.00** |

## Education

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Asbestos cement "transite" panels | Inmate and Handicap Restrooms | 560 square feet | $ 2,520.00 |
| Beige vinyl floor tile and associated black mastic under carpet | VT Office | 365 square feet | $ 1,810.00 |
| Beige vinyl floor tile and associated mastic | Server Room | 240 square feet | $ 1,080.00 |
| **Total** | | | **$ 5,410.00** |

## Medical Services

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Pink/white vinyl floor tile and associated mastic under newer tile | Throughout the Medical Services | 4,625 square feet | $ 23,125.00 |
| **Total** | | | **$ 23,125.00** |

## Administration/Business Offices

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Beige vinyl floor tile and associated mastic under newer tile | Throughout Administration/Business Offices | 5,800 square feet | $ 29,000.00 |
| Asbestos cement "transite" panels possibly located behind new RFP | Men and Women Restrooms | 720 square feet | $  3,240.00 |
| **Total** | | | **$ 32,240.00** |

## Visiting Area

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Beige vinyl floor tile and associated mastic under newer tile | Throughout the Visiting Area | 8,200 square feet | $ 41,000.00 |
| Asbestos cement "transite" panels possibly located behind new RFP | Restrooms | 2,180 square feet | $ 9,810.00 |
| **Total** | | | **$ 50,810.00** |

## VT Business Offices

| Material | Location | Quantities | Estimated Remediation Cost |
|---|---|---|---|
| Beige vinyl floor tile and associated mastic | Both Storage Rooms | 200 square feet | $ 900.00 |
| Asbestos cement "transite" panels | Storage Room on East Side | 450 square feet | $ 2,025,00 |
| **Total** | | | **$ 2,925.00** |

## Total Remediation Price Throughout FCI Dublin

| **Total** | | | **$ 432,080.00** |
|---|---|---|---|

## SECTION 8.0

## LIMITATIONS

**8.1    General**

A.    NorBay Consulting conducted this inspection and prepared this report for the sole and exclusive use of J.C. Chang & Associates, Inc. the only intended beneficiary of our work.  NorBay Consulting has performed this inspection in a substantial and workmanlike manner, in accordance with generally accepted methods and practices of the profession, and consistent with that level of care and skill ordinarily exercised by reputable environmental consultants under similar conditions and circumstances.

B.    NorBay Consulting did not attempt to dissemble mechanical equipment nor was a subsurface investigation conducted to determine if asbestos cement "transite" water lines or electrical pipe ways are present. Regardless of the thoroughness of an inspection, the possibility exists that some areas containing asbestos containing materials were not identified or inaccessible such as behind hard walls or hard ceilings.

# APPENDIX A

# LAB REPORTS

**SGS FORENSIC LABORATORIES**

**Final Report**

# Bulk Asbestos Analysis

(EPA Method 40CFR, Part 763, Appendix E to Subpart E and EPA 600/R-93-116, Visual Area Estimation)
NVLAP Lab Code: 101459-0

NorBay Consulting
Robert Gerhold
2400 Las Gallinas
Suite 110
San Rafael, CA 94903

| | |
|---|---|
| **Client ID:** | 3982 |
| **Report Number:** | B309202 |
| **Date Received:** | 10/12/20 |
| **Date Analyzed:** | 10/13/20 |
| **Date Printed:** | 10/13/20 |
| **First Reported:** | 10/13/20 |

**Job ID/Site:**  7641 - FCI Dublin, Dublin, California

**Date(s) Collected:**  10/07/2020

**SGSFL Job ID:**  3982
**Total Samples Submitted:** 5
**Total Samples Analyzed:**  5

| Sample ID | Lab Number | Asbestos Type | Percent in Layer | Asbestos Type | Percent in Layer | Asbestos Type | Percent in Layer |
|---|---|---|---|---|---|---|---|
| **VTB-Mastic-1** | 12346984 | | | | | | |
| Layer: Black Mastic | | | ND | | | | |
| Total Composite Values of Fibrous Components: | | **Asbestos (ND)** | | | | | |
| **Educ-VFT-1** | 12346985 | | | | | | |
| Layer: Yellow Mastic | | | ND | | | | |
| Layer: Grey Tile | | | ND | | | | |
| Layer: Yellow Mastic | | | ND | | | | |
| Total Composite Values of Fibrous Components: Cellulose (Trace) | | **Asbestos (ND)** | | | | | |
| **Admin-VFT-1** | 12346986 | | | | | | |
| Layer: Tan Tile | | Chrysotile | **Trace** | | | | |
| Layer: Black Mastic | | Chrysotile | **5 %** | | | | |
| Layer: Grey Cementitious Material | | | ND | | | | |
| Total Composite Values of Fibrous Components: Cellulose (Trace) | | **Asbestos (Trace)** | | | | | |
| **C-VFT-1** | 12346987 | | | | | | |
| Layer: White Tile | | Chrysotile | **2 %** | | | | |
| Layer: Black Mastic | | Chrysotile | **5 %** | | | | |
| Total Composite Values of Fibrous Components: Cellulose (Trace) | | **Asbestos (2%)** | | | | | |
| **F-VFT-1** | 12346988 | | | | | | |
| Layer: White Tile | | Chrysotile | **2 %** | | | | |
| Layer: Black Mastic | | Chrysotile | **5 %** | | | | |
| Total Composite Values of Fibrous Components: Cellulose (Trace) | | **Asbestos (2%)** | | | | | |

1 of 2

**Report Number:**   B309202

**Client Name:** NorBay Consulting

**Date Printed:**   10/13/20

| Sample ID | Lab Number | Asbestos Type | Percent in Layer | Asbestos Type | Percent in Layer | Asbestos Type | Percent in Layer |
|---|---|---|---|---|---|---|---|

*Tad Thrower*

Tad Thrower, Laboratory Supervisor, Hayward Laboratory

Note: Limit of Quantification ('LOQ') = 1%. 'Trace' denotes the presence of asbestos below the LOQ. 'ND' = 'None Detected'.

Analytical results and reports are generated by SGS Forensic Laboratories (SGSFL) at the request of and for the exclusive use of the person or entity (client) named on such report. Results, reports or copies of same will not be released by SGSFL to any third party without prior written request from client. This report applies only to the sample(s) tested. Supporting laboratory documentation is available upon request. This report must not be reproduced except in full, unless approved by SGSFL. The client is solely responsible for the use and interpretation of test results and reports requested from SGSFL. SGSFL is not able to assess the degree of hazard resulting from materials analyzed. SGS Forensic Laboratories reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified. All samples were received in acceptable condition unless otherwise noted.

2 of 2

# APPENDIX B

# CHAIN OF CUSTODY

NorBay Consulting
2400 Las Gallinas Avenue, Suite 110
San Rafael, CA 94903
(415) 507-9786

Job Site: FCI Dublin

Dublin, California

Project Number: 7641

Analysis Requested: PLM

Turn Around Time: 48 hr

| Client ID | Date | Location | Description |
|---|---|---|---|
| VTB-Mastic-1 | 10/7/2020 | VT Business, restroom | Black mastic under new floor tile |
| Educ-VFT-1 | | Education, ISM Records Office | Bottom layer of floor tile |
| Admin-VFT-1 | | Administration, AW Secretary Office | 12" vinyl floor tile with mastic |
| C-VFT-1 | | C Unit, wing, near telephone | 12" vinyl floor tile & mastic |
| F-VFT-1 | | F Unit, wing | Bottom layer of vinyl floor tile & mastic |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes:    email results to Bob@norbayca.com, Mike@norbayca.com

*Bob Gerhold*                     10/7/202008

Relinquished by        Date            RECEIVED

OCT 1 2 2020

Relinquished by        Date            Relinquished by        Date

Relinquished by        Date            Relinquished by        Date

# APPENDIX C

# SITE PLAN

## LEGEND

1. FRONT GATE
2. VISITING
3. CHAPEL
4. CAPT.'S COMPLEX/SEGREGATION
5. MEDICAL
6. ADMINISTRATION
7. EDUCATION ANNEX BLDG
8. EDUCATION ANNEX BLDG
9. EDUCATION
10. VOCATIONAL TRAINING/ RECEIVING & DISCHARGE
11. UNICOR RECYCLE/ADP
12. COVERED RECREATION
13. SAFETY BUILDING
14. FOOD SERVICE WAREHOUSE
15. LAUNDRY
16. FOOD SERVICE
17. GENERATOR
18. UNICOR CUT & SEW
19. TYPICAL HOUSING −A−
20. TYPICAL HOUSING −B−
21. COMMISSARY
22. TYPICAL HOUSING −C−
23. TYPICAL HOUSING −D−
24. DRUG REHAB. BLDG
25. CHIEF MECHANICAL SERVICES
26. TYPICAL HOUSING −E−
27. TYPICAL HOUSING −F−
28. RECREATION BLDG
29. DENTAL BLDG
30. FEDERAL DETENTION CENTER
31. FEDERAL PRISON CAMP −1−
32. FEDERAL PRISON CAMP −2−
33. FEDERAL PRISON CAMP −3−
34. FEDERAL PRISON CAMP −4−
35. FEDERAL PRISON CAMP −5−
38. UNICOR WAREHOUSE
39. INSTITUTIONAL WAREHOUSE
40. GARAGE/AUTO SHOP
41. STAFF TRAILER PARK
42. STAFF STORAGE
43. REGIONAL CONTRACTING/FCI EDM
44. COMMAND CENTER
45. STAFF TRAINING CENTER
46. CAMP VISITING BLDG. & PLAY AREA
47. CAMP WEIGHT PILE



FEDERAL BUREAU OF PRISONS
Western Regional Office
Dublin, California

SITE PLAN
FCI, FDC, FPC SITE

F.C.I. Dublin

REVISION | BY | DATE

INSTITUTION APPROVAL
DATE:
WARDEN
AW(O)
SAFETY MGR.
SECURITY
FACILITY MGR.

DRAWN: EW
CHECKED: p.c.
DATE: 03/03/97
SCALE: AS SHOWN
JOB NO.: xxx

P-1
SHEET 1 OF 1

north

SCALE: 1" = 120'

# APPENDIX D

# BOP PREVIOUS ASBESTOS REPORT

# Ensafe

*Ensafe*

REPORT OF FINDINGS

**ASBESTOS CONSTRUCTION MATERIAL SURVEY**
**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
(Administration Building, Records/A.W. Offices/Laundry Building,
Captains Complex/Segregation Building, Education Building,
Food Service Building, Medical Services Building, Housing Units A/B,
Housing Units C/D, Housing Units E/F, Visiting Building, VT Business Offices
Cut and Sew Building, Recycling Factory/ADP Business Office,
Detention Center, Camp C-1 Building, Special Housing Unit)

Prepared for:

**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
5701 8th Street, Camp Parks, Dublin, California

at the request of:
**MIDWEST ENVIRONMENTAL CONTROL, INC.**

Prepared by:

**ENSAFE ENVIRONMENTAL CORPORATION**
4864 Market Street
Ventura, California  93009
805-644-6301

Ensafe Project Number 970603

May 31, 1998

*Ensafe*

## REPORT OF FINDINGS

**ASBESTOS CONSTRUCTION MATERIAL SURVEY**
**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
(Administration Building, Records/A.W. Offices/Laundry Building,
Captains Complex/Segregation Building, Education Building,
Food Service Building, Medical Services Building, Housing Units A/B,
Housing Units C/D, Housing Units E/F, Visiting Building, VT Business Offices
Cut and Sew Building, Recycling Factory/ADP Business Office,
Detention Center, Camp C-1 Building, Special Housing Unit)

Prepared for:
**FEDERAL CORRECTIONAL INSTITUTE, CAMP PARKS, DUBLIN, CALIFORNIA**
5701 8th Street, Camp Parks, Dublin, California

at the request of:
**MIDWEST ENVIRONMENTAL CONTROL, INC.**

Prepared by:

**ENSAFE ENVIRONMENTAL CORPORATION**
4864 Market Street
Ventura, California  93009
805-644-6301

**Work Performed by:**                    **Report Prepared by:**

James Thrift *for*                         Daniel B. Gawrys
CSST No. 97-2113                           CAC No. 92-0790
                                           REA I No. 06-670

*Ensafe*

## TABLE OF CONTENTS

1.0    Executive Summary ................................................... 1
2.0    Project Scope and Objective ......................................... 2
3.0    Procedures and Access .............................................. 3
4.0    Building Description ................................................ 4
5.0    Findings ......................................................... 5
7.0    Recommendations .................................................. 10
8.0    Limitations ...................................................... 11

APPENDIX A    ACCM Locations

*Federal Correctional Institution, Dublin, California*
*Asbestos Construction Material Survey*

*May 31, 1998*
*Final*

## 1.0 EXECUTIVE SUMMARY

Ensafe Environmental Corporation (Ensafe) has completed an asbestos survey of sixteen (16) structures located at the Federal Correctional Institution, 5701 8th Street, Camp Parks, Dublin, California. The purpose of the survey was to identify, locate, and quantify asbestos-containing construction materials (ACCM) in sufficient detail to support the planned renovation project by satisfying asbestos related regulatory requirements for renovation surveys. This report documents those proceedings.

At the time of the survey, the structures located at the subject site were occupied and accessible. The survey was performed by George Edward Geis and James Hantgin on July 29 and 30, 1997 and James Thrift on March 30, 1998. One-hundred twenty-four (124) samples were collected from forty-four (44) identified suspect ACCMs.

Suspect ACCMs include (materials highlighted in bold print and italicized were found to contain regulated concentrations of asbestos); ***beige colored floor tile with mastic (Material Number 01M)*** located in the dinning areas of the Food Services Building, ***roof patch mastic (02M)*** located on the roof of the Food Services Building, ***cement panels (03M)*** located in the restrooms of the Education Building, Administration/Business Offices, Visiting Building, and storage area of the VT Business Offices, ***beige colored floor tile with mastic (04M)*** located throughout Housing Units A/B, C/D, E/F, Special Housing Unit, Administration/Business Offices, storage and rest room in the VT Business Offices, and in the computer lab of the Education Building, ***pink and white colored floor tile with mastic (06M)*** located throughout the Medical Services Building, ***white colored floor tile with mastic (07M)*** located throughout the Visiting Building, ***drywall with finishing compound (09M)*** located in the boiler rooms of Housing Units A/B, C/D, and E/F, ***roof tar (11M)*** located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices, ***roof penetration mastic (12M)*** located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices Building, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices, white colored floor tile with mastic (14M) located in the laundry room, blue colored floor tile with mastic (15M) located in the laundry room, brown colored floor tile with mastic (17M) located in the classroom of the Education Building, ceiling tile mastic (18M) located in the computer lab of the Education Building, ceiling drywall and finishing compound (20M) located in the Recycling Factory, acoustic ceiling tile (21M) located in the Recycling Factory, drywall (22M) located in the mechanical and chemical rooms of the Cut and Sew Building, twelve-inch grey colored floor tile with mastic (23M) located in the copy room of the Cut and Sew Building, acoustic ceiling tile (24M) located in the A.W. offices and hallway of the Records/A.W. Offices/Laundry Building, acoustic ceiling spray (1S) located in the A.W. offices and case management office of the Records/A.W. Offices/Laundry Building, twelve-inch ceiling tile (25M) in the laundry area of the Records/A.W. Offices/Laundry Building, white and blue colored floor tile with mastic (26M) located in the dinning area of the Records/A.W. Offices/Laundry Building, ceiling drywall (27M) located in the dish washing area of the Food Services Building, twelve-inch blue colored floor tile with mastic (28M) located in the dinning area of the Food Services Building, rolled roofing material (29M) located on the roof of the Food Services Building,

penetration mastic (30M) located on the roof of the Food Services Building (mastic around south vent not included), white colored baseboard with mastic (31M) located in the hallway of the VT Business Offices, black colored baseboard with mastic (32M) located in the hallway of the VT Business Offices, beige colored floor tile with mastic (33M) located in the hallway of the VT Business Offices, brown colored floor tile with mastic (34M) located in the R & D area of the VT Business Offices, drywall and finishing compound (35M) located in the storage area, twelve-inch brown and white colored floor tile with mastic (36M) located in the classroom and library room of the Education Building, twelve-inch grey colored floor tile with mastic (37M) located in the hallway of the Education Building, twelve-inch green and white colored floor tile with mastic (38M) located in the learning center of the Education Building, ceiling tile and mastic (39M) located in the computer lab of the Education Building, baseboard with mastic (40M) located in the Medical Services Building, structural fireproofing (2S) located in the boiler rooms of Housing Units A/B, C/D, E/F, roof shingles (41M) located on the roof of Housing Units A/B, C/D, E/F, grey colored floor tile with mastic (42M) located in the Detention Center, pink colored floor tile with mastic (43M) located in the Detention Center, baseboard with mastic (44M) located in the Detention Center, structural fireproofing (3S) in the stairwells of the Detention Center, acoustic ceiling tile (46M) located in the Detention Center, grey colored floor tile with mastic (47M) located in the Camp I Building, and drywall with finishing compound (48M) located in the Camp I Building.

The materials confirmed to contain asbestos are non-friable and in good condition, and are of no immediate concern unless renovation or demolition of these materials is desired. An operations and maintenance program should be developed and implemented to minimize the potential of asbestos fiber release and to have response measures in place.

## 2.0  PROJECT SCOPE AND OBJECTIVE

Ensafe was contracted by Midwest Environmental Control, Inc. on behalf of the Federal Correctional Institute (FCI), to survey sixteen (16) structures located at an FCI facility in Camp Parks, Dublin, California for ACCMs in accordance with applicable regulations which include; *Section 1529 of the California Code of Regulations, Asbestos in Construction*, and *40 CFR 61.145, National Emission Standards for Hazardous Air Pollutants*.

The following activities were performed to satisfy regulatory requirements:

1. Identify the location, type and quantity of suspect ACCMs via visual inspection.
2. Extract representative samples of identified suspect ACCMs.
3. Determine the concentrations of asbestos contained in representative samples via independent laboratory analysis.
4. Prepare a report of findings identifying the location, approximate quantity, and condition of identified ACCMs, as well as providing material specific recommendations.

### 3.0 SURVEY METHODOLOGIES

Services provided by Ensafe included visually inspecting accessible areas of the subject structures, development of a sampling plan to satisfy regulatory requirements, material sampling, and laboratory analysis of suspect ACCMs.

The following report sections discuss the general methodologies utilized during the completion of these tasks.

VISUAL INSPECTION
The survey was initiated by visually inspecting accessible areas of each structure documenting the type, location, quantity, and description of each suspect ACCM. Access to perform visual observations was provided by Michael Goldstein on July 29 and 30, 1997 and March 30, 1998.

SAMPLING METHODOLOGY
Suspect ACCM was located and assigned a homogeneous material number. Homogeneous materials exhibit uniformity in color, texture, construction or application date, and general appearance.

Bulk samples were extracted from each representative suspect ACCM in accordance with the EPA's guidance document *Guidance for Controlling Asbestos-Containing Materials in Buildings* (EPA 560/5-85-024, 1985), *40 CFR Part 763 Asbestos Containing Materials in Schools, Final Rule AHERA*.

Ensafe collected one-hundred twenty-four (124) samples from forty-four (44) identified suspect ACCMs. Materials include forty-one (41) miscellaneous materials, and three (3) surfacing materials. One-hundred six (106) of the one-hundred twenty-four samples were analyzed. Eighteen (18) were prepared but not analyzed because the first sample analyzed in a series reported detectable concentrations of asbestos.

ANALYTICAL METHODOLOGIES
Collected samples were placed in a container and labeled with a unique material and sample number and chain-of-custody documentation completed. The samples with chain-of-custody documentation were then shipped to Forensic Analytical Services of Hayward, California for analysis. Suspect ACCM samples were analyzed via polarized light microscopy (PLM) utilizing dispersion staining techniques in accordance with *40 CFR Part 763 Asbestos Containing Materials in Schools, Final Rule AHERA*.

ACCM DEFINITIONS
Construction materials which report greater than one tenth of one percent (0.1%) or trace amounts of asbestos by weight are defined as an ACCM by the California Department of Occupational Safety and Health (DOSH) and require personnel protective equipment and specific engineering controls during removal activities. Materials which report greater than one percent (1%) asbestos by weight are defined as hazardous a waste by Title 22, California Code of Regulations.

## 4.0 BUILDING DESCRIPTIONS

Ensafe surveyed sixteen (16) structures located at the Federal Correctional Institute, Camp Parks, Dublin, California for asbestos-containing construction materials:

1.  Administration Building
2.  Records/A.W. Offices/Laundry Building
3.  Captains Complex/Segregation Building
4.  Education Building
5.  Food Service Building
6.  Medical Services Building
7.  Housing Units A/B
8.  Housing Units C/D
9.  Housing Units E/F
10. Visiting Building
11. VT Business Offices
12. Cut and Sew Building
13. Recycling Factory/ADP Business Office
14. Detention Center
15. Camp C-1 Building
16. Special Housing Unit

*Federal Correctional Institution, Dublin, California*                    *May 31, 1998*
*Asbestos Construction Material Survey*                                              *Final*

## 5.0 FINDINGS

IDENTIFIED SUSPECT ACCM

Forty-four (44) suspect asbestos containing building materials were identified within all surveyed buildings. A total of one-hundred twenty-four (124) samples were collected and one-hundred six (106) analyzed for asbestos content by Polarized Light Microscopy (PLM) by Forensic Analytical of Rancho Dominguez, California.

Forty-one types of *miscellaneous materials* were identified:

1.      Off-white colored floor tile (Homogenous Material Identification Number 1M),
2.      Roof patch mastic (2M),
3.      Cement panels (3M),
4.      Beige colored floor tiles with mastic (4M),
5.      Pink and white colored floor tiles with mastic (6M),
6.      White colored floor tiles with mastic (7M),
7.      Wallboard with finishing compound (9M),
8.      Roof tar (11M),
9.      Roof penetration mastic (12M).
10.     White colored floor tile with mastic (14M),
11.     Blue colored floor tile with mastic (15M),
12.     Brown colored floor tile (17M),
13.     Ceiling tile mastic (18M),
14.     Ceiling drywall with finishing compound (19M),
15.     Acoustic ceiling tile (21M),
16.     Drywall with finishing compound (22M),
17.     Twelve-inch grey colored floor tile with mastic (23M),
18.     Acoustic ceiling tile (24M),
19.     Twelve-inch ceiling tile (25M),
20.     White and blue colored floor tile with mastic (26M),
21.     Ceiling drywall with finishing compound (27M),
22.     Twelve-inch blue colored floor tile with mastic (28M).
23.     Roofing felt (29M).
24.     Roof penetration mastic (30M).
25.     White vinyl baseboard with mastic (31M).
26.     Black vinyl baseboard with mastic (32M).
27.     Beige colored floor tile with mastic (33M).
28.     Brown colored floor tile with mastic (34M).
29.     Drywall with finishing compound (35M).

30.  Twelve-inch brown and white colored floor tile with mastic (36M).
31.  Twelve-inch grey colored floor tile with mastic (37M).
32.  Green and white colored floor tile with mastic (38M).
33.  Ceiling tile with mastic (39M).
34.  Vinyl baseboard with mastic (40M).
35.  Asphalt roof shingles (41M).
36.  Grey colored floor tile with mastic (42M).
37.  Pink colored floor tile with mastic (43M).
38.  Vinyl baseboard with mastic (44M).
39.  Acoustic ceiling tile (45M).
40.  Grey colored floor tile with mastic (47M).
41.  Drywall with finishing compound (48M).

Three types of ***surfacing materials*** were identified:

1.  Acoustic ceiling material (1S).
2.  Fire retardant insulation (2S).
3.  Fire retardant insulation (3S).

CONFIRMED ACCM

The following materials are confirmed to contain regulated concentrations of asbestos:

*Material 01M* - Three-thousand two-hundred (3,200) square feet of off-white colored floor tile with mastic was identified.  One sample was collected and analyzed; FLT-02D.  Laboratory analysis revealed the presence of 1-5% chrysotile asbestos.

*Material 02M* - One-hundred twenty (120) square feet of roof patch mastic was identified.  One sample was collected and analyzed; MAS-08C.  Laboratory analysis revealed the presence of 10-15% chrysotile asbestos.

*Material 03M* - Three-thousand nine-hundred ten (3,910) square feet of cement panels were identified.  Two samples were collected and analyzed; TSP-01A and TSP-02A.  Laboratory analysis revealed the presence of 15-20% chrysotile asbestos.

*Material 04M* - Sixty-seven thousand sixty-six (67,066) square feet of beige colored floor tile with mastic was identified.  Five (5) samples of the tile and two of the mastic were collected and analyzed; FLT-03D, 03E, 07A, 08A, 04G4 and MAS 03A and 06A respectively.  Laboratory analysis revealed the presence of 1-5% chrysotile asbestos in the tile and 5-10% chrysotile asbestos in the mastic.

*Material 06M* - Four-thousand six-hundred twenty (4,620) square feet of pink and white colored floor tile with mastic was identified. Three samples of the tile and one of the mastic were collected and analyzed; FLT-05A, 05B, 05C and MAS 04A. Laboratory analysis revealed the presence of 1-5% chrysotile asbestos in the tile and 5-10% chrysotile asbestos in the mastic.

*Material 07M* - Eight-thousand two-hundred (8,200) square feet of white colored floor tile with mastic was identified. One sample was collected and analyzed; FLT-06A. Laboratory analysis revealed the presence of 5-10% chrysotile asbestos in the mastic, no detectable concentrations of asbestos in the tile, and <1% chrysotile asbestos in both the tile and mastic (composite).

*Material 09M* - Three-hundred sixty (360) square feet of gypsum wallboard and finishing compound was identified. Three samples were collected and analyzed; DRY-05A, 05B, and 05C. Laboratory analysis revealed the presence of 1-5% chrysotile asbestos in the finishing compound, no detectable concentrations of asbestos in the gypsum wallboard and <1% chrysotile asbestos in both the Gypsum wallboard and finishing compound.

*Material 11M* - Eighty-eight thousand ten (88,010) square feet of roof tar and mastic was identified. Two samples were collected and analyzed; TAR-01A and MAS-07A. Laboratory analysis revealed the presence of 30-35% chrysotile asbestos in the tar. And 40-45% chrysotile asbestos in the mastic.

## LOCATIONS OF ASBESTOS CONTAINING MATERIALS AND CONDITION
*Material 01M* - The asbestos containing off-white colored floor tile with mastic is located in the dinning area of the Food Services Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 02M* - The asbestos containing penetration mastic is located around the south vent located on the roof of the Food Services Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 03M* - The asbestos containing cement paneling is located in the restrooms of the Education Building, Administration/Business Offices, Visiting Building, and storage area of the VT Business Offices. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 04M* - The asbestos containing beige colored floor tile with mastic is located throughout Housing Units A/B, C/D, E/F, Special Housing Unit, Administration/Business Offices, storage and rest room in the VT Business Offices, and in the computer lab of the Education Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 06M* - The asbestos containing pink and white colored floor tile with mastic is located throughout the

*Federal Correctional Institution, Dublin, California*                                    *May 31, 1998*
*Asbestos Construction Material Survey*                                                         *Final*

Medical Services Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 07M* - The asbestos containing white colored floor tile with mastic is located throughout the Visiting Building. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 09M* - The asbestos containing drywall with finishing compound located in the boiler rooms of Housing Units A/B, C/D, and E/F. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 11M* - The asbestos containing roof tar is located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices. This material was found to be in good condition and presents no immediate health concern in its present state.

*Material 12M* - The asbestos containing roof penetration mastic is located on the roofs of Housing Units A/B, C/D, E/F, Special Housing Unit, Education Building, Medical Services Building, Administration/Business Offices Building, Recycling Factory/ADP Business Office Building, Visiting Building, and VT Business Offices, white colored floor tile with mastic. This material was found to be in good condition and presents no immediate health concern in its present state.

## 6.0  RECOMMENDATIONS

Based on the results of the asbestos survey, it is Ensafe Environmental's professional opinion that ACCMs located at the surveyed structure can be managed in place as long as renovation or maintenance activities do not disturb them.  The asbestos containing materials identified were found to be in a good condition.  In their present condition, these materials do not present a health risk to employees, tenants, or contractors.

The identified ACCMs should be placed under a site specific Asbestos Management Plan (AMP) that includes a detailed Operations and Maintenance Program (O&M).  Training and proper implementation of the O&M Plan will enable building management to safely protect building occupants, maintenance personnel and contractors from exposure to asbestos.  To help ensure the success of these programs, and to comply with Health and Safety Code 10.4, employees must be notified of the existence of asbestos.  Knowing where asbestos materials are located, how to avoid contact, and what to do when a problem is observed are crucial to the success of an AMP.

Also important is the coordination of an in-house operations and maintenance staff.  The person(s) selected should be properly trained to repair damaged materials and conduct removal of minor areas without incurring the cost of inconvenience of an abatement contractor.  Should an in-house operations and maintenance staff not be a viable option, then a qualified asbestos abatement contractor trained in the hazards and methods of asbestos removal should be utilized.  Whenever asbestos removal is performed, current Federal, State and local regulations must be followed.

Proposition 65 requires property owners to disclose "significant" asbestos exposure to all parties prior to such exposure.

The California Criminal Liability Act codified as Penal Code Section 387, imposes criminal liability on employers who fail to notify their employees and regulatory agencies of "serious concealed dangers" in the work place.  Materials Identified by this assessment as ACBM can be considered as serious concealed dangers.

The Health and Safety Code Section 25359.7 requires every owner of nonresidential real property to disclose in writing releases of asbestos or other hazardous substances on the property prior to selling or leasing property. Tenants of real property (residential or nonresidential) must disclose such releases to the lessor or property owner.

## 7.0  LIMITATIONS

The conclusions in this report are professional opinions based solely on visual observations and analytical results, as described in this report.  Opinions and recommendations presented herein apply to site conditions existing at the time of our investigation and those reasonably foreseeable. They cannot necessarily apply to site changes of which Ensafe is not aware and has not had the opportunity to assess.



NO ASBESTOS CONTAINING MATERIALS FOUND

KEY PLAN

Federal Detention Center

NOT TO SCALE

Federal Detention Center
40,336 Sq. Ft. Date 1990

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568
PROJECT NUMBER                  APPROVED
-

DATE
6/98



FCI - Food Services
16,452 Sq. Ft. Date 1974-94

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DRAWN
JCM

PROJECT NUMBER
-

APPROVED

DATE
6/98

MATERIAL LEGEND

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 01M | | 3,200 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building Under Carpet and New Tile |

ROOF

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 02M | | 120 sq. ft. | Asbestos Containing Roofing Mastic Roof, Patched Area Around South Vent |

KEY PLAN

Food Services

NOT TO SCALE

MATERIAL LEGEND

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 09M | — | 120 sq. ft. | Asbestos Containing Drywall with Skim Coat Located in Boiler Rooms |
| 04M | ///// | 19,900 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building (Both Floors) |

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 10,000 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 10,000 sq. ft | Asbestos Containing Roofing Mastic |

KEY PLAN



Unit A/B

N
NOT TO SCAL

**FCI - Housing Unit A/B**
19,901 Sq. Ft. (Entire Bldg.), Date 1974

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003



Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California    94568

| DRAWN | PROJECT NUMBER | APPROVED | DATE |
|---|---|---|---|
| JCM | - | | 6/9: |



**MATERIAL LEGEND**

**INTERIOR**

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 09M | — | 120 sq. ft. | Asbestos Containing Drywall with Skim Coat Located In Boiler Rooms |
| 04M | (hatch) | 15,900 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building Except in Lobby Area of First Floor |

**ROOF**

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 10,000 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 10,000 sq. ft. | Asbestos Containing Roofing Mastic |

**KEY PLAN**

Unit C/D

NOT TO SCALE

N

**FCI – Housing Unit C/D**
19,901 Sq. Ft. (Entire Bldg.), Date 1976

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

Federal Correctional Institution – Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

PROJECT NUMBER
-

APPROVED

DATE
6/98



FCI - Housing Unit E/F
19,901 Sq. Ft. (Entire Bldg.), Date 1974

## MATERIAL LEGEND

### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 09M | | 120 sq. ft. | Asbestos Containing Drywall with Skim Coat Located in Boiler Rooms |
| 04M | | 19,900 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building (Both Floors) |

### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 10,000 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 10,000 sq. ft. | Asbestos Containing Roofing Mastic |

### KEY PLAN

Unit E/F

NOT TO SCALE

N
NOT TO SCALE

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California  94568

| DRAWN | PROJECT NUMBER | APPROVED | DATE |
|---|---|---|---|
| JCM | - | | 6/98 |



MATERIAL LEGEND

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 04M | | 4,740 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building |

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 4,740 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 4,740 sq. ft | Asbestos Containing Roofing Mastic |

KEY PLAN

Special Housing

N
NOT TO SCALE

FCI-Special Housing Unit
4,737 Sq. Ft. Date 1974

**Ensafe**

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

PROJECT NUMBER
—

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California    94568

APPROVED

DATE
6/98





Medical Services
4,619 Sq. Ft. Date 1974



MATERIAL LEGEND

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 03M | | 720 sq. ft. | Asbestos Containing Transite Paneling |
| 04M | | 6,100 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located throughout Building Under Carpet and New Tile |

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 6,100 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 6,100 sq. ft. | Asbestos Containing Roofing Mastic |

KEY PLAN

Admin.

N
NOT TO SCALE

Administration/Business Offices
6,105 Sq. Ft. Date 1974

**Ensafe**
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution – Dublin
5701 8th Street
Camp Parks
Dublin, California    94568

DRAWN: JCM
PROJECT NUMBER: -
APPROVED
DATE: 6/9



MATERIAL LEGEND

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 17,400 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 17,400 sq. ft. | Asbestos Containing Roofing Mastic |

KEY PLAN

Recy. & ADP

N
NOT TO SCALE

Recycling Factory / ADP Business Office
17,389 Sq. Ft. Date 1978

*Ensafe*
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution – Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DRAWN
JCM

PROJECT NUMBER
-

APPROVED



MATERIAL LEGEND

INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 03M | | 2,180 sq. ft. | Asbestos Containing Transite Paneling |
| 04M | | 8,200 sq. ft | Asbestos Containing Floor Tile (White) with Mastic located throughout Building (Not Stage) |

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 8,200 sq. ft | Asbestos Containing Roofing Tar |
| 12M | 8,200 sq. ft | Asbestos Containing Roofing Mastic |

KEY PLAN

Visiting

N

NOT TO SCALE

STAGE

FCI VISITING ROOM

FCI - Visiting
8,202 Sq. Ft. Date 1974

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

| DRAWN | PROJECT NUMBER | APPROVED | DATE |
|---|---|---|---|
| JCM | - | | 6/98 |



**VT Business Offices**
6,148 Sq. Ft. Date 1974

## MATERIAL LEGEND

### INTERIOR

| MAT'L ID. | MAT'L | QTY. | DESCRIPTION |
|---|---|---|---|
| 03M | — | 450 sq. ft. | Asbestos Containing Transite Paneling |
| 04M | ▨ | 256 sq. ft. | Asbestos Containing Floor Tile (Beige) with Mastic located in Storage Rooms and Restroom |

### ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 6,150 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 6,150 sq. ft. | Asbestos Containing Roofing Mastic |

## KEY PLAN

VT Business

NOT TO SCALE

*Ensafe*
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

DRAWN
JCM

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California  94568

PROJECT NUMBER          APPROVED          DATE
6/98



Records/ A.W. Offices - Laundry/Staff Lounge
3,050 Sq. Ft. Date 1974

MATERIAL LEGEND

ROOF

| MAT'L ID. | QTY. | DESCRIPTION |
|---|---|---|
| 11M | 3,050 sq. ft. | Asbestos Containing Roofing Tar |
| 12M | 3,050 sq. ft. | Asbestos Containing Roofing Mastic |

KEY PLAN

*Ensafe*
Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DRAWN: JCM
PROJECT NUMBER: -
APPROVED:



NO ASBESTOS CONTAINING MATERIAL FOUND

KEY PLAN

FCI Cut & Sew

N
NOT TO SCALE

FCI Cut & Sew
22,793 Sq. Ft. Date 1984

*Ensafe*

Ensafe Environmental Corporation
4864 Market Street, Suite B
Ventura, California 93003

Federal Correctional Institution - Dublin
5701 8th Street
Camp Parks
Dublin, California   94568

DRAWN
JCM

PROJECT NUMBER
-

APPROVED

DATE
6/98