JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs<br>　　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>　　　　　　　Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 of the United States District Court for the Northern District of California, the United States of America files this motion requesting to file documents under seal.

Good cause exists for this request. As grounds for this administrative motion, the United States has satisfied Civil Local Rule 7-10, which requires:

> (1) a specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient;
>
> (2) evidentiary support from declarations where necessary; and
>
> (3) a proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed. Civil Local Rule 7-10(c).

Initially, even setting aside other legitimate reasons the documents at issue should be sealed, during the February 27, 2024 hearing, the Court requested information regarding procedures for reporting incidents and how those procedures apply to one specific sexual misconduct allegation. During that conversation, the Court specified that the relevant information may be filed under seal. Thus, filing under seal is appropriate.

Additionally, the Privacy Act prohibits an agency from "disclos[ing] any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains." 5 U.S.C. § 552a(b). A record, in turn, is defined as "any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, his . . . medical history, and criminal or employment history and that contains his name, or the identifying number, symbol, or other identifying particular assigned to the individual." The documents the United States seeks to file under seal—a declaration from Beth Reese—contain private information about an individual that the United States does not have permission to publicly disclose.

Sealing the documents containing private information of individuals is the narrowest way to protect such information. Any disclosure at all would violate the Privacy Act.

The proposed order is narrowly tailored, as it only seeks to seal declarations related to this narrow issue about which the Court requested information.

Therefore, to ensure continued security of the institution and ensure that individual's private information remains private, the United States requests that the Court enter an order under Civil Local Rule 79-5 to place the following documents filed March 7, 2024 under seal:

| Document and Portion of Document to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| Beth Reese Second Declaration | 5 U.S.C. § 552a (Privacy Act); Court's February 27, 2024 Hearing Statements | |

WHEREFORE, the United States respectfully requests that the Court grant this Administrative Motion and enter the attached proposed order sealing the United States' documents.

DATED this 7th day of March, 2024.

JESSE A. LASLOVICH
United States Attorney

/s/ *Madison L. Mattioli*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for United States