JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Attorneys for Federal Defendants
and Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs<br>      v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>            Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**DECLARATION OF MADISON MATTIOLI** |

I, MADISON MATTIOLI, declare as follows:

1. My name is Madison Mattioli, and I am an attorney of record in the above captioned case representing Federal Defendants and Defendant United States of America.
2. After the motions hearing on February 27, 2024, the Court instructed counsel for the United States to file information regarding the process of relaying sexual assault allegations between the Bureau of Prisons' (BOP) Office of Internal Affairs, the BOP's local institutions, and the Department of Justice's Office of the Inspector General, and to address a specific sexual misconduct allegation raised by Plaintiffs' counsel.
3. The Court advised counsel that this information could be filed under seal.
4. Thus, based on this statement, counsel for the United States requests to file the requested documents containing the information under seal.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 7th day of March, 2024, at Helena, MT.

                                            _/s/ *Madison L. Mattioli*_____
                                            MADISON MATTIOLI
                                            Assistant United States Attorney
                                            District of Montana

Declaration of Madison Mattioli
iso Admin. motion to File Under Seal
4:23-cv-04155-ygr                 2