ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL - 330482
LUMA KHABBAZ - 351492
ROSEN BIEN GALVAN &
  GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
       kjanssen@rbgg.com
       aspiegel@rbgg.com
       lkhabbaz@rbgg.com

STEPHEN CHA-KIM*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Email: stephen.cha-kim@arnoldporter.com

CARSON ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA  94306-3807
Telephone: 650.319.4500
Email: carson.anderson@arnoldporter.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI* Mass. Bar No. 691821
AMARIS MONTES* Md. Bar No. 2112150205
D. DANGARAN *Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
       amaris@rightsbehindbars.org
       d@rightsbehindbars.org

Attorneys for Plaintiffs                        *Admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED REGARDING PLAINTIFFS' NOTICE IN RESPONSE TO THE UNITED STATES' UNDER SEAL FILINGS AT ECF NO. 197** |

1   Pursuant to Civil L.R. 7-11 and 79-5(f), Plaintiffs submit this Administrative Motion To Consider Whether Material Should Be Sealed Regarding Plaintiffs' Notice In Response To The United States' Under Seal Filings At ECF No. 197.

Plaintiffs' Notice In Response To The United States' Under Seal Filings At ECF No. 197 ("Plaintiffs' Response"), the Declaration of Oren Nimni in support thereof ("Nimni Declaration"), and Exhibits A-D filed therewith, contain material that the United States requested be sealed at ECF No. 197. Additionally, the Court specifically requested that the Parties file these papers under seal during a side bar discussion at the February 27, 2024 hearing. *See* Cha-Kim Declaration, filed herewith, ¶4. Plaintiffs take no position on whether this information should be sealed but submit this sealing request out of an abundance of caution.

Dated: March 8, 2024                    Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  /s/ Stephen Cha-Kim
     Stephen Cha-Kim

*Attorneys for Plaintiffs*