| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL - 330482<br>LUMA KHABBAZ - 351492<br>ROSEN BIEN GALVAN &<br>  GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>   kjanssen@rbgg.com<br>   aspiegel@rbgg.com<br>   lkhabbaz@rbgg.com | STEPHEN CHA-KIM*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: 650.319.4500<br>Email: carson.anderson@arnoldporter.com |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI* Mass. Bar No. 691821<br>AMARIS MONTES* Md. Bar No. 2112150205<br>D. DANGARAN *Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>   amaris@rightsbehindbars.org<br>   d@rightsbehindbars.org |
| Attorneys for Plaintiffs | *Admitted pro hac vice |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>  Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**DECLARATION OF STEPHEN CHA-KIM IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED REGARDING PLAINTIFFS' NOTICE IN RESPONSE TO THE UNITED STATES' UNDER SEAL FILINGS AT ECF NO. 197** |

Cha-Kim Decl. ISO AMFUS re Pls' Resp. re ECF No. 197   Case No. 4:23-CV-04155-YGR

I, Stephen Cha-Kim, hereby declare as follows:

1. I am an attorney admitted to practice *pro hac vice* in this Court. I am a Partner at the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Plaintiffs in the above captioned matter.

2. I submit this declaration in support of Plaintiffs' Administrative Motion To Consider Whether Material Should Be Sealed Regarding Plaintiffs' Notice In Response To The United States' Under Seal Filings At ECF No. 197. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. Plaintiffs' Notice In Response To The United States' Under Seal Filings At ECF No. 197, and the Declaration of Oren Nimni with Exhibits A-D in support thereof, contain information that the United States requested be sealed at ECF No. 197.

4. Additionally, I participated in a side bar discussion with the Court during the February 27, 2024 hearing where the Court instructed the Parties to file this information under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, NY, on this 8th day of March, 2024.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  */s/ Stephen Cha-Kim*
     Stephen Cha-Kim

*Attorneys for Plaintiffs*