IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED REGARDING PLAINTIFFS' NOTICE IN RESPONSE TO THE UNITED STATES' UNDER SEAL FILINGS AT ECF NO. 197** |

This matter comes before the Court on Administrative Motion To Consider Whether Material Should Be Sealed Regarding Plaintiffs' Notice In Response To The United States' Under Seal Filings At ECF No. 197 (the "Motion").  Having considered the Motion and supporting declarations as well as the pleadings and materials lodged in this action, the Court finds good cause and GRANTS the Motion as indicated in the table below.

| Document | Portion to be Sealed |
|---|---|
| Plaintiffs' Notice In Response To The United States' Under Seal Filings At ECF No. 197 | • Entirety. |
| Declaration of Oren Nimni and Exhibits A-D | • Entirety. |

IT IS SO ORDERED.

Dated: _____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge