| | |
|---|---|
| MICHAEL W. BIEN – 096891 | OREN NIMNI* |
| ERNEST GALVAN – 196065 | Mass. Bar No. 691821 |
| KARA J. JANSSEN – 274762 | AMARIS MONTES* |
| ADRIENNE SPIEGEL – 330482 | Md. Bar No. 2112150205 |
| LUMA KHABBAZ – 351492 | RIGHTS BEHIND BARS |
| ROSEN BIEN | 416 Florida Avenue N.W. #26152 |
| GALVAN & GRUNFELD LLP | Washington, D.C. 20001-0506 |
| 101 Mission Street, Sixth Floor | Telephone: (202) 455-4399 |
| San Francisco, California 94105-1738 | Email: oren@rightsbehindbars.org |
| Telephone: (415) 433-6830 | amaris@rightsbehindbars.org |
| Email: mbien@rbgg.com | |
|         egalvan@rbgg.com | STEPHEN S. CHA-KIM* |
|         kjanssen@rbgg.com | N.Y. Bar No. 4979357 |
|         aspiegel@rbgg.com | ARNOLD & PORTER KAYE SCHOLER LLP |
|         lkhabbaz@rbgg.com | 250 West 55th Street |
| | New York, New York 10019-9710 |
| SUSAN M. BEATY – 324048 | Telephone: (212) 836-8000 |
| CALIFORNIA COLLABORATIVE FOR | Email: stephen.cha-kim@arnoldporter.com |
| IMMIGRANT JUSTICE | |
| 1999 Harrison Street, Suite 1800 | CARSON D. ANDERSON – 317308 |
| Oakland, California 94612-4700 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Telephone: (510) 679-3674 | 3000 El Camino Real |
| Email: susan@ccijustice.org | Five Palo Alto Square, Suite 500 |
| | Palo Alto, California 94306-3807 |
| | Telephone: (650) 319-4500 |
| | Email: carson.anderson@arnoldporter.com |
| | |
| | *Admitted *Pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., | Case No. 4:23-cv-04155 |
| Plaintiffs, | **PROOF OF SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 4(i) FOR DEFENDANT CYNTHIA JONES** |
| v. | |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., | |
| Defendants. | Judge: Hon. Yvonne Gonzales Rogers |
| | Trial Date: None Set |

I, Linda Woo, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of the following documents and attachments (hereinafter, collectively, the "Copies"):

- Civil Complaint (Dkt No. 1);
- Summons in a Civil Case (Dkt. No. 37);
- Standing Order for Judge Yvonne Gonzales Rogers; and
- Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

3. I served Cynthia Jones, in her individual capacity, in compliance with the Federal Rules of Civil Procedure, Rule 4(i) by doing each of the following:

a. **Service on the United States Attorney for the Northern District of California**

I caused to be served via Registered Process Server the Copies to:

U.S. Attorney for the Northern District of California
Federal Building
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

A true and correct copy of the Declaration of Process Server showing service on October 27, 2023 is attached hereto as **Attachment 1**.

b. **Mail Service on the Attorney General of the United States.**

On October 27, 2023, in compliance with the Federal Rules of Civil Procedure. I mailed the Copies to the Attorney General of the United States, addressed to:

Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
*Certified Mail Receipt No. 7018 3090 0000 1556 9662*

I enclosed the Copies in a sealed envelope or package addressed to the person at the

1  addresses listed above and placed the envelope for collection and mailing via Certified
2  Mail, Return Receipt Requested, following our ordinary business practices.  I am readily
3  familiar with the practice of Rosen Bien Galvan & Grunfeld LLP for collecting and
4  processing correspondence for mailing.  On the same day that the correspondence is placed
5  for collection and mailing, it is deposited in the ordinary course of business with the
6  United States Postal Service, in sealed envelopes with postage fully prepaid.  A copy of the
7  Certified Mail Receipt date stamped by the U.S. Postal Service and the signed Return
8  Receipt is attached hereto at **Attachment 2**.

        c.    **Service on an officer of the United States sued in their individual capacity.**

I caused to be served via Registered Process Server the Copies along with the Order Granting Plaintiffs' Ex Parte Request for Enlargement of Time Under Fed. R. Civ. P. 6(b) & 4(i)(4)(B) (ECF 146) and the First Amended Complaint (ECF 152) to:

> Cynthia Jones
> 9200 Alcosta Blvd., Apt. L1
> San Ramon, CA

A true and correct copy of the Declaration of Process Server showing service on March 4, 2024 is attached hereto as **Attachment 3**.

    4.    My name, address, and telephone number are:

> Linda Woo
> Rosen Bien Galvan & Grunfeld LLP
> 101 Mission Street, Sixth Floor
> San Francisco, CA  94105-1738
> (415) 433-6830

    5.    I am not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/ / /

/ / /

/ / /

Executed on March 12, 2024, at San Francisco, California.

_____
Linda Woo

# ATTACHMENT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>KARA JANSSEN \| SBN: 274762<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor   San Francisco, CA 94105 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 433-6830 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

**United States District Court**

STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: CALIFORNAI COALITION FOR WOMEN PRISIONERS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISIONS, a governmental entity, et al. | 4:23-CV-04155-YGR |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>672-7 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER IN CIVIL CASES - JUDGE YVONNE GONZALEZ ROGERS**

PARTY SERVED: **LT. CYNTHIA JONES, in her individual capacity**

PERSON SERVED: **Jeffrey McCoy - Receptionist**

DATE & TIME OF DELIVERY: **10/27/2023**
**11:00 AM**

ADDRESS, CITY, AND STATE: **450 Golden Gate Avenue**
**San Francisco, CA 94102**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ 35.00
County: San Francisco
Registration No.: 1501
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 672-7

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 27, 2023

Signature: Joseph Hellbender

**PROOF OF SERVICE**

P205769

ATTACHMENT 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

(C. Jones)

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 4.35
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 3.55
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 17.05
Total Postage and Fees $ 24.95

Postmark Here — RINCON STATION SF 94105 OCT 27 2023 USPS

Sent To: MERRICK GARLAND, U.S. ATTORNEY GENERAL
Street and Apt. No., or PO Box No.: 950 PENNSYLVANIA AVE., N.W.
City, State, ZIP+4®: WASHINGTON, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 3090 0000 1556 9662

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

9590 9402 7286 2028 3402 79

2. Article Number (Transfer from service label)
7018 3090 0000 1556 9662

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
NO  U 0  023

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

23

3. Service Type
☐ Adult Signature           ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☒ Certified Mail®           ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation™
☐ Collect on Delivery       ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

# ATTACHMENT 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-cv-04155-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DARRELL SMITH, in his individual capacity
471 Tiger Hammock Road
Crawfordville, FL 32327

(Additional Defendants to be served pursuant to Fed. R. Civ. P. 4(i)(3) listed on Continuation Page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kara J. Janssen
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 10/26/2023

S. Campos
*Signature of Clerk or Deputy Clerk*

Civil Action No. **4:23-cv-04155-YGR**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **Lt. Cynthia Jones, in her individual capacity, TBD**
**was received by me on  March 4, 2024**

☑ I personally served the SUMMONS IN A CIVIL ACTION on the individual at 9200 ALCOSTA BLVD, APT L1 , SAN RAMON, CA  on 2/28/2024 8:01 PM

☐ I left the  at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the  to  , who is designated by law to accept service of process on behalf of   on  ;or

☐ other *(specify)*:

*My fees are $ for travel and $  for services, for a total of $ 324.23*

*I declare under penalty of perjury that this information is true.*

Date: **3/4/2024**

*Server's signature*

**Sergio Romero**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: 1627 / County: ALAMEDA**
*Server's Address*

Additional information regarding attempted service, etc.:

In addition to the SUMMONS IN A CIVIL ACTION, "**COMPLAINT - JURY TRIAL DEMANDED; CIVIL COVER SHEET; ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME UNDER FED. R. CIV. P. 6(b) & 4(i)(4)(B); FIRST AMENDED COMPLAINT - JURY TRIAL DEMANDED; STANDING ORDER IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT SYSTEM**", were served as well.

A0440-2291746