ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
kjanssen@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI[*]
 Mass. Bar No. 691821
AMARIS MONTES[*]
 Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM[*]
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

[*] Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME UNDER FED. R. CIV. P. 6(b) & 4(i)(4)(B)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: None Set |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby request an extension of time to serve the individual Defendants who have not yet been served. Plaintiffs have complied with FRCP Rule 4(i)(3) by serving the United States as to all individual Defendants. Under Rule 4(i)(4)(B), Plaintiffs are entitled to a "reasonable time" to complete service on all individual Defendants.

A defendant must be served within 90 days of the filing of a complaint. Fed. R. Civ. P. 4(m). The "reasonable time" extension of Rule 4(i)(4)(B) applies where, as here, the Plaintiffs have served the United States, but require more time to complete service on the individual capacity Defendants. The complaint in this case was filed on August 16, 2023. *See* ECF 1.  Within the 90-day time period, Plaintiffs completed service on nine of the fifteen Defendants in this matter, including the BOP Director, then-Warden Jushino, and six individual BOP employees..  For the remaining defendants, six other individual employees or ex-employees of the Bureau of Prisons, Plaintiffs had completed the first required step of service—service on the United States—well within the 90-days.  *See* ECF No. 43.  On November 10, 2023, the Plaintiffs moved for an extension of time to complete service on the remaining six defendants.  On November 27, 2023, the Court extended time for service to February 9, 2024.  On February 7, 2024, the Court extended time for service to March 15, 2024. Since then, Plaintiffs have been informed that service upon Defendants Serrano, Lewis, Vasquez, and C. Jones has been completed.  Plaintiffs are awaiting proofs of service.

Plaintiffs' Counsel have undertaken exhaustive efforts to complete service on the remaining individual Defendants, and have been able to serve all but two defendants.

1. Officer Darrell Wayne Smith.  Plaintiffs have attempted personal service at Smith's last known address in Florida nine times between September 14, 2023 and January 29, 2024.  The house appears to be occupied, but no one responds to the attempts at service.  Galvan Decl. ¶¶ 2a-i.  Plaintiffs' counsel has contacted Officer Smith's criminal defense counsel in the matter *United States v. Smith,* No. 23-CR-00110 YGR, to confirm the address and to ask whether counsel would accept service on his behalf.  Galvan Decl. ¶

2h, Exhibit G.  Counsel confirmed the address but decline to accept service.  Plaintiffs have also attempted service via USPS certified mail, but the items were returned undelivered.  Plaintiffs have now requested the Court authorize service by publication.

   2.  Officer Nakie Nunley.  Plaintiffs attempted personal service at Officer Nunley's last known address five times after learning of a new address by January 17, 2024.  Galvan Decl. ¶¶ 3c-d.  Plaintiffs' counsel has contacted Officer Smith's criminal defense counsel in the matter *United States v. Nunley,* No. 23-CR-00213 YGR, to confirm the address and to ask whether counsel would accept service on his behalf.  Galvan Decl. ¶¶ 3d, Exhibit K. Plaintiffs have not received a response to that email.

   Rule 6(b) of the Federal Rules of Civil Procedure permits parties to seek an extension of time for any act that "may or must be done within a specified time." Fed. R. Civ. P. 6(b). Where the time for the required action has not yet expired and good cause exists, the Court may grant an extension *ex parte* or without notice. *Id.* at 6(b)(1)(A).  Here, the time for the required action, as extended by this Court's order of February 7, 2024, will not expire until March 15, 2024.  Plaintiffs filed a Motion for Leave to Serve by Publication for the remaining two defendants, Smith and Nunley, on March 8, 2024.  *See* ECF 207.  If this Court grants the motion, service by publication requires four weeks to be completed. Cal. Civ. Pro. § 415.50(c); Cal. Gov't Code § 6064.

   Having undertaken significant efforts to serve the individual remaining two Defendants named above, Plaintiffs request that the Court grant an enlargement of time under Rule 6(b) and Rule 4(i)(4), extending the time they have to effect service on the individual Defendants. Plaintiffs request that the time for service be extended to April 26, 2024.

| | | |
|---|---|---|
| 1 | DATED: March 12, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 4 | | By: /s/ Luma Khabbaz |
| 5 | | Luma Khabbaz |
| 6 | | Attorneys for Plaintiffs |