ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Email:        egalvan@rbgg.com
              kjanssen@rbgg.com
              aspiegel@rbgg.com
              lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:    (510) 679-3674
Email:        susan@ccijustice.org

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:    (202) 455-4399
Email:        oren@rightsbehindbars.org
              amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:    (212) 836-8000
Email:        stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone:  (650) 319-4500
Email:        carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:    None Set |

I, Ernest Galvan, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration based in support of Plaintiffs' Motion for Leave to Serve by Publication.

2.      Plaintiffs have attempted to serve Defendant **Darrell Smith** on this matter as follows:

a.      In compliance with FRCP Rule 4(i)(3) we served the United States for Defendant Smith on September 14, 2023 (United States Attorneys' Office) and September 18, 2023 (Attorney General of the United States).

b.      On September 14, 2023, a copy of the Complaint, Summons dated September 13, 2023, Judge Gonzalez Rogers' Standing Order and Standing Order for All Judges re Joint Case Management Statement (hereinafter "Smith Documents 1") was sent via certified mail to Mr. Smith at the address where we believe he is residing in Florida. The United States Postal Service (hereinafter "USPS") attempted to deliver the "Smith Documents 1" to Mr. Smith's residence on September 18 and September 19, 2023. Notices were left at this address on both occasions because no authorized recipient was available. The USPS sent a reminder to Mr. Smith on September 23, 2023 to schedule redelivery of the item. Since the envelope remained unclaimed, the USPS initiated the return of the "Smith Documents 1" to our Firm on October 3, 2023 and we received the envelope of materials on October 26, 2023. Attached hereto as **Exhibit A** is a true and correct copy of the USPS Tracking.

c.      On October 27, 2023, a copy of the Complaint, Summons dated October 26, 2023, Judge Gonzalez Rogers' Standing Order and Standing Order for All Judges re Joint Case Management Statement (hereinafter "Smith Documents 2") was sent via certified mail to Mr. Smith at the address where we believe he is residing in Florida. The USPS attempted to deliver the "Smith Documents 2" to Mr. Smith's residence on

1   November 3, 2023. Notice was left at this address because no authorized recipient was

2   available. The USPS sent a reminder to Mr. Smith on November 8, 2023 to schedule

3   redelivery of the item. Since the envelope remained unclaimed, the USPS initiated the

4   return of the "Smith Documents 2" to our Firm on December 4, 2023. Attached hereto as

5   **Exhibit B** is a true and correct copy of the USPS Tracking.

6         d.      On November 13, 2023, Plaintiffs initiated personal service of the

7   "Smith Documents 2" on Mr. Smith via Ace Attorney Service at the address where we

8   believe he is residing in Florida. The process server attempted to serve Ms. Smith on three

9   separate occasions: November 20, November 22, and November 25, 2023; they were

10  unsuccessful on each attempt. Attached hereto as **Exhibit C** is a true and correct copy of

11  the email correspondence from Ace Attorney Service to our Firm providing a status update

12  of the service attempts on Mr. Smith with the address redacted.

13        e.      On December 4, 2023, Ace Attorney Service attempted to serve the

14  "Smith Documents 2" on Mr. Smith. Again, they were unsuccessful. Attached hereto as

15  **Exhibit D** is a true and correct copy of the email correspondence from Ace Attorney

16  Service to our Firm providing a status update on this attempt at service with the address

17  redacted.

18        f.      Ace Attorney Service again attempted to serve the "Smith Documents

19  2" on Mr. Smith on January 8 and January 10, 2024 with no success. Attached hereto as

20  **Exhibit E** is a true and correct copy of the email correspondence from Ace Attorney

21  Service to our Firm providing a status update on these attempts at service with the address

22  redacted.

23        g.      Ace Attorney Service again attempted to serve the "Smith Documents

24  2" on Mr. Smith on January 16 and January 18, 2024 with no success. Attached hereto as

25  **Exhibit F** is a true and correct copy of the email correspondence from Ace Attorney

26  Service to our Firm providing a status update on these attempts at service with the address

27  redacted.

28        h.      On or about January 17, 2024, I emailed Defendant Smith's counsel in

the matter United States v. Smith, No. 23-CR-00110 YGR, to confirm the address and to ask whether counsel would accept service on his behalf. On or about January 26, 2024, I received a response confirming the address but declining to accept service. Attached hereto as **Exhibit G** is a true and correct copy of these two emails with the address information redacted.

i.       By January 24, 2024, we had learned of a possible new address for Mr. Smith, and have attempted again to serve him there via Ace Attorney Service. On January 29, 2024, Ace Attorney Service informed us that "the server has been attempting service for the same person, for a different attorney. They've been out to the [redacted] address twice so far. The server spoke with Ms. Smith, who is the subject's daughter. She told the server he does not live there and she's not in contact with him." Attached hereto as **Exhibit H** is a true and correct copy of this email with the address information redacted.

3.       Plaintiffs have attempted to serve Defendant **Nakie Nunley** on this matter as follows:

a.       In compliance with FRCP Rule 4(i)(3) we served the United States for Defendant Nunley on September 14, 2023 (United States Attorneys' Office) and September 18, 2023 (Attorney General of the United States).

b.       Plaintiff has attempted to serve a copy of the Complaint, Summons dated September 13, 2023, Judge Gonzalez Rogers' Standing Order and Standing Order for All Judges re Joint Case Management Statement (hereinafter "Nunley Documents") on Defendant Nakie Nunley via Ace Attorney Service on September 19, 2023 at the address where we believe he is residing in Fairfield, California. The process server was informed by a woman who spoke through a screen door that she had recently purchased the house and moved in the prior month and had no knowledge of Mr. Nunley. Attached as **Exhibit I** is a true and correct copy of the email correspondence from Ace Attorney Service to our Firm providing a status update for Mr. Nunley with the address redacted.

c.       By January 17, 2024, we had learned of a possible new address for Mr. Nunley in Suisun City, California, and have attempted again to serve him there via

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME

Ace Attorney Service. Ace Attorney Service attempted to serve Mr. Nunley on January 20 and January 23, 2024 with no success. Attached as **Exhibit J** is a true and correct copy of the email correspondence from Ace Attorney Service to our Firm providing a status update for Mr. Nunley with the address redacted. On or about January 23, 2024, I emailed Defendants Nunley's counsel in the matter United States v. Nunley, No. 23-CR-00213 YGR, to confirm the address and to ask whether counsel would accept service on his behalf. Attached hereto as **Exhibit K** is a true and correct copy of my email with the address information redacted.  As of March 8, 2024, I have received no response to this email.

    d.  Ace Attorney Service attempted to serve Mr. Nunley on January 26, January 30 and January 31, 2024 with no success.  Attached as **Exhibit L** is a true and correct copy of the email correspondence from Ace Attorney Service to our Firm providing a status update for Mr. Nunley with the address redacted

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 12th day of March 2024.

            */s/ Ernest Galvan*
            Ernest Galvan

E X H I B I T   A

# USPS Tracking®

**FAQs** ›

**Tracking Number:**                                                    **Remove** ✕

## 70183090000015569631

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was returned to the sender on October 26, 2023 at 3:29 pm in SAN FRANCISCO, CA 94105 because it could not be delivered as addressed.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Alert**
**Return to Sender**
SAN FRANCISCO, CA 94105
October 26, 2023, 3:29 pm

**In Transit to Next Facility**
October 16, 2023

**Departed USPS Regional Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
October 12, 2023, 10:04 pm

**Arrived at USPS Regional Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
October 12, 2023, 10:03 am

**Arrived at USPS Regional Facility**
JACKSONVILLE FL DISTRIBUTION CENTER
October 11, 2023, 11:09 pm

**Arrived at USPS Regional Facility**
GAINESVILLE FL DISTRIBUTION CENTER

Feedback

October 7, 2023, 4:31 am

**Unclaimed/Being Returned to Sender**
CRAWFORDVILLE, FL 32327
October 3, 2023, 8:49 am

**Reminder to Schedule Redelivery of your item**
September 23, 2023

**Notice Left (No Authorized Recipient Available)**
CRAWFORDVILLE, FL 32327
September 19, 2023, 11:45 am

**Notice Left (No Authorized Recipient Available)**
CRAWFORDVILLE, FL 32327
September 18, 2023, 12:33 pm

**Out for Delivery**
CRAWFORDVILLE, FL 32327
September 18, 2023, 6:23 am

**Arrived at Post Office**
CRAWFORDVILLE, FL 32327
September 18, 2023, 6:12 am

**Arrived at USPS Regional Facility**
JACKSONVILLE FL NETWORK DISTRIBUTION CENTER
September 16, 2023, 2:09 am

**Arrived at USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
September 14, 2023, 7:12 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information** ⌄

**See Less** ︿

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

E X H I B I T   B

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs ❯

Tracking Number:

Remove ✕

## 70183090000015569693

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item could not be delivered on December 4, 2023 at 12:53 pm in CRAWFORDVILLE, FL 32327. It was held for the required number of days and is being returned to the sender.

Get More Out of USPS Tracking:

   USPS Tracking Plus®

## Alert
**Unclaimed/Being Returned to Sender**
CRAWFORDVILLE, FL 32327
December 4, 2023, 12:53 pm

**Reminder to Schedule Redelivery of your item**
November 8, 2023

**Notice Left (No Authorized Recipient Available)**
CRAWFORDVILLE, FL 32327
November 3, 2023, 1:19 pm

**In Transit to Next Facility**
October 31, 2023

**Arrived at USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
October 27, 2023, 10:38 pm

Feedback

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

EXHIBIT C

# Linda Woo

**From:** Aida@acelegal.com
**Sent:** Tuesday, November 28, 2023 3:27 PM
**To:** Linda Woo; AIDA@ACELEGAL.COM; DANNY@ACELEGAL.COM
**Subject:** Status Update-Control# 2253922 Ref# IMAN-DMS.FID66630

[EXTERNAL MESSAGE NOTICE]

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2253922

Reference: IMAN-DMS.FID66630

Delivery Name and Address:
DARRYL SMITH
███████████████████████

Service Type: PDF P3D

Notes:
1ST ATTEMPT: 11/20, 6:25PM / Server arrived at location and the front door is not visible from the end of the driveway at the street. There were two cars parked in car ports. Server honked several times and waited, but did not get a response.
*********************************************************
2ND ATTEMPT: 11/22, 6:40AM / Server arrived at the home and could see four cars parked in the front yard area. No contact made after honking several times.
*********************************************************
3RD ATTEMPT: 11/25, 4:25PM / Once again there was no contact made. Three cars parked out front, no people seen on property.
 **** PLEASE ADVISE HOW TO PROCEED WITH SERVICE ****

EXHIBIT  D

**Linda Woo**

---

**From:**          Aida@acelegal.com
**Sent:**          Thursday, December 7, 2023 10:38 AM
**To:**            Linda Woo; AIDA@ACELEGAL.COM
**Subject:**       Status Update-Control# 2253922 Ref# IMAN-DMS.FID66630

[EXTERNAL MESSAGE NOTICE]

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2253922

Reference: IMAN-DMS.FID66630

Delivery Name and Address:
DARRYL SMITH
████████████████████████

Service Type: PDF P3D

Notes:
4TH ATTEMPT: 12/4, 8:15AM / No contact was made and no vehicles were present.  Server placed a business card on the mailbox during a previous attempt, and it was still in place.
  ****PLEASE ADVISE HOW TO PROCEED WITH SERVICE ****

EXHIBIT E

## Linda Woo

**From:** Aida@acelegal.com
**Sent:** Wednesday, January 10, 2024 12:38 PM
**To:** Linda Woo; AIDA@ACELEGAL.COM
**Subject:** Status Update-Control# 2270492 Ref# IMAN-DMS.FID66630

[EXTERNAL MESSAGE NOTICE]

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2270492

Reference: IMAN-DMS.FID66630

Delivery Name and Address:
DARRELL SMITH
███████████████

Service Type: PDF P3D

Notes:
1ST ATTEMPT: 1/8, 5:35PM / Gate to property was open, server gained access to the residence.  Three vehicles parked in the driveway.  Approached the front door and knocked several times and waited; There was no response.
No noise or movement noted.
*********************************************************
2ND ATTEMPT: 1/10, 2:18PM / The gate to the property was closed and locked with a chain.  Server unable to gain access to the home.
***WE WILL CONTINUE ATTEMPTING***

E X H I B I T   F

**Linda Woo**

**From:**        Aida@acelegal.com
**Sent:**        Friday, January 19, 2024 11:45 AM
**To:**          Linda Woo; AIDA@ACELEGAL.COM
**Subject:**     Status Update-Control# 2270492 Ref# IMAN-DMS.FID66630

[EXTERNAL MESSAGE NOTICE]

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2270492

Reference: IMAN-DMS.FID66630

Delivery Name and Address:
DARRELL SMITH
██████████████████

Service Type: PDF P3D

Notes:
3RD ATTEMPT: 1/16, 8:45AM / Server arrived at location, and the property gates are locked.  Unable to gain access to the residence.
4TH ATTEMPT: 1/18, 7:58AM / Server arrived at location, and the property gates remain locked.  Unable to gain access to the residence.

E X H I B I T   G

**Ernest Galvan**

| | |
|---|---|
| **From:** | Benjamin Luke <luke@Defender.Law> |
| **Sent:** | Friday, January 26, 2024 11:21 AM |
| **To:** | Ernest Galvan |
| **Cc:** | Linda Woo; Luma Khabbaz; Kara Janssen; Oren Nimni; Susan Beaty; Cha-Kim, Stephen; Naomi Chung |
| **Subject:** | Re: USA v. Darrell Wayne Smith, NO. 23-CR-00110-YGR and CCWF et al. v. Darrell Wayne Smith et al., No. 23-cv-4155 YGR [IMAN-DMS.FID66630] |

[EXTERNAL MESSAGE NOTICE]

Hello Counsel,

We do not represent Mr. Smith in the civil case. Our firm has only been retained in the criminal matter. Thus, we are not authorized to accept service on his behalf in the civil matter.

However, I can confirm that the address you provided is correct.

Thank you,
Ben



Benjamin P. Luke
Attorney
t. 415.942.9000
f. 415.484.7054
luke@defender.law

Pier 9, Suite 100
San Francisco, CA 94111
www.defender.law

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Date:** Wednesday, January 17, 2024 at 3:28 PM
**To:** Naomi Chung <Chung@Defender.Law>, Benjamin Luke <luke@Defender.Law>
**Cc:** Linda Woo <lwoo@rbgg.com>, Luma Khabbaz <LKhabbaz@rbgg.com>, Kara Janssen <KJanssen@rbgg.com>, Oren Nimni <oren@rightsbehindbars.org>, Susan Beaty <susan@ccijustice.org>, Cha-Kim, Stephen <Stephen.Cha-Kim@arnoldporter.com>
**Subject:** USA v. Darrell Wayne Smith, NO. 23-CR-00110-YGR and CCWF et al. v. Darrell Wayne Smith et al., No. 23-cv-4155 YGR [IMAN-DMS.FID66630]

Dear Counsel:

I represent the plaintiffs in the civil action, CCWF et al. v. United States, Darrell Wayne Smith, et al., No. 23-cv-4155 YGR.  Despite diligent efforts, I have not been able to complete service of the civil summons and complaint on your client, Mr. Smith.  My process server has attempted service numerous times at the last known address we have for Mr. Smith, which is ██████████████████████.  The process server has been to the address on several occasions on which there were vehicles parked in the driveway, and the gate was open, but no one responded at the

1

door.  Service was attempted on 1/20/24, 1/8/24, 11/25/23, 11/20/23, 11/22/23.  We have also attempted service twice by U.S. Certified Mail, however he has not responded to USPS notices of attempted delivery.

I presume that his conditions of pre-trial release require him to be at this address, although the conditions are currently under seal and I cannot access them on Pacer.

At this point, I am prepared to ask Judge Gonzalez Rogers to unseal the pretrial release conditions, so that I can confirm the address that way, and to file a motion in the civil case seeking leave to serve by publication.  Before I do so, I am reaching out to you with two questions:

1. Are you authorized to accept service on Mr. Smith's behalf?
2. Can you confirm a proper address for personal service?

Please respond **by Friday, January 19, 2024,** as I am working under an early February deadline to complete service.


Thank you.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

EXHIBIT  H

**From:**      Aida@acelegal.com
**To:**        Linda Woo; AIDA@ACELEGAL.COM
**Subject:**   Status Update-Control# 2278688 Ref# IMAN-DMS.FID66630
**Date:**      Monday, January 29, 2024 11:16:20 AM

---

[EXTERNAL MESSAGE NOTICE]

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2278688

Reference: IMAN-DMS.FID66630

Delivery Name and Address:
DARRELL SMITH
██████████████████
██████████████████

Service Type: PDF P3D

Notes:
══Received the following information from our affiliate:
"Apparently, there are other people looking for the
subject - The server has been attempting service for the
same person, for a different attorney.  They've been out
to the ██████████ address twice so far.
The server spoke with Ms. Smith, who is the subject's
daughter.  She told the server he does not live there
and she's not in contact with him.
    **** PLEASE ADVISE HOW TO PROCEED WITH SERVICE ****

EXHIBIT I

## Linda Woo

**From:** abigail@acelegal.com
**Sent:** Wednesday, September 20, 2023 3:35 PM
**To:** Linda Woo; SFPROCESS@ACELEGAL.COM
**Subject:** Status Update-Control# 2231710 Ref# CA COALITION V. USAFBOP

[EXTERNAL MESSAGE NOTICE]

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2231710

Reference: CA COALITION V. USAFBOP

Delivery Name and Address:
NAKIE NUNLEY
███████████████

Service Type: PDF P3D

Notes:
09/19 @ 5:00pm PER JANE DOE (SPOKE THROUGH SCREEN DOOR) STATES SHE JUST BOUGHT HOME AND MOVED IN LAST MONTH.
SUBJECT IS UNKNOWN. SUBJECT DOES NOT LIVE OR RECEIVE MAIL HERE. THIS IS A BAD ADDRESS.
*********************************************************
PLEASE ADVISE HOW YOU WOULD LIKE TO PROCEED.

EXHIBIT J

**From:** Abigail Marie Smith
**To:** Linda Woo; Service of Process Department-Bay Area
**Subject:** Status Update-Control# 2275714 Ref# 672-7
**Date:** Thursday, January 25, 2024 10:14:11 AM

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2275714

Reference: 672-7

Delivery Name and Address:
NAKIE NUNLEY
███████████████

Service Type: PDF P3D

Notes:
1/20 @ 12:49PM SERVER DISPATCHED TO ADDRESS. NO ANSWER
AT THE DOOR AFTER KNOCKING SEVERAL TIMES. NO MOVEMENT
HEARD, QUIET INSIDE.
*****************************************************
1/23 @ 8:51PM SERVER DISPATCHED TO ADDRESS. NO ANSWER
AT THE DOOR. NO MOVEMENT OR ACTIVITY HEARD.

E X H I B I T   K

## Ernest Galvan

| | |
|---|---|
| **From:** | Ernest Galvan |
| **Sent:** | Tuesday, January 23, 2024 3:35 PM |
| **To:** | 'tpori1@gmail.com' |
| **Cc:** | Linda Woo; Luma Khabbaz; Kara Janssen; Oren Nimni; Susan Beaty; Cha-Kim, Stephen |
| **Subject:** | USA v. Nakie Nunley, NO. 23-CR-00213-YGR and CCWF et al. v. Nakie Nunley et al., No. 23-cv-4155 YGR [IMAN-DMS.FID66630] |
| **Attachments:** | Dkt 001 Civil Complaint, 08-16-23, 672-7(4340143.4).pdf; Dkt 024 Summons, 09-13-23, 672-7(4358605.1).pdf; Dkt 001-1 Civil Cover Sheet, 08-16-23, 672-7(4340144.1).pdf |

Dear Counsel:

I represent the plaintiffs in the civil action, CCWF et al. v. United States, Nakie Nunley, et al., No. 23-cv-4155 YGR.  Despite diligent efforts, I have not been able to complete service of the civil summons and complaint on your client, Mr. Nunley.  My process server has attempted to serve Mr. Nunley at the last known address we have found for him, which is ████████████████████████.  We have also attempted service by U.S. Certified Mail.

I presume that his conditions of pre-trial release require him to be at this or some other address, although the conditions are currently under seal and I cannot access them on Pacer.

At this point, I am prepared to ask Judge Gonzalez Rogers to unseal the pretrial release conditions, so that I can confirm the address that way, and to file a motion in the civil case seeking leave to serve by publication.  Before I do so, I am reaching out to you with two questions:

1.  Are you authorized to accept service on Mr. Nunley's behalf?
2.  Can you confirm a proper address for personal service?

Please respond **by Friday, January 26, 2024,** as I am working under an early February deadline to complete service.

Thank you.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

EXHIBIT  L

| | |
|---|---|
| **From:** | abigail@acelegal.com |
| **To:** | Linda Woo; SFPROCESS@ACELEGAL.COM |
| **Subject:** | Status Update-Control# 2275714 Ref# 672-7 |
| **Date:** | Thursday, February 1, 2024 11:36:43 AM |

[EXTERNAL MESSAGE NOTICE]

ACE ATTORNEY SERVICE STATUS UPDATE

Ordered By: LINDA WOO

Control Number: 2275714

Reference: 672-7

Delivery Name and Address:
NAKIE NUNLEY
███████████████

Service Type: PDF P3D

Notes:
1/20 @ 12:49PM SERVER DISPATCHED TO ADDRESS. NO ANSWER
AT THE DOOR AFTER KNOCKING SEVERAL TIMES. NO MOVEMENT
HEARD, QUIET INSIDE.
*******************************************************
1/23 @ 8:51PM SERVER DISPATCHED TO ADDRESS. NO ANSWER
AT THE DOOR. NO MOVEMENT OR ACTIVITY HEARD.
*******************************************************
1/26 @ 7:20am NO ANSWER AT RESIDENCE ADDRESS. NO
MOVEMENT HEARD. QUIET INSIDE.
*******************************************************
1/30 @ 6:39PM SERVER DISPATCHED TO ADDRESS. NO ANSWER
AT THE DOOR AFTER KNOCKING SEVERAL TIMES. NO SIGNAL OF
MOVEMENT OR ACTIVITY. QUIET INSIDE.
*******************************************************
1/31 @ 7:32PM NO CHANGES. NO ANSWER AT RESIDENCE ADDRESS
NO SIGNAL OF MOVEMENT OR ACTIVITY. NO SOUNDS
*******************************************************
PLEASE ADVISE HOW YOU WOULD LIKE TO PROCEED