1  ERNEST GALVAN – 196065
   KARA J. JANSSEN – 274762
2  ADRIENNE SPIEGEL – 330482
   LUMA KHABBAZ – 351492
3  ROSEN BIEN
   GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
5  Telephone: (415) 433-6830
   Email: egalvan@rbgg.com
6         kjanssen@rbgg.com
          aspiegel@rbgg.com
7         lkhabbaz@rbgg.com

8  SUSAN M. BEATY – 324048
   CALIFORNIA COLLABORATIVE FOR
9  IMMIGRANT JUSTICE
   1999 Harrison Street, Suite 1800
10 Oakland, California 94612-4700
   Telephone: (510) 679-3674
11 Email: susan@ccijustice.org

   OREN NIMNI*
    Mass. Bar No. 691821
   AMARIS MONTES*
    Md. Bar No. 2112150205
   RIGHTS BEHIND BARS
   416 Florida Avenue N.W. #26152
   Washington, D.C. 20001-0506
   Telephone: (202) 455-4399
   Email: oren@rightsbehindbars.org
          amaris@rightsbehindbars.org

   STEPHEN S. CHA-KIM*
    N.Y. Bar No. 4979357
   ARNOLD & PORTER KAYE SCHOLER LLP
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Email: stephen.cha-kim@arnoldporter.com

   CARSON D. ANDERSON – 317308
   ARNOLD & PORTER KAYE SCHOLER LLP
   3000 El Camino Real
   Five Palo Alto Square, Suite 500
   Palo Alto, California 94306-3807
   Telephone: (650) 319-4500
   Email: carson.anderson@arnoldporter.com

   * Admitted *pro hac vice*

15 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME UNDER FED. R. CIV. P. 6(b) & 4(i)(4)(B)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: None Set |

1  The Court having considered Plaintiffs' *ex parte* request and the entire record in this
2  case, and good cause appearing, now ORDERS as follows:
3  Plaintiffs shall be permitted additional time to effect service on the following
4  Defendants:
5      OFFICER NAKIE NUNLEY
6      OFFICER DARRELL SMITH
7  These Defendants shall be served on or before April 26, 2024.
8  IT IS SO ORDERED.

10 DATED: _____, 2024

   _____
   Honorable Yvonne Gonzalez Rogers

---

[4452989.1]   1   Case No. 4:23-cv-04155-YGR

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR ENLARGEMENT OF TIME UNDER FED. R. CIV. P. 6(b) & 4(i)(4)(B)