UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, et al.,<br><br>    Defendants. | Case No.  22-cv-05137-YGR (AGT)<br><br>and Related Cases:<br><br>23-cv-02342-YGR<br>23-cv-03475-YGR<br>23-cv-03558-YGR<br>23-cv-02206-YGR<br>23-cv-04698-YGR<br>23-cv-02201-YGR<br>23-cv-03562-YGR<br>23-cv-03700-YGR<br>23-cv-05356-YGR<br>23-cv-02668-YGR<br>23-cv-03538-YGR<br>22-cv-08924-YGR<br>23-cv-02135-YGR<br>23-cv-02405-YGR<br>23-cv-04155-YGR<br>23-cv-03716-YGR<br>23-cv-03994-YGR<br>22-cv-07704-YGR<br>23-cv-03997-YGR<br>23-cv-03641-YGR<br>23-cv-04437-YGR<br>23-cv-04434-YGR<br>23-cv-05339-YGR<br>23-cv-03390-YGR<br>23-cv-04317-YGR<br>23-cv-04283-YGR<br>23-cv-04435-YGR<br>23-cv-04361-YGR<br>23-cv-04436-YGR<br>23-cv-04321-YGR<br>23-cv-03827-YGR<br>23-cv-04691-YGR<br>23-cv-02986-YGR<br>23-cv-05392-YGR<br>23-cv-04611-YGR<br>23-cv-05294-YGR<br>23-cv-05821-YGR<br>22-cv-09096-YGR<br>23-cv-05343-YGR<br>23-cv-05623-YGR<br>23-cv-06146-YGR<br>23-cv-06285-YGR<br>23-cv-06330-YGR<br>23-cv-06517-YGR |

24-cv-00602-YGR

**ORDER REGARDING PRE-MEDIATION EXAMINATIONS**

Re: Dkt. No. 144

Plaintiffs in the above-captioned case and related actions and the government are intending to engage in a mediation. Judge Gonzalez Rogers entered a stay pending that mediation in all related cases for individual damages. Dkt. 120 at 2. Mediating parties have met and conferred regarding pre-mediation examinations and submitted to the undersigned a proposed order regarding said examinations. Dkt. 144. Three individual defendants as well as the California Coalition for Women Prisoners and thirteen individual plaintiffs objected to that proposed order. *See* dkts. 148, 149, & 150.

Now having considered the proposed order and the subsequent objections to the order, the Court will enter the proposed order as final. This order shall apply to only those parties participating in the mediation. Any other issue that arises in connection with any discovery may be brought to the undersigned subject to the Court's standing discovery order.

**IT IS SO ORDERED.**

Dated: March 13, 2024

Alex G. Tse
United States Magistrate Judge