MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
  egalvan@rbgg.com
  kjanssen@rbgg.com
  aspiegel@rbgg.com
  lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI*
  Mass. Bar No. 691821
AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
  amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

*Admitted *Pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>    Defendants. | Case No. 4:23-cv-04155<br><br>**PROOF OF SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 4(i) FOR DEFENDANT UNITED STATES OF AMERICA**<br><br>Judge: Hon. Yvonne Gonzales Rogers<br><br>Trial Date:    None Set |

I, Linda Woo, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of the following documents and attachments (hereinafter, collectively, the "Copies"):

- Civil Complaint (Dkt No. 1);
- Order Granting Plaintiffs' Ex Parte Request for Enlargement of Time Under Fed. R. Civ. P. 6(b) & 4Ii)(4)(B) (Dkt 146);
- First Amended Complaint (Dkt. No. 152);
- Summons in a Civil Action (Dkt No. 189);
- Standing Order for Judge Yvonne Gonzales Rogers; and
- Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

3. I served the United States of America, a governmental entitty, in compliance with the Federal Rules of Civil Procedure, Rule 4(i) by doing each of the following:

    a. **Service on the United States Attorney for the Northern District of California**

I caused to be served via Registered Process Server the Copies to:

> U.S. Attorney for the Northern District of California
> Federal Building
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, CA  94102

A true and correct copy of the Declaration of Process Server showing service on March 1, 2024 is attached hereto as **Attachment 1**.

    b. **Mail Service on the Attorney General of the United States.**

On March 1, 2024, in compliance with the Federal Rules of Civil Procedure. I mailed the Copies to the Attorney General of the United States, addressed to:

> Merrick Garland
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC  20530-0001

*Certified Mail Receipt No. 7022 0410 0001 0287 1267*

I enclosed the Copies in a sealed envelope or package addressed to the person at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with the practice of Rosen Bien Galvan & Grunfeld LLP for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in sealed envelopes with postage fully prepaid. A copy of the Certified Mail Receipt date stamped by the U.S. Postal Service and the signed Return Receipt is attached hereto at **Attachment 2**.

4.  My name, address, and telephone number are:

    Linda Woo
    Rosen Bien Galvan & Grunfeld LLP
    101 Mission Street, Sixth Floor
    San Francisco, CA 94105-1738
    (415) 433-6830

5.  I am not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2024, at San Francisco, California.

_____
Linda Woo

[4454396.1]                                 3                              Case No. 4:23-cv-04155
PROOF OF SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 4(i) FOR DEFENDANT UNITED STATES OF AMERICA

# ATTACHMENT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michael W. Bien | SBN: 96891<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor   San Francisco, CA 94105<br>TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs; | |

United States District Court
  STREET ADDRESS: 1301 Clay Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Oakland, CA 94612
  BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: California Coalition for Women Prisoners, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: United States of America, et al. | 4:23-cv-04155 YGR |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>672-7 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

Summons in a Civil Action;  Complaint;  First Amended Complaint;  Order Granting Plaintiffs' Ex Parte Request for Enlargement of Time Under Fed. R. CIV. P. 6(b) & 4(i)(4)(B);  Standing Order in Civil Cases Judge Yvonne Gonzales Rogers (Updated August 24, 2023);  Standing Order for all Judges of the Northern District of California Contents of Joint Management Statement;

| PARTY SERVED: | **UNITED STATES OF AMERICA, a govenmental entity** |
|---|---|
| PERSON SERVED: | Yvonne Nickerson - Clerk |
| DATE & TIME OF DELIVERY: | 3/1/2024<br>10:28 AM |
| ADDRESS, CITY, AND STATE: | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ 70.00
  County:  San Francisco
  Registration No.:  1401
  Specialized Legal Services, Inc.
  1112 Bryant St., Suite 200
  San Francisco, CA 94103
  (415) 357-0500
  Ref: 672-7

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 4, 2024**

Signature: _____
Sean Sprowl Mosley

**PROOF OF SERVICE**

P208890

ATTACHMENT 2

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
(WSA)

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7022 0410 0001 0287 1267

Certified Mail Fee $ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 3.65
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 23.10

Total Postage and Fees $ 31.15

Postmark Here
RINCON STATION SF 94105 USPS MAR 1 2024

*Sent To* Merrick Garland, U.S. Attorney General
*Street and Apt. No., or PO Box No.* 950 Pennsylvania Ave., N.W.
*City, State, ZIP+4®* Washington, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

9590 9402 7286 2028 3556 79

2. Article Number *(Transfer from service label)*

7022 0410 0001 0287 1267

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* MAR 05 2024 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



