| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>         kjanssen@rbgg.com<br>         aspiegel@rbgg.com<br>         lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI[*]<br> Mass. Bar No. 691821<br>AMARIS MONTES[*]<br> Md. Bar No. 2112150205<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>         amaris@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM[*]<br> N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500<br>Email: carson.anderson@arnoldporter.com<br><br>[*]Admitted *Pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>          Defendants. | Case No. 4:23-cv-04155<br><br>**PROOF OF SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 4(i) FOR DEFENDANT KAYLA SERRANO**<br><br>Judge: Hon. Yvonne Gonzales Rogers<br><br>Trial Date:          None Set |

I, Linda Woo, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of the following documents and attachments (hereinafter, collectively, the "Copies"):

- Civil Complaint (Dkt No. 1);
- Order Granting Plaintiffs' Ex Parte Request for Enlargement of Time Under Fed. R. Civ. P. 6(b) & 4Ii)(4)(B) (Dkt 146);
- First Amended Complaint (Dkt. No. 152);
- Summons in a Civil Action (Dkt No. 189);
- Standing Order for Judge Yvonne Gonzales Rogers; and
- Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

3. I served Kayla Serrano, in her individual capacity, in compliance with the Federal Rules of Civil Procedure, Rule 4(i) by doing each of the following:

   a. **Service on the United States Attorney for the Northern District of California**

   I caused to be served via Registered Process Server the Copies to:

   > U.S. Attorney for the Northern District of California
   > Federal Building
   > 450 Golden Gate Avenue, 11th Floor
   > San Francisco, CA  94102

   A true and correct copy of the Declaration of Process Server showing service on March 1, 2024 is attached hereto as **Attachment 1**.

   b. **Mail Service on the Attorney General of the United States.**

   On March 1, 2024, in compliance with the Federal Rules of Civil Procedure. I mailed the Copies to the Attorney General of the United States, addressed to:

   > Merrick Garland
   > Attorney General of the United States
   > U.S. Department of Justice
   > 950 Pennsylvania Avenue, N.W.
   > Washington, DC  20530-0001

*Certified Mail Receipt No. 7022 0410 0001 0287 1281*

I enclosed the Copies in a sealed envelope or package addressed to the person at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices.  I am readily familiar with the practice of Rosen Bien Galvan & Grunfeld LLP for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in sealed envelopes with postage fully prepaid.  A copy of the Certified Mail Receipt date stamped by the U.S. Postal Service and the signed Return Receipt is attached hereto at **Attachment 2**.

        c.      **Service on an officer of the United States sued in their individual capacity.**

I caused to be served via Registered Process Server the Copies to:

> Kaya Serrano
> 2428 Rincon Avenue
> Stockton, CA  95205

A true and correct copy of the Declaration of Process Server showing service on March 2, 2024 is attached hereto as **Attachment 3**.

4.      My name, address, and telephone number are:

> Linda Woo
> Rosen Bien Galvan & Grunfeld LLP
> 101 Mission Street, Sixth Floor
> San Francisco, CA  94105-1738
> (415) 433-6830

5.      I am not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/ / /

/ / /

Executed on March 13, 2024, at San Francisco, California.

_____
Linda Woo

# ATTACHMENT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Michael W. Bien | SBN: 96891 <br> Rosen, Bien, Galvan & Grunfeld LLP <br> 101 Mission Street, Sixth Floor   San Francisco, CA 94105 <br> TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiffs: | FOR COURT USE ONLY |
|---|---|
| **United States District Court** <br> STREET ADDRESS: 1301 Clay Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Oakland, CA 94612 <br> BRANCH NAME: Northern District of California | |
| PLAINTIFF/PETITIONER: California Coalition for Women Prisoners, et al. <br> DEFENDANT/RESPONDENT: United States of America, et al. | CASE NUMBER: <br> 4:23-cv-04155 YGR |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> 672-7 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in a Civil Action;  Complaint;  First Amended Complaint; Order Granting Plaintiffs' Ex Parte Request for Enlargement of Time Under Fed. R. CIV. P. 6(b) & 4(i)(4)(B);  Standing Order in Civil Cases Judge Yvonne Gonzales Rogers (Updated August 24, 2023);  Standing Order for all Judges of the Northern District of California Contents of Joint Management Statement;**

| PARTY SERVED: | **OFFICER KAYLA SERRANO, IN HER INDIVIDUAL CAPACITY** |
|---|---|
| PERSON SERVED: | **Yvonne Nickerson - Clerk** |
| DATE & TIME OF DELIVERY: | **3/1/2024** <br> **10:28 AM** |
| ADDRESS, CITY, AND STATE: | **450 Golden Gate Avenue, 11th Floor** <br> **San Francisco, CA 94102** |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ 35.00
   County:  San Francisco
   Registration No.:  1401
   Specialized Legal Services, Inc.
   1112 Bryant St., Suite 200
   San Francisco, CA 94103
   (415) 357-0500
   Ref: 672-7

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 4, 2024

Signature: *Sean Sprowl Mosley*

**PROOF OF SERVICE**

P209060

# ATTACHMENT 2



7022 0410 0001 0287 1281

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

(SERRANO)

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 3.65
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage
$ 23.10

Total Postage and Fees
$ 31.15

Postmark Here

RINCON STATION SF 94105 USPS
MAR 1 2024

*Sent To*
MERRICK GARLAND, U.S. ATTORNEY GENERAL

*Street and Apt. No., or PO Box No.*
950 PENNSYLVANIA AVE., N.W.

*City, State, ZIP+4®*
WASHINGTON, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

9590 9402 7286 2028 3556 86

2. Article Number *(Transfer from service label)*

7022 0410 0001 0287 1281

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
- [ ] Agent
- [ ] Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

MAR 0 4 2024

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [ ] No

3. Service Type
- [ ] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [x] Certified Mail®
- [ ] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

CERTIFIED MAIL

Domestic Return Receipt

# ATTACHMENT 3

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al. <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:23-cv-04155-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA, a governmental entity
c/o Merrick B. Garland, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530-0001
(Additional Defendants to be served pursuant to Fed. R. Civ. P. 4(i)(1) and (3) listed on Continuation Page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kara J. Janssen
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA  94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 2/29/2024

S. Campos
*Signature of Clerk or Deputy Clerk*

Civil Action No. **4:23-cv-04155-YGR**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  **KAYLA SERRANO, in her individual capacity, was received by me on  March 1, 2024**

☑ I personally served the SUMMONS IN A CIVIL ACTION on the individual at 2428 Rincon Avenue , Stockton, CA 95205 on  3/2/2024 1:04 PM

☐ I left the  at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the  to  , who is designated by law to accept service of process on behalf of    on   ;or

☐ other *(specify)*:

My fees are $ for travel and $  for services, for a total of $373.50

I declare under penalty of perjury that this information is true.

Date: **3/11/2024**

_____
*Server's signature*

**Stephanie Chavez**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: PS-609 / County: SAN JOAQUIN**
*Server's Address*

Additional information regarding attempted service, etc.:

In addition to the SUMMONS IN A CIVIL ACTION, "**COMPLAINT; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT; ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR  ENLARGEMENT OF TIME UNDER FED. R. CIV. P. 6(b) & 4(i)(4)(B); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER IN CIVIL CASES**" were served as well.