JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs<br>       v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>             Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' THIRD SUPPLEMENTAL NOTICE REGARDING DOC. 157** |

1

1   The government respectfully submits its Third Supplemental Notice in response to Doc. 157, the Court's Order Granting Immediate, Specific Relief Based on Emergency Health and Safety Concerns at the FCI Dublin Satellite Camp (SPC Dublin). BOP provides the following update regarding the mold and asbestos inspection:

BOP received the mold report late yesterday evening, and the asbestos report late this evening. Counsel anticipates both reports will be ready to produce to the Court by Thursday, March 14, or Friday, March 15, 2024, at the latest.

Respectfully submitted on this 13th day of March, 2024.

>  JESSE A. LASLOVICH
>  United States Attorney
>
>  */s/ Madison L. Mattioli*
>  MADISON L. MATTIOLI
>  ABBIE J.N. CZIOK
>  MARK STEGER SMITH
>  TIMOTHY A. TATARKA
>  Assistant U.S. Attorneys
>  Attorneys for Federal Defendants