**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** March 15, 2024  **Time:** 3:02 p.m. to 3:16 p.m.  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cv-04155-YGR  **Case Name:** California Coalition for Women Prisoners et al v. United States of America Federal Bureau of Prisons et al

**Attorney for Plaintiff:** Kara Janssen; Luma Khabbaz; Susan Beaty; and Stephen Cha-Kim
**Attorney for Defendant:** Madison Mattioli; Rob France; Dominic Ayotte; and Kristi Sutton

**Deputy Clerk:** Edwin Angelo A. Cuenco  **Reported by:** Lee-Anne Shortridge

**PROCEEDINGS**

Status Conference - held.

In accordance with its Order, the Court will appoint a special master. Parties are ordered to file their list of five proposed names each to serve as special master by March 25, 2024, at 5:00 p.m.

The government gave notice of the new executive team installed at FCI Dublin;
Nancy McKinney – Interim Warden
Greg Chaffey – Acting Executive Assistant and Satellite Camp Administrator
Charmaine Nash – Associate Warden
Joel Zaragoza – Acting Captain

The case is continued on March 27, 2024, at 11:30 a.m. for Status Conference, at which point parties will exercise their three strikes as to the special master.

The plaintiff's ex parte Motion for Leave to Serve by Publication is Denied without Prejudice. Plaintiff's Motion for Enlargement of Time is Granted.