1  JESSE LASLOVICH
   United States Attorney
2   MADISON L. MATTIOLI                      MARK STEGER SMITH
      MT Bar No. 36411284                      MT Bar No. 4160
3   ABBIE J.N. CZIOK                         TIMOTHY A. TATARKA
      MT Bar No. 55781377                      CA Bar No. 277219
4   Assistant U.S. Attorneys                 Assistant U.S. Attorneys
   U.S. Attorney's Office                    U.S. Attorney's Office
5  901 Front Street, Suite 1100             James F. Battin Federal Courthouse
   Helena, MT 59626                         2601 2nd Ave. North, Suite 3200
6  Phone: (406) 457-5269 – Madison          Billings, MT 59101
        (406) 457-5268 – Abbie              Phone: (406) 247-4667 – Mark
7  Fax: (406) 457-5130                             (406) 247-4642 – Tim
   Email: madison.mattioli@usdoj.gov        Fax: (406) 657-6058
8       abbie.cziok@usdoj.gov               Email: mark.smith3@usdoj.gov
                                                 timothy.tatarka@usdoj.gov
9  Attorneys for Federal Defendants and
   Defendant United States of America
10

11
                    IN THE UNITED STATES DISTRICT COURT
12        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13 CALIFORNIA COALITION FOR WOMEN
   PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.;
14 G.M.; A.S.; and L.T., individuals on behalf of    CASE NO. 4:23-CV-04155-YGR
   themselves and all others similarly situated,
15
                Plaintiffs
16      v.                                           UNITED STATES' UNOPPOSED
                                                     ADMINISTRATIVE MOTION FOR
17 UNITED STATES OF AMERICA FEDERAL                  CLARIFICATION
   BUREAU OF PRISONS, a governmental entity;
18 BUREAU OF PRISONS DIRECTOR
   COLETTE PETERS, in her official capacity;
19 FCI DUBLIN WARDEN THAHESHA JUSINO,
   in her official capacity; OFFICER
20 BELLHOUSE, in his individual capacity;
   OFFICER GACAD, in his individual capacity;
21 OFFICER JONES, in his individual capacity;
   LIEUTENANT JONES, in her individual
22 capacity; OFFICER LEWIS, in his individual
   capacity; OFFICER NUNLEY, in his individual
23 capacity, OFFICER POOL, in his individual
   capacity, LIEUTENANT PUTNAM, in his
24 individual capacity; OFFICER SERRANO, in
   his individual capacity; OFFICER SHIRLEY, in
25 his individual capacity; OFFICER SMITH, in his
   individual capacity; and OFFICER VASQUEZ,
26 in her individual capacity,

27              Defendants.

28

1    Pursuant to Civil Local Rule 7-11 of the United States District Court for the Northern District of

2    California, the United States of America files this unopposed Administrative Motion for Clarification.

3    The United States has been actively contacting various individuals to inquire about their availability to

4    serve as a special master. Prior to agreeing to serve, prospective candidates have requested the following

5    information, which is not known by the United States or apparent from the Court's Order:

6    1) the Court's expected time commitment from the special master, including the appointment's

7    required time spent on-site;

8    2) the special master's rate of compensation per hour for time spent in and out of court;[1] and

9    3) whether the special master will be able to hire people to assist him/her, whether such

10   assistants will be eligible for separate compensation, and at what rate.

11   The answers to these questions will impact the United States' list of five names, presently due

12   March 25, 2024.

13   Plaintiffs do not oppose this motion for clarification, but do not agree with the implication of

14   footnote 1, restricting compensation to $172 per hour. To the extent that such a limitation makes it

15   impracticable to secure a qualified neutral to monitor FCI Dublin, the Court has the discretion to appoint

16   a Court monitor in lieu of a Special Master, in which case 18 U.S.C. § 3626(f) does not apply.

17   *Handberry v. Thompson*, 446 F.3d 335, 352 (2d Cir. 2006).

18   Dated this 21st day of March, 2024.

19                                            JESSE A. LASLOVICH
                                             United States Attorney
20
                                             /s/ *Madison L. Mattioli*
21                                            MADISON L. MATTIOLI
                                             ABBIE J.N. CZIOK
22

23   [1] 18 U.S.C. § 3626(f)(4) provides: "[th]e compensation to be allowed to a special master under
     this section shall be based on an hourly rate not greater than the hourly rate established under section
24   3006A for payment of court-appointed counsel, plus costs reasonably incurred by the special master.
     Such compensation and costs shall be paid with funds appropriated to the Judiciary." Section
25   3006A(d)(1) states: : "[a]ny attorney appointed pursuant to this section . . . shall . . . be compensated at a
     rate not exceeding $60 per hour for time expended in court or before a United States magistrate judge
26   and $40 per hour for time reasonably expended out of court, unless the Judicial Conference determines
     that a higher rate of not in excess of $75 per hour is justified for a circuit or for particular districts within
27   a circuit, for time expended in court or before a United States magistrate judge and for time expended
     out of court." The Northern District has set the rate for court-appointed counsel at $172 per hour.
28   https://cand.uscourts.gov/about/court-programs/criminal-justice-act-cja/cja-compensation-rates/.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for United States