JESSE LASLOVICH
United States Attorney
  MADISON L. MATTIOLI
    MT Bar No. 36411284
  ABBIE J.N. CZIOK
    MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
          (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
          abbie.cziok@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
          (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
          timothy.tatarka@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

CALIFORNIA COALITION FOR WOMEN
PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.;
G.M.; A.S.; and L.T., individuals on behalf of
themselves and all others similarly situated,

                    Plaintiffs

            v.

UNITED STATES OF AMERICA FEDERAL
BUREAU OF PRISONS, a governmental entity;
BUREAU OF PRISONS DIRECTOR
COLETTE PETERS, in her official capacity;
FCI DUBLIN WARDEN THAHESHA JUSINO,
in her official capacity; OFFICER
BELLHOUSE, in his individual capacity;
OFFICER GACAD, in his individual capacity;
OFFICER JONES, in his individual capacity;
LIEUTENANT JONES, in her individual
capacity; OFFICER LEWIS, in his individual
capacity; OFFICER NUNLEY, in his individual
capacity, OFFICER POOL, in his individual
capacity, LIEUTENANT PUTNAM, in his
individual capacity; OFFICER SERRANO, in
his individual capacity; OFFICER SHIRLEY, in
his individual capacity; OFFICER SMITH, in
his individual capacity; and OFFICER VASQUEZ,
in her individual capacity,

                    Defendants.

CASE NO. 4:23-CV-04155-YGR

**UNITED STATES' UNOPPOSED
ADMINISTRATIVE MOTION FOR REMOTE
APPEARANCE**

Pursuant to Civil Local Rule 7-11 of the United States District Court for the Northern District of California, the United States of America files this Unopposed Administrative Motion for Remote Appearance. According to the Court's Standing Order in Civil Cases, "[r]equests to appear by videoconference may be entertained upon a compelling showing of good cause." Standing Order in Civil Cases, 2(b).

The Court scheduled a status conference on March 27, 2024, at 11:30 a.m. to hear from the parties on their list of five proposed special masters. Given the likely shorter duration of this conference, counsel for the United States, located in the District of Montana, respectfully request to appear remotely from Montana to conserve resources. Additionally, the United States requests that the Court permit Bureau of Prisons (BOP) counsel Rob France to also appear remotely.

WHEREFORE, the United States respectfully requests that the Court grant this Administrative Motion and enter the attached proposed order permitting counsel for the United States, Madison Mattioli, Abbie Cziok, and Mark Smith, and BOP counsel Rob France, to appear remotely.

Plaintiffs do not oppose this request.

Dated this 22nd day of March, 2024.

JESSE A. LASLOVICH
United States Attorney


*/s/ Madison L. Mattioli*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for United States