MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
egalvan@rbgg.com
kjanssen@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI*
 Mass. Bar No. 691821
AMARIS MONTES*
 Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL RELATED DOCUMENTS TO SPECIAL MASTER CANDIDATES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: None Set |

1  Pursuant to Civil Local Rules 79-5 and 7-10 of the Northern District of California,
2  Plaintiffs file this motion requesting to file related documents to the special master
3  candidates under seal.  The Ninth Circuit requires a good cause standard to seal documents
4  related to non-dispositive motions.  *Kamakana v. City and Cnty of Honolulu*, 447 F.3d
5  1172, 1185-86.
6  Good cause exists for this request.  In attempting to provide the Court with
7  sufficient information to proceed with choosing a special master in accordance with 18
8  U.S.C. § 3626(f)(2) and this Court's order at ECF 223, Plaintiffs are submitting curriculum
9  vitae for each candidate that include personal identifying information which Plaintiffs have
10 redacted from the publicly filed versions as well as a report submitted confidentially in
11 another matter as part of one of the expert's supporting materials.
12 Sealing these related documents is the narrowest way to protect such information
13 while the Court proceeds with the selection of the special master.  Plaintiffs therefore
14 request that the Court grant their request to place the following documents under seal:

| Document or Portion to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| Exhibit A – Armstrong CV | Contains personally identifiable information relating to a non-party including address and phone number. | |
| Exhibit C – Brown CV | Contains personally identifiable information relating to a non-party including address and phone number. | |
| Exhibit F – Beltz CV Armstrong CV | Contains personally identifiable information relating to a non-party including address and phone number. | |
| Exhibit H – Still CV | Contains personally identifiable information relating to a non-party including address and phone number. | |

| Document or Portion to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| Exhibit I – Still Materials | Report submitted confidentially in another matter. | |

WHEREFORE, Plaintiffs respectfully request that the Court grant this Administrative Motion and enter the attached proposed order sealing Plaintiffs' documents. Federal Defendants do not oppose this request.

DATED: March 25, 2024      Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Kara J. Janssen*
     Kara J. Janssen

Attorneys for Plaintiffs