ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
kjanssen@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI*
 Mass. Bar No. 691821
AMARIS MONTES*
 Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**DECLARATION OF KARA J. JANSSEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL RELATED DOCUMENTS TO SPECIAL MASTER CANDIDATES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: None Set |

I, Kara J. Janssen, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs' Administrative Motion to File Related Materials Under Seal.

2. Plaintiffs have attached materials to their filing listing five candidates for Special Master in accordance with the Court's order. ECF 223.

3. These materials include personal identifying information in the candidates' CVs as well as confidential information contained in previously filed reports.

4. Plaintiffs wish to submit as much information to the Court as possible in order to aid the process of selecting the best candidate. In doing so, Plaintiffs seek to file this private and confidential information under seal.

5. Plaintiffs met and conferred with the Federal Defendants in regards to this motion and Federal Defendants do not oppose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 25th day of March 2024.

*/s/ Kara J. Janssen*
Kara J. Janssen

[4460453.1]                    1                    Case No. 4:23-cv-04155-YGR
DECLARATION OF KARA J. JANSSEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL RELATED DOCUMENTS TO SPECIAL MASTER CANDIDATES