| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:	(415) 433-6830<br>Email:	mbien@rbgg.com<br>	egalvan@rbgg.com<br>	kjanssen@rbgg.com<br>	aspiegel@rbgg.com<br>	lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California  94612-4700<br>Telephone:	(510) 679-3674<br>Email:	susan@ccijustice.org | OREN NIMNI*<br> Mass. Bar No. 691821<br>AMARIS MONTES*<br> Md. Bar No. 2112150205<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:	(202) 455-4399<br>Email:	oren@rightsbehindbars.org<br>	amaris@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM*<br> N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone:	(212) 836-8000<br>Email:	stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone:	(650) 319-4500<br>Email:	carson.anderson@arnoldporter.com<br><br>* Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>　　　　Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL RELATED DOCUMENTS TO SPECIAL MASTER CANDIDATES**<br><br>Judge:	Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:	None Set |

The Court having considered Plaintiffs' Administrative Motion to File Related Documents to Special Master Candidates under seal, which was unopposed, and good cause appearing, IT IS HEREBY ORDERED that Administrative Motion is GRANTED. The following shall be filed under seal in accordance with Civil Local Rule 79-5.

| Document or Portion to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| Exhibit A – Armstrong CV | Contains personally identifiable information relating to a non-party including address and phone number. | |
| Exhibit C – Brown CV | Contains personally identifiable information relating to a non-party including address and phone number. | |
| Exhibit F – Beltz CV Armstrong CV | Contains personally identifiable information relating to a non-party including address and phone number. | |
| Exhibit H – Still CV | Contains personally identifiable information relating to a non-party including address and phone number. | |
| Exhibit I – Still Materials | Report submitted confidentially in another matter. | |

IT IS SO ORDERED.

DATED: _____, 2024

Honorable Yvonne Gonzalez Rogers
United States District Judge