UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**UNITED STATES, ET AL.,**<br><br>　　　　Defendants. | **Case No.:** 4:23-cv-4155-YGR<br><br>**ORDER NO. 1 RE SELECTION OF SPECIAL MASTER**<br><br>Re: Dkt. Nos. 226, 227, 229, 231 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court is in receipt of the parties' recommendations for a special master as required under 18 U.S.C. § 3626(f)(2)(A). (Dkt. Nos. 228 and 230.) To promote efficiencies and to obtain additional information to inform the selection process, the Court orders as follows:

1. The parties shall exercise their right "to remove up to 3 persons from the opposing party's list" and shall do so in writing by no later than 10:00 a.m. on Wednesday, March 27, 2027. *See* 18 U.S.C. § 3626(f)(2)(B). The submissions shall merely identify the names the parties wish to strike. No further explanation is required. In light of this approach, the hearing is vacated.

2. For the two persons remaining on each party's list, the proponent shall provide the applicants with a copy of the following:

    a. The Stipulated Protective Order, the acknowledgment and agreement of which must be signed (Dkt. 201) in order for non-public documents to be received;

    b. The Court's Order Granting the Motion for Class Certification; Granting in part and Denying in part the Motion for Preliminary Injunction (Dkt. No. 222);

   c. March 2022 Dublin Task Force Report; and

   d. The Moss Group, *Assessment Report, Building Culture of Safety* Report.

3. Applicants shall provide the Court with an initial assessment, including their suggested approach, based on their experience and those readings by Monday, **April 1, 2024, at 12:00 p.m. PT**. The Court understands that the applicants will have limited information. The submissions should be sent to ygrchambers@cand.uscourts.gov with all parties copied.

4. The Court will conduct non-public interviews beginning at **10:00 a.m. PT on Tuesday, April 2, 2024**, over Zoom. A link will be provided separately.

5. The interviews will each last an hour starting at 10:00 a.m. The order of call shall be chosen randomly and alternate between the parties' recommendations. The parties shall be provided with the order of call once the list is reduced to four.

6. The Court may allow one lawyer from each side to ask limited follow-up questions. The lawyer each party wishes to attend shall be identified as part of the filing due under paragraph one above.

7. The motions to seal at Docket Nos. 229 and 231 are **GRANTED**. The motion for remote appearance at Docket No. 227 is **DENIED** as moot. The motion for clarification at Docket No. 226 is **GRANTED** having conferred with the parties last week.

This terminates Dkt. Nos. 226, 227, 229, and 231.

**IT IS SO ORDERED**.

Date: **March 26, 2024**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**