
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Email:    egalvan@rbgg.com
          kjanssen@rbgg.com
          aspiegel@rbgg.com
          lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:   (510) 679-3674
Email:    susan@ccijustice.org

OREN NIMNI*
 Mass. Bar No. 691821
AMARIS MONTES*
 Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:   (202) 455-4399
Email:    oren@rightsbehindbars.org
          amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:   (212) 836-8000
Email:    stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone:   (650) 319-4500
Email:    carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>　　　　Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' RESPONSE TO ORDER NO. 1 RE SELECTION OF SPECIAL MASTER**<br><br>Judge:　Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:　None Set |

Plaintiffs respond to the Court's Order No. 1 Re Selection of Special Master (Dkt. No. 232) (the "Order") as follows:

In response to paragraph 1 of the Order, Plaintiffs strike the following three candidates from the United States' List of Proposed Special Masters (Dkt. No. 228): John Baldwin; Helen Marberry; and Stephen Spaulding.

In response to paragraph 6 of the Order, Plaintiffs identify the undersigned, Kara Janssen, as the attorney to attend the interviews discussed in paragraph 5 of the Order.

Finally, Plaintiffs note that they have never been provided with a copy of the March 2022 Dublin Task Force Report. In order to comply with paragraph 2 of the Order the government must immediately furnish Plaintiffs with that report so that they can provide it to their special master candidates with ample time for review. Dkt. 135 (United States' Notice of *In Camera* Exhibits Exchanged, omitting the Task Force Report); Dkt. 142 (Plaintiffs Post-Evidentiary Brief discussing that the United States refused to produce a copy of the Task Force Report to Plaintiffs).

DATED: March 27, 2024         Respectfully submitted,

                              ROSEN BIEN GALVAN & GRUNFELD LLP

                              By: */s/ Kara Janssen*
                                  Kara J. Janssen

                              Attorneys for Plaintiffs