JESSE LASLOVICH  
United States Attorney  
MADISON L. MATTIOLI  
  MT Bar No. 36411284  
ABBIE J.N. CZIOK  
  MT Bar No. 55781377  
Assistant U.S. Attorneys  
U.S. Attorney's Office  
901 Front Street, Suite 1100  
Helena, MT 59626  
Phone: (406) 457-5269 – Madison  
     (406) 457-5268 – Abbie  
Fax: (406) 457-5130  
Email: madison.mattioli@usdoj.gov  
    abbie.cziok@usdoj.gov  

MARK STEGER SMITH  
  MT Bar No. 4160  
TIMOTHY A. TATARKA  
  CA Bar No. 277219  
Assistant U.S. Attorneys  
U.S. Attorney's Office  
James F. Battin Federal Courthouse  
2601 2nd Ave. North, Suite 3200  
Billings, MT 59101  
Phone: (406) 247-4667 – Mark  
     (406) 247-4642 – Tim  
Fax: (406) 657-6058  
Email: mark.smith3@usdoj.gov  
    timothy.tatarka@usdoj.gov  

Attorneys for Federal Defendants and  
Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' RESPONSE TO FIRST ORDER REGARDING SPECIAL MASTERS** |

The United States respectfully responds to the Court's First Order Regarding Selection of Special Master (doc. 232).

1. The United States strikes the following individuals from Plaintiffs' list of proposed special masters:

    a. Andrea Armstrong

    b. Bernadette Brown

    c. Hon. Beverly Martin

2. The United States will provide Plaintiffs' counsel with a copy of the March 2022 Dublin Task Force Report for the remaining applicants to review pursuant to the Court's First Order (doc. 232), but maintain its position that this document should not have been considered in deciding the preliminary injunction motion (*see* doc. 135, "[p]ursuant to the Court's instruction on the final day of the evidentiary hearing held in this matter, the United States submits the following notice of in camera exhibits exchanged with Plaintiffs' counsel on January 23, 2024. Any exhibit not listed here was not relied upon by the United States, and therefore the Court should not consider the document in deciding the instant motion."). This document, as well as the Moss Group report, are being produced under the protective order as Attorney Eyes Only, as they remain not for public or party dissemination.

3. The United States requests that each of its two final candidates be permitted to track their time spent preparing the documents requested in paragraph 3 of the Court's First Order, and be compensated as provided by 18 U.S.C. § 3626(f)(4).

6. The United States designates Madison Mattioli as the attorney designated to ask limited follow up questions as outlined in paragraph 6 of the Court's First Order. The United States, however, respectfully requests that BOP attorney Rob France be permitted to attend the interviews.

Dated this 27th day of March, 2024.

JESSE A. LASLOVICH
United States Attorney

|   |   |
|---|---|
| 1 | /s/ *Madison L. Mattioli* |
| 2 | MADISON L. MATTIOLI<br>ABBIE J.N. CZIOK |
| 3 | MARK STEGER SMITH<br>TIMOTHY A. TATARKA |
| 4 | Assistant U.S. Attorneys<br>Attorneys for United States |