IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR IN CAMERA REVIEW AND TO FILE DOCUMENT UNDER SEAL** |

Upon consideration of the Administrative Motion for *in Camera* Review and to File Document Under Seal filed by the United States of America, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion is GRANTED. The following shall be filed under seal in accordance with Civil Local Rule 79-5:

[PROPOSED] ORDER RE:  MOTION TO FILE UNDER SEAL
4:23-cv-04155-YGR                                                       1

| Document and Portion of Document to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Exhibit 1 to Notice of e*x parte* Communication | Lothrop Decl. | |

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge