1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

7   CALIFORNIA COALITION FOR WOMEN
    PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.;        CASE NO. 4:23-CV-04155-YGR
8   G.M.; A.S.; and L.T., individuals on behalf of
    themselves and all others similarly situated,

9                          Plaintiffs            **[PROPOSED] ORDER GRANTING**
                                                 **ADMINISTRATIVE MOTION FOR IN**
10             v.                                **CAMERA REVIEW AND TO FILE**
                                                 **DOCUMENT UNDER SEAL**
11  UNITED STATES OF AMERICA FEDERAL
    BUREAU OF PRISONS, a governmental entity;
12  BUREAU OF PRISONS DIRECTOR
    COLETTE PETERS, in her official capacity;
13  FCI DUBLIN WARDEN THAHESHA JUSINO,
    in her official capacity; OFFICER
14  BELLHOUSE, in his individual capacity;
    OFFICER GACAD, in his individual capacity;
15  OFFICER JONES, in his individual capacity;
    LIEUTENANT JONES, in her individual
16  capacity; OFFICER LEWIS, in his individual
    capacity; OFFICER NUNLEY, in his individual
17  capacity, OFFICER POOL, in his individual
    capacity, LIEUTENANT PUTNAM, in his
18  individual capacity; OFFICER SERRANO, in
    his individual capacity; OFFICER SHIRLEY, in
19  his individual capacity; OFFICER SMITH, in his
    individual capacity; and OFFICER VASQUEZ,
20  in her individual capacity,

21                         Defendants.

22          Upon consideration of the Administrative Motion for *in Camera* Review and to File Documents

23  Under Seal filed by the United States of America, and for good cause shown, IT IS HEREBY

24  ORDERED that the Administrative Motion is GRANTED. The following shall be filed under seal in

25  accordance with Civil Local Rule 79-5:

26
27
28

| Document and Portion of Document to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| U.S.' April 1, 2024 Notice | Doc. 236-2 | |
| Exhibit 1 to April 1, 2024 Notice | Doc. 236-2 | |

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge