# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 3, 2024 | **Time:** 11:30 a.m. to 12:30 p.m. | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-04155-YGR | **Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons | |

**Attorney for Plaintiff:** Kara Janssen
**Attorney for Defendant:** Madison Mattioli
**Invitee:** Wendy Still

**Deputy Clerk:** Edwin Angelo A. Cuenco         **Court Reporter:** Not Reported

## PROCEEDINGS

Status Conference – Held.

Ms. Still is informed of the Court's inclination to appoint her as Special Master. The Court is prepared to authorize the creation of a Team of experts to assist the Special Master. Ms. Still finds the offer satisfactory and will submit the names of experts to comprise the team. The initial invoice will be submitted to the court in two weeks and monthly thereafter. Parties ordered to meet and confer on the scope and verbiage of the order.

The case is continued to Friday, April 5, 2024, at 9:00 a.m. for further status conference via Zoom.

Written order to issue.