

# LIMITED PRELIMINARY MOLD ASSESSMENT REPORT

*SUBJECT PROPERTY LOCATED AT:*

**FEDERAL CORRECTIONAL INSTITUTION
DUBLIN CAMP DETENTION CENTER
UNITS A, B AND C
5701 8TH STREET,
DUBLIN, CALIFORNIA 94568**

**CONTRACT NO. 15BDUB24P00000030**

*PREPARED FOR:*

**FEDERAL BUREAU OF PRISONS
FCI DUBLIN
REGIONAL FACILITIES ADMINISTRATOR WESTERN REGIONAL OFFICE
ATTN: DAVID DITTEMORE
7338 SHORELINE DRIVE,
STOCKTON, CALIFORNIA 95219**

*PREPARED BY:*



**PROJECT NO. 120316 – LM**

**ASSESSMENT DATE: FEBRUARY 27-29, 2024
REPORT DATE: MARCH 11, 2024**

**Northern California**
1901 Harrison Street, Suite 1100
Oakland, CA 94612

**Corporate Office**
1521 East Orangethorpe Ave., Suite B
Fullerton, CA 92831

**San Diego**
2305 Historic Decatur Road Suite 100
San Diego, CA 92106

Office: 888-948-4826  Email: surveys@titan-enviro.com
www.titan-enviro.com



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

## 1.0   INTRODUCTION

On February 27, 28, and 29, 2024, Titan Environmental Solutions, Inc. (TES) conducted a limited preliminary mold assessment at the Federal Correctional Institution Dublin Camp Detention Center, including Units A, B, and C located at 5701 8th Street, Dublin, California 94568 (hereinafter referred to as the Subject Property). This assessment was conducted under the authorization of David Dittemore, Regional Facilities Administrator, with the Federal Bureau of Prisons, the Client.

The assessment activities and findings are summarized as follows:

- As agreed upon with the Client, the assessment was limited to Units A, B, and C, collectively referred to as the project area, as per the agreement with the Client. It involved visual inspection, moisture content measurements, temperature and relative humidity readings, and non-viable mold surface sampling, all conducted in accordance with the Client's specifications.

- Based on the outcomes of this assessment, TES recommends mold remediation within the project area.

- Photo Documentation was not allowed inside the detention facility for security reasons.

## 2.0   ASSESSMENT METHODOLOGY

The limited preliminary mold assessment was performed by TES Staff Hygienist, Gabriel Klein. The report was reviewed and approved by Ibrahim M. Sobeih, TES Certified Industrial Hygienist (CIH) in the Comprehensive Practice by the Board for Global EHS Credentialing (BGC Certificate #5628CP).

### Standards and Guidelines

TES adheres to State-of-the-Art Industry Standards of Practices, which are based on relevant government regulations and guidelines established by professional organizations, these standards include, but are not limited to, the following:

- American National Standards Institute and Institute of Inspection, Cleaning and Restoration Certification (ANSI/IICRC):
  - S520 - *Standard and Reference Guide for Professional Mold Remediation*, 3rd Edition, 2015.
  - S500 - *Standard and Reference Guide for Professional Water Damage Restoration*, 4th Edition, 2015.

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

2



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- U.S. Environmental Protection Agency (EPA). *Mold Remediation in Schools and Commercial Buildings*, September 2008.
- New York City Department of Health and Mental Hygiene. *Guidelines on Assessment and Remediation of Fungi in Indoor Environments*, November 2008.
- American Conference of Governmental Industrial Hygienists (ACGIH). *Bioaerosols Assessment and Control*, 1999.
- American Industrial Hygiene Association (AIHA):
  - *Recognition, Evaluation, and Control of Indoor Mold*, 2008.
  - *Field Guide for the Determination of Biological Contaminants in Environmental Samples*, 1996.
- American National Standards Institute and American Society of Heating, Refrigeration and Air-Conditioning Engineers (ANSI/ASHRAE):
  - *Standard 55-2017-Thermal Environmental Conditions for Human Occupancy.*
  - *Standard 62.1-2016-Ventilation for Acceptable Indoor Air Quality.*

## SCOPE OF WORK

As agreed upon with the Client, the assessment consisted of the following scope of work:

- Conduct a visual inspection of the project area;
- Measure temperature and relative humidity in the project area using Meterman TRH22 temperature and humidity direct reading instruments or equivalent;
- Measure surface moisture content on select surfaces in the project area using either a Delmhorst® TechCheck or a Protimeter® Surveymaster BLD5360 dual function scan and pin-type moisture meter on building materials;
- Collect a limited number of spore trap mold surface samples in the project area in accordance with AIHA sampling protocol;
- Analyze the mold surface samples by an AIHA accredited laboratory under the Environmental Microbiology Laboratory Accreditation Program (EMLAP); and
- Provide a written report summarizing the assessment activities and findings.

## 3.0   FINDINGS AND RECOMMENDATIONS

- **Visual Observations**: During the assessment, TES made the following observations:

**Unit A**

- Visible water staining was observed along the lower portions of the center of the north wall within Shower 2, as well as on the ceiling tiles throughout the Day room, Corridors, 2nd floor Activity Room, and Office. Additionally, water

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

3



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

staining was noted on the west end of plaster ceiling within the south Corridor of Unit A.

- o Water damage was observed along the center of the upper east concrete wall (indicated by bubbling paint) within the Day Room. Additionally, the vinyl floor tile at the west end of the North corridor of Unit A showed signs of buckling.
- o Suspect mold spotting was observed along lower portion of the center of the north lower wall within Shower 2 of Unit A.

**Unit B**

- o Visible Water staining was observed along the Center of the ceiling tiles within the Day Room and northeast ceiling tiles within the Counseling Room of Unit B.

- o Water damage was observed along the center of the upper south concrete wall within the Day Room, and along the lower west wall within the Handicapped Shower of Unit B107.

- o Suspect mold spotting was observed along the south end of the plaster ceiling within Shower 1, the south end of the west wall within B240 window trim, the center of the plaster ceiling within the 2nd-floor west corridor, and the metal east wall within B109 Shower of Unit B.

**Unit C**

- o Visible water staining was observed throughout the ceiling tiles within the Medical Waiting Room, the upper portion of the East Wall (40ft) within the Tower Area, the center of ceiling tile within the Waiting Room, the baseboard along the west wall, and the center of the ceiling tile within the Receiving and Discharge Shower. Additionally, water staining was observed at the northeast end of the ceiling tile and the lower portion of the center of the east plaster wall within the Kitchen, the lower portion of all plaster walls within the Bakery, the lower portion of the north wall within the Inmate Kitchen Restroom, the lower northeast corner of plaster walls within the Staff Kitchen Restroom, the lower portion of all plaster Walls within the Boiler Room, the northeast end of the ceiling tile within the Secretary Area, the center of the ceiling tile within the Superintendent Area, the center of the drywall ceiling within the Office Storage Closet, the middle portion of the west end of the south wall within the Tower, the center of the ceiling tile within the Visiting Area, the lower portion of all Plaster Walls within the Trash Area, the lower portion of the north and west walls within the Vegetable Cooler, the lower portion of all plaster walls within the Laundry Office and the lower portion of all plaster walls within the Daily Stores Unit C.

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

4



Case 4:23-cv-04155-YGR    Document 246-1    Filed 04/05/24    Page 5 of 45
Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- o Water damage was observed along the upper portion of the east wall (40ft) within the Tower Area, the center of the ceiling tile within the Waiting Room, the baseboard along the west wall within the Receiving and Discharge Shower, the lower portion of the center of the east plaster wall within the Kitchen, the lower portion of all plaster walls within the Bakery, the lower portion of the north plaster wall within the Inmate Kitchen Restroom, the lower portion of the northeast corner plaster walls within the Staff Kitchen Restroom, the lower portion of all plaster walls within the Boiler Room, the center of the drywall ceiling within the Office Storage Closet, the middle portion of the west end of the south wall within the Tower Area, the lower portion of all plaster walls within the Trash Area, the lower portion of the north and west plaster walls within the Vegetable Cooler, the lower portion of all plaster walls within the Laundry Office, the lower portion of all plaster walls within the Daily Stores, and the center of the east vinyl floor within the Tower Area of Unit C.

- o Suspected mold spotting was observed along the middle portion of the west end of the south wall and the center top (40ft not accessible) of the east wall within the Tower Area of Unit C.

- **Surface Moisture Content Measurements**:

  - o Moisture content levels were identified in the red zone within the substrates assessed along the lower portion of the center of the north wall within Shower 2 of **Unit A**.

  - o Moisture content levels were identified in the red zone within the substrates assessed along the lower portion of the west walls within Handicapped Shower B107 and Shower 1 of **Unit B**.

  - o Moisture content levels were identified in the green zone within the substrates assessed within **Unit C**.

- Protimeter Surveymaster, LCD displays colored LEDs into three color zones:

  - o In the green zone, moisture content levels in substrates are in a safe air-dry condition;
  - o In the yellow zone, moisture content levels in substrates are higher than normal but not critical; further investigation is recommended; and
  - o In the red zone, moisture content levels in substrates are excessive and too high. If sustained, high moisture levels will lead to decay and mold growth.



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- **Temperature and Relative Humidity Measurements**: ANSI/ASHRAE Standard 55-2017 stipulated a thermal comfort zone of 67-82°F for people doing light, primarily sedentary activity. Furthermore, the ANSI/ASHRAE Standard 62.1-2016 recommended maintaining relative humidity within 65%. According to these standards, the indoor relative humidity readings were below the ASHRAE guidance level and temperature readings were within the ASHRAE guidance range in the project area.

- **Non-Viable Mold Surface Swab Sample Analytical Results**:

**Unit B**

- ○ Sample No. S0227-01 (B233) – the swab sample collected from Northeast Floor B233 near Toilet revealed:

  - ➢ Normal Trapping, No Mold growth.

- ○ Sample No. S0227-02 (Shower 2) – the swab sample collected from Northeast Corner Shower 2 Metal Wall revealed:

  - ➢ Normal Trapping, No Mold growth.

- ○ Sample No. S0227-03 (Shower 1) – the swab sample collected from Ceiling South Center Shower 1 revealed:

  - ➢ Normal Trapping, No Mold growth.

- ○ Sample No. S0227-04 (B240) – the swab sample collected from West Wall South End B240 Window Trim revealed:

  - ➢ 2+*myxomycetes* (ascospores, hyphal fragments), and
  - ➢ **Mold growth.**

- ○ Sample No. S0227-05 (2nd Floor West Corridor) – the swab sample collected from 2nd Floor West Corridor Ceiling Center revealed:

  - ➢ Normal Trapping, No Mold growth.

- ○ Sample No. S0227-06 (2nd Floor Activity Room) – the swab sample collected from 2nd Floor Activity Room North Wall Window Trim revealed:

  - ➢ Normal Trapping, No Mold growth.



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- o Sample No. S0227-07 (B223) – the swab sample collected from Northwest Floor B223 Near Toilet revealed:

  - ➢ Normal Trapping, No Mold growth.
- o Sample No. S0227-08 (2nd Floor Corridor) – the swab sample collected from 2nd Floor Corridor Ceiling Southeast revealed:

  - ➢ 3+*Penicillium* species (spores, hyphae, conidiophores), and
  - ➢ **Mold growth**.

- o Sample No. S0227-09 (B109 Shower) – the swab sample collected from B109 Shower East Wall revealed:

  - ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-10 (B202A Big TV Room) – the swab sample collected from East Wall South End B202A Big TV Room revealed:

  - ➢ 2+*Cladosporium* species (spores, hyphae);
  - ➢ 2+*Ulocladium* species (spores, hyphae) and
  - ➢ **Mold growth.**

- o Sample No. S0227-11 (1st Floor West Corridor) – the swab sample collected from 1st Floor West Corridor North Wall Window Trim revealed:

  - ➢ 2+*Cladosporium* species (spores, hyphae) and
  - ➢ **Mold growth.**

- o Sample No. S0227-12 (B124 Shower) – the swab sample collected from B124 Shower Floor Center revealed:

  - ➢ Normal Trapping, No Mold growth.

The presence of elevated levels of *Cladosporium* species (spores, hyphae); *myxomycetes* (ascospores, hyphal fragments); *Penicillium* species (spores, hyphae, conidiophores) and *Ulocladium* species (spores, hyphae) on the tested surface signifies mold amplification and propagation/colonization activity on the tested surface in the B240, 2nd Floor Corridor, B202A Big TV Room and 1st Floor West Corridor within **Unit B**

**Unit A**

- o Sample No. S0227-13 (Shower 2) – the swab sample collected from Shower 2 North Wall Center Base revealed:

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

7



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- ➢ 3+*Stachybotrys* species (spores, hyphae), and
- ➢ **Mold growth.**

o Sample No. S0227-14 (Handicap Shower) – the swab sample collected from Handicapped Southwest End Ceiling revealed:

- ➢ 2+*Cladosporium* species (spores, hyphae), and
- ➢ **Mold growth.**

o Sample No. S0227-15 (A118) – the swab sample collected from A118 Floor Center Near Faucet revealed:

- ➢ Normal Trapping, No Mold growth.

o Sample No. S0227-16 (North Corridor) – the swab sample collected from North Corridor West End Vinyl Floor revealed:

- ➢ Normal Trapping, No Mold growth.

o Sample No. S0227-17 (Dayroom) – the swab sample collected from Dayroom West End of Ceiling Tile revealed:

- ➢ Normal Trapping, No Mold growth.

o Sample No. S0227-18 (Activity Room) – the swab sample collected from Activity Room Northwest Ceiling Tile 2nd Floor revealed:

- ➢ Normal Trapping, No Mold growth.

o Sample No. S0227-19 (South Corridor) – the swab sample collected from South Corridor West End 2nd Floor Plaster Ceiling revealed:

- ➢ Normal Trapping, No Mold growth.

o Sample No. S0227-20 (2nd Floor Office) – the swab sample collected from 2nd Floor Office Ceiling Tile Northwest revealed:

- ➢ 1+*Ulocladium* species (spores, hyphae), and
- ➢ **Mold growth.**

o Sample No. S0227-21 (2nd Floor Counseling) – the swab sample collected from 2nd Floor Counseling Ceiling Tile Northwest revealed:

- ➢ <1+*Ulocladium* species (spores, hyphae), and

Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

> ➢ **Mold growth.**

- o Sample No. S0227-22 (A138) – the swab sample collected from A138 Vinyl Floor Center revealed:

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-23 (1st Floor Office) – the swab sample collected from 1st Floor Office Vinyl Floor Center revealed:

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-24 (A110) – the swab sample collected from A110 Vinyl Floor North Center near Toilet revealed:

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-25 (Dayroom) – the swab sample collected from Dayroom Ceiling Tile Center North revealed:

  > ➢ 2+*Ulocladium* species (spores, hyphae), and
  > ➢ **Mold growth.**

- o Sample No. S0227-26 (Dayroom) – the swab sample collected from Dayroom Ceiling Tile Center South revealed:

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-27 (South Corridor) – the swab sample collected from South Corridor Plaster Ceiling Center revealed:

  > ➢ Normal Trapping, No Mold growth.

The presence of elevated levels of *Stachybotrys species (spores, hyphae), Cladosporium* species (spores, hyphae) and *Ulocladium* species (spores, hyphae) on the tested surface signifies mold amplification and propagation/colonization activity on the tested surface in the Shower 2, Handicap Shower, 2nd Floor Office, 2nd Floor Counseling and Dayroom within **Unit A**.

## Unit C

- o Sample No. S0227-27A (Medical Waiting Room) – the swab sample collected from Medical Waiting Room Ceiling Tile Northeast End revealed:

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

9



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

> ➤ Normal Trapping, No Mold growth.

- o Sample No. S0227-28 (Tower) – the swab sample collected from Tower East Wall Center Mid Wall revealed:

  > ➤ Normal Trapping, No Mold growth.

- o Sample No. S0227-29 (Tower) – the swab sample collected from Tower Vinyl Floor East Center revealed:

  > ➤ Normal Trapping, No Mold growth.

- o Sample No. S0227-30 (Processing Restroom) – the swab sample collected from Processing Restroom South Wall East End revealed:

  > ➤ Normal Trapping, No Mold growth.

- o Sample No. S0227-31 (Waiting Room) – the swab sample collected from Waiting Ceiling Tile Center revealed:

  > ➤ Normal Trapping, No Mold growth.

- o Sample No. S0227-32 (Receiving/Discharge Shower) – the swab sample collected from Receiving/Discharge Shower West Wall Base revealed:

  > ➤ 1+*Chaetomium* species (ascomata, hyphae);
  > ➤ 1+*Penicillium/Aspergillus* group (spores, hyphae); and
  > ➤ **Mold growth.**

- o Sample No. S0227-33 (Receiving/Discharge) – the swab sample collected from Receiving/Discharge Ceiling Tile Center revealed:

  > ➤ 1+*Stachybotrys* species (spores, hyphae); and
  > ➤ **Mold growth.**

- o Sample No. S0227-34 (Kitchen) – the swab sample collected from Kitchen Ceiling Tile Northeast End revealed:

  > ➤ Normal Trapping, No Mold growth.

- o Sample No. S0227-35 (Dishwashing) – the swab sample collected from Dishwashing Concrete Slab South Center revealed:

  > ➤ 1+*Cladosporium* species (spores, hyphae); and

Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

> ➢ **Mold growth.**

- o Sample No. S0227-36 (Kitchen) – the swab sample collected from Kitchen East Wall Center Lower Wall revealed:

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-37 (Bakery) – the swab sample collected from Bakery South Wall Center Lower Wall:

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-38 (Inmate Restroom) – the swab sample collected from Inmate Restroom North Wall Center Lower Wall revealed:

  > ➢ 1+*Cladosporium* species (spores, hyphae); and
  > ➢ **Mold growth.**

- o Sample No. S0227-39 (Staff Restroom) – the swab sample collected from Staff Restroom East Wall North End Lower Wall revealed:

  > ➢ 3+*Stachybotrys* species (spores, hyphae); and
  > ➢ **Mold growth.**

- o Sample No. S0227-40 (Inmate Restroom) – the swab sample collected from Boiler Room North Wall Center Lower Wall revealed:

  > ➢ 2+*Stachybotrys* species (spores, hyphae); and
  > ➢ **Mold growth.**

- o Sample No. S0227-41 (HR Manager) – the swab sample collected from Bakery South Wall Center Lower Wall:

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-42 (Secretary) – the swab sample collected from Secretary Ceiling Tile Northeast End

  > ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-43 (Super Intendant) – the swab sample collected from Super Intendant Ceiling Tile Northeast End revealed:

  > ➢ <1+*Ulocladium* species (spores, hyphae); and
  > ➢ **Mold growth.**

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

11



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- o Sample No. S0227-44 (Staff Restroom) – the swab sample collected from Staff Restroom Ceramic Floor Southwest End

    - ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-45 (Office Storage) – the swab sample collected from Office Storage Ceiling Center

    - ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-46 (Tower) – the swab sample collected from Tower South Wall West End Upper Wall

    - ➢ <1+*Ulocladium* species (spores, hyphae); and
    - ➢ **Mold growth.**

- o Sample No. S0227-47 (Visiting Area) – the swab sample collected from Visiting Area Ceiling Title Center

    - ➢ 1+*Ulocladium* species (spores, hyphae); and
    - ➢ **Mold growth.**

- o Sample No. S0227-48 (Search Area) – the swab sample collected from Search Area Vinyl Floor Center

    - ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-49 (Office Restroom) – the swab sample collected from Office Restroom Ceramic Floor Center West

    - ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-50 (Trash Area) – the swab sample collected from Trash East Wall Center Lower Wall

    - ➢ Normal Trapping, No Mold growth.

- o Sample No. S0227-51 (Vegetable Cooler) – the swab sample collected from West Wall Center Lower Wall

    - ➢ Normal Trapping, No Mold growth.

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

12



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

      o  Sample No. S0227-52 (Laundry Office) – the swab sample collected from Laundry Office East Wall Center Lower Wall

         ➢  Normal Trapping, No Mold growth.

      o  Sample No. S0227-53 (Daily Stores) – the swab sample collected from Daily Stores South Wall Center Lower Wall

         ➢  Normal Trapping, No Mold growth.

The presence of elevated levels of Chaetomium species (ascomata, hyphae); *Penicillium/Aspergillus* group (spores, hyphae); *Cladosporium* species (spores, hyphae); *Stachybotrys species (spores, hyphae)* and *Ulocladium* species (spores, hyphae) on the tested surface signifies mold amplification and propagation/colonization activity on the tested surface in the Receiving/Discharge Shower, Receiving/Discharge, Dishwashing, Inmate Restroom, Staff Restroom, Boiler Room, Super Intendant and Tower Area within **Unit C**.

Based on the assessment, mold remediation is necessary within the areas assessed.

## 4.0    MOLD AND WATER DAMAGE REMEDIATION PROTOCOL

### Sources of Moisture Intrusion

Identify and correct all sources of water/moisture leaks or intrusions prior to mold remediation and structural demolition work.

### Asbestos Hazards

In accordance with California Division of Occupational Safety and Health (DOSH) regulations, an asbestos survey by a DOSH Certified Asbestos Consultant (CAC) shall be performed prior to disturbing/removing building materials. If asbestos is detected at any concentration the disturbance of the material must be conducted in accordance with DOSH regulations including, but not limited to, Title 8 Code of California Regulations (CCR) Section 1529. If asbestos is detected at concentrations exceeding one percent (>1%) then the material is also regulated by the United States Environmental Protection Agency (EPA) and the local air pollution control district with jurisdiction over the county where the property is located. Abatement and removal of asbestos containing materials must be performed by a California licensed and Cal/OSHA registered asbestos abatement contractor.



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

## Mold and Moisture Damage Remediation Specifications

### 1. Unit A

#### Shower 2 and Open Shower rooms

- Use active dehumidification methods (ex. Dehumidifiers) to reduce surface moisture, relative humidity and expedite drying;
- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, shall be appropriately cleaned using a combination of Scrub pads or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.
- Apply a mold resistant coating (ex. "FiberLock IAQ 6000, or 6100", "Foster's 40-20 or 40-51", or similar product) to include, but not limited to the entire ceiling. The mold resistant coat and sealer will help to prevent the colonization of new mold growth on the remediated / cured wood surfaces, and will lock down any remaining spores.

#### Handicap Shower

- Use active dehumidification methods (ex. Dehumidifiers) to reduce surface moisture, relative humidity and expedite drying;
- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, shall be appropriately cleaned using a combination of Scrub pads or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.
- Apply a mold resistant coating (ex. "FiberLock IAQ 6000, or 6100", "Foster's 40-20 or 40-51", or similar product) to include, but not limited to the entire ceiling. The mold resistant coat and sealer will help to prevent the colonization of new mold growth on the remediated / cured wood surfaces, and will lock down any remaining spores.

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

14

Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

**2nd Floor Office/Counseling/Dayroom**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected water stained ceiling tiles throughout 2nd Floor Office/Counseling/Dayroom ceilings, continuing to one tile beyond the extent of visible water damage and/or suspect fungal growth;
- Remove and dispose of the affected insulation and debris found within the exposed ceiling cavities;
- The remedial contractor shall observe the backside of the removed ceiling, and look inside the ceiling cavities to carefully evaluate for visible water damage and/or suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed ceiling materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**2.  Unit B**

**Cell B240/1st Floor West Corridor**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all exposed surfaces in the remediated area(s), including but not limited to, window trim from cell B240 and 1st Floor West Corridor North Wall window trim, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**2nd Floor Corridor**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected water stained ceiling tiles along the southeast end of the 2nd floor corridor ceiling, continuing to one tile beyond the extent of visible water damage and/or suspect fungal growth;
- Remove and dispose of the affected insulation and debris found within the exposed ceiling cavities;



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- The remedial contractor shall observe the backside of the removed ceiling, and look inside the ceiling cavities to carefully evaluate for visible water damage and/or suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed ceiling materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**B202A Big Tv Room**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected wallboard wall materials along the lower portion of the south end of the east wall of the B202A Big TV Room starting from the floor to two feet up the wall, continuing to two feet beyond the extent of visible water damage and/or fungal growth;
- Remove and dispose of the affected insulation and debris found within the exposed wall cavities;
- The remedial contractor shall observe the backside of the removed wall materials, and look inside the wall cavities to carefully evaluate for suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed wall materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**Handicap Shower B107/Shower 1**

- Use active dehumidification methods (ex. Dehumidifiers) to reduce surface moisture, relative humidity and expedite drying;

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

16



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, shall be appropriately cleaned using a combination of Scrub pads or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.
- Apply a mold resistant coating (ex. "FiberLock IAQ 6000, or 6100", "Foster's 40-20 or 40-51", or similar product) to include, but not limited to the entire ceiling. The mold resistant coat and sealer will help to prevent the colonization of new mold growth on the remediated / cured wood surfaces, and will lock down any remaining spores.

## 3.  Unit C

### Receiving/Discharge Shower W Wall

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected water stained ceiling tiles throughout the Receiving/Discharge Shower ceiling, continuing to one tile beyond the extent of visible water damage and/or suspect fungal growth;
- Remove the affected wallboard wall materials along the lower portion of the south end of the west wall of the Receiving/Discharge Shower W Wall, starting from the floor to two feet up the wall, continuing to two feet beyond the extent of visible water damage and/or fungal growth;
- Remove and dispose of the affected insulation and debris found within the exposed ceiling and wall cavities;
- The remedial contractor shall observe the backside of the removed ceiling and wall materials, and look inside the ceiling and wall cavities to carefully evaluate for suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed ceiling and wall materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

**Dishwashing Area**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all exposed surfaces in the remediated area(s), including but not limited to, concrete flooring, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**Inmate and Staff Restroom**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected wallboard wall materials along the lower portion of the entire north walls within the Inmate and Staff Restrooms, starting from the floor to two feet up the walls, continuing to two feet beyond the extent of visible water damage and/or fungal growth;
- Remove and dispose of the affected insulation and debris found within the exposed wall cavities;
- The remedial contractor shall observe the backside of the removed wall materials, and look inside the wall cavities to carefully evaluate for suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed wall materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**Boiler Room**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected plaster wall materials along the entire lower portion of all the walls within the Boiler Room, starting from the floor to two feet up the walls, continuing to two feet beyond the extent of visible water damage and/or fungal growth;
- Remove and dispose of the affected insulation and debris found within the exposed wall cavities;



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

- The remedial contractor shall observe the backside of the removed wall materials, and look inside the wall cavities to carefully evaluate for suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed wall materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**Tower**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected wallboard wall materials along the middle portion of the south end of the west wall of the Tower, starting from the middle portion of the wall to two feet up the wall, continuing to two feet beyond the extent of visible water damage and/or fungal growth;
- Remove and dispose of the affected insulation and debris found within the exposed wall cavities;
- The remedial contractor shall observe the backside of the removed wall materials, and look inside the wall cavities to carefully evaluate for suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed wall materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**Superintendent Office/Visiting Area**

- Under local containment with High-Efficiency Particulate Air (HEPA) filtration, remove the affected water stained ceiling tiles along the northeast end of ceilings

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

19



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

within the Superintendent Office and Visiting Area, continuing to one tile beyond the extent of visible water damage and/or suspect fungal growth;

- Remove and dispose of the affected insulation and debris found within the exposed ceiling cavities;
- The remedial contractor shall observe the backside of the removed ceiling, and look inside the ceiling cavities to carefully evaluate for visible water damage and/or suspect mold growth into adjacent areas;
- Exposed lumber and other surfaces behind the removed ceiling materials (e.g., structural framing members, etc.) shall be appropriately cleaned using a combination of sanding and/or wire brushing, followed by vacuuming with a vacuum equipped with HEPA filters;
- This cleaning process shall be repeated until visually clean surface is achieved; and
- Using mold-killing sanitizing cleaning agents, thoroughly wet wipe and HEPA vacuum all horizontal and vertical exposed surfaces in the remediated area(s), including but not limited to, wood structural members, metal framing, structural framing members, floors, doors, windows, window casings, window framing, vapor barrier paper and containment polyethylene wall.

**Note: While remediation is being performed, it may become apparent that the remediation should be extended in order to encompass newly discovered mold contamination (behind hidden or covered surfaces, behind baseboards, newly discovered leaks/water damage, etc.). Remove visibly contaminated materials to two feet beyond the extent of visible mold and/or water damage.**

## Worker Protection

- The contractor's personnel shall wear respirators as part of the contractor's respiratory protection program in accordance with Cal/OSHA's Respiratory Protection Standard 8 CCR 5144.
- Half-face respirators with P-100 HEPA filters shall be worn in the contained work area at all times as a minimum respiratory protection.
- P-100 HEPA/Organic Vapor combination cartridges or P-100 HEPA/Organic Vapor/Acid Gas cartridges may be necessary depending on the types of agents used for the cleaning process.
- The contractor's personnel shall wear disposable clothing, head covering, ear protection, foot covering and gloves during the remediation activities.
- All workers shall be trained in handling and removing microbial waste.
- All personnel shall understand and perform all remediation work in accordance with the guidelines established by EPA, OSHA and ANSI/IICRC S520.
- All personnel should appropriately dispose of protective clothing, remove and clean respirators and eliminate any potential contamination upon each exit from the contained work area.

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

20



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

## Engineering Controls and Isolation

- Complete isolation of the work area from the occupied spaces is required by sealing all critical barriers (e.g. openings, fixtures, windows, doorways, HVAC system openings, electrical outlets) of the contaminated area(s) with 1 layer of 6-mil Polyethylene plastic sheeting sealed with duct tape.
- Replacement or make-up air shall be readily available.
- Follow all applicable guidelines including, but not limited to OSHA, EPA and IICRC.
- Establish dehumidification within the containment as necessary until moisture is less than 15% in wood, 0.5% in drywall or other components depending on applicable conditions. Dehumidification should be performed by a qualified individual(s).
- It is the contractor's responsibility to ensure that the dehumidification equipment remains in place, working properly, and running continuously as needed for the duration of the cleaning process until TES establishes that the affected area is reasonably clear of mold from the related loss.

## Waste Clean-Up and Disposal

- All waste shall be sealed and bagged in 6-mil polyethylene bags.
- The filled bags shall be wet wiped, placed into a second clean bag and stored in the designated bag out room.
- All equipment or tools shall be subjected to a general cleaning prior to exiting the work area as to eliminate potential mold cross contamination.

## Post Mold Remediation Assessment

- An Independent Environmental Professional, experienced in mold contamination and remediation, shall perform the post remediation verification assessment prior to any re-construction / repair work being performed.
- All cleaned surfaces must be exposed for verification and visual inspection.
- Paints and/or encapsulants shall not be applied prior to clearance sampling, as they will hinder the ability of the investigator to perform a thorough investigation.
- Prior to collecting any post remediation verification samples, the investigator shall perform a thorough visual inspection of the remediated areas.
- If any portion of the remediated area is deemed suspect by the investigator based on the visual inspection, the investigator will bring these areas to the attention of the remediation contractor, and additional remediation efforts shall be implemented prior to collecting post remediation verification samples.
- Post remediation verification sampling shall include surface moisture content testing, adequate surface and aggressive air sample collection to evaluate the effectiveness of the remediation efforts.  Air samples should exhibit mold spores

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

21



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

at concentrations less than outside air samples collected at approximately the same time as the post remediation evaluation samples.

## 5.0   LIMITATIONS AND APPROVALS

Reasonable effort has been made by TES personnel to detect and identify where substrates have been affected by moisture intrusion and consequent suspected mold growth. However, it is important to note that mold can flourish in areas where water leaks remain unaddressed. These areas encompass concealed spaces and adjacent construction materials, which house plumbing or drainage lines, as well as areas adjoining the building's perimeter or enclosure system. This assessment did not encompass areas that were not recognized as being impacted by water or moisture damage, or areas that were inaccessible. Hence, the potential for mold growth in these regions cannot be ruled out at this juncture.

The findings, conclusions, and recommendation of TES regarding moisture content levels within the examined substrates in the project areas pertain to the conditions as they existed during the investigation. These results are subject to the limitations and fluctuations inherent in the investigation methodology.

It is important to clarify that TES cannot be held accountable for the effects of moisture related to weather conditions or construction activities that may have influenced moisture content levels in the tested substrates after the conclusion of the project.

This inspection exclusively covers areas accessible to the inspector as stipulated by the scope of work. Furthermore, the study's scope is contingent upon the information provided by the Client at the time of the investigation. In the absence of federal or state standards during the investigation, we do not assume responsibility for subsequent technological or standard changes that may occur after this investigation date.
It is important to understand that his report is intended solely for the Client's use, and TES does not bear responsibility for its utilization by any third party.

Regarding the health of past, present, or future occupants of the structure, TES recommends consulting a qualified medical professional for all inquiries.

Should you have any questions, please contact our office toll free at (888) 948-4826.

*Titan Environmental Solutions, Inc.*
*1521 East Orangethorpe Avenue, Suite B, Fullerton, CA 92831*Office (888) 948-4826*Fax: (714) 871-8712*

22



Limited Preliminary Mold Assessment Report
Federal Correctional Institution – Dublin Camp Detention Center
Units A, B, and C
5701 8th Street, Dublin, California 94568
Project No. 120316-LM
March 11, 2024

Sincerely,
**TITAN ENVIRONMENTAL SOLUTIONS, INC.**

Ibrahim M. Sobeih, MS, MSPH, CIH, CAC, FAIHA
Director of Industrial Hygiene and Safety



## APPENDIX: LABORATORY ANALYTICAL REPORT AND COC



**Built Environment Testing**

Report for:

> **EPK Tustin**
> **Titan Environmental Solutions, Inc.**
> 1521 East Orangethorpe Ave, Ste B
> Fullerton, CA  92831

Regarding:    Eurofins EPK Built Environment Testing, LLC
Project: 120316-AS, LM; 5701 8th Street, Dublin CA
EML ID: 3555499

Approved by:

Technical Manager
Danny Li

Dates of Analysis:
Direct microscopic exam (Qualitative): 03-04-2024

Service SOPs: Direct microscopic exam (Qualitative) (EM-MY-S-1039)
AIHA-LAP, LLC accredited service, Lab ID #178697

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested.

Eurofins EPK Built Environment Testing, LLC ("the Company"), a member of the Eurofins Built Environment Testing group of companies, shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.
Eurofins EPK Built Environment Testing, LLC's LabServe® reporting system includes automated fail-safes to ensure that all AIHA-LAP, LLC quality requirements are met and notifications are added to reports when any quality steps remain pending.

**Eurofins EPK Built Environment Testing, LLC**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(800) 651-4802  www.eurofinsus.com/Built

Client: Titan Environmental Solutions, Inc.
C/O: EPK Tustin
Re: 120316-AS, LM; 5701 8th Street, Dublin CA

Date of Sampling: 02-27-2024
Date of Receipt: 02-28-2024
Date of Report: 03-04-2024

## DIRECT MICROSCOPIC EXAMINATION REPORT

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 17377869-1, Analysis Date: 03/04/2024: Swab sample 0227-01: NE Floor B233 Near Toilet | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17377870-1, Analysis Date: 03/04/2024: Swab sample 0227-02: NE Corner Shower 2 Metal Wall | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17377871-1, Analysis Date: 03/04/2024: Swab sample 0227-03: Ceiling S. Center Shower 1 | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17377872-1, Analysis Date: 03/04/2024: Swab sample 0227-04: W. Wall S. End B240 Window Trim | | | | |
| Moderate | Very few | 2+ myxomycetes (ascospores, hyphal fragments) | None | Mold growth |
| Lab ID-Version: 17377873-1, Analysis Date: 03/04/2024: Swab sample 0227-05: 2nd Floor W. Corridor Ceiling Center | | | | |
| Heavy | Very few | None | None | Normal trapping |
| Lab ID-Version: 17377874-1, Analysis Date: 03/04/2024: Swab sample 0227-06: 2nd Floor Activity Room N. Wall Window Trim | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17377875-1, Analysis Date: 03/04/2024: Swab sample 0227-07: NW Floor B223 Near Toilet | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17377876-1, Analysis Date: 03/04/2024: Swab sample 0227-08: 2nd Floor Corridor Ceiling SE | | | | |
| Moderate | Very few | 3+ *Penicillium* species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 17377877-1, Analysis Date: 03/04/2024: Swab sample 0227-09: B109 Shower East Wall | | | | |
| Heavy | Very few | None | None | Normal trapping |
| Lab ID-Version: 17377878-1, Analysis Date: 03/04/2024: Swab sample 0227-10: E. Wall S. End B202A Big TV Room | | | | |
| Moderate | Very few | 2+ *Cladosporium* species (spores, hyphae)<br>2+ *Ulocladium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17377879-1, Analysis Date: 03/04/2024: Swab sample 0227-11: 1st Floor W. Corridor N. Wall Window Trim | | | | |
| Heavy | Very few | 2+ *Cladosporium* species (spores, hyphae) | None | Mold growth |

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 17377880-1, Analysis Date: 03/04/2024: Swab sample 0227-12: B124 Shower Floor Center | | | | |
| Heavy | Very few | None | None | Normal trapping |

\* Indicative of normal conditions, i.e. seen on surfaces everywhere. Includes basidiospores (mushroom spores), myxomycetes, plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Distribution of spore types seen mirrors that usually seen outdoors.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded <1+ to 4+, with 4+ denoting the highest numbers.

†† Some comments may refer to the following: Most surfaces collect a mix of spores which are normally present in the outdoor environment. At times it is possible to note a skewing of the distribution of spore types, and also to note "marker" genera which may indicate indoor mold growth. Marker genera are those spore types which are present normally in very small numbers, but which multiply indoors when conditions are favorable for growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
The limit of detection is < 1+ when mold growth is detected.

For additional information necessary for the interpretation of the results, all readers are advised to refer to the document "Direct Exam Details Page" which is available on our website at:
www.emlab.com/services/mold-testing/direct-microscopic-exam-qualitative/

## Mold & Bacteria Samples – Chain of Custody



**Titan Environmental Solutions, Inc.**
1901 Harrison Street, Suite 1100
Oakland, CA 94612
(888) 948-4826
Results.norcal@titan-enviro.com

**Project Number:** 120316 - 4S, LM

**Project Name:** FEDERAL CORRECTIONAL INSTITUTION DUBLIN CAMP, UNIT B DETENTION CENTER

**Project Address:** 5701 5TH STREET, DUBLIN, CA 94568

**Sample Date:** 02.27.24

**Sampled By:** GABRIEL KLEIN

**M/C (color):** ☒ Red   ☒ Yellow   ☒ Green

**Analysis Requested:**

☐ Fungi (Air O Cell)

☒ Fungi (Direct Examination)

☐ Fungi (Agar Plate Count & ID)

☐ Bacteria (Present/Absent) E. Coli, Enterocci, Total Coliform

☐ Bacteria (Most Probable Number) E. Coli, Enterocci, Total Coliform

☐ Other

**Turnaround:**

☐ 3 hour

☐ 6 hour

☐ 24 hour

☐ 48 hour

☒ 72 hour

☐ Other

| Sample Type | Sample Number | Sample Location/Description | Start Time (Mold only) | End Time (Mold only) | Humidity | Temp | Start Volume (liters) (Mold only) | End Volume (liters) (Mold only) | Sample Area or Volume |
|---|---|---|---|---|---|---|---|---|---|
| S | 0227.01 | NE FLOOR B233 NEAR TOILET | — | — | — | — | — | — | |
| | 02 | NE CORNER SHOWER 2 METAL WALL | | | | | | | |
| | 03 | CEILING S. CENTER SHOWER 1 | | | | | | | |
| | 04 | W. WALL S. END B240 WINDOW TRIM | | | | | | | |
| | 05 | 2ND FLOOR W. CORRIDOR CEILING CENTER | | | | | | | |
| | 06 | 2ND FLOOR ACTIVITY ROOM N. WALL WINDOW TRIM | | | | | | | |
| | 07 | NW FLOOR B223 NEAR TOILET | | | | | | | |
| | 08 | 2ND FLOOR CORRIDOR CEILING SE | | | | | | | |
| | 09 | B109 SHOWER EAST WALL | | | | | | | |
| | 10 | E. WALL S. END B2024 BIG TV ROOM | | | | | | | |
| | 11 | 1ST FLOOR W. CORRIDOR N. WALL WINDOW TRIM | | | | | | | |
| | 12 | B124 SHOWER FLOOR CENTER | | | | | | | |

003555499

**Name:** GABRIEL KLEIN    **Relinquished:**    **Date:** 02.27.24 **Time:**

**Name:** John Taye    **Received:**    **Date:** 2/28/24 **Time:** 9:50am

**Sample Codes:**    ST-Spore Trap Air   V – Viable Air Sample   B- Bulk   C- Carpet   S- Surface   T- Tape Lift   WC- Wall Cavity

Page 1 of 1



Report for:

**EPK Tustin**
**Titan Environmental Solutions, Inc.**
1521 East Orangethorpe Ave, Ste B
Fullerton, CA  92831

---

Regarding:  Eurofins EPK Built Environment Testing, LLC
Project: 120316-AS, LM; 5701 8th Street, Dublin, CA 94568
EML ID: 3557123

Approved by:

Dates of Analysis:
Direct microscopic exam (Qualitative): 03-05-2024

Technical Manager
Danny Li

Service SOPs: Direct microscopic exam (Qualitative) (EM-MY-S-1039)
AIHA-LAP, LLC accredited service, Lab ID #178697

---

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested.

Eurofins EPK Built Environment Testing, LLC ("the Company"), a member of the Eurofins Built Environment Testing group of companies, shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.
Eurofins EPK Built Environment Testing, LLC's LabServe® reporting system includes automated fail-safes to ensure that all AIHA-LAP, LLC quality requirements are met and notifications are added to reports when any quality steps remain pending.

**Eurofins EPK Built Environment Testing, LLC**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(800) 651-4802  www.eurofinsus.com/Built

Client: Titan Environmental Solutions, Inc.
C/O: EPK Tustin
Re: 120316-AS, LM; 5701 8th Street, Dublin, CA
94568

Date of Sampling: 02-28-2024
Date of Receipt: 02-29-2024
Date of Report: 03-05-2024

## DIRECT MICROSCOPIC EXAMINATION REPORT

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 17386500-1, Analysis Date: 03/05/2024: Swab sample S-0227-13: Shower 2 N Wall Center Base ||||| 
| Moderate | Very few | 3+ *Stachybotrys* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17386501-1, Analysis Date: 03/05/2024: Swab sample S-0227-14: Handicapped Shower Ceiling SW ||||| 
| Light | Very few | 2+ *Cladosporium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17386502-1, Analysis Date: 03/05/2024: Swab sample S-0227-15: A118 Floor Center Near Toilet ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386503-1, Analysis Date: 03/05/2024: Swab sample S-0227-16: N Corridor W End Vinyl Floor ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386504-1, Analysis Date: 03/05/2024: Swab sample S-0227-17: Day Room W End Ceiling Tile ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386505-1, Analysis Date: 03/05/2024: Swab sample S-0227-18: Activity Room NW Ceiling Tile 2nd Floor ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386506-1, Analysis Date: 03/05/2024: Swab sample S-0227-19: S Corridor W End 2nd Floor Plaster Ceiling ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386507-1, Analysis Date: 03/05/2024: Swab sample S-0227-20: 2nd Floor Office Ceiling Tile NW ||||| 
| Light | Very few | 1+ *Ulocladium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17386508-1, Analysis Date: 03/05/2024: Swab sample S-0227-21: 2nd Floor Counseling Ceiling Tile NW ||||| 
| Light | Very few | < 1+ *Ulocladium* species (spores, hyphae) | None | Minimal mold growth |
| Lab ID-Version: 17386509-1, Analysis Date: 03/05/2024: Swab sample S-0227-22: A138 Vinyl Floor Center ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386510-1, Analysis Date: 03/05/2024: Swab sample S-0227-23: 1st Floor Office Vinyl Floor Center ||||| 
| Light | Very few | None | None | Normal trapping |

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 17386511-1, Analysis Date: 03/05/2024: Swab sample S-0227-24: A110 Vinyl Floor N Center Near Toilet ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386512-1, Analysis Date: 03/05/2024: Swab sample S-0227-25: Day Room Ceiling Tile Center N ||||| 
| Light | Very few | 2+ *Ulocladium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17386513-1, Analysis Date: 03/05/2024: Swab sample S-0227-26: Day Room Ceiling Tile Center S ||||| 
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17386514-1, Analysis Date: 03/05/2024: Swab sample S-0227-27: S Corridor Plaster Ceiling Center ||||| 
| Light | Very few | None | None | Normal trapping |

\* Indicative of normal conditions, i.e. seen on surfaces everywhere. Includes basidiospores (mushroom spores), myxomycetes, plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Distribution of spore types seen mirrors that usually seen outdoors.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded <1+ to 4+, with 4+ denoting the highest numbers.

†† Some comments may refer to the following: Most surfaces collect a mix of spores which are normally present in the outdoor environment. At times it is possible to note a skewing of the distribution of spore types, and also to note "marker" genera which may indicate indoor mold growth. Marker genera are those spore types which are present normally in very small numbers, but which multiply indoors when conditions are favorable for growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
The limit of detection is < 1+ when mold growth is detected.

For additional information necessary for the interpretation of the results, all readers are advised to refer to the document "Direct Exam Details Page" which is available on our website at:
www.emlab.com/services/mold-testing/direct-microscopic-exam-qualitative/

## Mold & Bacteria Samples – Chain of Custody



**Titan Environmental Solutions, Inc.**
1901 Harrison Street, Suite 1100
Oakland, CA 94612
**(888) 948-4826**
Results.norcal@titan-enviro.com

**Project Number:** 120316-65, LM

**Project Name:** FEDERAL CORRECTIONAL INSTITUTION DUBLIN CAMP UNIT & DETENTION CTR

**Project Address:** 5701 8TH STREET
DUBLIN, CA 94568

**Sample Date:** 02.28.24

**Sampled By:** GABRIEL KLEIN

**M/C (color):** ☒Red ☒Yellow ☐Green

**Analysis Requested:**
☐ Fungi (Air O Cell)
☒ Fungi (Direct Examination)
☐ Fungi (Agar Plate Count & ID)
☐ Bacteria (Present/Absent) E. Coli, Enterocci, Total Coliform
☐ Bacteria (Most Probable Number) E. Coli, Enterocci, Total Coliform
☐ Other

**Turnaround:**
☐ 3 hour
☐ 6 hour
☐ 24 hour
☐ 48 hour
☒ 72 hour
☐ Other

| Sample Type | Sample Number | Sample Location/Description | Start Time (Mold only) | End Time (Mold only) | Humidity | Temp | Start Volume (liters) (Mold only) | End Volume (liters) (Mold only) | Sample Area or Volume |
|---|---|---|---|---|---|---|---|---|---|
| S | 0227·13 | SHOWER 2 N. WALL CENTER BASE | — | — | — | — | — | — | — |
| | 14 | HANDICAPPED SHOWER CEILING SW | | | | | | | |
| | 15 | A118 FLOOR CENTER NEAR TOILET | | | | | | | |
| | 16 | N. CORRIDOR W. END VINYL FLOOR | | | | | | | |
| | 17 | DAY ROOM W. END CEILING TILE | | | | | | | |
| | 18 | ACTIVITY ROOM NW CEILING TILE 2ND FLOOR | | | | | | | |
| | 19 | S. CORRIDOR W. END 2ND FLOOR PLASTER CEILING | | | | | | | |
| | 20 | 2ND FLOOR OFFICE CEILING TILE NW | | | | | | | |
| | 21 | 2ND FLOOR COUNSELING CEILING TILE NW | | | | | | | |
| | 22 | A138 VINYL FLOOR CENTER | | | | | | | |
| | 23 | 1ST FLOOR OFFICE VINYL FLOOR CENTER | | | | | | | |
| | 24 | A110 VINYL FLOOR N. CENTER NEAR TOILET | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

003557123

**Name:** GABRIEL KLEIN    **Relinquished:** _____    **Date:** 02·28·24  **Time:** _____

**Name:** Sohntang    **Received:** _____    **Date:** 2/29/24  **Time:** 9:50am

**Sample Codes:** **ST-**Spore Trap Air  **V –** Viable Air Sample  **B-** Bulk  **C-** Carpet  **S-** Surface  **T-** Tape Lift  **WC-** Wall Cavity

Page 1 of 2

## Mold & Bacteria Samples – Chain of Custody



**Titan Environmental Solutions, Inc.**
1901 Harrison Street, Suite 1100
Oakland, CA 94612
(888) 948-4826
Results.norcal@titan-enviro.com

**Project Number:** 12036 – AS, LM

**Project Name:**

**Project Address:**

**Sample Date:**

**Sampled By:**

**M/C** (color):  ☐ Red  ☐ Yellow  ☐ Green

**Analysis Requested:**

☐ Fungi (Air O Cell)

☐ Fungi (Direct Examination)

☐ Fungi (Agar Plate Count & ID)

☐ Bacteria (Present/Absent)
E. Coli, Enterocci, Total Coliform

☐ Bacteria (Most Probable Number)
E. Coli, Enterocci, Total Coliform

☐ Other

**Turnaround:**

☐ 3 hour

☐ 6 hour

☐ 24 hour

☐ 48 hour

☒ 72 hour

☐ Other

| Sample Type | Sample Number | Sample Location/Description | Start Time (Mold only) | End Time (Mold only) | Humidity | Temp | Start Volume (liters) (Mold only) | End Volume (liters) (Mold only) | Sample Area or Volume |
|---|---|---|---|---|---|---|---|---|---|
| S | 0227·25 | DAYROOM CEILING TILE CENTER N | — | — | — | — | — | — | — |
| | 26 | DAY ROOM CEILING TILE CENTER S | | | | | | | |
| | 27 | S. CORRIDOR PLASTER CEILING CENTER | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

003557123

**Name:** _____  **Relinquished:** _____  **Date:** 02·28·24  **Time:** _____

**Name:** Johntang  **Received:** _____  **Date:** 2/29/24  **Time:** 9:50 pm

**Sample Codes:**  **ST**-Spore Trap Air  **V** – Viable Air Sample  **B**- Bulk  **C**- Carpet  **S**- Surface  **T**- Tape Lift  **WC**- Wall Cavity



Built Environment Testing

Report for:

**EPK Tustin**
**Titan Environmental Solutions, Inc.**
1521 East Orangethorpe Ave, Ste B
Fullerton, CA  92831

---

Regarding:     Eurofins EPK Built Environment Testing, LLC
Project: 120316-AS, LM; 5701 8th St Rublin CA
EML ID: 3558738

Approved by:                                 Dates of Analysis:
                                             Direct microscopic exam (Qualitative): 03-05-2024

Technical Manager
Danny Li

Service SOPs: Direct microscopic exam (Qualitative) (EM-MY-S-1039)
AIHA-LAP, LLC accredited service, Lab ID #178697

---

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested.

Eurofins EPK Built Environment Testing, LLC ("the Company"), a member of the Eurofins Built Environment Testing group of companies, shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.
Eurofins EPK Built Environment Testing, LLC's LabServe® reporting system includes automated fail-safes to ensure that all AIHA-LAP, LLC quality requirements are met and notifications are added to reports when any quality steps remain pending.

**Eurofins EPK Built Environment Testing, LLC**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(800) 651-4802  www.eurofinsus.com/Built

Client: Titan Environmental Solutions, Inc.       Date of Sampling: 02-29-2024
C/O: EPK Tustin                                    Date of Receipt: 03-01-2024
Re: 120316-AS, LM; 5701 8th St Rublin CA           Date of Report: 03-05-2024

## DIRECT MICROSCOPIC EXAMINATION REPORT

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 17394923-1, Analysis Date: 03/05/2024: Swab sample S-0227-27: Medical Waiting Room Ceiling Tile N. End | | | | |
| Light | Very few | None | Sample collected using an expired swab (exp. date 12/2023) | Normal trapping |
| Lab ID-Version: 17394924-1, Analysis Date: 03/05/2024: Swab sample S-0227-28: Tower E. Wall Center Mid Wall | | | | |
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394925-1, Analysis Date: 03/05/2024: Swab sample S-0227-29: Tower Vinyl Floor E. Center | | | | |
| Heavy | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394926-1, Analysis Date: 03/05/2024: Swab sample S-0227-30: Processing Restroom S. Wall E, End | | | | |
| Heavy | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394927-1, Analysis Date: 03/05/2024: Swab sample S-0227-31: Waiting Ceiling Tile Center | | | | |
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394928-1, Analysis Date: 03/05/2024: Swab sample S-0227-32: Receiving Discharge Shower W. Wall Base | | | | |
| Light | Very few | 1+ *Chaetomium* species (ascomata, hyphae) 1+ *Penicillium/Aspergillus* group (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17394929-1, Analysis Date: 03/05/2024: Swab sample S-0227-33: Receiving Discharge Ceiling Tile Center | | | | |
| Heavy | Very few | 1+ *Stachybotrys* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17394930-1, Analysis Date: 03/05/2024: Swab sample S-0227-34: Kitchen Ceiling Tile NE | | | | |
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394931-1, Analysis Date: 03/05/2024: Swab sample S-0227-35: Dishwashing Concrete Slab S. Center | | | | |
| Light | Very few | 1+ *Cladosporium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17394932-1, Analysis Date: 03/05/2024: Swab sample S-0227-36: Kitchen E. Wall Center Lower Wall | | | | |
| Light | Very few | None | None | Normal trapping |

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 17394933-1, Analysis Date: 03/05/2024: Swab sample S-0227-37: Bakery S. Wall Center Lower Wall | | | | |
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394934-1, Analysis Date: 03/05/2024: Swab sample S-0227-38: Inmate Restroom N. Wall Center Lower Wall | | | | |
| Light | Very few | 1+ *Cladosporium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17394935-1, Analysis Date: 03/05/2024: Swab sample S-0227-39: Staff Restroom E. Wall N. End Lower Wall | | | | |
| Moderate | Very few | 3+ *Stachybotrys* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17394936-1, Analysis Date: 03/05/2024: Swab sample S-0227-40: Boiler Rm N. Wall Center Lower Wall | | | | |
| Moderate | Very few | 2+ *Stachybotrys* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17394937-1, Analysis Date: 03/05/2024: Swab sample S-0227-41: H.R. Manager Concrete Floor Center | | | | |
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394938-1, Analysis Date: 03/05/2024: Swab sample S-0227-42: Secretary Ceiling Tile NE | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394939-1, Analysis Date: 03/05/2024: Swab sample S-0227-43: Superintendent Ceiling File NE | | | | |
| Scant | Very few | < 1+ *Ulocladium* species (spores, hyphae) | None | Minimal mold growth |
| Lab ID-Version: 17394940-1, Analysis Date: 03/05/2024: Swab sample S-0227-44: Staff Restroom Ceramic Floor SW | | | | |
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394941-1, Analysis Date: 03/05/2024: Swab sample S-0227-45: Office Storage Ceiling Center | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394942-1, Analysis Date: 03/05/2024: Swab sample S-0227-46: Tower S. Wall W. End Upper Wall | | | | |
| Light | Very few | < 1+ *Ulocladium* species (spores, hyphae) | None | Minimal mold growth |
| Lab ID-Version: 17394943-1, Analysis Date: 03/05/2024: Swab sample S-0227-47: Visiting Ceiling Tile Center | | | | |
| Light | Very few | 1+ *Ulocladium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version: 17394944-1, Analysis Date: 03/05/2024: Swab sample S-0227-48: Search Vinyl Floor Center | | | | |
| Light | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394945-1, Analysis Date: 03/05/2024: Swab sample S-0227-49: Office Restroom Ceramic Floor Center W | | | | |
| Light | Very few | None | None | Normal trapping |

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 17394946-1, Analysis Date: 03/05/2024: Swab sample S-0227-50: Trash E. Wall Center Lower Wall | | | | |
| Moderate  Very few | | None | None | Normal trapping |
| Lab ID-Version: 17394947-1, Analysis Date: 03/05/2024: Swab sample S-0227-51: Vegetable Cooler W. Wall Center Lower Wall | | | | |
| Moderate | Very few | None | None | Normal trapping |
| Lab ID-Version: 17394948-1, Analysis Date: 03/05/2024: Swab sample S-0227-52: Laundry Office E. Wall Center Lower Wall | | | | |
| Light | Very few | None | Sample collected using an expired swab (exp. date 12/2023) | Normal trapping |
| Lab ID-Version: 17394949-1, Analysis Date: 03/05/2024: Swab sample S-0227-53: Daily Stores S. Wall Center Lower Wall | | | | |
| Light | Very few | None | Sample collected using an expired swab (exp. date 12/2023) | Normal trapping |

* Indicative of normal conditions, i.e. seen on surfaces everywhere. Includes basidiospores (mushroom spores), myxomycetes, plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Distribution of spore types seen mirrors that usually seen outdoors.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded <1+ to 4+, with 4+ denoting the highest numbers.

†† Some comments may refer to the following: Most surfaces collect a mix of spores which are normally present in the outdoor environment. At times it is possible to note a skewing of the distribution of spore types, and also to note "marker" genera which may indicate indoor mold growth. Marker genera are those spore types which are present normally in very small numbers, but which multiply indoors when conditions are favorable for growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
The limit of detection is < 1+ when mold growth is detected.

For additional information necessary for the interpretation of the results, all readers are advised to refer to the document "Direct Exam Details Page" which is available on our website at:
www.emlab.com/services/mold-testing/direct-microscopic-exam-qualitative/

## Mold & Bacteria Samples – Chain of Custody



**TITAN**
ENVIRONMENTAL SOLUTIONS

Titan Environmental Solutions, Inc.
1901 Harrison Street, Suite 1100
Oakland, CA 94612
(888) 948-4826
Results.norcal@titan-enviro.com

**Project Number:** 120316 - AS, LM

**Project Name:** FEDERAL CORRECTIONAL INSTITUTION DUBLIN CAMP UNIT C DETENTION CFR

**Project Address:** 5701 8TH ST, DUBLIN CA 94568

**Sample Date:** 02·29·24

**Sampled By:** GABRIEL KLEIN

**M/C (color):** ☐ Red  ☐ Yellow  ☑ Green

**Analysis Requested:**
☐ Fungi (Air O Cell)
☑ Fungi (Direct Examination)
☐ Fungi (Agar Plate Count & ID)
☐ Bacteria (Present/Absent) E. Coli, Enterocci, Total Coliform
☐ Bacteria (Most Probable Number) E. Coli, Enterocci, Total Coliform
☐ Other

**Turnaround:**
☐ 3 hour
☐ 6 hour
☐ 24 hour
☐ 48 hour
☑ 72 hour
☐ Other

| Sample Type | Sample Number | Sample Location/Description | Start Time (Mold only) | End Time (Mold only) | Humidity | Temp | Start Volume (liters) (Mold only) | End Volume (liters) (Mold only) | Sample Area or Volume |
|---|---|---|---|---|---|---|---|---|---|
| S | 6227-27 | MEDICAL WAITING ROOM CEILING TILE N. END | — | — | — | — | — | — | — |
| | 28 | TOWER E. WALL CENTER MID WALL | | | | | | | |
| | 29 | TOWER VINYL FLOOR E. CENTER | | | | | | | |
| | 30 | PROCESSING RESTROOM S. WALL E. END | | | | | | | |
| | 31 | WAITING CEILING TILE CENTER | | | | | | | |
| | 32 | RECEIVING/DISCHARGE SHOWER W. WALL BASE | | | | | | | |
| | 33 | ↓ ↓ CEILING TILE CENTER | | | | | | | |
| | 34 | KITCHEN CEILING TILE N.E. | | | | | | | |
| | 35 | DISHWASHING CONCRETE SLAB S. CENTER | | | | | | | |
| | 36 | KITCHEN E. WALL CENTER LOWER WALL | | | | | | | |
| | 37 | BAKERY S. WALL CENTER LOWER WALL | | | | | | | |
| ↓ | 38 | INMATE RESTROOM N. WALL CENTER LOWER WALL | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |

003558738

**Name:** GABRIEL KLEIN     **Relinquished:** _____     **Date:** 02·29·24   **Time:**
**Name:** Johntang     **Received:** _____     **Date:** 3/1/24   **Time:** 9:50am

**Sample Codes:**   **ST**-Spore Trap Air   **V** – Viable Air Sample   **B**- Bulk   **C**- Carpet   **S**- Surface   **T**- Tape Lift   **WC**- Wall Cavity

Page 1 of 3

# Mold & Bacteria Samples – Chain of Custody



**TITAN**
ENVIRONMENTAL
SOLUTIONS

Titan Environmental Solutions, Inc.
1901 Harrison Street, Suite 1100
Oakland, CA 94612
(888) 948-4826
Results.norcal@titan-enviro.com

**Project Number:** 120316 - AS, LM

**Project Name:**

**Project Address:**

**Sample Date:**

**Sampled By:**

**M/C** (color): ☐ Red  ☐ Yellow  ☒ Green

**Analysis Requested:**

☐ Fungi (Air O Cell)
☒ Fungi (Direct Examination)
☐ Fungi (Agar Plate Count & ID)
☐ Bacteria (Present/Absent)  E. Coli, Enterococci, Total Coliform
☐ Bacteria (Most Probable Number)  E. Coli, Enterococci, Total Coliform
☐ Other

**Turnaround:**

☐ 3 hour
☐ 6 hour
☐ 24 hour
☐ 48 hour
☒ 72 hour
☐ Other

| Sample Type | Sample Number | Sample Location/Description | Start Time (Mold only) | End Time (Mold only) | Humidity | Temp | Start Volume (liters) (Mold only) | End Volume (liters) (Mold only) | Sample Area or Volume |
|---|---|---|---|---|---|---|---|---|---|
| S | 0227-39 | STAF RESTROOM E. WALL N. END LOWER WALL | — | — | — | — | — | — | — |
| | 40 | BOILER RM N. WALL CENTER LOWER WALL | | | | | | | |
| | 41 | H.R. MANAGER CONCRETE FLOOR CENTER | | | | | | | |
| | 42 | SECRATARY CEILING TILE NE | | | | | | | |
| | 43 | SUPERINTENDANT CEILING TILE NE | | | | | | | |
| | 44 | STAFF RESTROOM CERAMIC FLOOR SW. | | | | | | | |
| | 45 | OFFICE STORAGE CEILING CENTER | | | | | | | |
| | 46 | TOWER S. WALL W. END UPPER WALL | | | | | | | |
| | 47 | VISITING CEILING TILE CENTER | | | | | | | |
| | 48 | SEARCH VINYL FLOOR CENTER | | | | | | | |
| | 49 | OFFICE RESTROOM CERAMIC FLOOR CENTER W. | | | | | | | |
| ☑ | 50 | TRASH E. WALL CENTER LOWER WALL | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ |

003558738

**Name:** _____  **Relinquished:** _____
**Name:** J. Ohn Kang  **Received:** _____

**Date:** _____  **Time:** _____
**Date:** 3/14/24  **Time:** 9:50am

**Sample Codes:** **ST**-Spore Trap Air  **V** – Viable Air Sample  **B**- Bulk  **C**- Carpet  **S**- Surface  **T**- Tape Lift  **WC**- Wall Cavity

Page 2 of 3

## Mold & Bacteria Samples – Chain of Custody



**T I T A N**
ENVIRONMENTAL SOLUTIONS

Titan Environmental Solutions, Inc.
1901 Harrison Street, Suite 1100
Oakland, CA 94612
(888) 948-4826
Results.norcal@titan-enviro.com

| Project Number: | 120316 – AS, LM |
|---|---|
| Project Name: | |
| Project Address: | |
| | |
| Sample Date: | |
| Sampled By: | |

M/C (color):   ☐ Red   ☐ Yellow   ☐ Green

**Analysis Requested:**

☐ Fungi (Air O Cell)
☑ Fungi (Direct Examination)
☐ Fungi (Agar Plate Count & ID)
☐ Bacteria (Present/Absent)
   E. Coli, Enterocci, Total Coliform
☐ Bacteria (Most Probable Number)
   E. Coli, Enterocci, Total Coliform
☐ Other

**Turnaround:**

☐ 3 hour
☐ 6 hour
☐ 24 hour
☐ 48 hour
☑ 72 hour
☐ Other

| Sample Type | Sample Number | Sample Location/Description | Start Time (Mold only) | End Time (Mold only) | Humidity | Temp | Start Volume (liters) (Mold only) | End Volume (liters) (Mold only) | Sample Area or Volume |
|---|---|---|---|---|---|---|---|---|---|
| S | U229·51 | VEGETABLE COOLER W. WALL CENTER LOWER WALL | — | — | — | — | — | — | — |
| / | 52 | LAUNDRY OFFICE E. WALL CENTER LOWER WALL | | | | | | | |
| ▽ | ▽ 53 | DAILY STORES S. WALL CENTER LOWER WALL | ▽ | ▽ | ▽ | ▽ | ▽ | ▽ | ▽ |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

003558738

| | | | | | |
|---|---|---|---|---|---|
| Name: | | Relinquished: | | Date: | Time: |
| Name: | John Tang | Received: | | Date: 3/1/24 | Time: 9:50am |

Sample Codes:   **ST-** Spore Trap Air   **V –** Viable Air Sample   **B-** Bulk   **C-** Carpet   **S-** Surface   **T-** Tape Lift   **WC-** Wall Cavity



**LEGEND:**

🟢 Non-Viable Mold Surface Swab

— Direction Sample Location

**NOTES:**

**PROJECT NAME:**

Federal Correctional Institution – Dublin Camp

**ADDRESS:**

5701 8th Street, Dublin, CA 94568

| PROJECT NO: | 120316 - AS LM |
| --- | --- |
| SAMPLE DATE: | 02/27/24 |
| FIGURE NO: | 01 |
| REFERENCE: | SITE PLAN |

1521 E. Orangethorpe Ave, Suite B
Fullerton, California 92831
Phone: (888) 948-4826



**LEGEND:**

○ Non-Viable Mold Surface Swab

— Direction Sample Location

**NOTES:**

**PROJECT NAME:**

Federal Correctional Institution – Dublin Camp

**ADDRESS:**

5701 8th Street, Dublin, CA 94568

| PROJECT NO: | 120316 - AS LM |
| --- | --- |
| SAMPLE DATE: | 02/27/24 |
| FIGURE NO: | 02 |
| REFERENCE: | SITE PLAN |

**TITAN**
ENVIRONMENTAL
SOLUTIONS
1521 E. Orangethorpe Ave, Suite B
Fullerton, California 92831
Phone: (888) 948-4826



## LEGEND:

🟢 **Non-Viable Mold Surface Swab**

—— **Direction Sample Location**

**NOTES:**

**PROJECT NAME:**

**Federal Correctional Institution –  Dublin Camp**

**ADDRESS:**

**5701 8th Street, Dublin, CA 94568**

| PROJECT NO: | 120316 - AS LM |
|---|---|
| SAMPLE DATE: | 02/27/24 |
| FIGURE NO: | 01 |
| REFERENCE: | SITE PLAN |

**TITAN**
ENVIRONMENTAL
SOLUTIONS

1521 E. Orangethorpe Ave, Suite B
Fullerton, California 92831
Phone: (888) 948-4826



**LEGEND:**

🟢 Non-Viable Mold Surface Sample

⎯ Direction Sample Location

**NOTES:**

**PROJECT NAME:**

Federal Correctional Institution – Dublin Camp

**ADDRESS:**

5701 8th Street, Dublin, CA 94568

| PROJECT NO: | 120316 - AS LM |
| --- | --- |
| SAMPLE DATE: | 02/27/24 |
| FIGURE NO: | 01 |
| REFERENCE: | SITE PLAN |

1521 E. Orangethorpe Ave, Suite B
Fullerton, California 92831
Phone: (888) 948-4826



**LEGEND:**

🟢 Non-Viable Mold Surface Sample

— Direction Sample Location

**NOTES:**

**PROJECT NAME:**

Federal Correctional Institution – Dublin Camp

**ADDRESS:**

5701 8th Street, Dublin, CA 94568

| PROJECT NO: | 120316 - AS LM |
| --- | --- |
| SAMPLE DATE: | 02/27/24 |
| FIGURE NO: | 01 |
| REFERENCE: | SITE PLAN |

**TITAN**
**ENVIRONMENTAL SOLUTIONS**

1521 E. Orangethorpe Ave, Suite B
Fullerton, California 92831
Phone: (888) 948-4826