# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,**<br><br>Defendants. | **Case No.:** 4:23-cv-4155-YGR<br><br>**ORDER NO. 2 RE SPECIAL MASTER IDENTIFICATION AND APPOINTMENT** |

On March 15, 2024, the Court granted in part plaintiffs' motion for a preliminary injunction and ordered the appointment of a special master pursuant to 18 U.S.C. § 3626(f). ("Order," Dkt. No. 222.)

Effective immediately, and pursuant to that Order, the Court hereby appoints Wendy Still as Special Master. Given the urgency and magnitude of issues existing at FCI Dublin, Ms. Still requires reasonable staff and experts to assist. Accordingly, the following additional persons are hereby appointed:

1. Jackie Clark, Nurse Consultant
2. Dawn Davison, Safety and Security, Rehabilitative Programming, PREA
3. Dr. Barbara Owen, Data and Statistical Analysis
4. Sara Malone, Special Assistant

Each person identified shall be paid pursuant to the guidance authorized under 18 U.S.C. § 3006A. Each is subject to the Protective Order issued in this action (Dkt. No. 201) and must execute Exhibit A thereto before beginning any work. Reasonable expenses are also approved.

Ms. Still and her team shall have full access to FCI Dublin, all its records, and all physical facilities as necessary to provide the Court with the information necessary to address the issues raised in the Order, both in terms of assessment and implementation. The warden shall take all steps to ensure such access.

Invoices shall be submitted to the Court every two weeks beginning April 22, 2024, unless otherwise ordered. Ms. Still shall also be allowed an administrative assistant and shall provide an estimate in terms of hourly assistance necessary per week.

At this juncture, Ms. Still is not authorized to conduct hearings nor is there a need to prepare findings of fact. She may communicate, at will, with members of FCI Dublin staff and all inmates. Though 18 U.S.C. § 3626(f)(6)(B) states that the Special Master "shall not make any findings or communications ex parte," in light of the nature of the appointment, the Court interprets that language to prohibit only *ex parte* communications between the Special Master and the attorneys of the parties (whether internal or external). All other *ex parte* communications are allowed, including with the Court. Any party who objects to this interpretation must do so within five (5) business days of the Order.

For purposes of Title 18 U.S.C. § 3626(a)(2), the 90-day time period shall be deemed to begin as of the date of this order.

**IT IS SO ORDERED**.

Date: April 5, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**