**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,**<br><br>Defendants. | **Case No.:** 4:23-cv-4155-YGR<br><br>**ORDER RE: TRANSFER OF INMATES AT FCI DUBLIN** |

The Court is aware that the Bureau of Prisons ("BOP") has announced its intended closure of FCI Dublin.

In order to protect the rights of the inmates therein, especially given some of BOP's significant inadequacies previously referenced, **BOP SHALL UPDATE CASEWORK** for all inmates in the manner identified in Attachment A hereto, including classification and release dates. This updated casework is required, in part, to ensure inmates are transferred to the correct location. This includes whether an inmate should be released to a BOP facility, home confinement, or halfway house, or granted a compassionate release. The result of these case reviews and transfer designations **SHALL** be reviewed with the Special Master prior to transfer. The detail in Attachment A is **SEALED** for security reasons.

The clerk of the court shall serve Attachment A on counsel of record.

**IT IS SO ORDERED**.

Date: April 15, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**