# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 15, 2024 | **Time:** 10:16 a.m. to 10:35 a.m. | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-04155-YGR | **Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons | |

**Attorney for Plaintiff:** Kara Janssen and Ernest Galvan
**Attorney for Defendant:** Madison Mattioli

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Not Reported

## PROCEEDINGS

Status Conference Re: Closure of FCI Dublin – **HELD**.

The Court discussed with the parties concerns relative to the transfer of inmates from FCI Dublin, which will be addressed in a subsequent order.

The Court orders plaintiffs' counsel to submit to the Court, copying counsel for the government, proposed language for inclusion in a notice to transferred inmates and those currently remaining at FCI Dublin regarding closure of the facility.

This case is continued to April 17, 2024, at 10:00 a.m. for further status conference.