**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,**<br><br>Defendants. | **Case No.:** 4:23-cv-4155-YGR<br><br>**ORDER RE: CONTINUED GUIDANCE CONCERNING THE TRANSFER OF INMATES AT FCI DUBLIN** |

TO: THE BUREAU OF PRISONS, ITS COUNSEL, AND PLAINTIFFS' COUNSEL:

Given the Bureau of Prisons ("BOP") publicly announced only this morning its intended closure of FCI Dublin and the fact that Special Master Still was only recently appointed to her position, the Court shall provide additional guidance to BOP relative to the transfer of inmates at FCI Dublin as more information is made available to the Special Master. Such guidance will be included in Attachment A.1 hereto, which is **SEALED** for security reasons.

The clerk of the court shall serve Attachment A.1 on counsel of record for BOP and plaintiffs' counsel.

**IT IS SO ORDERED**.

Date: April 15, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**CC: SPECIAL MASTER STILL**