```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          OAKLAND DIVISION

 4

 5   CALIFORNIA COALITION FOR WOMEN    )  C-23-04155 YGR
     PRISONERS, ET AL.,                )
 6                                     )  OAKLAND, CALIFORNIA
                      PLAINTIFFS,      )
 7                                     )  MARCH 15, 2024
              VS.                      )
 8                                     )  PAGES 1-11
     UNITED STATES OF AMERICA          )
 9   FEDERAL BUREAU OF PRISONS, ET     )
     AL.,                              )
10                                     )
                      DEFENDANTS.      )
11   _____ )

12

13                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS
14                  UNITED STATES DISTRICT JUDGE

15

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFFS:    ROSEN BIEN GALVAN & GRUNFELD LLP
                            BY:  KARA JANSSEN
18                               LUMA KHABBAZ
                            101 MISSION STREET, SIXTH FLOOR
19                          SAN FRANCISCO, CALIFORNIA  94105

20

21            APPEARANCES CONTINUED ON THE NEXT PAGE

22

23   OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2        APPEARANCES (CONTINUED)
 3
 4     FOR THE PLAINTIFFS:      ARNOLD & PORTER KAYE SCHOLER LLP
                                BY:  STEPHEN S. CHA-KIM
 5                              250 WEST 55TH STREET
                                NEW YORK, NEW YORK  10019
 6
                                CALIFORNIA COLLABORATIVE FOR
 7                              IMMIGRANT JUSTICE
                                BY:  SUSAN M. BEATY
 8                              1999 HARRISON STREET, SUITE 1800
                                OAKLAND, CALIFORNIA  94612
 9
10     FOR THE DEFENDANTS:      UNITED STATES ATTORNEY'S OFFICE
                                BY:  MADISON MATTIOLI
11                              901 FRONT STREET, SUITE 110
                                HELENA, MONTANA  59626
12
13     ALSO PRESENT:            ROBERT FRANCE
                                DOMINIC AYOTTE
14                              KRISTI SUTTON
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      OAKLAND, CALIFORNIA                    MARCH 15, 2024
 2                       P R O C E E D I N G S
 3           (COURT CONVENED AT 1:40 P.M.)
 4              THE COURT:  GOOD AFTERNOON, EVERYONE.
 5              THE CLERK:  PLEASE BE SEATED.
 6         GOOD AFTERNOON, EVERYONE.
 7         CALLING THE CIVIL MATTER 23-CV-04155-YGR, CALIFORNIA
 8   COALITION FOR WOMEN PRISONERS, ET AL., VERSUS UNITED STATES OF
 9   AMERICA FEDERAL BUREAU OF PRISONS, ET AL.
10         PARTIES, PLEASE STEP FORWARD AND STATE YOUR APPEARANCES
11   FOR THE RECORD, STARTING WITH THE PLAINTIFF.
12         LECTERNS, PLEASE.
13              MS. JANSSEN:  KARA JANSSEN, ROSEN BIEN GALVAN &
14    GRUNFELD, FOR PLAINTIFFS.
15              MR. CHA-KIM:  GOOD AFTERNOON, YOUR HONOR.
16         STEPHEN CHA-KIM, ARNOLD & PORTER, FOR PLAINTIFFS.
17              MX. BEATY:  GOOD AFTERNOON.
18         SUSAN BEATY FROM THE CALIFORNIA COLLABORATIVE FOR
19    IMMIGRANT JUSTICE FOR PLAINTIFFS.
20              MS. KHABBAZ:  GOOD AFTERNOON.
21         LUMA KHABBAZ FROM ROSEN BIEN GALVAN & GRUNFELD FOR
22    PLAINTIFFS.
23              THE COURT:  GOOD AFTERNOON.
24              MS. MATTIOLI:  MADISON MATTIOLI FOR THE
25    UNITED STATES, YOUR HONOR.
```

1          MR. FRANCE:  GOOD AFTERNOON, YOUR HONOR.

2          ROBERT FRANCE FOR THE BUREAU OF PRISONS.

3          THE COURT:  GOOD AFTERNOON.

4          WHAT ABOUT THE REMAINDER OF YOU?  DO YOU WANT TO REMAIN

5   SILENT?

6          MS. REECE, GOOD AFTERNOON.

7          MR. AYOTTE:  DOMINIC AYOTTE, DEPUTY REGIONAL COUNSEL

8   FOR THE WESTERN REGION FOR THE BUREAU OF PRISONS.

9          THE COURT:  GOOD AFTERNOON.

10         MS. SUTTON:  GOOD AFTERNOON, YOUR HONOR.

11         KRISTI SUTTON, ATTORNEY ADVISOR FOR FCI DUBLIN B.O.P.

12         THE COURT:  GOOD AFTERNOON.

13         OKAY.  BY NOW YOU SHOULD HAVE ALL RECEIVED MY ORDER.  I

14  TRIED TO GET IT OUT SOONER, BUT THIS IS THE SOONEST I WAS ABLE

15  TO DO IT.

16         SO I KNOW WE'VE HAD PROBABLY A LITTLE BIT LESS THAN AN

17  HOUR TO DIGEST IT.  BUT HERE WE ARE.

18         I NEED ONE FROM EACH SIDE, PLEASE.

19         SO BEFORE I GET STARTED, DOES ANYBODY WANT TO SAY

20  ANYTHING?

21         MS. JANSSEN:  WE'RE PLEASED TO SEE THE ORDER.  WE ARE

22  STILL DIGESTING IT, BUT WE'RE PREPARED TO MOVE FORWARD WITH

23  IMPLEMENTING ANY RELIEF AS QUICKLY AS POSSIBLE.

24         MS. MATTIOLI:  NOTHING FROM THE UNITED STATES, YOUR

25  HONOR.

```
1          THE COURT:  OKAY.  UNDER TITLE 18 OF THE
2    UNITED STATES CODE, AT SECTION 3626, SUBSECTION F, THE CODE
3    SPECIFIES A PARTICULAR PROCESS FOR THE APPOINTMENT OF A SPECIAL
4    MASTER.
5          BECAUSE I HAD NOT HAD ANY DISCUSSIONS WITH ANY OF YOU
6    ABOUT THIS PROCESS, I OBVIOUSLY WASN'T PREPARED IN THIS ORDER
7    TO IDENTIFY ANYONE, AND I DON'T -- SO WE NEED TO FOLLOW THE
8    PROCESS.
9          SUBSECTION 2 PROVIDES THAT IF THE COURT DETERMINES THAT AN
10   APPOINTMENT OF A SPECIAL MASTER IS NECESSARY, WHICH I HAVE FOR
11   THE REASONS OUTLINED IN THE ORDER AT DOCKET 222, THE COURT
12   SHALL REQUEST THAT THE DEFENDANT INSTITUTION AND THE PLAINTIFF
13   EACH SUBMIT A LIST OF NOT MORE THAN FIVE PERSONS TO SERVE AS A
14   SPECIAL MASTER.
15         THE REQUEST IS MADE.  ONE OF THE THINGS THAT I WANT TO
16   TALK ABOUT IS HOW MUCH TIME YOU NEED TO GET ME YOUR LIST OF
17   FIVE.
18         SUBSECTION B THEN READS, EACH PARTY SHALL HAVE THE
19   OPPORTUNITY TO REMOVE UP TO THREE PERSONS FROM THE OPPOSING
20   PARTY'S LIST.
21         THEN SUBSECTION C PROVIDES THE COURT SHALL SELECT THE
22   MASTER FROM THE PERSONS REMAINING ON THE LIST AFTER THE
23   OPERATION OF SUBPARAGRAPH B.
24         SO THIS IS THE PROCESS THAT WE NEED TO USE.  I NEED FIVE.
25         WHEN CAN YOU HAVE ME FIVE NAMES?
```

```
 1              MS. MATTIOLI:  I WOULD DEFER MAYBE TO THE COURT ON
 2   WHAT IS CUSTOMARY.  UP TO 30 DAYS?
 3              THE COURT:  THAT'S NOT GOING TO -- THAT'S WAY TOO
 4   LONG.
 5              MS. MATTIOLI:  TWO WEEKS?
 6              THE COURT:  WHEN CAN THE PLAINTIFF GET ME NAMES?
 7              MS. JANSSEN:  WE'VE STARTED PREPARING LISTS OF NAMES,
 8   AND I THINK WE COULD BE PREPARED TO GET NAMES TO YOU WITHIN A
 9   WEEK, POSSIBLY SOONER.  WE JUST WOULD NEED TO FOLLOW UP WITH
10   INDIVIDUALS.  BUT THAT'S ABOUT AS FAST AS I THINK WE CAN MOVE.
11              THE COURT:  TODAY IS THE 15TH.  YOU CAN HAVE TEN
12   DAYS, UNTIL THE 26TH.  WE WILL MEET ON -- WELL, I GUESS THE
13   QUESTION IS, DO YOU WANT TO DO THIS ALL ON PAPER OR ARE YOU
14   GOING TO WANT TO BE HEARD?  YOU'LL HAVE AN OPPORTUNITY TO
15   STRIKE, AND THEN THAT WILL LEAVE ME WITH FOUR NAMES.
16         SO ARE YOU GOING TO WANT TO BE HEARD ON THE REMAINING
17   FOUR?
18              MS. MATTIOLI:  YES.
19              THE COURT:  MR. FRANCE SAYS YES.
20              MS. JANSSEN:  THAT OBVIOUSLY DEPENDS WHAT THOSE NAMES
21   ARE, BUT I EXPECT WE MAY CERTAINLY WANT TO BE HEARD DEPENDING
22   ON WHO THOSE NAMES ARE.
23              THE COURT:  ALL RIGHT.  SO THEN I'LL HAVE YOU TURN IT
24   AROUND, OR DO YOUR OWN INVESTIGATION OF THE OTHERS.  I CAN GIVE
25   YOU A DAY, I CAN GIVE YOU A WEEK.
```

1        HOW MUCH TIME DOES THE PLAINTIFF WANT?

2            MS. JANSSEN:  ONE WAS A WEEK, AND WHAT WAS THE OTHER

3    OPTION?  I'M SORRY, EITHER?

4            THE COURT:  A DAY.  SO I CAN EITHER MEET WITH YOU ON

5    THE 27TH, OR I CAN MEET WITH YOU ON THE 1ST.

6            MS. JANSSEN:  I THINK WE WOULD BE PREPARED TO MEET ON

7    THE 27TH.  WE WANT TO GET THIS DONE AS FAST AS WE CAN.

8            THE COURT:  I WOULD SUGGEST THAT -- WELL, I CAN GIVE

9    YOU A DEADLINE ON THE 25TH TO FILE SO NO ONE IS DOING IT BY

10   MIDNIGHT.  WOULD YOU RATHER HAVE MORE TIME TO MAKE YOUR PICKS

11   OR MORE TIME TO INVESTIGATE THE OTHERS' PICKS?  9:00 A.M.?

12   NOON?  5:00 P.M.?

13           MS. JANSSEN:  5:00 P.M., I THINK.

14           MS. MATTIOLI:  THAT'S FINE, YOUR HONOR.

15           THE COURT:  OKAY.  SO HAVE YOUR FILINGS DONE BY

16   5:00 P.M. ON MARCH 25TH.

17       I'M PULLING UP MY CALENDAR TO SEE WHEN I CAN SEE YOU ON

18   THE 27TH.

19       AND WHAT YOU CAN DO IS ON THE 27TH, YOU CAN MAKE YOUR

20   STRIKES.  THAT WILL GIVE YOU EXTRA TIME TO CONSIDER THE OTHER

21   PERSONS.

22       WHEN YOU PROVIDE ME WITH YOUR SUGGESTIONS, YOU NEED TO

23   PROVIDE ME WITH THEIR BIOGRAPHIES, ANY INFORMATION THAT YOU

24   WANT ME TO CONSIDER IN EVALUATING YOUR CHOICES.  OKAY?

25       SO I'M NOT GOING TO GIVE YOU ANY KIND OF PAGE LIMITATIONS.

```
 1    YOU CAN -- ALL THEIR -- YOU KNOW, WHATEVER BACKGROUND THEY HAVE
 2    TO SERVE AS A SPECIAL MASTER IN THIS KIND OF ROLE, ANY
 3    EXPERIENCE, NO LIMITS ON WHAT YOU CAN PROVIDE IN TERMS OF THEIR
 4    BACKGROUND.  OKAY?
 5         THE SYSTEM IS SLOW.  JUST HOLD ON A MINUTE.
 6         (PAUSE IN PROCEEDINGS.)
 7         THE COURT:  WHILE I'M WAITING, MS. MATTIOLI, THE
 8    GOVERNMENT FILED A NOTICE THAT IT HAD INSTALLED THE NEW TEAM.
 9    DO YOU HAVE NAMES?
10         MS. MATTIOLI:  I DO, YOUR HONOR.
11    NANCY MCKINNEY.
12         THE COURT:  NANCY?
13         MS. MATTIOLI:  N-A-N-C-Y, M-C-K-I-N-N-E-Y IS
14    CURRENTLY THE INTERIM WARDEN.
15         GREG, G-R-E-G, C-H-A-F-F-E-Y, CHAFFEY IS THE ACTING
16    EXECUTIVE ASSISTANT AND SATELLITE CAMP ADMINISTRATOR.
17         CHARMAINE NASH, C-H-A-R-M-A-I-N-E, N-A-S-H, IS THE
18    ASSOCIATE WARDEN.  SHE REMAINS AN ASSOCIATE WARDEN.
19         AND THEN JOEL ZARAGOZA, Z-A-R-A-G-O-Z-A, IS CURRENTLY THE
20    ACTING CAPTAIN.
21         THE COURT:  OKAY.  THANK YOU.
22         WELL, IRONICALLY ENOUGH, MR. NUNLEY'S SENTENCING IS THAT
23    DAY.  SO WE CAN MEET IMMEDIATELY THEREAFTER, 11:30.
24         DOES THAT WORK?
25         MS. MATTIOLI:  WHICH DATE, YOUR HONOR?
```

| | |
|---|---|
| 1 | THE COURT: WEDNESDAY, MARCH 27TH. |
| 2 | MS. MATTIOLI: THANK YOU. |
| 3 | THE COURT: DOES THAT WORK? |
| 4 | MS. MATTIOLI: YES. |
| 5 | MS. JANSSEN: YES, THAT WORKS FOR PLAINTIFFS. |
| 6 | THE COURT: OKAY. SO TO RECAP, YOU WILL FILE YOUR |
| 7 | FIVE PROPOSED NAMES BY 5:00 P.M. ON MARCH 25TH. |
| 8 | AND THEN WE WILL MEET ON WEDNESDAY, MARCH 27TH, AT |
| 9 | 11:30 A.M., AT WHICH POINT YOU WILL EXERCISE YOUR THREE |
| 10 | STRIKES, LEAVING ME WITH A TOTAL OF FOUR NAMES TO CHOOSE FROM. |
| 11 | IF I SOMEHOW HAVE MISUNDERSTOOD THE CODE, PLEASE LET ME |
| 12 | KNOW. BUT I THINK THE CODE IS PRETTY STRAIGHTFORWARD. |
| 13 | OKAY. IS THERE ANYTHING ELSE YOU WANT TO DISCUSS AT THIS |
| 14 | POINT? |
| 15 | (DISCUSSION OFF THE RECORD BETWEEN PLAINTIFFS' COUNSEL.) |
| 16 | MS. JANSSEN: ONE QUESTION FOR PLAINTIFFS IS ACTUALLY |
| 17 | RELATED TO THE DEFENDANT NUNLEY. |
| 18 | WE FILED A MOTION TO SERVE BOTH NUNLEY AND SMITH BY |
| 19 | PUBLICATION, AND THAT IS STILL PENDING BEFORE THE COURT WITH |
| 20 | THE DEADLINE FOR SERVICE. |
| 21 | THE COURT: YOU ASKED FOR WHAT? |
| 22 | MS. JANSSEN: A DEADLINE TO SERVE NUNLEY AND SMITH |
| 23 | BOTH BY PUBLICATION BECAUSE IT SEEMS THE FILINGS, WE HAVE TRIED |
| 24 | REPEATEDLY TO SERVE THEM AND THEY CONTINUE TO BE -- |
| 25 | THE COURT: HE'LL BE HERE ON MARCH 27TH. |

|   |   |
|---|---|
| 1 | MS. JANSSEN: OKAY. WE'LL SERVE HIM THEN. THANK |
| 2 | YOU. |
| 3 | THE COURT: I WOULD SUGGEST THAT YOU CONTACT HIS |
| 4 | LAWYER, HIS CRIMINAL LAWYER. |
| 5 | MS. JANSSEN: YOUR HONOR, WE HAVE. IT IS REFLECTED |
| 6 | IN THE FILINGS. WE CONTACTED BOTH CRIMINAL LAWYERS FOR BOTH OF |
| 7 | THOSE DEFENDANTS. THEY DECLINED TO ACCEPT SERVICE. THEY DID |
| 8 | CONFIRM THAT THE ADDRESSES WE HAD WERE CORRECT, BUT DECLINED TO |
| 9 | ACCEPT SERVICE. |
| 10 | THE COURT: YOU LET THEM KNOW THAT I WILL LET YOU |
| 11 | OFF -- LET YOU SERVE THEM IN THE COURTROOM, AND ASK THEM IF |
| 12 | THEY'RE GOING TO RECONSIDER THEIR POSITION. |
| 13 | MS. JANSSEN: WE WILL INFORM THEM OF THAT. THANK |
| 14 | YOU, YOUR HONOR. |
| 15 | THE COURT: WITH RESPECT TO SMITH, I DON'T HAVE HIS |
| 16 | DOCKET NUMBER. |
| 17 | MS. JANSSEN: I BELIEVE HIS NEXT STATUS CONFERENCE IS |
| 18 | APRIL 18TH. |
| 19 | HOWEVER, I BELIEVE MR. SMITH HAS BEEN APPEARING FOR THESE |
| 20 | CONFERENCES BY ZOOM, I BELIEVE POTENTIALLY FROM -- WELL, I |
| 21 | WON'T SAY WHERE HE IS, BUT FROM HIS HOME. AND WE ARE UNABLE TO |
| 22 | SERVE HIM BECAUSE HE'S NOT HERE. |
| 23 | THE COURT: YOU ADVISE HIS LAWYER THAT I WILL REQUIRE |
| 24 | HIM TO APPEAR IN PERSON IF THERE CONTINUES TO BE A PROBLEM WITH |
| 25 | SERVICE. |

```
 1              MS. JANSSEN:  WE WILL DO SO.  THANK YOU.
 2              THE COURT:  OKAY.  THE REQUEST IS DENIED WITHOUT
 3    PREJUDICE IN THE EVENT THAT THESE OTHER METHODS DO NOT WORK.
 4              MS. JANSSEN:  AND RELATED TO THAT REQUEST, THERE WAS
 5    A REQUEST FOR AN EXTENSION TO COMPLETE SERVICE.
 6              THE COURT:  GRANTED.
 7              MS. JANSSEN:  THANK YOU.
 8              THE COURT:  OKAY.  AND WHAT CASE NUMBER IS THAT?
 9              MS. JANSSEN:  THAT IS IN THIS CASE NUMBER, 4155.
10         ALL OTHER DEFENDANTS HAVE BEEN SERVED, INCLUDING ALL
11    INDIVIDUAL DEFENDANTS AND THE GOVERNMENT FOR ALL DEFENDANTS.
12         HOWEVER, SMITH AND NUNLEY WERE THE ONLY ONES WE WERE
13    UNABLE TO SERVE INDIVIDUALLY.
14              THE COURT:  OKAY.  ANYTHING ELSE ON THE PLAINTIFFS'
15    SIDE?
16              MS. JANSSEN:  NO, YOUR HONOR.
17              THE COURT:  FROM THE GOVERNMENT?
18              MS. MATTIOLI:  NOTHING FROM THE GOVERNMENT, YOUR
19    HONOR.
20              THE COURT:  OKAY.  I'LL SEE YOU IN ABOUT TEN DAYS.
21              MS. JANSSEN:  THANK YOU.
22              THE COURT:  OH, NO, TWELVE DAYS.
23         WE'RE ADJOURNED.
24              THE CLERK:  COURT IS ADJOURNED.
25           (THE PROCEEDINGS WERE CONCLUDED AT 3:16 P.M.)
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: APRIL 16, 2024