McKinney Declaration

Filed Under Seal