JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs<br>        v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>                Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND FOR *IN CAMERA* REVIEW** |

Pursuant to Civil Local Rules 79-5 of the United States District Court for the Northern District of California, the United States of America respectfully requests that it be permitted to file excerpts from the Brief in Support of its Rule 60 Motion for Relief under seal, and the entirety of the Nancy McKinney declaration under seal, and that such documents be reviewed in camera.. These documents contain highly sensitive information regarding facility safety and security at FCI Dublin.

Good cause exists for this request. As grounds for this administrative motion, the United States has satisfied the requirements of Civil Local Rule 7-10. It requires:

> (1) a specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient;

> (2) evidentiary support from declarations where necessary; and

> (3) a proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed. Civil Local Rule 7-10(c).

Maintaining the confidentiality of documents with detailed information about prison management and security (1) serves a compelling interest; (2) there is a substantial probability that, in the absence of sealing, this compelling interest would be harmed; and (3) there are no alternatives to sealing that would adequately protect the compelling interest. *See In re Copley Press, Inc*., 518 F.3d 1022, 1028 (9th Cir. 2008). Maintaining the security of prisons is undoubtedly a compelling interest, as the issues of discipline, order, safety, and security in penal institutions are crucial. *Cutter v. Wilkinson*, 544 U.S. 709, 723, (2005); *Warsoldier v. Woodford*, 418 F.3d 989, 998 (9th Cir. 2005) (stating prison security "clearly is" a compelling state interest).

If the excerpts and document filed under seal were disclosed, the interest of prison security would be harmed. (Doc. 236-2, Lothrop Decl.) Excerpts from the United States' Brief in Support of its Rule 60 Motion for Relief and the entirety of McKinney's declaration contain highly sensitive information. They relate to the management of FCI Dublin, including details about operational decisions and future planning at the facility. Disclosure of such information to the public, to adults in custody (AICs), or to opposing counsel would be detrimental to facility management and would increase risk to

1  BOP staff and AICs alike. (Doc. 236-2, ¶¶ 3-4.)

2      Further, reviewing this document in camera is appropriate under the circumstances. The
3  information contained in the exhibit is highly sensitive material that should not be disclosed to the public
4  or opposing counsel. (Doc. 236-2, ¶¶ 3-4.)

5      Sealing the excerpts and document is the narrowest way to protect such information, and the
6  United States seeks to seal excerpts of the motion and the entirety of McKinney's declaration at this
7  time.

8      A proposed order is attached that is narrowly tailored to seal these documents.

9      Therefore, to ensure the safety of prison employees and AICs, the United States requests that the
10  Court enter an order under Civil Local Rule 79-5 to place the following under seal:

| Document and Portion of Document to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Brief ISO Rule 60 Motion for Relief Pg. 2, lns. 12-13 | Lothrop Decl., Doc. 236-2. | |
| Brief ISO Rule 60 Motion for Relief Pg. 3, lns. 14-28 | Lothrop Decl., Doc. 236-2. | |
| Brief ISO Rule 60 Motion for Relief Pg. 4, lns. 1-6, 9, 10-11, 16-17, 27-28 | Lothrop Decl., Doc. 236-2. | |
| Brief ISO Rule 60 Motion for Relief Pg.5, lns. 1-14 | Lothrop Decl., Doc. 236-2. | |
| Brief ISO Rule 60 Motion for Relief Pg. 6, lns. 4, 5, 6-7, 8, 21, 22 | Lothrop Decl., Doc. 236-2. | |
| Brief ISO Rule 60 Motion for Relief Pg. 9, lns. 12-15, 17, 18 | Lothrop Decl., Doc. 236-2. | |
| Brief ISO Rule 60 Motion for Relief Pg. 12, lns. 12, 14-15, 25-26 | Lothrop Decl., Doc. 236-2. | |
| Brief ISO Rule 60 Motion for Relief Pg. 14, lns. 16, 17, 18, 20 | Lothrop Decl., Doc. 236-2. | |
| McKinney Declaration | Lothrop Decl., Doc. 236-2. | |

    WHEREFORE, the United States respectfully requests that the Court grant this Administrative Motion and enter the attached proposed order sealing the United States' filings.

    Dated this 16th day of April, 2024.

                                  JESSE A. LASLOVICH
                                  United States Attorney

1
2          /s/ *Madison L. Mattioli*
           MADISON L. MATTIOLI
3          ABBIE J.N. CZIOK
           MARK STEGER SMITH
4          TIMOTHY A. TATARKA
           Assistant U.S. Attorneys
5          Attorneys for Federal Defendants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28