**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,**<br><br>Defendants. | **Case No.:** 4:23-cv-4155-YGR<br><br>**ORDER RE: CONTINUED GUIDANCE CONCERNING THE TRANSFER OF INMATES AT FCI DUBLIN, NO. 2** |

TO: THE BUREAU OF PRISONS, ITS COUNSEL, AND PLAINTIFFS' COUNSEL:

The Court held a sealed status conference this morning regarding operational considerations at FCI Dublin and provided parties, including the Bureau of Prisons ("BOP"), with guidance relative to the closure of the facility and transfer of inmates. Certain of those instructions are memorialized in Attachment A.2 hereto, which is **SEALED** for security reasons.

The clerk of the court is ordered to serve Attachment A.2 on counsel of record for BOP, plaintiffs' counsel, and Special Master Still by email to expedite distribution given the urgency of the issues.

**IT IS SO ORDERED**.

Date: April 17, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**CC: SPECIAL MASTER STILL**