ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL - 330482
LUMA KHABBAZ - 351492
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
       kjanssen@rbgg.com
       aspiegel@rbgg.com
       lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

STEPHEN CHA-KIM*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Email: stephen.cha-kim@arnoldporter.com

CARSON ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650.319.4500
Email: carson.anderson@arnoldporter.com

OREN NIMNI* Mass. Bar No. 691821
AMARIS MONTES* Md. Bar No. 2112150205
D. DANGARAN *Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
       amaris@rightsbehindbars.org
       d@rightsbehindbars.org

Attorneys for Plaintiffs                              *Admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**DECLARATION OF SUSAN M. BEATY IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Beaty Decl. ISO Plaintiffs' TRO                                        Case No. 4:23-CV-04155-YGR

I, Susan M. Beaty, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a senior attorney at California Collaborative for Immigrant Justice (CCIJ), counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

2. Attached hereto as Exhibits 1-20 are a sample of CorrLinks messages received by Plaintiffs' counsel from class members.

3. The class member experiences described in the "Facts" section of the Plaintiffs' Motion are based on communications from class members to Plaintiffs' counsel between April 14 and April 19, 2024, and a legal visit with class members on April 17, 2024 at the FCI. Between April 14, 2024 and April 19, 2024, Plaintiffs' counsel received numerous voicemails, CorrLinks messages, and phone calls (memorialized through contemporaneous notes) from dozens of class members.

3. I conferred with my co-counsel in this matter from Rights Behind Bars, Rosen Bien Galvan & Grunfeld, LLP, and Arnold & Porter to compile these communications with class members, of which only a limited sample is included in Plaintiffs' Motion.

4. Because of the emergency nature of this motion, the continued mass transfer of class members, and limitations on access to counsel, we were unable to prepare formal declarations with class members. If the Court so chooses, my co-counsel and I are able to prepare additional declarations or witness testimony regarding these experiences.

5. Incarcerated people report that staff are narrowly focused on transferring as many people as soon as possible, and they are not taking appropriate care in an effort to empty the prison "by

1

Beaty Decl. ISO Plaintiffs' TRO                                                    Case No. 4:23-CV-04155-YGR

Friday." Class members have been fully processed for transfer, only to be returned to their dorms, sometimes multiple times in a single day.

6. This morning a group of over 20 people were removed from their unit to be shipped out–as they were being processed, they had limited access to food, water, or the toilet, and at one point were all placed in a single holding cell, only to be returned to their dorm seven hours later.

7. Another group of people sat on a bus, shackled, for over three hours straight before unloading.

8. One woman shared that after she was pulled for transfer on Monday, she was strip searched and forced to remove her tampon in front of two officers. She was not provided any materials to clean herself with, or any menstrual products for the journey, and sat in the bus bleeding on herself for hours before being returned to her dorm; she has not had access to her belongings or clean underwear for four days.

9. Another class member was designated for transfer and processed for hours today, then returned to the Camp this evening without any of her possessions, including her medications.

10. Staff themselves acknowledge these deficiencies–class members report that officers asked a group of women waiting to be loaded on the bus "where are you being transported to?" while other officers characterized the rushed transfers as a "mess" and a "disaster."

11. Counsel has also received numerous reports that BOP continues to transfer class members who are eligible for release, including to home confinement or a halfway house, or through compassionate release. In one case, BOP officials including the Warden insisted that a class member and witness was not eligible for release and was to be transferred, at first to another prison and then to a halfway house–only after repeated intervention by Plaintiffs' counsel and the special master was she appropriately classified for immediate release.

2

Beaty Decl. ISO Plaintiffs' TRO                                              Case No. 4:23-CV-04155-YGR

12. lass members reported serious issues with Dublin's systems for tracking potential release. One class member reported that the last time she was "teamed," her counselor showed her an empty folder and told her that there was no documentation of any of her programming or certificates even though she had completed numerous classes and programs over the years.

13. Another individual reported that she applied for and was approved for compassionate release last year by Warden Jusino, but was told Dublin has no record of her request or the warden's approval.

14. Plaintiffs' counsel are aware of numerous people who have been transferred with pending compassionate release requests, including at least five survivors of Dublin staff sexual assault.

15. Counsel have also spoken with multiple noncitizens who are currently eligible for release to home confinement or halfway house, but have been erroneously told they do not qualify because of their immigration status, and are instead slated for transfer. Counsel has also received many reports of people designated or transferred to the opposite coast, hundreds or thousands of miles from their families and children.

16. Many class members also report serious issues with confiscation and transportation of property. On Monday and Tuesday, BOP staff instructed class members to throw away all of their property that did not fit in a single bag. Many distraught class members were forced to throw away sentimental possessions (like family photographs, letters, and books), items of significant monetary value (like clothing and shoes), and even medications. The process was later modified, and class members were allowed to pack a single bag, and ship one box home, or pay to ship additional boxes if they could afford postage (many cannot). Staff were to "pack out" the bag in front of people, providing documentation of the process and any discarded items. As of today, staff are "packing out" property outside the presence of incarcerated people, who have no way of knowing what was actually packed and what was thrown away, and staff are

3

Beaty Decl. ISO Plaintiffs' TRO                                              Case No. 4:23-CV-04155-YGR

not providing any documentation of this process. Multiple class members were not offered the opportunity to ship possessions home. Once people are "packed out" they no longer have access to their possessions–some people have now been without extra clothes, hygiene, and medications for three days. One class member reported she was processed for transfer–including being strip searched and handcuffed–and when she returned to her dorm hours later, staff told her they "lost" her bag.

17. Class members report that BOP has medically cleared people with unmet medical needs, and has even transported people without medical clearance. Multiple distraught class members in the FCI recounted that, while a group of over 20 individuals waited in a small holding cell to board a bus, a BOP medical provider came and read out the names of four people who needed to be medically cleared–but those four individuals were long gone from the facility.

18. Multiple people at the Camp called to say that staff were repeatedly paging a class member, J.G., over the loudspeaker for her medical clearance appointment, hours after J.G. had already been transferred.

19. One sexual assault survivor who has been awaiting a cardiologist appointments for months following a major cardiac event, and who was approved for compassionate release last year, was reportedly transferred this afternoon without proper medical clearance.

20. Several class members who were medically cleared described a cursory process where BOP providers reviewed existing medical records, took vital signs, and declared them "cleared," without apparent oversight. Providers asked questions about documented medical conditions, but did not address undocumented and untreated medical needs.

21. One individual shared that she was cleared in less than ten minutes, despite the fact that she has serious liver and heart conditions and an outstanding cardiology appointment, and is

4

Beaty Decl. ISO Plaintiffs' TRO                                                                 Case No. 4:23-CV-04155-YGR

currently experiencing chest pains, all documented in her pending compassionate release request.

22. One transgender class member reported that he was cleared and transported despite being days overdue for his testosterone shot.

23. Class members report that there is functionally no medical or mental healthcare. Plaintiffs' counsel has received countless calls from sobbing clients, describing scenes of people having breakdowns across housing units. Thursday morning, a group of class members called for psychology, and despite being told someone would come see them in fifteen minutes, no one ever did.

24. One survivor of staff sexual assault who has been held in solitary confinement for over two weeks was taken to suicide watch on Tuesday; she has not seen a psychiatrist, and as of this evening she is only one of three people left in the SHU, and has not received fresh linens or hygiene products as required.

25. Another survivor of staff sexual assault has had major panic attacks every day this week, and suffered a seizure on Tuesday; when medical staff finally came to check on her the following morning, the officer yelled at her: "don't start with your bullshit."

26. One elderly class member has had a migraine for weeks, and is currently experiencing dizziness in her hands and arms. She has sent emails and messages, and even went to the medical office twice to seek care, but has not been seen; multiple people called to express concern for her, and her family has called BOP to no avail. Class members and loved ones continue to express concern for I.C., an 80 year old woman with serious health conditions who has been designated for transfer.

27. Class members also report intense retaliation and hostility from staff, who blame incarcerated people for Dublin's closure. Multiple women reported that CO Morasco screamed at

5

Beaty Decl. ISO Plaintiffs' TRO                                    Case No. 4:23-CV-04155-YGR

a group of people in their housing unit, yelling, "it's your fault that Dublin is closing" and "this is what you wanted." Last night, as guards yelled at women in a housing unit, the women raised concerns about how they were being treated, and the guards threatened to throw them all in SHU.

28. Various staff have reportedly made public, derogatory comments about both the Court and the special master to incarcerated people. One guard complained that "the judge shouldn't mess with BOP." Class members report that temporary, outside staff are not wearing name tags, and therefore cannot be identified.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, CA on this 19th day of April, 2024.

By: /s/ Susan M. Beaty
Susan M. Beaty

*Attorneys for Plaintiffs*

Civil L.R. 5-1(i)(3) Attestation:

I Kara J. Janssen attest that the other signatory concurred in the filing of this document.

By: /s/ Kara J. Janssen
Kara J. Janssen