# EXHIBIT 1

███████

**From:** ████████████████████████

**Sent Date:** Monday, April 15, 2024 2:36 PM

**To:** ████████████████

**Subject:** This is so scary!!

We don't know what is going on here. The warden came in to the camp and announced that as of today Dublin is closing and that we are ALL being transferred to other prisons!!
That is crazy. I am too sick to transfer anywhere right now and I am supposed to be an immediate release. I also thought Judge Gonzalez issued an order NOT to transfer me anywhere but home?
Can we get a restraining order if they try to transfer me somewhere?
I'm really scared that I'm going to be stuck in a detention center somewhere and not be able to get my release processed. Warden McKinney just told me that my release would be processed before the 1st of the month but now I am going to be transferred somewhere? And stuck! This is total retaliation! My outdate is past due!!

Is this coming from the Judge/Special Master?
Or is this the BOP reacting to having the Special Master and trying to avoid letting someone else have control over them? And more importantly not allow them to do any more digging into what they've been up to?
This is so sad everyone's anxiety and PTSD is through the roof right now!
Poor ████████ is crying. She is really scared of being shackled and going somewhere away from her family.
I hate that they can do this to us after everything they have already done.
I understand this place needs to be closed but there is a better way...and campers and especially victims need to go home.

I know you are all doing your best.

Thank You!
██████

# EXHIBIT 2

From:

Sent Date:     Monday, April 15, 2024 2:05 PM

To:

Subject:       I was not on the list

many are leaving today.. I dunno if they just waiting for another bus or what, they not saying where they going.

they telling them that they will not send personal property out, its considered trash and all that are getting taken have to fit in one bag, the lifers are in a panic

# EXHIBIT 3

███████████

From:        ████████████████████

Sent Date:   Tuesday, April 16, 2024 5:50 PM

To:          ██████████████

Subject:     fci dublin

my name is ████████████████  im incarerated in fci dublin and im having inadequate medical and dental and mental services provided to me recently we been told to pack to be tranfered throwing away alot of our belongings telling us we need to pay to have our stuff shipped  and telling us to pack up to leave and then we dont leave i cant trust any authority  figure associated with bop im scared and mentally unstable i have anxiety paranoia and i am diabetic and i dont get my sugar  checked or insulin and in another facility i was told i have my liver elivated and was feeling very ill and they never took care of me  and got an ultrasound done but i told them to ask for my file from facilty before  and  fci dublin medical didnt do nothing  and never got helped i need help please

# EXHIBIT 4

███████████

| | |
|---|---|
| From: | ████████████████████ |
| Sent Date: | Tuesday, April 16, 2024 2:38 PM |
| To: | ████████████ |
| Subject: | Relocating |

Hola comi esta para informarle que nos estan haciendo empacar y lo que no nos podemos llevar solo lo podemos tirar oh donar por que al prinsipio dejeron que nos ivan a dejar mandar una caja con nuestra propiedad a nuestra casa y B.O.P iva a pagad por ella [ero al llegar a RND ;as hacen tirar todo ala basura solo queremos estampillas para embiar nuestras cosas

# EXHIBIT 5

From: ███████████████████████

Sent Date:   Tuesday, April 16, 2024 6:19 PM

To: ████████████████

Subject:   hey

They are shipping us out, not lettipng us send our property home. They are treating us all like peices of dirt on the ground. It is completely inhumain.

# EXHIBIT 6

████████████

From:         █████████████████████

Sent Date:    Tuesday, April 16, 2024 6:21 PM

To:           ████████████

Subject:      ████████████████

Hello.
I am an inmate at Dublin FCI.
I arrived in July of 2023 on an aggressive drug sentence of 121 months courtesy of the state of Texas.

I was handed a green army bag yesterday and told I had get rid of almost all my property then they called a different group to leave today and I am watching them get packed out now.

I arrived in July of 2023, in the aftermath of all the situations.
I watched my old roommates, █████████ and █████████████ receive immediate release.

I saw the contact information for you guys posted yesterday by the special masters.
Let me know what further you need from me or what is in my best interest to do.

I have never been in a situation like this, this prison has been the most unorganized, unprofessional, irrelevant, and negligent experience I have ever been forced to participate in.

████████████

# EXHIBIT 7

████████████

| | |
|---|---|
| From: | ████████████ |
| Sent Date: | Tuesday, April 16, 2024 4:07 PM |
| To: | ████████████ |
| Subject: | Dublin FCI |

Hello,

I just wanted to reach out to you regarding the class action lawsuit against Dublin FCI.  Case No. 4:23-CV-4155-YGR

My name is ████████████

I am supposed to be released to a Halfway House in ████████████ as of next month.  However, in the shut down, I am being transported somewhere probably much further away from ████████ than Dublin.  I have been Camp Status for many months, but was told that because my sentence was so short, I wouldn't go to Camp.  For the past 6 months, I have been fighting to have my FSA credits and my good time applied to my release date, which hasn't been changing as it should.  Had these been applied, I would have gone to the Halfway House even sooner than this, and now, I have no idea where I'm going, but it's not to the Halway House.

There is so much more I can say and I would be happy to issue a statement, if need be.

Thank you so much for taking this on.  You are appreciated,

████████

# EXHIBIT 8

███████

From: ████████████████████████

Sent Date: Tuesday, April 16, 2024 3:52 PM

To: ██████████████

Subject: hello

I am literally traumatised from the trip here two years ago and how we were housed and showering outside in a porta potty and I am terrified about leaving to go some place else. This is so inhumane these conditions and this we are moving and then not and then moving. They ar tossing all our stuff not even letting us send our stuff out. I am sorry I am just venting I feel I have no one to listen to me and really hear me. The only good thing is I wont have to be abused anymore when I go some place else. I hope! Please let me know if you have any questions.

# EXHIBIT 9

From: ▮

Sent Date: Tuesday, April 16, 2024 10:19 PM

To: ▮

Subject: conflicted

Hello ▮ I want to first thank you all for the hard work that is being done our behalf. So I just got called to the counselors office a few mins ago for them to tell that I will be shipped out to another institution. I am scheduled to be released on Tues the 23rd I have my travel plans and everything but now they are saying that I will be sent to the next institution and I will have to go through the process of getting teamed and medically cleared to go to the next institution. This is Krazy I havent gotten my medication for my thyroid all wiik I have put in a refill since last thursday, I keep going everyday to see if they refilled it and they keep telling me that it shows in the computer I put my refill in that it will get refilled when it gets refilled. These people just dont understand that our health is important too.

# EXHIBIT 10

██████████████

**From:** ████████████████████████████████

**Sent Date:** Wednesday, April 17, 2024 6:22 PM

**To:** ████████████████

**Subject:** RE: RE: Hello

so I saw medical and packed out my things but they sent me back to the unit and said were not leaving today. so still this back and forth thing and its killing me but I should leave in the morning. We have been sitting in medical for 5 hours just waiting. Thank you for listening just wated to let you know.

# EXHIBIT 11

███████████

From: ███████████████

Sent Date: Wednesday, April 17, 2024 12:20 PM

To: ████████████████

Subject: hola

abogada ██████ buenos Dias, yo soy ██████████ una de las 80 mujeres que tuve que tirar forzosamente mi comisaria, el dia lunes 15 xk vinierony dijeron tienes 20 minutos para guardar tus cosas en esta maleta, abogada traigo mucha ansiedad dolor de cabeza extres a todo lo k da e llorado mucho por que estas no son maneras de tratar a uno despues de todo lo k hemos sobrevivido aqui, k mas nosfalta???? tenemos hambre toda la comida se nos tiro no nos venden comisaria y la comida de la cosina es muy poca Y FEA , por favor necesitamos ayuda urgentemente, estoy sin shampoo pasta dental ni cepillo para mi igiene bucal xk todo lo tienen los marsahll empaquetado y no quieren regresarnolo notenemos ropa xk todo se lo yevaron a lavanderia, POR FAVOR VENGAN A VER EN LA SITUACION K ESTAMOS Y QUE HABLEN ESPAN~OL TAMBIEM XK SOLO INGLES HABLAN ESTO ME VA A BOLVER LOCA PORFAVOR NECESITAMOS AYUDA URGENTE. Dios le bendiga espero su respuesta pronto>3

# EXHIBIT 12

███████

**From:** ███████████████████

**Sent Date:** Wednesday, April 17, 2024 2:22 PM

**To:** ████████████

**Subject:** RE: RE: conflicted

Good morning ████ thank you, So my paperwork was atarted in Feb 24th I got halfway house eligibiity for April 23rd I have my travel plans set for Tues the 23rd my plane leaves at 4:15 and is to arrive at 6:15 pm in Phoenix Arizona for the halfway house. I recieved this paperwork last week on the 10th and now they are saying that I am getting shipped out. Right now this moment they are calling names for us to pack out. This is crazy. I still havent been given my medication,

# EXHIBIT 13

███████

From:          ████████████████████

Sent Date:     Wednesday, April 17, 2024 12:24 PM

To:            ████████████

Subject:       another day

to get cleared for medical so you can transfer, this place is only taking people's vital signs and approving them with that, not reviewing medical history and current needs with a real doctor.

inmates who packed out their property were then called to medical, last night they told all other inmates the process that they had to go through and they were taken this morning to leave this prison compound.

# EXHIBIT 14

██████████

From:          ████████████████████████████

Sent Date:     Wednesday, April 17, 2024 3:21 PM

To:            ███████████████

Subject:       ESTO ESTA MAL : (

███████ ESTAMOS SUPER MAL EN ESTOS MOMENTOS,ESTA DESCONTROLADO,DEL MODO QUE ELLOS LLEGAN Y HACEN LAS COSAS AQUI,ESTA CAUSANDO UN TRASTORNO MENTAL INPRESIONANTE Y NO ESTA BIEN , AMI ME TIENE LOS NERVIOS DE PUNTA YO TENGO MI ANCIEDAD A TODO LO QUE DA Y NO QUIEREN DARME MI MEDICAMENTO DICEN QUE YA LO PUSIERON EN MIS COSAS PORQUE HICE PACK OUT Y NO PUEDEN DARME MAS,ESTOY MUY MSAL DE VERDAD,LE PIDO HAGA ALGO PARA QUE NOS PUIEDAN ATENDER MEJOR Y NO IRNOS DE AQUI POR FAVOR.

# EXHIBIT 15

██████████

| From: | ██████████████████████████████ |
|---|---|
| Sent Date: | Thursday, April 18, 2024 5:20 PM |
| To: | ██████████████ |
| Subject: | Hola |

Hola ███ buenas tardes.

████████████████████████████████████████████ Yo soy del Grupo de pesonas que me subieron al camion el dia Lunes,  desde ese dia nos estan dando largas para saber que paso con nuestra propiedad, nos mandaron de vuelta a la unidad sin tener nisiquira lo basico, que es jabon, cepillo de dientes, pasta dental, el dia que nos revisaron y nos desvistieron me hicieron quitarme y ponerme un tampon delante de la oficial estaba escurriendo sangre y no tenian ni papel higienico para que pudieron limpiar y mucho menos lavarme las manos, no me dieron ni una toalla sanitaria para el camino, me regresaron a la unidad y solo me rieron un calzon, ya es jueves y no me han querido dar mas y tampoco me quisieron vender. Me hicieron sentir tan vulnerable, tan poca cosa, no nos estan ayudando de ninguna manera de obtener una oportunidad de volver pronto a casa.
Espero que usted me pueda ayudar. De antemano mchas gracias.

██████████████████

# EXHIBIT 16

███████

---

**From:** ████████████████

**Sent Date:** Thursday, April 18, 2024 12:50 PM

**To:** ████████████

**Subject:** EMERGENCY

████

I left you a voicemail message.  The BOP is attempting to get ██████████ and I medically "cleared" to be transported immediately to another BOP institution (allegedly we are slated to go to Pecan, Illinois, when I live in San Diego, California!)...I am NOT medically OK to travel via BOP transport -- I should be sent on home confinement and/or granted compassionate release by the Special Master.  ██████ and I haven't even been interviewed by the Special Master's doctors as her assistant, Ms. Malone, said we would be (in fact, Ms. Malone has told me twice that I am on a special "short list" of people to be interviewed by the Special Master's doctor to confirm I can't be transferred to another BOP facility).

Please help ██████ and I as we are both victims of sexual assault and have severe medical issues (my heart condition still has NOT been treated and we both know that BOP facilities are incapable of treating my medical and mental health conditions...not to mention I don't know whether my perpetrator was transferred to the facility to which I am being transferred).

Can you get a hold of Wendy Still and beg her to put a "stay" on our transport.....we should be going home on home confinement or compassionate releases.  This is just another retaliatory action by the BOP against VICTIMS.  :(

Thank you, ██████

# EXHIBIT 17

█████████████

| | |
|---|---|
| From: | ████████████████████ |
| Sent Date: | Thursday, April 18, 2024 2:21 PM |
| To: | ███████████ |
| Subject: | Shipping campers!! |

So 17 campers were just given SHU bags and told to pack and that they are being shipped today. They are supposedly going to Pekin, IL. A lot of them have compassionate releases that have not been reviewed yet AND many of them have medical issues. They have NOT been medically cleared yet.
The medical computers just 'went offline' right when they were lined up to get cleared. So they gave them bags anyway and told them they are leaving today. Apparently this is there way of getting around the Judge's orders.

# EXHIBIT 18

| | |
|---|---|
| From: | |
| Sent Date: | Thursday, April 18, 2024 3:52 PM |
| To: | |
| Subject: | help |

me inmagino que ya save van a cerrar aca pero esto es horrible necesitamos alluda por favor

# EXHIBIT 19

████████████

| | |
|---|---|
| From: | ████████████████████ |
| Sent Date: | Thursday, April 18, 2024 6:49 PM |
| To: | ████████████ |
| Subject: | **IMPORTANT** |

To whom it may concern,
As you know ██████ it's chaotic here at dublin every hour. The anxiety level is in high alert. The first group that left some of the inmates were not medically cleared, the feds don't even know what and how to do things. We are already packed some get sent to medical for clearance, dressed and then sent back to the units. We are treated as animals and are not even allowed to use the restrooms during clearance. Today one dublin officer said," it's your guys' fault that dublin is closing." ████████████ ████████████████████ Some of us are not even cleared to leave but, yet we are rolled out and with our bought property being thrown out eventhough we are told we can take certain items. I don't see where the proffesional planning is coming from some of us are depressed as it is and it is nerve recking not knowing what is going on.

# EXHIBIT 20

███████████

From:          ███████████████████████

Sent Date:     Thursday, April 18, 2024 1:06 PM

To:            ████████████████

Subject:       class act

my name is ████████████████ and im part of this situation in dublin this is my first time in federal prison ive never been thru this and i was planning for a long stay at dublin im scared overwelmed nervous of whats going on the gaurds are treating me and talking to me like im not even a person ever since the marshals left i feel like they are retaliating against us . certain people have been packed out and depending on who packs u out they go by policy others dont care they will throw ur stuff away new or not it gets trashed. at some point we were told we can send stuff home then it was we had to pay for it ourselves this situation is not my fault im mentally unstable my sugars been sky rocket we eat when they feel like feeding us im not ok with how this is going. im not sure what to do