| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL - 330482<br>LUMA KHABBAZ - 351492<br>ROSEN BIEN GALVAN &<br>  GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>    kjanssen@rbgg.com<br>    aspiegel@rbgg.com<br>    lkhabbaz@rbgg.com | STEPHEN CHA-KIM*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: 650.319.4500<br>Email: carson.anderson@arnoldporter.com |
| SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI* Mass. Bar No. 691821<br>AMARIS MONTES* Md. Bar No. 2112150205<br>D. DANGARAN *Mass. Bar No. 708195<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>    amaris@rightsbehindbars.org<br>    d@rightsbehindbars.org |
| Attorneys for Plaintiffs | *Admitted pro hac vice |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**DECLARATION OF OREN NIMNI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Oren Nimni, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of Massachusetts (SBN 691821). I am counsel for Plaintiffs in the above captioned matter.

2. I submit this declaration in support of Plaintiffs' Notice Of Motion And Memorandum Of Points And Authorities In Support Of Motion For Temporary Restraining Order. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. Pursuant to Civil L.R. 65-1(c), on April 18, 2024, at 10:57 PM PT I notified counsel for Federal Defendants' via email that Plaintiffs were filing this motion for a temporary restraining order.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, DC on this 19th day of April, 2024.

By: /s/ Oren Nimni
Oren Nimni

*Attorneys for Plaintiffs*

Civil L.R. 5-1(i)(3) Attestation:

I Kara J. Janssen attest that the other signatory concurred in the filing of this document.

By: /s/ Kara J. Janssen
Kara J. Janssen

1

NIMNI Decl. ISO Plaintiffs' TRO   Case No. 4:23-CV-04155-YGR