|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION | |
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

This matter comes before the Court on Plaintiffs' Notice Of Motion And Memorandum Of Points And Authorities In Support Of Motion For Temporary Restraining Order ("Plaintiffs' TRO").  Having considered the Motion and supporting declarations as well as the pleadings and materials lodged in this action, the Court finds good cause and GRANTS the Motion and Orders as follows:

1) The transfer of incarcerated persons from Federal Correctional Institute ("FCI") Dublin is stayed pending further order of the Court.  NO INCARCERATED PERSON SHALL BE TRANSFERRED OUT OF FCI DUBLIN UNTIL THIS ORDER IS LIFTED.

2) The BOP shall immediately produce all records associated with all transfers of incarcerated persons out of FCI Dublin that occurred after Friday, April 12, 2024, and allow Special Master Still to conduct a review of these records.

3) The BOP shall maintain constitutionally appropriate conditions at FCI Dublin per the guidance of Special Master Still.

IT IS SO ORDERED.

Dated: _____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge