# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**[PROPOSED] ORDER TO SHOW CAUSE REGARDING PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:  April 19, 2024<br><br>Hearing Time:  7:00 AM |

The Court issues this order for the Federal Defendants to show cause on April 19, 2024 at 7:00am why Plaintiffs' Proposed Temporary Restraining Order ("TRO") should not be granted.

Defendant shall file any written response to Plaintiffs' TRO by _____.  Plaintiffs shall file any reply in support by _____.


IT IS SO ORDERED.


Dated: _____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

1