**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,**<br><br>          Defendants. | Case No.: 4:23-cv-4155-YGR<br><br>**ORDER RE: CONTINUED GUIDANCE CONCERNING THE TRANSFER OF INMATES AT FCI DUBLIN, NO. 3** |

TO: THE BUREAU OF PRISONS, ITS COUNSEL, AND PLAINTIFFS' COUNSEL:

As the parties are aware, the Court is actively monitoring and addressing issues raised regarding the closure of the facility. This includes holding regular sealed status conferences regarding operational considerations at FCI Dublin and providing parties, including the Bureau of Prisons ("BOP"), with guidance relative to the closure of the facility and transfer of adults in custody ("AIC").

The Court notes here that last week, counsel from both sides filed documents including statements that were not fully or partially accurate regarding the conditions at FCI Dublin, presumably to bolster their clients' perspectives. The Court will not engage in the same conduct. The details of each AIC's case are what matter. The Court and the Special Master continue to focus efforts on those details. Further order(s) regarding future steps will be issued at the appropriate time and, when appropriate, they will be made public.

In the meantime, additional instructions are memorialized in Attachment A.3 hereto, which is **SEALED** for security reasons. The clerk of the court shall serve Attachment A.3 on counsel of

record for BOP, plaintiffs' counsel, and the Special Master via email to expediate issuance given the urgency of the issues.

**IT IS SO ORDERED**.

Date: April 22, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**CC: SPECIAL MASTER STILL**