1  JESSE LASLOVICH
   United States Attorney
2  MADISON L. MATTIOLI                           MARK STEGER SMITH
     MT Bar No. 36411284                           MT Bar No. 4160
3  ABBIE J.N. CZIOK                              TIMOTHY A. TATARKA
     MT Bar No. 55781377                           CA Bar No. 277219
4  Assistant U.S. Attorneys                      Assistant U.S. Attorneys
   U.S. Attorney's Office                        U.S. Attorney's Office
5  901 Front Street, Suite 1100                  James F. Battin Federal Courthouse
   Helena, MT 59626                              2601 2nd Ave. North, Suite 3200
6  Phone: (406) 457-5269 – Madison               Billings, MT 59101
          (406) 457-5268 – Abbie                 Phone: (406) 247-4667 – Mark
7  Fax: (406) 457-5130                                   (406) 247-4642 – Tim
   Email: madison.mattioli@usdoj.gov             Fax: (406) 657-6058
8         abbie.cziok@usdoj.gov                  Email: mark.smith3@usdoj.gov
                                                        timothy.tatarka@usdoj.gov
9  Attorneys for Federal Defendants and
   Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>    Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' NOTICE OF MANUAL FILING DOCUMENTS UNDER SEAL** |

1  Regarding Case No. 4:23-CV-4155-YGR:

2  This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

3  If you are a participant in this case, this filing will be served via e-mail shortly. For information on

4  retrieving this filing directly from the court, please see the court's main web site at

5  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6  This filing was not e-filed because it is under seal.

7  Respectfully submitted on this 29th day of April, 2024.

JESSE A. LASLOVICH
United States Attorney

*/s/ Madison L. Mattioli*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for Federal Defendants