MC

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

---

FROM: 20446009
TO:
SUBJECT: YGR
DATE: 04/24/2024 02:31:21 PM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA COALITION FOR WOMEN PRISONERS,
  Plaintiffs,

RHONDA FLEMING,
  Class Plaintiff-Interested Party,

V.                    NO. 23-CV-4155-YGR

UNITED STATES OF AMERICA, et al.

LETTER TO THE COURT

Dear Judge Gonzalez-Rogers:

As many have already said, these transfers were a bad thing.

First, my transfer was in violation of your order. I am attaching a copy of my Health Services electronic medical record, signed April 9, 2024. Exhibit-A. I was transferred after the issuance of your order, on April 19, 2024. I did not see a doctor or any medical staff before my transfer.

As you are aware, I have serious health problems, caused by dangerous environmental conditions in federal prisons. In fact, the FBOP at FCI-Dublin had the nerve to try to blame my chronic health problems on FCI-Tallahassee. Health Services admits "mold" caused at least one illness I suffer with. See, Exhibit-A.

Strangely, at least to normal people, FCI-Dublin refused to transfer me away from mold/asbestos/geese feces, for almost two years. I repeatedly reported chronic fatigue, headaches, coughing, all over body pain, and a continuous runny nose, while housed at FCI-Dublin. I was left at that prison to suffer day after day, without relief. Numerous experts have found long term mold exposure causes chronic fatigue and all of the other symptoms I have suffered with for years.

I have now been transferred to FPC-Bryan, which has the same toxic mold and asbestos. Like many FBOP institutions, the prison has been allowed to exist without preventive maintenance or remediation of toxic substances. There are reports of mold and asbestos at this Texas federal prison.

While these dangerous environmental conditions warrant the attention of the federal authorities, my reception at FPC-Bryan, is the true reason I am writing you.

Before I could get in the door of the prison, a Lt. Jones asked me, "How is my friend Lt. Hardy doing at FCI-Dublin?"

Judge Gonzalez-Rogers, Lt. Hardy was walked off the prison grounds 2 or 3 months ago, under investigation for retaliation and other misconduct against the Plaintiffs in this case.

This was no accidental inquiry. This was intentional conduct to intimidate me and set a tone. The next day, with me being at the institution less than 24 hours, this same Lt. Jones can be seen on camera, screaming across the prison compound asking me if I had my identification card on me and another time about the color of a t-shirt I was wearing, which she issued to me.

Credibility matters with this Court, so Judge you can confirm that Lt. Jones here at FPC-Bryan have been co-workers with Lt. Hardy, at FCI-Dublin.

Of course, I reported this to the prison captain and the warden. Their response was nasty. I was told, as if I didn't know it, "This is not Dublin. We don't run the prison like Dublin."

1

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

---

Completely false statements. This prison is run just like FCI-Dublin. Women here are crying about the lack of medical care, mold/asbestos related illnesses, sexual abuse, etc. From what I see, the climate of this prison is the same as FCI-Dublin.

My family and friends have heard from other women transferred all over the country, as far as to Miami, Florida. The reception has been about the same as what I received.

Let me be frank: I am not participating in another situation like we had at FCI-Dublin. Why? Well Judge, look what happened, it was a hellish mess. They stole our property and abused us until we left their property. Interim Warden McKinney was fair, within the limits of what the FBOP would allow her, which was not much. That is the only positive thing I can report to you.

I am glad the Director closed that raggedy, dangerous prison. I am not glad about how it was done. It was completely unconstitutional conduct.

Judge Gonzalez-Rogers, I am going to make it. As you told me in court, I am not easily intimidated...but Judge, that does not mean they will not try me. And that is wrong, whether the woman can be intimidated or not.

I am writing you because I am concerned about many fragile, sexual abuse victims, who can be intimidated. I am mature, older, and stronger. These young women, well Judge, they are seriously broken, emotionally, physically, and yes, spiritually. It hurts to think about what they are going through as I write this letter to you.

Today, the women over here told me more women from FCI-Dublin are coming here. Well, that is wrong for them and for me. We just left a federal prison full of mold, asbestos, and geese feces. While there is no geese feces here, Praise the Lord, there is the ignorance of the buffing of floor tiles made of asbestos, along with windowsills and vents full of thick mold, at this prison.

We are under the protection of your Court, Judge Gonzalez-Rogers, no matter where the FBOP sends women from FCI-Dublin. I am already sick from toxins from two other FBOP institutions, yet they failed to send me to home confinement, again. This is gross negligence to continuously expose me to substances which can be fatal to someone in my condition. I pray you remember this when we have future proceedings. Continuing tortious conduct by the FBOP.

The women coming from FCI-Dubllin, to FPC-Bryan, will need your protection. Unfortunately, I have had to tell at least 50 women, I cannot help them out of fear of retaliation, by the warden over here, who the inmates and staff seem to dislike. I love my state, but Texas is HORRIBLE about protecting the constitutional rights of women prisoners.

I will closing by saying the first time I was sexually harassed, in my life, was right here at FPC-Bryan. This place is as corrupt as any other federal women's prison.

Respectfully,

*Rhonda Fleming*
Rhonda Fleming
#20446-009
FPC-Bryan
PO Box 2149
Bryan, Texas 77805

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this Letter by the U.S. District Clerk.

*Rhonda Fleming*
Rhonda Fleming
Class Plaintiff/Interested Party

2

# Bureau of Prisons
## Health Services
### Inmate Intra-system Transfer

Reg #: 20446-009          Inmate Name: FLEMING, RHONDA ANN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance: Yes
Last PPD Date: 03/30/2024          Induration: 0mm
Last Chest X-Ray Date:              Results:
TB Treatment:                       Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To: _____          Transfer Date: 04/12/2024

### Health Problems

| Health Problem | Status |
|---|---|
| Anemia, unspecified | Current |
| Vitamin D deficiency | Current |
| Disorder of lacrimal system | Current |
| Unspecified disorder of conjunctiva keratoconjunctivitis sicca | Current |
| Presbyopia | Current |
| Chronic sinusitis, unspecified   DUE TO EXPOSURE TO MOLDS AT BOP TALLAHASSEE FLORIDA | Current |
| Chronic obstructive pulmonary disease [COPD] | Current |
| Asthma | Current |
| Sciatica, unspecified side   subjective radiating pain lower left leg   negative staight test | Current |
| No Diagnosis | Current |
| Encounter for exam and observation following alleged adult rape [PREA Exam] | Current |
| Intake Observation | Current |
| Adjustment Disorders: With Mixed Anxiety And Depressed Mood | Remission |
| Post COVID-19 condition, unspecified | Remission |
| Bariatric surgery status   2003, resulting loss >50% body weight and resolution HTN and diabetes. | Remission |
| Body mass index (BMI) 35.0-35.9, adult | Remission |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT** Exp: 08/18/2024 SIG: Inhale 2 puffs by mouth four times daily AS NEEDED shortness of breath . "Empty container is to be returned for refill"
Cyanocobalamin (Vit B-12) 1000 MCG Tab Exp: 08/18/2024 SIG: Take one tablet (1000 MCG) by mouth each day (vitamin B12)
cycloSPORINE Emulsion 0.05% Ophth(0.4ml) 30count Exp: 08/12/2024 SIG: Instill one drop into both eyes twice daily AS NEEDED . only #1 box per month
DULoxetine HCl Delayed Rel 60 MG Cap Exp: 08/18/2024 SIG: Take one capsule (60 MG) by mouth twice daily
Ferrous Gluconate 324 (5 GR) MG Tab Exp: 02/19/2025 SIG: Take one tablet by mouth daily
**Fluticasone/Salmeterol 250-50, #60 Inhal** Exp: 08/18/2024 SIG: Inhale one inhalation by mouth twice daily . **rinse mouth after use** "Empty container is to be returned for refill"
**Tiotropium Bromide HandiHaler 30 Cap 18 MCG Inh** Exp: 08/18/2024 SIG: Use Handihaler device to inhale the contents of one capsule by mouth via handihaler each day ( Do not swallow capsules)

OTCs: Listing of all known OTCs this inmate is currently taking.
   None

EX-A-1

Generated 04/09/2024 20:27 by Wilson, Monte HSA, PA-C     Bureau of Prisons - DUB               Page 1 of 3

Reg #: 20446-009                               Inmate Name: FLEMING, RHONDA ANN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending Appointments:

| Date | Time | Activity | Provider |
| --- | --- | --- | --- |
| 07/09/2024 | 00:00 | Chronic Care Visit | Physician 02 |
| 07/12/2024 | 00:00 | MLP Chronic Care Follow up | MLP 02 |
| 10/31/2024 | 00:00 | Pap Smear | MLP 05 |
| 03/30/2025 | 00:00 | PPD Administration | Nurse |

Non-Medication Orders:
  No Data Found

Active Alerts:
  No Data Found

Consultations:
Pending Institutional Clinical Director Action
  No Data Found

Pending UR Committee Action
  No Data Found

Pending Regional Review Action
  No Data Found

Pending Scheduling
  No Data Found

Pending Consultation
  No Data Found

Pending Results
  No Data Found

Sickle Cell:
  Sickle Cell Trait/Disease:   No

Limitations/Restrictions/Diets:
  Cell: lower bunk --- 02/07/2025
  Cleared for Food Service: Yes
  No Work Requiring Safety Shoes --- 07/19/2024
  No pepper spray --- permanent
  MDS Comments: CARE LEVEL 2

  Lower bunk due to BMI

Comments:

Allergies
  No Known Allergies

Recent Vaccine History

| Vaccine | Given Date | Administered |
| --- | --- | --- |
| COVID-19 Moderna Vaccine | 02/07/2024 12:31 | Refused |
| COVID-19 Pfizer-BioNTech (BIVALENT) Vac | 10/22/2022 13:34 | Refused |
| COVID-19 Moderna Vaccine | 03/28/2022 16:23 | Refused |
| COVID-19 Moderna Vaccine | 12/02/2021 09:33 | Now |
| COVID-19 Moderna Vaccine | 10/28/2021 09:00 | Now |
| Influenza - Immunization (Brand required) | 10/25/2021 09:22 | Now |
| COVID-19 Moderna Vaccine | 12/22/2020 12:13 | Refused |
| Influenza - Quadrivalent Immunization | 10/04/2017 15:48 | Now |

Ex-A-2

Generated 04/09/2024 20:27 by Wilson, Monte HSA, PA-C        Bureau of Prisons - DUB                              Page 2 of 3

| Reg #: 20446-009 | Inmate Name: FLEMING, RHONDA ANN |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

| Vaccine | Given Date | Administered |
|---|---|---|
| Influenza - Trivalent Immunization | 10/20/2015 12:11 | Now |

**Devices / Equipment**
  Alternate Institutional Shoes
  Brace - back
  Pillow
  Splint
  Arch Supports
  Shoe inserts

Travel:
  Direct Travel: No
Travel Restrictions: None
UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution: DUBLIN FCI           Phone Number: 9258337500
           Address 1: 5701 8TH ST - CAMP PARKS
           Address 2:
        City/State/Zip: DUBLIN, California 94568

Name/Title of Person Completing Form: Wilson, Monte HSA, PA-C           Date: 04/09/2024

Inmate Name: FLEMING, RHONDA ANN    Reg #: 20446-009   DOB: 09/22/1965   Sex: F

EX-A-3

Rhonda Fleming 20446-009
Federal Prison Camp-Bryan
PO Box 2149
Bryan, TX 77805

United States District Clerk
1301 Clay Street
Oakland, CA 94612

Legal Mail