RECEIVED

APR 29 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Dublin middle of night closer transfer,
Bureau, case work and classification Status.
Juarez, Elizabeth #73014298

Dear Honorable Judge Gonzalez Rodgers

I am sending you this letter in hopes
that I have not been overlooked by Special
Master Wendy Still. The injunction you placed
last week so that no inmate would be transfered
at night or day, until ms. Still would have the
oppertunity to review all case work and classification
Status. I and several others were transfered
in the middle of the night on April 11th and
arrived to VictorVille early morning on April 12th.
Dublin's L.T Mr. Boyed and two other officers
drove the bus. It was very stressfull and odd
to be transfered in the middle of the night with out
a US. Marshal. Also several inmates had left
on April 11th around midday, on Furlow. I
just wanted to make sure I was one of the
inmates that was going to be reviewed by your
Special Master. I do not want to be slipped
through the cracks, and loose any oppertunities
of possible Home Confinment or any

RECEIVED

APR 2 9 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

presses.

I do hope you consider looking into the Victorville camp. I would hope to be able to speak to you. I did not have the opportunity when you visited Dublin as Unit B was placed on lock down when you were on the compound.

Respectfully

Elizabeth Juarez

Elizabeth Juarez
13014298 G-5

Federal Correctional Institution. Camp.
P.O. Box 5300
Adelanto, CA 92301

Legal Ma

No
45
Sa

NORTHERN DISTRICT OF CALIFORNIA
CLERK U.S. DISTRICT COURT

APR 2 9 2024

RECEIVED

San Francisco CA DC 941
THU APR 25 2024 PM

Attention: Judge Yvonne Gonzalez Rogers
United States District Court
rthern District of California
Golden Gate
Francisco, CA 94102