Release of Transcript Restrict	07/15/2024
(255)

**Plaintiff**

**California Coalition for Women Prisoners**      represented by      **Adrienne Spiegel**
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street
Sixth Floor
San Francisco, CA 94105
415-433-6830
Email: aspiegel@rbgg.com
*ATTORNEY TO BE NOTICED*

**Amaris Montes**
Rights Behind Bars
District of Columbia
416 Florida Avenue NW, #26152
Washington, DC 20001
202-455-4399
Email: amaris@rightsbehindbars.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carson Dean Anderson**
Arnold and Porter Kaye Scholer LLP
5 Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto, CA 94306
(650) 319-4500
Fax: (650) 319-4700
Email: carson.anderson@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**D. Dangaran**
Rights Behind Bars
416 Florida Avenue NW #26152
Washington, DC 20001
202-540-0029
Email: d@rightsbehindbars.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ernest James Galvan**
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
(415) 433-6830
Fax: (415) 433-7104
Email: egalvan@rbgg.com
*ATTORNEY TO BE NOTICED*

**Ginger Jackson-Gleich**
Rosen Bien Galvan & Grunfeld LLP
101 Mission St., Sixth Floor

San Francisco, CA 94105
415-433-6830
Email: gjackson-gleich@rbgg.com
*ATTORNEY TO BE NOTICED*

**Luma Khabbaz**
Rosen Bien Galvan & Grunfeld LLP
CA
101 Mission Street, Sixth Floor
6th Floor
San Francisco
San Francisco, CA 94105
415-433-6830
Email: lkhabbaz@rbgg.com
*ATTORNEY TO BE NOTICED*

**Natalie Steiert**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington D.C., DC 20001-3743
202-942-6716
Email: natalie.steiert@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Oren Nimni**
Rights Behind Bars
416 Florida Avenue NW
Ste #26152
Washington, DC 20001
202-540-0029
Email: oren@rightsbehindbars.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Seungkun Cha-Kim**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7270
Email: stephen.cha-kim@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Susan M. Beaty**
California Collaborative for Immigrant Justice
1999 Harrison St. Suite 1800
Oakland, CA 94612
510-679-3674
Fax: 415-840-0046
Email: susan@ccijustice.org
*ATTORNEY TO BE NOTICED*

**Kara Jane Janssen**

Rosen Bien Galvan & Grunfeld
101 Mission Street
Sixth Floor
San Francisco, CA 94105-1738
United Sta
(415) 433-6830
Fax: (415) 433-7104
Email: KJanssen@rbgg.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. B.** represented by **Adrienne Spiegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amaris Montes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carson Dean Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D. Dangaran**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ernest James Galvan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ginger Jackson-Gleich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luma Khabbaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie Steiert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Oren Nimni**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Seungkun Cha-Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*