UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,<br><br>    Defendants. | Case No.: 4:23-cv-4155-YGR<br><br>SUPPLEMENTAL ORDER RE COMPASSIONATE RELEASE APPLICATIONS RECEIVED BY THE COURT<br><br>Re: Dkt Nos. 267–74; 276–86; 290; 296 |

**To the Adults in Custody Who Filed Compassionate Release Requests in this Matter:**

The Court has issued an Order re Closure of FCI Dublin & Preliminary Injunction found at Docket No. 300.  As explained therein:

As of May 3, 2024, the Court has received 21 requests for compassionate release submitted directly. (*See* Dkt. Nos. 267–74; 276–86; 290; 296.) These requests are procedurally improper and are **DENIED WITHOUT PREJUDICE** on the grounds that this Court was not the sentencing judge for any of the applicants and does not have the authority to rule on them. The AICs may resubmit their completed requests to the appropriate judge.

Attachment A hereto is a list identifying, for each compassionate release application submitted to the Court, the individual's criminal case number and the sentencing judge to whom the application should be made.

To assist the sentencing judge, and to ensure the application is complete, the AICs may want to use, as a template, a draft form prepared by the Administrative Office of the Courts which is included herewith at Attachment B and provides the most current considerations.[1]  Further, Attachment C is a one-page summary of recent events at FCI Dublin which the applicants may wish to include when they submit their completed compassionate release requests to the sentencing judge.

---

[1] The Court notes that the attached template form is a discussion draft on which public comment is being accepted through May 13, 2024. The Court attaches it because it includes a section on victims of misconduct which is particularly at issue for many AICs from FCI Dublin. The form may be further revised as part of the finalization process sometime thereafter.

The Bureau of Prisons is ordered to serve forthwith this Order and its attachments on each of the individuals who have submitted an application for compassionate release on the docket. Service shall be by way of their TRULICS account and shall be completed in no event later than **three (3) business days** from the date of this Order. A global proof of service shall be filed.

This terminates Dkt. Nos. 267–74; 276–86; 290; 296.

**IT IS SO ORDERED**.

Date: May 8, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE