4:23cv04155 YGR

Docket Entry

267 – Emma Encinas-Obregon   AZ  4:22cr02507 Senior Judge Raner C. Collins

268 – Isabel Felix-Reyna AZ  2:13cr01180 Judge David G. Campbell

269 – Elizabeth Garcia Del Nieto TX-W  3:15cr229 Judge Frank Montalvo

270 – Ashley Nicole Leyba  CA-E  2:17cr00051 & 2:23cr00098 Senior Judge William B. Shubb

271 – Vera Kuzmenko CA-E  2:11cr0021 Judge Dale A. Drozd

272 – Ghiocel Floarea  CA-S  3:23cr00650 Judge Larry Alan Burns

273 – Selina Wynne Duflo  OR  6:21cr00153 Judge Michael J. McShane

274 – Annelyn Therese Ignacio Turner – Unable to locate information

276 – Margarita Rosales    MN  0:20cr00054 Chief Judge Patrick J. Schlitz

277 – Claudia Patricia Diaz Guillen  FL-S  9:18cr80160 Judge William P. Dimitrouleas

278 – Jessica Dinora Pena-Rodriguez TX-S  7:23cr00426 Chief Judge Randy Crane

279 – Miria Tineo-Garcia  AZ  2:22cr001146 Judge Susan M. Brnovich

280 – Sara Victoria  CA-C  2:22cr00418 Judge Stanley Blumenfeld, Jr.

281 – Yolanda Ortigoza Reyes – WA-W 2:22cr00107 Judge John C. Coughenour

282 – Marisela Sanchez – CA-C  2:21cr00522 Judge Fernando L. Aenlle-Rocha

283 – Jill Evans CO 1:15cr00220 Judge John L. Kane

284 – Trang Nyugen FL-S 1:22cr20488 Judge Jose E. Martinez

285 – Maria Cruz TX-E  4:22cr00043 Judge Amos L. Mazzant II

286 – Maria de Lourdes Vasquez-Perez CA-S  3:23cr00780
Judge Robert S. Huie

290 – Clementina Flores-Espinoza  TX-N 4:23cr00244
Judge Reed C. O'Connor

296 – Jennifer Hannaway - MO-W 6:18cr03109-1
Judge Roseann A. Ketchmark