UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 23-cv-04155-YGR <br><br> **CLERK'S NOTICE** |

    You are hereby notified that the Further Case Management Conference previously set for May 16, 2024 is reset to Wednesday, May 22, 2024, at 8:15 a.m.

Dated: May 15, 2024

                                      Mark B. Busby
                                      Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106573540