TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

---

FROM: 20446009
TO:
SUBJECT: MY DECLARATION
DATE: 05/13/2024 09:27:28 AM

**FILED**
MAY 17 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA COALITION FOR WOMEN PRISONERS

V.                                      NO. 23-CV-4155-YGR

UNITED STATES OF AMERICA

DECLARATION BY RHONDA FLEMING, #20446-009, PURSUANT TO 28 USC SECTION 1746, ON THE PLANNED RETALIATION BY FBOP ADMINISTRATORS AT FPC-BRYAN

I, Rhonda Fleming, #20446-009, certify the following statements are true and correct to the best of my knowledge, under penalty of perjury:

I was told by Adults in Custody(AIC) and FBOP employees, a meeting was held at approximately 3:00pm, April 19, 2024, about my arrival at FPC-Bryan. There was an AIC recall. The staff for Bryan were told to report to the visiting room for a meeting.

It was a "Code Red" meeting, somewhat like the movie, "A Few Good Men," where employees were told I was this bad inmate...but don't touch her. Yet, the inference was "get her." One employee told me she did not understand why a meeting was called about Rhonda Fleming. The employee stated, "I hope the prison is not closing, because I just left a prison that was closed." It seems whomever lead the meeting gave this false impression that I caused the closure of FCI-Dublin.

When I arrived, a Lt. Jones attempted to bully me. She asked, "How is my good friend Lt. Hardy doing?" I looked Lt. Jones right in the eye, and stated, "Lt. Hardy was walked off the compound, under investigation for harming inmates, that is what I was told."

For the next week or so, if I walked out of the housing unit, Lt. Jones was screaming my name, without cause. When she could not get a reaction, Lt. Jones had Officer Ruiz, who she supervises, write me an incident report for displaying my holy cross outside of my shirt, along with a further report for insolence, alleging I told him to "shut up." I did not.

I had reported Lt. Jones to Warden Hall, several times, by email. I filed a BP-9. All of this occurred prior the the writing of the incident report.

When I was called to Counselor Payne's office, a male employee, he was in a semi-dark office. I told him I felt uncomfortable sitting in a dark office with him. Payne responded, "You do not have a choice." The women here stated to me, for years this has been going on, with Payne sometimes closing the blinds on the windows. The warden and countless other employees working in the housing unit, never reported or ordered Payne not to be in an office, in the dark, with women AICs.

I believe I am being targeted for my advocacy at FCI-Dublin.

Warden Hall is another corrupt FBOP employee. This warden is continually repeating, "This is not Dublin." She has been in the cosmetology class disparaging me to the entire group of inmates. Warden Hall has rejected a book sent to me by Lynn Espejo, violating the "Incoming Publications," Program Statement. I was not allowed to review the book at the mailroom and file a BP-9, prior to the book being destroyed. I was not allowed to mail the book to my home. When I spoke to her about it, Warden Hall told me she did not have to comply with the Program Statement, if she wanted to reject a book.

I have been denied appropriate medical treatment. I am exposed to toxic mold and asbestos in the housing unit. I am coughing all night. Health Services stated I did not need to be on inhalers.

Numerous inmates have come to me telling me about sexual abuse and other misconduct they have suffered. I have told them they need to contact the attorneys assigned to the case. These women are routinely blocked from reporting sexual abuse. AIC "JS" reported sexual abuse by an employee here at the prison. She stated the warden and others had ignored her pleas for help. I emailed AUSA Andrew Paulson. The next day, JS was put through the PREA protocol, and a few days later, the FBI

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

-----------------------------------------------------------------------------------

came to see her.

All my statements are verifiable. I memorialize all conversations with FBOP employees through the electronic email system, so they have the opportunity to refute anything I have stated.

Rhonda Fleming, Declarant
May 13, 2024
FPC-Bryan

2