

☼20446-009☼
Rhonda Fleming
Federal Prison Camp-Bryan
PO BOX 2149
Bryan, TX 77805
United States

HOUSTON TX RPDC 773
14 MAY 2024 PM 2 L

946612-520001

☼20446-009☼
Us District Court
1301 CLAY ST
Office of the Clerk
Oakland, CA 94612-9771
United States