UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: May 22, 2024 | Time: 8:18 am - 8:50 am<br>32 minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 23-cv-04155-YGR | Case Name: California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons | |

**Attorney for Plaintiff:** Kara Janssen, Ernest Galvan, Susan Beaty, Amaris Monks
**Attorney for Defendant:** Madison Mattioli, Rob France
**Special Master:** Wendy Still

**Deputy Clerk:** Kelly Collins         **Court Reporter:** Raynee Mercado

### PROCEEDINGS
Further Case Management Conference - held via zoom

Discovery is open effective today.
Parties to exchange initial disclosures by 6/21/2024.
Further case management conference set for 9/9/2024 at 2:00 p.m. via Zoom. Updated joint case management statement due 9/3/2024.
Pretrial deadlines are set. Case Management and Pretrial Scheduling Order to issue.