UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, ET AL.,**<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| INITIAL DISCLOSURES | June 21, 2024 |
| CASE MANAGEMENT CONFERENCE: | September 9, 2024, at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | October 31, 2024 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: November 22, 2024<br>Rebuttal: December 20, 2024 |
| EXPERT DISCOVERY CUTOFF: | January 31, 2025 |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE FILED BY: | February 28, 2025 |
| DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE HEARD, IF FILED | Tuesday, April 8, 2025, at 2:00 p.m. |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | Friday, May 30, 2025, at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 23, 2025 |
| PRETRIAL CONFERENCE: | Friday, June 6, 2025, at 9:30 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. Parties are also advised to carefully review the Standing Order's sections on sealing procedures and experts, as they contain requirements specific to this Court. *See* Standing Order Sections 9 & 10, respectively.

| | |
|---|---|
| TRIAL DATE : | Monday, June 23, 2025, at 8:00 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, May 30, 2025, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

Separately, as noted on the record, the Court has not set a deadline for the completion of ADR. Instead, the Court hereby **REFERS** this matter to Magistrate Judge Joseph C. Spero for settlement. The parties will receive further instructions from Magistrate Judge Spero regarding the scheduling of a mandatory settlement conference and shall direct all inquiries relative to settlement discussions to Magistrate Judge Spero.

The parties are reminded that they must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated:   May 24, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**