**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-04155-YGR (JCS)

**Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons

**Date:** June 5, 2024  **Time:** 30 M

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Kara Janssen, Oren Nimni, Ernest Galvan
**Attorney for Defendant:** Mark Smith, Madison Mattioli, Kristi Sutton and Robert France -BOP

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Further Zoom Settlement Conference

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

(X )   Zoom Scheduling Conference to set Settlement Conference - Held

**Notes:**   Defendants to respond to Plaintiffs' latest communication by June 26, 2024.  Parties to meet and confer and agree on a proposed agenda for the settlement conference, and send that proposed agenda (including any disagreements and an explanation of each party's position on such disagreements, whether the settlement conference should be in person or by Zoom, and who will attend on behalf of each party) to Judge Spero at JCSSettlement@cand.uscourts.gov **(do not file**) by July 17, 2024.
Pre-settlement meeting by Zoom, counsel only, set for July 31. 2024 at 10:30 AM. (Zoom Meeting ID: 161 664 4640. Passcode: 841312).
Settlement Conference statements due August 6, 2024. Settlement Conference set for August 20, 2024, at 10:00 AM by Zoom or in-person, to be determined by the Court at the pre-settlement meeting.