Jaqueline Aranda Osorno (SBN 308084)
  jaosorno@publicjustice.net
Alexandra Z. Brodsky*
  abrodsky@publicjustice.net
Sarah Ortlip-Sommers*
  sortlip-sommers@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
*Pro Hac Vice Forthcoming

Angelica Salceda (SBN 296152)
  asalceda@aclunc.org
Chessie Thacher (SBN 296767)
  cthacher@aclunc.org
Shaila Nathu (SBN 314203)
  snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 4:23-cv-04155 <br><br> **DECLARATION OF MOLLY GREENE IN SUPPORT OF MOTION TO INTERVENE FOR LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS** <br><br> Judge: Yvonne Gonzalez Rogers <br> Date: July 16, 2024 <br> Time: 2:00 p.m. <br> Courtroom: 1 (Fourth Floor) |

# DECLARATION OF MOLLY GREENE

I, Molly Greene, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. I am Legal and Strategy Director for The Appeal, Inc., a nonprofit news organization founded in 2018.

2. The Appeal works to expose the harms of the American criminal legal system and elevates the solutions that emerge from the communities most affected by policing, jails, and prisons in the U.S. The Appeal helps shape the national narrative about justice and punishment through fact-based reporting and analysis that centers the voices of the people directly impacted by the issues it covers and educates the public on how the criminal legal system works.

3. The Appeal has a special focus on communities and policy debates often ignored by traditional national media, or increasingly lost in the consolidation and closure of local news outlets. This special focus includes concerns for incarcerated and otherwise system-involved women, whose needs and experiences are under-reported and under-discussed. See, e.g., Danielle Bernstein, "Why Women's Wrongful Convictions Are so Difficult to Overcome," The Appeal (Aug. 14, 2023), https://theappeal.org/womens-wrongful-convictions-no-crime-sexual-stereotypes/; Molly Hagan, "New York's Imprisoned Women Brave Risks to Sue Sexual Abusers Under New York Law," The Appeal (Apr. 28, 2023), https://theappeal.org/new-york-adult-survivors-act-women-prisons/; Elizabeth Weill-Greenberg, "Virginia Women's Prisons Force People to Remove Pads, Tampons During Strip Searches," The Appeal (Nov. 3, 2022), https://theappeal.org/virginia-prisons-tampons-strip-searches/; Elizabeth Weill-Greenberg, "Pregnant Women Allege Abuse in Texas Jails," The Appeal (May 28, 2021), https://theappeal.org/pregnant-women-allege-abuse-in-texas-jails-pretrial-detention-legislation/.

4. The Appeal's work is widely acclaimed. The Appeal won the 2022 Institute for Nonprofit News' Award for Best Investigative Journalism for a feature on the New York Police Department's failures toward sex crime victims. See Meg O'Connor, "How the NYPD's Troubled Sex Crimes Unit is Set Up to Fail Victims," The Appeal (Dec. 15, 2021), https://theappeal.org/nypd-special-victims-division-failing-victims/. The Appeal won the 2023 LION (Local Independent Online News) Community Engagement Award for our work amplifying the voices of incarcerated journalists and

writers. The Appeal won the 2023 Institute for Nonprofit News' Award for Breaking Barriers for an incarcerated journalist's article on how a Washington prison delayed the delivery of critical court documents for months, leading to the premature dismissal of at least two appeals filed by incarcerated men. See Christopher Blackwell, "Washington Prison Mishandled Court Mail, Impeded Access to Justice," The Appeal (Feb. 15, 2023), https://theappeal.org/washington-prisons-appeals-court-efiling. The Appeal was a finalist for the 2023 Online Journalism Awards' Features (Small Newsroom) award and a finalist for the 2022 Online Journalism Awards' Excellence in Social Justice Reporting award.

5. Most importantly, The Appeal's reporting has helped create change within the criminal legal system, including for women. Our reporting helped spur a U.S. Department of Justice investigation into the New York Police Department's Special Victims Division, contributed to federal investigators visiting a women's prison in Florida as part of a review of sexual misconduct at Bureau of Prisons facilities, and improved food conditions in a Virginia women's prison. And those are just a few examples of many.

6. The Appeal has published original reporting about the experiences of women incarcerated at the Federal Correctional Institution, Dublin (FCI Dublin). See Victoria Law, "These Survivors Rooted out Sexual Abuse in Federal Prison. Now They Face Deportation," The Appeal (June 3, 2023), https://theappeal.org/fci-dublin-u-visas-sexual-abuse-deportation/.

7. The Appeal regularly relies on access to public documents, including court records, in its reporting. We have a demonstrated commitment to protecting freedom of the press and demanding government transparency. For example, earlier this year, The Appeal filed a lawsuit challenging the arbitrary restrictions that Georgia places on media witnesses during executions in court. See Compl., The Appeal, Inc. v. Tyrone Oliver, No. 24CV003010 (Ga. Super. Ct. March. 8, 2024). Represented by the ACLU of Georgia, we argue that the state's practices deny the media and general public information that they need to be accurately informed about executions carried out by the State in violation of the Georgia Constitution. The Appeal has also filed a pending federal Freedom of Information Act lawsuit seeking access to in-custody death reports submitted by state and local correctional and law enforcement agencies under the federal Deaths in Custody Reporting Act. See Compl., The Appeal, Inc. v. U.S. Dep't

of Just. Off. of Just. Programs, No. 5:22-cv-02111 (C.D. Cal. Nov. 28, 2022), ECF No. 1. If successful, our suit would provide transparency regarding more than 60,000 in-custody deaths since 2000.

8. I believe that accessing the information contained in the sealed documents will further journalists' efforts to cover FCI Dublin and its closure. Coverage of this case is crucial to ensure public understanding of, and public accountability for, treatment of women previously incarcerated at FCI Dublin. As Justice Brandeis said, "Sunlight is said to be the best of disinfectants."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2024, in Landers, California.

Molly Greene, Legal and Strategy Director
The Appeal, Inc.