Jaqueline Aranda Osorno (SBN 308084)
    jaosorno@publicjustice.net
Alexandra Z. Brodsky*
    abrodsky@publicjustice.net
Sarah Ortlip-Sommers*
    sortlip-sommers@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
*Pro Hac Vice Forthcoming

Angelica Salceda (SBN 296152)
    asalceda@aclunc.org
Chessie Thacher (SBN 296767)
    cthacher@aclunc.org
Shaila Nathu (SBN 314203)
    snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Attorneys for Intervenors

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF VICTORIA LAW IN SUPPORT OF MOTION TO INTERVENE FOR LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS**<br><br>Judge: Yvonne Gonzalez Rogers<br>Date: July 16, 2024<br>Time: 2:00 p.m.<br>Courtroom: 1 (Fourth Floor) |

**DECLARATION OF VICTORIA LAW**

I, Victoria Law, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. I am a freelance journalist. I primarily write about the intersection of mass incarceration and gender, and have published with outlets including The New York Times, The Nation, The Guardian, The Appeal, and Al-Jazeera America. I have also written and edited books on these subjects, including Resistance Behind Bars: The Struggles of Incarcerated Women (PM Press 2009), Prison By Any Other Name (New Press 2020), and Corridors of Contagion (Haymarket Books 2024).

2. I have also worked with incarcerated women as an editor. From 2003 to 2020, I edited Tenacious: Art and Writings by Women in Prison, a print periodical.

3. I have a BA from Brooklyn College at the City University of New York, and I have received many honors and awards for my reporting. For example, I was a finalist for the New York Public Library Helen Bernstein Award for Excellence in Journalism (2020), I received the bronze medal for current events from the Independent Publishers Book Award (2020), I was an honoree for adult nonfiction by the Society of Midland Authors Annual Literary Award (2020), and I received the PASS (Prevention for a Safer Society) Award from the National Council on Crime and Delinquency, National Council on Crime and Delinquency (2009). I have received multiple fellowships to support my reporting, including the Justice and the Pandemic Fellowship from the Center on Media, Crime and Justice at John Jay College (2020), the John Jay/Langeloth Foundation Fellowship for reporting on solitary confinement (2018), a fellowship from the Leonard C. Goodman Institute for Investigative Reporting to investigate pregnancy behind bars for In These Times magazine (2015), and the "Health Behind Bars" Fellowship (Langeloth Health Journalism Fellow) from the Center on Media Crime and Justice, John Jay College of Criminal Justice (2013).

4. From my years of experience reporting on jails and prisons, I know that open access to court records and court hearings is essential for public understanding of how these institutions function, which in turn encourages political accountability.

5. Public access is especially important to shed light on the experiences of incarcerated women, which are often overlooked in public reporting and debate about prisons and jails, even though the population of incarcerated women in America has increased dramatically in recent decades.

6. I have written a number of articles about the experiences of women at the Federal Correctional Institution, Dublin (FCI Dublin) and the ongoing legal proceedings about the alleged abuses at the facility, including for The Appeal and Truthout. For example, last summer I wrote a lengthy article about women who faced deportation after speaking up about sexual abuse at FCI Dublin. See Victoria Law, "These Survivors Rooted out Sexual Abuse in Federal Prison. Now They Face Deportation," The Appeal (June 3, 2023), https://theappeal.org/fci-dublin-u-visas-sexual-abuse-deportation/.

7. My articles include details not only about staff sexual abuse and retaliation, but also the administrative changes that have been implemented at a dizzying speed and have not been explained to the general public. See, e.g., Victoria Law, "Prison Notorious for Rape Is Slated for Closure But Not Releasing Survivors," Truthout (Apr. 15, 2024), https://truthout.org/articles/prison-notorious-for-rape-is-slated-for-closure-but-not-releasing-survivors/.

8. I plan to continue to report on FCI Dublin and the women, previously incarcerated there, who have been transferred to other prisons across the country. Since the sudden closure, I have received messages from several women that, upon arrival at other prisons, staff have subjected them to retaliatory statements, threats, and actions. Unsealed information could provide context for the messages I have received and could further expose the difficulties that women experienced at FCI Dublin and continue to experience after transfers to other prisons.

9. Because many of the defendant's motions to seal in this case are themselves under seal, it is hard for me to know exactly what information has been withheld from the public docket. But, based on context provided by other filings, I understand that the information that is under seal in this case may explain more about the conditions at FCI Dublin and/or the transfer of women from FCI Dublin to other prisons.

10. These are, in my view, matters of pressing public concern on which I am eager to report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2024, in New York, New York.

*Victoria Law*
_____
Victoria Law
Freelance Journalist