Jaqueline Aranda Osorno (SBN 308084)
  jaosorno@publicjustice.net
Alexandra Z. Brodsky*
  abrodsky@publicjustice.net
Sarah Ortlip-Sommers*
  sortlip-sommers@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
*Pro Hac Vice Forthcoming

Angelica Salceda (SBN 296152)
  asalceda@aclunc.org
Chessie Thacher (SBN 296767)
  cthacher@aclunc.org
Shaila Nathu (SBN 314203)
  snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-cv-04155<br><br>**DECLARATION OF ABDI SOLTANI IN SUPPORT OF MOTION TO INTERVENE FOR LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS**<br><br>Judge: Yvonne Gonzalez Rogers<br>Date: July 16, 2024<br>Time: 2:00 p.m.<br>Courtroom: 1 (Fourth Floor) |

# DECLARATION OF ABDI SOLTANI

I, Abdi Soltani, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Executive Director of the American Civil Liberties Union of Northern California ("ACLU NorCal"). I have served in my current position as Executive Director since March 30, 2009.

2. The American Civil Liberties Union of Northern California ("ACLU NorCal") is an affiliate of the national ACLU, a nonpartisan, nonprofit organization with approximately 1.1 million members dedicated to defending the guarantees of individual liberty secured by the state and federal Constitutions. Since its founding in 1920, the ACLU has been focused on protecting and expanding First Amendment rights, including the public's right to access civil and criminal court proceedings. The ACLU and its affiliates have appeared as party and party counsel in several cases seeking access to court proceedings or government records, including ACLU Foundation of Southern California v. U.S. Immigration and Customs Enforcement, No. 222CV04760SBAFM, 2023 WL 8539484 (C.D. Cal. 2023) (access to government records); ACLU of Southern California et al v. Harber-Pickens et al, No. 120cv00889DADJLT (E.D. Cal 2020) (access to court proceedings), ACLU Foundation v. U.S. Department of Justice, 418 F.Supp.3d 466 (N.D. Cal. 2019) (access to government records); ACLU of Northern California v. Department of Justice, No. C044447PJH, 2005 WL 588354 (N.D. Cal. 2005) (access to government records).

3. ACLU NorCal also has a long and comprehensive history advocating on behalf of the public and its members through litigation (cases involving issues of rights of access to court and agency records, access to court hearings, and access to proceedings of state and local governments), legislative advocacy (sponsoring and supporting legislation to expand access to government records and public meetings, and limiting exemptions and privileges to public records), and public advocacy (op-eds and other articles, public speaking).

4. Since 2021, ACLU NorCal has been working closely with the Dublin Prison Solidarity Coalition ("Coalition")—a collaborative alliance of individuals currently and formerly incarcerated at the Federal Correctional Institution, Dublin (FCI Dublin) and their supporters. ACLU NorCal participates in the Coalition to help amplify the voices of individuals formerly incarcerated at FCI

Dublin and who survived sexual assault while detained at the federal facility. ACLU NorCal's involvement in the Coalition also includes participating in Coalition calls, strategizing on policy advocacy campaigns, and meeting with government officials and the press to express concern over the sexual abuse of incarcerated people by staff at FCI Dublin.

5.  ACLU NorCal is also the co-signatory of at least three letters to government officials regarding incarcerated people at FCI Dublin and the single signatory of a letter to the Federal Bureau of Prisons ("BOP") on behalf of a sexual assault survivor who was formerly incarcerated at FCI Dublin.

6.  On February 25, 2022, ACLU NorCal co-signed a letter to the U.S. Department of Justice demanding that the federal agency take swift, sweeping action to address the institutional culture at FCI Dublin that allowed staff to sexually abuse incarcerated people.

7.  On December 7, 2022, ACLU NorCal wrote a letter to BOP on behalf of a sexual assault survivor who was released from FCI Dublin on home confinement and who had spoken to a reporter about the sexual abuse she endured at the facility. After a local news organization published her story, BOP threatened to terminate her home confinement status if she spoke to the press again. BOP argued that FCI Dublin's media policy—requiring approval from the facility before speaking with the media— also applied to her even though she was on home confinement. In the letter, ACLU NorCal summarized FCI Dublin's long history of horrific sexual abuse and the survivor's interest in continuing to share her story with the media. ACLU NorCal also requested that BOP clarify its media policy so that people not held in BOP institutions but who were released on home confinement could be permitted to speak freely with the press.

8.  On February 15, 2023, ACLU NorCal co-signed a letter to federal immigration officials in support of noncitizen survivors and witnesses of staff abuse at FCI Dublin. The letter was co-signed by over 120 organizations and requested that federal immigration officials safeguard the sexual abuse survivors from deportation.

9.  On February 23, 2023, ACLU NorCal co-signed a letter to FCI Dublin and BOP raising concerns over the unconstitutional conditions of and rampant sexual assault at FCI Dublin. The letter was written on behalf of the California Coalition for Women Prisoners and multiple individuals

incarcerated at FCI Dublin who were subject to sexual harassment, abuse, retaliation, and related misconduct due to BOP's failures to protect the people in its care.

10.  Given ACLU NorCal's advocacy on behalf of individuals incarcerated at FCI Dublin and its longstanding interest in access to court records and court proceedings, ACLU NorCal seeks to intervene in California Coalition for Women Prisoners, et al. v. U.S. Bureau of Prisons, No. 23-cv-04155-YGR (N.D. Cal.) to protect its significant interests and those of its members to access court records and court proceedings.

11.  ACLU NorCal remains committed to advocating on behalf of and supporting individuals formerly incarcerated at FCI Dublin, including by helping hold government officials accountable. ACLU NorCal also believes that true accountability requires transparency about the conditions at FCI Dublin, the events and government decisions that led to the facility's closure, and whether the federal government has taken any steps to prevent similar situations in the future.

12.  To inform its ongoing and future advocacy, ACLU NorCal has in interest in the information contained in the many sealed motions and sealed documents, as well as information revealed in court hearings. Without it, ACLU NorCal and the public lack crucial insights into the systemic problems that plagued FCI Dublin and may plague other federal facilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2024, in San Francisco, California.

_____
Abdi Soltani, Executive Director
ACLU of Northern California