Jaqueline Aranda Osorno (SBN 308084)
    jaosorno@publicjustice.net
Alexandra Z. Brodsky*
    abrodsky@publicjustice.net
Sarah Ortlip-Sommers*
    sortlip-sommers@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
*Pro Hac Vice Forthcoming

Angelica Salceda (SBN 296152)
    asalceda@aclunc.org
Chessie Thacher (SBN 296767)
    cthacher@aclunc.org
Shaila Nathu (SBN 314203)
    snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 4:23-cv-04155 <br><br> **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO COURT PROCEEDINGS** <br><br> Judge: Yvonne Gonzalez Rogers <br> Date: July 16, 2024 <br> Time: 2:00 p.m. <br> Courtroom: 1 (Fourth Floor) |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Proposed Intervenors' Motion to Intervene for the Limited Purpose of Unsealing Court Records and Protecting Access to Public Proceedings came on for a hearing before this Court on July 16, 2024, at 2:00 pm. The Court, having considered the parties' pleadings, the arguments of counsel, and the entire record in this case**, GRANTS** Proposed Intervenors' motion. Accordingly, the Court will consider the merits of Intervenors' Motion to Unseal Court Records and Protect Access to Public Proceedings.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
The Honorable Judge Yvonne Gonzalez Rogers