# EXHIBIT 1

## **MOTIONS TO SEAL**

| **Docket Entry** | **Filed** | **Description** | **Status** |
|---|---|---|---|
| Dkt. No. 45 (SEALED) | 11/13/2023 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 75 (SEALED) | 12/28/2023 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 99 | 01/02/2024 | Plaintiffs' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 102 | 01/04/2024 | Plaintiffs' Administrative Motion to File Confidential Index to Declarants' Identities Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 111 | 01/08/2024 | Plaintiffs' Administrative Motion to File Updated Confidential Index to Declarants' Identities Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 143 | 02/02/2024 | Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 159 (SEALED) | 02/16/2024 | Defendants' Administrative Motion to File Under Seal and Response to Dkt. No. 143 | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 162 (SEALED) | 02/17/2024 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 168 (SEALED) | 02/20/2024 | Defendants' Administrative Motion to File Report to Court Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 176 (SEALED) | 02/23/2024 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 178 | 02/23/2024 | Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Regarding Portions of Plaintiffs' Reply Post-Evidentiary Hearing Brief | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 184 | 02/27/2024 | Defendants' Administrative Motion to File Excerpts Under Seal and Replace Filed Documents with Redacted Versions | Granted without explanation (Dkt. No. 222) |

| Docket Entry | Filed | Description | Status |
|---|---|---|---|
| Dkt. No. 191 | 02/29/2024 | Plaintiffs' Administrative Motion to Consider Whether Material Should Be Sealed Regarding Portions of Plaintiffs' Emergency Notice in Response to United States Notices in Response to Dkt. Nos. 157 and 157-1 | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 197 | 03/04/2024 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 199 | 03/04/2024 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 204 | 03/05/2024 | Plaintiffs' Administrative Motion to Consider Whether Material Should Be Sealed Regarding Portions of Plaintiffs' Opposition to United States' Motion to Seal Excerpts of Plaintiffs' Filings and Preliminary Injunction Exhibit N (Dkt. No. 193) | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 206 | 03/07/2024 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 209 | 03/08/2024 | Plaintiffs' Administrative Motion to Consider Whether Material Should Be Sealed Regarding Plaintiffs' Notice in Response to the United States' Under Seal Filings at Dkt. No. 197 | Granted without explanation (Dkt. No. 222) |
| Dkt. No. 229 | 03/25/2024 | Defendants' Unopposed Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 232) |
| Dkt. No. 231 | 03/25/2024 | Plaintiffs' Administrative Motion to Seal Related Documents to Special Master Candidates | Granted without explanation (Dkt. No. 232) |
| Dkt. No. 236 | 03/27/2024 | Defendants' Administrative Motion for *In Camera* Review and to File Documents Under Seal | Pending |
| Dkt. No. 239 | 04/01/2024 | Defendants' Administrative Motion for *In Camera* Review and to File Documents Under Seal | Pending |
| Dkt. No. 242 (SEALED) | 04/02/2024 | Defendants' Administrative Motion for *In Camera* Review and to File Documents Under Seal | Pending |
| Dkt. No. 244 (SEALED) | 04/05/2024 | Defendants' Administrative Motion to File Under Seal | Pending |

| Docket Entry | Filed | Description | Status |
|---|---|---|---|
| Dkt. No. 247 | 04/05/2024 | Defendants' Unopposed Administrative Motion to File Portions of the Mold and Asbestos Reports Under Seal | Pending |
| Dkt. No. 251 (SEALED) | 04/12/2024 | Defendants' Administrative Motion to File Under Seal | Granted without explanation (Dkt. No. 300) |
| Dkt. No. 258 | 04/16/2024 | Defendants' Administrative Motion to File Under Seal and for *In Camera* Review | Granted without explanation (Dkt. No. 300) |
| Dkt. No. 263 | 04/19/2024 | Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Regarding Portions of Plaintiffs' Notice of Motion and Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order | Granted without explanation (Dkt. No. 300) |
| Dkt. No. 292 | 04/29/2024 | Defendants' Notice of Manual Filing of Documents Under Seal | |

## SEALED TESTIMONY

| Docket Entry | Description |
| --- | --- |
| Dkt. No. 107 | Sealed Transcript of Proceedings held on January 5, 2024 |
| Dkt. No. 113 | Sealed Transcript of Ex Parte Proceedings held on January 4, 2024 |
| Dkt. No. 114 | Sealed Transcript of Ex Parte Proceedings held on January 4, 2024 |
| Dkt. No. 116 | Sealed Transcript of Proceedings held on January 8, 2024 |

## SEALED COURT ORDERS

| Docket Entry | Description |
| --- | --- |
| Dkt. No. 157-1 | Attachment to Order Granting Immediate, Specific Relief Based on Emergency Health and Safety Concerns at the FCI Dublin Satellite Camp, filed 2/16/2024 |
| Dkt. No. 252-1 | Attachment to Order Re: Transfer of Inmates at FCI Dublin, filed 4/15/2024 |
| Dkt. No. 254-1 | Attachment to Order Re: Continued Guidance Concerning the Transfer of Inmates at FCI Dublin, filed 4/15/2024 |
| Dkt. No. 260-1 | Attachment to Order Re: Continued Guidance Concerning the Transfer of Inmates at FCI Dublin, No. 2, filed 4/17/2024 |
| Dkt. No. 264-1 | Attachment to Order Re: Continued Guidance Concerning the Transfer of Inmates at FCI Dublin, No. 3, filed 4/22/2024 |
| Dkt. No. 275-1 | Attachment to Order Re: Continued Guidance Concerning the Transfer of Inmates at FCI Dublin, No. 4, filed 4/23/2024 |
| Dkt. No. 287-1 | Attachment to Order Re: Continued Guidance Concerning the Transfer of Inmates at FCI Dublin, No. 5, filed 4/24/2024 |