Jaqueline Aranda Osorno (SBN 308084)
  jaosorno@publicjustice.net
Alexandra Z. Brodsky*
  abrodsky@publicjustice.net
Sarah Ortlip-Sommers*
  sortlip-sommers@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
*Pro Hac Vice Forthcoming

Angelica Salceda (SBN 296152)
  asalceda@aclunc.org
Chessie Thacher (SBN 296767)
  cthacher@aclunc.org
Shaila Nathu (SBN 314203)
  snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Attorneys for Proposed Intervenors

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-cv-04155<br><br>**[PROPOSED] ORDER GRANTING MOTION TO UNSEAL COURT RECORDS AND PROTECT ACCESS TO PUBLIC PROCEEDINGS**<br><br>Judge: Yvonne Gonzalez Rogers<br>Date: July 16, 2024<br>Time: 2:00 p.m.<br>Courtroom: 1 (Fourth Floor) |

# [PROPOSED] ORDER GRANTING MOTION TO UNSEAL COURT RECORDS AND PROTECT ACCESS TO PUBLIC PROCEEDINGS

Intervenors' Motion to Unseal Court Records and Protect Access to Public Proceedings came on for a hearing before this Court on July 16, 2024, at 2:00 pm. The Court, having considered the parties' pleadings, the arguments of counsel, and the entire record in this case, **GRANTS** Intervenors' motion and makes the following findings and orders.

1. Intervenors moved to unseal all sealed motions to seal and their attachments: Dkt. Nos. 45, 75, 159, 162, 168, 176, 242, 244. IT IS HEREBY ORDERED that these motions will be unsealed.
2. Intervenors moved the Court to unseal Dkt. No. 251. IT IS HEREBY ORDERED that this docket entry will be unsealed.
3. Intervenors moved the Court to unseal all documents covered by Dkt. Nos. 45, 75, 143, 159, 162, 168, 176, 178, 184, 191, 197, 199, 204, 206, 209, 236, 239, 242, 244, 247, 251, 258, 263, and 292. IT IS HEREBY ORDERED that these documents will be unsealed.
4. Intervenors moved the Court to unseal transcripts of *ex parte* proceedings held on January 4, 2024. Dkt. Nos. 113, 114. IT IS HEREBY ORDERED that these transcripts will be unsealed.
5. Intervenors moved the Court to unseal transcripts of court proceedings held on January 5, 2024, and January 8, 2024. Dkt. Nos. 107, 116. IT IS HEREBY ORDERED that these transcripts will be unsealed.
6. Intervenors moved the Court to unseal attachments to certain Court orders. Dkt. Nos. 157-1, 252-1, 254-1, 260-1, 264-1, 275-1, 287-1. IT IS HEREBY ORDERED that these attachments will be unsealed.
7. IT IS FURTHER ORDERED that the Parties will file unredacted public versions of any briefs or notices previously containing redaction of sealed material within 21 days of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
The Honorable Judge Yvonne Gonzalez Rogers