**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS,** *et al.,*<br><br>Defendants. | Case No.: 4:23-cv-4155-YGR<br><br>**ORDER RE: PENDING MOTIONS TO INTERVENE AND UNSEAL COURT DOCUMENTS** |

The Court is in receipt of a Motion to Intervene and Motion to Unseal Court Documents filed on behalf of The Appeal, Inc., Victoria Law, the ACLU of Northern California, and the First Amendment Coalition. (Dkt. Nos. 316 & 317.)

The Court **ORDERS** the parties in the above-captioned matter to advise the Court by no later than Monday, June 17, 2024, whether they object to the Court issuing, in connection with its ruling on the motions, the public version of Special Master Still's report on the closure of Federal Correctional Institution Dublin.

**IT IS SO ORDERED**.

Date: June 12, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**