JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
      abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
      timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS; et al., <br><br> Defendants. | CASE NO. 4:23-CV-04155-YGR <br><br> **UNITED STATES' NOTICE OF FILING EXHIBITS IN SUPPORT OF RESPONSE TO MOTION TO INTERVENE** |

    On June 6, 2024, the United States responded to the pro se "Motion to Intervene as Interested Party" filed by Jeremy Pinson. Exhibits 1 and 2 were inadvertently excluded in the filing of the response. The United States hereby files these exhibits in support of its response (dkt. 315).

    DATED this 13th day of June, 2024.

> JESSE A. LASLOVICH
> United States Attorney
>
> */s/ Madison L. Mattioli*
> MADISON L. MATTIOLI
> ABBIE J.N. CZIOK
> MARK STEGER SMITH
> TIMOTHY A. TATARKA
> Assistant U.S. Attorneys
> Attorneys for Defendant United States.