|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | United States Court of Appeals<br>Tenth Circuit |
| FOR THE TENTH CIRCUIT | March 16, 2015 |
|  | Elisabeth A. Shumaker<br>Clerk of Court |

JEREMY PINSON,

      Petitioner - Appellant,

v.

J. OLIVER, Warden,[*]

      Respondent - Appellee.

No. 14-1260
(D.C. No. 1:11-CV-00608-WYD)
(D. Colo.)

**ORDER**

Before **KELLY**, **BALDOCK**, and **MORITZ**, Circuit Judges.

      On February 12, 2015, we ordered Jeremy Pinson to show cause why this court should not impose filing restrictions against him. Mr. Pinson has responded to our order. Upon consideration of his response, we conclude that he has not shown that filing restrictions are not warranted. Accordingly, we impose the filing restrictions set forth in the February 12 order.

      Mr. Pinson has also petitioned for rehearing of our February 12 order and judgment. Upon consideration thereof, the petition for rehearing is denied.

      His petition for rehearing with en banc suggestion was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and

---

[*]   In accordance with Rule 43(c)(2) of the Federal Rules of Appellate Procedure, J. Oliver is substituted for David Berkebile as respondent-appellee in this action.

no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Finally, we deny Mr. Pinson's request for appointment of counsel.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk