ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email:  egalvan@rbgg.com
        kjanssen@rbgg.com
        aspiegel@rbgg.com
        lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048)
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone:     (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI* (MA – 691821)
AMARIS MONTES* (MD – 2112150205)
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone:     (202) 455-4399
Email: oren@rightsbehindbars.org
       amaris@rightsbehindbars.org

STEPHEN CHA-KIM* (NY – 4979357)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Email: stephen.cha-kim@arnoldporter.com

CARSON ANDERSON – 317308)
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650.319.4500
Email: carson.anderson@arnoldporter.com

*Pro hac vice

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>    Defendants. | Case No.: 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' RESPONSE REGARDING ECF 320** |

1  The Court issued an order directing the parties to advise the Court whether they object to "the Court issuing, in connection with its ruling on the motions, the public version of Special Master Still's report on the closure of Federal Correctional Institution Dublin." ECF 320 at 2. Plaintiffs have no objection to the issuance of the public portion of the Special Master's Report by the Court. Plaintiffs would object to the unsealing of Attachments C-G, all of which contain personally identifiable information of class members not contained in the public portion of the Special Master's Report.

DATED: June 13, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Kara J. Janssen*
   Kara J. Janssen

Attorneys for Plaintiffs