JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al.,<br><br>        Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS; et al.,<br><br>        Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' RESPONSE TO DKT. 320** |

On June 12, 2024, the Court ordered "the parties in the above-captioned matter to advise the Court by no later than Monday, June 17, 2024, whether they object to the Court issuing, in connection with its ruling on the motions, the public version of Special Master Still's report on the closure of Federal Correctional Institution Dublin." (Dkt. 320.) The United States objects to the Court issuing a public version of the Special Master's report as the time for the parties to file objections to the report has not yet expired, and BOP intends to make use of that interval and file such objections to note findings in the report that are demonstrably incorrect. Fed. R. Civ. P. 53(f)(2).

1   DATED this 17th day of June, 2024.

2

3                                       JESSE A. LASLOVICH
                                        United States Attorney
4

5                                       */s/ Madison L. Mattioli*
                                        MADISON L. MATTIOLI
6                                       ABBIE J.N. CZIOK
                                        MARK STEGER SMITH
7                                       TIMOTHY A. TATARKA
                                        Assistant U.S. Attorneys
8                                       Attorneys for Defendant United States.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28