JESSE LASLOVICH
United States Attorney
 MADISON L. MATTIOLI
  MT Bar No. 36411284
 ABBIE J.N. CZIOK
  MT Bar No. 55781377
 Assistant U.S. Attorneys
 U.S. Attorney's Office
 901 Front Street, Suite 1100
 Helena, MT 59626
 Phone: (406) 457-5269 – Madison
    (406) 457-5268 – Abbie
 Fax: (406) 457-5130
 Email: madison.mattioli@usdoj.gov
        abbie.cziok@usdoj.gov

MARK STEGER SMITH
 MT Bar No. 4160
TIMOTHY A. TATARKA
 CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
   (406) 247-4642
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
   timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,<br><br>Defendants. | CASE NO. 4:23-CV-04155<br><br>**DECLARATION OF WILLIAM W. LOTHROP, DEPUTY DIRECTOR, FEDERAL BUREAU OF PRISONS** |

I, WILLIAM W. LOTHROP, declare as follows:

1) I am the Deputy Director of the Federal Bureau of Prisons ("BOP").

2) I have personal knowledge of the facts set forth herein and if called as a witness I could competently so testify.

3) The content of this declaration relates to the ongoing management of FCI Dublin, including details about any future planning for the facility's re-opening.

4) The BOP has no immediate plans to re-open FCI Dublin, absent first addressing factors that have caused previous issues, including but not limited to staff misconduct; staff recruitment, training and retention; aging infrastructure; access to community medical care; and environmental and safety concerns.

5) BOP cannot definitively state FCI Dublin will never reopen. Certain factors impacting federal prisoner populations, like overcrowding, may require BOP to reopen FCI Dublin at some point in the future. Nevertheless, should the BOP decide to re-open FCI Dublin at a future date, it would not be as any type of BOP facility that would house female Adults-in-Custody (AICs).

6) The BOP had been seriously exploring the closure of FCI Dublin over the past couple years, as mounting challenges suggested that meeting expected standards might not be possible, including, most recently, the removal of several executive staff members on March 11, 2024.

7) The BOP has twelve minimum-security camps, five low-security facilities, eleven administrative security facilities and two medical centers that can house the former FCI Dublin AICs. While AICs generally remain at administrative security facilities for shorter time intervals, their placement at administrative security facilities is the result of careful, individualized placement decisions based upon the 18 U.S.C. § 3621(b) factors. The BOP is able to presently care for its female AIC population and anticipates the ability to meet their future needs without requiring the use of the FCI Dublin facility.

8) As time progresses, BOP will continue to transfer former Dublin AICs to other appropriate BOP facilities consistent with its obligations under federal law and policy.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 17th day of June, 2024.

*[signature]*

WILLIAM W. LOTHROP
DEPUTY DIRECTOR
BUREAU OF PRISONS