JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et. al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; et. al., <br><br> Defendants. | CASE NO. 4:23-CV-04155-YGR <br><br> **UNITED STATES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 of the United States District Court for the Northern District of California, the United States of America files this motion requesting that it be permitted to file its Objections to the Special Master's Report and related exhibits under seal at this juncture because the report itself is under seal. These documents are subject to the protective order (doc. 127) and when disclosed to Plaintiffs are designated as "CONFIDENTIAL." (*Id*. at 2, section 2.2.)

Good cause exists for this request. As grounds for this administrative motion, the United States has satisfied Civil Local Rule 7-10, which requires:

> (1) a specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or

public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient;

(2) evidentiary support from declarations where necessary; and

(3) a proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed. Civil Local Rule 7-10(c).

The Privacy Act prohibits an agency from "disclos[ing] any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains." 5 U.S.C. § 552a(b). A record, in turn, is defined as "any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, his . . . medical history, and criminal or employment history and that contains his name, or the identifying number, symbol, or other identifying particular assigned to the individual." The medical and employment information of individuals referenced in these filings, both adults in custody (AIC) and Bureau of Prisons (BOP) employees, are such records not subject to disclosure. Former FCI Dublin Warden Art Dulgov also recognized in a prior declaration that it is important to keep medical records, AIC's identities, and private information about AICs out of the public record, as they have privacy rights to such information. Dkt. 161, ¶¶ 6, 8, 17.

The United States does not have the written consent of these AICs or employees to disclose their health or employment information to the public, and the only way it may disclose such information is through a court order. 5 U.S.C. § 552a(b)(11). Sealing the documents containing private information of individuals is the narrowest way to protect such information.

/
/
/
/
/
/

ADMIN. MOTION TO FILE UNDER SEAL
4:23-cv-04155-YGR                                    2

Therefore, the United States requests that the Court enter an order under Civil Local Rule 79-5 to place the following documents filed June 26, 2024 under seal:

| Document and Portion of Document to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| U.S. Objections to Special Master's Report | Privacy Act, 5 U.S.C. § 552a Dkt. 161, ¶¶ 6, 8, 17 | |
| Exhibits 2–7 | Privacy Act, 5 U.S.C. § 552a Dkt. 161, ¶¶ 6, 8, 17 | |

WHEREFORE, the United States respectfully requests that the Court grant this Administrative Motion and enter the attached proposed order sealing the United States' documents.

DATED this 26th day of June, 2024.

JESSE A. LASLOVICH
United States Attorney

/s/ *Madison L. Mattioli*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for United States