DATE: 06/14/2024 09:02:25 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA COALITION FOR WOMEN PRISONERS,
  Plaintiffs,

MAKASINI LOMU,
RHONDA FLEMING,
  Class Members/Interested Parties,

v.                    NO. 23-cv-04155-YGR

UNITED STATES OF AMERICA, et al.
  Defendants.

FILED
JUN 24 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

CLASS MEMBERS LETTER BRIEF TO THE COURT FOR EMERGENCY RELIEF

Dear Judge Gonzalez-Rogers:

We are not wasting your time. We are in dire straits at Federal Prison Camp-Bryan. We know you don't like liars or embellishments. There will not be any. We will give you the facts. We have documents to support our need for your EMERGENCY intervention, as follows:

SPECIFICE RELIEF WE NEED:

1. We need an Order stating any medications, medical devices, or medical treatment previously ordered/prescribed by a licensed physician prior to being transferred from FCI-Dublin, should be immediately administered by Health Services employees at FPC-Bryan(and likely wherever other AIC were transferred).

2. We need an Order to Warden Tanisha Hall to perform professional mold remediation in the housing units or provide a reasonable accommodation, engaging in the interactive process, to prevent the ongoing suffering we are experiencing from excessive toxic mold and asbestos.

3. Referral of criminal HIPPA violations and victim/witness intimidation to the appropriate U.S. Attorney's Office.

WHY THIS EMERGENCY RELIEF IS NEEDED

We are presently being denied medications and medical devices(Cpap machine) prescribed by licensed physicians. We have not been seen by a licensed physician, nor to our knowledge has a licensed physician reviewed our medical records. We are being denied medications and medical devices approved, in some cases, for over 7 years, by specialists in the community.

At this time, a nurse practioner, a Ms. Brunskill, has had the authority to override and disregard all medical orders by licensed physicians. We are aware the Court has heard this is going on at all federal prisons where AIC from FCI-Dublin were transferred.

We have COPD, asthma, and other respiratory illnesses which developed while in the custody of the Defendants, due to their failure to perform preventive building maintenance, specifically, professional remediation of toxic mold and asbestos contamination. Exhibit-__A__, Fleming Medical Record admitting Mold caused respiratory illness. The same conditions exist at FPC-Bryan, possibly worse, due to the excessive humidity and heat of Texas. The molds are visible to the eye. Employees and AIC have stated the ventilation system is encrusted with toxic mold and other substances.

As usual, the warden of this prison alleges there is no toxic mold and asbestos, but the Court has heard this false allegation before, which was later recanted at FCI-Dublin.

1

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

---

Based on our respiratory disability, we have requested a reasonable accommodation. Warden Tanisha Hall has refused to comply with the FBOP Program Statement titled: Management of Inmates with Disabilities, No. 5200.06 . The warden has failed to comply with the Rehabilitation Act, by engaging in the interactive process, thus discriminating against us. See our request to the warden: Exhibits- B & C .

This is routine behavior for the FBOP. Please see, Romero v. AG Merrick Garland No. 3:19-cv-02138, Southern District of California, (March 13, 2024)(FBOP employee becomes ill due to toxic mold in the prison, former warden Art Dulgov, sends letter to remove sick plaintiff from his job).

CCWP advocates have made efforts to notify Warden Hall of an AIC need for a Cpap machine. The warden committed a criminal violation of HIPPA regulations by releasing Makasini Lomu's personal medical information, in a derogatory manner, to a prisoner advocate, Crystal Le, without authorization from Ms. Lomu. Exhibit- D , Emails between Ms. Le to Ms. Fleming, May 28-29, 2024. Ms. Le did not ask for any personal information, and even if she had, without authorization normally the FBOP will not release any information. AIC have been on their death bed and family members were denied any information.

This matter was reported to the Special Investigative Agent for the prison on May 29, 2024. On May 30th, Warden Hall was interviewed/questioned by some investigative authority. The employees were rejoicing, telling AIC, the warden was gone.

This was not true. At dinnertime, Warden Hall was standing outside of Food Service, screaming, "I did not go to jail! Elizabeth Holmes(an AIC--Theranos founder) did you think the FBI took me to jail?," along with many other crazy, intimidating, and for the employees, embarrassing behaviors by a warden.

A few days later, Warden Hall wore a t-shirt which stated, "Pray for me, DON'T PLAY WITH ME!" We took it as a threat. Since then, numerous employees have been threatened with being fired, by Warden Hall, as recently as June 13, 2024. Yes, as they did at FCI-Dublin, FBOP employees are speaking out, telling about the warden's misconduct.

In one instance, it has been related there is some type of contract fraud, where a contractor is being paid $20,000 per cosmetology student, when this contractor charges less than $10,000 at her "school" in the community. This is not the first time there has been allegations of fraud associated with FPC-Bryan and the cosmetology program. Exhibit- E , News Article on fraud at FPC-Bryan.

A response to a grievance, signed by Warden Hall, on June 3, 2024, was verbatim of the email sent to Ms. Le. Exhibit- F . This is proof the warden and/or her employees released personal, confidential medical information without authorization. Please compare the email response from Ms. Le to the warden's grievance response. Clearly, this personal medical information was unlawfully provided to Ms. Le, by FPC-Bryan employees.

There is ongoing PREA issues. One Education Department employee has been turned in by his own wife for misconduct with a former AIC. The warden allows this man and others reported for sexual abuse to remain on the compound. It is being alleged the employees have incriminating evidence against the warden.

There has been banning of books and a failure to follow the FBOP Program Statement for Incoming Publications, No. 5266.11. Employees assigned to the mailroom were instructed to throw one specific book in the trash. The AIC were not afforded the opportunity to review the book and file a grievance. The books were never returned to Amazon. Exhibit- G , BP-9 Sensitive Grievance. We do not know if the grievance made it to the Regional Director. When we requested a receipt, none was provided for this grievance.

Because we have reported a variety of criminal conduct at FPC-Bryan, we have been offered a transfer to FPC-Greenville. This prison is not near our families. We did not request such a transfer and even if we did, the FBOP does not transfer women within 30 days of arriving at a prison, unless there is a disciplinary, security issue. This caveat does not apply to us. The offer of the transfer is an implicit threat for us to leave the prison or else. We have already been given false incident reports.

The offer of the transfer is to evade the Court's order to provide reports on our status every 30 days. This warden does not want to comply with the Court's order, therefore, she is attempting to intimidate us off the prison compound or create some type of disciplinary event(similar to Art Dulgov's scam in January 2024), to warrant transfer out of her prison.

CONCLUSION

We see our circumstances as a civil rights struggle for women. The FBOP is allowing wardens to attack women who have not

2

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

---

done anything to warrant threats and denial of medical care. They refuse to comply with President Biden's indoor air quality environmental regulations. Everything we have stated can be verified by the FBOP's own emails and other documents. There is theft, fraud, sexual misconduct, denial of medical care, dangerous environmental conditions, and retaliation.

Yet Warden Tanisha Hall repeatedly states, "This is not Dublin."

Respectfully Submitted,

Makasini Lomu, #  _M. Lomu  #25251-081_

Rhonda Fleming, # _20446-009_
June 14, 2024

FPC-Bryan
PO Box 2149
Bryan, Texas 77805

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this document by the District Clerk.

Makasini Lomu

Rhonda Fleming

3

# Bureau of Prisons
## Health Services
### Inmate Intra-system Transfer

**Reg #:** 20446-009      **Inmate Name:** FLEMING, RHONDA ANN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**TB Clearance:** Yes
Last PPD Date: 03/30/2024          Induration: 0mm
Last Chest X-Ray Date:              Results:
TB Treatment:                       Sx free for 30 days: Yes
TB Follow-up Recommended: No

**Transfer To:** _____          **Transfer Date:** 04/12/2024

**Health Problems**

| Health Problem | Status |
|---|---|
| Anemia, unspecified | Current |
| Vitamin D deficiency | Current |
| Disorder of lacrimal system | Current |
| Unspecified disorder of conjunctiva keratoconjunctivitis sicca | Current |
| Presbyopia | Current |
| Chronic sinusitis, unspecified  DUE TO EXPOSURE TO MOLDS AT BOP TALLAHASSEE FLORIDA | Current |
| Chronic obstructive pulmonary disease [COPD] | Current |
| Asthma | Current |
| Sciatica, unspecified side   subjective radiating pain lower left leg   negative staight test | Current |
| No Diagnosis | Current |
| Encounter for exam and observation following alleged adult rape [PREA Exam] | Current |
| Intake Observation | Current |
| Adjustment Disorders: With Mixed Anxiety And Depressed Mood | Remission |
| Post COVID-19 condition, unspecified | Remission |
| Bariatric surgery status   2003, resulting loss >50% body weight and resolution HTN and diabetes. | Remission |
| Body mass index (BMI) 35.0-35.9, adult | Remission |

EX-A

**Medications:** All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT  Exp: 08/18/2024  SIG: Inhale 2 puffs by mouth four times daily AS NEEDED shortness of breath . "Empty container is to be returned for refill"
Cyanocobalamin (Vit B-12) 1000 MCG Tab  Exp: 08/18/2024  SIG: Take one tablet (1000 MCG) by mouth each day (vitamin B12)
cycloSPORINE Emulsion 0.05% Ophth(0.4ml) 30count  Exp: 08/12/2024  SIG: Instill one drop into both eyes twice daily AS NEEDED . only #1 box per month
DULoxetine HCl Delayed Rel 60 MG Cap  Exp: 08/18/2024  SIG: Take one capsule (60 MG) by mouth twice daily
Ferrous Gluconate 324 (5 GR) MG Tab  Exp: 02/19/2025  SIG: Take one tablet by mouth daily
Fluticasone/Salmeterol 250-50, #60 Inhal. Exp: 08/18/2024  SIG: Inhale one inhalation by mouth twice daily . **rinse mouth after use** "Empty container is to be returned for refill"
Tiotropium Bromide HandiHaler 30 Cap 18 MCG Inh  Exp: 08/18/2024  SIG: Use Handihaler device to inhale the contents of one capsule by mouth via handihaler each day ( Do not swallow capsules)

**OTCs:** Listing of all known OTCs this inmate is currently taking.
  None

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

---

FROM: 20446009
TO: Health Services
SUBJECT: ***Request to Staff*** FLEMING, RHONDA, Reg# 20446009, BRY-B-A
DATE: 05/06/2024 12:41:38 PM

To: Acting HSA & PA
Inmate Work Assignment: A/O

RE: REQUEST FOR DISABILITY ACCOMMODATION

Acting HSA and PA,

As an AIC with a recognized disability, I am requesting a disability accommodation.

Today, I have an appointment with the PA, at 2pm. Because I suffer with many physical and mental impairments, especially later in the day, caused by exposure to mold and asbestos, I routinely write my concerns, prior to my appointments.

I will have my medical transfer record. This document clearly states I have certain diseases due to exposure to mold. We can agree there is toxic mold and asbestos in the prison housing units.

I am a person with a disability. Federal guidelines defines a person with a disability, as one who has a physical or mental impairment that substantially limits one or more major life activities, a record of such impairment, or is regarded as having such an impairment. 29 Code of Federal Regulations Section 1630.2(g).

Major life activities include, but are not limited to,.....seeing, hearing, sleeping, walking, standing, lifting, bending, speaking, breathing, thinking, etc..

Due to long term, continuous exposure to toxic mold and asbestos, my impairments substantially limits all of the above major life activities. The FBOP medical records support this fact. I developed these diseases in prison, due to poor building maintenance.

Right now, I am exposed to toxic mold, 24 hours a day. I have several documented respiratory illnesses.

I have asked the warden to be transferred to home confinement or a halfway house. This is an accommodation which should be provided to me, based on my disability. I have continuous Bronchospasm events. I am tired but can't sleep, because I am coughing most of the night. The hdq pink cleaner sets off coughing spasms. I am in pain all day, all over. I suffer with chronic fatigue.

I am requesting to be medically unassigned until Dr. Hall can relay this matter to the Central Office, to provide me with a disability accommodation.

Thank You,

Rhonda Fleming

EX-B

TRULINCS 25251081 - LOMU, MAKASINI - Unit: BRY-B-A

---

FROM: 25251081
TO: Warden
SUBJECT: ***Request to Staff*** LOMU, MAKASINI, Reg# 25251081, BRY-B-A
DATE: 06/05/2024 01:13:07 PM

To: Warden
Inmate Work Assignment: unicor

Warden,

I am requesting a reasonable accommodation for my respiratory disability. I have asthma, COPD, sleep apnea, kidney disease, and many other medical conditions.

Due to the toxic mold and asbestos contamination, I am having difficulty breathing, cannot sleep, coughing spasms, chronic fatigue, and other ailments which deny me the ability to participate in programs and activities available to other AIC.

The accommodation I am seeking is transfer to home confinement. I have a home where the air ducts have been cleaned. I am highly sensitive to mold spores.

Please refer to the Program Statement for Management of Inmates with Disabilities.

Thank You,

M. Lomu

Ex-C

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

-------------------------------------------------------------------------------

FROM: 20446009
TO: Le, Crystal
SUBJECT: RE: RE: Hello
DATE: 05/23/2024 08:29:36 PM

Hello Crystal,

Please file a complaint and use my name. I spoke with Agent Joshua Brown, with the Office of Internal Affairs today. I told him the warden at this prison is trying to run me and Maka out of the prison. The prison officials offered to transfer us to Greenville, Illinois. We just got here. Why would we transfer?

This evening, they are threatening Maka with disciplinary action for something about a uniform. The warden is a bad person, just like Dulgov. Her name is Tanisha Hall. She is verbally abusive to the women here.

I have to get off the computer.

Best,

Rhonda
-----Le, Crystal on 5/23/2024 6:06 PM wrote:

>

Hi Rhonda,

Thank you for your messages and update on what is happening at FCI Bryan. I'm so sorry and incensed that you are experiencing the same disregard and harm that you did at Dublin. I will work with other CCWP members to see how we can get Maka her CPAP machine and contact OSHA/the EPA. I'll also plan to file an individual complaint. Would you be alright with me including what you included here? And if so, would you like me to include your name?

Thank you for letting me know you received the $100. You are a fierce advocate, and we are humbled to be in this fight with you.

Sending you and Maka my warmest regards,
Crystal

RHONDA ANN FLEMING on 5/19/2024 12:34:28 PM wrote
Crystal,

thank you for emailing. Makasini "Maka" Lomu and I are in Bryan, Texas. We have had some struggles, like the rest of the women out there, all over the United States.

Maka has been pleading for her Cpap machine. She has used this machine for over 7 years. Health Services refuses to provide one for her. They continue to lie, stating they are waiting for Dublin to send it. Dublin is closed. They are not sending anything.

The same conditions we litigated at FCI-Dublin are present at FPC-Bryan...lack of medical care, toxic mold/asbestos, and sexual abuse. The prison officials are very good at blocking the reporting of sexual abuse and/or telling victims NOT to make a report to DOJ-Sex Abuse.

Thank you for the $100. It will be spent on continuing our cause. I use a lot of postage and email credits writing the media, attorneys, and prisoner advocates to help all of us.

All of you are such a blessing.. I love you truly.

EX-D-1

Rhonda Fleming

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: BRY-B-A

---

FROM: Le, Crystal
TO: 20446009
SUBJECT: RE: Updates 5/28
DATE: 05/29/2024 09:06:03 PM

Yes, let us see what the EPA and other agencies conclude. The folks I reached out to at the EPA have looped in the TX Department of State Health Services, Consumer Protection Division (Mr. Jonathan Murphy), who reached out to Ms. Dreiver. They've also looped in Managers from the EPA Region 6 Water Division and Air & Radiation Division. I will keep an eye out for updates.

Re: Maka, I heard back from the administration as well. Below is what they shared. My orientation is to always take what they say with a grain of salt, but it sounds like a machine is on the way? Fingers crossed. If there's anything wrong below, or if Maka would like me to lift up anything else about her CPAP, please feel free to let me know.

"AIC Lomu had a consultation for a sleep study on 05-22-2024, to which she was given the equipment but did not complete the sleep study citing she forgot. Health Services re-instructed her on May 24, 2024, and she completed the sleep study and returned the machine on May 26, 2024. On May 28, 2024, the sleep study machine was sent to Virtuox which is the company who reads the results to get a baseline assessment to order her a new CPAP.. I hope this information addresses your concerns."

RHONDA ANN FLEMING on 5/29/2024 8:06:16 AM wrote
Many thanks to you Crystal, and I will let Maka know. I received notice from the warden over here stating, in writing, there is no "mold or asbestos" problem at the prison. Well, the EPA and other state regulatory agencies will make that decision. The warden does not understand the seriousness of the allegations, and her liability by making such a statement without testing for these substances.

I will keep you guys posted. I came with peace in my heart, they decided to test me. So....now, if another prison is closed, we are not going to be sad. We learned from the last experience so we will be ready for them.

God allowed us to be here. The judge has jurisdiction over this prison because the BOP sent us here. We will use this to our advantage.

Maka and I love and pray for all of you....and our incarcerated sisters.

Rhonda
-----Le, Crystal on 5/28/2024 9:51 PM wrote:

>

Hi Rhonda,

How are you doing today? Thanks so much for your updates. I thought I'd reach out with some quick updates of my own. I've reached out to Warden Hall about Maka's CPAP machine, as well as the EPA regarding the toxic conditions at FPC Bryan. The template you forwarded was extremely helpful. I also appreciate your updates on Judge Lin's decision and a similar case with Dulgov. Will log them. Ugh indeed, how do these people keep failing up?

On another note, CCWP recently hosted a townhall around how horribly the Dublin closure went down. A handful of folks who were released generously shared their experiences and their commitment to not leaving their fellow Dublin siblings behind. Community members on the call were fired up and eager to support to the fight to get you all home and demand accountability from the BOP. The call was a lot to process, but ultimately it underscored how all of these BOP institutions have to be dismantled. The fight continues.

Sending you love and continued strength,
Crystal

EX-D-2

TRULINCS 57127177 - ROSALES, RHONDA KAY - Unit: BRY-B-A

---

FROM: Espitia, Christine
TO: 57127177
SUBJECT: Article
DATE: 07/28/2021 07:36:03 AM

Is this the article you were asking about?

Federal Bureau of Prisons Cosmetology Program Under Investigation By State of Texas Licensing Agency
By Lynn Espejo - June 17, 2021

The Cosmetology program at the Federal Bureau of Prisons (BOP) camp at Bryan, Texas, is under investigation by a state licensing agency. The Texas Department of Licensing & Regulation (TDLR) is investigating the program at the camp.

Since sometime last year, TDLR has been seeking cooperation from FPC Bryan staff, in an attempt to verify the hours reported by the prison camp for classes taught to inmates participating in its Cosmetology Program. The program is offered to inmates in conjunction with the state licensing board. The hours in question, were reported to the State of Texas by staff working at the camp.

Earlier this year, an investigator from TDLR, told this reporter that staff at the camp had blocked the Texas government agency from getting records, causing a power struggle between State and Federal legal eagles. Later, the matter was referred to a prosecutor within the department, for possible prosecution. It is unclear where the investigation stands at the current time.

FPC Bryan's staff members Erin Valentine-Godwin, Supervisor of Education & Recreation, and Mark Cameron, Education Specialist, originally agreed to cooperate and provide the information the TDLR state investigator was seeking. However, the following day, the investigator was contacted by a legal representative from the South-Central Regional Office of the BOP, who refused to provide the records without a court order. It would appear that the BOP attempted to prevent or stall the investigation.

The BOP has come under fire this past year for its mishandling of the COVID-19 pandemic. On May 31, 2021, the New York Daily News reported, "In March, Bureau of Prisons Director Michael Carvajal was hammered during testimony before a House of Representatives subcommittee for the agency's response to the pandemic". "You and your staff are incompetent and should be fired, Rep. David Trone (D-Md.) told Carvajal."

The agency has also been under scrutiny since 2019, after Jeffrey Epstein, a high-profile inmate, was found hanged to death in his cell at the Metropolitan Correctional Center in New York. The New York Daily News reported that the two federal correctional officers indicted in that case scored a "deferred prosecution with the United States Attorney's office in Manhattan." Per the report, the two planned to "defend themselves as scapegoats for a deeply dysfunctional system had they gone on trial."

Tova Noel and Michael Thomas admitted "they falsely filled out paperwork certifying they had conducted required rounds and inmate head counts at the Metropolitan Correctional Center in the hours before Epstein was found dead in his cell early on Aug. 10, 2019." Sources close to the pair said "falsification of documents is common at the jail and throughout the Bureau of Prisons." "One source described falsely filling out paperwork as "closer to a norm than an anomaly" in federal lockups."

Internal Affairs policy for the Federal Bureau of Prisons states in part, "Waste, fraud, abuse, mismanagement, and staff misconduct will be reduced." And "Evidence will be properly collected, handled, and preserved." "When appropriate, evidence will be provided to other agencies." Nowhere in the policy does it require a court order for another agency to get information needed for an investigation. So why did the BOP refuse to turn over the information requested by the state agency?

FPC Bryan's Cosmetology program is funded by money from the federal government. Because the classes are paid for with taxpayer dollars, the classes are free to inmates at the camp. The school is located on the prison grounds in Bryan, Texas, and accepts 25 inmates per year to work toward their cosmetology license.

The question here did the inmates really get the amount of training and hours that were reported to the State of Texas? And if not did the federal employees who reported incorrect hours commit fraud?

EX-E

FEDERAL PRISON CAMP, BRYAN, TEXAS
Part B - Response to Request for Administrative Remedy
(1200705-F1)
LOMU, Makasini
Register Number: 25251-081

This is in response to your Request for Administrative Remedy, received May 23, 2024, regarding your medical care. Specifically, you are requesting a C-PAP machine.

A review of your medical records revealed you arrived at FPC Bryan on 04/12/2024, stating you were issued a C-PAP machine at your last institution, but have not seen it since your arrival here. We have communicated several times with staff from your previous institution and have made multiple attempts to locate and retrieve the C-PAP machine that was given to you. In the meantime, FPC Bryan has submitted a consult for you to have a current sleep study completed to obtain a baseline assessment of your condition and to get you a replacement C-PAP machine. On 05/22/2024, you were given a portable in-house device to complete your sleep study and was instructed to return it to medical on 05/24/2024. You returned to the clinic on 05/24/2024 stating you forgot that you had the device, so you did not complete the study. You were instructed once more on the proper way to complete the study and to return the portable in-house device on 05/26/2024, to which you complied. The device was returned priority shipping to its parent company, and we are currently awaiting results.

After review of your medical records, it has been determined that your medical care has been appropriate. Accordingly, you may consider this response to your Request for Administrative Remedy to be denied.

In the event you are not satisfied with this response and wish to appeal, you may do so by submitting a BP-230(10), within 20 calendar days of the date of this response, to the Regional Director, South Central Regional Office, 344 Marine Forces Drive, Grand Prairie, Texas 75051.

_____          6/3/2024
Tanisha Hall, PhD.                Date
Warden

EX-F

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Sensitive

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Fleming Rhonda A    20446-009    B-1    FPC-Bryan
  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A— INMATE REQUEST**

— See Attached Statement —
4 copies

5/7/24
DATE

[signature] RF
SIGNATURE OF REQUESTER

**Part B— RESPONSE**

EX-6-0

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

    CASE NUMBER: _____

**Part C— RECEIPT**
Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____    BP–229(13)
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

DATE: 05/07/2024 02:20:44 PM

TO WHOM IT MAY CONCERN:

This is my Sensitive BP-9 Statement, reporting criminal activity at FPC-Bryan, as follows:

Warden Hall has been violating Program Statement 5266.11, titled Incoming Publications, and the Code of Federal Regulations governing inmate mail. The warden has been rejecting a book titled, "Behind the Walls and Beyond," by Lynn Espejo, a former federal prisoner.

Ms. Espejo has sent her book, through Amazon, delivered by UPS or FedEx, 4 or 5 times. She sent her book to Jen Shah, Elizabeth Holmes, Rhonda Rosales, and to me. I am attaching proof of delivery to FPC-Bryan. None of us received the books.

We did not receive notice of rejection. The sender, Ms. Espejo, did not receive a rejection notice. The books were not returned to Amazon.

Additional proof can be obtained by emailing Ms. Espejo at: lynnespejo@sbcglobal.net She will be mailing a copy of this statement from her home, to make sure your office receives this BP-9

I spoke to Warden Hall on May 7, 2024. She admitted to me she had been rejecting this book. She stated, "that book will never enter my prison," then further stated, "that books bashes employees and will not come into the institution."

I asked Warden Hall to comply with PS 5266.11. She said she would "look into it." In other words, she never complied with FBOP civil rights protections on Incoming Publications. This is a criminal act.

No FBOP employee has the right to reject mail or publications, without providing Adults in Custody(AIC) with their procedural due process rights.

Since my arrival from Dublin, Warden Hall has called out her employees to attack me and run me off the compound. What I am reporting is one of the reasons for her behavior. She has allowed them to write false incident reports, deny disability accommodations, and threaten me.

Please review all electronic request to staff I have sent Warden Hall since arriving.

They are also covering up sexual abuses and torturing of Jen Shah.

I will be sending this BP-9 statement to Ms. Espejo, in the event Warden Hall and her mailroom staff fail to allow this mail to leave the prison. They have been throwing away and banning books, in violation of federal criminal and civil laws..

The relief I request is:

1. Warden Hall should be removed from FPC-Bryan for committing criminal acts;
2. The mailroom employees should be removed from FPC-Bryan for committing criminal acts;
3. This matter should be immediately referred to the FBOP-Office of Internal Affairs, the FBI, and Postal Inspector;
4. OIA and/or the FBI should be allowed to speak to me; and,
5. Any disciplinary action taken against me should be expunged, immediately.

Rhonda Fleming #20446-009
FPC-Bryan

EX-G-1

DATE: 05/05/2024 08:51:02 PM

1/1 They have destroyed all the books that have been sent. I can send you tracking numbers for the others who did not get their books. They don't even return them to Amazon and they do not call person up to the mail room to reject or send book to a family member...as is the mail policy requirement. Someone has already had the post master inspector general get a staff fired there for improper handling of the mail. Here is info you need.

Shipped with USPS
Tracking ID: 9341989671005924674365

Thursday, May 2
7:14 AM
Package delivered.
Bryan, TX
Wednesday, May 1
11:43 PM
Package arrived at a carrier facility.
Bryan, TX
10:37 PM
Package transferred to another carrier for delivery.
Bryan, TX US
8:07 PM
Package left an Amazon facility.
Humble, TEXAS US
12:29 PM
Package arrived at an Amazon facility.
Humble, TEXAS US
Carrier picked up the package.    On Sunday, May 5, 2024 at 02:37:43 PM CDT, <rfleminglhhw@emailinterface.org> wrote:

Lynn,

I will be filing a grievance, tomorrow, on the book situation. I have the tracking number and title. That is all I needed.

These are 2 issues that you may want to run by attorneys that take these cases. I will exhaust the remedy process, quickly.

The book and the cross are First Amendment issues!

Rhonda


My email is lynnespejo@sbcglobal.net 10uj2m

EX-6-2