⇔20446-009⇔
Rhonda Fleming
Federal Prison Camp-Bryan
PO BOX 2149..
Bryan, TX 77805
United States

U. S. District Court
U.S. Courthouse
Office of the Clerk
1301 Clay ~~Street~~
Oakland; CA 94612-9971

⇔20446-009⇔
Us District Court
1301 CLAY ST
Office of the Clerk
Oakland, CA 94612-9771
United States

Legal Mail



Case 4:23-cv-04155-YGR   Document 333-1   Filed 06/24/24   Page 2 of 2

