| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:	(415) 433-6830<br>Email:	egalvan@rbgg.com<br>	kjanssen@rbgg.com<br>	aspiegel@rbgg.com<br>	lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California  94612-4700<br>Telephone:	(510) 679-3674<br>Email:	susan@ccijustice.org | OREN NIMNI[*]<br>  Mass. Bar No. 691821<br>AMARIS MONTES[*]<br>  Md. Bar No. 2112150205<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:	(202) 455-4399<br>Email:	oren@rightsbehindbars.org<br>	amaris@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM[*]<br>  N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone:	(212) 836-8000<br>Email:	stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone:	(650) 319-4500<br>Email:	carson.anderson@arnoldporter.com<br><br>[*] Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>           Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**DECLARATION OF OREN NIMNI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED REGARDING PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:	July 30, 2024<br>Time:	2:00 p.m.<br>Crtrm.:	1, 4th Floor<br><br>Judge:	Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:	June 23, 2025 |

Case No. 4:23-cv-04155-YGR

DECL. OF OREN NIMNI ISO PLFS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED REGARDING PORTIONS OF PLFS' OPPOSITION TO DEFS' MOT. TO DISMISS

I, Oren Nimni, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am Director of Litigation at Rights Behind Bars and counsel of record for the Plaintiffs and Proposed Class. I have personal knowledge of the facts set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2. Attached as Exhibit A is a true and correct copy of the Special Master's Report.

3. Attached as Exhibit B is a true and correct copy of unredacted Plaintiffs' Opposition to United States' Notice of Motion to Dismiss, Stay Discovery, and Terminate Prospective Relief with the redacted excerpts referring to the Special Master's Report highlighted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed at Washington, D.C. this 2nd day of July, 2024.

By: */s/ Oren Nimni*
     Oren Nimni