UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL -8 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

CALIFORNIA COALITION FOR
WOMEN PRISONERS, et al.,

Plaintiffs.

v.

UNITED STATES OF AMERICA
FEDERAL BUREAU OF PRISONS, et al.,

Defendants.

Case No.

4:2022-CV-08924-YGR
4:2022-CV-09096-YGR
4:2023-CV-02668-YGR
4:2023-CV-05356-YGR
4:2023-CV-04155-YGR
4:2024-CV-01980-YGR
4:2024-CV-01360-YGR

TO ALL PARTIES AND COUNSEL OF RECORD:

## NOTICE OF APPEAL

Comes Now, John Russell Bellhouse, Defendant Pro Se in

the above styled case(s), Appealing the Court's recent

denial of his Motion to Appoint Counsel to represent him.

The Defendant believes he has adequate grounds to warrant

such an appeal, to the Ninth Circuit Court of Appeals.

Respectfully submitted,

*John Russell Bellhouse*

John Russell Bellhouse, Pro Se

06/28/2024

Date

Note: This document was written and prepared by FCI Oakdale
      Law Library inmates, who assist inmates who have
      limited knowledge of Law. Mr. Bellhouse has read and
      approved the above document.