| | |
|---|---|
| JESSE LASLOVICH<br>United States Attorney<br>MADISON L. MATTIOLI<br>  MT Bar No. 36411284<br>ABBIE J.N. CZIOK<br>  MT Bar No. 55781377<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>901 Front Street, Suite 1100<br>Helena, MT 59626<br>Phone: (406) 457-5269 – Madison<br>         (406) 457-5268 – Abbie<br>Fax: (406) 457-5130<br>Email: madison.mattioli@usdoj.gov<br>            abbie.cziol@usdoj.gov | MARK STEGER SMITH<br>  MT Bar No. 4160<br>TIMOTHY A. TATARKA<br>  CA Bar No. 277219<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>James F. Battin Federal Courthouse<br>2601 2nd Ave. North, Suite 3200<br>Billings, MT 59101<br>Phone:  (406) 247-4667 – Mark<br>            (406) 247-4642 – Tim<br>Fax: (406) 657-6058<br>Email: mark.smith3@usdoj.gov<br>            timothy.tatarka@usdoj.gov |

Attorneys for Federal Defendants and
Defendant United States of America.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>              Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**JOINT MOTION TO CONTINUE AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Hearing Date:    July 16, 2024<br>                          2:00 p.m. |

1  Counsel for Federal Defendants and Proposed Intervenors (together, "the Parties") jointly
2  move this Court for an Order continuing the hearing set for July 16, 2024, at 2:00 p.m. to July 30,
3  2024, at 2:00 p.m. Good cause exists for this request. After consideration of Proposed Intervenors'
4  arguments on reply (Dkt. No. 340), Federal Defendants believe the Parties may reach agreement
5  on additional unsealing requests, further narrowing the issues that remain in dispute. The Parties
6  intend to submit to the Court an updated list of unsealing requests still in dispute by no later than
7  July 23, 2024.

9  DATED: July 10, 2024                    Respectfully submitted,

10                                          U.S. ATTORNEY'S OFFICE
11                                          DISTRICT OF MONTANA

12
13                                     By: */s/ Madison L. Mattioli*
                                            Madison L. Mattioli, Assistant U.S. Attorney
14                                          Attorneys for Federal Defendants

15                                          PUBLIC JUSTICE
16

17                                     By: */s/ Jaqueline A. Osorno*
                                            Jaqueline Aranda Osorno
18                                          Attorneys for Proposed Intervenors

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: February 9, 2024

U.S. ATTORNEY'S OFFICE
DISTRICT OF MONTANA

By: */s/ Madison L. Mattioli*
Madison L. Mattioli

Attorneys for Federal Defendants

PUBLIC JUSTICE

By: */s/ Jaqueline A. Osorno*
Jaqueline Aranda Osorno

Attorneys for Proposed Intervenors

IT IS SO ORDERED

DATED: _____, 2024

Yvonne Gonzalez Rogers