| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>        kjanssen@rbgg.com<br>        aspiegel@rbgg.com<br>        lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI[*]<br> Mass. Bar No. 691821<br>AMARIS MONTES[*]<br> Md. Bar No. 2112150205<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>      amaris@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM[*]<br> N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500<br>Email: carson.anderson@arnoldporter.com<br><br>[*] Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>        Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER THIRD PARTY MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: June 23, 2025 |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs submit this Administrative Motion to Consider Whether Third Party Materials Should Be Sealed.

Portions of Plaintiffs' Response to Defendants' Notice of Objections to the Special Master's Report and Appendix A contain material from the Special Master's Report, which Defendants contend is under seal. *See* ECF No. 332 (Defs' Mot. to File Under Seal). Plaintiffs reject that contention, as the Special Master's Report was not produced under seal, pursuant to a protective order, or otherwise designated confidential, and should be available to the public. *See* ECF No. 337 (Plfs' Opp. to Defs' Admin Mot to File Under Seal); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (affirming the public interest in access to court records); *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1101-02 (9th Cir. 1999) (same); N.D. Cal. Civil L. R. 79-5. Nevertheless, out of an abundance of caution and to ensure compliance with the local rules, Plaintiffs file this motion exclusively based on Defendants' prior requests to seal this information which Plaintiffs oppose.

DATED: July 12, 2024					Respectfully submitted,

							ROSEN BIEN GALVAN & GRUNFELD LLP

							By: */s/ Kara Janssen*
							        Kara J. Janssen

							Attorneys for Plaintiffs