23-cv-4155 YGR

1

07-10-24

Hola Judge Yvonne Gonzales, Roger
Como Está? Dios le bendiga. Soy Maria Cruz
#858865-09 Resibi los papeles que me envio
En el mes de Mayo. le escribi anteriormente
Para darle las gracias pero la Carta fue
Regresada pues la direccion estava mal y
Revise mis papeles encontre esta diferente
Espero esta si le llegue, quiero darle las
gracias por su apoyo para nosotras es muy
importante Contar con el, Sabe han pasado
ya Casi 3 meses que llegue a Aliceville Alabama
y me Siento Como si estoy en un mal Sueño
Aqui es muy diferente Extraño Dublin C.A, aqui
Hay mucho Racismo una mosca vale más
que nosotras, e Aplicado para tomar clases
que me Ayuden y pues la preferencia es para
las Ciudadanas, El Lunes 17 de Junio fui
a una primer Clase de Trauma pero el Jefe de
Sicologia Dr. de Jesus me saco de la clase por
que dijo que su clase era en ingles, me senti
Humillada Incluso llore por la forma que me
hablo y tres mas compañeras que vienen de
Dublin pasaron lo mismo Ese dia, entonces
Ofrecieron un programa que se llama (FIT)
En Español donde se llevara a Cabo en

2

Coswell TX. yo Firme para ir, me Ilucionaron que si habia sido aprobada que estava en lista de transfer, y que paso. Hace 2 semanas Empezaron a llevar puras Ciudadanas que no hablan nada Español Cuando ese programa es para Solo mujeres que hablen Español Y quien se encarga de Autorizar el transfer es el Dr. de Jesus, fui lo busque para decirle como es posible que Un programa En español que nos puede alludar a nosotras Se lo esta dando a Americanas, y me dijo Tu no vas a Venir a decir como Hacer mi Trabajo, El es muy Racista de hecho Se escuchan comentarios que las que venimos. de Dublin nos sentimos privilegiadas Solo por lo que Paso en Dublin, Sr. Jueza a muchas compañeras Ya les quitaron Sus Creditos del (FSA) les llego una Carta con Deportación Final, Sin que una Juez de migracion las Vea, Como pueden hacer Eso? yo entre a Este pais por Asilo en oct del 2015 y Cada año tenia Cortes con un Juez de migracion, Es poreso que Se que Solo un Juez puede poner Orden Final pero tenemos derecho a apelar o no tengo Razon?

3

Aqui estamos peor que en Dublin !!
yo sali con Tiroides y el papilomahumano
y hasta hoy una sola pastilla no me
han dado, si tengo dolor tengo que comprar
yo medicina. de hecho ni Doctor hay
pero las drogas sobran, le juro que los
9 meses que vivi en la prision de Dublin
no vi lo que e visto aqui en casi 3 meses
como migrantes no valemos nada para el
personal de esta prision, yo traigo muchos
sangrados tengo mas de un mes haci y
solo me hicieron una biopsia hace 3 semanas
El 21 de Junio. y asta hoy no me han dicho
los Resultados e ido por mi sangrado y me
dicen tome mucha agua Osea como por tomar
Agua mi sangrado se corara, ando toda ma-
riada, Sra Jueza, mi salud esta en riesgo
se supone que en prision tengo que estar
segura y no lo estoy, Alla en Texas tengo
4 Hijos que me esperan y el mas pequeño
con Autismo, y yo puedo morir mas pronto
por la falta de atencion medica, alludeme
quiero que me atienda un especialista
y si el B.o.p. no puede, pues que me
den mi libertad para ir afuera con un
especialista antes que sea muy tarde.

4

por las noches no duermo bien, tengo
mucha ansiedad, y miedo a morir
antes de mi libertad, con los creditos del
(FSA) tengo que salir en feb-del proximo
año, pues me sentencia fue de 60 meses
pero en Abril cambio a 57, y tengo 29
meses de estar presa + 10 del buen tiempo
más 3 de la recentencia y 5 del (FSA son
47 meses Asta hoy faltan solo 10 meses en
Feb-del 25 se cumplen por que son de Agosto
a feb, 7 meses y más 3 del (FSA) = $10
un total de 57 meses, pero si aqui me quitan
los Creditos del (FSA) mi Salida es asta octobre
del 2025, ms. yvonne le suplico Con todo mi
Corazón que no nos olvide ni nos dejen de
apoyar por Favor yo enbie mi Solicitud
de la Salida Compasiva ami Juez Amos
Mazzant en Tx pero no he resibido ninguna
respuesta Usted puede hacerme Favor de en-
Viarme, otra nueva aplicasión por Favor Ya
que no pude tomar Copias pues aqui no
Sirve la copiadora desde que llegue de Dublin
Es muy raro que la prisón no arregle esa
maquina pero le estoy diciendo la verdad
aqui Casi todo el tiempo estamos en lock
doll, el dia de las madres la pasamos

Enserradas en nuestros Cuartos y haora
El 4 de Julio tambien, en Dublin yo
fui Victima de (PREA) por Acoso sexual
y asta hoy no se si eso sigue abierto
en investigación por que Ya estoy aqoi
Sr. Jueza me despido con otro mil gracias
El señor me la bendiga Siempre Junto
a Cada persona que afuera Siguen luchando
por nuestros derechos para que nos respeten
los Creditos del (FSA) y pronto Seamos
libres y Volvamos a casa con nuestras
Familias, Extraño a mis Hijos tengo
mas de 2 años Sin abrazarlos, muchas
Veces me siento muerta en vida esta
Enfermedad esta acabando fisicamente
conmigo e perdido 15 libras y el miedo
a que se me aga un Cancer me está
Consumiendo dia con dia, mi Esperanza esta
en Dios que todo este dolor pronto termine
    Filipences 4-13 dice — Todo lo puedo
En Cristo que me Fortalece, Amen
        Asta pronto ¡God Bless Judge y Vonne!

        MARIA CRUZ

VISA | DOLLAR

Yvonne Gonzalez Rodgers
# 450 Golden Gate
Ave, US District Court
San Francisco C.A.
# 94102

RECEIVED

JUL 15 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410283661 C004

Maria Cruz
# 85 8865-09
F.C.I. Aliceville
P.O. Box 4000
Aliceville Alabama
# 35442



SCANNED