JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
     (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
      abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
     (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
      timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 4:23-cv-04155 <br><br> **JOINT NOTICE REGARDING PROPOSED INTERVENORS' MOTION TO UNSEAL COURT RECORDS AND PROTECT ACCESS TO COURT PROCEEDINGS (DKT. NO. 317)** <br><br> Judge: Yvonne Gonzalez Rogers <br> Date: July 30, 2024 <br> Time: 2:00 p.m. <br> Courtroom: 1 (Fourth Floor) |

Following a meet-and-confer between counsel for Federal Defendants and counsel for Proposed Intervenors (together, "the Parties"), Federal Defendants have agreed that additional documents should be unsealed. The Parties' updated positions on individual sealing requests are included in Exhibit 1.

Broadly, Federal Defendants agree that all motions to seal and declarations in support of motions to seal were improperly filed under seal and should be unsealed. Federal Defendants also agree that, to the extent the Court unseals any of its Orders, documents responsive to sealed orders can be unsealed with redaction of personal identifying information. Federal Defendants take no position on whether any Court orders should be unsealed.

The sealing of the following documents remains in dispute for the reasons originally identified in the Parties' briefing: Dkt. Nos. 45-4, 45-5. As previously stated, Proposed Intervenors cannot assess whether underlying documents should be unsealed without seeing the motion to seal (Dkt. No. 45).

Further, the sealing of the following documents remains in dispute because Federal Defendants now assert that there are new compelling interests in sealing that outweigh the public's right of access: Dkt. Nos. 159-3, 172-2, 176-3, 176-4, 176-5, 184-3, 184-4, 184-5, 197-3, 197-6, and 206-3. As to these documents, Proposed Intervenors take the position that Federal Defendants must file renewed administrative motions to seal that "point to 'compelling reasons' supporting sealing, supported by specific factual findings." *Forbes Media LLC v. United States*, 61 F.4th 1072, 1081 (9th Cir. 2023) (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).

The Parties seek the Court's guidance on how to proceed with refiling documents that no longer require sealing. As an initial step, the Parties propose that the Court order the unsealing of documents Federal Defendants agree no longer need to remain sealed. A proposed order outlining this approach is attached.

With regard to oral argument scheduled for July 30, 2024, Federal Defendants note that they do not oppose Proposed Intervenors' motion to intervene, and believe it can be granted without argument. However, Federal Defendants respectfully request additional time to prepare renewed administrative motions to seal, and request that the Court postpone any hearing on Proposed Intervenors' requests to unseal for at least 21 days, or until the documents identified in Exhibit 1 have been unsealed, and all renewed administrative motions to seal have been filed.

Proposed Intervenors reiterate their request that the Court consider and rule on their motions promptly to avoid irreparable harm, which includes ruling on Proposed Intervenors' Motion to Intervene, Dkt. No. 316, and requests to (1) unseal sealed court orders and trial transcripts; (2) issue orders articulating the legal and factual basis for sealing when the Court determines sealing is necessary and appropriate; (3) enter minute orders for all closed hearings held between April 15, 2024 and May 8, 2024; and (4) consistent with any unsealing of material previously requested sealed by Federal Defendants, order the related unsealing of any documents filed under seal by Plaintiffs. *See* Dkt. No. 317. As discussed in Proposed Intervenors' Motion to Unseal, "a necessary corollary of the right to access is a right to timely access." *Courthouse News Serv. v. Planet*, 947 F.3d 581, 594 (9th 2020). And where the right of access is grounded in the First Amendment, as it is here, "[e]ach passing day" without access to records "may constitute a separate and cognizable infringement of the First Amendment." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126 (2d Cir. 2006) (alternation in original) (holding that a court's delay in ruling on a motion to intervene and unseal records was "effectively a denial of any right to contemporaneous access" that infringed on First Amendment rights).

Dated: July 23, 2024

Respectfully submitted,

U.S. ATTORNEY'S OFFICE
DISTRICT OF MONTANA

By: */s/ Madison L. Mattioli*
Madison L. Mattioli, Assistant U.S. Attorney
Attorneys for Federal Defendants

PUBLIC JUSTICE

By: */s/Jaqueline Aranda Osorno*
Jaqueline Aranda Osorno
Attorneys for Proposed Intervenors

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: July 23, 2024

U.S. ATTORNEY'S OFFICE
DISTRICT OF MONTANA

By:  */s/ Madison L. Mattioli*
     Madison L. Mattioli

Attorneys for Federal Defendants


PUBLIC JUSTICE


By: */s/Jaqueline Aranda Osorno*
     Jaqueline Aranda Osorno

Attorneys for Proposed Intervenors