UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA BUREAU OF PRISONS,** *et al.,*<br><br>Defendants. | Case No.: 4:23-cv-4155-YGR<br><br>**ORDER RE: MOTION HEARINGS** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Several motions in this matter are set for argument next week. These include: (i) the motion to intervene (Dkt. No. 316); (ii) proposed intervenors' motion to unseal certain court documents (Dkt. No. 317); and (iii) defendants' motion to dismiss (Dkt. No. 326).

In light of the government's positions, the Court **ORDERS** the personal appearance of BOP Deputy Director William W. Lothrop for questioning on the declaration he filed in support of the motion to dismiss. (*See* Dkt. No. 326-1.) Failure to appear will result in the striking of the declaration.

As the parties are aware, the Court is in a multi-month, multi-defendant criminal trial. Accordingly, the hearing is continued from **Tuesday, July 30, 2024** to **Friday, August 2, 2024 at 1:00 p.m.**

**IT IS SO ORDERED**.

Date: July 25, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**