JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
      (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
      abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
      (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
      timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and Defendant United States of America.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 4:23-cv-04155 <br><br> **[PROPOSED]** ORDER GRANTING MOTION TO UNSEAL COURT RECORDS AND PROTECT ACCESS TO PUBLIC PROCEEDINGS <br><br> Judge: Yvonne Gonzalez Rogers <br> Date: July 16, 2024 <br> Time: 2:00 p.m. <br> Courtroom: 1 (Fourth Floor) |

**[~~PROPOSED~~] ORDER GRANTING MOTION TO UNSEAL COURT RECORDS**

Upon consideration of Intervenors' Motion to Unseal Court Records and Protect Access to Public Proceedings (Dkt. No. 317) and subsequent pleadings, and in light of Federal Defendants conceding that there are no longer compelling reasons to seal certain court records, this Court **GRANTS** Intervenors' motion in part and makes the following findings and orders.

1. Intervenors moved to unseal all sealed motions to seal and their attachments: Dkt. Nos. 45, 75, 159, 162, 168, 176, 242, 244, 251. Federal Defendants agree that the motions to seal were improperly filed under seal.

    **IT IS HEREBY ORDERED** that Dkt. Nos. 45, 45-1, 45-2, 45-3, 75, 75-1, 75-2, 159, 159-1, 159-2, 159-4, 162, 162-1, 162-2, 168, 168-1, 168-2, 176, 176-1, 176-2, 242, 242-1, 242-2, 244, 244-1, 244-2, 251, 251-1, and 251-2 shall be unsealed.

2. Intervenors moved the Court to unseal all attachments to Dkt. Nos. 45, 75, 143, 159, 162, 168, 176, 178, 184, 191, 197, 199, 204, 206, 209, 236, 239, 242, 244, 247, 251, 258, 263, and 292. Federal Defendants agree that there are no compelling reasons justifying the sealing of documents and excerpts contained in Dkt. Nos. 143-3 through 143-5, 178-3, 197-4, 197-5, 236-4, 258-3, 258-4, and 263.

    **IT IS HEREBY ORDERED** that the sealed documents and excerpts contained in Dkt. Nos. 143, 143-3 through 143-5, 178-3, 197-4, 197-5, 236-4, 251-3, 258-3, 258-4, and 263-3 shall be unsealed.

3. **IT IS FURTHER ORDERED** that Federal Defendants will lodge with the clerk updated or redacted copies of Dkt. Nos. 159-3, 162-3 through 162-15, 168-3 through 168-10, 197-4, 197-5, 239-3, 239-4, 242-3, 242-4, 244-4, 244-5, 244-6, and 251-3, to replace the sealed documents within 21 days of entry of this Order.

/

/

/

/

/

**The clerk of court is directed to unseal documents as outlined in this Order.**

**IT IS SO ORDERED.**

DATED: _____July 26___, 2024

_____
The Honorable Judge Yvonne Gonzalez Rogers