Jaqueline Aranda Osorno (SBN 308084)
    jaosorno@publicjustice.net
Alexandra Z. Brodsky*
    abrodsky@publicjustice.net
Sarah Ortlip-Sommers*
    sortlip-sommers@publicjustice.net
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
*Pro Hac Vice Forthcoming

Angelica Salceda (SBN 296152)
    asalceda@aclunc.org
Chessie Thacher (SBN 296767)
    cthacher@aclunc.org
Shaila Nathu (SBN 314203)
    snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Intervenors*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 4:23-cv-04155 <br><br> **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Intervenors file this Notice of Appearance and hereby notify the Court, Plaintiffs, and Defendants that Angelica Salceda, of the American Civil Liberties Union Foundation of Northern California, hereby enters her appearance as counsel of record for Intervenors in the above-referenced matter.

Dated: July 30, 2024

/s/Angelica Salceda
Angelica Salceda
ACLU of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
asalceda@aclunc.org
