ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL - 330482
LUMA KHABBAZ - 351492
ROSEN BIEN GALVAN &
  GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
       kjanssen@rbgg.com
       aspiegel@rbgg.com
       lkhabbaz@rbgg.com

STEPHEN CHA-KIM*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Email: stephen.cha-kim@arnoldporter.com

CARSON ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650.319.4500
Email: carson.anderson@arnoldporter.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

OREN NIMNI* Mass. Bar No. 691821
AMARIS MONTES* Md. Bar No. 2112150205
D. DANGARAN *Mass. Bar No. 708195
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
       amaris@rightsbehindbars.org
       d@rightsbehindbars.org

Attorneys for Plaintiffs                *Admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**PLAINTIFFS' CONDITIONAL STATEMENT OF NON-OPPOSITION TO THE PROPOSED INTERVENORS' MOTION TO UNSEAL (ECF NO. 317)** |

Pursuant to the Court's Order directing Class Counsel to respond to the Proposed Intervenors' Motion To Unseal (ECF No. 317, the "Motion") "insofar as it concerns information relative to their clients" (ECF No. 354 at 3), Plaintiffs' hereby provide a conditional statement of non-opposition to the Proposed Intervenors' Motion.

Given the extremely sensitive subject matter in this proceeding—rape and sexual assault—Plaintiffs' respectfully request that any Class Member personally identifiable information ("PII") contained in the sealed docket entries subject to the Motion be redacted before they are unsealed. This is consistent with Plaintiffs' granted request to proceed anonymously in this proceeding (ECF Nos. 6 and 17) and the practice of the Circuit. *Jordan v. Gardner*, 986 F.2d 1521, 1525 n.4 (9th Cir. 1990) ("In keeping with the tradition of not revealing names of the victims of sexual assault, we use initials here to protect the privacy of the inmates.").

The Proposed Intervenors do not oppose Plaintiffs' request that Class Member PII be redacted from the public docket. *See* ECF Nos. 340 at 8 ("Proposed Intervenors have made clear that they do not seek the unsealing of records containing sensitive or private information about incarcerated people."); 351-1 at 2 ("Intervenors do not seek to unseal medical records."), 7 (same), 14 ("Intervenors do not challenge the sealing" of "the names of witnesses who were otherwise identified by initials."), 15 (same).

Subject to this condition that Class Member PII remain under seal via narrowly tailored redactions, Plaintiffs' do not oppose the Proposed Intervenors' Motion, and indeed have opposed the majority of Defendants' sealing and *in camera* requests on the same grounds that Proposed Intervenors now challenge them. *See, e.g.*, ECF Nos. 47, 194, 203, 237, 245, 259, 337.

Defendants' and the Proposed Intervenors' Joint Notice at ECF No. 351 states that they dispute whether the following docket entries should be unsealed: ECF Nos. 45-4, 45-5, 159-3, 172-2, 176-3, 176-4, 176-5, 184-3, 184-4, 184-5, 197-3, 197-6, and 206-3. Plaintiffs' do not oppose these docket entries being unsealed, with the following narrowly tailored exceptions:

1

Pltfs.' Conditional Statement Of Non-Opp. To ECF No. 317    Case No. 4:23-CV-04155-YGR

- ECF No. 176-4: the full name and Register Number of R.F. should remain redacted; specifically page 2 line 5.
- ECF No. 176-5: the Register Numbers of C.B. and R.F. should remain redacted; specifically page 2 lines 14 and 17.
- ECF No. 184-4: the full name and Register Number of R.F. should remain redacted; specifically page 2 line 5.
- ECF No. 184-5: the Register Numbers of C.B. and R.F. should remain redacted; specifically page 2 lines 14 and 17.
- ECF No. 197-3: the full name of A.Y. should remain redacted; specifically page 2 line 16, page 4 lines 9-10, 23-24 and 25-27, and page 5 lines 3-4, 6-8.
- ECF No. 197-6: the full name and Register Number of A.Y. should remain redacted; specifically page 3 line 22.
- ECF No. 206-3: the full name and Register Number of A.Y. should remain redacted; specifically page 2 lines 10-11, 19, and 26.

Class counsel agrees to work with Defendants and the Proposed Intervenors to apply any redactions necessary to protect Class Member PII.

Dated: July 30, 2024                          Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  */s/ Carson D. Anderson*
       Carson D. Anderson

*Attorneys for Plaintiffs*