**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-04155-YGR (JCS)

**Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons

**Date:** July 31, 2024    **Time:** 30 Minutes

**Deputy Clerk:** Karen Hom    **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Oren Nimni, Kara Janssen Ernest Galvan
**Attorney for Defendant:** Madison Mattioli, Mark Smith, Rob France Kristi Sutton

## ZOOM PROCEEDINGS

(X)    Zoom Settlement Conference  - Held, counsel only.

   ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )    Further Zoom Settlement Conference

   ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )    Zoom Scheduling Conference to set Settlement Conference

**Notes:**  Counsel to meet by video to discuss settlement on or before 8/13/2024.  Settlement conference statements due 8/15/2024 and should be emailed to JCSSettlement@cand.uscourts.gov and NOT e-filed.