# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 2, 2024 | **Time:** 2 hours, 45 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-04155-YGR | **Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons | |

**Attorney for Plaintiff:** Oren Nimni; Kara Janssen; Susan Beaty; Adrienne Spiegel; Carson Anderson; Mark Raftrey
**Attorney for Defendant:** Madison Mattioli; Rob France; Angelica Salceda
**Attorney for Intervenor ACLU:** Jacqueline Aranda Osorno; Angelica Salcedo

**Deputy Clerk:** Kelly Collins                    **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Defendants' Motion to Dismiss - Held.
Intervenor's Motion to Unseal Certain Court Documents – Held.

Court heard argument on defendants' motion to dismiss.  Defendants called witness William Lothrop, Deputy Director, BOP who testified under direct examination by Madison Mattioli and cross examination by Oren Nimni.  Written order to issue.

Court heard argument on intervenors' motion to unseal certain court documents. Defendants shall file unsealed documents on the public docket by 8/5/2024. Plaintiffs and BOP counsel shall meet and confer regarding what information regarding A.Y. is already in the public record. Intervenors shall email the Court at ygrpo@cand.uscourts.gov by 8/9/2024 if they wish to file further briefing on motion to unseal.  Written order to issue.