1  JESSE LASLOVICH
   United States Attorney
2   MADISON L. MATTIOLI                    MARK STEGER SMITH
     MT Bar No. 36411284                    MT Bar No. 4160
3   ABBIE J.N. CZIOK                       TIMOTHY A. TATARKA
     MT Bar No. 55781377                    CA Bar No. 277219
4   Assistant U.S. Attorneys               Assistant U.S. Attorneys
   U.S. Attorney's Office                  U.S. Attorney's Office
5  901 Front Street, Suite 1100            James F. Battin Federal Courthouse
   Helena, MT 59626                        2601 2nd Ave. North, Suite 3200
6  Phone: (406) 457-5269 – Madison         Billings, MT 59101
            (406) 457-5268 – Abbie         Phone: (406) 247-4667 – Mark
7  Fax: (406) 457-5130                              (406) 247-4642 – Tim
   Email: madison.mattioli@usdoj.gov       Fax: (406) 657-6058
8           abbie.cziok@usdoj.gov          Email: mark.smith3@usdoj.gov
                                                   timothy.tatarka@usdoj.gov
9  Attorneys for Federal Defendants and
   Defendant United States of America.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>  Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**NOTICE OF FILING UPDATED AND UNSEALED VERSIONS OF DKTS. 46, 46-1, 175-1, 197-3, 197-6, 206-3, AND 332-3** |

Pursuant to the Court's directive at the August 2, 2024 hearing, Defendants respectfully provide this Notice of Filing Updated Versions of Dkts. 46, 46-1, 175-1, 197-3, 197-6, 206-3, and 332-3.

Dated this 5th day of August, 2024.

JESSE A. LASLOVICH
United States Attorney

/s/ *Madison L. Mattioli*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for Federal Defendants