JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
MT Bar No. 36411284
ABBIE J.N. CZIOK
MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
(406) 457-5268 – Abbie
Email: madison.mattioli@usdoj.gov
abbie.cziok@usdoj.gov

MARK STEGER SMITH
MT Bar No. 4160
TIMOTHY A. TATARKA
CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
(406) 247-4642 – Tim
Email: mark.smith3@usdoj.gov
timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,

Plaintiffs

v.

UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity,

Defendants.

CASE NO. 4:23-CV-04155-YGR

**DECLARATION OF ROBERT J. FRANCE**

I, Robert J. France, hereby declare as follows:

1. I am a Senior Attorney for Western Region for the Federal Bureau of Prisons ("BOP"). I have been in this position since 2019, and I have worked as an attorney for the BOP since 2013. As Senior Attorney, I primarily provide legal advice to our Western Regional Office and certain institutions within the Western Region to include the Federal Correctional Institution at Dublin, California (FCI Dublin). I also provide litigation support to various United States ("U.S.") Attorney's Offices as needed. As part of the litigation support process, I obtain and review applicable records and communicate with BOP staff to prepare documents that may be used in litigation, such as declarations.

2. I am familiar with and have regular access to BOP records and databases or BOP staff who have access to BOP records and databases, and routinely obtain and review such records as part of my duties as a Senior Attorney.

3. As directed by the Court at the sidebar following the February 27, 2024 hearing, I make this declaration to explain the process for cell searches generally, the notification procedures for administrative tort claims generally, [REDACTED]

**CELL SEARCHES**

4. According to FCI Dublin's Special Post Orders for Housing Units, all inmate room and/or Unit common area searches must be logged into TRUSCOPE, an electronic system designed to replace logbooks in the General Population and Special Housing Units. All officers will note in TRUSCOPE the date, time, signature, room/area searched, objects removed, listed and disposition noted. An entry must be made even if no contraband is found. An excerpted copy of the Special Post Order for Housing Units is attached as Exhibit 1.

5. The Special Post Orders for Housing Units also state that room searches may be initiated for probable cause or at random. The Orders provide that searches must be done professionally, leaving the room as close to how staff found it as possible. Day (6 AM-2 PM) and Evening (2-10

PM) Watch Officers will conduct random cell searches. The Morning (10PM-6 AM) Watch Officer is responsible for searches in common areas of the unit. Exhibit 1.

**NOTIFICATION PROCEDURES FOR ADMINISTRATIVE TORT CLAIMS**

6. When an Adult-in-Custody (AIC) files a tort claim, she files the claim at one of the six Regional Counsel's Office that provides legal coverage for the institution in which the claim accrued. BOP's Western Regional Counsel's Office processes tort claims that originate out of alleged personal injury that transpires at FCI Dublin. On the date the Western Regional Counsel's Office receives the claim or shortly thereafter, our office mails out an acknowledgment letter advising the AIC or AIC representative of when the claim is ripe for judicial review following the end of the 6-month waiting period. The acknowledgment letter does not notify the facility that an individual has allegation against them that should warrant placement on administrative leave.
7. As part of the administrative tort process, our office forwards tort claims to the institution assigned to handle the investigation. Typically, the institution conducts the investigation and sends their findings back to the Regional Counsel's Office that covers that institution. The Regional Counsel's Office will review the administrative tort claim and make a finding of fact.
8. Given the serious nature of FCI Dublin sexual abuse cases, our office receives a CEO memo from the FCI Dublin Warden in lieu of an investigation. The CEO memo indicates that the institution had referred the claim to the Office of Internal Affairs. Our office receives copies of those referral packages.
9. Our office also refers cases to OIA independently of the institution's decision to refer cases. When our office receives a claim, our paralegal will write up a summary for review by our Deputy Regional Counsel (DRC). If the DRC thinks it should be considered for referral, he will send it to the Western Regional Executive Office. Given the serious nature of FCI Dublin cases, the DRC also proactively cc's Beth Reese, OIA Chief. To cc the OIA Chief is not normal practice, but our office adopted this practice as an added layer of oversight because of the FCI Dublin sexual abuse cases. Whether the DRC copies Beth Reese or not, the Western Regional Executive Office forwards the administrative tort claim to the FCI Dublin Warden or Acting

Warden (the affected institution's CEO). The Western Regional Executive Office refers the information to the institution, wherein the SIA will prepare a referral for the Warden's signature and transmission to the Office of Internal Affairs.

10. Institutions can become aware of issues when our office sends them tort claims for investigation and when our office sends tort claims to the Western Regional Executive Office for referral. Institutions can also send referrals to OIA if they think it requires referral, even if our office does not think referral is appropriate. If an institution determines a referral is appropriate during the course of an investigation, the institution can refer it to OIA.

[redacted]



I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 4th day of March 2024 at Stockton, California.

Robert J. France

ROBERT J. FRANCE
Senior Attorney
Western Regional Counsel's Office