1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,

   Plaintiffs,

   v.

UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,

   Defendants.

Case No. 4:23-CV-04155-YGR

**[PROPOSED] ORDER ON UNSEALING**

The following docket entries will be unsealed:

| ECF No. | Portions to be unsealed: |
|---|---|
| 46 | Page 15, portion of lines 11-14 (through line 14 at "(Docs. 10 at 15; 10-15 at 3.)"); Page 15, portion of lines 16-17 (through line 17 at "(Doc. 10 at 15.)"); Page 15, portion of lines 19-21 (from line 19 at, "Plaintiffs allege" . . . to line 21 at "(Doc. 10-25 at 2-4.)"); Page 15, portion of lines 23-25 (from "Plaintiffs allege" . . . to "R.B. did not report the incident."); Page 16, portion of lines 1-2 (from "Plaintiffs allege . . . to "(Docs. 10 at 15-16; 10-43.)"); Page 16, lines 3-5 (from "During this same time" … to "(Docs. 10 at …)"); Page 16, portion of lines 6-7 (from "Also in January 2023," to "Docs. 10 at …)"); Page 16, lines 9-11 (through "10-9."); Page 16, lines 12-19; Page 23 lines 9-17; (through "(Docs. 10-24; 10-25.)"), Page 23, lines 18-23 (from "Plaintiffs allege" … to "(Doc. 10-5.)"); Page 23, lines 24-27; Page 24, lines 1-4 |
| 46-1 | Page 14, lines 17-18; Page 15, lines 1-6; Page 16, line 2 |
| 157-1 | Entire document |
| 158 | Entire document |
| 175-1 | Page 2, 18-24, 24-28; Page 3, lines 1-11; Page 5, lines 6-16 |
| 197-3 | Page 1; Page 2, lines 1-15 (through "the notifications for administrative tort claims generally,"), lines 18-27; Page 3; Page 4, lines 1-8 |
| 197-6 | Page 1; Page 2; Page 3, lines 1-21; Page 4, lines 9-10 |
| 206-3 | Page 1; Page 2, lines 1-9; Page 3, lines 4-5 |
| 252-1 | Entire document |
| 254-1 | Entire document |
| 260-1 | Entire document |
| 264-1 | Entire document |
| 275-1 | Entire document |
| 287-1 | Entire document |
| 292 | All documents can be unsealed and docketed pending the Court's Order at Dkt. 275-1 also being unsealed |

| | |
|---|---|
| 332-3 | Defendant concurrently submits redacted objections for public docket |
| 339-3 | Entire document |
| 339-4 | Entire document |

Federal Defendants ~~are instructed to file~~ filed new versions of Dkt. Nos. 46, 46-1, 175-1, 197-3, 197-6, and 206-3 ~~by no later than August 7, 2024 at 12:00pm~~ on August 5, 2024.

DATED this _9_ day of August, 2024.

_____
Honorable Yvonne Gonzalez Rogers