John R. Bellhouse # 76806-509
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463-5000



Clerk of the Court, NDCA
Ronald V. Dellums Federal Bldg.
1301 Clay St. Suite 400S
Oakland, CA 94612

May 23, 2024

Dear Clerk of the Court,

I am a federal inmate. I do NOT have access to PACER or any computer-based word processing equiptment. These documents were made to the best of my abilities, with help from other inmates. I was told to combine all 7 civil lawsuit into this single motion via typewriter. If you will, please upload the motion to all 7 cases, as I'm unsure which were consolidated. Thank you in advance for your time and consideration of my request.

Respectfully,

John R. Bellhouse

Certified Mail Number:  7020 1810 0000 1729 6792

John Bellhouse  76806-509
Federal Correctional Institution
P.O. BOX 5000
Oakdale, LA 71463-5000

RONALD V. DELLUMS FEDERAL BLDG.
CLERK OF THE COURT, NDCA
1301 CLAY ST SUITE 400S
OAKLAND, CA 94612

7020 1810 0000 1729 6792

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
OAKDALE, LA 71463
MAY 24, 2024
$0.00
RDC 99
94612
S2324A500902-99

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

05/23/2024

LEGAL
MAIL