

UNITED STATES DISTRICT COURT
FOR THE NINTH CIRCUIT

M.S., D.S., P., R.R., A.L.R.,
CALIFORINA COALITION OF WOMEN
PRISONERS, PRECIADO

PLAINTIFF

V.

UNITED STATES OF AMERICA, FEDERAL
CORRECTIONAL INSTITUTION,
JOHN RUSSELL BELLHOUSE.

DEFENDANT

CASE NUMBER:
_____

4:2022-CV-08924
4:2022-CV-09096
4:2023-CV-02668
4:2023-CV-05356
4:2023-CV-04155
4:2024-CV-01980
4:2024-CV-01360

MOTION FOR APPOINTMENT
OF COUNSEL

COMES NOW, JOHN RUSSELL BELLHOUSE, The defendant in the above styled cases, petitioning this honorable court to appoint legal counsel, based on the following reasons;

1. The defendant is unable to afford counsel. In the defendant's prior criminal case, the court ruled he was indigent.

2. The issues involved in these cases are complex. As of this date, five (5) cases have been consolidated under one case. Two (2) additional cases may be added in the future.

(1)

3. In "exceptional circumstances", a district court may appoint counsel for indigent civil litigants. The defendant has no legal background and would be unable to articulate the complexity of the legal issues involved, in these consolidated lawsuits. These cases will require the expertise of a well qualified attorney that would be able to conduct extensive documentary discovery, conduct depositions of all parties involved, plusof other unknown witnesses connected to the cases, etc. The plaintiffs have requested a jury trial, which requires much greater legal skill than the defendant has or can develop.

(<u>Nunn v. Certified Officers</u> 2023 9th Cir. USD LEXIS 217864 <u>Rand v. Rawland</u> 113 F.3d 1520, 1977, US APP LEXIS 12798, <u>Aldabe v. Aldabe</u>, 616 F.2d 1089, 1093, (9th Cir. 1980), <u>Wilborn</u>, 789 F.2d at 1331 (quoting <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983), <u>Solis v. County of Los Angeles</u>, 514 F.3d 946, 958, (9th Cir. 2008)).

WHEREFORE, the defendant's motion for appointment of counsel should be granted. Pursuant to 20 U.S.C.§1746, I declere under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature: John Russell Bellhouse]*
John Russell Bellhouse

# CERTIFICATE OF SERVICE

On ___May 23, 2024___, I submitted the foregoing Motion for Appointment of Counsel by first class mail to the Clerk of the Court for the 9th District, Northern District of California. Additionally, this motion has been mailed to the following:

> The Pride Law Firm
> 2831 Camino Del Rio South
> Suite 104
> San Diego, CA 92108

These documents were mailed in accordance with the PRISON MAILBOX RULE on the date listed below.

Respectfully submitted,

*/s/ John Russell Bellhouse*
John Russell Bellhouse

___May 23, 2024___
Date:

## CERTIFICATE OF SERVICE

On ___May 23, 2024___, I submitted the foregoing Motion for Appointment of Counsel by first class mail to the Clerk of the Court for the 9th District, Northern District of California. Additionally, this motion has been mailed to the following:

Rights Behind Bars
416 Florida Avenue NW
No. 26152
Washington, D.C. 20001

These documents were mailed in accordance with the PRISON MAILBOX RULE on the date listed below.

Respectfully submitted,

*John Russell Bellhouse*
John Russell Bellhouse

May 23, 2024
Date:

# CERTIFICATE OF SERVICE

On <u>May 23, 2024</u>, I submitted the foregoing Motion for Appointment of Counsel by first class mail to the Clerk of the Court for the 9th District, Northern District of California. Additionally, this motion has been mailed to the following:

Califorina Coalition for
Immigrant Justice
1999 Harrison Street
Suite 1800
Oakland, CA 94612

These documents were mailed in accordance with the PRISON MAILBOX RULE on the date listed below.

Respectfully submitted,

*/s/ John Russell Bellhouse*

John Russell Bellhouse

May 23, 2024

Date:

# CERTIFICATE OF SERVICE

On __May 23, 2024__, I submitted the foregoing Motion for Appointment of Counsel by first class mail to the Clerk of the Court for the 9th District, Northern District of California. Additionally, this motion has been mailed to the following:

>   Arnold and Porter
>   3000 El Camino Real
>   Five Palo Alto Square
>   Suite 500
>   Palo Alto, CA 94306

These documents were mailed in accordance with the PRISON MAILBOX RULE on the date listed below.

Respectfully submitted,

_John Russell Bellhouse_ (signature)
John Russell Bellhouse

May 23, 2024
Date:

John Bellhouse  76806-509
Federal Correctional Institution
P.O. BOX 5000
Oakdale, LA 71463-5000

CERTIFIED MAIL

7020 1810 0000 1729 6792

RONALD V. DELLUMS FEDERAL BLDG.
CLERK OF THE COURT, NDCA
1301 CLAY ST. SUITE 400S
OAKLAND, CA 94612

Retail

U.S. POSTAGE PAID
FCM LETTER
OAKDALE, LA 71463
MAY 24, 2024
$0.00

94612
RDC 99
S2324A500902-99



LEGAL MAIL

05/23/2024