JESSE LASLOVICH
United States Attorney
  MADISON L. MATTIOLI
    MT Bar No. 36411284
  ABBIE J.N. CZIOK
    MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
     (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
    abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
     (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
    timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et. al.,<br><br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et. al.,<br><br>    Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' NOTICE OF FILING UNSEALED AND REDACTED VERSIONS OF DKTS. 159-3, 162-3 THROUGH 162-15, 168-3 THROUGH 168-10, 197-4, 197-5, 239-3, 239-4, 242-3, 242-4, 244-4, 244-5, 244-6, and 251-3** |

Pursuant to the Court's Order dated July 26, 2024 (Dkt. 355), Defendant United States lodges with the clerk redacted copies of Dkt. Nos. 159-3, 162-3 through 162-15, 168-3 through 168-10, 197-4, 197-5, 239-3, 239-4, 242-3, 242-4, 244-4, 244-5, 244-6, and 251-3.

1  Filed this 16th day of August, 2024.

2                                             JESSE A. LASLOVICH
                                              United States Attorney
3

4                                             /s/ *Madison L. Mattioli*
                                              MADISON L. MATTIOLI
5                                             ABBIE J.N. CZIOK
                                              MARK STEGER SMITH
6                                             TIMOTHY A. TATARKA
                                              Assistant U.S. Attorneys
7                                             Attorneys for Federal Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28