# EXHIBIT 3



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

*Dublin, CA 94568*

February 1, 2024

**MEMORANDUM FOR LT. PEPONIS**

**FROM:**      D. Lockett, Unit Secretary

**SUBJECT:**   Hunger Stike

On February 01, 2024, at approximately 07:45am I unit secretary Lockett walked into Special Housing Unit (SHU) for signatures for a release packet. The following inmates at SHU recreation had a few questions regarding their upcoming releases and Copouts. Inmate, J█, K█ RegNo. #██████, F█████, R████ RegNo. #██████, S█████, J██ RegNo. #██████ and A█████, N█ RegNo. #██████ had question for Unit Team staff that I was unable to answer, and they advised me that they have not received a response from their copout. As a form of a protest, Inmate F█████ said, "I will not be eating any food or drinking water until I am out of SHU, I am in here for no reason meanwhile there are inmates on the compound selling drugs. I have been down a long time, and I went on a 45-day hunger strike once before during my time in prison". Inmate J█ and A█ both agreed to participating in the hunger strike. Inmate J stated, "I am going to go on a hunger strike too and I am not leaving SHU rec because they changed my cells man". Inmate A█████ agreed and said "yup, I get out in 19 days, but I am down with you j██. If you not leaving rec neither am I." I Lockett, advised the following inmates that they should not cause disruption in Shu and go on a hunger strike. I recommend the inmates communicate their concerns with the Psychology, Unit managers and Lieutenant without disrupting their dietary needs and causing disruption to the Shu. Immediately after I notified Shu staff and the on-duty Lieutenant of their plans of the hunger strike.

Due to short staffing during Annual Training, and reassignments.

I gave all inmate an option to submit their copout to me directly today and as a one-time courtesy, I will deliver the copout forms to the assigned unit team staff member mailbox in the warden's complex.