# EXHIBIT 5

**Bureau of Prisons**
**Psychology Services**
**Hunger Strike Review**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | S███████-L██████, C██████ ███ | | | | | Reg #: | ████████ |
| Date of Birth: | ██/██/1989 | Sex: | F | Facility: | DUB | Unit Team: | 3 GP |
| Date: | 02/03/2024 13:00 | Provider: | Mulcahy, A███ PhD/Chief | | | | |

### Mental Status Exam

He acknowledged declaring hunger strike; however, when queried further, he was unable to articulate a reason. Notably, he was smiling and laughing throughout our contact. He mentioned engaging in disruptive behavior earlier in the week (climbing the SHU recreation fence and sitting in the razor wire); he noted "it was funny...I did it to see if I could." He went on to state "[declaring hunger strike] is funny."

S███████-L██████ was alert and oriented. Grooming and hygiene were adequate. He was cooperative throughout the present assessment. His mood was euthymic and affect was appropriate and congruent to thought content. Speech was of normal rate, pitch, tone, and volume. He denied experiencing any hallucinations and did not appear to be attending to any internal stimuli. No evidence of delusional beliefs was noted. Attention and concentration were good. No impairment of memory was noted. Thought processes were organized and goal-directed. Judgment and insight were poor.

### Suicide Screening

He denied any current suicidal ideation, planning, or intent. Collateral contacts with other staff and departments did not reveal he has communicated any suicidal ideation, planning, or attempts.

### Recommendations for Follow-up

He will continue to be seen during weekly rounds conducted by the Chief Psychologist. Additionally, he will continue to be seen at his request or by referral from staff.

Completed by Mulcahy, A███ PhD/Chief Psychologist on 02/04/2024 09:53