# EXHIBIT 6

**Bureau of Prisons**     **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Hunger Strike Review**

| | | | |
|---|---|---|---|
| Inmate Name: | F▮▮▮ Y▮▮▮ | | Reg #: ▮▮▮ |
| Date of Birth: | ▮▮/1995  Sex: F  Facility: DUB | | Unit Team: 5 GP |
| Date: | 02/03/2024 13:01  Provider: Mulcahy, A▮ PhD/Chief | | |

### Mental Status Exam

Presently, F▮▮▮ refused to speak with me. I attempted to engage her in conversation multiple times; however, she did not respond.

She was observed to be laying down on her bed, and she did not appear to be in any distress.

I was unable to conduct a thorough mental status examination due to lack of participation. She did not appear to be experiencing any acute psychological distress. She did not display any signs or symptoms of serious mental illness (including psychosis or mania). Similarly, it has not been reported or documented that she has displayed any bizarre or disorganized behavior.

### Suicide Screening

Presently, she did not endorse any suicidal ideation. Collateral contacts with other staff and departments did not reveal she has communicated any suicidal ideation, planning, or attempts.

### Recommendations for Follow-up

She will continue to be seen during weekly rounds conducted by the Chief Psychologist. Additionally, she will continue to be seen at her request or by referral from staff.

Completed by Mulcahy, A▮ PhD/Chief Psychologist on 02/04/2024 10:12