# EXHIBIT 7

**Bureau of Prisons**         **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Hunger Strike Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | R█████-T█████, L█ | | | Reg #: | ███████ |
| Date of Birth: | ██/1992 | Sex: | F   Facility: DUB | Unit Team: | 2 GP |
| Date: | 02/03/2024 13:02 | Provider: | Mulcahy, A█████ PhD/Chief | | |

### Mental Status Exam

She reported declaring hunger strike as a means of communicating her frustration with being placed in a different range than the individual she identifies as her girlfriend. She indicated she was aware she was being transferred and reiterated her request to see her girlfriend prior to departure. She stated "if I don't get to see [her], I got something for y'all." When queried further, she stated "I'll do something to y'all...I'm already planning and thinking."

She discussed the disruptive events in SHU earlier in the week and stated "I did that...I got to a hundred and got everyone else to a hundred. It was fun. I like this shit." Notably, she was smiling as she was speaking. I shared that her comments appeared threatening and it sounded as though she was taking credit/responsibility for others engaging in disruptive behavior, including the numerous other hunger strikes in SHU. She stated "this shit's fun...I'm gonna make y'all work...I'm gonna make y'all's shifts hard and make everyone work."

No signs or symptoms of any serious mental illness (including psychosis or mania) were observed, nor have they been reported by any other staff who have had contact with her.

R█████-T█████ was alert and oriented. Grooming and hygiene were adequate. She was largely cooperative throughout the present assessment. Her mood was slightly agitated and affect was appropriate and congruent to thought content. Speech was of normal rate, pitch, tone, and volume. She denied experiencing any hallucinations and did not appear to be attending to any internal stimuli. No evidence of delusional beliefs was noted. Attention and concentration were good. No impairment of memory was noted. Thought processes were organized and goal-directed. Judgment and insight were poor.

### Suicide Screening

She denied any current suicidal ideation, planning, or intent. She maintained her decision to declare hunger strike was not motivated by any desire to engage in self-harm or attempt suicide. She reiterated her frustration with not being able to have any contact with her girlfriend (also housed in SHU on a separate range).

### Recommendations for Follow-up

She will remain classified as CARE2-MH. She will continue to be seen for monthly interventions in accordance with her established treatment plan.

She will continue to be seen during weekly rounds conducted by the Chief Psychologist, and she will also be seen at her request or by referral from staff.

Completed by Mulcahy, A█████ PhD/Chief Psychologist on 02/04/2024 09:25