# EXHIBIT 8

# Bureau of Prisons
# Psychology Services
# Hunger Strike Review

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | M▒, C▒ A▒ | | Reg #: | ▒ |
| Date of Birth: | ▒/1986 | Sex: F | Facility: DUB | Unit Team: 2 GP |
| Date: | 02/03/2024 13:00 | Provider: Mulcahy, A▒ PhD/Chief | | |

## Mental Status Exam

She refused to speak with me. As such, a thorough assessment of her mental status was unable to be conducted.

She did not appear to be experiencing any acute psychological distress. No signs or symptoms of any serious mental illness (including psychosis or mania) were observed. Similarly, it has not been reported or documented that she has displayed any bizarre or disorganized behavior.

## Suicide Screening

Presently, she did not endorse any suicidal ideation. Collateral contacts with other staff and departments did not reveal she has communicated any suicidal ideation, planning, or attempts.

It is unclear at this time what led to her declaring hunger strike; however, it does not appear motivated by any desire to die.

## Recommendations for Follow-up

She will continue to be seen during weekly rounds conducted by the Chief Psychologist. Additionally, she will continue to be seen at her request or by referral from staff.

Completed by Mulcahy, A▒ PhD/Chief Psychologist on 02/04/2024 09:32