# EXHIBIT 9

**Bureau of Prisons**
**Psychology Services**
**Hunger Strike Review**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| Inmate Name: | R███, A███ E███ | | | | Reg #: ███ |
|---|---|---|---|---|---|
| Date of Birth: | ███/1984 | Sex: | F | Facility: DUB | Unit Team: 2 GP |
| Date: | 02/03/2024 13:00 | Provider: | Mulcahy, A███ | PhD/Chief | |

**Mental Status Exam**

She reported declaring hunger strike as a means of communicating her frustration due to continued SHU placement. She reportedly believes her discipline has been resolved and indicated she is being held in SHU unfairly.

R███ was alert and oriented. Grooming and hygiene were adequate. She was cooperative throughout the present assessment. Her mood was neutral and affect was appropriate and congruent to thought content. Speech was of normal rate, pitch, tone, and volume. She denied experiencing any hallucinations and did not appear to be attending to any internal stimuli. No evidence of delusional beliefs was noted. Attention and concentration were good. No impairment of memory was noted. Thought processes were organized and goal-directed. Judgment and insight were poor.

**Suicide Screening**

She denied any current suicidal ideation, planning, or intent. Collateral contacts with other staff and departments did not reveal she has communicated any suicidal ideation, planning, or attempts.

**Recommendations for Follow-up**

She will continue to be seen during weekly rounds conducted by the Chief Psychologist. Additionally, she will continue to be seen at her request or by referral from staff.

Completed by Mulcahy, A███ PhD/Chief Psychologist on 02/04/2024 09:42