# EXHIBIT 10


**Bureau of Prisons**  
**Psychology Services**  
**Hunger Strike Review**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | Z█████, L█████ | Sex: | F | Facility: DUB | Reg #: ███████ |
| Date of Birth: | ██/1990 | Provider: | Mulcahy, A█████ PhD/Chief | | Unit Team: 1 GP |
| Date: | 02/03/2024 13:01 | | | | |

### Mental Status Exam

He reported declaring a hunger strike as a means of communicating his frustration with poor treatment, specifically, disruptions to MAT. He explained he does not believe Health Services has appropriately attended to his treatment concerns. On one occasion, he reported his Sublocade injection was skipped for one month, causing him to experience withdrawal symptoms. He indicated his last injection was four days late, also causing him to begin experiencing withdrawal symptoms. Supportive counseling and validation were provided throughout.

Z█████ was alert and oriented. Grooming and hygiene were adequate. He was polite and cooperative throughout the present assessment. His mood was neutral and affect was appropriate and congruent to thought content. Speech was of normal rate, pitch, tone, and volume. He denied experiencing any hallucinations and did not appear to be attending to any internal stimuli. No evidence of delusional beliefs was noted. Attention and concentration were good. No impairment of memory was noted. Thought processes were organized and goal-directed. Judgment and insight were poor.

### Suicide Screening

He denied any current suicidal ideation, planning, or intent. He reiterated declaring hunger strike was a means of communicating his frustration and belief that his treatment needs are not appropriately being addressed.

### Recommendations for Follow-up

He will continue to be seen during weekly rounds conducted by the Chief Psychologist. He will continue to be seen at his request or by referral from staff.

Will share his concerns regarding MAT with the appropriate staff.

Completed by Mulcahy, A█████ PhD/Chief Psychologist on 02/04/2024 10:33