# EXHIBIT 11

**Bureau of Prisons**                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Hunger Strike Review**

| Inmate Name: | E▌, B▌ | | | | Reg #: | ▌ |
|---|---|---|---|---|---|---|
| Date of Birth: | /1977 | Sex: | F | Facility: DUB | Unit Team: | 6 GP |
| Date: | 02/03/2024 13:01 | Provider: | Mulcahy, A▌ | PhD/Chief | | |

### Mental Status Exam

He acknowledged declaring hunger strike and explained he did so as a means of communicating his frustration with SHU placement. He explained "it was a misunderstanding" when discussing the physical altercation that led to his SHU placement.

He was tearful and dysphoric throughout the contact. He stated "I can't do this again," referencing SHU placement. He noted he spent approximately six months in SHU at his previous institution and he fears being in SHU for an extended period of time. Supportive counseling and validation were provided throughout. He did mention his psychotropic medications were recently adjusted, which he believes has been helpful; however, he continued to express concern about decompensating due to prolonged SHU placement.

E▌ was alert and oriented. Grooming and hygiene were adequate. He was polite and cooperative throughout the present assessment. His mood was dysphoric and affect was appropriate and congruent to thought content. Speech was of normal rate, pitch, tone, and volume. He denied experiencing any hallucinations and did not appear to be attending to any internal stimuli. No evidence of delusional beliefs was noted. Attention and concentration were good. No impairment of memory was noted. Thought processes were organized and goal-directed. Judgment and insight were poor.

### Suicide Screening

He denied any current suicidal ideation, planning, or intent. Collateral contacts with other staff and departments did not reveal he has communicated any suicidal ideation, planning, or attempts.

### Recommendations for Follow-up

He will remain classified as CARE2-MH and continue to be seen for monthly interventions in accordance with his established treatment plan.

He will be scheduled for a follow-up contact by 02/07/2024.

He will continue to be seen during weekly rounds conducted by the Chief Psychologist, and he will also be seen at his request or by referral from staff.


Completed by Mulcahy, A▌ PhD/Chief Psychologist on 02/04/2024 10:06