# EXHIBIT 12



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

---

*Office of the Warden*                                                   *Dublin, CA 94568*

February 6, 2024

**MEMORANDUM FOR SHANNON ROBBINS, SENIOR DEPUTY ASSISTANT DIRECTOR**
**DESIGNATION AND SENTENCE COMPUTATION CENTER**

**THRU:**       M. Rios-Marques, Regional Director
               Western Region

**FROM:**       A. Dulgov, Interim Warden

**SUBJECT:**    Request for Temporary Transfer via Code 316
               FCI Dublin to MDC Los Angeles
               Inmate: F████, ████
               Register Number: ████

This is to request a temporary transfer for Adult in Custody (AIC) F████, R███a A██n Reg. No. ████, from FCI Dublin to MDC Los Angeles. AIC F████g arrived to FCI Dublin on June 21, 2022. Staff at FCI Dublin have recently been made aware that AIC F████g has been manipulating other adults in our care. Specifically, a Special Investigative Services (SIS) investigation has been opened based on the belief that after going on hunger strike, AIC F████g also encouraged others in SHU to go on hunger strike, resulting in ten individuals on hunger strike in SHU for three or more days.

E. Jackson, Acting Warden, MDC Los Angeles, has agreed to temporarily house AIC F████g to prevent her from influencing or manipulating any other individuals at FCI Dublin, until it can be determined if she should be designated to another Bureau of Prisons facility.

If you have any questions, please contact C████s Hubbard, Correctional Programs Administrator, at (███) ███-████.

CC: BOP-CPD-DepAsstDir-DSC-S
    WXR-DepRegDir-S
    WXR-CorrPgms-S
    WXR-CorrSvcs-S