# EXHIBIT 13

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

DUBLIN FCI
(Institution)

Inmate Name: B_____, E_____   Reg. No. _____

Team/caseworker: L. VILLANUEVA - EXT.___   Regular Unit: 6 GPUNIT 6 - GP(F)   Cell: 6 GP

Violation or Reason: PENDING SIS INVESTIGATION   Date Rec'd: 01-27-2024   Time Rec'd: 14:21

Admittance Authorized: T. CALDERON   Date Rel.: _____   Time Rel.: _____

Pertinent Information: Pending SIS Investigation

Separation Information: _____ (T__ L____ G____)

Special Housing Unit Cell Number: Z01-104LAD   Inmate Is In: _____   DS: _____   AD ____ AD Status

Is Inmate on Medication: Y   Medical Department Notified: Y

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| 01-27-2024 | Eve | | | | Y | C | | | | STETLER, JACK S |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF   Prescribed by P5270   This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

DUBLIN FCI
(Institution)

Inmate Name: E█████, B█████   Reg. No. ████████

Team/caseworker: L. VILLANUEVA - EXT. █   Regular Unit: 6 GPUNIT 6 - GP(F)   Cell: 6 GP

Violation or Reason: PENDING SIS INVESTIGATION   Date Rec'd: 01-27-2024   Time Rec'd: 14:21

Admittance Authorized: T. CALDERON   Date Rel.: _____   Time Rel.: _____

Pertinent Information: Pending SIS Investigation

Separation Information: ██████ (T██ L█████ G██████)

Special Housing Unit Cell Number: Z01-108LAD   Inmate Is In: _____   DS: _____   AD: AD   AD Status: _____

Is Inmate on Medication: Y   Medical Department Notified: Y

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-28-2024 | Morn |  |  |  | C |  |  |  |  | MCCOY, █ S█ |
| 01-28-2024 | Day | Y | Y |  | C | No |  |  | WERNE, J█ E█ | KUCHER, M█ R█ |
| 01-28-2024 | Eve |  |  | Y | C |  |  |  | WERNE, J█ E█ | TORRES, E█ S█ |
| 01-29-2024 | Morn |  |  |  |  |  |  |  |  | SELLERS JR, R█ F█ |
| 01-29-2024 | Day | Y | Y |  | C | Ref |  |  | WERNE, J█ E█ | KUCHER, M█ R█ |
| 01-29-2024 | Eve |  |  | Y | C |  |  |  | WERNE, J█ E█ | SELLERS JR, R█ F█ |
|  | Morn |  |  |  |  |  |  |  |  |  |
| 01-30-2024 | Day | Y | Y |  | C | Ref |  |  | WERNE, J█ E█ | LEE, M█ C█ |
| 01-30-2024 | Eve |  |  | Y | C |  |  |  | WERNE, J█ E█ | SELLERS JR, R█ F█ |
| 01-31-2024 | Morn |  |  |  |  |  |  |  |  | BARAHONA, A█ M█ |
| 01-31-2024 | Day | Y | Y |  |  |  |  |  | GAD, Z█ |  |
| 01-31-2024 | Eve |  |  | Y | C |  |  |  | GAD, Z█ | SELLERS JR, R█ F█ |
| 02-01-2024 | Morn |  |  |  |  |  |  |  |  | BURKS, R█ M |
| 02-01-2024 | Day | Y | Y |  | C | Ref |  |  | GAD, Z█ | JANSSEN, O█ M |
| 02-01-2024 | Eve |  |  |  |  |  |  |  | GAD, Z█ |  |
| 02-02-2024 | Morn |  |  |  |  |  |  |  |  | BURKS, R█ M |
| 02-02-2024 | Day | Y | Y |  | C | Ref |  |  | WERNE, J█ E█ | BOYD, C█ L |
| 02-02-2024 | Eve |  |  | R |  |  |  |  | WERNE, J█ E█ | QUINONEZ, J█ P |
| 02-03-2024 | Morn |  |  |  |  |  |  |  |  | BARAHONA, A█ M█ |
| 02-03-2024 | Day | R | R |  | Y | No | 01:00 |  |  | BREED, R█ J |
| 02-03-2024 | Eve |  |  | R | C | No |  |  | WERNE, J█ E█ | KENNEDY, R█ R |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF   Prescribed by P5270   This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

DUBLIN FCI
(Institution)

Inmate Name: E███████, B███
Reg. No.: ███████

Team/caseworker: L. VILLANUEVA - EXT.███
Regular Unit: 6 GPUNIT 6 - GP(F)
Cell: 6 GP

Violation or Reason: PENDING SIS INVESTIGATION
Date Rec'd: 01-27-2024
Time Rec'd: 14:21

Admittance Authorized: T. CALDERON
Date Rel.:
Time Rel.:

Pertinent Information: Pending SIS Investigation

Separation Information: ███████ (T██ L██████ G██████)

Special Housing Unit Cell Number: Z01-108LAD
Inmate Is In:
DS:
AD Status: AD

Is Inmate on Medication: Y
Medical Department Notified: Y

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-04-2024 | Morn | | | | | | | | | ONTIVEROZ, J█ |
| 02-04-2024 | Day | R | R | | C | No | | | WERNE, J█ E█ | LEWIS, D███ E |
| 02-04-2024 | Eve | | | | Y | C | | See 2nd page | WERNE, J█ E█ | VIRGEN M█████ C█ R |
| 02-05-2024 | Morn | | | | | | | | | ONTIVEROZ, J█ |
| 02-05-2024 | Day | R | R | | C | Ref | | | WERNE, J█ E█ | CANALES, R█ J█ B█ |
| 02-05-2024 | Eve | | | | Y | C | | | WERNE, J█ E█ | AGOSTINI, C█████ M█ |
| 02-06-2024 | Morn | | | | | | | | | ONTIVEROZ, J█ |
| 02-06-2024 | Day | Y | Y | | C | Ref | | | GAD, Z█ | KUCHER, M████ R█ |
| 02-06-2024 | Eve | | | | Y | C | | | GAD, Z█ | STETLER, J█ S |
| 02-07-2024 | Morn | | | | | | | | | ONTIVEROZ, J█ |
| 02-07-2024 | Day | Y | Y | | C | Ref | | | | LEE, M████ C |
| 02-07-2024 | Eve | | | | Y | C | | | GAD, Z█ | STETLER, J█ S |
| 02-08-2024 | Morn | | | | | | | | | BARAHONA, A████ M█ |
| 02-08-2024 | Day | Y | Y | | C | Ref | | | WILSON, M█ L | KNITTLE II, J█ |
| 02-08-2024 | Eve | | | | Y | C | 00:15 | See 2nd page | GAD, Z█ | STETLER, J█ S |
| 02-09-2024 | Morn | | | | | | | | | STETLER, J█ S |
| 02-09-2024 | Day | Y | Y | | C | Ref | | | WILSON, M█ L | KNITTLE II, J█ |
| 02-09-2024 | Eve | | | | Y | C | | | GAD, Z█ | MCCOY, L█ S█ |
| 02-10-2024 | Morn | | | | | | | | | ONTIVEROZ, J█ |
| 02-10-2024 | Day | Y | Y | | C | No | | | WERNE, J█ E█ | ONTIVEROZ, J█ |
| 02-10-2024 | Eve | | | | Y | C | | | WERNE, J█ E█ | STETLER, J█ S |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF

Prescribed by P5270

This form replaces BP-292(52) dated AUG 2011.

| Date | Comments |
|---|---|
| 02-04-2024 | Evening shift comments:<br>Dinner: Inmate drank Ensure provided by medical staff. |
| 02-08-2024 | Evening shift comments:<br>Other: SIS Tech Everidge here to speak with inmate E███. |