# EXHIBIT 14

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

DUBLIN FCI (Institution)

Inmate Name: F____, Y____  Reg. No.: ____

Team/caseworker: L. VILLANUEVA- EXT. ____  Regular Unit: 5 GPUNIT 5 - GP(E)  Cell: 5 GP

Violation or Reason: PENDING TRANSFER/HOLDOVER  Date Rec'd: 11-30-2023  Time Rec'd: 15:07

Admittance Authorized: E. SANCHEZ  Date Rel.: ____  Time Rel.: ____

Pertinent Information: Pending Transfer

Separation Information: ____

Special Housing Unit Cell Number: Z01-105UAD  Inmate Is In: ____  DS: ____  AD  AD Status

Is Inmate on Medication: N  Medical Department Notified: N

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-28-2024 | Morn | | | | C | | | | | MCCOY, S____ |
| 01-28-2024 | Day | Y | Y | | C | No | | | WERNE, J____ E____ | KUCHER, M____ R____ |
| 01-28-2024 | Eve | | | | Y | C | | | WERNE, J____ E____ | TORRES, E____ S____ |
| 01-29-2024 | Morn | | | | | | | | | SELLERS JR, R____ P____ |
| 01-29-2024 | Day | Y | Y | | C | Ref | | | WERNE, J____ E____ | KUCHER, M____ R____ |
| 01-29-2024 | Eve | | | | Y | C | | | WERNE, J____ E____ | SELLERS JR, R____ P____ |
| | Morn | | | | | | | | | |
| 01-30-2024 | Day | Y | Y | | C | Ref | | | WERNE, J____ E____ | LEE, M____ C____ |
| 01-30-2024 | Eve | | | | Y | C | | | WERNE, J____ E____ | SELLERS JR, R____ P____ |
| 01-31-2024 | Morn | | | | | | | | | BARAHONA, A____ M____ |
| 01-31-2024 | Day | Y | Y | | | | | | GAD, Z____ | |
| 01-31-2024 | Eve | | | | Y | C | | | GAD, Z____ | SELLERS JR, R____ P____ |
| 02-01-2024 | Morn | | | | | | | | | BURKS, R____ M |
| 02-01-2024 | Day | Y | Y | | C | Ref | | See 2nd page | GAD, Z____ | JANSSEN, C____ M |
| 02-01-2024 | Eve | | | | | | | | GAD, Z____ | |
| 02-02-2024 | Morn | | | | | | | | | BURKS, R____ M |
| 02-02-2024 | Day | Y | Y | | C | Ref | | | WERNE, J____ E____ | BOYD, C____ L |
| 02-02-2024 | Eve | | | R | | | | | WERNE, J____ E____ | QUINONEZ, J____ P |
| 02-03-2024 | Morn | | | | | | | | | BARAHONA, A____ M____ |
| 02-03-2024 | Day | R | R | | Y | No | 01:00 | | | BREED, R____ J |
| 02-03-2024 | Eve | | | | R | C | No | | WERNE, J____ E____ | KENNEDY, R____ R |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF  Prescribed by P5270  This form replaces BP-292(52) dated AUG 2011.

02-01-2024    Day shift comments:
Lunch: Inmate refused breakfast and lunch tray, Inmate stated that they are on a hunger strike

BP-A0292
APR 16

## SPECIAL HOUSING UNIT RECORD

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

DUBLIN FCI
(Institution)

Inmate Name: R[redacted]  Reg. No.: [redacted]

Team/caseworker: L. VILLANUEVA- EXT. [redacted]  Regular Unit: 5 GPUNIT 5 - GP(E)  Cell: 5 GP

Violation or Reason: PENDING TRANSFER/HOLDOVER  Date Rec'd: 11-30-2023  Time Rec'd: 15:07

Admittance Authorized: E. SANCHEZ  Date Rel.: ___  Time Rel.: ___

Pertinent Information: Pending Transfer

Separation Information: ___

Special Housing Unit Cell Number: Z01-105UAD  Inmate Is In: ___  DS: ___  AD: AD  AD Status: ___

Is Inmate on Medication: N  Medical Department Notified: N

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-04-2024 | Morn | | | | | | | | | ONTIVEROZ, J[redacted] |
| 02-04-2024 | Day | R | R | | C | No | | | WERNE, J[redacted] E[redacted] | LEWIS, D[redacted] E |
| 02-04-2024 | Eve | | | | N | C | | | WERNE, J[redacted] E[redacted] | VIRGEN M[redacted], C[redacted] R |
| 02-05-2024 | Morn | | | | | | | | | ONTIVEROZ, J[redacted] |
| 02-05-2024 | Day | R | R | | C | Ref | | | WERNE, J[redacted] E[redacted] | CANALES, R[redacted] E[redacted] |
| 02-05-2024 | Eve | | | | R | C | | | WERNE, J[redacted] E[redacted] | AGOSTINI, C[redacted] M[redacted] |
| 02-06-2024 | Morn | | | | | | | | | ONTIVEROZ, J[redacted] |
| 02-06-2024 | Day | N | Y | | C | Ref | | | GAD, Z[redacted] S | KUCHER, M[redacted] R[redacted] |
| 02-06-2024 | Eve | | | | R | C | | See 2nd page | GAD, Z[redacted] S | STETLER, J[redacted] S |
| 02-07-2024 | Morn | | | | | | | | | ONTIVEROZ, J[redacted] |
| 02-07-2024 | Day | Y | Y | | C | Ref | | | | LEE, M[redacted] C[redacted] |
| 02-07-2024 | Eve | | | | Y | C | | | GAD, Z[redacted] S | STETLER, J[redacted] S |
| 02-08-2024 | Morn | | | | | | | | | BARAHONA, A[redacted] M[redacted] |
| 02-08-2024 | Day | Y | Y | | C | Ref | | | WILSON, M[redacted] L[redacted] | KNITTLE II, J[redacted] |
| 02-08-2024 | Eve | | | | Y | C | | | GAD, Z[redacted] S | STETLER, J[redacted] S |
| 02-09-2024 | Morn | | | | | | | | | STETLER, J[redacted] S |
| 02-09-2024 | Day | Y | Y | | C | Ref | | | WILSON, M[redacted] L[redacted] | KNITTLE II, J[redacted] |
| 02-09-2024 | Eve | | | | Y | C | | | GAD, Z[redacted] S | MCCOY, [redacted] S |
| 02-10-2024 | Morn | | | | | | | | | ONTIVEROZ, J[redacted] |
| 02-10-2024 | Day | Y | Y | | C | No | | | WERNE, J[redacted] E[redacted] | ONTIVEROZ, J[redacted] |
| 02-10-2024 | Eve | | | | Y | C | | | WERNE, J[redacted] E[redacted] | STETLER, J[redacted] S |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other — Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF  Prescribed by P5270  This form replaces BP-292(52) dated AUG 2011.

02-06-2024    Evening shift comments:
              Dinner: Inmate refused the evening meal.