# Bureau of Prisons
# Health Services
# Consultation Request

| | | | |
|---|---|---|---|
| **Inmate Name:** G█████ M█████ | | **Reg #:** ██████ | **Complex:** DUB |
| **Date of Birth:** ██/1985 | | **Sex:** F | |

**Consultation/Procedure Requested:** Radiology
**Subtype:** CT scan, Offsite
**Priority:** Routine
**Target Date:** 09/14/2023
**Reason for Request:**
    37 y/o female inmate with non-erythematous soft bulging mass localized on left post-auricular region (approx 7x5cm) non-tender palpation. Onset 5 years. Notes has increased in size over 1 year.

    Requesting CT w/and w/o contrast to r/o malignancy.

**Medications (As of 02/17/2024)**

**Allergies (As of 02/17/2024)**
    No Known Allergies

**Health Problems (As of 02/17/2024)**
    Body mass index (BMI) 33.0-33.9, adult, Bariatric surgery status, Gastro-esophageal reflux disease without esophagitis, Localized swelling, mass and lump, head

**Inmate Requires Translator:** No      **Language:**
**Additional Records Required:**
**Comments:**
**Requested By:** Assadi, F. FNP
**Ordered Date:** 08/22/2023 09:08
**Scheduled Target Date:** 01/21/2024 00:00
**Level of Care:** Medically Necessary - Non-Emergent

# Bureau of Prisons
# Health Services
# Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** G▬▬▬, M▬▬ | **Reg #:** ▬▬▬▬ | **Complex:** DUB |
| **Date of Birth:** ▬▬/1985 | **Sex:** F | |

**Report of Consultation:** Radiology  **Subtype:** CT scan, Offsite

**Inmate Name:** G▬▬▬, M▬  **Reg #:** ▬▬▬▬
**Date of Birth:** ▬▬/1985  **Sex:** F
**Institution:** DUBLIN FCI
5701 8TH ST - CAMP PARKS
DUBLIN, California 94568
9258337500

**Assessment:**




**Plan:**




**Signature**
**Date**


Completed By:


Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

# Bureau of Prisons
# Health Services
# Consultation Request

| | | | |
|---|---|---|---|
| **Inmate Name:** G▮▮▮▮▮▮▮, M▮▮▮▮ | | Reg #: ▮▮▮▮▮▮▮▮ | Complex: DUB |
| Date of Birth: ▮▮▮▮/1985 | | Sex:    F | |

Request Approval Actions:

    Refer up to UR Committee by Hosseini, S▮▮▮▮ (MOUD) MD/WXR MAST acting in the role of Institution Clinical Director on 08/25/2023.
    Approved by Wilson, M▮▮▮ HSA, PA-C acting in the role of UR Committee on 08/29/2023.