**Stanford HEALTH CARE**

Department of Radiology
5555 W Las Positas Blvd
Pleasanton CA 94588

Patient Name: G███████ M.███
DOB: ██/██/1985
Sex: Female
Exam: CT Head and Temporal Bones wo IV Contrast

MRN: 86249562
Date of Svc: 11/01/2023  8:20 AM
Accession: VC21185984

**Reason for exam:** 37 yo female with non erythematous soft bulging mass localized on left post-auricular region (approx 7x5cm) non tender palpations. onset 5 years. notes has increased in size over 1 year, requesting CT w/and w/o contrast to r/o malignancy

| Auth Prov: Assadi, F████ NP | Phone: (800)458-2078 | Pager: |
| Ord Prov: Assadi, F████ NP | Phone: (800)458-2078 | Pager: |

### CT TEMPORAL BONES WITHOUT CONTRAST: 11/1/2023 7:30

CLINICAL HISTORY: 38 years of age, Female, with a nonerythematous soft tissue bulging mass localizing on the left posterior auricular area, approximately 7 x 5 cm, nontender to palpation, onset 5 years ago and has increased in size over one year.

COMPARISON: No similar studies available for comparison at this institution at time of dictation.

PROCEDURE COMMENTS: CT of the temporal bones was performed without IV contrast.

Dose information: Based on a 16 cm phantom, the estimated radiation dose (CTDIvol [mGy]) for each series in this exam is 42.3, 38.7. The estimated cumulative dose (DLP [mGy-cm]) is 1246.

FINDINGS:

BRAIN:

Parenchyma: No acute hemorrhage, acute large vascular territory infarction, or mass.

Ventricles and extra-axial spaces: Appropriate for age.

Visualized paranasal sinuses: Clear.

Bones: No acute focal abnormality. No erosive osseous changes.

Soft tissues: In the area of concern, there is a well circumscribed

predominantly fat density lesion involving the subcutaneous tissues of the left postauricular area extending caudally into the left upper neck, which measures 4.0 x 3.8 x 6.7 cm (ML, AP, CC; 10/35, 16/54). The mass insinuates into the left splenius capitis muscle. There is a small soft tissue density component along the posterior-superior margin of the mass measuring 0.6 cm x 0.8 cm (10/20, 16/37). No underlying cortical erosion or periosteal reaction of the left temporal bone or occipital bone.

TEMPORAL BONES:

RIGHT TEMPORAL BONE:

External auditory canal: Normal.

Tympanic membrane: Normal.

Scutum: Normal.

Middle ear cavity: Clear.

Ossicles: Malleus, incus, and stapes are intact.

Cochlea: Normal.

Vestibule: Normal.

Semicircular canals: Superior, lateral, and posterior semicircular canals are intact.

Vestibular aqueduct: Not enlarged.

Facial nerve canal: Normal.

Internal auditory canal: Normal.

Mastoid air cells: Clear.

Tegmen: No dehiscence.

Skull base foramina: Normal.

Additional comment: None.

LEFT TEMPORAL BONE:

External auditory canal: Normal.

Tympanic membrane: Normal.

Scutum: Normal.

Middle ear cavity: Clear.

Ossicles: Malleus, incus, and stapes are intact.

Cochlea: Normal.

Vestibule: Normal.

Semicircular canals: Superior, lateral, and posterior semicircular canals are intact.

Vestibular aqueduct: Not enlarged.

Facial nerve canal: Normal.

Internal auditory canal: Normal.

Mastoid air cells: Clear.

Tegmen: No dehiscence.

Skull base foramina: Normal.

Additional comment: None.

IMPRESSION:

1. Well circumscribed predominantly fat density mass in the left postauricular subcutaneous soft tissues, as described, with a small soft tissue component along the posterior superior margin of the mass. This likely reflects a lipomatous tumor (i.e. spectrum of lipoma to well-differentiated liposarcoma). Given reported growth over a relatively short time frame, consider targeted biopsy of the soft tissue component.

.REV

I have personally reviewed the images for this examination and agree with the report transcribed above.

Signed By: Kimberly Diane Seifert, MD on 11/1/2023 12:42 PM

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | G████████, M████ | | | Reg #: | ████████ |
| Date of Birth: | ████/1985 | Sex: | F | Race: | WHITE |
| Scanned Date: | 11/07/2023 09:24 EST | | | Facility: | DUB |

**Cosigned by Hosseini, S████ (MAT) MD/WXR MAST on 11/09/2023 12:16.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | G█████████, M█████ | | | Reg #: | ████████ |
| Date of Birth: | ██/██/1985 | Sex: | F | Race: | WHITE |
| Scanned Date: | 11/07/2023 09:24 EST | | | Facility: | DUB |

**Reviewed with New Encounter Note by Assadi, F. FNP on 11/22/2023 12:06.**