## Appointment Info

**Appointment Details**

| | |
|---|---|
| Appointment #: | 321316 |
| Status: | Scheduled |
| Control #: | |
| Y-Reg #: | DUB-B203.24 |
| Confirmed Date Time: | 3/12/2024 8:00:00 AM - 3/12/2024 9:00:00 AM |
| Appointment Type: | Otolaryngology |
| Reason For Appointment: | ESTIMATED TIME OF APPT FROM ARRIVAL: 1 HR SCHEDULED FOR: EVAL PROVIDER: BAY AREA SURGICAL SPECIALIST/CONTRA COSTA ENT 365 LENNON LANE WALNUT CREEK , CA 94598 SAID TO BE ON TIME OR PHYSCIAN WILL LEAVE POC :LINDA P : 925-685-7400/ F: 925-685-0917 - PREP: none - PAT'S: Please take all records, reports, prior studies, x-rays/disks relating to the condition of the inmate for this appointment. - 37 y/o female inmate with non-erythematous soft bulging mass localized on left post-auricular region (approx 7x5cm) non-tender palpation. Onset 5 years. Notes has increased in size since over 1 year. Consulted with in-house physician recommending specialist referral after completion of head CT scan. |
| Recurring: | No |
| Urgent: | No |
| Reason For Urgency: | |

**Inmate Details**

| | |
|---|---|
| Inmate #: | ███████ |
| Name: | G████████ M█████ |
| Date Of Birth: | ██/██/1985 |
| Gender: | FeMale |
| Correctional Facility: | FCI Dublin Camp |
| Original Date Of Release: | |
| Projected Release Date: | :00:00 AM |

**Assigned Provider D**

| | |
|---|---|
| Name: | ███████████ URGICAL SPECIALISTS. |
| Address: | ███████ LANE,WALNUT CREEK California UNITED ███ 85915 |
| TIN: | ███████ |

Specialty:

## Appointment Request Details

Date Range: 2/15/2024 - 3/15/2024

Time:          Morning

## Cost Estimate Details

**Benefit Estimates:**

Estimates:

Total Estimated: $0.00

**CPT Estimates:**

Estimates:        $700.00--99205--OFFICE OUTPT NEW 60 MIN

Total Estimated: $700.00

## Notes / Prep Instructions:

| Created By | Created Date | Note |
|---|---|---|
| A▇ Stansberry | 1/10/2024 6:24:48 PM | This is an appointment Notification for:<br>**Y-Reg #:** DUB-B203.24<br>**Appointment Start:** 3/12/2024 8:00:00 AM**Appointment End:** 3/12/2024 9:00:00 AM<br>**Sent at** 1/10/2024 6:24:48 PM by A▇ Stansberry<br>**Emailed To:** ▇@bop.gov; ▇@bop.gov;<br>**Special Instructions:**<br>ESTIMATED TIME OF APPT FROM ARRIVAL: 1 HR SCHEDULED FOR: EVAL PROVIDER: BAY AREA SURGICAL SPECIALIST/CONTRA COSTA ENT 365 LENNON LANE WALNUT CREEK , CA 94598 SAID TO BE ON TIME OR PHYSCIAN WILL LEAVE POC :LINDA P : 925-685-7400/ F: 925-685-0917 - PREP: none - PAT'S: Please take all records, reports, prior studies, x-rays/disks relating to the condition of the inmate for this appointment. - 37 y/o female inmate with non-erythematous soft bulging mass localized on left post-auricular region (approx 7x5cm) non-tender palpation. Onset 5 years. Notes has increased in size since over 1 year. Consulted with in-house physician recommending specialist referral after completion of head CT scan.<br>**Instruction Description**<br>**Files Attached :** G▇ |