

Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

UMG - LOS GATOS (WINCHESTER BLVD)
14251 Winchester Blvd
Los Gatos CA 95032

S▮▮▮▮ L▮▮▮
MRN: 82647538, DOB: ▮▮▮▮ 1970, Sex: F

## Patient

### Demographics
Name: L▮▮ S▮▮
Address: ▮▮▮▮▮▮▮▮▮▮
Date of birth: ▮▮▮ 1970
Home phone: 800-458-2078

Sex: Female

Gender identity: Female

### Care Team
**Active**

| Name | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|
| RAJ, KAVITHA PANDY | Medical Oncologist | Hematology and Oncology | (925)734-8130 | 11/04/2021 - Present |

Last edited by: Mai, Thuy, MA on 11/4/2021

### Problem List
No documentation.

### Allergies
No Known Allergies

### Immunizations
No documentation.

### Current Medications
**Medications**
This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Current Medications**
None

**Medication Comment**
Ruiz, Jacqueline, MA on 11/15/2021 0844
Medication Reconciliation Complete. Jacqueline Ruiz, MA 11/15/21 8:44 AM



FCI Dublin
Health Services Unit
5701 8th Street, Camp Parks
Dublin, Ca 94568

70110-097  CAMP

### History
**Relationships History**
No documentation.

**Substance & Sexuality History**
**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Unknown If Ever Smoked | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Unknown | — | Provider |



**Official Copy**
Stanford HEALTH CARE
STANFORD MEDICINE

UMG - LOS GATOS
(WINCHESTER BLVD)
14251 Winchester Blvd
Los Gatos CA 95032

S[REDACTED] L[REDACTED]
MRN: 82647538, DOB: [REDACTED]/1970, Sex: F

## Patient (continued)

### History (continued)

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History

#### Socioeconomic

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | English | — | — | — |

### Advance Care Planning

#### Plan

**Patient Capacity**
The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|

Not on file

**Active Health Care Agents**
There are no active Health Care Agents on file.



Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

VMOC PLEASANTON        S█████ L█████
5725 W LAS POSITAS BLVD    MRN: 82647538, DOB: ███ 1970, Sex: F
PLEASANTON CA 94588-4007   Visit date: 11/15/2021

### 11/15/2021 - Telemedicine in ONCOLOGY PLEASANTON

## Reason for Visit

### Chief Complaint
- New Patient (np vv)

### Visit Diagnosis
- Leukopenia, unspecified type (primary) [D72.819]

## Last 3 Days of Notes

### Clinic Support Note

**Ruiz, Jacqueline, MA at 11/15/2021 0900**

Author: Ruiz, Jacqueline, MA          Service: —                    Author Type: Medical Assistant
Filed: 11/16/2021 9:29 PM             Encounter Date: 11/15/2021    Status: Signed
Editor: Ruiz, Jacqueline, MA (Medical Assistant)

Intake done per MD with inmate. MA was not able to get intake details per facilitator.

Electronically signed by Ruiz, Jacqueline, MA at 11/16/2021 9:29 PM

### Progress Notes

**Raj, Kavitha Pandy, MD at 11/15/2021 0900**

Author: Raj, Kavitha Pandy, MD        Service: Oncology             Author Type: Physician
Filed: 11/16/2021 9:29 PM             Encounter Date: 11/15/2021    Status: Signed
Editor: Raj, Kavitha Pandy, MD (Physician)

**UHA Oncology
Stanford Health Care
Medical Oncology/Hematology Clinic
New Patient Video Visit**

**Patient Name:** L████ S█████████y
**DOB:** ████ 1970
**Visit Date:** 11/15/21

**Patient CC:** Thank you Dr. Tang for referring L████ S████████ for further evaluation of leukopenia.

**HPI:** This is a 51 Y female inmate who is here for further evaluation of leukopenia.

Her recent hematologic history began (06/07/2021) when her CBC showed white blood cell count 3.1 with a normal differential. Hemoglobin 12.5, hematocrit 36.7, MCV 87.8, platelet 191. Pathologist review of the peripheral smear showed mild leukopenia without significant immaturity or atypia. Cyclic citrulline aided peptide antibody IgG was (06/16/2021) normal less than 16. ANCA screen was negative. C-reactive protein less than 3, rheumatoid factor less than 10, vitamin B12 429. Prealbumin (07/13/21) 20.6.

Repeat labs (09/08/2021) again showed a mildly low white blood cell count 3.6 with normal differential. CMP with all normal results including creatinine 0.9, AST 23, ALT 23. HIV was nonreactive. According to the progress note sent from the Bureau of prisons she has had severe hair loss and a fluctuating white blood cell count from 2.9-3.6 for about a year. We do not have a copy of the testing but her accompanying MD reports her TB testing is negative.



Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

VMOC PLEASANTON     S█████ L█████
5725 W LAS POSITAS BLVD    MRN: 82647538, DOB: ███ 1970, Sex: F
PLEASANTON CA 94588-4007   Visit date: 11/15/2021

## 11/15/2021 - Telemedicine in ONCOLOGY PLEASANTON (continued)

**Last 3 Days of Notes (continued)**

She is doing okay overall today. Notes fatigue for at least 1 year. No fevers, chills or weight loss. No pain. Reports intermittent SOB without cough. Normal bowel movements.

**Family History:**
None

**Social History:**
Tob: Never
Etoh: None
Occ: Inamte
Lives: Inmate

**Surgical History:**
None

**Oncology history:**
Oncology/Hematology History
*No history exists.*

**ROS:**
As per HPI. A 14 point review of systems was done and is negative except for that noted in history of presenting illness, and past medical history.

**MA Assessment:**
Intake done per MD with inmate.MA was not able to get intake details per facilitator.

**Physical Exam:**
Vitals:
No data recorded
BP 160/90
HR 58
Temp 98.0

**Constitutional:** NAD, awake
**HEENT:** No icterus
**Pulmonary:** No tachypnea, speaking in full sentences
**Neurological:** Alert, oriented x3, moving all four extremities
**Abdominal:** No distension
**Extremities:** No edema
**Skin:** Normal skin appearance, no visible rashes

**Allergies:**
No Known Allergies

Official Copy



**Stanford HEALTH CARE**
STANFORD MEDICINE

VMOC PLEASANTON　　　　　　　S▮▮▮ L▮▮▮
5725 W LAS POSITAS BLVD　MRN: 82647538, DOB: ▮▮▮ 1970, Sex: F
PLEASANTON CA 94588-4007　Visit date: 11/15/2021

### 11/15/2021 - Telemedicine in ONCOLOGY PLEASANTON (continued)

**Last 3 Days of Notes (continued)**

**Medications:**
No outpatient medications prior to visit.

No facility-administered medications prior to visit.

**Social History:**
Social History

Tobacco Use
- Smoking status:　　Unknown If Ever Smoked

Vaping Use
- Vaping Use:　　Unknown

**Family History:**
No family history on file.

**Last 3 CBC Labs:**
**Recent Labs**

|  | 06/07/21 0000 | 09/08/21 0000 |
|---|---|---|
| WBC (Manual Entry) See EMR for details | 3.1 | 3.6 |
| Hemoglobin (Manual Entry) See EMR for details | 12.5 | 12.5 |
| Hematocrit (Manual Entry) See EMR for details | 36.7 | 36.7 |
| Platelet Count (Manual Entry) See EMR for details | 191 | 187 |

**Last 3 CMP Labs:**

Official Copy

Stanford
HEALTH CARE
STANFORD MEDICINE

VMOC PLEASANTON  
5725 W LAS POSITAS BLVD    MRN: 82647538, DOB: ███ 1970, Sex: F
PLEASANTON CA 94588-4007  Visit date: 11/15/2021

## 11/15/2021 - Telemedicine in ONCOLOGY PLEASANTON (continued)

**Last 3 Days of Notes (continued)**

### Recent Labs

|  | 09/08/21 0000 |
|---|---|
| Sodium (Manual Entry) See EMR for details | 141 |
| Potassium (Manual Entry) See EMR for details | 4.1 |
| BUN (Manual Entry) See EMR for details | 14 |
| Creatinine, Serum (Manual Entry) See EMR for details | 0.91 |
| Glucose, SER/PLAS (Manual Entry) See EMR for details | 90 |
| Calcium, Serum (Manual Entry) See EMR for details | 9.5 |
| Total Bilirubin (Manual Entry) See EMR for details | 0.2 |
| AST (Manual Entry) See EMR for details | 23 |
| ALT (Manual Entry) See EMR for details | 23 |
| ALK P'TASE Total, Serum (Manual Entry) See EMR for details | 87 |

**Radiology:**
See summary in Oncology History above.

**Chemo:**
Recent Review Flowsheet Data
   There is no flowsheet data to display.

Official Copy

Stanford
HEALTH CARE
STANFORD MEDICINE

VMOC PLEASANTON  S[redacted] L[redacted]
5725 W LAS POSITAS BLVD   MRN: 82647538, DOB:  1970, Sex: F
PLEASANTON CA 94588-4007  Visit date: 11/15/2021

### 11/15/2021 - Telemedicine in ONCOLOGY PLEASANTON (continued)

**Last 3 Days of Notes (continued)**

**Assessment:**
**# Leukopenia:** 51 Y female inmate who was recently noted to have profound diffuse alopecia is also noted to have mild leukopenia. Upon reviewing her records from the Bureau of prisons review WBC 2.9-3.6 in the past year. She does not have any significant neutropenia or leukopenia. Given alopecia she had extensive additional work-up for autoimmune disease which has been negative. Her CBC (06/07/2021) showed white blood cell count 3.1 with a normal differential. Hemoglobin 12.5, hematocrit 36.7, MCV 87.8, platelet 191. Pathologist review of the peripheral smear showed mild leukopenia without significant immaturity or atypia.

Additional work-up with cyclic citrulline aided peptide antibody IgG was (06/16/2021) normal less than 16. ANCA screen was negative. C-reactive protein less than 3, rheumatoid factor less than 10, vitamin B12 429. Prealbumin (07/13/21) 20.6.

Repeat labs (09/08/2021) again showed a mildly low white blood cell count 3.6 with normal differential. CMP within normal results including creatinine 0.9, AST 23, ALT 23. HIV was nonreactive. TB testing negative.

Suspect her chronic leukopenia is likely her baseline and represents benign leukopenia. Doubt this is due to primary bone marrow process given no other cell lineage involvement and stability of leukopenia without any complications.

Recommend peripheral blood evaluation with peripheral smear review, evaluate for chronic viral infections and paraprotein conditions. Two indolent bone marrow disorders that can cause leukopenia are hairy cell leukemia and T-cell receptor gene rearrangement. I highly doubt she has either of those conditions. Given stability of leukopenia, it is reasonable to monitor without any additional intervention

**#Alopecia:** Diffuse and severe, autoimmune work-up negative as described above. Recommend endocrinology evaluation to evaluate for ?androgenic alopecia/other causes. Quite possible she could have a familial alopecia

**# GERD:** Without esophagitis, on omeprazole

**# HTN:** On lisinopril

**# Arthropathy:** right sided knee and hip pain, intermittent 8/10

**# COVID-19 Precautions:** Continue special precautions for hygeine including handwashing, wearing a mask and social distancing. Completed Covid vaccination.

**Recommendation/Plan:**
1. Clinical picture consistent with most likely a benign leukopenia process
2. No evidence to suggest primary bone marrow process
3. Alopecia is unrelated to leukopenia
4. Recommend B12 supplements 1000 mcg sublingually daily given borderline B12 levels
5. Recommend monitoring CBC with differential every 4 months for the next year to assess stability
6. Recommend endocrinology evaluation to look for other causes of alopecia
7. No indication for continued hematologic follow-up as long as CBC can be monitored
8. Discussed with Dr. Duncan
9. RTC as needed

D[redacted] A. DUNCAN, D.O.
CLINICAL DIRECTOR
FCI DUBLIN

The diagnosis and care plan were discussed with patient in detail. We spent sufficient time to discuss many aspects of

Official Copy

**Stanford HEALTH CARE**
STANFORD MEDICINE

VMOC PLEASANTON  S█████ L█████
5725 W LAS POSITAS BLVD  MRN: 82647538, DOB: ███/1970, Sex: F
PLEASANTON CA 94588-4007  Visit date: 11/15/2021

## 11/15/2021 - Telemedicine in ONCOLOGY PLEASANTON (continued)

### Last 3 Days of Notes (continued)

care and questions were answered to patient's satisfaction. More than half of the time spent was for providing counseling and coordination of care.

Thank you for allowing me to participate in the care of L████ S█████. Please do not hesitate to call me with any questions.

Kavitha Pandy Raj, MD
Hematology/Oncology
Stanford Health Care
UHA Oncology
11/16/2021

Electronically signed by Raj, Kavitha Pandy, MD at 11/16/2021 9:29 PM

## Medication List

### Medication List

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**
None

**Stopped in Visit**
None

### Medication Comment

**Ruiz, Jacqueline, MA on 11/15/2021 0844**
Medication Reconciliation Complete. Jacqueline Ruiz, MA 11/15/21 8:44 AM