# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | S████ L████ | | | Reg #: ████ |
| Date of Birth: | ████/1970 | Sex: F   Race: WHITE | | Facility: DUB |
| Encounter Date: | 02/08/2024 07:41 | Provider: Fisch, A████ (MOUD) MD | | Unit: J02 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

   COMPLAINT   1         Provider:   Fisch, A████ (MOUD) MD

     Chief Complaint:   Other Problem
     Subjective:   WBC 2.9
                 Ferritin 7
                 ANA 1:40

                 Changed from Losartan to Amlodipine due to concern that Losartan could have contributed to hair loss. Has alopecia totalis x 2 years.

                 Also wants to resume Vitamin D.
                 Notes she does not eat red meat.
     Pain:   No

**OBJECTIVE:**

**Exam:**

   **General**
     **Affect**
         Yes: Pleasant, Cooperative
     **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
   **Skin**
     **General**
         Yes: Dry, Skin Intact
   **Head**
     **General**
         Yes: Atraumatic/Normocephalic
   **Eyes**
     **General**
         Yes: PERRLA, Extraocular Movements Intact

<u>Comments</u>
   Alopecia- etiology unclear. ANA only borderline positive, so unlikely to be related. Will send to dermatology for evaluation.

   Iron deficiency- given handout of iron rich foods. Declines iron supplement.

   vitamin D deficiency- resume vitamin D.

**ASSESSMENT:**

Disorder of white blood cells, unspecified, D729 - Current

| | | | |
|---|---|---|---|
| Inmate Name: S█████, L█████ | | | Reg #: ████ |
| Date of Birth: ██/██/1970 | Sex: F   Race: WHITE | | Facility: DUB |
| Encounter Date: 02/08/2024 07:41 | Provider: Fisch, A████ (MOUD) MD | | Unit: J02 |

Vitamin D deficiency, E559 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 209654-DUB | Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab | 02/08/2024 07:41 |

    **Prescriber Order:** Take two tablets by mouth each day x 365 day(s)

    Indication: Vitamin D deficiency

| | | |
|---|---|---|
| 209664-DUB | Cyanocobalamin (Vit B-12) 1000 MCG Tab | 02/08/2024 07:41 |

    **Prescriber Order:** Take one tablet (1000 MCG) by mouth each day x 180 day(s)

    Indication: Alopecia areata, Disorder of white blood cells, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 02/21/2024 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Dermatology | 05/08/2024 | 05/08/2024 | Routine | No | |

    Subtype:

        Towntrip

    Reason for Request:

        Developed alopecia totalis while incarcerated, was on Losartan-? if related ANA 1:40, has chronic mild low WBC 2.9

**Other:**

Patient allergies reviewed and needed updates applied during this visit. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/08/2024 | Counseling | Diagnosis | Fisch, A████ | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Fisch, A████ (MOUD) MD on 02/08/2024 08:05