

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** S_____, L_____ | **Facility** FCI Dublin | **Collected** 02/15/2024 08:03 PST |
| **Reg #** _____ | **Order Unit** J02-213L | **Received** 02/16/2024 08:07 PST |
| **DOB** __/__/1970 | **Provider** A____ Fisch, MD | **Reported** 02/16/2024 10:14 PST |
| **Sex** F | | **LIS ID** 039241557 |

## HEMATOLOGY

| Test | Flag | Result | Reference Range | Units |
|---|---|---|---|---|
| White Blood Cell Count | | 3.5 | 3.5-10.5 | K/uL |
| Red Blood Cell Count | | 4.25 | 3.90-5.03 | M/uL |
| Hemoglobin | | 13.2 | 12.0-15.5 | g/dL |
| Hematocrit | | 38.8 | 34.9-44.5 | % |
| MCV | | 91.3 | 76.0-100.0 | fL |
| MCH | | 31.1 | 27.0-33.0 | pg |
| MCHC | | 34.0 | 28.0-36.0 | g/dL |
| RDW-CV | L | 11.6 | 12.0-15.0 | % |
| Platelet Count | | 220 | 150-450 | K/uL |
| MPV | H | 11.4 | 7.4-10.4 | fL |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical