Federal Correctional Institution
Dublin, California
Special Post Orders
Housing Units
This is an OC carry post

**"OC AEROSOL DISPENSER POST"**



**UNIT SHAKEDOWN TRUSCOPE**
All inmate room and/or Unit common area searches must be logged into TRUSCOPE. All officers will note in TRUSCOPE: date, time, signature, room/area searched, objects removed listed and disposition noted. An entry must be made even if no contraband is found.

Confiscation forms will be completed when items that may be claimed as the inmate's personal property are seized. Identified government property will be listed and returned to the department concerned.

At a minimum all cells in a housing unit will be searched once each month.

**CONTRABAND**



SENSITIVE BUT UNCLASSIFIED
Page **3** of **24**