```
              Federal Correctional Institution
                     Dublin, California
                     Special Post Orders
                        Housing Units
                 This is an OC carry post
```

**"OC AEROSOL DISPENSER POST"**

**ROOM MOVES/CHANGES**



**ROOM SEARCHES**
Room searches may be initiated for probable cause or at random. Searches must be done professionally, leaving the room as close to how you found it as possible.  Day and Evening Watch Officers will conduct random cell searches. The Morning Watch Officer is responsible for searches in common areas of the unit.

**SHOWER USE**

**SICK CALL**

SENSITIVE BUT UNCLASSIFIED
Page **11** of **24**