

U.S. Department of Justice

Federal Bureau of Prisons

## Inmate Investigative Report

**Institution:** Dublin FCI

**Case Number:** DUB-24-0053

**Investigation Type:** Investigative / Threat Assessment

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| ▮▮▮▮▮▮ | A▮▮▮▮▮▮, I▮▮▮▮ | Suspect |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

| | | | |
|---|---|---|---|
| **Investigator:** | Lau, Jose | **Date:** | 2/1/2024 10:57:05 AM CST |
| **Captain:** | BAUDIZZON, ALLEN | **Date:** | 3/20/2024 3:39:41 PM CST |
| **Associate Warden:** | NASH, CHARMAINE | **Date:** | 3/21/2024 5:33:29 PM CST |
| **Warden:** | MCKINNEY, NANCY | **Date:** | 3/27/2024 9:43:17 AM CST |

**Summary:**

On January 31, 2024, at approximately 7:40 a.m., camp staff received an envelope from inmate A▓▓▓▓, I▓▓▓, Reg No. ▓▓▓▓▓▓▓. The envelope contained inmate ▓▓▓▓▓'s social media account, email address, inmate's daughter's phone number, and a personal note written to staff. The staff member reported the incident to her immediate supervisor and the SIS department. Inmate A▓▓▓▓ was escorted to the Special Housing Unit for attempting to compromise a staff member. An SIS investigation was initiated.

**Inmate Data:**



**Name:** ▓▓▓▓▓ - A▓▓▓▓, I▓▓▓

**Role:** Suspect   **Age:** 42   **Race:** WHITE

**Security Level:** MINIMUM   **Custody Level:** OUT

**Facility Arrival Date:** 12/8/2021   **Projected Release Date:** 11/21/2026

**Charges:**

| Description | Sentencing District |
|---|---|
| 21:952, 960 - IMPORTATION OF METHAMPHETAMINE (FELONY) 21:952, 960 - IMPORTATION OF NPHENYL-N-[1-(PHENYLETHLY)-4- PIPERIDINYL] (FELONY) | CALIFORNIA, SOUTHERN DISTRICT |

**STGs:**   **CIMs:**

No STGs Found   No CIMs Found

**Victim Statements:**

**No information was found for the given criteria.**

**Assailant Statements:**

**No information was found for the given criteria.**

**Other Statements:**

**Date:** 3/11/2024 7:10 AM   **Location:** Housing Unit, Special (SHU)

**Interviewer:** Lau, Jose   **Title:** SIS Tech

**Interviewee:** ▓▓▓▓▓ - A▓▓▓▓, I▓▓▓

On March 11, 2024, at 7:10 A.M., inmate A▓▓▓▓, I▓▓▓, Reg. No. ▓▓▓▓▓▓▓, was interviewed in the Special Housing Unit in the DHO office. During the interview, A▓▓▓▓ admitted she gave an envelope containing a letter with her social media accounts, email address, and her daughter's phone number to a staff member. A▓▓▓▓ stated, "When I gave her the envelope, I didn't know this was not allowed. Knowing what I know now, I would have never done it." A▓▓▓▓ said she seemed like someone I could trust. I saw her and camp staff as family."

**Factual Findings:**

**No item information was found for the given criteria.**

| Type | Subtype | File Name | Original Entered By |
|---|---|---|---|
| Inmate Discipline A▓▓▓▓ AD order | Administrative Detention Order | A▓▓▓ AD order.pdf | TF34029 |
| Statements & Written Memorandums Memo from staff. | Staff Provided | Staff Memo.pdf | TF34029 |
| Communications | Inmate Request to Staff | A▓▓▓ note to C▓▓▓ pdf | TF40170 |

Note from inmate A▓▓▓ to staff containing contact information of the inmate. The note reads;
"I soo sorry can't be mad at you because I care for you alot when I get out this place I hope will still keep in touch I always going to have your back if I mad or not I pray everyday and night I tell God thank you God for Putting this person in my life. Sorry
Snap# ▓▓▓▓▓▓
email# ▓▓▓▓▓▓▓▓@gmail.com
I trust you alot
My hija number C▓▓▓▓ A▓▓▓▓ (▓▓)▓▓▓▓▓▓

**Conclusion:**
Upon conclusion of this investigation, it was determined inmate A▓▓▓▓, I▓▓▓ Reg. No. ▓▓▓▓▓▓, attempted to compromise staff by giving the staff member a personalized letter with her outside contact ▓▓▓▓n, including social media accounts and her daughter's phone number. During the interview with inmate A▓▓▓▓, she admitted she gave staff a personalized letter with her contact information. In inmate A▓▓▓▓'s handwritten letter, she stated, "I hope I will still keep in touch when I get out of this place." After reviewing the staff memorandum, inmate interview, and the handwritten letter, this investigator believes inmate A▓▓▓▓ attempted to compromise staff. An STG assignment for compromising staff will be loaded at the competition of the case.

**Recommendation:**
Due to the severity of inmate A▓▓▓▓'s action and her attempt to compromise staff, she would pose a significant security threat if she was returned to the Federal Prison Camp at FCI Dublin. This investigator recommends an incident report for a 299 (Conduct disruptive to the orderly running of the institution) most like a 216 (Giving or offering a bribe to an official) be issued for the incident. It is recommended that she remain in the Special Housing Unit pending a transfer to an institution more commensurate with her safety, security, and programming needs.

**CIMS Separation Warranted:** No