EMS-A409.051 **REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE** CDFRM
SEP 2006

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| From: (Warden/Superintendent) | Facility | Date |
|---|---|---|
| N. McKinney, Interim Warden | FCI Dublin, California | |

| Inmate's Name | Register No. |
|---|---|
| L▓▓▓▓, S▓▓▓ ▓. | ▓▓▓▓▓▓ |

To: Shannon Robbins, Senior Deputy Assistant Director, Designation & Sentence Computation Center

__X__  Transfer to: SCP Phoenix, AZ; any appropriate Minimum security facility, via Code 308-Lesser Security Transfer

_____  Apply Management Variable(s) _____

_____  Update Management Variable  Expiration Date.(New Date): _____

1. Inmate's Medical Status

   Inmate L▓▓▓▓ is a medical Care Level 2 Stable, Chronic Care and mental health Care Level 1 inmate who is assigned regular duty status with no medical restrictions.

   Institution Adjustment (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)

   Inmate L▓▓▓▓ arrived at FCI Dublin, on March 28, 2016, as an Initial Commitment. Inmate L▓▓▓▓'s institutional adjustment is satisfactory. Inmate L▓▓▓▓ has established good rapport with staff and inmates. Inmate L▓▓▓▓ has completed several recommended programs, paid her Inmate Financial Responsibility Program obligation, and maintained clear conduct over the past 48 months.

2. Rationale for Referral. (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)
   Inmate L▓▓▓▓' Security/Custody Classification scored Minimum security inmate with In custody. Therefore, Unit team recommends she be transferred to SCP Phoenix or any Minimum security institution which would meet inmate L▓▓▓▓' programming needs. Inmate L▓▓▓▓' family resides in Longmont, Colorado.

| 4a. Parole Hearing Scheduled:____Yes _x__No | b.  If yes, when _____ |
|---|---|

5. Note any past or present behavior and/or management/inmate concerns.

   None, inmate L▓▓▓▓ has maintained clear conduct over the past 48 months at FCI Dublin.

6. BP337/BP338 Discrepancies.

   There is one discrepancy between the BP-337 and BP-338.  Due to the passage of time, her age changed to 25 through 35.

Staff has checked the following SENTRY Programs to ensure that they are correct and current:

    Inmate  Profile                    CIM Clearance and Separatee Data
    Inmate  Load Data                  Custody Classification Form
    Sentence  Computation              Chronological Disciplinary Record

| Prepared by Case Manager | Unit Manager Signature |
|---|---|
| L. Villanueva/ | J. Craig/ |

If the transfer is approved, a Progress Report will be completed prior to transfer.
*For Mariel Cuban Detainees - Staff have entered the CMA Assignment of "CRP RV DT" to indicate the need for a Cuban Review Panel Hearing four months from his/her Roll-Over Date.

(*This form may be replicated  via WP*)                              *This form replaces EMS-409 of DEC 99*