```
WXRAR             *        INMATE DISCIPLINE DATA         *      04-04-2024
PAGE 001          *     CHRONOLOGICAL DISCIPLINARY RECORD *      16:29:07

REGISTER NO:              NAME..: F        , R      A
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-04-2024

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3840439 - SANCTIONED INCIDENT DATE/TIME: 10-15-2023 1635
UDC HEARING DATE/TIME: 10-31-2023 0812
FACL/UDC/CHAIRPERSON.: DUB/6 GP/S. STRACK
APPEAL CASE NUMBER(S): 1180911
REPORT REMARKS.......: GUILTY BASED ON STAFF OBSERVATION OF I/M F       IN THE
                       LAUNDRY ROOM DURING COUNT TIME
   321  INTERFERING WITH TAKING COUNT - FREQ: 1
        LP COMM    / 30 DAYS / CS
                   FROM: 10-31-2023  THRU: 11-29-2023
        COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3321958 - SANCTIONED INCIDENT DATE/TIME: 10-29-2019 1930
DHO HEARING DATE/TIME: 11-14-2019 1130           DHO REPT DEL: 12-07-2019 1208
FACL/CHAIRPERSON.....: TAL/D. ORR
REPORT REMARKS.......: INMATE DENIED CHARGE
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:030 LAW:P   MEET SENTENCE GUIDELINES
        DS         / 20 DAYS / CS
                   FROM: 11-14-2019  THRU: 12-03-2019
        COMP:     LAW:
        LP VISIT   / 6 MONTHS / CS
                   FROM: 11-14-2019  THRU: 05-13-2020
        COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2895734 - SANCTIONED INCIDENT DATE/TIME: 07-31-2016 0803
UDC HEARING DATE/TIME: 09-16-2016 1650
FACL/UDC/CHAIRPERSON.: CRW/UNIT 2/ROWLS/BP
REPORT REMARKS.......: INMATE F        FOUND GUILTY BASED ON FUNDS DEPOSITED IN
                       HER ACCOUNT BY ANOTHER INMATE'S FAMILY FOR LEGAL WORK.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:     LAW:    EFFECTIVE 09-19-16 UNTIL 10-03-16.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2632706 - SANCTIONED INCIDENT DATE/TIME: 09-25-2014 0820
UDC HEARING DATE/TIME: 09-25-2014 1455
FACL/UDC/CHAIRPERSON.: TAL/B UNIT/H. DAVIS
REPORT REMARKS.......: ROOM UNTIDY DURING CELL INSPECTIONS IN SHU.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP COMM    / 10 DAYS / CS
        COMP:     LAW:    10 DAYS COMMISSARY RESTRICTION FROM 09/26/14 TO
                          10/05/14 TO RESTORE ON 10/06/2014.




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO:              NAME..: F        , R     A
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-04-2024

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2482077 - SANCTIONED INCIDENT DATE/TIME: 08-19-2013 1515
UDC HEARING DATE/TIME: 08-26-2013 1244
FACL/UDC/CHAIRPERSON.: TAL/C UNIT/PULIDO
REPORT REMARKS.......: INMATE FOUND GUILTY BASED ON WRITEN REPORT BY STAFF TO C
                       ODES 307 & 312
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 60 DAYS / CS
         COMP:     LAW:    LOSS OF PHONE FOR 60 DAYS FROM 08-27-2013 TO 10-25
                           2013
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 60 DAYS / CS
         COMP:     LAW:    LOSS OF COMMISSARY FOR 60 DAYS FROM 08-27-2013 TO
                           10-25-2013
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2439129 - SANCTIONED INCIDENT DATE/TIME: 04-30-2013 0800
UDC HEARING DATE/TIME: 05-03-2013 1335
FACL/UDC/CHAIRPERSON.: CRW/UNIT 2/MI/MG
REPORT REMARKS.......: BASED ON REPORT OF STAFF AND EVIDENCE
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP PHONE   / 30 DAYS / CS
         COMP:     LAW:     30 DAYS LOSS OF PHONE
    328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:     LAW:     30 DAYS LOSS OF COMMISSARY
    334  CONDUCTING A BUSINESS W/O AUTH - FREQ: 1
         LP VISIT   / 30 DAYS / CS
         COMP:     LAW:     30 DAYS LOSS OF VISITATION
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2168684 - SANCTIONED INCIDENT DATE/TIME: 05-28-2011 1230
DHO HEARING DATE/TIME: 06-09-2011 0955
FACL/CHAIRPERSON.....: CRW/J. ROSILES
REPORT REMARKS.......: INMATE ADMITTED ASSAULTING OTHER INMATE, STATED ENTIRE
                       UNIT HAS PROBLEMS WITH INMATES IN UNAUTHORIZED ROOMS
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:030 LAW:P
         DS         / 30 DAYS / CS
         COMP:     LAW:
         LP COMM    / 90 DAYS / CS
         COMP:     LAW:
         LP OTHER   / 90 DAYS / CS
         COMP:     LAW:    LOSS OF EMAIL
         LP PHONE   / 90 DAYS / CS
         COMP:     LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

```
 WXRAR              *         INMATE DISCIPLINE DATA          *     04-04-2024
 PAGE 003           *     CHRONOLOGICAL DISCIPLINARY RECORD    *      16:29:07

  REGISTER NO:                NAME..: F        , R     A
  FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-04-2024

 DHO HEARING DATE/TIME: 06-09-2011 0955 REPORT 2168684 CONTINUED
         LP VISIT   / 90 DAYS / CS
         COMP:     LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2043354 - SANCTIONED INCIDENT DATE/TIME: 07-18-2010 0950
 DHO HEARING DATE/TIME: 09-24-2010 0900
 FACL/CHAIRPERSON.....: SCR/J. ROSILES
 APPEAL CASE NUMBER(S): 615763
 REPORT REMARKS.......: INMATE DENIED ASSAULTING CLAMON #
     224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:030 LAW:P
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:
         LP COMM    / 90 DAYS / CS
         COMP:     LAW:
         LP OTHER   / 90 DAYS / CS
         COMP:     LAW:    LOSS OF EMAIL
         LP PHONE   / 90 DAYS / CS
         COMP:     LAW:
         LP VISIT   / 90 DAYS / CS
         COMP:     LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2066181 - SANCTIONED INCIDENT DATE/TIME: 09-11-2010 1730
 UDC HEARING DATE/TIME: 09-15-2010 1300
 FACL/UDC/CHAIRPERSON.: CRW/UNIT 1 N/MALLARD/AN
 REPORT REMARKS.......: BASED ON INMATE ADMISSION OF GUILT
     307   REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 30 DAYS / CC
         COMP:     LAW:    30 DAYS LOSS OF PHONE
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1472275 - SANCTIONED INCIDENT DATE/TIME: 05-25-2006 1230
 UDC HEARING DATE/TIME: 05-31-2006 1531
 FACL/UDC/CHAIRPERSON.: BRY/BRAZOS/WILTZ
 REPORT REMARKS.......: BASED ON REPORT AS WRITTEN AND SUPPROTING DOCUMENTATION
     312   BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         EXTRA DUTY / 20 HOURS / CS
         COMP:     LAW:    BEGIN 05-31-06 END 06-14-06.
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 445417 - SANCTIONED  INCIDENT DATE/TIME: 10-28-1996 1220
 DHO HEARING DATE/TIME: 11-08-1996 0905
 FACL/CHAIRPERSON.....: CRW/KILLYON H
 REPORT REMARKS.......: N/A
     201   FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 14 DAYS / CS
         COMP:     LAW:


 G0002       MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO:              NAME..: F       , R     A
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-04-2024

          DS           / 21 DAYS / CS
          COMP:     LAW:
          LOSE PRIV  / 30 DAYS / CS
          COMP:     LAW:     LOSS OF COMMISSARY PRIVLEGE
          TRANSFER   / CS
          COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 426853 - SANCTIONED   INCIDENT DATE/TIME: 08-14-1996 1720
UDC HEARING DATE/TIME: 08-16-1996 1509
FACL/UDC/CHAIRPERSON.: BRY/MADISON/FUCHS
REPORT REMARKS.......: INMATE FOUND IN TV ROOM WITH LIGHTS OUT
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:     LAW:     10 HRS EXTRA DUTY




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```