EMS-A409.051 **REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE** CDFRM
SEP 2006
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| From: (Warden/Superintendent) N.T. McKinney, Interim Warden | Facility FCI Dublin, California | Date 4/3/24 |
|---|---|---|

| Inmate's Name F████, R████ A██ | Register No. ████ |
|---|---|

To: Shannon Robbins, Senior Deputy Assistant Director, Designation & Sentence Computation Center

X   Transfer to: FCP Bryan via Code 308-Lesser Security

X   Apply Management Variable(s)  W-Lesser Security

___   Update Management Variable  Expiration Date.(New Date): _____

1.   Inmate's Medical Status
     Inmate F████ is a medical Care Level 2 Stable, Chronic Care and mental health Care Level 1 inmate who is assigned regular duty status with the medical restrictions of lower bunk, and no food service work.

     Institution Adjustment (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)
     Inmate F████ arrived at FCI Dublin, on June 21, 2022, as a Code 330, Adjustment Purposes transfer from FCI Tallahassee.  Since her arrival, inmate F████ has demonstrated satisfactory institutional adjustment. Inmate F████ has completed the drug education class and is paying her Inmate Financial Responsibility Program obligation.

2.   Rationale for Referral. (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)
     Inmate F████'s Female Custody Classification Form was updated to reflect her as an 18-point Low security inmate with In custody.  Due to her overall programming efforts and institution adjustment, she can be housed in a Minimum security facility.  Therefore, the Unit Team recommends the application of a Lesser Security Management variable, and inmate F████ be transferred to FCP Bryan. Inmate F████'s family resides in Houston, Texas, and such a transfer would assist her in reestablishing and promoting stronger family and community ties.

| 4a.  Parole Hearing Scheduled:_____Yes_X_No | b.  If yes, when  N/A_____ |
|---|---|

5.   Note any past or present behavior and/or management/inmate concerns.
     Inmate F████ was sanctioned for Code 321 - Interfering With Taking Count, on October 31, 2023, but has otherwise maintained clear conduct since November 2019.

6.   BP337/BP338 Discrepancies.
     There are four discrepancies between the BP-337 and BP-338.  The BP-337 reflects a Moderate detainer; however, no formal detainer has been lodged, therefore the BP-338 has been updated to reflect detainer as none. The BP-337 reflects violence as minor >10 years; however, due to an incident report on October 29, 2019, for Code 201 – Fighting with Another Person, the BP-338 has been updated to reflect violence as <5 years minor. The Age Category and Drug/Alcohol Abuse score have been updated due to the passage of time.

Staff has checked the following SENTRY Programs to ensure that they are correct and current:

| Inmate  Profile | CIM Clearance and Separatee Data |
|---|---|
| Inmate Load Data | Custody Classification Form |
| Sentence  Computation | Chronological Disciplinary Record |

| Prepared by Case Manager C.Liwag/Acting Case Manager | Unit Manager Signature D. Blocher/Acting Unit Manager |
|---|---|

If the transfer is approved, a Progress Report will be completed prior to transfer.
*For Mariel Cuban Detainees - Staff have entered the CMA Assignment of "CRP RV DT" to indicate the need for a Cuban Review Panel Hearing four months from his/her Roll-Over Date.

*(This form may be replicated  via WP)*                          *This form replaces EMS-409 of DEC 99*