JESSE LASLOVICH
United States Attorney
  MADISON L. MATTIOLI
    MT Bar No. 36411284
  ABBIE J.N. CZIOK
    MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
         (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
         abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
         (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
         timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; BUREAU OF PRISONS DIRECTOR COLETTE PETERS, in her official capacity; FCI DUBLIN WARDEN THAHESHA JUSINO, in her official capacity; OFFICER BELLHOUSE, in his individual capacity; OFFICER GACAD, in his individual capacity; OFFICER JONES, in his individual capacity; LIEUTENANT JONES, in her individual capacity; OFFICER LEWIS, in his individual capacity; OFFICER NUNLEY, in his individual capacity, OFFICER POOL, in his individual capacity, LIEUTENANT PUTNAM, in his individual capacity; OFFICER SERRANO, in his individual capacity; OFFICER SHIRLEY, in his individual capacity; OFFICER SMITH, in his individual capacity; and OFFICER VASQUEZ, in her individual capacity, <br><br> Defendants. | CASE NO. 4:23-CV-04155-YGR <br><br> **UNITED STATES' APRIL 12, 2024 NOTICE** <br><br> **FILED UNDER SEAL** |

1    In compliance with the Court's Order at Doc. 88, the United States of America respectfully
2    notifies the Court of its intent to transfer the following adults in custody (AICs) from FCI Dublin:
3    - A▓▓ A▓▓▓▓,
4    - C▓▓▓ E▓▓▓▓ A▓▓ H▓▓▓▓
5    - R▓▓ B▓,
6    - K▓▓▓▓ D▓▓▓▓,
7    - R▓ E▓▓▓▓ d E▓▓▓,
8    - R▓▓ F▓▓,
9    - Y▓▓▓ H▓▓ d M▓▓▓,
10   - S▓▓ L▓▓▓,
11   - T▓ M▓▓▓,
12   - S▓▓▓ M▓▓▓,
13   - M▓▓ M▓▓▓,
14   - M▓▓ M▓▓▓,
15   - ▓▓▓ M▓▓ R▓▓-P▓▓,
16   - J▓ P▓ B▓,
17   - E▓▓▓▓ ▓▓▓,
18   - A▓ S▓▓▓▓,
19   - A▓ V▓▓▓▓, and
20   - F▓▓ V▓ G▓▓▓ B▓▓.

21    Each of these individuals were listed on the parties' witness lists, and many of them also
22   testified at the evidentiary hearing. These individuals, along with the remainder of the inmate
23   population, will be transferred from FCI Dublin in the coming week due to the closure of the facility.
24    As explained in Docs. 236-2, 236-4, this information is highly sensitive. Disclosure of such
25   information to the public, to inmates, and even to opposing counsel would be detrimental to facility
26   management and would increase risk to BOP staff and inmates alike. Mindful of the ongoing safety and
27   security concerns, counsel for the United States respectfully requests that the Court keep this highly
28   sensitive information and this filing under seal and *ex parte* until such time as this information is

appropriate for broader release. As noted in Doc. 236-4, counsel for the United States has the same security concerns if this information is released only to a single member of Plaintiffs' legal team. But the United States defers to the Court on if, when, and how to disclose the information in this notice to Plaintiffs' counsel. To the extent any such disclosure of this information is made only to a single member of Plaintiffs' legal team prior to BOP's broader release, which is likely to occur Monday, April 15, 2024, the government requests that the Court enter a protective order to ensure the strictest confidentiality of this information.

Dated this 12th day of April, 2024.

JESSE A. LASLOVICH
United States Attorney

/s/ *Madison L. Mattioli*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for Federal Defendants