# EXHIBIT 1

**DISPUTED DOCUMENTS**

| Original Sealed Document | Original Publicly Available Version | Latest Publicly Available Version | Description | Defendants' Grounds for Sealing per Dkt. No 358 |
|---|---|---|---|---|
| 45-5 | 46 | 363-1 | Federal Defendants' Opposition to Motion for Preliminary Injunction | Contains references to information in Agostini Declaration (Dkt. No. 366-2). |
| 45-4 | 46-1 | 363-2 | Declaration of Morgan Agostini (in support of Dkt. No. 46) | Contains names and the employment status of officers who are under administrative or criminal investigation. |
| 172 | 175 | 175 | United States Reply to Doc. 163 | Contains references to information in Deveney and Wong Declarations. |
| 173[1] | 175-1 | 363-3 | Declaration of Patrick Deveney (in support of United States' Reply to Doc. 163) | Contains information relating to investigation "concerning FCI Dublin Executive Staff" and their role in placing R.F. in the SHU and transferring her out of FCI Dublin. |
| 172-2[2] | 175-2 | 175-2 | Declaration of Dennis M. Wong (in support of United States' Reply to Doc. 163) | Contains information relating to investigation "concerning FCI Dublin Executive Staff" and their role in placing R.F. in the SHU and transferring her out of FCI Dublin. |
| 178-3 | 178-2 | 178-2 | Plaintiffs' Reply Post Evidentiary Hearing Brief | Contains references to Deveney and Wong Declarations. |
| 197-3 | none | 363-4 | Declaration of Robert J. France (in support of United States' Notice In Response to Doc. 186) | Paragraph 11 contains information relating to investigation of an officer that is "pending deferral by OIG." |
| 197-6 | none | 363-5 | Declaration of Beth Reese (in support of United States' Notice In Response to Doc. 186) | Contains information relating to investigation of an officer that is "pending deferral by OIG." |
| 206-3 | none | 363-6 | Second Declaration of Beth Reese (relating to February 27, 2024 hearing) | Contains information relating to investigation of an officer that is "pending deferral by OIG." |

---

[1] This document was accidentally filed multiple times and is the same as Dkt. Nos. 176-5 and 184-5.

[2] This document was accidentally filed multiple times and is the same as Dkt. Nos. 176-4 and 184-4.