FILED

AUG 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOHN RUSSELL BELLHOUSE, <br><br> Defendant - Appellant, <br><br> and <br><br> UNITED STATES OF AMERICA, Federal Bureau of Prisons; et al., <br><br> Defendants. | No. 24-4509 <br><br> D.C. No. 4:23-cv-04155-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Before: SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the notice of appeal does not challenge a final or immediately appealable order entered by the district court. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed for lack of jurisdiction.

Appellant's motion for appointment of counsel in District Court Case No. 4:23-cv-04155-YGR (District Court Docket No. 371) remains pending.

**DISMISSED.**