**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-04155-YGR (JCS)

**Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons

**Date:** September 3, 2024    **Time:** 7 Hours

**Deputy Clerk:** Karen Hom    **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Oren Nimni, Amaris Montes, Kara Janssen, Susan Beatty
**Attorney for Defendant:** Madison Mattioli, Mark Smith, Tim Tatarka, Tim Racicot, Abbie Cziok for USA; Rob France, Krisi Sutton for US Bureau of Prisons; Jesse Laslovich, USAO for the District of MT (available by phone); William Lothrop -BOP Deputy Director (available by phone).

## ZOOM PROCEEDINGS

( )    Zoom Settlement Conference

      ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

(X)    Further Zoom Settlement Conference - Held

      ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )    Zoom Scheduling Conference to set Settlement Conference

**Notes:**
Further settlement conference set for **October 8, 2024, at 10:00 AM** by Zoom Meeting (Zoom Meeting ID: 161 664 4640. Passcode: 841312.  Updated settlement conference statements due **October 3, 2024** and emailed to JCSSettlement@cand.uscourts.gov.