**DENIED**
September 9, 2024
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
THE NINTH CIRCUIT

M_____ R.,
C_____ _____
P_____ OF WOMEN

PLAINTIFF

CASE NUMBER:

4:2022-CV-08924 - YGR
4:2022-CV-09096 - YGR
4:2023-CV-02668 - YGR
4:2023-CV-05356 - YGR
4:2023-CV-04155 - YGR
4:2024-CV-01980 - YGR
4:2024-CV-01360 - YGR

V.

UNITED STATES OF AMERICA, FEDERAL
CORRECTIONAL INSTITUTION,
JOHN RUSSELL BELLHOUSE.

DEFENDANT

## MOTION TO DISMISS

**Comes Now,** John Russell Bellhouse, Defendant Pro Se in the above styled case(s), requesting this Honorable Court dismiss this Defendant's Cause of Action [Notice of Appeal] and [Motion to Stay Pending Appeal] without prejudice.

USPS Certified Mail: 9589 0710 5270 0335 6142 38

Respectfully submitted,

_John Russell Bellhouse_
John Russell Bellhouse

08/26/2024
Date








9589 0710 5270 0335 6142 38

United States District Court
Northern District of California
Attn: Clerk of the Court
1301 Clay Street, Suite 400S
Oakland, CA 94612

John R. Bellhouse # 76806-509
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463

