# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:**  September 9, 2024 | **Time:** 30 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 23-cv-4155-YGR | **Case Name:** California Coalition for Women Prisoners et al v. United States of America Federal Bureau of Prisons et al | |

**Attorney for Plaintiff:** Kara Janssen, Ernest Galvan, and Carson Anderson; via Zoom
**Attorney for Defendant:** Madison Mattioli and Robert France; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Ruth Levine Ekhaus; via Zoom

## PROCEEDINGS

Further Case Management Conference – held.

The Court reiterated the distinction drawn between the damages claims (22-5137) and injunctive relief claims (23-4155) in this matter.

The parties agreed that the existing protective order in this matter provides sufficient ethical guardrails to prevent information produced by defendants in this matter from being used in other litigations, including 22-5137.

The Court requires more information from the parties regarding the nature of plaintiffs' remaining requests for relief and what remains to be tried. Thus, plaintiffs are ORDERED to provide defendants by no later than Monday, September 16, 2024 with a statement identifying the relief sought (including attorney's fees and costs) and what outstanding issues remain.

The defendants are ORDERED to respond, point by point, to plaintiffs by no later than Monday, September 23, 2024. Defendants shall include in their statement any concessions they are prepared to make regarding plaintiffs' experiences at FCI Dublin.

The parties SHALL meet and confer regarding the statements, once exchanged, and file a joint statement identifying areas of agreement and disagreement in advance of the next case management conference. The parties shall endeavor to file the joint notice on Monday, September 23, 2024 or as soon thereafter as possible so that they Court may prepare for the conference.

The case is continued to September 30, 2024, at 1:00 p.m. for Further Case Management Conference by Zoom.