UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Case No. 23-cv-04155-YGR (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 375 |

    This order resolves the dispute over Defendants' responses to Plaintiffs' RFPs Nos. 1–13. Dkt. 375.  On June 18, 2024, the government moved to dismiss the first amended complaint for injunctive relief for lack of subject matter jurisdiction and also requested a stay of discovery.  Dkt. 326.  Subsequent to the filing of the instant joint letter brief, Judge Gonzalez Rogers denied the government's motion to dismiss and stay request.  Dkt. 385.  Accordingly, there is no stay of discovery.

    In view of the foregoing, Plaintiffs' requests are denied without prejudice, and the parties are ordered to further meet and confer regarding the disputed discovery by **September 27, 2024**. To the extent the parties are unable to reach agreement after the meet and confer, the parties may then submit a joint letter brief consistent with the undersigned's standing order.

    **IT IS SO ORDERED.**

Dated: September 17, 2024

Alex G. Tse
United States Magistrate Judge