**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA BUREAU OF PRISONS, ET AL.,** <br><br> Defendants. | Case No.: 4:23-cv-4155-YGR <br><br> **ORDER NO. 2 RE OUTSTANDING SEALING DISPUTES** |

The Court's prior order resolving myriad sealing disputes required plaintiffs' counsel to inform the Court by no later than today, Tuesday, September 24, 2024, of any objections to unsealing the balance of Dkt. Nos. 363-3, 363-4, and 363-5 except for adults in custody's ("AICs") full names and register numbers. (Dkt. No. 393 at 6–7.)

As plaintiffs do not object to unsealing (Dkt. No. 395), the Court hereby **ORDERS** that new versions of Dkt. Nos. 363-3, 363-4, and 363-5 be filed on the docket by no later than **Monday, September 30, 2024**.[1] Redactions shall be applied to the AICs' full names and register numbers. AICs may be identified using their first and last initial only.

**IT IS SO ORDERED**.

Date: September 24, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The clerk need not unseal Dkt. Nos. 176-5, 197-3, or 197-6, the unredacted versions of Dkt. Nos. 363-3, 363-4, and 363-5, respectively, since new, redacted versions will be filed pursuant to this Order.