JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
      (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
    abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
      (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
    timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et. al.,<br><br>        Plaintiffs<br><br>        v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et. al.,<br><br>        Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**UNITED STATES' NOTICE OF FILING UNSEALED AND REDACTED VERSIONS OF DKTS. 45-4 and 45-5** |

Pursuant to the Court's Order dated September 20, 2024 (Dkt. 339), Defendant United States lodges with the clerk updated redacted copies of Dkt. Nos. 45-4 (363-2)[1] and 45-5 (363-1).

Respectfully submitted this 26th day of September, 2024.

                          JESSE A. LASLOVICH
                          United States Attorney

---

[1] Only paragraphs 38 ii, vii, ix, and xi do not relate to any ongoing investigation. (*See* Dkt. 393 at 5:23–25.) More information will be provided to the Court with Defendants' update on or before September 30, 2024.

1
2
3
4
5

/s/ *Madison L. Mattioli*
MADISON L. MATTIOLI
ABBIE J.N. CZIOK
MARK STEGER SMITH
TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for Federal Defendants

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28