ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email:
    egalvan@rbgg.com
    kjanssen@rbgg.com
    aspiegel@rbgg.com
    lkhabbaz@rbgg.com

SUSAN M. BEATY (CA - 324048)
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

Attorneys for Plaintiffs

AMARIS MONTES* (MD - 2112150205)
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone:    (202) 455-4399
Email: amaris@rightsbehindbars.org


STEPHEN CHA-KIM* (NY - 4979357)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Email: stephen.cha-kim@arnoldporter.com

CARSON ANDERSON (CA - 317308)
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650.319.4500
Email: carson.anderson@arnoldporter.com

*Pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et. al.,<br><br>          Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

Pursuant to Fed. R. Civ. P. 6(b) and L.R. 6-1(b) and this Court's May 24, 2024 Order (ECF No. 310), Plaintiffs and Defendants (collectively, the "Parties"), by and through their undersigned counsel of record, have conferred and hereby stipulate as follows:

WHEREAS, pursuant to this Court's Order (ECF No. 310) regarding the case schedule, the

Parties agree to the following changes to the case schedule (all other dates remain unchanged):

| Event | Current Date | Proposed New Date |
|---|---|---|
| INITIAL DISCLOSURES | June 21, 2024 | |
| CASE MANAGEMENT CONFERENCE | September 9, 2024, at 2:00 p.m. | |
| SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION | n/a | November 29, 2024 |
| NON-EXPERT DISCOVERY CUTOFF: | October 31, 2024 | December 13, 2024 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: November 22, 2024<br><br>Rebuttal: December 20, 2024 | Opening: January 6, 2025<br><br>Rebuttal: January 31, 2025 |
| EXPERT DISCOVERY CUTOFF: | January 31, 2025 | February 14, 2025 |
| DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE FILED BY: | February 28, 2025 | |
| DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE HEARD, IF FILED | Tuesday, April 8, 2025, at 2:00 p.m. | |
| COMPLIANCE DEADLINE | Friday, May 30, 2025, at 9:01 a.m. | |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 23, 2025 | |
| PRETRIAL CONFERENCE: | Friday, June 6, 2025, at 9:30 a.m. | |
| TRIAL DATE: | Monday, June 23, 2025, at 8:00 a.m. for Jury Trial | |

JOINT STIPULATION RE CASE SCHEDULE                    4:23-cv-04155-YGR

WHEREAS, the Parties agree that this stipulation, except for the above, does not and will not alter the date of any event or any deadline already fixed by Court Order;

NOW THEREFORE, the Parties hereby stipulate and agree to the requested changes in the case schedule as set forth above.

IT IS SO STIPULATED.

DATED:  October 22, 2024            Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP
RIGHTS BEHIND BARS
ROSEN BIEN GALVAN & GRUNFELD LLP
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE


By:    /s/  Carson D. Anderson
      Carson D. Anderson

Attorneys for Plaintiffs


DATED:  October 22, 2024            Respectfully submitted,

JESSE A. LASLOVICH
United States Attorney


By:    /s/  Abbie Czoik
      Abbie Cziok

Assistant U.S. Attorney
Attorneys for Defendants


**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ Carson D. Anderson

3

JOINT STIPULATION RE CASE SCHEDULE                          4:23-cv-04155-YGR