ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email:
    egalvan@rbgg.com
    kjanssen@rbgg.com
    aspiegel@rbgg.com
    lkhabbaz@rbgg.com

SUSAN M. BEATY (CA - 324048)
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

AMARIS MONTES* (MD - 2112150205)
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone:     (202) 455-4399
Email: amaris@rightsbehindbars.org

STEPHEN CHA-KIM* (NY - 4979357)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Email: stephen.cha-kim@arnoldporter.com

CARSON ANDERSON (CA - 317308)
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650.319.4500
Email: carson.anderson@arnoldporter.com

*Pro hac vice

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et. al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **DECLARATION OF CARSON D. ANDERSON IN SUPPORT OF STIPULATION REGARDING CASE SCHEDULE** |

I, Carson Dean Anderson, hereby declare as follows based on my personal knowledge:

1.  I am an attorney admitted to practice law in the State of California (SBN 317308). I am a Senior Associate at the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Plaintiffs in the above captioned matter. I have personal knowledge of the facts stated in this declaration.

2.  The parties respectfully submit that good cause exists for the requested schedule changes to help facilitate ongoing settlement negotiations and because Defendants require until November 29, 2024, to substantially complete their document production.

3.  Previous Time Modifications: The parties have not previously requested an extension of time related to this Court's Order (ECF No. 310). However, there have been previous requests to modify the schedule in this case, including:

- A stipulation to extend the briefing schedule on Plaintiffs' motion for a preliminary injunction filed on September 8, 2023. ECF No. 21.

- A stipulation to extend the briefing schedule on Plaintiffs' motion for a preliminary injunction filed on October 18, 2023. ECF No. 34.

- A joint motion between Defendants and Intervenors to continue the intervention hearing filed on July 10, 2024. ECF No. 345.

4.  The parties further have agreed to the changes in the case schedule set forth below:

| Event | Current Date | Proposed New Date |
|---|---|---|
| INITIAL DISCLOSURES | June 21, 2024 | |
| CASE MANAGEMENT CONFERENCE | September 9, 2024, at 2:00 p.m. | |
| SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION | n/a | November 29, 2024 |
| NON-EXPERT DISCOVERY CUTOFF: | October 31, 2024 | December 13, 2024 |

| | | |
|---|---|---|
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: November 22, 2024<br><br>Rebuttal: December 20, 2024 | Opening: January 6, 2025<br><br>Rebuttal: January 31, 2025 |
| EXPERT DISCOVERY CUTOFF: | January 31, 2025 | February 14, 2025 |
| DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE FILED BY: | February 28, 2025 | |
| DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE HEARD, IF FILED | Tuesday, April 8, 2025, at 2:00 p.m. | |
| COMPLIANCE DEADLINE | Friday, May 30, 2025, at 9:01 a.m. | |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 23, 2025 | |
| PRETRIAL CONFERENCE: | Friday, June 6, 2025, at 9:30 a.m. | |
| TRIAL DATE: | Monday, June 23, 2025, at 8:00 a.m. for Jury Trial | |

5. This request for changes in the case schedule will not affect any other deadlines in the case schedule except those specifically addressed in the stipulation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 22, 2024, in Palo Alto, California.

ANDERSON DECL. ISO STIP RE CASE SCHEDULE                    4:23-cv-04155-YGR

DATED: October 22, 2024

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:     */s/ Carson D. Anderson*
        Carson D. Anderson

Attorney for Plaintiffs