UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et. al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> [PROPOSED] ORDER REGARDING CASE SCHEDULE |

# [PROPOSED] ORDER

The Court having considered the parties' Joint Stipulation Regarding the Case Schedule, finding good cause, hereby adopts the following changes to the case schedule:

| Event | Current Date | Proposed New Date |
|---|---|---|
| INITIAL DISCLOSURES | June 21, 2024 | n/a |
| CASE MANAGEMENT CONFERENCE | September 9, 2024, at 2:00 p.m. | n/a |
| SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION | n/a | November 29, 2024 |
| NON-EXPERT DISCOVERY CUTOFF: | October 31, 2024 | December 13, 2024 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: November 22, 2024<br><br>Rebuttal: December 20, 2024 | Opening: January 6, 2025<br><br>Rebuttal: January 31, 2025 |
| EXPERT DISCOVERY CUTOFF: | January 31, 2025 | February 14, 2025 |
| DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE FILED BY: | February 28, 2025 | |
| DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE HEARD, IF FILED | Tuesday, April 8, 2025, at 2:00 p.m. | |
| COMPLIANCE DEADLINE | Friday, May 30, 2025, at 9:01 a.m. | |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 23, 2025 | |
| PRETRIAL CONFERENCE: | Friday, June 6, 2025, at 9:30 a.m. | |
| TRIAL DATE: | Monday, June 23, 2025, at 8:00 a.m. for Jury Trial | |

1        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:   October 24, 2024

4                                                        _____
                                                         YVONNE GONZALEZ ROGERS
5                                                        UNITED STATES DISTRICT JUDGE