| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830<br>Email:           egalvan@rbgg.com<br>                      kjanssen@rbgg.com<br>                      aspiegel@rbgg.com<br>                      lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California  94612-4700<br>Telephone:   (510) 679-3674<br>Email:           susan@ccijustice.org | AMARIS MONTES*<br>  Md. Bar No. 2112150205<br>MIRIAM R. NEMETH*<br>  DC Bar No. 1028529<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C.  20001-0506<br>Telephone:   (202) 455-4399<br>Email:           amaris@rightsbehindbars.org<br>                      miriam@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM*<br>  N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone:   (212) 836-8000<br>Email:           stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone:   (650) 319-4500<br>Email:           carson.anderson@arnoldporter.com<br><br>* Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>            Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:      June 23, 2025 |

1  Pursuant to Civil Local Rules 79-5 and 7-10 of the Northern District of California
2  and the Court's direction, Plaintiffs file this motion requesting to file materials under seal.
3  The Ninth Circuit requires a good cause standard to seal documents related to non-
4  dispositive motions. *Kamakana v. City and Cnty of Honolulu*, 447 F.3d 1172, 1185-86.

5  Good cause exists for this request as these documents contain protected health
6  information pertaining to class members as well as other protected personally identifying
7  information related to class members. Declaration of Kara Janssen (Janssen Decl.) ¶ 2.
8  Federal Defendants take no position on this request. *Id.* ¶ 3.

9  WHEREFORE, Plaintiffs respectfully request that the Court grant this
10 Administrative Motion and enter the attached proposed order sealing Plaintiffs'
11 documents.

13 DATED: October 28, 2024    Respectfully submitted,

    ROSEN BIEN GALVAN & GRUNFELD LLP

    By: */s/ Kara J. Janssen*
        Kara J. Janssen

    Attorneys for Plaintiffs