1  ERNEST GALVAN – 196065
   KARA J. JANSSEN – 274762
2  ADRIENNE SPIEGEL – 330482
   LUMA KHABBAZ – 351492
3  ROSEN BIEN
   GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
5  Telephone:      (415) 433-6830
   Email:          egalvan@rbgg.com
6                  kjanssen@rbgg.com
                   aspiegel@rbgg.com
7                  lkhabbaz@rbgg.com

8  SUSAN M. BEATY – 324048
   CALIFORNIA COLLABORATIVE FOR
9  IMMIGRANT JUSTICE
   1999 Harrison Street, Suite 1800
10 Oakland, California  94612-4700
   Telephone:      (510) 679-3674
11 Email:          susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
MIRIAM R. NEMETH*
  DC Bar No. 1028529
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506
Telephone:      (202) 455-4399
Email:          amaris@rightsbehindbars.org
                miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:  (212) 836-8000
Email:          stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone:  (650) 319-4500
Email:          carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., | Case No. 4:23-cv-04155-YGR |
| Plaintiffs, | **DECLARATION OF KARA J. JANSSEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** |
| v. | |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., | Judge:     Hon. Yvonne Gonzalez Rogers |
| Defendants. | Trial Date:  June 23, 2025 |

[4595282.1]

Case No. 4:23-cv-04155-YGR

DECLARATION OF KARA J. JANSSEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

1    I, Kara J. Janssen, hereby declare as follows:

2    1.    I am an attorney duly admitted to practice before this Court.  I am Senior

3    Counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, and counsel of record for

4    the Plaintiffs and Proposed Class.  I have personal knowledge of the facts set forth herein,

5    and if called as a witness I could competently so testify.  I make this declaration in support

6    of Plaintiffs' Administrative Motion to File Materials Under Seal.

7    2.    Per the Court's Order, plaintiffs are filing its' Memorandum of In-Person

8    Legal Visits to FCI Waseca under seal, attached as Exhibit A. This document contains

9    class members' personal identifiable information including personal health information.

10    3.    I met and conferred with Counsel for Federal Defendants by phone on

11    October 28, 2024 and counsel stated that Federal Defendants take no position on this

12    request.

13    I declare under penalty of perjury under the laws of the State of California that the

14    foregoing is true and correct, and that this declaration is executed at San Francisco, CA

15    this 28th day of October, 2024.

16

17    By:  */s/ Kara J. Janssen*

18    Kara J. Janssen

19

20

21

22

23

24

25

26

27

28