MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: mbien@rbgg.com
egalvan@rbgg.com
kjanssen@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

AMARIS MONTES[*]
 Md. Bar No. 2112150205
MIRIAM R. NEMETH[*]
 DC Bar No. 1028529
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: amaris@rightsbehindbars.org
miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM[*]
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

[*] Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL RELATED DOCUMENTS TO SPECIAL MASTER CANDIDATES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: June 23, 2025 |

[4595323.1]   Case No. 4:23-cv-04155-YGR
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

1  The Court having considered Plaintiffs' Administrative Motion to File Materials
2  Under Seal and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's
3  Administrative Motion is GRANTED and the materials shall be filed under seal in
4  accordance with Civil Local Rule 79-5.
5
6  IT IS SO ORDERED.
7
8  DATED: _____, 2024
9  _____
   Honorable Yvonne Gonzalez Rogers
   United States District Judge