UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 23-cv-04155-YGR (AGT) <br><br> **SCHEDULING ORDER ON MOTION TO COMPEL DISCOVERY** <br><br> Re: Dkt. No. 416 |

On October 23, 2024, John Russell Bellhouse, an in-custody pro se defendant, filed a motion to compel the Government to produce documents requested under FOIA. *See* Dkt. 416. Discovery disputes usually must be raised by joint statement, not by motion. *See* AGT Civil Standing Order § VII.B. But because Bellhouse is in custody and appearing pro se, the Court will allow his discovery dispute to be raised as a noticed motion.

The Government must file its response to Bellhouse's motion to compel by November 6, 2024. If Bellhouse chooses to file a reply, he must file it by November 13, 2024. These deadlines are consistent with the Court's Local Rules, *see* Civil L.R. 7-3, and supersede the deadlines set by Bellhouse in CM/ECF.

**IT IS SO ORDERED.**

Dated: October 28, 2024

Alex G. Tse
United States Magistrate Judge