## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-04155-YGR (JCS)

**Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons

**Date:** October 30, 2024         **Time:** 3 H 45 M

**Deputy Clerk:** Karen Hom        **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Ernest Galvan, Kara Janssen, Amaris Montes, Miriam Nemeth
**Attorney for Defendant:** Madison Mattioli, Mark Smith, Tim Tatarka, Abbie Cziok for USA; Rob France, Kristi Sutton for US Bureau of Prisons.

## ZOOM PROCEEDINGS

( )    Zoom Settlement Conference

    ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

(X)    Further Zoom Settlement Conference - Held

    ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

( )    Zoom Scheduling Conference to set Settlement Conference

**Notes:**
All parties must bring decision makers with <u>unlimited authority</u> to settle the case to the settlement conferences.
Parties shall have further settlement discussions, by Zoom, at least 3 times before the 11/14/2024 settlement conference.
Further settlement conference set **for11/14/2024 at 10:00 AM by Zoom Meeting**. Updated statements due **11/8/2024.**
Further settlement conference set for **11/21/2024 at 10:0 AM by Zoom Meeting**.