ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:     (415) 433-6830
Email:          egalvan@rbgg.com
                kjanssen@rbgg.com
                aspiegel@rbgg.com
                lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone:     (510) 679-3674
Email:          susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
MIRIAM R. NEMETH*
  DC Bar No. 1028529
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone:     (202) 455-4399
Email:          amaris@rightsbehindbars.org
                miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:     (212) 836-8000
Email:          stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone:  (650) 319-4500
Email:          carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** <br><br> Judge:     Hon. Yvonne Gonzalez Rogers <br><br> Trial Date:     June 23, 2025 |

[4596326.1]

1    Pursuant to Civil Local Rules 79-5 and 7-10 of the Northern District of California

2  and the Court's direction, Plaintiffs file this motion requesting to file materials under seal.

3  The Ninth Circuit requires a good cause standard to seal documents related to non-

4  dispositive motions. *Kamakana v. City and Cnty of Honolulu*, 447 F.3d 1172, 1185-86.

5    Good cause exists for this request as these documents contain protected health

6  information pertaining to class members as well as other protected personally identifying

7  information related to class members. Declaration of Kara Janssen (Janssen Decl.) ¶ 2.

8  Federal Defendants take no position on this request. *Id.* ¶ 3.

9    WHEREFORE, Plaintiffs respectfully request that the Court grant this

10 Administrative Motion and enter the attached proposed order sealing Plaintiffs'

11 documents.

12

13 DATED: November 4, 2024         Respectfully submitted,

14                                 ROSEN BIEN GALVAN & GRUNFELD LLP

15                                 By: */s/ Kara J. Janssen*

16                                     Kara J. Janssen

17                                 Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28