| | |
|---|---|
| ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: egalvan@rbgg.com<br>kjanssen@rbgg.com<br>aspiegel@rbgg.com<br>lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | AMARIS MONTES[*]<br>  Md. Bar No. 2112150205<br>MIRIAM R. NEMETH*<br>  DC Bar No. 1028529<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: amaris@rightsbehindbars.org<br>miriam@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM[*]<br>  N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500<br>Email: carson.anderson@arnoldporter.com<br><br>[*] Admitted *pro hac vice* |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>　　　　　Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**DECLARATION OF KARA J. JANSSEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: June 23, 2025 |

I, Kara J. Janssen, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am Senior Counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, and counsel of record for the Plaintiffs and Proposed Class. I have personal knowledge of the facts set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Administrative Motion to File Materials Under Seal.

2. Per the Court's Order, plaintiffs are filing its' Memorandum on In-Person Legal Visits to FCI Aliceville under seal, attached as Exhibit A. This document contains class members' personal identifiable information including personal health information.

3. I met and conferred with Counsel for Federal Defendants by phone on October 28, 2024 and counsel stated that Federal Defendants take no position on this request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, CA this 4th day of November, 2024.

By: */s/ Kara J. Janssen*
     Kara J. Janssen