ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:     (415) 433-6830
Email:          egalvan@rbgg.com
                kjanssen@rbgg.com
                aspiegel@rbgg.com
                lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone:     (510) 679-3674
Email:          susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
MIRIAM R. NEMETH*
  DC Bar No. 1028529
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone:     (202) 455-4399
Email: amaris@rightsbehindbars.org
        miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:     (212) 836-8000
Email:          stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone:     (650) 319-4500
Email:          carson.anderson@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** <br><br> Judge:   Hon. Yvonne Gonzalez Rogers <br><br> Trial Date:     June 23, 2025 |

The Court having considered Plaintiffs' Administrative Motion to File Materials Under Seal and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion is GRANTED and the materials shall be filed under seal in accordance with Civil Local Rule 79-5.

IT IS SO ORDERED.

DATED: _____, 2024

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL