JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
          (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
          abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
          (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
          timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et. al.,<br><br>        Plaintiffs<br><br>      v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS; et. al.,<br><br>        Defendants. | CASE NO. 4:23-CV-04155-YGR<br><br>**DECLARATION OF MADISON L. MATTIOLI IN SUPPORT OF UNITED STATES' RESPONSE TO BELLHOUSE MOTION TO COMPEL**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:   June 23, 2025 |

I, MADISON L. MATTIOLI, declare as follows:

1. My name is Madison Mattioli, and I am an attorney of record in the above captioned case representing Federal Defendants and Defendant United States of America. I have personal knowledge of the facts set forth herein and if called as a witness I could competently so testify. I make this declaration in support of the United States' Response to John R. Bellhouse's Motion to Compel.

2. I personally contacted John Russell Bellhouse by telephone through his Unit Manager at the Federal Correctional Institution in Oakdale, LA, on November 1, 2024.

3. I informed Bellhouse that discovery in his active civil cases has been stayed since their respective dates of filing through the current date, and that it was recently extended via sealed Order through

the end of November.

4.  Bellhouse expressed concern that he could not follow his cases because he believed he had not been served with copies of any filings or Orders and does not have PACER access in prison.

5.  I explained to Bellhouse that the only case in which discovery has not been stayed is the injunctive class action, a case in which he is not an active participant. Because of this, he has not been served with copies of filings in that action.

6.  I offered to mail to him the docket sheets from each of his active civil cases so he could review the activity.

7.  Additionally, I offered to ascertain and provide him with updates on his FOIA requests to the Federal Bureau of Investigation (FBI) and the Bureau of Prisons (BOP).

8.  On November 4, 2024, I received an email from AUSA Patrick J. Conti containing two attachments sent to him from FBI Assistant General Counsel Emily K. Prestopnik. A true and accurate copy of these attachments are included as Exhibits A and B, respecitvely.

9.  On October 30, 2024, I received an email from BOP Attorney Advisor Kristi Sutton containing an attachment sent to her from BOP FOIA Public Liaison, Kara Christenson. A true and accurate copy of this attachment is included as Exhibit C.

10. On November 5, 2024, I received an email from BOP FOIA Public Liaison, Kara Christenson containing one attachment. A true and accurate copy of this attachment is included as Exhibit D.

11. In light of the foregoing information I provided to Bellhouse, he indicated that he did not oppose the government's request to stay consideration of his motion to compel until the stay of the cases has been lifted.

12. If the issue remains live once the stay of the cases has been lifted, the parties agreed to file a joint statement in accordance with this Court's Civil Standing Order.

13. I contacted Bellhouse's Unit Manager at the Federal Correctional Institution in Oakdale, LA, and asked that Bellhouse be provided a copy of the United States' Response to his Motion to Compel to review and sign.

14. Bellhouse's Unit Manager returned a signature page with Bellhouse's signature to me via email on November 5, 2024.

15. These documents were mailed along with all copies of the United States' Response to Bellhouse's Motion to Compel to Bellhouse at the FCI in Oakdale, LA, via First Class Mail on November 6, 2024, marked LEGAL MAIL OPEN ONLY IN PRESENCE OF INMATE.

   I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 6th day of November 2024, at Helena, MT.

                    By:    /s/ Madison L. Mattioli
                           MADISON L. MATTIOLI
                           Assistant United States Attorney