FREEDOM OF INFORMATION & PRIVACY ACT REQUEST (5.USC 552)

DATE: 05/14/2024

TO: FBI

RECEIVED MAY 23 2024

PLEASE NOTE: I do (not) have internet access or access to a virtual FOIA reading room.

~~I REQUEST a printed paper copy of the following published~~ JRB

I REQUEST A COPY OF ANY/ALL INFORMATION ON FILE PERTAINING TO MYSELF, AND TO THE FBI CRIMINAL INVESTIGATION INTO THE FEDERAL CORRECTIONAL INSTITUTION (FCI DUBLIN) DUBLIN WOMENS PRISON IN DUBLIN, CA 94568, ANY/ALL FORM 302 INTERVIEWS CONCERNING THE INVESTIGATION INTO MYSELF AND OTHERS, WHICH LED TO MY CRIMINAL CONVICTION. BELOW IS MY PERSONAL INFORMATION:

DOB: 11/16/1982, USMS NUMBER 76806-509, SSN# 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

IF ADDITIONAL INFORMATION IS REQUIRED, PLEASE CONTACT ME AT THE ADDRESS BELOW:

⇨76806-509⇦
John Bellhouse
Federal Correctional Institution
P.O. BOX 5000
Oakdale, LA 71463-5000
United States

THANK YOU IN ADVANCE FOR YOUR TIME AND CONSIDERATION OF MY REQUEST.

I REQUEST a fee waiver as this information is needed in regard to an educational research project involving your agency; and this request has no commercial value.

The Act permits your agency to waive fees when the release of the information concerns the "operations/activities of the government" and is likely to contribute to an understanding of government operations/activities, will contribute to the public at large & is "significant" to society at large & meets the requirements of Title 6 C.F.R., Chapter 1, Part 5 §5.11(k) (1,2,3,4)

In the event the fee waiver is denied, I would request the first two hours research time & first 100 pages be provided for free. I do not want to pay any fees at all.

Also Note, if the timeperiod to respond exceeds the 20 days your agency has to respond, the 100 page, 2 hr limit is WAIVED and you must provide copies of ALL documents related to this request. (see FOIA Regulations 5 §552 (4) (a)(viii)(II)

Kind Regards,    John Russell Bellhouse
                 /s/ John Russell Bellhouse

≈76806-509≈
John Bellhouse
Federal Correctional Institution
P.O. BOX 5000
Oakdale, LA 71463-5000
United States

SHREVEPORT LA 710
15 MAY 2024 PM 3 L

FBJ - CRC

OPENED AND INSPECTED
MAY 20 2024

FBI - FOIA REQUEST
200 CONSTITUTION DR.
WINCHESTER, VA 22602-4843

22602-469300

