FREEDOM OF INFORMATION & PRIVACY ACT REQUEST (5 USC 552)

DATE: 06/10/2024

TO: Bureau of Prisons FOIA Section

PLEASE NOTE: I do (not) have internet access or access to a virtual FOIA reading room.

I REQUEST a printed paper copy of the following published:

1.) COPY OF ANY/ALL TORT CLAIMS (FTCA) THAT WERE FILED AGAINST ME DURING THE PERIOD OF: 06/01/2018 TO CURRENT DATE, 2024.

2.) COPY OF ALL SPECIAL INVESTIGATIVE SERVICES (S.I.S.) INVESTIGATION REPORTS AND MEMORANDUMS CONCERNING MYSELF, FROM THE SAME TIME PERIOD AS LISTED ABOVE.

3.) COPY OF ALL GROUPWISE EMAILS CONCERNING MYSELF FROM THE SAME TIME PERIOD AS LISTED ABOVE.

THE ITEMS REQUESTED ABOVE CONCERN THE ENTIRE TIME PERIOD OF MY EMPLOYMENT AS ENVIRONMENTAL AND SAFETY COMPLIANCE ADMINISTRATOR AT THE FEDERAL CORRECTIONAL INSTITUTION IN DUBLIN, CALIFORNIA. (FCI DUBLIN) 06/01/2018 TO CURRENT DATE, 2024.

I RESPECTFULLY REQUEST THESE DOCUMENTS IN AN EXPIDITED MANNER, AS I AM CURRENTLY WORKING 8 ACTIVE CIVIL CASES AND ONE CRIMINAL CASE APPEAL, I WILL BE USING THESE DOCUMENTS FOR MY LEGAL DEFENSE.

I HEREBY WAIVE THE 20 DAY RESPONSE TIME, AND WILL ACCEPT THE 30 DAY TIME PERIOD, FOR RESPONSE PER FOIA REGULATIONS.

I REQUEST a fee waiver as this information is needed in regard to an educational research project involving your agency and this request has no commercial value.

The Act permits your agency to waive fees when the release of the information concerns the "operations/activities of the government," and is likely to contribute to an understanding of government operations/activities, will contribute to the public at large & is "significant" to society at large & meets the requirements of Title 6 C.F.R., Chapter 1, Part 5 §5.11(k) (1,2,3,4)

In the event the fee waiver is denied, I would request the first two hours research time & first 100 pages be provided for free. I do not want to pay any fees at all.

RECEIVED
JUN 2 4 2024
FOIA/PA Section
Federal Bureau of Prisons

Also Note, if the timeperiod to respond exceeds the 20 days your agency has to respond, the 100 page, 2 hr limit is WAIVED and you must provide copies of ALL documents related to this request. (see FOIA Regulations 5 §552 (4) (a) (viii)(II)

CERTIFIED MAIL NUMBER 7020 1810 0000 1729 6822

Kind Regards,

*John R. Bellhouse*

JOHN R. BELLHOUSE

JOHN R. BELLHOUSE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463-5000

John R. Bellhouse # 76896-509
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463-5000

RECEIVED
JUN 24 2024
FOIA/PA Section
Federal Bureau of Prisons

936

**CERTIFIED MAIL**

7020 1810 0000 1729 6822

SHREVEPORT LA
11 JUN 2024






Bureau of Prisons
FOIA Section
320 1st Ave. NW
Washington, D.C. 20534






20534-