

**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC  20534*

June 28, 2024

John Bellhouse #76806-509
FCI Oakdale I
PO Box 5000
Oakdale, LA  71463

Dear John Bellhouse:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of your request is attached to help you keep track of your request more easily.

| | |
|---|---|
| FOIA/PA Request Number: | 2024-04299 |
| Processing Office: | CO |

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. We assigned your request to the complex track and placed it in chronological order according to the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office and will require significant time to review. Because of these unusual circumstances, we extended the time limit to respond to your request for the ten additional days provided by the statute. Processing complex requests may take up to nine months. In accordance with 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will decide whether to grant your request after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, please feel free to contact the Central Office or the BOP's FOIA Public Liaison, Ms. Kara Christenson, at: (202) 616-7750 (phone) or 320 First Street NW, Room 924, Washington, DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road (OGIS), College Park, MD 20740; ogis@nara.gov; (202) 741-5770 (phone); (877) 684-6448 (toll free); or (202) 741-5769 (fax).

Sincerely,

*S. Arellano* (signature)

S. Arellano, for
Eugene E. Baime, Supervisory Attorney

FREEDOM OF INFORMATION & PRIVACY ACT REQUEST (5.USC 552)

DATE: 06/10/2024

TO: Bureau of Prisons FOIA Section

PLEASE NOTE: I do (not) have Internet access or access to a virtual FOIA reading room.

I REQUEST a printed paper copy of the following published:

1.) COPY OF ANY/ALL TORT CLAIMS (FTCA) THAT WERE FILED AGAINST ME DURING THE PERIOD OF: 06/01/2018 TO CURRENT DATE, 2024.

2.) COPY OF ALL SPECIAL INVESTIGATIVE SERVICES (S.I.S.) INVESTIGATION REPORTS AND MEMORANDUMS CONCERNING MYSELF, FROM THE SAME TIME PERIOD AS LISTED ABOVE.

3.) COPY OF ALL GROUPWISE EMAILS CONCERNING MYSELF FROM THE SAME TIME PERIOD AS LISTED ABOVE.

THE ITEMS REQUESTED ABOVE CONCERN THE ENTIRE TIME PERIOD OF MY EMPLOYMENT AS ENVIRONMENTAL AND SAFETY COMPLIANCE ADMINISTRATOR AT THE FEDERAL CORRECTIONAL INSTITUTION IN DUBLIN, CALIFORNIA. (FCI DUBLIN) 06/01/2018 TO CURRENT DATE, 2024.

I RESPECTFULLY REQUEST THESE DOCUMENTS IN AN EXPIDITED MANNER, AS I AM CURRENTLY WORKING 8 ACTIVE CIVIL CASES AND ONE CRIMINAL CASE APPEAL, I WILL BE USING THESE DOCUMENTS FOR MY LEGAL DEFENSE.

I HEREBY WAIVE THE 20 DAY RESPONSE TIME, AND WILL ACCEPT THE 30 DAY TIME PERIOD, FOR RESPONSE PER FOIA REGULATIONS.

I REQUEST a fee waiver as this information is needed in regard to an educational research project involving your agency and this request has no commercial value.

The Act permits your agency to waive fees when the release of the information concerns the "operations/activities of the government," and is likely to contribute to an understanding of government operations/activities, will contribute to the public at large & is "significant" to society at large & meets the requirements of Title 6.C.F.R. Chapter 1, Part 5 §5.11(k)(1,2,3,4)

In the event the fee waiver is denied, I would request the first two hours research time & first 100 pages be provided for free. I do not want to pay any fees at all.

RECEIVED
JUN 2 4 2024
FOIA/PA Section
Federal Bureau of Prisons

CERTIFIED MAIL NUMBER
7020 1810 0000 1729 6822

Also Note, if the timeperiod to respond exceeds the 20 days your agency has to respond, the 100 page, 2 hr limit is WAIVED and you must provide copies of ALL documents related to this request. (see FOIA Regulations 5 §552 (4) (a)(viii)(II)

Kind Regards,

*John R. Bellhouse*

JOHN R. BELLHOUSE

JOHN R. BELLHOUSE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463-5000