UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 23-cv-04155-YGR (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 416 |

The Court denies without prejudice John Russell Bellhouse's motion to compel the Government to produce documents requested under FOIA. *See* Dkt. 416. Formal litigation is currently stayed in all FCI Dublin damages cases, including in all cases in which Bellhouse has been named as a defendant. *See* Case No. 22-cv-05137-YGR, Dkt. 256.

After the stay has been lifted, if the issues raised in Bellhouse's motion remain live, the parties shall file a joint statement in which they address their dispute. *See* AGT Civil Standing Order § VII.B.

**IT IS SO ORDERED.**

Dated: November 8, 2024

Alex G. Tse
United States Magistrate Judge