UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-04155-YGR (JCS)

**Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons

**Date:** November 14, 2024   **Time:** 8 H

**Deputy Clerk:** Karen Hom   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Ernest Galvan, Kara Janssen, Amaris Montes, Miriam Nemeth, Susan Beatty
**Attorney for Defendant:** Madison Mattioli, Jesse Laslovich, Mark Smith, Tim Tatarka, Abbie Cziok for USA; William Lothrop, Deputy Director, Rob France, Kristi Sutton for US Bureau of Prisons.

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

(X)   Further Zoom Settlement Conference - Held

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

**Notes:**   Parties to continue negotiations before the next settlement conference scheduled for **11/21/2024 at 10:00 AM (by Zoom Meeting)**, including at least two Zoom sessions.

Updated draft to be submitted to jcssettlement@cand.uscourts.gov **by Noon on 11/20/2024.**