**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-04155-YGR

**Case Name:** California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons

**Date:** November 21, 2024     **Time:** 10 H. 45 M

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Ernest Galvan, Susan Beatty, Amaris Montes, Adrienne Speigel
**Attorney for Defendant:** Madison Mattioli, Jesse Laslovich by phone, Mark Smith, Tim Tatarka and Abbie Cziok for USA. William Lothrop, Deputy Director, Kristi Sutton, Rob France by phone, for BOP

## ZOOM PROCEEDINGS

( )   Settlement Conference by Zoom - Held

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

(X)   Further Settlement Conference by Zoom - Held

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

**Notes:** Status Conference, counsel only, set for Wednesday, 12/11/2024 at 1:00 PM by Zoom Meeting. Zoom Meeting ID: 161 664 4640. Passcode: 841312.

Parties in attendance:
In-custody named Plaintiffs: Sheilla Linares, Roberta Bell, Angie Hernandez-Rivera.
Out of custody named Plaintiffs: Griselda Muniz, Loren Tooele, Allexxis Sith, Jacquie Moore.
Organizational Plaintiff CCWP: Jane Courant, Emily Shapiro, Gail Kendall, Diana Block.