TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO:
SUBJECT: Civil Case No: 4:24-cv-07170-KAW
DATE: 11/19/2024 11:33:29 AM

FILED
NOV 25 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

RE: DISMISSAL OF ACTION NO: 24-cv-07166-SVK

DATE: 11/13/2024

This notice is to inform this Honorable Court for the DISMISSAL of the above referenced civil case. This MOTION 1983 was intended to be added to the Class Action Suit "California Coalition for Women Prisoners, et al. vs. United States", Case No: 4-23-cv-4155-YGR, of which I am a class member/plaintiff under the authority of the Honorable Judge Gonzalez Rogers. I am no longer in the California jurisdiction as I have been transferred from Dublin, California to Pekin, Illinois in April, 2024. My Motion 1983 was previously emailed to the Special Master, Wendy Still, on October 3rd, 2024. The Special Master has been appointed on behalf of the class action suit to watch over all of the Dublin class members. Copies of my Motion 1983 via previous emails to Special Master Wendy Still/Judge Gonzalez Rogers are attached. This Motion 1983 was never intended to be submitted and filed as its own or as a new separate civil action. My current jurisdiction is in Illinois and I have already filed a Motion 2241 to the Court.

Therefore, because I did NOT INTEND to file a new civil action, please dismiss this case and DO NOT CHARGE ME the court filing fees.

Thank you.

_Theresa Anne Chabot_     11-18-24
Theresa Anne Chabot       Date

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/03/2024 03:47:59 PM

To: Ms. Wendy Still/Judge Gonzales Rogers
Inmate Work Assignment: orderly

Theresa Anne Chabot
Plaintiff

V

United States of America
Federal Bureau of Prisons
Warden of Satellite Prison Camp of Dublin
Defendants

42 U.S.C. SECTION 1983 Complaint

(Part 1)

I. INTRODUCTION

I, Theresa Anne Chabot, ("Petitioner") formerly a federal prisoner at Dublin Satellite Prison Camp ("Dublin") and now currently incarcerated at FPC Pekin ('Pekin") proceeding pro se, hereby requests the injunctive relief of immediate release to home confinement pursuant to Title 42, United States Code Section 1983, which is essential to Petitioner's health and safety, and is her sole remedy for the Eighth Amendment constitutional violations committed against her, under color of law, by federal officials and staff at both Dublin and Pekin. These constitutional violations include the trauma and torture inflicted during transport from Dublin, the unwarranted 54 days punishment in the SHU, retaliation, and lack of adequate medical and mental healthcare.

II. SALIENT FACTS

A: Medical

I have had a major stroke stemmed from a dissected carotid artery. I was informed in September 2023 by Dublin medical staff that my kidneys are at 60%. I have severe swelling, bruising, and pain in my legs. Medical staff, Fisch, stated that she doesn't know where to start and instead of sending me to a specialist, she did absolutely nothing. I endure severe pain in my neck, debilitating migraines, abdominal pain and back pain. I have never been furloughed to a neurologist, whom I see at home 3-4 times per year. I have not once received proper medical treatment or medications needed. On our transport from Dublin to Pekin, I wasn't even able to get ibuprofen for my headaches.

B: TRANSPORTS
Petitioner, along with other victims from Dublin's camp, were tightly shackled, shoved, yelled at by officers during the transports for reporting sexual abuse occurring at Dublin. These women were also physically humiliated as the were "thoroughly" strip searched numerous times, ridiculed, and denied feminine hygiene products and toilet paper (at least four women defecated on themselves and one bled through her pants and had to endure a twelve hour bus ride sitting in her own blood). All of these women, including Petitioner, were subjected to excessively erratic driving, freezing temperatures, loud sexually explicit music played non-stop by the guards, and constant verbal attacks.

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/03/2024 06:44:51 PM

To: Ms. Wendy Still/Judge Gonzales Rogers
Inmate Work Assignment: orderly

(Part 2)

The guards would say such things as "You Dublin bitches are getting what you deserve; Shut up and quit crying you cunts, etc." One elderly lady who was handicapped slid off of her seat onto the floor due to the rough driving on the bus and the guards made the other women leave her there for hours and she ended up defecating herself.

C: Pekin Issues/Retaliating Actions
Pekin has been nicknamed "Dublin 2.0" due to the unsafe conditions. For instance, the institution must have adequate number of trained Correctional Officers and necessary licensed medical staff to ensure the safety and provisions of medical services for those held in the custody of the BOP, as provided in 18 U.S.C. 4042(a)(2). Additionally, the institution must have an adequate number of trained psychologists to accurately serve the correctly-assessed mental health needs of the inmate population, especially the victims of trauma and sexual abuse from Dublin.

There is no trauma care nor any counseling for the victims of the traumatic transport. There is no trauma care for those who have endured the SHU, where severe mistreatment by staff is used, not excluding the fact that you are locked in a room for 24 hours a day. There is no doctor on staff nor a Clinical Director. There is a nurse present only from 6am to 7 am to hand out pills and do the MAT clinic. There is no one else present until around 1pm when a pharmacy tech shows up to do afternoon pill line. Just recently, there has been no sick calls for eight straight days. I, myself, have submitted several sick calls only to be ignored.

There has been a number of retaliatory actions taken by Pekin staff towards the Dublin women including the following: Locker searches for no reason; threatened with loss of Good Time Credits and/or First Step Act Earned Time Credits; denial of Second Chance Act and not given appropriate halfway house/home confinement time; no legal call access; no Notary Public access; emails blocked or deleted; regular mail and legal mail withheld; and some legal mail opened by staff or returned to sender; deterred from filing administrative remedies; denied ability to utilize BP-199's to pay court filing fees (for 2241's, for instance); pictures and religious books returned to the sender; served expired, bug-ridden, moldy food and lately, not being given enough food to eat because the staff claims they are out of money.

III: LEGAL ANALYSIS

In light of the foregoing, Petitioner respectfully refers to the Honorable Judge Gonzales Rogers' Order dated March 15, 2024, with the following simply used as reference points:

Prison officials are also "duty bound" to "ensure that inmates receive adequate food, clothing, shelter, and medical care, and must take reasonable measures to guarantee the safety of the inmates." Farmer, 511 U.S.@832. In fact, "[i]t is well established that the deprivation of constitutional rights, including lack of adequate medical care, 'unquestionably constitutes irreparable injury.' Melendres v. Arpaio, 695 F.3d 990, 1002 (9th Cir.2012) (quoting Elrod v. Burns, 427 U.S.347, 373 (1976))
-----CHABOT, THERESA ANNE on 10/3/2024 3:47 PM wrote:

>

Theresa Anne Chabot
Plaintiff

V

United States of America
Federal Bureau of Prisons
Warden of Satellite Prison Camp of Dublin
Defendants

42 U.S.C. SECTION 1983 Complaint

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/03/2024 07:38:10 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

(Part 3)

Prison officials acknowledge that lack of staffing, along with other systemic deficiencies, left Dublin, and now Pekin, incapable of providing constitutionally adequate medical and mental health care, therefore resulting in prison conditions that amount to unnecessary and wanton infliction of pain, and that courts can be informed by the psychological trauma carried out by a particular incarcerated population. Jordan v. Gardner, 986 F.2d 1521, 1525, 1528 (9th Cir. 1993)(quoting Whitley v. Albers, 475 U. S. 312, 319 (1986).

IV: CONCLUSION

As stated in the Honorable Judge Gonzales Rogers' above-referenced Order, Page 42, "...(t) the court finds that plaintiffs are likely to succeed in their Eight Amendment claims for the risk of sexual abuse and serious medical neglect, along with their First Amendment claim that they face on-going risk of retaliation." Therefore, Petitioner respectfully requests that this Court grant her the injunctive relief of immediate release to home confinement, pursuant to 42 U.S.C. Section 1983.

V. VERIFICATION

I have read the foregoing petition and hereby verify that the matters are true and correct to the best of my ability. Executed at Pekin, Illinois on this 3rd day of October, 2024.

Theresa Anne Chabot
-----CHABOT, THERESA ANNE on 10/3/2024 6:44 PM wrote:

>

(Part 2)

The guards would say such things as "You Dublin bitches are getting what you deserve; Shut up and quit crying you cunts, etc." One elderly lady who was handicapped slid off of her seat onto the floor due to the rough driving on the bus and the guards made the other women leave her there for hours and she ended up defecating herself.

C: Pekin Issues/Retaliating Actions
Pekin has been nicknamed "Dublin 2.0" due to the unsafe conditions. For instance, the institution must have adequate number of trained Correctional Officers and necessary licensed medical staff to ensure the safety and provisions of medical services for those held in the custody of the BOP, as provided in 18 U.S.C. 4042(a)(2). Additionally, the institution must have an adequate number of trained psychologists to accurately serve the correctly-assessed mental health needs of the inmate population, especially the victims of trauma and sexual abuse from Dublin.

There is no trauma care nor any counseling for the victims of the traumatic transport. There is no trauma care for those who have endured the SHU, where severe mistreatment by staff is used, not excluding the fact that you are locked in a room for 24 hours a day. There is no doctor on staff nor a Clinical Director. There is a nurse present only from 6am to 7 am to hand out pills and do the MAT clinic. There is no one else present until around 1pm when a pharmacy tech shows up to do afternoon pill line. Just recently, there has been no sick calls for eight straight days. I, myself, have submitted several sick calls only to be ignored.

There has been a number of retaliatory actions taken by Pekin staff towards the Dublin women including the following: Locker searches for no reason; threatened with loss of Good Time Credits and/or First Step Act Earned Time Credits; denial of Second Chance Act and not given appropriate halfway house/home confinement time; no legal call access; no Notary Public access; emails blocked or deleted; regular mail and legal mail withheld; and some legal mail opened by staff or returned to sender; deterred from filing administrative remedies; denied ability to utilize BP-199's to pay court filing fees (for 2241's, for instance); pictures and religious books returned to the sender; served expired, bug-ridden, moldy food and lately, not being given enough food to eat because the staff claims they are out of money.

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 08/29/2024 09:46:26 AM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good morning, Ms. Still. A group of us women from Dublin have been called to psychology to check back around with us to see if we are interested in FIT in Greenville. This is absolutely proposterous. Ms. Richardson, SIA here, stated that there is only a 7% success rate in FIT. This only annoys me. The BOP caused the trauma, yet they want to send us to a BOP trauma group therapy? That is such a joke! This is the first time in 4 months that they've bothered asking me as it is. The solution to trauma therapy is sending us home and getting us out of the hands of BOP cruelty.

I have plenty of trauma also being held in the SHU for 54 days even though the staff knew that I was innocent as soon as they put me in the SHU. What they've done to us mentally through the closure of the camp is not acceptable. We deserve to go home. Please help us.

Have a wonderful day. We appreciate your standing with us.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 09/06/2024 08:54:37 AM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good morning, Ms. Still.

The BOP has started front loading only some of the FSA credits. So far not one of us from Dublin has been selected. In fact, my BOP date on the website now shows 11-23-26. I was at 12-08-26 at the beginning of May. I am missing about 2 months of FSA, plus the 4 months that I was in a federal holding center waiting to be transferred to BOP ground and my recent unnecessary 6 week writ. The BOP is determined to retaliate against us in every way possible. This also includes the staff here. Our mail is not being sent out and we aren't receiving a lot of our mail. A letter that was sent to me 2 months ago still hasn't been received. The staff is informing the new campers to stay away from us Dublin campers because we are trouble.

There are a lot of substandard conditions here-the same as Dublin. It feels like Dublin Part 2. We have mold (even in the kitchen), severe leaks when it rains, expired food, parasites in the food warehouse where the larvae in the kitchen comes from. The tofu has been expired since 04-23 yet they're still serving it in the kitchen. We have no doctor and no medical on site 24 hours. The guards send women back to their rooms even when it's serious. Specialist and surgery appointments aren't being made for years. We have no psychological care, no programming, vision, or dental. Dental only pulls teeth-not fixing them. So when you have a tooth that needs to be repaired such as myself, I'm only allowed to get it pulled. I have 4 broken teeth now and there is nothing I can do until I get home. If you need glasses, they'll eventually set an appointment with an optometrist then you send the prescription to your family to buy your glasses and send them here for you. They are not providing the glasses.

Now the psychologist has been calling everyone to his office to see if they're interested in going to FIT, even if they don't qualify for it. That only has a 7% success rate and only relates to drugs and trauma. You don't qualify if you don't have a drug problem.

We Dublin campers have been through plenty of trauma and need to go home on home confinement. I experienced 54 days in the SHU for a false accusation that both staff and inmates all knew, yet they said it was part of the process without proper investigation. That has created horrible trauma for me that will always remain with me. Then add the chaotic closing of Dublin and mistreatment. Why are we still here? The BOP doesn't care about our welfare, they only look at us as $ in their pocket. We are the slaves that run the camps. Camps were originally designed for campers to work in the community, not just as slave labor and numbers.

What do we do all day? Crochet, make cards, bead, walk circles around the track, and watch TV. We can do that at home and stimulate our brains. I forget so much now. Cognitivity definitely worsens here. We need to be home where we can get proper medical and psychological care that we don't get and never will get in BOP. Please get us home. We desperately need your help.

Thank you for all that you do. We know how hard you are working to help us.

Have a great weekend.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

----------------------------------------------------------------------------------------------------

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 09/10/2024 07:09:01 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good evening, Ms. Still.

I hope you are receiving our emails. It is difficult to know with the BOP.

The BOP is still not correctly allotting our FSA. I'm proof of that. In a 4 month period minus my 6 week writ-they've given me only 15 days. In the year in BOP custody (Dublin & Pekin) I've only received 3.5 months of FSA. That is not including my 6 months in county (federal holding center) that the BOP owes me FSA.

The staff here are now retaliating and pulling FSA credits from AIC's. It has happened more than once here, and will continue. The special coordinator has been pulling FSA quite often which is against FSA policy. If anyone questions the authority of the staff, they will be sent to the SHU (MCC Chicago). This just happened today. The case managers are not giving proper SCA either. In many instances, AIC's are not receiving it at all. Many women are still here even though they are qualified for release, home confinement, or halfway house with the frontloaded FSA.

We Dublin campers still suffer without any relief. We still have 2 PREA victims here, plus the rest of us who have been mistreated by the BOP. There is no psychological or medical care here for us, just like Dublin. We have no support whatsoever here and need to go home where we can get proper care and support.

There is no drug treatment for these women either. One of our Dublin campers quite often asked for help here, but never received. It took her overdosing and being sent to MCC Chicago to get drug treatment. Drug treatment in the BOP is the MAT program which keeps these women addicted to drugs. When they go home they will need to get more drug treatment to get off of cyboxin.

There is no programming that is helpful in creating skills for these women. I've listened to many women who have become angry being here. We have nothing to do all day. Wasted days turn into wasted months then wasted years. We crochet, we bead, watch TV, and exercise. There is no such thing as rehabilitation.

We are running out of food, the buildings are old and need repairs, we have black mold, and most likely asbestos. It has turned into Dublin Part 2. We have a warden that likes to kick beds if you're taking a nap on your made bed. We are subject to constant retaliation because we are from Dublin. I am concerned that it will be the same for me.

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

----------------------------------------------------------------------------------------

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 09/15/2024 03:39:00 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good afternoon, Ms. Still.

We have heard confirmation that you are receiving our emails. We are all praying that we will get to go home soon. We heard that Dublin women were given letters from Judge Gonzales Rogers for compassionate releases to their sentencing judges. Unfortunately, even with my current health issues and trauma, there is not a chance that my sentencing judge would even consider granting any reductions on my behalf. In fact, my judge and prosecutor were laughing while my daughters and I were sobbing at my resentencing in June. Please advocate home confinement for us. We have been through enough and are suffering here in Pekin. We need to get home so we can heal and put this trauma behind us. These camps are no different than Dublin camp was-just bigger. We all ask you to please get us home where we belong.

Thank you for all that you do. We all truly appreciate it. Please get us home.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 09/18/2024 11:56:24 AM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good afternoon, Ms. Still.

Another day here in Pekin with the same illegal activities as Dublin. The case managers are now refusing to follow the FSA law and frontload our FSA credits. Ms. Cates told the women in their teams this morning that they are not going to give us our new dates until they know what to do with them and it probably won't be until October, possibly November. Some girls are already past their dates to go home. I am now 5 months to my outdate and will be stuck under the traumatic hand of the BOP.

I, like others, need to get home and get my medical care and get through the psychological trauma caused by the cruel treatment of the BOP. Please get us Dublin women home. We are suffering each day we're here.

Have a great day and thank you for all that you do for us.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 09/19/2024 05:27:43 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good evening, Ms. Still.

Each day is something new here in Pekin. Quite a few of us are filing 2241's in the District of IL. The warden and staff are doing everything possible to block the frontloading of the FSA. A bulletin was just posted this morning stating that BP199's won't be processed until after October 9th. This eliminates us from paying the $5 court filing fee from our accounts. Some women don't have anyone to send a money order into the court for them. We only have 30 days to pay the $5 fee or the case will be dismissed. The staff is doing all that they can to violate our rights. I am 5 months to my outdate with the new frontloading and am concerned that I will be stuck here until then. They are keeping us Dublin women here far longer than the other girls. Most of us are not getting our SCA either.

The staff has also been retaliating with a "shakedown". This started yesterday when both case managers informed us that they are taking back the frontloading of the FSA until regional tells them what to do. Their shakedown will continue as stated by the guard earlier today.

Also, the staff is having a party tomorrow to celebrate 30 years of being open here. We will be locked down all day, of course. They have paid for their party with the funds designated for a welding class here.

Please help us get home. We've been through enough. We need to get home and seek proper medical and mental care immediately.

Thank you for all that you are doing to help us.

Have a great evening.
Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 09/19/2024 05:42:01 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Hello Ms. Still.

I had forgotten something about medical until I read something similar today.

After being in Dublin for a couple of weeks-don't remember the date...I saw Dr. Fisch for my first medical visit. I asked for medical help for the severe pain, bruising, and swelling in my legs. I also had some kind of clot in my right leg. She looked at my legs and said she'd never seen anything like it. She then called Wilson in to look at my legs. She asked him if he had ever seen anything like it and asked what she should do. He said he'd never seen anything like it and had no idea what she should do.

I asked to see a specialist and she said that she had no idea what kind of specialist to send me to. She stated that the only thing she could do is suggest that they send me to Carswell but it's behind the fence and she didn't know when I would go. I've heard horrible things about Carswell and told her that I'd just like to see a specialist there. She said she'd work on it, and that was all the help I got for my legs. Soon after Assadi informed me through a nurse that I have kidney disease and took me off of the spironalactone which caused my legs to double in size. I had to hunt Dr. Fisch down when she came to the camp so she'd put me back on my medication. She was upset that Assadi had taken me off.

I had complained many times about abdominal and leg pain to no avail. I submitted far too many sick calls and still received no help. I was never even sent to a neurologist to avoid another stroke.

Please help us get home. I really do need to get medical help. There is no help here-just like Dublin. We don't even have a doctor here.

Please help us. Thank you for fighting for us. We all appreciate you.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 09/22/2024 08:14:13 AM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good morning, Ms. Still.

Just a few things to inform you about until this week progresses.

Many of us are filing 2241's in regard to the FSA credits, so the warden has blocked us from paying the $5 court fee from our accounts here for the next 3 weeks, which will put our payments to the court past the 30 days of our filing. We are still pursuing our 2241's and having our families send a money order in for us instead. We have tried to print the bulletin, but they also blocked us from printing it.

2 boxes of ketchup packets for our hamburgers on Friday were molded. The kitchen officer had the girls dump the packets in the sink and wash them-then served them to us.

Yesterday they tried to serve expired milk-the girls in the kitchen got upset so the new milk was served instead.

The retaliation over the FSA's will continue this week. They claim it is over a missing straightener in the salon, which they have already have in their possession. The guard is going through lockers and throwing out fruit and commissary food items not in their original packets. We have to store these items in containers once they're opened, yet they're throwing it away instead. We pay for these items.

They had their staff party on Friday while they locked us down. Those were the funds designated for a welding class here that they used for themselves instead. There was a crash on the street-several girls heard it; however, we aren't sure if it was a staff member or not. It was right after their party.

We appreciate all that you do for us. Please get us home. I have realized that the trauma I went through in Dublin is not getting any better. I panic now just when they call me to the officer station. I'm terrified that they're sending me to the SHU like Dublin did without hesitation. We need to get home and get proper medical and mental care.

Thank you and have a great day.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/05/2024 03:18:58 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good afternoon, Ms. Still.

We are enduring a lot of retaliation here in Pekin. We had a shakedown on Thursday in which Hovis suspected that one of the women here stole his painting from the parody building before the staff party a couple of weeks ago.

We are presuming that the staff is unhappy about the front loaded FSA and the 2241's filed here in Illinois. We have had 3 shakedowns in the past 2 days. The warden and a few staff members held a town hall meeting in the gym at 6:15 yesterday morning. They made it sound like it was mandatory, yet all they did was give us incorrect information about FSA, SCA, home confinement, etc. It was all false information relayed to us.

Around 9 am, they announced for my unit to get out. They did another shakedown and confiscated commissary items from Juana Leon Guerrero's locker. They took her coffee, sweeteners, peanut butter, drink mixes, etc.

This morning we found out that the computer system is down for our visits. Many of us had visits today. Even though we have the visitor approval form from Newman and the guards know most of the visitors, all visitors were sent away. This is not acceptable. There are only 2 days a week that we can have visitations and many families pre-plan visits and come from far away. Women here have children and grandchildren that come for special visits. My parents live 2 hours away and my dad is 80 years old. They come visit me every weekend and were coming today. We look forward to our visits. I have been moved so far away from Montana to see my own daughters, grandson, and husband and really look forward to my visits with my parents. I find it odd that the BOP doesn't have a back up plan for our visitations if the computers are down. I honestly believe it's part of the ongoing retaliation.

The food warehouse recently received some more rotten chicken. Some women won't even eat the chicken anymore with all of the parasitic issues now. My parents sent a batch of pictures which were sent back to them and recently some religious books which were also sent back to them. The only thing I've been given by them now is my bible. They open up all of my legal mail now, too. I'm fairly certain they can read my messages to you; however, I am going to continue to report everything going on here as it is far too important. Please help get us Dublin women home.

Thank you for all that you are doing to help us. We all appreciate it.

Have a good weekend.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/10/2024 08:50:28 AM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good morning, Ms. Still.

There are a lot of things going on here. Someone important is coming today and the staff thinks that cleaning the place up for their tour will help whomever to overlook the important things here like medical, dental, psychology, FSA credits and releases, quality of food, etc.

In the past week the quality of food has sunk even lower than it was. We had chicken on Tuesday that was some kind of "plastic" chicken. It was pressed and didn't even taste like chicken. It made a few of us nauseous. We had Italian sausages on Tuesday night-in which the sausage didn't look as if it was done and each person received 10 oven potatoes. Last night we had chef salad and the bell peppers on it were slimy and the shredded turkey had some gelatinous clumps in it. The food quality had already been sinking; however, it has sunk lower than one would think possible.

Medical sick call is now drop and go every day it's available. Many days there is a sign up stating that no sick calls will be accepted. Just the basic medical issues are tormenting. You can't even get a refill on prescriptions right now. Some women's prescriptions have even been withdrawn even though they were getting them here the entire time. I don't even bother putting in sick calls anymore. They do nothing to help you here-just like Dublin.

Plenty of demeaning comments and actions are also occurring. Ms. Powell, the camp administrator, stands in the chow hall every Tuesday. She plays nonstop with her handcuffs. One woman stated that it is traumatizing for some of us who have had to be transported in shackles. Powell stated that she does it on purpose and she doesn't care. It definitely affects us-even me. Many times the staff pages us using the term "inmate" before our names. This has been occurring quite often now.

Newman, our counselor, won't let you put in a remedy against any staff members or guards.

Our case managers still refuse to give us our front-loaded FSA credits. Orrey is still here far past her release date. She now has to stay until October 16th. My outdate, if properly front loaded, is October 12th. So I will also be here past my release date.

The few of us sent our hard copy 1983's to Judge Gonzalez Rogers. We are hoping that she is receiving our mail. Please help us get home. We have suffered enough.

We all appreciate you and Judge Gonzalez Rogers.
Have a great day.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

----------------------------------------------------------------------------------

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/10/2024 01:02:15 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Hello Ms. Still.

I had forgotten to inform you of a couple of issues here. Powell announced that there is someone important coming on Thursday (today) and if we do not clean things up then they would have a major shakedown. Women were outside trimming the grass edges, weeds, and cleaning up what they could in the units in order to prevent a shakedown. I suppose that's how you get some people to cooperate even though we had 3 shakedowns last week alone.

The italian sausage we had last night night had bones in it that some women found.

There was supposed to be a barista class a couple of weeks ago, yet the staff used the funds and gave each woman a small coffee from the machine.

This place has gone so far downhill since we arrived in April. Please help us get home.

Thank you.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/18/2024 03:31:09 PM

To: Ms. Still
Inmate Work Assignment: orderly

Good afternoon, Ms. Still.

I just received my paperwork from the case manager, Ms. Cates. My FSA release date, if appropriately calculated, is November 13, 2024. Should they not allot my county time-my release date would be Feb. 28, 2025. My calculation shows my release date in Feb 2026. No FSA home confinement of 10% or 6 months (5.7 months), only SCA of 12 months. I have filed a 2241 here; however, the case managers are not giving us the correct calculations. This means that I would be in custody 36 months out of 48 with my good time. That's only 12 months FSA total. These case managers here are keeping us here far longer than we are supposed to be, me included now. I pointed out the fact that I got here on April 23 from Dublin, yet they subtracted my writ time, plus the time I was here before leaving. She said that I would have to do my remedies if TX doesn't fix it. It shouldn't be my task -she's the case manager. I wouldn't even be here long enough to do the remedies.

Also, there seems to be a lot of retaliation going on here. They do not want us to follow through with our remedies, which there has been no open house in 3 weeks now. Staff is now yelling at women who won't sign off on their remedies. They are finding more ways to give incident reports and restrictions, they are reading all of our legal mail. All of mine except for 2 have been opened and stapled shut. The guards are handing them out during regular mail call. All of the pictures and books sent to me from my family have been sent back to them when they should be given to me. Our food is beyond reproach. Medical still continues their negligent health care. The psychologist hasn't been here for a few weeks. This place is declining rapidly.

Please help us get home. We shouldn't be here. We appreciate all you do for us.

Have a great weekend.
Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

----------------------------------------------------------------------------------------

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/22/2024 07:33:08 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Hello Ms. Still.

I am trying to print the bulletin about MRSA/Staph infection hitting my unit in Pekin camp. A lot of women are getting it, along with a virus.

Nobody is doing anything in medical. One woman was told by Schmidt in medical that she needs to drink more water and walk the track to lose weight. We are experiencing the exact same thing we went through in Dublin.

Please help us get home.

We all appreciate your help.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 10/22/2024 12:54:50 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Hello Ms. Still,

We are experiencing a lot of retaliation here in Pekin. We are unable to complete the remedy process. The warden has now used our charges against us as an excuse to deny the remedies. We must now start going around him by submitting a sensitive 10. Now it will become more difficult just to receive the paperwork without the counselor denying us.

We are still not being appropriately given our FSA credits. All of our paperwork is incorrect and off around a year later than we should be, me included. BOP and case managers are determined not to give us proper FSA or SCA.

Please help us get home. We have suffered enough and need to get proper medical and psychological treatment.

Thank you for all that you do. We appreciate you.

Theresa Chabot

TRULINCS 99382509 - CHABOT, THERESA ANNE - Unit: PEK-E-A

---

FROM: 99382509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** CHABOT, THERESA, Reg# 99382509, PEK-E-A
DATE: 11/14/2024 12:21:57 PM

To: Ms. Wendy Still
Inmate Work Assignment: orderly

Good morning again, Ms. Still.

We have no heat, yet they're worried about putting a camera up in front of our unit. We now get served beef from a big blue garbage bag with the label ends and pieces. It's beef that is probably not meant for human consumption. We still have no doctor, psychology, dental, staff, etc. They open our legal mail, many times we aren't even getting our mail.

I have an issue with the woman next to my room (she's from Dublin) who has been trying to bully me and threatened me 2 nights ago. I reported it to the camp administrator and was expecting her to be moved, but instead she stated that I bully her, which is preposterous. I have many witnesses who can attest that this inmate is volatile not only to me. I have to stay out of the other alleys as drugs are rampant in those alleys so I cannot move from this alley. The camp administrator stated that if she sends it to SIS and this inmate (Zavaleta) again accuses me of bullying her-then I go to county, too, even though I have an abundant number of women who have watched her bully me first hand and will give their testimony.

I had a long conversation with the camp administrator this morning, including FSA and SCA. Our release dates are completely off basis. The camp administrator told me that if there are no beds available in the halfway house, we don't go on home confinement until a bed is available, which is not what the law states. The case manager, Cates, is keeping many women much longer, including myself. She stated that the frontloading is only to get the year off upfront to get you closer to your SCA date, which does not make any sense. The year off upfront is only benefitting short sentences, not anyone with longer sentences. For example: A woman with a 27 month sentence has only been in custody for 5 months and is about to leave for pre-release. I, myself, on a 57 month sentence would be in prison for 24 months, plus pre-release 6 months halfway house (if there is a bed) and 6 months home confinement. This means that I would only receive a total of 12 months FSA in a 36 month period. And that's only if I get 12 months SCA. There is a serious miscalculation and is causing women here to break down emotionally.

Please help us get home immediately.

Thank you for all that you do and have a great day.

Theresa Chabot