11-18-24

**FILED**
NOV 25 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Honor,

A few of us campers have emailed you via Special Master, Wendy Still our 1983 motions. We then sent a copy via postal mail to make sure you receive them. Unknowingly, the Clerk started new 1983 cases for us, which we intended our motions to be filed and linked to the class action suit. Enclosed is the copy that I'm sending to the Clerk of Court.

Included are various emails that I've sent to Ms. Wendy Still. I am uncertain if she's receiving our emails.

We are praying that you can help us Dublin campers get home soon. Since arriving here in Pekin, Illinois in April, Pekin has declined tremendously. We urgently need proper medical and psychological care.

We thank you for working so hard for all women in Dublin. I wish you well through this holiday season.

Theresa Chabot