

Return address:
99382-509
Theresa Chabot
99382509 / Kansas
Pekin Federal Prison Camp
PO Box 5000
Pekin, IL 61555
United States

Addressed to:
99382-509
Us Dist Ct Of California
1301 CLAY ST
Ste 400 S/Gonzalez Rogers
Oakland, CA 94612-5212
United States

Attn: Judge Gonzalez Rogers

POSTAGE DUE
Peoria, IL PMDF 616
THU 21 NOV 2024 PM

