ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
kjanssen@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
MIRIAM R. NEMETH*
  D.C. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: amaris@rightsbehindbars.org
miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Email: natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**DECLARATION OF KARA J. JANSSEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CONSENT DECREE**<br><br>Date: December 17, 2024<br>Time: 2:00 p.m.<br>Crtrm.: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: June 23, 2025 |

I, Kara J. Janssen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Senior Counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Class. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Proposed Consent Decree.

2. Following extensive settlement negotiations, the parties reached agreement on a Proposed Consent Decree. **Exhibit 1** is a true and correct copy of the Proposed Consent Decree.

3. **Exhibit 2** is a true and correct copy of the Proposed Notice to Class Members.

4. Throughout the litigation of this case, the parties have been zealously represented by experienced counsel. The Proposed Consent Decree, if approved by the Court, will resolve all claims for injunctive relief raised in Plaintiffs' Complaint. In contrast, additional litigation would involve uncertainty and delay for all parties and pose significant risk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 6th day of December, 2024.

*/s/ Kara J. Janssen*
Kara J. Janssen

[4614671.4]                    1                    Case No. 4:23-cv-04155-YGR
DECLARATION OF KARA J. JANSSEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CONSENT DECREE