ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
kjanssen@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

AMARIS MONTES[*]
  Md. Bar No. 2112150205
MIRIAM R. NEMETH[*]
  D.C. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: amaris@rightsbehindbars.org
miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM[*]
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Email: natalie.steiert@arnoldporter.com

[*] Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CONSENT DECREE**<br><br>Date: December 17, 2024<br>Time: 2:00 p.m.<br>Crtrm.: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial Date: June 23, 2025 |

The parties have entered into a Proposed Consent Decree that was filed as Exhibit 1 to the Declaration of Kara Janssen in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Consent Decree, which would settle all claims for injunctive relief in this case.  The parties have submitted a Proposed Notice to the Class Members, attached as Exhibit 2 to the Declaration of Kara Janssen in Support of the Motion for Preliminary Approval.  This Court has presided over the proceedings in the above-captioned action and has reviewed all of the pleadings, records, and papers on file and finds that, good cause appearing, **IT IS ORDERED** as follows:

1. This action is determined to be properly maintained as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure.  The Court has already certified a class defined as "[a]ll people who are now, or will be in the future, incarcerated at FCI Dublin and subject to FCI Dublin's uniform policies, customs, and practices concerning sexual assault, including those policies, customs, and practices related to care in the aftermath of an assault and protection from retaliation for reporting an assault." (ECF No. 222).  The Court approves the Parties' revised class definition of "all people who were incarcerated at FCI Dublin between March 15, 2024 and May 1, 2024, and all named Plaintiffs."

2. The Proposed Consent Decree falls within the range of possible approval and is sufficiently fair to warrant the dissemination of notice to the Class Members apprising them of the settlement.

3. The Proposed Consent Decree is the product of arm's-length, serious, informed, and non-collusive negotiations between experienced and knowledgeable counsel who have actively prosecuted and defended this litigation.

4. The Proposed Consent Decree is granted preliminary approval and incorporated herein by this reference, and has the full force and effect of an order of the Court.

5. Within two (2) business days after this Order granting Preliminary Approval, the written notice of settlement (the "Notice") and the Proposed Consent Decree shall be

1  disseminated to the Class Members in written form by the BOP.  The Notice informs Class
2  Members that there is no right to opt-out of the Class.  The Notice constitutes valid, due,
3  and sufficient notice to the Class Members, constitutes the best notice practicable under the
4  circumstances, and complies fully with the requirements of Rule 23 of the Federal Rules of
5  Civil Procedure.  The Notice apprises Class Members in a fair and neutral way of the
6  existence of the Proposed Consent Decree and their rights with respect to the Proposed
7  Consent Decree.

8       6.    Dissemination of the Notice as provided above is hereby authorized and
9  approved, and satisfies the notice requirement of Rule 23(e), the Federal Rules of Civil
10 Procedure, the Constitution of the United States, due process, and any other applicable
11 rule(s) of this Court.  The Government must file and serve on Class Counsel a declaration
12 affirming that notice was published as required in this Order.

13      7.    Any Class Member may enter an appearance on their own behalf in this
14 action through that Class Member's own attorney (at their own expense), but need not do
15 so.  Class Members who do not enter an appearance through their own attorneys will be
16 represented by Class Counsel.  Any Class Member may object to the Proposed Consent
17 Decree by submitting an objection by January 31, 2025.  Class Counsel will respond to any
18 timely-filed objections not later than February 7, 2025 in the context of filing the Motion
19 for Final Approval.

20      8.    The Court will consider written communications when deciding whether to
21 approve the Proposed Consent Decree.  Comments must include at the top of the first page
22 the case name, *California Coalition for Women Prisoners et al. v. United States of*
23 *America Federal Bureau of Prisons et al.*, and case number (4:23-CV-04155-YGR).
24 Comments must be postmarked no later than January 31, 2025, and sent to the following
25 address:

26               Clerk of the Court
          United States District Court
27         Northern District of California
        1301 Clay Street, Suite 400S
28            Oakland, CA  94612

[4614672.5]              2             Case No. 4:23-cv-04155-YGR

9. A hearing is appropriate to consider whether this Court should grant final approval to the Proposed Consent Decree, and to allow adequate time for Class Members, or their counsel, to support or oppose this settlement.

10. A final approval hearing pursuant to Rule 23(e), Federal Rules of Civil Procedure, will be in the Courtroom of undersigned on February 25 at 2:00 p.m. in the United States District Court for the Northern District of California, to determine whether the proposed settlement is fair, reasonable, and adequate, and whether it should be finally approved by the Court.  The hearing may be continued from time to time without further notice.  Party briefs in support of final approval shall be filed on or before February 7, 2025

**IT IS SO ORDERED.**

DATED: _____, 2024

                                                      Honorable Yvonne Gonzalez Rogers
                                                      United States District Judge