Case 4:23-cv-04155-YGR   Document 444-1   Filed 01/02/25   Page 1 of 1

⇔96841-298⇔
Gina Champion-Cain
96841-298
PO BOX 5000.
Federal Prison Camp
Pekin, IL 61555-5000
United States



PEORIA IL
30 DEC 2024

RECEIVED
JAN 02 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

⇔96841-298⇔
Office Of The Clerk
U.S. District Court
1301 CLAY ST
Suite 400 S
Oakland, CA 94612-5212
United States

9461265212