UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA LAW,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Defendant. | Case No. 24-cv-06628-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**<br><br>Related: 3:24-cv-05806-TLT |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to 4:23-cv-04155-YGR.

**IT IS SO ORDERED**.

Dated: January 13, 2025

TRINA L. THOMPSON
United States District Judge