TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

---

FROM: 54652509
TO: Clerk
SUBJECT: NOTICE
DATE: 12/15/2024 07:34:37 PM

In re: All matters wherein MAHSA PARVIZ is a party/certified class member (4:23-cv-4155-YGR)

Dear Clerk,

I am writing to inform all Courts with pending cases to which I am a party that I have been in involuntary protective custody at FCI Tallahassee since September 12, 2024 and the BOP has, since Tuesday, December 3, 2024, physically transferred me to the Federal Transfer Center wherein my mailing address is presently P.O. Box 898801, Oklahoma City, OK 73189-8801.

Due to security restrictions imposed by the BOP, I am not able to disclose when and where I will be transferring to, and respectfully request that my personal counsel, DonMichael Barbour, Esq. (donmichael@bravoteamlaw.com; (832) 607-9879), please receive notice of any filings, rulings and communication related to my cases.

Thank you for your attention to my attempts to maintain contact with the Court to the best of my ability given the exigent circumstances and happy holidays.

Respectfully,
___/s/ Mahsa Parviz___
MAHSA PARVIZ
mparvizaehw@emailinterface.org

FILED
JAN 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

NAME: Mahsa Parviz
REG# 54652509
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

Sealed in the Presence of staff

OKLAHOMA CITY OK 730
10 JAN 2025 PM 5 L
RECEIVED
JAN 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

US District Court in N.D. of CA
Attn: CLERK (please file enclosed notice under seal in Cause No. 4:23-cv-4155-YGR as I am a class member therein)
450 Golden Gate Ave., 16th floor
San Francisco, CA 94102



RECEIVED
JAN 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA