FILED

JAN 13 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

To: Clerk of the Court
From: Dulce Salazar-Pena
Reg# 23584-380
Date: 1-4-2025
RE: 4:23-CV-04155-YGR (N.D. CAL.)

n/c

The following information is provided to you regarding the Dublin Lawsuit. I was victimized by Dr. Fisher. She (Dr. Fisher) took me off of the Wheelchair for no reason at all. I am handicapped, with metal plates and screws in both feet. I'm in constant pain. I cannot walk. I was told to go to medical to receive a walker, however, the walker provided to me was broken. As a result of the broken walker, I fell down and injured my left leg. Both the Warden and Captain witnessed the fall. I was taken to the Infirmary, treated for my injury and placed back on a wheelchair. Again, Dr. Fisher removed me from the Wheelchair. The Warden ordered me a new Walker. Also, Dr. Fisher failed to notify me of Kidney failure. Dr. Fisher was cruel in Her treatment towards me. I was mentally abused by Dr. Fisher. In transient, after leaving Dublin, I suffered a lot of pain and cruel treatment because I cannot

climb stairs and I cannot walk. Dr. Fisher had removed me from all of my medications causing me to get sick. She continually yelled at me and mistreated me. My legs are in constant pain. Dr. Fisher forced me to utilize the walker, but it was witnessed by officers and inmates that I cannot walk without someone's assistance.

My legs (both of them) were broken in December of 2021 as a result of domestic abuse/torture. I had surgery on both legs prior to incarceration. Due to the falls I had at Dublin, I require additional surgeries to replace screws in my legs. In transient after leaving Dublin, I was mistreated by officers on the buses and plane. I was also mistreated in Miami. I am in constant pain. I need surgery and I'm still being neglected by the medical staff here at Carswell. My medications are not correct in the dosage I'm suppose to be receiving daily.

Since the inmates (me included) won the lawsuit against Dublin, I would like to stay in the United States after I finish serving my sentence.

I would like to obtain a Visa to stay in the United States. Please take into consideration what I went through at Dublin. I want a second chance at life once I am released, to be with my family and loved ones.

When I came to FMC Carswell for the Spanish FIT program, I was traumatized by the DTS staff and was mistreated by the staff. The program was not effective at all because of the mistreatment and being traumatized.

Thank You,

Dulce Salazar Pera

Name Dulce Salazar-Pena
Reg. No. 23584-380
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127
Unit 1 North

Special Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
7 JAN 2025 PM 1 L

FREEDOM
FOREVER/USA

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street, Suite 4005
Oakland, CA 94612

94612-5212

3-cv-04155-YGR    Document 447    Filed 01/14/25    P