Ana Maria Paredes Hernandez
#41053510
Federal Medical Center, Carswell
P.O. Box 27137
Fort. Worth, TX. 76127

RECEIVED
JAN 17 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

California Coalition for Women Prisoners et al. v United States of America Federal Bureau of Prisons et al.,

Case Number

4:23-CV-04155-YGR
(N.D. Cal)

*Ana Paredes H* (signature)

#41053510 —
01/10/2025

01/10/2025

Thank You for your time your Honor.

I was sentence to 87 months for Wire Fraud and Impersonator of U.S. employee. On October 2, 2023 in the Western District of Texas in El Paso, Tx with the Honorable Judge Kathryn Cardone.

I was sent to Dublin California on December 5, 2023 where I stayed til April 17, 2023. On April 17, 2023 upon being dressed out I was asked repeatbly if I was transgender by Officer Woods and Officer and was asked to lift my pouch because they needed to see if I wasn't hitting anything I wasn't suppose to have. Then they sent me out and an hour later I was called back in a 2nd time and had to dress out again and there was a 3rd Officer now and upon being searched I was asked to lift my pouch and spread

my legs a little more so they can see if I had something there. I then asked them what was it that they were looking for, cause I could help them find it instead of having to go through this search and they said they were looking for contraband and all 3 started laughing. They asked me to squat and lift <u>twice</u> then told me to get dressed. I then got dressed left to get schakled and after <u>30 minutes</u> they unshackled me and told me to go back in and wait because I wasn't leaving yet. I then waited another hour and was called in to dress out for a 3rd time and there was now <u>4 officers</u> and they asked me to do the same thing over again and this last time the 3rd & 4th <u>Officers</u> bent down in front of me to see if I had anything unusual in between my legs and told me to get dressed and get

in line because I was finally leaving. I felt uncomfortable and when I was getting shackled I saw Asst. Warden Nash and told her all that happened to me and her response was "Don't worry about it, you won't even see them again", and walked off.

Upon arriving at Rebnum in Nevada I filed a complaint / PREA in regards to all that happened to me and spoke to the visiting Asst. Warden, Psychology, a Nurse, and a Psychiatrist and went over all that happened to me while leaving Dublin and was told someone would follow up with me wherever I went. It wasn't until September 26, 2024 that I was at Waseca that Dr. Swanson called me to speak to me in regards to my PREA and question me about me being sure that I was a Transgender she asked me very intimate / personal questions that made me very uncomfortable and it was there that

She gave me a pamphlet about Transitioning to becoming a Transgender.

A day Later Nurse Weises, called me so they could do a PAP Smear, Blood work, and other test need for my Prea. I refused it because after being at Waseca for 5 months they decided to take interest in my Prea.

I am now 1/6/2025 @ Carswell, TX where I have been for almost 3 months and have endured harassament, retaliation, verbal abuse from Unit Manager Ms. Rebella in regards to my FRP being at $400.00 an amount I can NOT afford to pay every month. I have spoken to Warden Rule, Asst. Warden Phillips, Ms. Rebella and Mr. Austin so that my payment can be lowered and they are refusing to lower it and to talk to me. I've contacted OIG and was told to talk to the above said people and all they

have done is ignored me everytime I try to talk to them.

I am also having problems with Dr. Feleciano who has ignored every email and request to speak to in reference to me getting out of the FIT Program. And I'm being asked if I'm from Dublin and that's when things change.

I'm asking for your help to be transferred back to Wasera, and that my FRP payment be lowered to a reasonable amount so that I don't have to file bankruptcy.

As of 1-10-25. I was or should I say am no longer receiving my FSA and when I asked my Case Manager Mr. Austin he told me he didn't know

anything about it and didn't direct me to anyone that could answer my question and given me an answer as to why I was no longer ELIGIBLE. These people here are retaliating against me as well as fellow AIC's that came here from FCI Dublin. There is no one here that has a definite answer to any of my questions, concerns, or problems. They just pass me on to the next person in line.

Your Honor please help me resolve all these issues and do something with the way BOP Operates their FCI Facilities. Thank you for your time.

Sincerely,
Ana Paredes-Hdz
#41053510

*Ana Paredes Hdz*

Name Ana Paredes Hernandez
Reg. No. 41053510 - IN
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
13 JAN 2025  PM 5  L



Legal Mail

RECEIVED
JAN 17 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA
94612

94612-522529