California Coalition for Women's Prisoners et al.

v.

United States of America, Federal Bureau of Prisons et al.

4:23-cv-04155-YGR (N.D. Cal.)

FILED
JAN 21 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## OBJECTIONS

I object to the issue of The monitor reviewing and reporting concerns of treatment of conditions (to include retaliation, Abuse, Sexual Abuse & misconduct) not only in FCI Dublin and transfer, but to correct this to where they can monitor and review everything up to this Consent Decree. Reason being alot of us HAVE suffered Retaliation, Misconduct, Abuse, Sexual Abuse, etc. Since the transfer of FCI Dublin before and "After" the closure "up to" the approval of this consent decree. Being one of the 1st buses to come

to FMC CARSWELL Almost 1/2 of our inital closing of Dublin's transfer buses to here, It was (9) class members in the Special Housing Unit by 3 weeks of being here. People Have been targeted as a result of the transfer and labeled A "Dublin Inmate". STAFF Have exclusively tried and tried to eliminate prior Dublin AIC's here at their facility. Blaming problems the facility has on Dublin AIC's. ALoT of us around the nation have suffered greatly because of this jacket/label.

CACI CLIZER #33675-045
FMC Carswell
PO BOX 27137
FT. WORTH, TEXAS 76127

X /s/

Name CACI CLIZER
Reg. No. 33675-045
Federal Medical Center, Carswell (SHU)
P.O. Box 27137
Ft. Worth, TX 76127

U.S. POSTAGE PAID
FCM LETTER
RIVER OAKS, TX 76114
JAN 16, 2025
$0.00
S2324H502792-2

94612

RDC 99

CERTIFIED MAIL

9589 0710 5270 2121 7325 08

CLERK of the COURT
United States District Court
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY Street, Suite 400S
Oakland, CA 94612  c/o Yvonne Rogers Gonzalez

legal mail

JAN 21 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE