TRULINCS 37115048 - HANSON, DENISE DANA - Unit: PEK-F-A

---

FROM: 37115048
TO:
SUBJECT: MOTION OF OBJECTION TO PROPOSED CONSENT DECREE
DATE: 01/14/2025 11:13:16 AM

**FILED**

**JAN 21 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

California Coalition For Women Prisoners, et al., Plaintiff v.
United States of America Federal Bureau of Prisons, et al., Defendant
Case No: 4:23-cv-04155-YGR (N.D. Cal. 2023)
By: Denise Dana Hanson, Federal Prison Camp, P.O. Box 5000, Pekin, Illinois 61555-5000
MOTION OF OBJECTION TO PROPOSED CONSENT DECREE/CLASS ACTION SETTLEMENT

I. INTRODUCTION
Comes now Class Member, Denise Dana Hanson ("Member"), with this Motion of Objection to Proposed Consent Decree/Class Action Settlement ("Decree") due to the Decree's exclusion of the remedy of relief for the Department of Justice ("DOJ") and the Bureau of Prisons ("BOP") to release minimum to low recidivism and security risk rated inmates, especially the elderly with medical problems (such as Member), who were originally incarcerated in the notorious "Rape Club" of Dublin's minimum security camp, to home confinement detention.

II. DISCUSSION
The basis for Member's objection is that Plaintiff's legal team should have negotiated, as part of the Decree, for the immediate release to home confinement for the minimum to low recidivism and security risk rated inmates, especially the elderly (60 years and older), who suffer from medical conditions that are better treated by real health professionals outside of the BOP since this government agency, in its present economic condition, clearly cannot take care of that class of inmate.

It has been proven through the recent success story of the CARES Act that minimum to low recidivism and security risk rated inmates, especially the elderly class, that sending this category of inmate to home confinement is a far more efficient and humane detention alternative, while also helping mitigate the BOP's critical population and capacity issues. Placement under the supervision of a halfway house or in the Federal Location Monitoring Program operated by U.S. Probation have proven to be effective community placement options for appropriate inmates, and this is where the proposed consent decree has fallen woefully short. The BOP/DOJ could have included in this settlement placing the remaining incarcerated minimum to low, former Dublin "campers" (of which there are only around 50 left in facilities around the country, thousands of miles away from their re-entry homes) on home confinement detention.

Finally, the BOP has not complied, to date, with any of the measures that were put in place by this Honorable Court through court Orders of March 15th and April 15th, 2024; instead, it continues, as an agency in crisis and turmoil, to fabricate stories of protections in place for the former Dublin inmates. Contrary to what it claims, the BOP continues to NOT provide adequate medical or mental health care, victim advocacy services, nor has it preventted on-going retaliatory actions against Members from Dublin.

III. CONCLUSION
Member, Hanson, is an elderly inmate who has multiple medical issues that continue to be ignored by the BOP. She is a non-violent, minimum risk rated offender who SHOULD be on home confinement detention; this is the basis of her objection to the proposed settlement -- send the former Dublin campers on home confinement immediately. The BOP and DOJ have the power to do this, and there is nothing else that would be constitutionally acceptable to Member and others who are in the same situation as she.

Respectfully summited this 14th day of January, 2025.

*[signature]*
Denise Dana Hanson, Class Member

⇔37115-048⇔
Denise Hanson
Federal Prison Camp
5000 P. O. Box 5000
Pekin, IL 61555-5000
United States

PEORIA IL
17 JAN 2025



RECEIVED
JAN 21 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

⇔37115-048⇔
Clerk Of The Court
1301 CLAY ST
Suite 400 "S"
Oakland, CA 94612-5212
United States

9461285212