1-10-2025

FILED
JAN 21 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

California Coalition for Women Prisoners et al. v. United States of America Federal Bureau of Prisions et al. and Case # is (4:23-CV-04155-YGR)

My Name is Glendelia Faz D.O.B - 02-27-1946
Reg. # 64946509

I am writing this letter to the Court System because I was part of the retaliation in Dublin Satelite Camp. I was present when Honorable Judge Ivonne Gonzalez Rogers went to visit the Camp on Feb. 14, 2024. I personally talked to her and she also tested the cold showers in winter and she checked the cells with mold a lot negligent was done. Medical never did anything for me. I suffer from multiple spine injuries I had an X ray done and Ibiproten never care for me. I was transfed on March 6, 2024 they found out that I was upset and we all had reported everything to Honorable Ivonne Gonzalez Rogers. I Introduced myself when she went and we complained about them not treating us right, I went through a lot of trauma the 5 mo. I was there (continue Next page) →

Honorable Judge Gonzalez Rogers was my sentencing Judge I mentioned to her when she went to the camp on 2-14-2024 and she answered me yes I have senteced alot of people. I am Now in Phoenix Az camp I will graduate from RDAP on 3/28/25 I'm really changing my Life for good. I feel forgotten from the court system because I did went to alot of trauma besides ~~my~~ the anxiety & deppression That I already had. I look forward to hear from the courts and don't forget that people that suffered the concequences of BOP staff bad behavior+desrespect towards human beings

(thank you so much for Reading my letter)

Federal Prision Satelite Camp
Glendelia Faz
Reg. 64946509
37930 N. 45th Avenue
Phoenix Az. 85086

Sincerely your,
Glendelia Faz

TRULINCS 64946509 - FAZ, GLENDELIA - Unit: PHX-C-Q

----------------------------------------------------------------------------------

FROM: 64946509
TO: Dublin Special Master
SUBJECT: ***Request to Staff*** FAZ, GLENDELIA, Reg# 64946509, PHX-C-Q
DATE: 07/23/2024 12:18:46 PM

To: dublin special master
Inmate Work Assignment: oderly

Good afternoon my name is glemdelia faz 02-27-1966 reg 64946509
I selfsurrender in Dublin satellite camp on 10-02-2023 I had summited a compationate realese 02-24-2023 was never answered 10 days after ny summation they surprised me to get my stuff together got transfered on 03-06-2024 to a detention center in nevasda then I was send to PHOENIX AZ on 04-01-2024 . I suffered the retaliation from Dublin satelite camp medical and stuff I was there when Judge Ivonne Gonzalez Rogers went on 02-14-2024 we talked ti her and she personally check the cells and the cold water in winter also mold in the kitchen and cells after she left retaliatiom gone worst thank you for reading my message
sincerely
Glendelia Faz
PS Judge Ivonne Gonzales Rogers she did my sentencing thank you very much

FCI Federal Prison
Satelite Camp
Glendelia Faz
#64946509
37930 N. 45th Avenue
Phoenix Az. 85086

**RECEIVED**
JAN 21 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

PHOENIX AZ 852
14 JAN 2025 PM 9 L

Clerk of the Court United States District Court Northern District of California
1301 Clay St Suite 400S
Oakland, Ca. 94612
94612-521293