ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Email: egalvan@rbgg.com
kjanssen@rbgg.com
aspiegel@rbgg.com
lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

AMARIS MONTES*
 Md. Bar No. 2112150205
MIRIAM R. NEMETH*
 D.C. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: amaris@rightsbehindbars.org
miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM*
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT*
 D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Email: natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **SUPPLEMENTAL JOINT STATEMENT REGARDING PROPOSED CONSENT DECREE** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

# INTRODUCTION

The parties file this joint statement pursuant to the Court's order following the hearing on Plaintiffs' Motion for Preliminary Approval of the Consent Decree to update the Court on the Special Master's role and budget plan. *See* ECF No. 441. The parties have met and conferred multiple times and have made progress on a number of issues, as detailed below. As some of these issues are not yet fully resolved and require additional discussion, the parties request leave to file an additional update on January 31, 2025.

## A.    STATUS OF DISCUSSIONS

The parties have had numerous meetings over the past month with Senior Monitor Still and her attorney Mary McNamara to discuss the plan for monitoring and the budget. These meetings occurred on December 19, 2024; January 8, 2025; January 14, 2025; and January 21, 2025. The parties plan to meet again with the Senior Monitor on January 28, 2025. The current status of these discussions is as follows.

### 1.    Senior Monitor Budget and Role

#### (a)    Billing Practices

In terms of the Senior Monitor's billing practices, the parties discussed the level of specificity needed for each line item billed and agreed that the Senior Monitor will bill any conversation with BOP staff that exceeds 15 minutes with sufficient detail by person and amount of time to enable BOP to assess workload on BOP staff and needed resources and any activities performed and billed in a block of time will include sufficient detail to describe the work being performed.

Once billings are submitted, BOP will have seven days to raise any questions related to the billings and then process then invoice. Senior Monitor Still will make every effort to submit billings by the 14th of the month.

#### (b)    Composition of Monitoring Team

The parties have also made progress finalizing the composition of the Senior Monitor's monitoring team and intends to provide two project management plans to the parties by January 27, 2025. One plan will identify all tasks and reports, reporting timelines, and the

responsible BOP party and monitoring team members required by the proposed consent decree to assess compliance. BOP has agreed to provide the monitoring team with information regarding who the responsible person on BOP's end will be to include in the plan. The second plan will identify what information the monitoring team needs from BOP in order for the monitoring team to assess compliance with the consent decree requirements as well as how the Senior Monitor and monitoring team will manage and comply with the proposed consent decree requirements, including tasks, timelines, and what team member is responsible. Class Counsel and Defendants will then review this information and provide any relevant updates to the Court as part of the parties January 31, 2025 supplemental filing.

## 2. Proposed Budget for Two Year Monitoring Term

Senior Monitor Still provided the parties with a proposed budget summary on January 21, 2025. The summary includes a summary of annual hourly billing and estimated per diem expenses including for traveling to prisons for in-person visits. It also includes a description of the methodology used to create the budget. The Bureau of Prisons is in the process of reviewing the budget and billing plan and the parties intend to further discuss the plan during the upcoming meet and confer on January 28, 2025.

### B. Class Definition

Defendants provided Plaintiffs with a list of all people who were incarcerated at FCI Dublin between the filing of Complaint in this action and the Court's order certifying a class under Rule 23(b)(2). Plaintiffs are reviewing this list which indicates there are approximately 59 individuals who were housed at FCI Dublin following the filing of this matter, were transferred prior to class certification in March of 2024, and remain in custody. The parties will have a more fulsome update regarding the definition of the settlement class by January 31, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Local Rule 5-1(i)(3) the filer hereby attests that all signatories have concurred in the filing of this document.

DATED: January 24, 2025              Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Kara Janssen*
    Kara Janssen

Attorneys for Plaintiffs

DATED: January 24, 2025              JESSE A. LASLOVICH
                                     United States Attorney

By: */s/ Madison Mattioli*
    MADISON L. MATTIOLI
    ABBIE J.N. CZIOK
    MARK STEGER SMITH
    TIMOTHY A. TATARKA
Assistant U.S. Attorneys
Attorneys for Federal Defendants