TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

----------------------------------------------------------------------------------

FROM: 54652509
TO: Aaron, Aaron; B, D; Bucur, Kayrn; Cornerstone, Badonna; Farahmand, Maryam; Janssen, K; Parvis, Shamsi
SUBJECT: ecfhelpdesk@cand.uscourts.gov
DATE: 01/19/2025 08:25:42 PM

In re: Cause No. 2:23-cv-0~~1455~~4155-YGR

FILED
FEB -3 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Dear Clerk for the Northern District of California U.S.D.C.,

I am a Plaintiff/Certified Class Member in the above-numbered cause wherein a Consent Decree was filed on 12/6/2024 & a Preliminary Injunction was entered on 3/15/2024. Would you please reply to this email address (mparvizaehw@emailinterface.org) with the text of docket entries from September 12, 2024 through today's date, as well as contact information for all case participants?

I have been subjected to multiple retaliatory transfers since April 2024 (following closure of the Dublin facilities) and encountered issues with BOP staff handling of my incoming and outgoing mail. Electronic receipt of the docket entries requested would greatly assist in my attempts to diligently confirm whether several filings, including a notice of changed address pursuant to Civil Local Rule 3-11, were successfully docketed in this cause. I intend on supplementing the record with duplicates of original filings, if necessary, and intend on taking emergency court action for enforcement of the Court's orders, compelling specific performance by the BOP thereunder and seeking civil contempt sanctions against the BOP.

My status was administratively changed by the BOP and I was placed in involuntary protective custody at the FCI Tallahassee SHU on September 12, 2024. I am presently and have been housed at a Federal Transfer Center in Oklahoma City, OK, for almost 50 days and ongoing since December 3, 2024. Despite my repeated requests to the BOP for application of my 365 days of FSA time credits, for transfer to my BOP-approved halfway house under SCA as promised by unit team on 06/12/2024 and for return of my 54 days of good conduct time credits withheld in relation to the retaliatory transfers following my attempts to report ongoing exploitation, sexual and physical abuse committed and condoned by BOP staff, the BOP has held me past my release date on 01/03/2025 and I am being still being subjected to ongoing retaliation and abuse by BOP staff in violation of the Court's orders.

Respectfully submitted,

/s/ Mahsa Parviz

_____
MAHSA PARVIZ (Plaintiff/Certified Class Member)
c/o DonMichael Barbour, Esq. (Personal Counsel)
DonMichael@BravoTeamLaw.com
(832) 607-9879

*FILE UNDER SEAL*
Contains: Confidential info & sensitive material for disclosure to case participants only (unable to redact)

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C
--------------------------------------------------------------------------------

FROM: 54652509
TO: Warden
SUBJECT: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, OKL-E-C
DATE: 01/23/2025 11:36:34 AM

To: WARDEN; SIS OFFICERS AARON & WRIGHT
Inmate Work Assignment: ORDERLY

WILL YOU PLEASE SEE TO IT THAT MY CONTACTS ARE ALL APPROVED TODAY & ORIGINAL ACCESS IS REINSTATED?

I have no other means of communicating with family/attys. Moreover, I was served a shot (299-most like mail abuse) on 1/17/2025 and FTC Oklahoma City suddenly decided to remove all of my contacts and restrict access to my contact list entirely, thereby restricting all phone & email access as well. I have not seen DHO, moreover there are procedural violations (not served within 24 hours of allged conduct) that preclude this shot from holding. My issue is, FTC Oklahoma City is treating me differently from other AICs and I AM SCARED BECAUSE THE 1/17/25 SHOT ATTEMPTS TO SILENCE ME FROM COMPLAINING OF BOP STAFF ABUSE TO BOP, COURTS & OIG (SIS Officer Aaron confirmed the latter yesterday morning).

-----PARVIZ, MAHSA on 1/23/2025 7:14 AM wrote:

>

I've been waiting for my mother and my attorney to be added but have still not heard anything and my contacts aren't updated yet.

SHAMSI
PARVIZ
(972) 375-1202
SDAMAVANDI9217@GMAIL.COM
15025 FARMCOTE DR., FRISCO, TX 75035
MOTHER

DONMICHAEL
BARBOUR
(832) 607-9879
DONMICHAEL@BRAVOTEAMLAW.COM
*I don't know his current address - it's on the state bar of tx website*
ATTORNEY

MARYAM
FARAHMAND
MARYAMPK@GMAIL.COM
(469) 831-1070
15025 FARMCOTE DR., FRISCO, TX 75035
SISTER

KARYN HILDE
BUCUR
KHBUCUR@COX.NET
I DON'T KNOW HER ADDRESS - SOMEWHERE IN LAGUNA HILLS & CAN BE VERIFIED ON STATE BAR OF CA WEBSITE
(949) 472-1092
ATTORNEY

BADONNA
JARVIS
9702 HOLMES AVE., LOS ANGELES, CA 90002
BADONNA.WATTSUPCDC@GMAIL.COM
the # starts w/ area code (323)

PLEASE ADD MY CONTACTS TODAY SO I CAN COMMUNICATE WITH MY FAMILY AND MY ATTORNEYS. I SPOKE TO SIS OFFICER AARON YESTERDAY ABOUT THESE ISSUES AND SHE ASSURED ME IT WILL BE DONE IMMEDIATELY BUT I

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

---

AM STILL WAITING.
/s/ Mahsa Parviz
-----Trust Fund on 1/22/2025 7:47 AM wrote:

>
You on are on the Contact Deletion Program. Therefore, you have to submit all contact information with TRUE and CORRECT first and last name.
First Name
Last Name
Send email
Address
true relationship

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Tuesday, January 21, 2025 11:47 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, OKL-E-C

To: Trust Fund
Inmate Work Assignment: Orderly

I need my contact list, phone access and email access reinstated IMMEDIATELY. I also want to know why it was removed in the first place and the name of the individual who removed my access please. I have not seen DHO on any alleged infractions and no one else would be able to suspend my access to these priviliges. Moreover, the restrictions were imposed without any semblance of due process.
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 1/21/2025 5:44 PM wrote:

>
In addition to the foregoing restrictions, I cannot place any phone calls. Please reinstate all access and provide a reason as to why my access was suspsended on or about January 20, 2025 in the first place.

Thank you,
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 1/21/2025 5:28 PM wrote:

>
Why am I not able to access my messages at all as of today? I have not done anything to be punished and it seems like the BOP is just retaliating against me for voicing my concerns and reporting ongoing abuse. This is a violation of my due process rights and I believe I'm being retaliated against.

I have not seen DHO as to this matter and no one but DHO would have the authority to suspend my access. In addition to not having access to any of my messages, all of my contacts are removed and I cannot access my contacts. Why am I being treated differently? All other similarly situated adults in custody have access to email and their contact list. Please reinstate all access and provide a reason as to why my access is being restricted.

cc: Kara Janssen (Class Counsel), DonMichael Barbour (Personal Counsel), Clerk for filing in N.D. CA Cause No. 4:23-cv-04155-YGR
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 1/19/2025 9:30 PM wrote:

>

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

---

Please see this forwarded e-Copout chain, which briefly details my complaint that the BOP has been violating (and continues to violate) the terms of Court Orders in Cause No. 4:23-cv-4155-YGR. The requested remedy is specific performance thereunder and, most importantly, I need my 365 days of FSA time credits applied and need my immediate release from FTC Oklahoma City processed so that I am released by the next working weekday, TUESDAY, JANUARY 21, 2025.

Thank you,
/s/ Mahsa Parviz

(cc: clerk and all parties)
-----PARVIZ, MAHSA on 1/17/2025 7:34 PM wrote:

>

Dear Ms. Wendy Still,

I am a Plaintiff/Class Member in N.D. CA USDC Cause No. 4:23-cv-4155-YGR and I have been advised by class counsel, Ms. Kara Janssen, to pursue the administrative remedy process due to the BOP housing me at a transfer center for over 30 days (now ~45 days) and past my release date, all without facilitating my long overdue RRC transfer (my halfway house was 1/3/2025) and without applying my FSA credits at a rate of 15 days per month since I have been subject to a retaliatory administrative status change and transfer upto the current date and ongoing from September 12, 2024 when placed in involuntary protective custody at the FCI Tallahassee SHU due to sexual and physical abuse and exploitation by BOP staff.

I arrived to the Federal Transfer Center in Oklahoma City, OK, on December 3, 2024 and I am still housed here today on Friday, January 17, 2025 in violation of the Preliminary Injunction of 3/15/24 and Consent Decree of 12/6/24 in the above-numbered cause.

I am attempting to report this violation and ask for any assistance you can offer with notifying the Court and demanding specific performance by the BOP to release me from BOP custody or at least immediately facilitate my transfer from the transfer center to my halfway house at 9702 Holmes Ave., Los Angeles, CA 90002 (Cornerstone House, BOP-approved RRC, Program Director: BaDonna Jarvis, Esq, email: badonna.wattsupcdc@gmail.com)

Thank you,
/s/ Mahsa Parviz
mparvizaehw@emailinterface.org
c/o Personal Counsel, DonMichael Barbour, Esq
DonMichael@BravoTeamLaw.com
(832) 607-9879
-----PARVIZ, MAHSA on 12/30/2024 9:22 PM wrote:

>

Dear Ms. Wendy Still,

I'm a class member in the coalition v. dublin matter and have experienced retaliation and sexual abuse. My FSA credits and prior time credits are not being correctly applied, otherwise I am eligible for immediate release. Please see below and help. You can email me directly at mparvizaehw@emailinterface.org or via this e-CopOut.

Sincerely,
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 12/30/2024 12:10 PM wrote:

>

Hi Dr. Makanya,

Is there any way I could speak to you a bit more regarding my situation? I'm doing whatever I can to be released ASAP but I would also appreciate any guidance or help you can offer with family reunification. My daughter's name is Clara Mahsa Parviz

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

---

(DOB: 11/01/2017; Place of birth: McKinney, TX) & I'm the only parent on the birth certificate. My mother is Shamsi Damavandi (sdamavandi@collin.edu; (972) 375-1202) and she can give more information since she has access to documents that I don't while I'm in transit. I worry about my daughter all the time and I try to stay strong for her and my parents but it's hard doing everything on my own.

Thank you,
/s/ Mahsa Parviz

-----PARVIZ, MAHSA on 12/30/2024 12:04 PM wrote:

>

In re: 12/29/2024 Request for Kayfez Credits for Mahsa Parviz #54652509

---

Dear FTC Oklahoma Warden Zook,

I spoke to the Special Populations Coordinator, Dr. Makanya, this morning regarding my family emergency and the circumstances with my missing daughter and excessive time served (my FSA and prior time-credits have not been applied and my halfway house papers for 12 mo. under SCA were not submitted correctly despite my 01/03/2026 release date.) I was directed to contact you and DSCC regarding my release from your facility and any assistance you can offer.

Pursuant to BOP program statement P5880.30 and 18 U.S.C. 3585, time spent in custody after my Federal date of offense (06/11/2019) which was not credited towards another sentence must be credited by the BOP. Accordingly, I am respectfully requesting credit for the total of 272 days of prior time-served listed herein, which entitles me to immediate release:

Time spent in custody at Collin County Detention Facility towards TX Attempted Kidnapping offense, Case No. 219850152019 (offense date on judgment: 08/09/2010 & sentenced only to 500 days):

January 11, 2018 to January 18, 2018 (8 days)
April 9, 2018 to November 1, 2018 (205 days)
February 27, 2019 to April 9, 2019 (42 days)
August 9, 2019 to January 5, 2021 (516 days)

Time spent in custody in Palo Alto, California (case dismissed in Santa Clara County)

My personal counsel, DonMichael Barbour, Esq. can be reached at DonMichael@BravoTeamLaw.com or (832) 607-9879. He has been coordinating my safe release with Sr. SA Michael McCloskey (Southern Dist. of FL, Miami Division). I have been accepted to a BOP-approved RRC, the Cornerstone House, at 9702 Holmes Ave., Los Angeles, CA 90002 (Director: BaDonna Jarvis, Esq.; email: BaDonna.WATTSUPCDC@gmail.com) and they have a bed available for me right now if I am able to be released immediately. Alternatively, I can pay for my own flight out of OKC and housing, or my parents (BOP-approved visitors) can drive from 15025 Farmcote Dr., Frisco, TX 75035 to pick me up.

Please help facilitate my immediate release and happy holidays!

Sincerely,
/s/ Mahsa Parviz

-----PARVIZ, MAHSA on 12/21/2024 11:27 AM wrote:

>

Please assist with this time-sensitive matter. I am currently eligible to go to the halfway house at 9702 Holmes Ave., Los Angeles, CA 90002 (Program Director: BaDonna Jarvis, Esq.; email: BADONNA.WATTSUPCDC@GMAIL.COM).

Thank you,
/s/ Mahsa Parviz

-----PARVIZ, MAHSA on 12/13/2024 10:13 AM wrote:

>

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

---

Dear Warden Zook,

It was a pleasure meeting you today. Per your request, I am providing the information of my BOP-approved halfway house, the Cornerstone House, located at 9702 Holmes Ave., Los Angeles, CA 90002. The program director of the sober living house is Ms. BaDonna Jarvis, Esq. and her email address is badonna.wattsupcdc@gmail.com. My outdate is 01/03/2026 and with the 12 months of Second Chnace Act halfway house, I should be eligible to transfer there any day now.

I already have a bed available for me there and my previous case manager, Ms. Betsy Alejandro at FCI Tallahassee (currently under SIA investigation), was supposed to submit the halfway house paperwork but it appears she instead submitted a transfer and I am pending transfer to FDC Miami instead of my halfway house.

I appreciate your help with this issue and thank you for your attention.

Sincerely,
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 12/13/2024 10:01 AM wrote:

\>

Thank you. May I please get a copy of my most recent team paperwork?
-----Warden on 12/11/2024 11:47 AM wrote:

\>
This matter will not be reviewed while you are in holdover status.

_____

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Monday, December 9, 2024 5:20 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, OKL-E-C

To: WARDEN ZOOK
Inmate Work Assignment: Laundry Orderly

Dear Warden,

I am forwarding my Petition for Application of Earned FSA Time Credits to you for consideration (see below).

Sincerely,
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 12/7/2024 3:19 PM wrote:

\>

PETITION TO WARDEN FOR APPLICATION OF EARNED FSA TIME CREDIT
_____

Dear Unit Team and Warden,

I am writing to Petition the Warden for Application of my Earned FSA Time Credits ("FTCs"). My recidivism score was high and dropped to a medium. I am a medical research scientist with government-sponsored publications listed on PubMed (https://nih.pubmed.gov; search "Mahsa Parviz") and have a non-profit organization, STEPS to Health, Inc., which aims to assist families of low socio-economic status with maintaining a healthy lifestyle. I have created templates for Amendment 821 sentence reductions and have helped unit team in SeaTac and Tallahassee with PC 1381 demands to the state (facilitate disposition of pending state charges for inmates in order to apply for halfway house faster).

My outdate is 1/3/2026 and I could be home any day if my FSA credits were applied. I would greatly appreciate application of my credits as my history of violence was incorectly calculated (should be 0 and was based on police reports without court dispositions - my recidivism should be low).

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

----------------------------------------------------------------------------------

Thank you and God bless!
/s/ Mahsa Parviz

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: OKL-E-C

----------------------------------------------------------------------------

FROM: 54652509
TO: Aaron, Aaron; B, D; Bucur, Kayrn; Cornerstone, Badonna; Farahmand, Maryam; Janssen, K; Navarro, Angel; Parvis, Shamsi
SUBJECT: /
DATE: 01/19/2025 01:32:00 PM

Don, and Kara as well as others copied: I HAVE AN URGENT QUESTION REGARDING the california coalition for women prisoners v. BOP case in the N.D. of CA USDC, Cause No. 4:23-cv-01455-YGR. There was a preliminary injunction entered on 3/15/2024 and a consent decree entered on 12/6/2024. I'm a Plaintiff/certified class member. Do I need to file a completely new enforcement action to remedy violations by the BOP thereunder or can an individual classmember file a motion in the class action for enforcement and specific performance of the Court's orders by the BOP?

I have been held in a transfer center for about 50 days (max. is 30 days), my FSA time credits are not being applied due to being subject to several retaliatory transfers since April 2024, and even without FSA credits, I was entitled to release to my BOP-approved RRC on 01/3/2025 (this did not take place because I was still at the transfer center and the BOP simply does not care to address any of my conscerns). WITH the FSA credits, I'm entitled to release since 01/3/2025 and am serving excess time in custody.

Also, the BOP OGC has, on 1/17/25, taken overt retaliatory actions in an attempt to thwart my reporting of BOP staff misconduct and ongoing incidents of abuse to my attorneys, the BOP, OIG, the courts, third-party advocates, etc... they have subjected me to unwarranted disciplinary proceedings (299/297 shot for highly disruptive conduct most like mail abuse) wherein I am AGAIN at risk of being placed in the SHU (was threatened as such by Lt. Jones of FTC Oklahoma City on 1/17/25), loss of all computer and phone priviliges, loss of FSA time credits and/or incentives, as well as loss of good time credits. My attempts to assert my rights as a protected class member with entitlement to immediate release and other protections afforded by the forgoing Court orders has been met with more retaliation in an effort to silence me and the BOP's conduct only condone the BOP's staff's inhumane treatment of female prisoners.

Please help.

/s/ Mahsa Parviz

NAME: Mohan Parvez
REG# 54052509
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730
2025 PM 5 L

Sealed in the
Presence of Staff

US District Court - N.D. of CA
attn: Clerk (file in No. 4:23-cv-04155-YGR)
1301 Clay St., Suite 400 S
Oakland, CA 94612