woman coallisson

FILED
FEB 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Por favor Deportame a Casa. 01/04/2025
NO más abusos NO más traumas. y Abusos de Autoridad.
Ayudame a llegar a mi Casa (México) con Mis hijos gracias.
Hola!! Buenos dias el motivo de esta carta
es por el caso #Nº 4:33 CV-04155-YGR
mi nombre es Jessica Dinora Peña Rodriguez.
M# 46412-510. me encuentro en carswell Texas.
a mi todo esto que esta pasando me a afectado
demasiado en tiempo y traumas. debido a que
cuando estaba en Dublin CA. no podiamos
dormir por estarnos cuidando porque los oficiales
entraban a los cuartos estando dormidas nosotras.
cuando dabamos las queja a la Ms. Mainer. y otros
oficiales el lotener nos mandaba encerrar por ese
motivo nosotras mismas nos cuidabamos. sin
dormir nos turnabamos las compañeras de cuarto.
despues cuando isieron lo del cierre de Doblin CA
Perdi muchas Pertenencias. que el BOP. no quiso
pagar solamente me pago $125 Dollar. no es justo.
nos sacaron a escondidas. en la noche. el camion
nos puso en peligro 5 veces. las cuales 3 veces.
se iva voltear en unas curvas. y gracias a que
nosotras despiertas cuidandonos le gritamos pudo
dar vuelta. y las otras 2. iva a chocar con unos
trailers. todas ibamos llorando pensando que hay
ibamos a morir algo horrible y con cadenas que no
podiamos ayudarnos golpeadas por las vueltas que
daba el camion. desde dublin asta Nevada con
mucho miedo nos an traido de Lugar a Logar
Porque no nos quieren por ser de dublin CA.
de Nevada nos llevaron a waseca Minesota. que hay
uff. los oficiales lu teners. fueron muy duros.
dormia en medio de las tuberias. no me podia
sentar en mi cama. porque me pegaba con las
tuberias estaba en el Bisman con muchas
garrapatas, ratas y se inondaba cuando llovia.
y los guardias me decian a todas son de dublin.
se tienen que aguantar. todo lo que yo e Pasado lo
e reportado a Susan y las master porque cuando
le dije al lotener me poso a arreglar el

cartón en medio del patio lloviendo y con muchos truenos el lotener y otro oficial se reían de mi yo asta que termine me dejaron irme ami unidad. muchos abusos de autoridad. me dio mucho Insomnio y ansiedad. me quitaron los FCA y mi transfer. despues al llegar aqui a Carswell tetas.
las consejeras me dijieron que si yo era de dublin les dije que sí y me dijieron quitate ese sueter les dije me lo prestaron tengo frio no tengo dinero y mis pertenencias aun no llegan y todas riendose. pueden checar camaras me volvio a decir eres de dublin yo no les tengo miedo. quitate ese sueter dejalo en el Piso y vete de mi vista a donde quiera que nos llevan es lo mismo. nos tratan mal y peor que yo no se Ingles y no lo entiendo me hacen mucho bulling ya. tengo mucha depresion no puedo mas con este miedo y tener que estar cuidandonos. en waseca un oficial me tumbo. me lastime una rodilla porque iva encadenada. y me dieron clutches. y aqui en Carswell riendose no me las quisieron dar y mi papel de medico de aqui mismo de Carswell dice. Cama baja, Piso bajo, NO escaleras. me lo dieron desde waseca. y aqui el medico me lo volvio a dar y se vence en 2025 Noviembre. y los oficiales consejeras me dijieron que NO y que si peleaba me iba al SHU así que no me lo respetaron y me mandaron a cama alta y subir escaleras. Son muy Injustos e sufrido tantos abusos. por favor ayudeme. Solamente pido de su ayuda para ya no soportar mas traumas porque nos hacen nuestra Sentecia mas dura.
me quitaron. el FCA el Secken chance. y los creditos de clases. si ami me volvieran a dar todos mis creditos mi salida Seria ahora en el 2025 por favor yo solo pido me den mis creditos y ser deportada. que me den un permiso de trabajo. Para poder trabajar. yo por favor pido eso ya no quiero mas traumas ni que abusen mas de nosotros. solamente quiero un permiso de trabajo y ser deportada. muchas gracias espero me puedan ayudar Bendiciones.

la Juez Ivonne Alvarez Rogers me mando una carta y una forma de compassion Realese y me la quito el lotener de waseca. tengo otra copia que le envie ami Juez Randa Crane de Mcallen tx. pero no se si la recibio porque el warden de waseca no dejaba que enviaramos nada y no e recibido respuesta.

01/04/2025.

Por favor ayudenos. mi nombre es Jessica Dinora Peña Rodriguez M# 46412-510. Mi familia me Espera con vida y sin Mas traumas. Quiero mi Deportación Por favor.

e sufrido.
* abusos de autoridad. en todos los Lugares por ser de DUBLIN.
* Rasismo. (Por ser de DUBLIN, ILegal, No saber Ingles).
* Miedo por todo lo que nos hacen y a lo que estamos Expuestos.
* Enfermedades (insomnio, Presión, Depresión, lesiones) Disletia.
* Bulling de autoridades por NO saber Ingles y ser de DUBLIN.
* Perdida de Pertenencias. en todos los Lugares. que vamos.
* Perdida de FCA, creditos y Secken chance. (Segunda oportunidad, credito de)
* Miedo a perder la vida por accidentes.
* Incomunicación con familiares.
* Replesalias. en todo Lugar que vamos por Autoridades.

Que es lo que Pido de ayuda y ser escuchada.
* Mi deportación.
* NO más traumas.
* Permiso de trabajo.
* Me devuelvan todos mis creditos, Secken chance, FCA.
* Me den Mi deportación.

Por favor ya Paren estos sufrimientos a donde sea que nos llevan toman Replesalias los guardias contra nosotras. Deportenos por favor ya no mas sufrimiento ya son muchos traumas porque no podemos defendernos de la autoridad. aqui uno ve y calla porque. si no nos va peor. NO hay Peor conspiración que esta del BOP. y autoridades. y las castigadas somos nosotras. Si a mi me Regresan y me dan todos mis creditos mi salida Seria ahora en 2025 Por favor ayudeme.

Gracias
Bendiciones.

Peña Rodriguez Jessica
#46412-510  1 Norte.  FMC.
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX, 76127

LEGAL MAIL

Clerk of the court
United state District court
Northern District of California
#1301 Clay street, Suite 4005
Oakland, CA, # 94612