CALIFORNIA COALITION FOR WOMENS PRISONERS, ET AL

V.

USA, BOP, ET AL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4:23-CV-04155-YGR

**FILED**

FEB 10 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RESPONSE TO SETTLEMENT AGREEMENT

PLEASE ACCEPT THIS IN RESPONSE TO THE SETTLEMENT AGREEMENT REACHED IN THE ABOVE REFERENCED MATTER. I WAS TRANSFERRED TO PHOENIX CAMP AND WAS FEARFUL OF RETALIATION AFTER SPEAKING WITH STAFF ABOUT WHAT OCCURED DURING MY STAY IN DUBLIN. I HAVE YET TO HEAR BACK AFTER SPEAKING OUT AGAINST THE SEXUAL HARASSMENT I EXPERIENCED. I WOULD LIKE TO SHED LIGHT ON THE FACT THAT I, ALONG WITH OTHERS, HAVE FOLLOWED THE REMEDIES AND APPROPRIATE STEPS AS DIRECTED, BUT FEEL AS THOUGH I AM AT A STANDSTILL. ANY GUIDANCE OR DIRECTION WOULD BE GREATLY APPRECIATED

ALEJANDRA BUSTILLOS 24475-298
FEDERAL PRISON CAMP
37930 N. 45TH AVENUE
PHOENIX, AZ 85086

ALEJANDRA BUSTILLOS 24475-298
FEDERAL PRISON CAMP
37930 N. 45TH AVENUE
PHOENIX, AZ 85086

PHOENIX AZ 852
5 FEB 2025 PM 8 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CA
94612

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE
RECEIVED
FEB 10 2025