CALIFORNIA COALITION FOR WOMENS PRISONERS, ET AL
  V.
USA, BOP, ET AL

4:23-CV-04155-YGR

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RESPONSE TO SETTLEMENT AGREEMENT

ALTHOUGH A SETTLEMENT AGREEMENT HAS BEEN REACHED, I WOULD LIKE TO ADDRESS THE CONTINUED BACKLASH THAT I ALONG WITH MANY OTHERS EXPERIENCE. THE DUBLIN SCANDAL HAS LABELED ME A PROBLEM. I HAVE EXPERIENCED STAFF RETALIATION, ISSUES WITH FILING PAPERWORK AND REMEDIES, DISCRIMINATION ALONG WITH OTHER ISSUES THAT I AM CURRENTLY IN THE PROCESS OF WRITING UP. PRIMARILY, THE EXPOSURE WAS DUE TO SEXUAL ABUSE. I NOW DAILY ENCOUNTER STAFF WHO SEE AND LABEL ME AS "TROUBLE". AFTER BEING MOVED ABRUPTLY, MY PROPERTY WAS LOST. I CONTINUE TO ESTABLISH REPOIR WITH STAFF. I DO NOT FEEL COMFORTABLE WITH THE REMEDY PROCESS. I FEEL THAT MY CONCERNS ARE NOT REVIEWED WITHOUT BIAS DUE TO MY DUBLIN ASSOCIATION.

THE SETTLEMENT FOCUSES ON A SPECIFIC TIME PERIOD. ITS IMPORTANT TO RECOGNIZE THE PROBLEM AS A WHOLE. ANY SUGGESTIONS OR DIRECTION WOULD BE GREATLY APPRECIATED.

RESPECTFULLY,

JENNIE KAZENA  08702-073
FEDERAL PRISON CAMP
37930 N. 45TH AVENUE
PHOENIX, AZ 85086