JENNIE KALENA [05702-073?]
FEDERAL PRISON CAMP
37930 N. 45TH AVENUE
PHOENIX, AZ 85086

PHOENIX AZ 852
4 FEB 2025  PM 9 L



RECEIVED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CA 94612

94612-522529