F I L E D

FEB 10 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#1

01-23-25

Caso N. 4:23-cv-04155-YGR.

Hola mi nombre es Maria Cruz #8588
65-09, Soy una de las que estuve en
Dublin C.A llegue a esa Pricion sin imaginar
que la Cerrarian. yo fui victima de intento de
abuso sexual puse la denuncia en marzo-03
del 2024, aqui envio las pruebas del reporte de
(PREA) Que puse, no ha sido nada Facil lo
que e Vivido fui abusada Cuando era niña
de 8 años, Fui abusada por mi ex pareja y llegar
ala prision donde Supuestamente uno esta segura
y no es haci, en Dublin los servicios medicos
eran feos solo me decian toma agua y eso te
hara Sentir mejor, fui de las primeras que em-
pacaron aquel 15 de abril por la mañana pero del
Autobus me regresaron a la Unidad B y el 19 de
abril por la mañana me llevaron a las Vegas rumbo
a atlanta GA, fue muy Cansado el viaje sin
Toallas ni papel Higienico y yo con mi Periodo
en las vegas dormi en el piso tan frio con mas
Compañeras, Salimos por la madrugada hacia el
Aeropuerto llegamos a atlanta G.A y de hay a
Aliceville Alabama la peor prision donde he
Estado. el personal muy racista para ellos
Somos las Bitch de Dublin, yo cometi un
error y eso me trajo a prision pero soy ser
Humano merezco Respeto y una Segunda
Oportunidad el B.o.p. Solo nos ven como
Juguetes en Alabama Casi todo el tiempo esta
en lock Down eso me da mucha ansiedad
Firme para venir a Carswell TX para hacer un
programa llamado Fit en español, Supuesta-
mente me quitaria un año llegue aqui y alos
meses un DTS me dijo tu no colificas para
El descuento del año por que no tienes pro-
blemas, de consumo de Drogas ni alcol y
tienes un Deteiner. Cuando en Alabama
Subieron en la Computadora que no importaba

#2

01-23-25 El estatus migratorio, el B.O.P esta gastando mucho dinero en un Programa falso donde no Hay personal profeccional ni Sicologos hay y obligan a uno a Ser la Sicologas de las otras Compañeras. yo tengo muchas traumas y en Este programa me traume mas, el dia 2 de enero 2025 Renuncie a seguir en ese programa y Firme la salida el 3 de enero-2025, haora me Siento mucho megor el unico miedo que tengo es que me regresen a Aliceville Ala- bama. por nada del mundo quiero regresar Hay. Esa Prision es Terrible a las *Hispanas* no nos quieren, aqui en Carswell Tx medicamente me han atendido bien estoy mejor aqui, les quiero dar las gracias a la Juez Ivonne Gonzales a Todos(a) los abo- gados(a) de la demanda colectiva y a la monitora Wendy Por todo su apoyo hacia nosotras por ser nuestra Voz por Luchar por nuestros derechos y no descriminarnos por nuestra nacionalidad soy Orgullosa mente, Mexicana, madre de 4 Hermosos niños los Cuales estan afuera esperandome, estoy a meses de ir a Casa me encantaria quedarme en Dallas Tx con un permiso de trabayo, no ser deportada Tengo derechos como Cualquier otra persona. cometi un error que me trayo aqui, pero eso no me define como persona, quiero Ser Libre abrazar ami Familia Estar precente en Cada momento de sus vidas de mis Hijos, he aprendido la leccion y por nada de la vida pienzo regresir a prision, estos 35 meses Separada de mis Hijos ha sido lo mas doloroso que hemos vivido ellos y yo mis padres estan enfermos quiero salir y Cuidarlos apapacharlos, quiero mi Libertad y Olvidar todo este mal proceso de mi vida, quiero trabayar en lo que me gusta Pintura Recidencial y Comercial ir ala iglecia con mis Hyos, por que si alguien no me ha abandonado es Dios el todo poderoso El me a Cuidado y protegido, estoy esperando este 21 de Febrero para Ver que va a suceder con la

demanda el B.o.p debería seguir dando los
minutos gratis ya que este 2 de enero todo el
sistema cambio tengo FSA pero no me regalaron
los minutos tengo que pagar por cada llamada
que hago por las videos y por los mensajes el
B.o.p. En lugar de gastar miles de dolares en
los programas de Fit en español, ARDAP y MAP
Esos programas no sirven para nada no lo corren
como debe ser es Falso y tiene reglas muy tontas
Hay me sentia acosada, atacada y deprimida
y poreso me retire y peor aun no califico para ningun
descuento por ser imigrante !! triste pero real, no
Hablo ingles mi primer y unico idioma es Español
me despido de ustedes dandole de nuevo las gracias
por todo su apoyo y aqui estare pendiente de sus
Respuestas para todas las que seguimos presas
de Dublin·ca en diferentes prisiones de estados unidos
Quiero Justicia meresco ir a Casa mis hijos
me necesitan y mas mi pequeño Jonatan de 15 años
El es Autista y depende de mi, el esta sufriendo
mucho por mi ausencia, y yo Solo quiero estar en
Casa con ellos, Bendiciones hoy y siempre.

Ms. Cruz

Cruz Maria 1N
# 858865-09
Carswell FMC
P.O. Box 27137
Fort Worth Tx
# 76127

RECEIVED

FEB 10 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Legal

NORTH TEXAS TX P&DC
DALLAS TX 750
29 JAN 2025  PM 10 L

USA/FOREVER

Clerk of the court
Court united state District
Court Northern District
OF California 1301 Clay
Street, Suite 400S
Oakland, C.A. # 94612

94612-999955