1  ERNEST GALVAN – 196065
   KARA J. JANSSEN – 274762
2  ADRIENNE SPIEGEL – 330482
   LUMA KHABBAZ – 351492
3  ROSEN BIEN
   GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
5  Telephone: (415) 433-6830
   Email: egalvan@rbgg.com
6         kjanssen@rbgg.com
          aspiegel@rbgg.com
7         lkhabbaz@rbgg.com

8  SUSAN M. BEATY – 324048
   CALIFORNIA COLLABORATIVE FOR
9  IMMIGRANT JUSTICE
   1999 Harrison Street, Suite 1800
10 Oakland, California 94612-4700
   Telephone: (510) 679-3674
11 Email: susan@ccijustice.org

12 AMARIS MONTES*
    Md. Bar No. 2112150205
13 MIRIAM R. NEMETH*
    D.C. Bar No. 1028529
14 RIGHTS BEHIND BARS
   416 Florida Avenue N.W. #26152
15 Washington, D.C. 20001-0506
   Telephone: (202) 455-4399
16 Email: amaris@rightsbehindbars.org
          miriam@rightsbehindbars.org
17
   * Admitted *pro hac vice*
18
   Attorneys for Plaintiffs

STEPHEN S. CHA-KIM*
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT*
 D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Email: natalie.steiert@arnoldporter.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **PLAINTIFFS' MOTION FOR DISMISSAL OF INDIVIDUAL CLAIMS FOR MONETARY RELIEF WITH PREJUDICE** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

|   |   |
|---|---|
| 1 | Plaintiffs R.B., A.H.R., S.L., J.L., J.M., G.M., A.S., and L.T. and Defendant United |
| 2 | States of America have each reached settlements resolving all individual claims, causes of |
| 3 | action, and related issues in the above captioned matter for monetary relief only. This |
| 4 | settlement agreement resolves only the individual damages claims in the First Amended |
| 5 | Complaint, Claims 4-30.  *See* ECF No. 152 at 65-97[1].  Parties do not move to dismiss the |
| 6 | individual plaintiffs' claims for injunctive relief on behalf of themselves or on behalf of the |
| 7 | certified class, Claims 1-3, which remain live.  *Id.* at 63-65.  The settlement specifically |
| 8 | provides that by executing the settlement "Plaintiff does not release any claims for |
| 9 | nonmonetary relief Plaintiff may have by virtue of the case captioned California Coalition |
| 10 | for Women Prisoners v. United States, Case No. 4:23-cv-4155-YGR, pending in the U.S. |
| 11 | District Court for the Northern District of California." |
| 12 | All signatures have been obtained on a formal settlement agreement to resolve the |
| 13 | individual claims for monetary relief only and the agreed-upon settlement funds have been |
| 14 | paid in full by Defendants.  The parties hereby request these individual claims be |
| 15 | dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(2), with the |
| 16 | parties to bear their own attorney's fees and costs pertaining to the claims for monetary |
| 17 | relief.  The settlement and this request for dismissal do not waive or otherwise address |
| 18 | claims for attorney's fees and costs relating to the claims for injunctive relief. |

DATED:  February 11, 2025         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Kara Janssen*
       Kara Janssen

Attorneys for Plaintiffs

---

[1] Page numbers refer to ECF numbering.