1  ERNEST GALVAN – 196065
   KARA J. JANSSEN – 274762
2  ADRIENNE SPIEGEL – 330482
   LUMA KHABBAZ – 351492
3  ROSEN BIEN
   GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
5  Telephone: (415) 433-6830
   Email: egalvan@rbgg.com
6          kjanssen@rbgg.com
           aspiegel@rbgg.com
7          lkhabbaz@rbgg.com

8  SUSAN M. BEATY – 324048
   CALIFORNIA COLLABORATIVE FOR
9  IMMIGRANT JUSTICE
   1999 Harrison Street, Suite 1800
10 Oakland, California 94612-4700
   Telephone: (510) 679-3674
11 Email: susan@ccijustice.org

12 AMARIS MONTES*
     Md. Bar No. 2112150205
13 MIRIAM R. NEMETH*
     D.C. Bar No. 1028529
14 RIGHTS BEHIND BARS
   416 Florida Avenue N.W. #26152
15 Washington, D.C. 20001-0506
   Telephone: (202) 455-4399
16 Email: amaris@rightsbehindbars.org
          miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Email: natalie.steiert@arnoldporter.com

17
* Admitted *pro hac vice*
18
Attorneys for Plaintiffs

19                          UNITED STATES DISTRICT COURT
20              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
21

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Plaintiffs' Motion for Dismissal of Individual Claims For Monetary Relief with Prejudice, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

Plaintiffs R.B., S.L., J.M., A.H.R., J.L., L.T., G.M., and A.S individual claims for monetary relief in this matter, Claims 4-30, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: _____, 2025

Hon. Yvonne Gonzalez Rogers
United States District Judge