JESSE LASLOVICH
United States Attorney
MADISON L. MATTIOLI
  MT Bar No. 36411284
ABBIE J.N. CZIOK
  MT Bar No. 55781377
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269 – Madison
       (406) 457-5268 – Abbie
Fax: (406) 457-5130
Email: madison.mattioli@usdoj.gov
       abbie.cziok@usdoj.gov

MARK STEGER SMITH
  MT Bar No. 4160
TIMOTHY A. TATARKA
  CA Bar No. 277219
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4642 – Tim
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       timothy.tatarka@usdoj.gov

Attorneys for Federal Defendants and
Defendant United States of America.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et. al., <br><br> Plaintiffs <br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et. al., <br><br> Defendants. | CASE NO. 4:23-CV-04155-YGR <br><br> **ADMINISTRATIVE MOTION TO CONTINUE FINAL APPROVAL HEARING** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Current Hearing Date:   Feb. 25, 2025 <br> Proposed Hearing Date:  March 25, 2025 |

Pursuant to Fed. R. Civ. P. 6(b) and N.D. Cal. L.R.s 6-3 and 7-11, the United States moves to continue the final approval hearing until March 25, 2025, at 1:00 p.m.

Good cause exists for this request. At this time, Counsel for the United States does not have sufficient information to ascertain whether BOP has the resources to implement the Consent Decree, specifically with respect to the Monitor's estimated fees and costs during the period of monitoring. Additionally, the recent change in administration, the change in key personnel, and the issuance of Executive Orders and Attorney General Memos that may impact some provisions in the Consent Decree, independently necessitate a continuance of the final approval hearing so newly appointed Senior

Department of Justice leadership can continue to review the proposed Consent Decree and provide guidance on implementation.

Counsel has diligently attempted to adapt to and address the practical realities of this changing landscape, but at this time lacks the requisite certainty to address questions from the Court regarding the effect of these changes, if any, on the proposed Consent Decree. Additionally, Jennifer Knox, BOP's designated Liaison between BOP subject matter experts and staff and the monitoring team, announced her retirement from federal service late Monday evening of this week. The Liaison is an integral component of the proposed Consent Decree, and while BOP is actively working to fill her position, it will take some time to get her replacement on board and up to speed.

There have been no previous modifications of this deadline, and this continuance will have the effect of delaying the effective date by 28 days but will not affect the length of the proposed Consent Decree. Continuing this hearing for a period of 28 days and maintaining the status quo will not prejudice Class Members as the current monitoring structure is not set to expire until March 31, 2025, and there will be no lapse in monitoring.

DATED: February 13, 2025

                                        JESSE A. LASLOVICH
                                        United States Attorney

By:    /s/ *Madison L. Mattioli*
        MADISON L. MATTIOLI
        ABBIE J.N. CZIOK
        MARK STEGER SMITH
        TIMOTHY A. TATARKA
        Assistant U.S. Attorneys
        Attorneys for Federal Defendants