**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

CALIFORNIA COALITION FOR WOMEN
PRISONERS; et. al.,

              Plaintiffs

       v.

UNITED STATES OF AMERICA FEDERAL
BUREAU OF PRISONS, et. al.,

            Defendants.

CASE NO. 4:23-CV-04155-YGR

**[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO CONTINUE
FINAL APPROVAL HEARING**

     Upon consideration of the Administrative Motion to Continue the Final Approval Hearing filed by the United States of America, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.

     The hearing currently set for February 25, 2025, is reset to March 25, 2025, at 1:00 p.m.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge