ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Email:  egalvan@rbgg.com
        kjanssen@rbgg.com
        aspiegel@rbgg.com
        lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:  (510) 679-3674
Email:  susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
MIRIAM R. NEMETH*
  D.C. Bar No. 1028529
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C.  20033
Telephone:  (202) 455-4399
Email:  amaris@rightsbehindbars.org
        miriam@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York  10019-9710
Telephone: (212) 836-8000
Email:  stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C.  20001-3743
Telephone: (202) 942-5000
Email:  natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **DECLARATION OF LUMA KHABBAZ IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CONSENT DECREE** <br><br> Date: February 25, 2025 <br> Time: 1:00 pm <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

[4643818.3]                                                                                     Case No. 4:23-cv-04155-YGR
DECLARATION OF LUMA KHABBAZ IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CONSENT DECREE

I, Luma Khabbaz, declare:

1. I am an attorney duly admitted to practice before this Court. I am an Associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Class. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion for Final Approval of Consent Decree.

2. Under the preliminary injunction, BOP provides Class Counsel with monthly rosters of class members including a roster that lists all of the people who were housed at FCI Dublin from August 16, 2023, when the Complaint in this case was filed, until the closure.

3. As part of the process of reviewing and responding to objections to the Consent Decree, I searched the name of each filer against the rosters provided by the BOP as well as reviewed our internal files for any prior contacts or other information relating to that filer.

4. The objector in Dkt. 456 (M.P.) was not listed on any roster provided by BOP for people who were incarcerated at FCI Dublin after Plaintiffs' filed their Complaint in August 16, 2023.

5. Class Counsel has mailed a letter to the objector in Dkt. 456 (M.P.) informing her about the class member definition for this case. We also informed her that she must separately seek any relief from the BOP. I also spoke with her personal attorney to let him know that she had reached out to us in connection to this case.

6. The objector in Dkt. 458 (A.B.) writes about previously being housed at FCI Dublin. I reviewed the spreadsheets from BOP with lists of all people housed at FCI Dublin from August 16, 2023 until the closure, and this individual was not listed on any rosters.

7. Class Counsel has mailed a letter to the objector in Dkt. 458 (A.B.) regarding the class definition and providing further guidance on her concerns.

8. The objector in Dkt. 451 (G.F.) was listed only on a BOP-provided roster

that listed people at FCI Dublin after the Complaint was filed on August 16, 2023 and before the class was certified on March 15, 2024.

9. Class Counsel has mailed a letter to the objector in Dkt. 451 (G.F.) regarding the class definition and providing further guidance on her concerns.

10. I also reviewed the comment to the Consent Decree filed as Dkt. 448. I have had multiple legal calls with the class member who filed Dkt. 448 (A.P.H.), including on August 8, 2024, January 7, 2025, and January 30, 2025. Myself and other attorneys and paralegals on our team have exchanged Corrlinks messages with her as well. The issues raised by this objector have been the subject of the legal calls as well as many of the Corrlinks messages. With the class member's permission, Class Counsel has raised these issues with the Monitor through memoranda about class member concerns.

11. I also reviewed the comment to the Consent Decree filed by Family Violence Law Center ("FVLC").

12. Members of the legal team, including myself, have met with FVLC and discussed FVLC's comments to the Consent Decree with FVLC leadership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 14th day of February, 2025.

*/s/ Luma Khabbaz*
Luma Khabbaz