IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T., individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 4:23-CV-04155-YGR<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONTINUE THE FINAL APPROVAL HEARING** |

1  This matter comes before the Court on Defendants' Motion To Continue The Final Approval Hearing. Having considered the Motion and Plaintiffs' Opposition thereto, the Court hereby **DENIES** the Motion.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

1

[Proposed] Order Denying Defs. Mot. To Continue Hearing        Case No. 4:23-CV-04155-YGR
US 253836091v1