# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: February 25, 2025 | Time: 4:59 p.m. – 5:35 p.m. = 36 minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 23-cv-04155-YGR | Case Name: California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons | |

**Attorney for Plaintiff:** Kara Janssen (RBGG), Ernest Galvan (RBGG), Stephen Cha-Kim (A&P), Susan Beaty (CCIJ), Miriam Nemeth (RBB)
**Attorney for Defendant:** Madison Mattioli (BOP), Kristi Sutton (BOP), Robert France (BOP)
**Senior Monitor of the Court:** Wendy Still

**Deputy Clerk:** Jenny Galang                                                            **Court Reporter:** Kendra Steppler

# PROCEEDINGS

Motion re [465] Motion for Final Approval of Consent Decree and Final Judgment – Held.

The Court considered the parties' arguments for and against granting final approval to the negotiated consent decree. The status of the facility – whether it will be repurposed or decommissioned – remains unclear to the Court. Plaintiffs' counsel inquired whether the senior monitor could participate in these discussions. The Court responded that it will require the parties to meet and confer and may also mandate a site visit to facilitate resolution. The Court heard individual class members during the hearing.

The Court will issue a full written order, denying the Government's request to strike certain portions of the consent decree and to continue the hearing on final approval. The Court grants final approval of the consent decree. At the request of the defendants' counsel, the Court approves an extension of the effective date to March 31, 2025. Additionally, the Court orders the parties to meet and confer regarding outstanding document and attorney fee issues.