**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, ET AL.**,<br><br>Defendants. | Case No.: 4:23-CV-4155-YGR<br><br>**ORDER RE: REMAINING MOTIONS**<br><br>Re: Dkt. Nos. 404, 425, 450, & 462. |

On February 27, 2025, the Court approved the parties' negotiated consent decree. The Court writes to address remaining motions.

Defendant John Russell Bellhouse filed a motion to compel. (Dkt. No. 404.) Pursuant to the relief afforded plaintiffs by the consent decree, the motion is **DENIED AS MOOT**.

Plaintiffs move to file under seal a summary of observations from a visit to a BOP facility conducted by class counsel. (Dkt. No. 425.) The motion is **GRANTED**.

One class member noticed a motion objecting to the consent decree. (Dkt. No. 450.) The Court took all class member concerns into account in considering the motion for final approval. Pursuant to the Court's approval order, the motion is **DENIED AS MOOT**.

Finally, pursuant to negotiated settlements, named plaintiffs move to dismiss their claims for monetary relief. (Dkt. No. 462.) The motion is **GRANTED**.

This terminates Docket Nos. 404, 425, 450, & 462.

**IT IS SO ORDERED**.

Date: March 18, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**