TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: WAS-D-A

---

FROM: 03260180
TO:
SUBJECT: Injunction Motion #1
DATE: 04/04/2025 02:45:36 PM

*[Handwritten: United States District Court / Dublin Inmate sent to WASECA / case # 4:23-CV-04155-YGR]*

IN THE UNITED STATES DISTRICT COURT FOR THE\
MINNESOTA DISTRICT

Priscilla A. Ellis
Inmate Reg # 03260-180
      Plaintiff

INJUNCTION /TRO
CIVIL NO:_____

*[Stamp: FILED APR 22 2025 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA OAKLAND OFFICE]*

v.

Federal Bureau of Prisons Employee
Unit Manager C. Parrent
Waseca Federal Correctional Institute employee

Plaintiff Hereby request this HONORABLE Court to issue an immediate Preliminary Injunction/ TRO to STOP prevent Unit Manager C. Parrent from entering Waseca Federal Correctional Institute premises while Inmate Priscilla Ellis with Reg #03260-180 is housed there under ANY CAPACITY, whether General Population or otherwise which will prevent him from causing further Physical injuries from Physical harm , sexual harassment and other physical abuse which left bruises on Plaintiff ( see attached Witness statements).

Plaintiff meet all 4 criteria's pertaining to a preliminary injunction / TRO pursuant to Rule 65 of Federal Rules of Civil procedure.

1. Evidence will proceed proceed @ trial to support the fact that defendant C. Parrent violated Plaintiff's rights and safety and her well being of being free from physical abuse, verbal abuse, sexual abuse and to be safe and secure in the Walls of Waseca Federal Correctional institute from Staff /inmate abuse

2. Plaintiff is likely to suffer more irreparable harm if preliminary injunction is not received.

Defendant C. Parrent has already caused Grave physical injuries by physical;ly assaulting/ attacking plaintiff in his office on 3/3/2025, evident witness statements attached who witnessed bruises.

3. Plaintiff faces a Greater Harm from Prison Unit Manager C. Parrent, as he FREELY walks the compound while investigation plays out, and can come into contact with Inmate Ellis to cause more physical injuries /sexual assault at his will without any restraints , anytime, anywhere at anytime on Waseca Federal Correctional Institution grounds where inmate Ellis is housed, meaning that Mr C. Parrent can cause further Harm constituting to more physical injuries and mental and emotional abuse as well.

PLAINTIFF saw C. Parrent on 3 April 2025 in Center Hall ( evidence camera footage around 11:30 am and he was smirking at Plaintiff as he was talking to another inmate and this made Plaintiff feel violated again, unsafe and mentally and emotionally under attach with no control of her surroundings.

4. Preliminary Injunctions will serve the Public's interest, as the Plaintiff's accountability is to the Public as well as the Public is interested in all AIC's in custody being SAFE from STAFF AND INMATE abuse in reference to ALL HARM and abuse to include sexual and physical assaults such as what C. Parrent indulged himself against plaintiff.

A Preliminary injunction is appropriate as the Harm that plaintiff faced from the defendant Mr C. Parrent is ongoing and engaged as long as he wanders freely around on the Waseca FCI compound while investigation continues as well as the results of Plaintiff seeking criminal charges against C. Parrent.

The Supreme Court, in Lewis v Casey 518 U.S. 343 ( 1996) stated that a Prisoner must only show " actual imminent injury" ( see attached statements) (2) with more to come from witnesses that acknowledged the injuries immediately after the event or within the following days of the physical assault.

Plaintiff received PHYSICAL INJURIES, although to request an injunction, plaintiff only need to show that she /he will be worse

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: WAS-D-A
--------------------------------------------------------------------------------

off due to the illegal acts of the prison staff/inmate or person carrying out the physical, mental or sexual abuse.

Plaintiff is already in Prison as an Actual innocent victim as a Honorable Army Veteran being used as a scapegoat for the crime of others, and should not have to consistently be subjected to sexual Harassment, physical assaults, physical abuse which causes physical injuries as well as mental and emotional injuries AND scars.

Granting the injunction is necessary to correct / STOP ongoing violation of plaintiff;s rights to be SAFE in custody from PHYSICAL , SEXUAL and VERBAL ABUSE from Staff as well as inmates.

Unit Manager C. Parrent should not be walking around on compound as to say that he is ABOVE the law, and is still working which continue to put inmate in imminent harm from his physical , sexual verbal assaults' and abuse.

Plaintiff is requesting this HONORABLE Court /Clerk to issue and GRANT a TRO until the Injunction can be heard.  Plaintiff does meet ALL requirements for a TRO pursuant to Rule 65 of the Federal Rules of Civil Procedures.

Plaintiff qualifies under the Violence Against Women Act, 18 U.S.C. 2246 and wishes to File criminal charges for the PHYSICAL Assault by Unit Manager C. Parrent.  The Bruises were so extensive and embedded, until they were visible on Plaintiff's Flesh for well over 3 weeks prior to totally fading away.  Neither Lieutenant Tarrant nor Nurse Peterson would take a picture o the bruise, both claiming the other would take the pictures.  Neither did SIA Rice, as the bruise was also displayed to him as well as Psychologist Turner in conjunction to other inmates that witnessed it immediately AFTER the physical contact with Mr C. Parrent.

This is called Staff trying to cover for staff's corruption.  Another staff member Ms. Lloyd told inmate Jodeci Holmes ( Inmate Reg # 59778-510 that she was accused of shaking an inmate, but because it was NOT on camera, it was dropped.

"Is this how they get away with things?  If an inmate is accused of an infraction , not on camera, it's not dropped, why should a staff member receive extra treatment?   Right is right and wrong is wrong, no matter what Country/World that you exist.

An inmate should not be subjected to accept abuse form a staff member , just because they are an employee, it is a CRIME to physically assault in or out of prison, Sexually, physically and in some cases verbally when it comes to harassment.

Mr Parrent's conduct of Physical assault while in an employee position is also Abuse of Color of State Law.

ALL Co-workers stick together as Ms Lloyd stated to Inmate Holmes Reg # 59778-510.  Inmate Sadie Hackett can attest to Mr Parrent's abuse, Inmate Destiny Duran, Inmate Cassandra Charity and others.   There are plenty of witnesses and witness statements to corroborate plaintiff's claims and request for the TRO/Injunction.

Relief Requested:

Plaintiff is requesting hat the Court/Clerk issue an INJUNCTION or TRO to STOP Unit Manager Parrent from stepping foot on the Institution of Waseca FCI while Plaintiff is housed there on this compound and to demand that Unit Manager C. Parrent CEASE Harassment and physical violence and verbal assaults' and innuendos towards plaintiff immediately.

Plaintiff is also requesting the court to direct the AUSA in this jurisdiction to proceed with criminal charges against Unit Manager C. Parrent for Physical Assault against plaintiff because she would not agree to his comments to "Suck his Dick"!

The Waseca FCI failed to keep Plaintiff safe from physical injury and therefore is seeking declatory relief from the court in form of TRO/Injunction.

Respectfully Submitted;

_____
Priscilla A. Ellis
Pro-Se'
U.S. Army Veteran

D Unit
Waseca FCI
P.O. Box 1731

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: WAS-D-A

--------------------------------------------------------------------------------

Waseca, MN 56093

Attachments: Written claim of PREA to OIA, Witness statements Confirming the Bruises from Assault.

CERTIFICATE of SERVICE:

Mailed on 4-4-2025 from Waseca FCI Mail room via certified delivery

_____
Priscilla A. Ellis
U.S. Army Veteran
Pro-se'

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: WAS-D-A

---

FROM: 03260180
TO:
SUBJECT: INJUNCTION
DATE: 04/04/2025 12:00:35 PM

IN THE UNITED STATES DISTRICT COURT FOR THE
MINNESOTA DISTRICT

Priscilla A. Ellis
    Plaintiff

CIVIL ACTION No:_____

vs.

Federal Bureau of Prisons Employee
Unit Manager Parrent, Waseca FCI

Upon the complaint, the supporting affidavits of the Plaintiff, and the memorandum of law submitted herewith, it is;

ORDERED that defendants Unit Manager C. Parrent show cause in room _____ of the United States Courthouse, on the ___ day of ___ 2025, at ___ o clock, why a preliminary injunction should not issue pursuant to Rule 65 (a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from stepping foot on Waseca Federal Correction Institution and or physical contact with Inmate Priscilla Ellis in a manner to cause her further Physical injuries, Mental anxiety and or emotional harm/injuries.

IT IS FURTHER ORDERED that effective immediately and pending the hearing and determination of this order to show cause, the defendants Unit Manager C. Parrent and each of their Officers, agents, employers, and all persons acting in concert or participation with them, are restrained from physical contact with Inmate Priscilla Ellis, United States Honorable Army Veteran in a manner to cause her further physical injuries, Mental anxiety and or emotional harm/injuries and must stop from entering the compound / Federal Institution Waseca Federal Correctional Institute while Inmate Priscilla Ellis is housed there in any Capacity General population or other means of housing/ Otherwise.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid plaintiffs/defendants immediately.

_____
Judge_____

Dated:_____

UNITED States District Judge

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: WAS-D-A

---

FROM: 03260180
TO:
SUBJECT: Witness Statement
DATE: 04/03/2025 10:23:49 AM

WITNESS STATEMENT

I *Angelica Towry* witnessed the fresh Bruise on the arm of Mrs. Priscilla Ellis, on 3-3 through 3-14 2025. The Bruise was there after Mrs. Ellis was assaulted physically by Mr. Parrent, Unit Manager, throwing her out of his office.

Ms Ellis went to have a PREA evaluation done by Nurse Peterson whom told Ms. Ellis that the Lieutenant's Office would take a picture of the Bruise, but the Lieutenant's office did not.

I am a witness that the Bruise was there and the only other person that Ms. Ellis came into contact with prior to the Bruise being there is Unit Manager Parrent in his office.

I attest to the penalties of perjury that the above statements are true.

_____  15564-010
Print Name and Reg #

_Angeline Towry_
Signature

I offered a picture ticket to Ms Ellis for Rec to take a picture of the Bruise since the Lt / medical refused to. This is abuse of power and colluded corruption to cover up their abuse & wrong doings.

X _____  4-3-25

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: WAS-D-A

---

FROM: 03260180
TO:
SUBJECT: Witness Statement
DATE: 04/03/2025 11:45:04 AM

WITNESS STATEMENT

I _Kiesha Basit_ witnessed the fresh Bruise on the arm of Mrs. Priscilla Ellis, on 3-3 through 3-14 2025. The Bruise was there after Mrs. Ellis was assaulted physically by Mr. Parrent, Unit Manager, throwing her out of his office.

Ms Ellis went to have a PREA evaluation done by Nurse Peterson whom told Ms. Ellis that the Lieutenant's Office would take a picture of the Bruise, but the Lieutenant's office did not.

I am a witness that the Bruise was there and the only other person that Ms. Ellis came into contact with prior to the Bruise being there is Unit Manager Parrent in his office.

I attest to the penalties of perjury that the above statements are true.

_Kiesha Basit #87222-509_
Print Name and Reg #

_Kiesha Basit_
Signature



| FOR OFFICE USE ONLY |
|---|
| DATE RECEIVED: _____ |
| CASE NUMBER: _____ |

# COMPLAINT
## ALLEGING FAILURE OF DEPARTMENT OF JUSTICE EMPLOYEE TO PROVIDE RIGHTS TO A CRIME VICTIM UNDER THE CRIME VICTIMS' RIGHTS ACT OF 2004

*Return signed form, including additional pages or documents, to:*

Chief, Office of Internal Affairs
Federal Bureau of Prisons
320 First St., NW, Room 600
Washington, DC 20534

This Complaint form is not designed for the correction of specific victims' rights violations, but is instead to request corrective or disciplinary action against Department of Justice employees who may have failed to provide or have violated the rights of a crime victim under the Crime Victims' Rights Act of 2004. A crime victim includes any person who has been directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia.

All complaints must be submitted within sixty (60) days of the victim's knowledge of a violation by the Department of Justice employee, but not more than one year after the actual violation. Receipt of complaints will be acknowledged in writing.

The information provided herein will be used along with other information developed during the investigation to resolve or otherwise determine the merits of this complaint. The information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of this complaint.

Please check the box that applies to the person filing this complaint.

- [X] Victim
- [ ] Legal Guardian
- [ ] Attorney representing victim
- [ ] Other representative (describe) _____

Name, phone number and relationship to victim of person completing this form (if not the victim).

Priscilla A Ellis — (I'm the victim)
P.O.C 254-630-6285 sister: Sharon Grailens retired SFC

Is the victim represented by an attorney in this complaint?  [X] Yes  [ ] No

If yes, please provide the attorney's name and contact information. All future contacts with the victim regarding this complaint will be made through the attorney.

Attorney Deb Golden, Attorney Bex Collins
Attorney Amaris @ Rights Behind Bars
Attorney Kara Janssen (Dublin Attorney)

Page 1 of 4

1. **PERSONAL INFORMATION ABOUT THE VICTIM**

| | | |
|---|---|---|
| First Name: Priscilla Ellis | Middle Name: Ann | Last Name: Ellis |
| Title: Mr.__ Mrs. X Ms.__ Miss__ Other__ | | |
| Street Address: N Unit Waseca FCI | | |
| City: Waseca | State: MN | Country: USA | Zip Code: 56093 |
| Home Telephone No: 254-630-6885 | Work Telephone No: | Cell Phone No: |
| Email Address: sharon.victor1@aol.com | | |

2. **INFORMATION ABOUT THE CRIMINAL CASE**

The following section requests important information about the criminal investigation or case in which you are a victim. Please provide as much information as you can.

Stage of the Criminal Justice Process - Select most recent event:
☑ Investigation ☐ Arrest ☐ Arraignment ☐ Preliminary Hearing ☐ Guilty Plea ☐ Trial ☐ Sentencing ☐ Parole Hearing
☐ Other _____

Defendant(s) Name(s): Mr. Parrent (Unit Manager)
Case Number: _____   District Court: _____   Judge: _____

3. **INFORMATION ABOUT THE VICTIM'S COMPLAINT**

What is the location and name of the office(s) or organization(s) of the Department of Justice that is/are the subject of your complaint?

Federal Bureau of Prisons Waseca Unit Manager Mr Parrent

Is your complaint against a specific person in that office? ☑ Yes ☐ No

If yes, please identify the person(s) (include position or title, if known) who failed to provide the right(s) about which you are complaining.

Mr Parrent Unit Manager A Unit physically assaulted with his hands left bruise on right fore arm & invited me to suck his dick

Page 2 of 4

Which of the following rights afforded by the Crime Victims' Rights Act of 2004, 18 U.S.C. § 3771, do you feel you were denied? Please check all that apply.

- [ ] The right to be reasonably protected from the accused.
- [ ] The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.
- [ ] The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.
- [ ] The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.
- [ ] The reasonable right to confer with the attorney for the Government in the case.
- [ ] The right to full and timely restitution as provided by law.
- [ ] The right to proceedings free from unreasonable delay.
- [ ] The right to be treated with fairness and with respect for the victim's dignity and privacy.

## STATEMENT OF COMPLAINANT

Please provide as much detailed information about your complaint against the Department of Justice employee(s) as possible, including the date(s) of the alleged violation(s), and an explanation of how the violation(s) occurred. However, you should not discuss the facts of the criminal investigation or case in which you are a victim. You may attach additional pages or documents to this complaint.

Mr. Parrent retaliated against me because I have turned down his sexual advances on more than 1 occasion to "suck his dick" (comments from him) "The only thing that a Black Bitch can do for me like you is suck my dick." I'm not sure if he started it as a joke. He always use profanity towards me. I told him stop it, I don't appreciate. On 3/2/3 He told me to leave his office as I was asking why was he abruptly moving me units. And He said because he was having inmate complaints "His lie" I said to myself as I was all over compound clan attest. Mr. Parrent grabbed my arm with force and physically removed me from his office.

Page 3 of 4

I was out on Bunker ~~Hill~~ compound over an Attest to the big bruise my ~~parents~~ thumb print - Destiny Duran, Clarissa Charity, Sadie ~~Faulkner~~ Hicks, Layla Jefferson and others witnessed this bruise Jeffry ~~of Tarrant refused to take a picture~~ classmate

### 5. PRIOR NOTIFICATION TO THE DEPARTMENT OF JUSTICE

Although you are not required to do so, did you notify the Department of Justice employee, or any employee of the office described above, of the alleged violation before filing this complaint?  ☒ Yes  ☐ No

By computer from DOJ BOP

If yes, please describe your efforts to resolve this matter, including the date(s) that you notified the Department of Justice employee or any employee of the office described above; the name, address and telephone number of the person with whom you attempted to resolve this matter; and the actions taken by the Department of Justice employee or office to resolve your complaint. You may attach additional pages or documents to this complaint.

I spoke to D.I.A. Rice a couple of days later, however 2 older women Ms K doing, Ms Bell and a 3rd told me that Mr Rice covers and put staff complaints under the rug and ask inmates to help him resolve them. Ms K said that Mr Rice tried to have her help him resolve 47 complaints against staff at Waseca.

### 6. OTHER RELEVANT INFORMATION

Provide any other relevant information or event(s). You may attach additional pages or documents to this complaint.

I felt like the AW Davis was trying to humiliate, quietly retaliate, violate me today as she called me to her office, not to ask how I was doing, but to tell me that a new civil case in the court re Carswell was not sustained. Not true. I never asked her for anything about Carswell, she should be concerned as Acting Warden of her own staff conduct.

The information set forth herein is true and correct to the best of my knowledge.

Signature: _____  Date: 3-27-25
(Must be signed by victim)

If the crime victim is under 18 years of age, incompetent, incapacitated, or deceased, this form must be signed by the Legal Guardian of the crime victim or the representative of the crime victim's estate, family member, or any other person appointed by the court. Please check all that apply to the victim:

☐ Under 18 years of age   ☐ Incapacitated   ☐ Incompetent   ☐ Deceased

Signature: _____  Date: _____

Page 4 of 4

Rev. 03/06

With the Annual Conference for Unit Managers, I would almost suggest that Mr. Cuthreal and Mr. Parrent are friends and perhaps the abuse was motivated from one Unit manager to the next. I went through Horrendous Sexual Abuse under Mr. Cuthreal and in Civil Suit am still Calling for His Arrest And Criminal prosecution, the same as I am in this Case Against Mr. Parrent. I want him Criminally Charged and prosecuted to the fullest extent of the law

ADMINISTRATIVE REMEDY RESPONSE
Log No: 1228729-F2

I, Ellis, Priscilla, 03260-180 agree to informally resolve my Administrative Remedy number 1228729-F2

_____     2-27-25
Ellis, Priscilla, 03260-180            Date

_____     2/27/25
A. Tarrant, Lieutenant                 Date

Proof of Mr. Parrents Retaliation, A day or two After I withdrew this complaint, Mr. Parrent moved me housing units & Physically Assaulted me.

WAS-1330.18d
Attachment A

## INFORMAL RESOLUTION ATTEMPT

In accordance with Program Statement 1330.18b, <u>Administrative Remedy Program</u>, this form will serve as documentation by the respective staff member and the Unit Manager to indicate an informal attempt to resolve the complaint of the following inmate.

**A BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM ATTACHED.**

NAME: Priscilla A Ellis           REGISTER NO: 03260-180
DATE ISSUED: 3-4-25                               STAFF: J. Ernste

1. Nature of complaint (to be completed by inmate):
First Step Act of 2018 also covers housing as well as disciplinary FRP policy with 100% clear conduct, aggressive programming since the inception of being with the FBOP, always with 1 to 3 jobs. Mr. Ament through retaliation and abuse of office, removed me from my original living quarters, when he was well aware of me telling him about the drug use, the cooking with Sincere, Mr. Innes intentionally moving girlfriends in together. I sit in our space from the time that I get in shower to count. Relocating housing is for disciplinary not clear conduct. Profanity towards inmates from staff not allowed. Mr. Ament then used profanity towards me more than once

FOR STAFF USE ONLY (to be completed ordinarily within 15 calendar days)

2. Date received from inmate: 3-10-25
3. Staff member assigned by Unit Manager: _____
4. Efforts made to resolve the problem:
All staff allegations are taken seriously and will be given the appropriate amount of time for review and/or investigation.

5. Applicable Program Statement used in this informal resolution attempt:
All staff allegations are taken seriously and will be given the appropriate amount of time for review
6. Inmate's response to informal remedy attempt:
and investigation.

Prepared by:
Received by Unit Manager: [signature] 3/28/25
Date returned to inmate:

