**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, ET AL.,**<br><br>Defendants. | Case No.: 4:23-CV-4155-YGR<br><br>**ORDER DENYING REQUESTS TO ENFORCE CONSENT DECREE;**<br><br>**ORDER RE: FILING FURTHER REQUESTS ON THE DOCKET**<br><br>Re: Dkt. Nos. 479 & 480. |

The Court is in receipt of two requests to enforce the approved consent decree, including one request for a Temporary Restraining Order. The requests are **DENIED,** though the Court has forwarded both to the Special Master.

Parties should note that the consent decree approved by the Court included provisions for communication with the Special Master. Further requests to enforce the consent decree shall be relayed to the Special Master, in accordance with the terms of the approved consent decree.

This terminates Dkt. Nos. 479 & 480.

**IT IS SO ORDERED**.

Date: May 5, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**