Rh[...]
Federal Me[...], Cardwell
PO Box 27137
Fort Worth, TX 76127




Retail
USPS
94612
RDC 99

U.S. POSTAGE
FCM LG ENV
NAVAL AIR ST.
TX 76127
JUN 17, 2025
$0.00
S2324H504127

United States District Court
US Courthouse
1301 Clay Street
Oakland, CA 94612