UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



CALIFORNIA COALITION FOR WOMEN PRISONERS,
   Plaintiff,

RHONDA FLEMING.
   Class Member,

V.                        NO.  23-cv-4155-YGR

UNITED STATES OF AMERICA,
   Defendant.

CLASS MEMBER'S NOTICE OF APPEAL

CLASS MEMBER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

The Class Member files this Notice of Appeal and Moiton to Proceed in Forma Pauperis.

The Class Member appeals the denial of disqualification of counsel based on conflict of interest and violations of Professional Rules of Conduct.

The Class Member moves the Court to grant in forma pauperis status on appeal based on the merits of this appeal.

Additionally, the Class Member moves the Court to order the District Clerk to provide the Class member with the Court's orders denying the Motion to Disqualify Counsel and any other court orders regarding this matter, such as the likely denial of the Rule 59(e) Motion.

Respectfully Submitted,

Rhonda Fleming, Class Member
August 21, 2025
Federal Medical Center-Carswell
Reg. No. 20446-009
PO Box 27137
Fort Worth, Texas 76127

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this Motion by the U.S. District Clerk on the same day.

Rhonda Fleming, Class Member

Rhonda Fleming #20446-009
Federal Medical Center-Carswell, 2-North
PO Box 27137
Fort Worth, Texas 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
25 AUG 2025 PM 7 L

United States District Court
U.S. Courthouse
Office of the Clerk
1301 Clay Street
Oakland, CA 94612

94612-520001

Legal Mail



RECEIVED
AUG 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA