UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. M.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>　　　　　Defendants. | Case No. 26-cv-00356-AGT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *California Coalition for Women Prisoners v. United States of America Federal Bureau of Prisons*, No. 23-cv-04155.

**IT IS SO ORDERED.**

Dated: January 14, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge