ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Email:        egalvan@rbgg.com
              kjanssen@rbgg.com
              aspiegel@rbgg.com
              lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone:    (510) 679-3674
Email:        susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone:    (202) 455-4399
Email:        amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:    (212) 836-8000
Email:        stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
Email:        carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Email:        natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES** <br><br> Judge:    Hon. Yvonne Gonzalez Rogers |

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

## I.   INTRODUCTION

2. I have been counsel in the above-captioned matter since we resumed investigations into staff sexual assault at FCI Dublin that we had previously litigated in the 1990s. That case, *Lucas v. White,* Case No. 3:96-cv-02905-THE (N.D. Cal.), brought on behalf of three individuals, concluded with a private settlement agreement in 1998, which required the government to institute certain reforms by July 30, 1999, resulting in dismissal of the case with prejudice in March 2000.

3. Our work on this specific litigation began in early 2022 when my partners and I were contacted by our clients from the *Lucas* case regarding new abuses at FCI Dublin. Attorney Susan Beaty, then at Central Legal de la Raza ("Centro Legal") was also conducting a preliminary investigation of new patterns of sexual assault at FCI Dublin starting in 2018. During early 2022, we worked with Mx. Beaty and our three original FCI Dublin clients to investigate the new case. During that same time frame, we associated with Rights Behind Bars ("RBB") to investigate and litigate the case. By June 2022, we began putting together the case that was ultimately filed in August 2023. In late 2023, we associated the attorneys of Arnold & Porter to prepare for the evidentiary hearing set for January 2024.

4. The instant fee claim covers work and expenses incurred from October 2018, when Ms. Beaty's investigation began through March 31, 2025, when the Consent Decree took effect. During this period of approximately 6 ½ years, Plaintiffs' counsel committed approximately 12,373 professional hours to this litigation. Those 12,373 hours were for the injunctive case only. In reviewing billing of all firms, I excluded work on the related

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

damages cases for the named plaintiffs from the total.  I also reviewed the time records for inefficiencies and duplication of effort, and eliminated approximately 2,624 hours from the bill, reducing the number of hours to approximately 9,749, as shown in the table below by firm.

| Firm | Hours Worked | Hours After Billing Judgment |
|---|---|---|
| Arnold & Porter | 1,786.1 | 1,456.05 |
| California Collaborative for Immigrant Justice (CCIJ) | 1,422.15 | 1,414.45 |
| Centro Legal De La Raza (Centro) | 552.70 | 550.60 |
| Rights Behind Bars (RBB) | 1,257.60 | 1,234.60 |
| RBGG | 7,354.50 | 5,092.90 |
| Grand Total | 12,373.05 | 9,748.60 |

5.      Plaintiffs' counsel calculated the amount of fees based on our intention to request market rates for some timekeepers under EAJA, 28 U.S.C. § 2412(d)(2)(A)(ii) due distinctive knowledge or specialized skill that was necessary to the litigation and could not have been obtained at the statutory rate.  For all other timekeepers, we calculated the amount based on the Ninth Circuit's posted inflation-adjusted EAJA rate for 2024, which is $251.84 per hour.  The timekeepers for whom enhanced rates are sought are from my firm, Michael Bien, Kara Janssen and me, from Arnold & Ported, Stephen Cha Kim, from CCIJ/Centro, Susan Beaty, and from RBB Oren Nimni and Amaris Montes.  I address the facts demonstrating their distinctive knowledge and specialized skill later in this declaration.

6.      The table below shows the total hours claimed after billing judgments, the rates sought, and the total amounts claimed for each timekeeper.  A true and correct copy of another version of this table, showing the billing judgment deductions totaling  over $1.1 million, is attached hereto as Exhibit **A**.

//

//

//

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

| Firm/Timekeeper | Level | Hours Claimed | Rates | Amount |
|---|---|---|---|---|
| A&P | | | | |
| Stephen Cha-Kim | Partner | 330.80 | $850.00 | $281,180.00 |
| Carson Anderson | Senior Attorney | 347.31 | $251.84 | $87,466.55 |
| Mark Raftrey | Attorney | 219.65 | $251.84 | $55,316.66 |
| Vanessa Villarruel | Attorney | 173.55 | $251.84 | $43,706.83 |
| Brooke D'Amore Bradley | Attorney | 175.70 | $251.84 | $44,248.29 |
| Natalie M. Steiert | Attorney | 209.04 | $251.84 | $52,644.63 |
| | | | | |
| CCIJ | | | | |
| Susan Beaty | Attorney | 1,348.05 | $575.00 | $775,128.75 |
| Priya Patel | Attorney | 45.90 | $251.84 | $11,559.46 |
| Emily Almendarez | Paralegal | 20.50 | $251.84 | $5,162.72 |
| | | | | |
| CENTRO | | | | |
| Susan Beaty | Attorney | 522.60 | $575.00 | $300,495.00 |
| Priya Patel | Attorney | 28.00 | $251.84 | $7,051.52 |
| | | | | |
| RBB | | | | |
| Oren Nimni | Attorney | 237.60 | $700.00 | $166,320.00 |
| Amaris Montes | Attorney | 871.00 | $500.00 | $435,500.00 |
| Miriam Nemeth | Attorney | 60.20 | $251.84 | $15,160.77 |
| D. Dangaran | Attorney | 65.80 | $251.84 | $16,571.07 |
| | | | | |
| RBGG | | | | |
| Michael W. Bien | Partner | 41.30 | $1,675.00 | $69,177.50 |
| Ernest Galvan | Partner | 461.90 | $1,150.00 | $531,185.00 |
| Kara J. Janssen | Senior Attorney | 1,453.00 | $875.00 | $1,271,375.00 |
| Adrienne Spiegel | Attorney | 342.70 | $251.84 | $86,305.57 |
| Luma Khabbaz | Attorney | 602.50 | $251.84 | $151,733.60 |
| Ginger Jackson-Gleich | Attorney | 146.60 | $251.84 | $36,919.74 |
| Arielle Tolman | Attorney | 355.10 | $251.84 | $89,428.38 |
| Julie de Vaulx | Paralegal | 458.00 | $251.84 | $115,342.72 |
| Linda H. Woo | Senior Paralegal | 316.80 | $251.84 | $79,782.91 |
| Darcy Edmundson | Paralegal | 294.20 | $251.84 | $74,091.33 |
| Isabella Grundseth | Paralegal | 284.90 | $251.84 | $71,749.22 |
| Hannah Potter | Paralegal | 250.80 | $251.84 | $63,161.47 |
| Emma Stodder | Law Student Clerk | 85.10 | $251.84 | $21,431.58 |
| **Grand Total** | | **9,748.60** | **$1,675.00** | **$4,959,196.27** |

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

7.  Attached to this declaration as Exhibit **B** is a true and correct copy of a table showing the total time incurred and claimed at each phase of the litigation, from pre-filing investigation through enforcement of the consent decree.

8.  Plaintiffs' counsel advanced all costs in this matter.  I have reviewed the costs bills for each firm and confirmed that none of the costs presented were for the damages cases.   The costs are summarized in the table below and in Exhibit **C** hereto.

| Category/Firm | AP | CCIJ | RBB | RBGG | Grand Total |
|---|---|---|---|---|---|
| Computerized Research Charges | $76,371.50 | | | $8,435.14 | $84,806.64 |
| Copying/Printing | $4,177.50 | | | $802.09 | $4,979.59 |
| Court Reporters | $16,133.25 | | | $1,761.20 | $17,894.45 |
| Ediscovery Hosting and Support | $9,930.27 | | | | $9,930.27 |
| Equipment Rental | $1,221.81 | | | | $1,221.81 |
| Filing Fees | $1,009.00 | | | $402.00 | $1,411.00 |
| Internet Access Fees | $0.00 | | | | $0.00 |
| Long Distance Telephone | $0.00 | | $53.00 | $0.00 | $53.00 |
| Postage and Delivery | $94.48 | | | $3,298.92 | $3,393.40 |
| Service of Process | | | | $7,314.98 | $7,314.98 |
| Translation/Interpreting | $10,984.50 | | | $3,413.82 | $14,398.32 |
| Travel, Lodging, Meals | $23,063.02 | $9,768.67 | $9,101.32 | $9,956.09 | $51,889.10 |
| **Grand Total** | **$142,985.33** | **$9,768.67** | **$9,154.32** | **$35,384.24** | **$197,292.56** |

9.  On July 29, 2025, I participated in a settlement conference regarding the fees and costs claim.  The result of the conference was an agreement to compromise the total fees and costs claim, amounting to $4.959 million in fees and $197,293 in costs for $3 million, subject to approval by the United States Department of Justice.  On December 5, 2025, I learned from opposing counsel, Ms. Mattioli, that she had received approval of the settlement.

10.  On December 22, 2025, I emailed Ms. Mattioli a draft of the Memorandum of Points and Authorities in support of this motion for approval of the settlement and asked whether I could represent that the government did not oppose the motion.  On December 23, 2025, I received confirmation from Ms. Mattioli that I could represent that

[4643832.2]   4   Case No. 4:23-cv-04155-YGR
DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

the motion as presented in the Memorandum of Points and Authorities was unopposed.

11. In the remainder of this declaration, I will provide background on the RBGG timekeepers, the work performed, and costs incurred, as well as exhibits showing the total hours spent by all timekeepers from all firms.

## II. Background and Experience of RBGG Chargeable Personnel Who Staffed This Case

12. From its formation in 1990, Rosen Bien Galvan & Grunfeld LLP (RBGG) has been a nationally recognized leader in civil rights, employment, consumer, and antitrust class action litigation. The firm has long specialized in large class action lawsuits seeking to improve conditions in correctional systems. For example, the firm is currently lead or co-lead class counsel in the following correctional class actions: *Armstrong v. Brown* (N.D. Cal. No. C 94-2307 CW), a class action on behalf of prisoners and parolees with disabilities incarcerated in the California state prison and parole systems; *Coleman v. Brown* (E.D. Cal. No. S 90-0520 KJM-DB P), a class action on behalf of prisoners with psychiatric disabilities incarcerated in the California state prison system; *Hernandez v. County of Monterey* (N.D. Cal. No. 13-cv-2534 BLF), a class action on behalf of prisoners, including prisoners with disabilities, held at the Monterey County Jail; *Hedrick v. Grant* (E.D. Cal. No. 2:76-cv-00162-GEB-EFB), a class action on behalf of prisoners and detainees held at the Yuba County Jail; *Cole v. County of Santa Clara* (N.D. Cal. No. 5:16-cv-06594-LHK), a class action on behalf of prisoners with mobility disabilities at the Santa Clara County Jails; and *Babu v. County of Alameda* (N.D. Cal No. 5:18-cv-07677), a class action on behalf of prisoners at the Alameda County Jail.

### A. RBGG Timekeepers for Whom Market Rates Are Sought.

13. **Ernest Galvan.** I graduated from Yale Law School in 1997, after which I clerked for the Honorable Dean D. Pregerson of the United States District Court for the Central District of California. I have been practicing law at RBGG since 1998 and became a partner in 2006.

14. I have led numerous litigation efforts in the *Armstrong v. Newsom* prison

disability rights case, as well as in *Coleman v. Brown*, 438 F. App'x 743 (9th Cir. 2011) (involving mental health care for a statewide class of prisoners with severe mental illness), and *Valdivia v. Schwarzenegger*, 599 F.3d 984 (9th Cir. 2010) (involving parolee rights).  I have served as class counsel in numerous other prison and jail conditions and employment cases in federal court, including *Babu v. County of Alameda*, N.D. Cal. No. 5:18-cv-07677-NC, and *Hernandez v. County of Monterey*, N.D. Cal. No. 5:13-cv-02354-BLF-NMC.  I have been awarded the California Lawyer Attorney of the Year Award twice, in 2012 for my successful advocacy before the California Supreme Court in *Retired Employees Association of Orange County v. County of Orange*, 52 Cal. 4th 1171 (2011), and in 2022 for litigation against the Trump administration's attempted ban of the social media platform WeChat.  *See U.S. WeChat Users Alliance v. Trump*, 488 F. Supp. 3d 912 (N.D. Cal. 2020).  My time is calculated here at my 2026 market rate, which was $1,150 per hour.

15.     **Michael W. Bien.**  Mr. Bien is a founding partner of RBGG.  He is a 1980 graduate of Northwestern University School of Law.  Before forming RBGG in 1990 he was a partner at Brobeck Phleger & Harrison where he practiced commercial litigation and developed a pro bono practice in prisoners' rights, focused on mental health and medical care as well as protection of vulnerable individuals from abuse by staff.  He brought an action against the BOP regarding sexual abuse of incarcerated women at FCI Dublin in the 1990s.  A published opinion in that prior Dublin case recognized the Mr. Bien as "a genuine expert in the area of complex, institutional prison reform litigation." *Lucas v. White*, 63 F. Supp. 2d 1046, 1061 (N.D. Cal. 1999).  Citing Mr. Bien's then "15 years of experience in this specialty," the court in *Lucas* awarded an enhanced rate for Mr. Bien's time under EAJA.  Mr. Bien has accumulated decades more experience in prison litigation since the 1999 *Lucas* decision including in: *Armstrong v. Newsom* (N.D. Cal. No. C 94-2307) (class action against CDCR on behalf of over 10,000 prisoners and parolees with certain disabilities, including mobility impairments); *Coleman v. Newsom* (E.D. Cal. No. S 90-0520 KJM-DB) (class action against CDCR regarding mental health treatment); *Sabata*

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

*v. Nebraska* (D. Neb. No. 4:17-cv-03107-RFR-MDN) (action on behalf of incarcerated individuals in Nebraska state prisons); and *Hernandez v. County of Monterey* (N.D. Cal. No. 5:13-cv-2354 BLF) (class action on behalf of all prisoners and a disability sub-class in the Monterey County Jail); *L.H. v. Schwarzenegger*, 2:-06-02042-LKK-DAD (E.D. Cal.) (a class action under the 8th and 14th Amendments, the ADA, and the Rehabilitation Act on behalf of all juvenile wards and parolees in California's Department of Juvenile Justice); *Hecker v. California Dep't of Corrections and Rehabilitation*, 2:05-cv-02441-KJM-DAD (E.D. Cal.) (ADA and Rehabilitation Act class action lawsuit against the California Department of Corrections and Rehabilitation on behalf of all prisoners with psychiatric disabilities). Mr. Bien's work is reflected in many published decisions including *Brown v. Plata*, 131 S.Ct. 1910 (2011) (upholding first disputed prison population cap order under the Prison Litigation Reform Act of 1996); *Coleman v. Brown*, 428 Fed. Appx. 743 (9th Cir. 2011) (upholding district court order against state prison system to ensure access to inpatient psychiatric hospital beds); *Valdivia v. Schwarzenegger*, 599 F.3d 984 (9th Cir. 2010), rehearing en banc denied, 623 F.3d 849, *cert. denied*, *Brown v. Valdivia*, 131 S.Ct. 1626 (2011) (addressing interaction between federal due process rights and state administrative procedures); *Coleman v. Schwarzenegger*, 922 F. Supp. 2d 882 (E.D. Cal. and N.D. Cal. 2009) (first successful contested trial under 1996 statute limiting federal court issuance of prison overcrowding relief).

16. Mr. Bien's time here is calculated at his 2025 market rate of $1,675 per hour.

17. **Kara Janssen.** Ms. Janssen is a 2010 graduate of New York University School of Law, where she was a Root-Tilden-Kern Scholar. For the past 15 years, Ms. Janssen has represented civil rights plaintiffs, primarily against government defendants in systemic reform litigation. She has represented prisoners regarding access to mental health care, and accommodations for disabilities in several class actions, including, *Babu v. Alameda County,* (N.D. Cal. No. 5:18-cv-07677) (class action on behalf of all persons incarcerated at Alameda County Jail); ( *Cole v. County of Santa Clara*, (N.D. Cal.

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

No. 16-CV-06594-LHK) (class action on behalf of prisoners with mobility disabilities); *Jewett v. Shasta County* (E.D. Cal. No. 2:13-cv-0882 MCE AC (PC)) (class action on behalf of prisoners with mobility disabilities); *LSPC v. Ahern* (Alameda Cnty. Sup. Ct. No. RG12656266) (taxpayer action on behalf of prisoners with mobility disabilities); *G.F. v. Contra Costa County* (N.D. Cal. No. 3:13-cv-03667-MEJ) (class action on behalf of juveniles with psychiatric disabilities); and *Sabata v. Nebraska* (D. Neb. No. 4:17-cv-03107-RFR-MDN) (action on behalf of incarcerated individuals in Nebraska state prisons).

18. Ms. Janssen's time is calculated here at her 2025 market rate of $875 per hour.

**B. RBGG Timekeepers For Whom EAJA Capped Rate is Sought**

19. **Adrienne Spiegel** is an associate at RBGG and a 2019 graduate of Harvard Law School, and of Yale University. Prior to joining RBGG, she was a staff attorney at the East Bay Community Law Center, and a legal fellow with Public Justice. Ms. Spiegel also served as a law clerk to the Honorable Marsha S. Berzon of the United States Court of Appeals for the Ninth Circuit. Ms. Spiegel's regular rate for 2024 was $525.

20. **Arielle Tolman** practiced at RBGG in 2022 and 2023, and is a graduate of Northwestern Law School of Law, and Wesleyan University. She also received a PH.D. in Sociology with a dissertation on criminalization of persons with mental illness as part of psychiatric deinstitutionalization. Ms. Tolman clerked for the Honorable William Fletcher of the United States Court of Appeals for the Ninth Circuit. Ms. Tolman's rate in 2023 was $450. Had she remained at the firm in 2025 her rate would have been $500.

21. **Ginger Jackson-Gleich** was an associate at RBGG from 2022 to 2024. She is a 2018 graduate of Harvard Law School, where she was a recipient of the Presidential Public Service Fellowship and worked on the *Harvard Law Review*. She also holds a Master's Degree in Jurisprudence and Social Policy from U.C. Berkeley and a B.A. from University of North Carolina, Chapel Hill, from which she graduated as a member of Phi Beta Kappa. Prior to joining RBGG, Ms. Jackson-Gleich served as a law clerk to two Justices on the Supreme Court of California, and to the Honorable Edward M. Chen of the

Northern District of California. She has experience representing incarcerated individuals in litigation involving prison and jail conditions including in *Coleman v. Brown* (E.D. Cal. No. S 90-0520 KJM-DB P), a class action on behalf of prisoners with psychiatric disabilities incarcerated in the California state prison system, and she has also assisted with the creation and enforcement of federal consent decrees in the policing context. Ms. Jackson-Gleich's 2024 rate was $525, and would have been $575 in 2025.

22. **Luma Khabbaz** is an associate at RBGG. She joined the firm in 2023. Ms. Khabbaz is a graduate of Northwestern Law School of Law, and Indiana University. She served as a law clerk in the Los Angeles County Public Defendant Office, as well as the Roderick& Solange MacArthur Justice Center in Chicago, Illinois. Ms. Khabbaz's 2025 rate was $450.

23. **Emma Stodder** is an associate at RBGG. She joined the firm as an associate in 2025, after working at the firm as a law student clerk in 2023. Ms. Stodder is a graduate of the University of California, Berkeley School of Law, and Columbia University. Before joining RBGG as an associate she served as a law clerk to the Honorable Sidney R. Thomas of the United States Court of Appeals for the Ninth Circuit. She did the work claimed on this application when she was a summer law clerk at RBGG. Our student law clerk rate in 2023 was $400 and $425 in 2025.

### C.    RBGG Paralegal Time at EAJA Capped Rates

24. My practice in this and similar cases is to assign substantive tasks to paralegals to ensure that attorney time is used an efficiently as possible. In this litigation, I assigned paralegals to review and summarize client records, to prepare exhibits for trial, to maintain contact with the named plaintiffs and other class members, to gather information from potential plaintiffs and witnesses, and to keep the attorneys informed regarding issues raised by the class members. The 2025 regular paralegal rates for these timekeepers range from $310 to $470 per hour. For the fees application in this matter, we sought only the capped EAJA rates at the $251.84 level for 2024. The following paralegals were assigned to this case:

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

25.    **Linda Woo** is a Senior Paralegal at RBGG.  Ms. Woo has worked as a legal technician and paralegal since 1988, starting at the United States Attorney's Office for the Northern District of California, where she worked for 18 years.  Ms. Woo was a Senior Litigation Paralegal at K&L Gates for nine years before joining RBGG in 2015.  Ms. Woo has worked on a wide range of criminal defense and civil litigation matters, including several cases involving prison and jail conditions.  In 2024, the firm billed Ms. Woo's time at $450 per hour, and at $470 in 2025.

26.    **Darcy Edmundson** is a Paralegal at RBGG.  She joined the firm in 2023 after graduating from Pitzker College.  Ms. Edmundson works on several prison and jail conditions cases.  In 2024, the firm billed Ms. Edmundson's time at $335 per hour, and at $350 in 2025.

27.    **Hannah Potter** was a Paralegal at RBGG from 2021 to 2023.  Ms. Potter graduated from Cornell University in 2019, and worked at the DC Public Defender's Office before joining RBGG.  She worked on several prison and jail condition cases, and in this matter, handled communications and information gathering with potential plaintiffs.  In 2023, the firm billed Ms. Potter's time at $325.

28.    **Isabella Grundseth** is a Paralegal at RBGG.  She joined the firm in 2024 after receiving her undergraduate degree from the University of Chicago.  Before joining the firm, Ms. Grundseth served as a judicial intern to the Honorable Beth Phillips, Chief Judge of the United States District Court for the Western District of Missouri.  Ms. Grundseth's work on this matter focused on gathering information from class members during the period after Dublin's closure.  In 2024, the firm billed Ms. Grundseth's time at $295 per hour, and at $350 in 2025

29.    **Julie De Vaulx** was a Paralegal at RBGG from 2022 to 2024.  Ms. De Vaulx received her undergraduate degree from UC Berkeley in 2022.  Ms. De Vaulx worked on the trial preparation for the January 2024 evidentiary hearing and was present at counsel table during much of the trial to present exhibits.  Ms. De Vaulx also handled class member communication and information gathering from class members.  In 2024, the firm

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

billed Ms. De Vaulx's time at $325.

## III. Co-Counsel Whose Distinctive Knowledge or Specialized Skill Was Necessary to the Litigation

30.     I am familiar with the qualifications and contributions of the timekeepers from outside my firm whose distinctive knowledge or specialized skill were necessary to this case.

31.     **Susan Beaty** is a 2018 graduate of the UC Berkeley School of Law.  This litigation grew out of Mx. Beaty's work coordinating an immigration clinic at FCI Dublin for five years prior to the prison's closure.  For the first several years, Mx. Beaty was the sole attorney on this matter; they initiated our investigation, recruited individual and organizational plaintiffs, and helped to assemble our litigation team.  Their knowledge of FCI Dublin, trusting relationships with dozens of incarcerated people, and organizational ties have been critical to our work.  Mx. Beaty's specialized immigration knowledge was also necessary for developing and litigating this case.  Mx. Beaty's specialized knowledge remained essential throughout the litigation, as over 20% of people held at FCI Dublin were noncitizens, and the government used its power over class members with immigration cases to retaliate against them and discourage them from reporting sexual misconduct.  Mx Beaty's time is calculated using the rate of $575, which is line with 2018 law graduates at RBGG.

32.     **Oren Nimni** is a 2014 graduate of Northeastern Law School.  He was the Legal Director for Rights Behind Bars from January 2021 to October 2024.  He previously served as a Supervising Attorney at Lawyers for Civil Rights in Massachusetts.  In 2023 he received the American Constitution Society's 2023 David Carliner Award, which recognized him as a top civil rights attorney in the country for his innovative litigation tactics.  He also served as a Lecturer at Law at Harvard Law School in the area of prison law.  The rate used for Mr. Nimni is $700 per hour.  This rate is in line with Bay Area rates for an attorney serving as Litigation Director, and first chair in a trial such as this one.

33.     **Amaris Montes** is a 2021 graduate of the UCLA School of Law, where she

[4643832.2]                                        11                            Case No. 4:23-cv-04155-YGR

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

received a specialization in public interest law and policy.  She was comments editor of the UCLA Law Review, and was recognized as a UCLA Law Achievement Fellow, California Change Lawyer Scholar, Mexican American Bar Foundation Scholar, and Latina Lawyers Bar Association Scholar.  Before law school, her work included assisting individuals in immigration detention with their immigration matters and with their conditions of confinement.  She joined RBB as a Skadden Fellow.  She currently serves as Director of West Coast Litigation and Advocacy for Rights Behind Bars.  Ms. Montes has developed extensive experience in civil litigation, litigating both class actions and individual cases. The rate used for Ms. Montes is $500 per hour which is in line with RBGG's rates for 2021 law graduates.

34.    **Stephen Cha-Kim** is a 2011 graduate of Harvard Law School, and a partner at Arnold & Porter.  He served eight years as an Assistant U.S. Attorney for the Southern District of New York where he handled a wide range of civil litigation.  He was also detailed to the White House as Associate Counsel to the President during the Biden Administration.  The matters he handled included defense litigation involving allegations of constitutional violations by correctional and other law enforcement officers.  We relied on Mr. Cha-Kim's distinctive knowledge of Justice Department regulations and procedures in litigating this case.  The rate we used for Mr. Cha-Kim's hours, $850, is in line with RBGG's rate for partners with similar levels of experience.

**IV.    The Rates Sought for Mr. Bien, Ms. Janssen, Mr. Galvan, Mr. Cha-Kim, Mr. Nimni, and Ms. Montes Are Reasonable**

35.    RBGG's 2025 hourly rates for attorneys and other legal professionals who worked on this action are wholly consistent with the market rates charged by comparable attorneys and legal staff in the San Francisco Bay Area for work such as that performed in this case.  In fact, RBGG's rates are lower than the rates at many San Francisco Bay Area law firms.  RBGG's billing practices are similarly comparable to those of other attorneys and legal staff in the San Francisco Bay Area.

36.    I have extensive experience in attorneys' fees litigation.  My experience in

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

attorneys' fees litigation includes negotiation, mediation, law and motion, trial and appellate work. I have served as specially-retained fees counsel. I have become familiar with the rates charged and the billing and work practices of lawyers in California and the nation in many ways: (1) as a billing partner negotiating rates and discussing bills for legal representation with individual and corporate clients; (2) from my own considerable involvement in attorneys' fees litigation; (3) by discussing attorneys' fees, billing, and work practices with other attorneys; (4) by representing other attorneys seeking fees; (5) by obtaining declarations from other attorneys regarding market rates, attorneys' fees, billing and work practices; (6) by reviewing surveys, legal newspapers, reported decisions, and treatises regarding prevailing attorneys' rates, fees, billing and work practices; (7) by reviewing attorneys' fees applications and awards in other cases, as well as unpublished decisions; and (8) by reviewing rates charged by, and billing and work practices of, other firms that my firm has retained or associated with.

37.    Every year, when my partners and I set rates for the firm, we consider the information we are able to gather regarding other firms' rates, the work we are performing, and the experience of our attorneys and staff, as well as our ongoing communications with our fee-paying clients and potential clients concerning our rates. This is a careful analysis we perform each year by gathering information from numerous law firms and reviewing articles and other public sources of information, such as fee petitions and awards, to determine the range of prevailing rates in this area for attorneys and paralegals with similar levels of experience performing work of similar complexity. Traditionally, attorneys' billing rates increase each year to reflect the increased experience level of the attorney, and in accordance with the prevailing market practice. As such, we increase the rates of our attorneys and legal professionals as they gain experience.

38.    RBGG's rates are wholly consistent with the rates charged by comparable attorneys and legal staff in the San Francisco Bay Area and numerous other locales within California for work comparable to that performed in the instant case. (In fact, they are lower than rates at many San Francisco Bay Area firms.) My firm's billing practices are

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

comparable to those of other attorneys and legal staff in the San Francisco Bay Area and elsewhere in California. My firm's billing rates are charged to and paid by clients who pay by the hour on a monthly billing basis. They are also the rates we claim in our fee applications in all our fee-shifting cases. These contain no contingency, delay, or preclusion components.

39.     As discussed above, RBGG attorneys are nationally recognized for their excellence in disability law, civil rights litigation, and complex class action litigation. This experience has led courts throughout California and the nation to award RBGG fees at its full market rates, including the following:

a.     *Smith v. California Health and Human Services Agency*, N.D. Cal. No. 4:21-cv-07872-HSG (October 21, 2024 Ruling from an Arbitrator on Attorney Fees awarding RBGG's requested 2024 rates, including $1,100 for an RBGG partner (1997 graduate) and $800 for an RBGG senior counsel (2011 graduate). A true and correct copy of the ruling is attached hereto as **Exhibit D**);

b.     *United States v. Academy Mortgage Corporation*, No. 3:16-cv-02120-EMC, Dkt. 500 (N.D. Cal. May 31, 2024) (awarding RBGG's requested 2023 hourly rates for its fees work, including $1,475 for an RBGG partner (1962 graduate), $925 for an RBGG partner (2005 graduate), $875 for an RBGG partner (2008 graduate), $825 for an RBGG senior counsel (2008 graduate), and a senior paralegal rate of $435 for Karen Stilber. A true and correct copy of the ruling is attached hereto as **Exhibit E**);

c.     *Prison Legal News v. Ryan*, No. CV-15-02245-PHX-ROS, 2024 WL 1195548, at *2 (D. Ariz. Mar. 20, 2024) (awarding RBGG's requested 2023 rates, including $1,475 for an RBGG partner (1962 graduate), $825 for my partner Jenny Yelin (2010 graduate); $750 for an RBGG senior counsel (2011 graduate), $625 for former RBGG associate Amy Xu (2015 graduate), and paralegal rates ranging from $325 to $435, including $435 for senior paralegal Karen Stilber);

d.     *Prison Legal News v. Ryan*, No. 19-17449, 2023 WL 9190364, at *1 (9th Cir. Mar. 21, 2023) (awarding RBGG's requested 2022 rates, including $1,350 for an

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

RBGG partner (1962 graduate), $850 for another RBGG partner (2006 graduate), $575 for former RBGG associate Amy Xu (2015 graduate), and $400 for senior paralegal Karen Stilber);

      e.     *Andrews v. Equinox Holdings, Inc.*, 570 F. Supp. 3d 803, 806 (N.D. Cal. 2021) (Order approving RBGG's 2021 rates, including $1,250 for an RBGG partner (1962 graduate), $875 for another RBGG partner (1997 graduate), $600 for then-senior counsel Jenny Yelin (2010 graduate), $350 for an RBGG associate (2018 graduate), and paralegal rates ranging from $240 to $275);

      f.     *Human Rights Defense Center v. County of Napa*, No. 3:20-cv-01296-JCS, 2021 WL 1176640, at *11-12 (N.D. Cal. Mar. 28, 2021) (Order approving RBGG's 2020 rates of $1,100 for a founding partner (1962 graduate), $950 for another partner (1981 graduate), $625 for Senior Counsel Benjamin Bien-Kahn (2009 graduate), and $350 for senior paralegal Linda Woo);

      g.     *National Federation of the Blind of California, et al. v. Uber Technologies, Inc.*, N.D. Cal. No. 3:14-cv-04086-NC (November 8, 2019 Amended Order awarding RBGG's requested 2019 rates, including hourly rates of $900 for a partner (1980 graduate) and $525 for a senior counsel (2011 graduate). A true and correct copy of the order is attached hereto as **Exhibit F**);

      h.     *Hernandez v. County of Monterey*, N.D. Cal. No. 13-cv-02354-BLF (May 1, 2019 Order awarding RBGG's requested 2018 rates. A true and correct copy of the order is attached hereto as **Exhibit G**);

      i.     *Cole v. County of Santa Clara*, N.D. Cal. No. 16-CV-06594-LHK (March 21, 2019 Order approving RBGG's attorneys' fees based on requested 2018 rates. A true and correct copy of the order is attached hereto as **Exhibit H**);

      j.     *Sunner et al. v. Kenneth R. Turnage II General Contractor, Inc. et al.*, Alameda Cty. Super. Ct. No. RG15772244 (February 15, 2017 Order approving our request for fees and costs as part of a class action settlement common fund, as well as an excerpt of court filings showing our 2017 billing rates). True and correct copies are

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

attached hereto as **Exhibit I**);

## V.        RBGG's Billing Practices In This Case

40.        I am familiar with RBGG's billing and timekeeping practices. Our billing practices, including our billing judgment reductions, in this case are consistent with both our firm's and the San Francisco Bay Area market's practices. The expenses we are claiming are expenses that are reimbursed to attorneys by their clients in the San Francisco Bay Area.

41.        Timekeepers at our firm are required to make a record of the work they do at or near the time the work is done recorded by tenths of an hour, and to either personally enter that information into the firm's timekeeping software or to direct a staff member to do so. The firm's timekeeping software maintains these records in the regular course of RBGG's business, and making these records is a regular practice of RBGG in furtherance of law practice and matter billing.

42.        To track our efforts on this matter we had a specific matter number in our firm, devoted to our work on the case filed in federal court against both Kaiser and the State Defendants. I reviewed all our billing entries coded with this matter number and excluded billing entries for work on the damages claims, and on class member referrals for compassionate release and other matters from this fee application. Time recorded in each matter was kept contemporaneously.

## VI.     The Hours Worked Were Reasonable and Necessary

43.        I reviewed not only RBGG's time but also the time of all co-counsel to ensure that I wrote off any hours that reflecting duplication within or among the legal organizations.

44.        **Pre-Filing Investigation.**  October 10, 2018 - August 14, 2023. The investigation of this matter began in 2018, with Mx. Beaty's interviews of sexual abuse survivors at the prison. Attorneys and paralegals at my firm starting working in 2022, meeting with potential named plaintiffs, and collecting the facts necessary for the complaint, preliminary injunction and class certification motions. This phase of the case

required approximately 1,781 professional hours of which approximately 1,669 are claimed after billing judgments.

45.    **Complaint.**  October 26, 2022 – August 16, 2023.  In parallel with the investigation, we researched and drafted the complaint.  This work included working with clients on administrative exhaustion, and confirming the facts as alleged in the complaint.  This work required approximately 388 professional hours of which approximately 342 are claimed after billing judgments.

46.    **Preliminary Injunction.**  February 14, 2023 – December 11, 2023.  Early in the investigation we decided to seek a preliminary injunction immediately with the filing o the complaint.  This work required researching the bases for injunctive relief, drafting over forty class member declarations, confirming the contents of the declarations with the class members and against available records, drafting the memorandum of points and authorities and attorney declarations, analyzing the government's opposition papers, and preparing for and conducting the oral argument on December 11, 2023.  This work required approximately 713 professional hours of which approximately 618 are claimed after billing judgments.

47.    **Class Certification.**  May 4, 2023 – January 5, 2024.  We prepare a motion for class certification to be filed with the complaint.  D. Dangaran and Ms. Montes at RBB and Ginger Jackson Gleich at RBGG prepared the memorandum of points and authorities in support class certification.  Mark Raftrey, Vanessa Villarruel, and Brooke D'Amore Bradly at Arnold & Porter took primary responsibility for analyzing the government's opposition and preparing the reply.   This work required approximately 87 professional hours of which approximately 74 are claimed after billing judgments.

48.    **Evidentiary Hearing Preparation.**  December 11, 2023 – January 10, 2024.  On December 11, 2023, at a status conference and hearing on the preliminary injunction motion the Court set an evidentiary hearing to begin on January 3, 2024.  Preparation for the hearing required preparing witness examinations and exhibits, re-interviewing survivors at FCI Dublin to determine their willingness to testify, and to prepare them for

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

their appearance at the hearing.  Preparation also required coordination with opposing counsel to arrange for access to witnesses, and for pre-hearing tasks such as exhibit designations, and the order of proof to be followed.  In this category, I have also included the preparation on trial days, after the adjournment of the hearing, for the next day's testimony.  This required a great deal of work to deal with voluminous documents that the government produced during the hearing.  Because the hearing was set with only three weeks notice, it was not possible to have just one or two attorneys prepare; there was simple more to do than could be done by one or two attorneys.  The work was therefore spread among a large group of attorneys to make it possible to be ready on January 3, 2024.  This work also included addressing problems with access to witnesses, for which the Court set a special hearing on January 2, 2024, the day before the evidentiary hearing commenced.  This work required approximately 900 professional hours of which approximately 825 are claimed after billing judgments.

49.    **Evidentiary Hearing.**  January 2, 2024 – January 9, 2024.  This category captures the in-court hours, including the hearing held on January 2, 2024 regarding access to incarcerated witnesses.  As the Court observed, our team had an unusually large number of attorneys at counsel table.  This was due to the need to allocate witness preparation among enough attorneys to be ready within three weeks of the order setting the hearing.  Nevertheless, I made very large billing judgments to this category—of the approximately 548 hours worked, only approximately 296 are claimed after billing judgments, a voluntary reduction of approximately 48%.

50.    **Post-Evidentiary Hearing Briefing.**  January 10, 2024 – March 7, 2024.  The Court directed post hearing briefing on the injunction and class certification motions.  This work required addressing all of the testimony and exhibits, including dealing with issues of admissibility, and demonstrating how the evidence supported plaintiffs' motions.  We also had to address issues of public access in light of the numerous sealing orders made during this hearing.  This work required approximately 654 professional hours, of which approximately 544 are sought after billing judgments.

51.     **Special Master Selection.**  March 15, 2024 – April 5, 2024.  The Court's order granting the preliminary injunction in part directed a selection process for the Special Master.  This required both sides to locate and interview candidates, and to reach an agreed choice if possible.  This work required approximately 138 professional hours, of which approximately 126 are sought after billing judgments.

52.     **FCI Dublin Shutdown.**  April 15, 2024 – May 1, 2024.  Soon after the Special Master began working at the prison, class members notified us that they were being ordered to collect whatever belongings they could collect within 20 minutes after which they would be put on buses and shipped to other institutions.  We interviewed as many class members as possible, and prepared to present the facts regarding the shutdown to the Court in a series of status conferences, that led to orders regulating the movement of class members, and ensuring that they did not lose access to ongoing medical care and the casework necessary to preserve their halfway house and home confinement dates.  This work required approximately 330 professional hours, of which approximately 310 are sought after billing judgments.

53.     **Discovery and Trial Preparation.**  March 18, 2024 – November 29, 2024.  The relief ordered on March 15, 2024 was only preliminary.  Permanent relief would require a trial or summary judgment supported by facts that could be obtained only in discovery.  We therefore turned to discovery and trial preparation immediately after the preliminary injunction was issued.  This work continued until it was clear that the government would enter into a consent decree.  The fruits of this work were also necessary to demonstrate that if the case did not settle, then we would be ready to prevail at trial.  This work required approximately 910 professional hours, of which approximately 722 are sought after billing judgments.  I deducted approximately 21% of the hours worked to account for any duplication or inefficiency in the discovery process.

54.     **Opposing U.S. Motions to Dismiss, Terminate Monitoring.**  April 17, 2024 – September 5, 2024.  Shortly after the FCI Dublin shutdown, the government moved to dismiss the action as moot and to terminate the Special Master's appointment.  The

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

government also filed extensive objections to the Special Master's first report. We prepared a detailed response to the government's objections. As with other filings in this case, we also had to address the public access issues raised by the government's sealing motions. The Court held a hearing on the government's motion to dismiss and terminate on August 2, 2024 and issued an order denying the motions on September 5, 2024. This work required approximately 263 professional hours, of which approximately 226 are sought after billing judgments.

55. **Injunction Monitoring and Enforcement.** March 18, 2024 – March 30, 2025. As class counsel, we have a duty to monitor and enforce compliance with the relief obtained. This work continues under the Consent Decree. For the time up until the effective date of the Consent Decree, this work required approximately 339 professional hours, of which approximately 297 are sought after billing judgments.

56. **Class Communication and Advocacy.** February 15, 2023 – March 31, 2025. As class counsel, we have a duty to communicate with our class members. We do this partly by accepting telephone calls and correspondence, both through the mail and the BOP's email system. We respond to all class member inquiries, and where necessary investigate the problems raised by the class members and advocate for the class member with opposing counsel, and the Special Master/Monitor. This work began well before the case was filed and is ongoing. For the time up until the effective date of the Consent Decree, this work required approximately 3,580 professional hours, of which approximately 2,872 are sought after billing judgments.

57. **Consent Decree Negotiation.** April 26, 2024 – December 16, 2024. Before filing this action, we provided a detailed demand letter to the BOP and invited settlement discussions on February 23, 2023. The government did not engage in such discussions until after preliminary relief was entered. From that point onward we prepared detailed settlement proposals, negotiated with opposing counsel, as well as with Magistrate Judge Joseph Spero. Each negotiation session required hours of preparation and follow-up to memorialize agreements, and to develop new proposals to resolve the remaining issues.

The parties agreed to the proposed Consent Decree on November 21, 2024, and completed its execution on December 2, 2024.  This work required approximately 644 professional hours, of which approximately 519 are sought after billing judgments.

58.    **Consent Decree Approval.**  November 25, 2024 – March 4, 2025.  After December 2, 2024, with the Proposed Consent Decree in final form, we worked on providing notice to the class, conferring with class representations and organizations regarding to pros and cons of the compromise, addressing class member objections, and briefing the fairness of the Consent Decree for Court approval.  This work required approximately 344 professional hours, of which approximately 277 are sought after billing judgments.

59.    **Fees Negotiation and Application.**  February 16, 2024 – March 14, 2025.  We began preparing our fees and expenses application shortly after the evidentiary hearing.  During the period through March 31, 2025 covered by this application, this work required approximately 62 professional hours, of which approximately 33 are sought after billing judgments.

60.    **Outreach and Administrative Work.**  For work with class members that was not directly related to the action "outreach" for work that could be deemed administrative even though it required case knowledge and skills, I deducted all time, amounting to 163 hours and 533 hours respectively.

61.    **Billers Omitted Entirely.**  To limit the application to the core team of timekeepers, there are some billers who I eliminated from the bill entirely, without showing the individual billing judgments in the records and summaries.  Eliminating these billers took over 371 hours off the bill, even before the individual billing judgments were made.

## VII.    PLAINTIFFS' COUNSEL'S COSTS AND EXPENSES WERE REASONABLY INCURRED AND NECESSARY TO ACHIEVE RESOLUTION OF THIS CASE

62.    It is RBGG's consistent practice to bill our clients for computerized research charges, such as Westlaw, e-discovery hosting and support fees, equipment rentals, filing

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

fees, travel, mileage, lodging and meals, as well as interpreters, court reporters, long-distance telephone calls, faxes, investigators, PACER charges, and travel. It would not be appropriate to include these costs in our overhead as to do so would require a major increase in our firm's overall costs and billing rates when these costs are only required by a fraction of our clients and/or only some of the time during their case. This billing practice is consistent with the billing practices of lawyers practicing in the Northern District of California.

63.     In this litigation, Arnold & Porter bore the lion's share of the costs and expenses amounting to approximately $142,985, while my firm expended approximately $35,384, and CCIJ approximately $9,769, and RBB approximately $9,154. Exhibit **C** hereto is a true and correct copy of table summarizing the costs and expenses incurred, totaling $197,292.56.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 2nd day of February, 2026.

/s/ Ernest Galvan
Ernest Galvan

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

# EXHIBIT A

California Coalition for Women Prisoners, et al. v. United States et al., Case No. 4:23-CV-4155-YGR
Plaintiffs' Counsel Attorney Fees for Period Ending March 31, 2025

## BILLING JUDGMENT SUMMARY

| FIRM | Hours Worked | Value of Hours Worked | Hours Deduction | Hours Claimed | Amount Claimed | Billing Judgment Dollar Deduction | Hours Deduction Percentage | Dollar Amount Deduction Percentage |
|---|---|---|---|---|---|---|---|---|
| A&P | 1,786.10 | $656,296.26 | 330.05 | 1,456.05 | $564,562.96 | $91,733.30 | 18.48% | 13.98% |
| CCIJ | 1,422.15 | $795,955.27 | 7.70 | 1,414.45 | $791,850.93 | $4,104.34 | 0.54% | 0.52% |
| CENTRO | 552.70 | $308,754.02 | 2.10 | 550.60 | $307,546.52 | $1,207.50 | 0.38% | 0.39% |
| RBB | 1,257.60 | $643,716.02 | 23.00 | 1,234.60 | $633,551.84 | $10,164.18 | 1.83% | 1.58% |
| RBGG | 7,354.50 | $3,656,892.35 | 2,261.60 | 5,092.90 | $2,661,684.03 | $995,208.32 | 30.75% | 27.21% |
| Grand Total | 12,373.05 | $6,061,613.92 | 2,624.45 | 9,748.60 | $4,959,196.27 | $1,102,417.64 | 21.21% | 18.19% |

# EXHIBIT B

California Coalition for Women Prisoners, et al. v. United States et al., Case No. 4:23-CV-4155-YGR
Plaintiffs' Counsel Attorney Fees for Period Ending March 31, 2025

**PHASE SUMMARY**

| Phase | Actual Hours | Hours Claimed | Amount Claimed | Sum of Voluntary Hours Reduction |
|---|---|---|---|---|
| 001 Investigation | 1,780.85 | 1,668.95 | $841,280.47 | 6.28% |
| 002 Complaint | 387.80 | 341.90 | $167,635.44 | 11.84% |
| 003 Preliminary Injunction | 713.40 | 617.65 | $334,332.69 | 13.42% |
| 004 Class Certification | 86.75 | 73.75 | $26,426.63 | 14.99% |
| 005 Evidentiary Hearing Prep | 900.10 | 825.23 | $461,517.71 | 8.32% |
| 006 Evidentiary Hearing | 547.90 | 296.15 | $179,903.18 | 45.95% |
| 006.5 Post Evidentiary Hearing Briefing | 653.60 | 544.01 | $330,100.61 | 16.77% |
| 007 Special Master Selection | 137.75 | 125.65 | $84,288.19 | 8.78% |
| 008 FCI Dublin Shutdown | 329.05 | 309.80 | $173,934.71 | 5.85% |
| 009 Discovery and Trial Preparation | 910.05 | 722.20 | $320,555.03 | 20.64% |
| 010 Opposing US Motions to Dismiss, Terminate Monitoring | 262.60 | 226.40 | $108,506.84 | 13.79% |
| 011 Injunction Monitoring and Enforcement | 338.30 | 296.84 | $155,277.87 | 12.26% |
| 012 Class Communication and Advocacy | 3,580.40 | 2,871.50 | $1,225,314.47 | 19.80% |
| 013 Consent Decree Negotiation | 643.90 | 518.63 | $374,606.74 | 19.45% |
| 014 Consent Decree Approval | 343.50 | 276.94 | $144,502.16 | 19.38% |
| 016 Fees | 61.50 | 33.00 | $31,013.54 | 46.34% |
| 555 Outreach | 162.20 | 0.00 | $0.00 | 100.00% |
| 666 Administrative Work | 533.40 | 0.00 | $0.00 | 100.00% |
| **Grand Total** | **12,373.05** | **9,748.60** | **$4,959,196.27** | **21.21%** |

# EXHIBIT C

CCWP v. BOP
All Firms Expenses Summary to March 31, 2025

| Category/Firm | AP | CCIJ | RBB | RBGG | Grand Total |
|---|---|---|---|---|---|
| Computerized Research Charges | $76,371.50 | | | $8,435.14 | $84,806.64 |
| Copying/Printing | $4,177.50 | | | $802.09 | $4,979.59 |
| Court Reporters | $16,133.25 | | | $1,761.20 | $17,894.45 |
| Ediscovery Hosting and Support | $9,930.27 | | | | $9,930.27 |
| Equipment Rental | $1,221.81 | | | | $1,221.81 |
| Filing Fees | $1,009.00 | | | $402.00 | $1,411.00 |
| Internet Access Fees | $0.00 | | | | $0.00 |
| Long Distance Telephone | $0.00 | | $53.00 | $0.00 | $53.00 |
| Postage and Delivery | $94.48 | | | $3,298.92 | $3,393.40 |
| Service of Process | | | | $7,314.98 | $7,314.98 |
| Translation/Interpreting | $10,984.50 | | | $3,413.82 | $14,398.32 |
| Travel, Lodging, Meals | $23,063.02 | $9,768.67 | $9,101.32 | $9,956.09 | $51,889.10 |
| Grand Total | $142,985.33 | $9,768.67 | $9,154.32 | $35,384.24 | $197,292.56 |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 05/19/2022 | Westlaw | $4.53 | Westlaw research | Computerized Research Charges |
| RBGG | 06/03/2022 | Westlaw | $28.46 | Westlaw research | Computerized Research Charges |
| RBGG | 06/30/2022 | Long Distance Telephone | $0.00 | Long distance telephone charges | Long Distance Telephone |
| RBGG | 07/18/2022 | Meals | $0.00 | Meals- Working Girls's Cafe - Lunch with K. Janssen before meeting with U.S. Attorney's Office | Travel, Lodging, Meals |
| RBGG | 07/31/2022 | Long Distance Telephone | $0.00 | Long distance telephone charges | Long Distance Telephone |
| RBGG | 07/31/2022 | Postage | $21.60 | Inhouse Postage | Postage and Delivery |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/05/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/08/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/08/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/08/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 08/22/2022 | Westlaw | $7.69 | Westlaw research | Computerized Research Charges |
| RBGG | 08/26/2022 | PACER | $1.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 08/31/2022 | Postage | $3.45 | Inhouse Postage | Postage and Delivery |
| RBGG | 09/01/2022 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/01/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/01/2022 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/01/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025                                    Page 2

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 09/01/2022 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/14/2022 | Westlaw | $8.89 | Westlaw research | Computerized Research Charges |
| RBGG | 09/15/2022 | Westlaw | $2.06 | Westlaw research | Computerized Research Charges |
| RBGG | 09/16/2022 | Westlaw | $10.96 | Westlaw research | Computerized Research Charges |
| RBGG | 09/19/2022 | Westlaw | $2.06 | Westlaw research | Computerized Research Charges |
| RBGG | 09/19/2022 | Westlaw | $8.26 | Westlaw research | Computerized Research Charges |
| RBGG | 09/21/2022 | Westlaw | $37.00 | Westlaw research | Computerized Research Charges |
| RBGG | 09/22/2022 | Westlaw | $21.91 | Westlaw research | Computerized Research Charges |
| RBGG | 09/28/2022 | Westlaw | $30.17 | Westlaw research | Computerized Research Charges |
| RBGG | 09/28/2022 | Travel--Airfare | $657.20 | Kara J. Janssen- Travel- Delta - Roundtrip Airfare for USAO/FBI/DOJ Interview in Montana | Travel, Lodging, Meals |
| RBGG | 09/28/2022 | Travel--Lodging | $287.12 | Kara J. Janssen- Travel- Springhill Suites Billings - Hotel stay for USAO/FBI/DOJ Interview in Montana | Travel, Lodging, Meals |
| RBGG | 09/28/2022 | Travel--Car Rental/Rideshare/Fuel/Tolls | $104.93 | Kara J. Janssen- Transportation- Budget - Rental Car for USAO/FBI/DOJ Interview in Montana | Travel, Lodging, Meals |
| RBGG | 09/29/2022 | Westlaw | $97.97 | Westlaw research | Computerized Research Charges |
| RBGG | 09/30/2022 | PACER | $1.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/30/2022 | Westlaw | $33.60 | Westlaw research | Computerized Research Charges |
| RBGG | 10/04/2022 | Westlaw | $21.91 | Westlaw research | Computerized Research Charges |
| RBGG | 10/06/2022 | Westlaw | $10.35 | Westlaw research | Computerized Research Charges |
| RBGG | 10/07/2022 | Westlaw | $70.96 | Westlaw research | Computerized Research Charges |
| RBGG | 10/07/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/07/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/07/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/07/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/07/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/07/2022 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/07/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/07/2022 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/08/2022 | Westlaw | $17.22 | Westlaw research | Computerized Research Charges |
| RBGG | 10/09/2022 | Westlaw | $87.80 | Westlaw research | Computerized Research Charges |
| RBGG | 10/10/2022 | Westlaw | $7.61 | Westlaw research | Computerized Research Charges |
| RBGG | 10/10/2022 | Outside Copying, Scanning, Printing | $204.45 | United Litigation Discovery- Outside Copying and Scanning- Print B&W with Assembly | Copying/Printing |
| RBGG | 10/11/2022 | Westlaw | $7.30 | Westlaw research | Computerized Research Charges |
| RBGG | 10/12/2022 | Westlaw | $19.91 | Westlaw research | Computerized Research Charges |
| RBGG | 10/19/2022 | Westlaw | $3.31 | Westlaw research | Computerized Research Charges |
| RBGG | 10/19/2022 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/19/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/19/2022 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/19/2022 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/19/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/19/2022 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/19/2022 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 10/19/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/19/2022 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/26/2022 | Westlaw | $7.30 | Westlaw research | Computerized Research Charges |
| RBGG | 10/27/2022 | Westlaw | $10.92 | Westlaw research | Computerized Research Charges |
| RBGG | 10/28/2022 | Westlaw | $4.31 | Westlaw research | Computerized Research Charges |
| RBGG | 10/31/2022 | Long Distance Telephone | $0.00 | Long distance telephone charges | Long Distance Telephone |
| RBGG | 10/31/2022 | Postage | $33.42 | Inhouse Postage | Postage and Delivery |
| RBGG | 11/03/2022 | Westlaw | $16.55 | Westlaw research | Computerized Research Charges |
| RBGG | 11/04/2022 | Westlaw | $1.78 | Westlaw research | Computerized Research Charges |
| RBGG | 11/14/2022 | in-House Copying/Printing | $9.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/15/2022 | Westlaw | $63.06 | Westlaw research | Computerized Research Charges |
| RBGG | 11/16/2022 | Westlaw | $18.88 | Westlaw research | Computerized Research Charges |
| RBGG | 11/16/2022 | Westlaw | $11.22 | Westlaw research | Computerized Research Charges |
| RBGG | 11/17/2022 | Westlaw | $3.56 | Westlaw research | Computerized Research Charges |
| RBGG | 11/18/2022 | Westlaw | $39.62 | Westlaw research | Computerized Research Charges |
| RBGG | 11/18/2022 | Westlaw | $41.94 | Westlaw research | Computerized Research Charges |
| RBGG | 11/30/2022 | Long Distance Telephone | $0.00 | Long distance telephone charges | Long Distance Telephone |
| RBGG | 11/30/2022 | Postage | $20.55 | Inhouse Postage | Postage and Delivery |
| RBGG | 12/02/2022 | PACER | $0.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/02/2022 | PACER | $0.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/02/2022 | Travel--Parking | $20.00 | Travel- City Center West Garage - Attend Gracia trial | Travel, Lodging, Meals |
| RBGG | 12/05/2022 | Westlaw | $181.62 | Westlaw research | Computerized Research Charges |
| RBGG | 12/05/2022 | Travel--Parking | $20.00 | Travel- City Center West Garage - Attend Garcia Trial | Travel, Lodging, Meals |
| RBGG | 12/06/2022 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/06/2022 | Travel--Parking | $20.00 | Travel- City Center West Garage - Attend Garcia Trial | Travel, Lodging, Meals |
| RBGG | 12/08/2022 | Travel--Car Rental/Rideshare/Fuel/Tolls | $28.00 | Travel- City Center West - Attend Garcia Trial | Travel, Lodging, Meals |
| RBGG | 12/11/2022 | Westlaw | $92.05 | Westlaw research | Computerized Research Charges |
| RBGG | 12/12/2022 | Westlaw | $106.92 | Westlaw research | Computerized Research Charges |
| RBGG | 12/12/2022 | in-House Copying/Printing | $4.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $8.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/12/2022 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/13/2022 | Travel--Mileage | $52.50 | Arielle Tolman- Mileage- Mileage to FCI Dublin and Back | Travel, Lodging, Meals |
| RBGG | 12/16/2022 | Westlaw | $29.03 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 12/20/2022 | Westlaw | $9.21 | Westlaw research | Computerized Research Charges |
| RBGG | 12/22/2022 | in-House Copying/Printing | $9.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/22/2022 | in-House Copying/Printing | $14.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/22/2022 | in-House Copying/Printing | $8.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/29/2022 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/29/2022 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/31/2022 | Long Distance Telephone | $0.00 | Long distance telephone charges | Long Distance Telephone |
| RBGG | 12/31/2022 | Postage | $31.39 | Inhouse Postage | Postage and Delivery |
| RBGG | 01/03/2023 | Westlaw | $148.83 | Westlaw research | Computerized Research Charges |
| RBGG | 01/12/2023 | PACER | $5.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/18/2023 | Westlaw | $82.80 | Westlaw research | Computerized Research Charges |
| RBGG | 01/23/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 01/23/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 01/30/2023 | Westlaw | $8.50 | Westlaw research | Computerized Research Charges |
| RBGG | 01/31/2023 | Long Distance Telephone | $0.00 | Long distance telephone charges | Long Distance Telephone |
| RBGG | 01/31/2023 | Postage | $26.37 | Inhouse Postage | Postage and Delivery |
| RBGG | 02/06/2023 | Westlaw | $13.40 | Westlaw research | Computerized Research Charges |
| RBGG | 02/07/2023 | Westlaw | $19.22 | Westlaw research | Computerized Research Charges |
| RBGG | 02/15/2023 | Westlaw | $2.52 | Westlaw research | Computerized Research Charges |
| RBGG | 02/17/2023 | Westlaw | $2.52 | Westlaw research | Computerized Research Charges |
| RBGG | 02/20/2023 | Travel--Airfare | $357.80 | Arielle Tolman- Travel- Airfare - to Seattle for Dublin Interviews/AUSA Interviews | Travel, Lodging, Meals |
| RBGG | 02/22/2023 | Westlaw | $5.05 | Westlaw research | Computerized Research Charges |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $1.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/28/2023 | Long Distance Telephone | $0.00 | Long distance telephone charges | Long Distance Telephone |
| RBGG | 02/28/2023 | Postage | $47.10 | Inhouse Postage | Postage and Delivery |
| CCIJ | 3/1/2023 | Travel/Lodging | $680.71 | SeaTac legal visits (Feb 2023) | Travel, Lodging, Meals |
| RBGG | 03/01/2023 | Travel--Car Rental/Rideshare/Fuel/Tolls | $19.73 | Arielle Tolman- Transportation- Shell - Gas for SeaTac trip | Travel, Lodging, Meals |
| RBGG | 03/01/2023 | Travel--Car Rental/Rideshare/Fuel/Tolls | $99.41 | Arielle Tolman- Transportation- Dollar - Rental Car for SeaTac trip | Travel, Lodging, Meals |
| RBGG | 03/01/2023 | Meals | $0.00 | Arielle Tolman- Meals- Brewtop - Dinner during SeaTac trip | Travel, Lodging, Meals |
| RBGG | 03/06/2023 | Westlaw | $8.45 | Westlaw research | Computerized Research Charges |
| RBGG | 03/07/2023 | Westlaw | $21.12 | Westlaw research | Computerized Research Charges |
| RBGG | 03/08/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/13/2023 | Westlaw | $2.11 | Westlaw research | Computerized Research Charges |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/16/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/17/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 03/24/2023 | in-House Copying/Printing | $1.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/31/2023 | Postage | $191.16 | Inhouse Postage | Postage and Delivery |
| RBGG | 04/04/2023 | PACER | $5.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 04/06/2023 | Court Reporting | $50.40 | Pamela A. Batalo Hebel- Transcription and Translation- U.S. v. Garcia – 03/23/23 Sentencing Transcript | Court Reporters |
| RBGG | 04/06/2023 | Messengers/Overnight Delivery | $20.21 | Pamela Batalo Hebel | Postage and Delivery |
| RBGG | 04/10/2023 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/10/2023 | in-House Copying/Printing | $3.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/10/2023 | in-House Copying/Printing | $2.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/10/2023 | in-House Copying/Printing | $2.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/10/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/10/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/20/2023 | PACER | $27.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 04/30/2023 | Postage | $45.06 | Inhouse Postage | Postage and Delivery |
| RBB | 5/2/2023 | Travel--Airfare | $317.80 | May 3, 2023 Legal Visit Flight | Travel, Lodging, Meals |
| RBB | 5/4/2023 | Travel--Meals | $64.00 | Per diem for trip to Dublin for legal visit with clients (5/3-5/4) | Travel, Lodging, Meals |
| RBGG | 05/04/2023 | Travel--Mileage | $36.68 | Kara J. Janssen- Mileage- Mileage to and from May 4th visit with named pltfs and declarants | Travel, Lodging, Meals |
| RBGG | 05/15/2023 | Westlaw | $27.62 | Westlaw research | Computerized Research Charges |
| RBGG | 05/16/2023 | Westlaw | $8.47 | Westlaw research | Computerized Research Charges |
| RBGG | 05/16/2023 | Outside Copying, Scanning, Printing | $13.04 | United Litigation Discovery- Outside Copying and Scanning- Heavy Litigation Scanning | Copying/Printing |
| RBGG | 05/19/2023 | in-House Copying/Printing | $2.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 05/19/2023 | in-House Copying/Printing | $3.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 05/23/2023 | Westlaw | $19.03 | Westlaw research | Computerized Research Charges |
| RBGG | 05/25/2023 | Westlaw | $1.60 | Westlaw research | Computerized Research Charges |
| RBGG | 05/30/2023 | Travel--Car Rental/Rideshare/Fuel/Tolls | $20.00 | Kara J. Janssen- Travel- Parking for witness representation at USA v Bellhouse trial | Travel, Lodging, Meals |
| RBGG | 05/31/2023 | Postage | $33.48 | Inhouse Postage | Postage and Delivery |
| RBGG | 05/31/2023 | Travel--Car Rental/Rideshare/Fuel/Tolls | $20.00 | Kara J. Janssen- Travel- Parking for witness representation at USA v Bellhouse trial | Travel, Lodging, Meals |
| RBGG | 05/31/2023 | Meals | $0.00 | Kara J. Janssen- Meals- Popeyes - Meals for two testifying clients for witness representation at USA v Bellhouse trial | Travel, Lodging, Meals |
| RBGG | 06/12/2023 | Westlaw | $3.48 | Westlaw research | Computerized Research Charges |
| RBGG | 06/12/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/12/2023 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/12/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/13/2023 | PACER | $4.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 06/20/2023 | Westlaw | $7.50 | Westlaw research | Computerized Research Charges |
| RBGG | 06/23/2023 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |

Case 4:23-cv-04155-YGR    Document 534-1    Filed 02/02/26    Page 38 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 9

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/23/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/26/2023 | PACER | $3.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 06/26/2023 | Court Reporting | $606.60 | Pamela A. Batalo Hebel- Transcription and Translation- Transcripts in U.S. v. Bellhouse, 22-cr-00066-YGR | Court Reporters |
| RBGG | 06/27/2023 | PACER | $1.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 06/27/2023 | PACER | $26.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 06/29/2023 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/29/2023 | in-House Copying/Printing | $3.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/29/2023 | Travel--Mileage | $55.02 | Arielle Tolman- Mileage- Mileage for FCI Dublin Legal Visit | Travel, Lodging, Meals |
| RBGG | 06/29/2023 | Travel--Mileage | $36.68 | Kara J. Janssen- Mileage- Mileage to and from visits with named pltfs and declarants | Travel, Lodging, Meals |
| RBGG | 06/30/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/30/2023 | in-House Copying/Printing | $3.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/30/2023 | in-House Copying/Printing | $2.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/30/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/30/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 06/30/2023 | Postage | $12.12 | Inhouse Postage | Postage and Delivery |
| RBGG | 07/17/2023 | Westlaw | $0.30 | Westlaw research | Computerized Research Charges |
| RBGG | 07/19/2023 | PACER | $1.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 07/19/2023 | Westlaw | $2.42 | Westlaw research | Computerized Research Charges |
| RBGG | 07/19/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/19/2023 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/19/2023 | in-House Copying/Printing | $2.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/19/2023 | in-House Copying/Printing | $2.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/19/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/19/2023 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/19/2023 | in-House Copying/Printing | $2.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/19/2023 | in-House Copying/Printing | $2.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/27/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/27/2023 | in-House Copying/Printing | $3.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/28/2023 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 07/31/2023 | Westlaw | $2.00 | Westlaw research | Computerized Research Charges |
| RBGG | 07/31/2023 | Postage | $19.77 | Inhouse Postage | Postage and Delivery |
| RBGG | 08/03/2023 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 08/07/2023 | Westlaw | $2.49 | Westlaw research | Computerized Research Charges |
| CCIJ | 8/8/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 08/08/2023 | PACER | $0.80 | Pacer Charges | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBB | 8/10/2023 | Travel--Mileage | $40.20 | 67 cents/mile- Mileage for Fabiola's FBI interview (from 37840 Echo Mountain Rd. Palmdale CA to Federal Bureau of Investigation, 11000 Wilshire Blvd #1700, Los Angeles, CA 90024) | Travel, Lodging, Meals |
| RBB | 8/10/2023 | Travel--Parking | $16.00 | Parking during client visit of transferred client  at Metropolitan Detention Center in LA | Travel, Lodging, Meals |
| RBB | 8/10/2023 | Travel--Mileage | $46.30 | Mileage for Client visit to MDC (from 37840 Echo Mountain Rd. Palmdale CA to Metropolitan Detention Center 535 Alameda St, Los Angeles, CA 90012, 69.1 miles @ 67 cents/mile) for visit to MDC to see transferred client RF | Travel, Lodging, Meals |
| RBGG | 08/10/2023 | Westlaw | $25.23 | Westlaw research | Computerized Research Charges |
| RBGG | 08/11/2023 | Westlaw | $15.56 | Westlaw research | Computerized Research Charges |
| RBGG | 08/12/2023 | Westlaw | $1.18 | Westlaw research | Computerized Research Charges |
| RBGG | 08/14/2023 | Westlaw | $0.39 | Westlaw research | Computerized Research Charges |
| RBGG | 08/14/2023 | Westlaw | $9.70 | Westlaw research | Computerized Research Charges |
| RBGG | 08/14/2023 | PACER | $2.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 08/14/2023 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| CCIJ | 8/15/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 08/15/2023 | Westlaw | $1.58 | Westlaw research | Computerized Research Charges |
| RBGG | 08/15/2023 | Westlaw | $14.13 | Westlaw research | Computerized Research Charges |
| RBGG | 08/15/2023 | PACER | $10.20 | Pacer Charges | Computerized Research Charges |
| RBB | 8/16/2023 | Travel--Airfare | $358.20 | Flight for filing of complaint-WASHINGTON NATIONADALLAS/FORT WORTH DALLAS/FORT WORTHSAN FRANCISCO INTL (AM) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $358.20 | Flight to SF for filing of complaint-WASHINGTON NATIONADALLAS/FORT WORTH DALLAS/FORT WORTHSAN FRANCISCO INTL (ON) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Misc | $41.00 | Extra expenses for flight,  filing complaint SAN FRANCISCO INTLWASHINGTON DULLES | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $32.00 | Flight back extra fee filing of complaint SAN FRANCISCO INTLWASHINGTON DULLES | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $543.90 | Flight back from filing complaint-SAN FRANCISCO INTLWASHINGTON DULLES AM | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $543.90 | Flight back from filing complaint-SAN FRANCISCO INTLWASHINGTON DULLES ON | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Meals | $384.00 | Per Diem Dublin August 12-17  for filing of complaint(6 days at 64.00 per day) (AM) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Meals | $384.00 | Per diem for Dublin filing of complaint 8/12-8/17/2023 @ 64/day (ON) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Lodging | $986.51 | Airbnb filing of complaint Will appear on your Aug 18, 2023 statement as AIRBNB * HMQB52P2TZ SAN FRANCISCO CA | Travel, Lodging, Meals |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 08/16/2023 | Westlaw | $18.44 | Westlaw research | Computerized Research Charges |
| RBGG | 08/16/2023 | PACER | $4.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 08/16/2023 | FILING FEE | $402.00 | AMEX - KH- Filing Fee- US District Court NDCA - Filing of complaint | Filing Fees |
| RBGG | 08/17/2023 | Westlaw | $0.39 | Westlaw research | Computerized Research Charges |
| RBGG | 08/17/2023 | PACER | $0.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 08/18/2023 | Messengers/Overnight Delivery | $31.68 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 08/18/2023 | Messengers/Overnight Delivery | $36.78 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 08/21/2023 | PACER | $11.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 08/22/2023 | PACER | $1.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 08/31/2023 | Postage | $340.62 | Inhouse Postage | Postage and Delivery |
| RBGG | 08/31/2023 | SERVICE OF PROCESS | $70.00 | Specialized Legal Services, Inc.- Professional Services- Servee: United State of America Federal Bureau of Prisons, a governmental entity, served @ 450 Golden Gate Avenue, San Francisco, CA 94102 on 8/24/2023 at 10:43 AM | Service of Process |
| RBGG | 08/31/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: FCI Dublin Warden Thahesha Jusino, in her official capacity, served @ 450 Golden Gate Avenue, San Francisco, CA 94102 on 8/24/2023 at 10:43 AM | Service of Process |
| RBGG | 08/31/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Bureau of Prisons Director Colette Peters, in her official capacity, served @ 450 Golden Gate Avenue, San Francisco, CA 94102 on 8/24/2023 at 10:43 AM | Service of Process |
| RBGG | 09/06/2023 | PACER | $30.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/07/2023 | Westlaw | $31.31 | Westlaw research | Computerized Research Charges |
| RBGG | 09/08/2023 | Westlaw | $103.60 | Westlaw research | Computerized Research Charges |
| RBGG | 09/08/2023 | PACER | $1.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/12/2023 | PACER | $2.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/13/2023 | Westlaw | $32.00 | Westlaw research | Computerized Research Charges |
| RBGG | 09/15/2023 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/15/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/15/2023 | SERVICE OF PROCESS | $270.75 | Ace Attorney Service, Inc.- Filing Fee- Order #2231715 - Summons & Complaint Package | Service of Process |
| RBGG | 09/15/2023 | SERVICE OF PROCESS | $231.75 | Ace Attorney Service, Inc.- Filing Fee- Order #2231708 - Summons & Complaint Package | Service of Process |
| RBGG | 09/15/2023 | SERVICE OF PROCESS | $231.75 | Ace Attorney Service, Inc.- Filing Fee- Order #2231710 - Summons & Complaint Package | Service of Process |
| RBGG | 09/15/2023 | SERVICE OF PROCESS | $268.75 | Ace Attorney Service, Inc.- Filing Fee- Order #2231713 - Summons & Complaint Package | Service of Process |
| RBGG | 09/15/2023 | SERVICE OF PROCESS | $434.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2231716 - Summons & Complaint Package | Service of Process |
| RBGG | 09/18/2023 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Gacad, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Jones, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Nunley, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Pool, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Lieutenant Putnam, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Shirley, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Smith, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Vasquez, in her official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 09/18/2023 | SERVICE OF PROCESS | $70.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Bellhouse, in his official capacity, c/o Ismail J. Ramsey, United States Attorney's Office, served @ 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 on 9/14/2023 at 11:49 AM | Service of Process |
| RBGG | 09/20/2023 | Westlaw | $23.03 | Westlaw research | Computerized Research Charges |
| RBGG | 09/20/2023 | PACER | $0.80 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/20/2023 | SERVICE OF PROCESS | $99.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2233555 - Summons & Complaint Package | Service of Process |
| CCIJ | 9/26/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 09/26/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/26/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/26/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/26/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/26/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 09/27/2023 | Westlaw | $56.72 | Westlaw research | Computerized Research Charges |
| RBGG | 09/27/2023 | PACER | $5.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/27/2023 | Messengers/Overnight Delivery | $48.09 | Jaehyun Oh | Postage and Delivery |
| RBGG | 09/28/2023 | Westlaw | $5.90 | Westlaw research | Computerized Research Charges |
| RBGG | 09/28/2023 | PACER | $59.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/30/2023 | Postage | $341.67 | Inhouse Postage | Postage and Delivery |
| AP | 10/1/2023 | Other Computer Research | $73.50 | VENDOR: Pacer Service Center INVOICE#: 3935819-Q42023 DATE: 1/4/2024   Pacer Usage for the Period 10/1/2023-12/31/2023 | Computerized Research Charges |
| RBGG | 10/01/2023 | Translation/Interpreting | $548.82 | Concepcion Batista Lozano- Professional Services- Translation of Frequently Asked Questions | Translation/Interpreting |
| RBGG | 10/02/2023 | Westlaw | $51.99 | Westlaw research | Computerized Research Charges |
| RBGG | 10/02/2023 | PACER | $6.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/02/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/02/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | Westlaw | $30.04 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 10/03/2023 | Westlaw | $101.65 | Westlaw research | Computerized Research Charges |
| RBGG | 10/03/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/03/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/04/2023 | Westlaw | $28.68 | Westlaw research | Computerized Research Charges |
| RBGG | 10/06/2023 | Westlaw | $31.24 | Westlaw research | Computerized Research Charges |
| RBGG | 10/09/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/09/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/10/2023 | Westlaw | $5.01 | Westlaw research | Computerized Research Charges |
| RBGG | 10/10/2023 | PACER | $5.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/11/2023 | Westlaw | $28.21 | Westlaw research | Computerized Research Charges |
| RBGG | 10/12/2023 | Westlaw | $103.51 | Westlaw research | Computerized Research Charges |
| RBGG | 10/15/2023 | SERVICE OF PROCESS | $397.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2231717 - Summons & Complaint Package | Service of Process |
| RBGG | 10/16/2023 | Westlaw | $13.75 | Westlaw research | Computerized Research Charges |
| RBGG | 10/16/2023 | PACER | $2.80 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/17/2023 | Westlaw | $70.68 | Westlaw research | Computerized Research Charges |
| RBGG | 10/17/2023 | Westlaw | $1.52 | Westlaw research | Computerized Research Charges |
| RBGG | 10/18/2023 | Westlaw | $43.40 | Westlaw research | Computerized Research Charges |
| RBGG | 10/19/2023 | Westlaw | $60.93 | Westlaw research | Computerized Research Charges |
| RBGG | 10/20/2023 | Westlaw | $58.94 | Westlaw research | Computerized Research Charges |
| RBGG | 10/20/2023 | Westlaw | $10.61 | Westlaw research | Computerized Research Charges |
| RBGG | 10/20/2023 | PACER | $1.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/20/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/23/2023 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/23/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/24/2023 | PACER | $2.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/24/2023 | SERVICE OF PROCESS | $99.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2246521 - Summons & Complaint Package | Service of Process |
| RBGG | 10/24/2023 | SERVICE OF PROCESS | $99.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2246284 - Investigations | Service of Process |
| RBGG | 10/25/2023 | Westlaw | $9.09 | Westlaw research | Computerized Research Charges |
| RBGG | 10/25/2023 | Westlaw | $27.74 | Westlaw research | Computerized Research Charges |
| RBGG | 10/25/2023 | PACER | $3.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/25/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/25/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 10/25/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/25/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/25/2023 | in-House Copying/Printing | $2.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/25/2023 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/25/2023 | in-House Copying/Printing | $1.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/25/2023 | in-House Copying/Printing | $3.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/26/2023 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/26/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/26/2023 | Travel--Mileage | $53.71 | Luma Khabbaz- Mileage- Mileage for Interviews at Dublin Camp 10-24-23 | Travel, Lodging, Meals |
| RBGG | 10/26/2023 | Meals | $0.00 | Luma Khabbaz- Meals- Dunkin - Meal for Interviews at Dublin Camp 10-24-23 | Travel, Lodging, Meals |
| RBGG | 10/30/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 10/31/2023 | Westlaw | $3.57 | Westlaw research | Computerized Research Charges |
| RBGG | 10/31/2023 | Westlaw | $98.11 | Westlaw research | Computerized Research Charges |
| RBGG | 10/31/2023 | Postage | $165.19 | Inhouse Postage | Postage and Delivery |
| RBGG | 10/31/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Fnu Lewis, in his individual capacity, served @ 450 Golden Gate Avenue, San Francisco, CA 94102 on 10/27/2023 at 11:00 AM | Service of Process |
| RBGG | 10/31/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Lt. Cynthia Jones, in her individual capacity, served @ 450 Golden Gate Avenue, San Francisco, CA 94102 on 10/27/2023 at 11:00 AM | Service of Process |
| RBGG | 10/31/2023 | SERVICE OF PROCESS | $70.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Darrell Smith, in his individual capacity, served @ 450 Golden Gate Avenue, San Francisco, CA 94102 on 10/27/2023 at 11:00 AM | Service of Process |
| RBGG | 10/31/2023 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Office Fnu Serrano, in his individual capacity, served @ 450 Golden Gate Avenue, San Francisco, CA 94102 on 10/27/2023 at 11:00 AM | Service of Process |
| RBGG | 11/01/2023 | Westlaw | $5.44 | Westlaw research | Computerized Research Charges |
| CCIJ | 11/2/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 11/02/2023 | Westlaw | $1.81 | Westlaw research | Computerized Research Charges |
| RBGG | 11/02/2023 | Westlaw | $23.09 | Westlaw research | Computerized Research Charges |
| RBGG | 11/02/2023 | Travel--Mileage | $53.71 | Luma Khabbaz- Mileage- Mileage for 11/2 Visit to Dublin | Travel, Lodging, Meals |
| RBGG | 11/02/2023 | Meals | $0.00 | Luma Khabbaz- Meals- Chick-Fil-A - Lunch after 11/2 Visit to Dublin | Travel, Lodging, Meals |
| RBGG | 11/02/2023 | Travel--Mileage | $37.34 | Kara J. Janssen- Mileage - DO NOT USE- Mileage to and from FCI Dublin for client visits | Travel, Lodging, Meals |
| RBGG | 11/03/2023 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 11/03/2023 | Travel--Car Rental/Rideshare/Fuel/Tolls | $35.74 | Julie de Vaulx- Transportation- Lyft - FCI Dublin visit | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 11/03/2023 | Travel--Car Rental/Rideshare/Fuel/Tolls | $27.59 | Julie de Vaulx- Transportation- Lyft - FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 11/06/2023 | PACER | $0.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 11/06/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $17.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $11.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $1.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $1.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/06/2023 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| CCIJ | 11/7/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 11/07/2023 | PACER | $3.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 11/07/2023 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/07/2023 | Travel--Mileage | $37.34 | Kara J. Janssen- Mileage - DO NOT USE- Mileage for visit with clients | Travel, Lodging, Meals |
| RBGG | 11/08/2023 | PACER | $5.90 | Pacer Charges | Computerized Research Charges |
| RBGG | 11/08/2023 | Westlaw | $12.82 | Westlaw research | Computerized Research Charges |
| RBGG | 11/09/2023 | Westlaw | $12.08 | Westlaw research | Computerized Research Charges |
| RBGG | 11/10/2023 | Westlaw | $15.70 | Westlaw research | Computerized Research Charges |
| RBGG | 11/10/2023 | Westlaw | $17.42 | Westlaw research | Computerized Research Charges |
| RBGG | 11/13/2023 | PACER | $0.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 11/13/2023 | Westlaw | $26.71 | Westlaw research | Computerized Research Charges |
| RBGG | 11/13/2023 | SERVICE OF PROCESS | $395.75 | Ace Attorney Service, Inc.- Filing Fee- Order #2253922 - CCFWP/USA Federal USDC Summons & Complaint with Supporting Docs | Service of Process |
| RBGG | 11/14/2023 | Westlaw | $5.99 | Westlaw research | Computerized Research Charges |
| RBGG | 11/14/2023 | Westlaw | $91.62 | Westlaw research | Computerized Research Charges |
| RBGG | 11/15/2023 | Westlaw | $58.17 | Westlaw research | Computerized Research Charges |
| CCIJ | 11/16/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 11/17/2023 | Westlaw | $3.62 | Westlaw research | Computerized Research Charges |
| RBGG | 11/20/2023 | Westlaw | $18.82 | Westlaw research | Computerized Research Charges |
| RBGG | 11/22/2023 | PACER | $14.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 11/22/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/22/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/28/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/29/2023 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 11/30/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 11/30/2023 | Postage | $34.98 | Inhouse Postage | Postage and Delivery |
| RBGG | 12/01/2023 | in-House Copying/Printing | $4.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/01/2023 | in-House Copying/Printing | $6.20 | In-house Copying and Printing | Copying/Printing |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 12/01/2023 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/01/2023 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/01/2023 | in-House Copying/Printing | $3.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 12/04/2023 | PACER | $5.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/05/2023 | Travel--Mileage | $37.34 | Kara J. Janssen- Mileage - DO NOT USE- Mileage for visits with clients | Travel, Lodging, Meals |
| RBGG | 12/06/2023 | PACER | $14.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/06/2023 | PACER | $5.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/06/2023 | Westlaw | $24.91 | Westlaw research | Computerized Research Charges |
| RBGG | 12/07/2023 | PACER | $4.90 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/07/2023 | PACER | $1.80 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/07/2023 | Messengers/Overnight Delivery | $25.83 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 12/08/2023 | Westlaw | $2.42 | Westlaw research | Computerized Research Charges |
| RBB | 12/10/2023 | Travel--Airfare | $355.80 | Flight LA to SF (Dublin) for ON and AM for the Preliminary Injunction Hearing and related visit | Travel, Lodging, Meals |
| RBB | 12/10/2023 | Travel--Meals | $512.00 | Per Diem for Dublin for the Preliminary Injunction Hearing and related visit  (64.00 per day, 8 days from Jan. 2-9) | Travel, Lodging, Meals |
| RBGG | 12/12/2023 | Travel--Mileage | $53.71 | Luma Khabbaz- Mileage- 12.12.23 FCI Dublin Visit | Travel, Lodging, Meals |
| RBGG | 12/12/2023 | Travel--Mileage | $37.34 | Kara J. Janssen- Mileage - DO NOT USE- Mileage for visit with clients in prep for evidentiary hearing | Travel, Lodging, Meals |
| AP | 12/13/2023 | Westlaw Research | $205.20 | Westlaw computer research by LEE JOCELYN MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 12/13/2023 | Westlaw Research | $315.60 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 12/13/2023 | Westlaw Research | $619.20 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/13/2023 | Westlaw Research | $619.20 | Westlaw computer research by LEE JOCELYN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 12/13/2023 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/13/2023 | Westlaw | $2.42 | Westlaw research | Computerized Research Charges |
| AP | 12/14/2023 | Westlaw Research | $110.40 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 12/14/2023 | Westlaw Research | $1,548.00 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| CCIJ | 12/14/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 12/14/2023 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| AP | 12/15/2023 | Westlaw Research | $154.80 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/17/2023 | Westlaw Research | $110.40 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 12/17/2023 | Westlaw Research | $464.40 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025                    Page 18

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 12/17/2023 | Filing Fees | $328.00 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 63737548121811800 DATE: 12/18/2023   12/17/23; court admission fee; PHV admission fee; USDC - ND California | Filing Fees |
| AP | 12/18/2023 | Travel Expenses | $86.18 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 63815871112211620 DATE: 12/20/2023   12/18/2023 - 12/20/2023; taxi; Trip to San Francisco to visit clients and conduct interviews at FCI Dublin prison in pro bono matter 9000644.00006. | Travel, Lodging, Meals |
| AP | 12/18/2023 | Hotel | $396.60 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 63815871112211620 DATE: 12/20/2023   12/18/2023 - 12/20/2023; lodging; Trip to San Francisco to visit clients and conduct interviews at FCI Dublin prison in pro bono matter 9000644.00006. | Travel, Lodging, Meals |
| AP | 12/18/2023 | Travel Meals | $47.51 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 63815871112211620 DATE: 12/20/2023   12/18/2023 - 12/20/2023; New City, New York; Travel Meals; Trip to San Francisco to visit clients and conduct interviews at FCI Dublin prison in pro bono matter 9000644.00006. | Travel, Lodging, Meals |
| AP | 12/18/2023 | Airfare/Train fare | $398.90 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 63815871112211620 DATE: 12/20/2023   12/18/2023 - 12/20/2023; New City, New York; airfare; Trip to San Francisco to visit clients and conduct interviews at FCI Dublin prison in pro bono matter 9000644.00006. | Travel, Lodging, Meals |
| RBGG | 12/18/2023 | PACER | $1.80 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/18/2023 | Westlaw | $8.12 | Westlaw research | Computerized Research Charges |
| AP | 12/19/2023 | Airfare/Train fare | $398.90 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 63815871112211620 DATE: 12/20/2023   12/18/2023 - 12/20/2023; New City, New York; airfare; Trip to San Francisco to visit clients and conduct interviews at FCI Dublin prison in pro bono matter 9000644.00006. | Travel, Lodging, Meals |
| AP | 12/19/2023 | Airfare/Train fare | $80.00 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 63815871112211620 DATE: 12/20/2023   12/18/2023 - 12/20/2023; change ticket fee; Trip to San Francisco to visit clients and conduct interviews at FCI Dublin prison in pro bono matter 9000644.00006. | Travel, Lodging, Meals |
| CCIJ | 12/19/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 12/19/2023 | PACER | $18.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/19/2023 | Court Reporting | $408.70 | Rhonda L. Aquilina, RMR, CRR, CRC- Transcription and Translation- Transcript of 12/11/2023 CMC | Court Reporters |
| RBGG | 12/19/2023 | Court Reporting | $66.15 | Summer A. Fisher- Transcription and Translation- Transcript of 11/15/23 Sentencing | Court Reporters |
| RBGG | 12/19/2023 | Court Reporting | $341.70 | Pamela A. Batalo Hebel- Transcription and Translation- Transcript Request | Court Reporters |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 12/19/2023 | Travel--Mileage | $69.43 | Luma Khabbaz- Mileage- Travel to and from FCI Dublin visit (picking up/dropping off Arnold and Porter partner on the way) | Travel, Lodging, Meals |
| RBGG | 12/19/2023 | Travel--Mileage | $37.34 | Kara J. Janssen- Mileage - DO NOT USE- Mileage for visits with clients in prep for evidentiary hearing | Travel, Lodging, Meals |
| AP | 12/20/2023 | Westlaw Research | $309.60 | Westlaw computer research by LEE JOCELYN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/20/2023 | Travel Expenses | $66.58 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6381587112211620 DATE: 12/20/2023   12/18/2023 - 12/20/2023; taxi; Trip to San Francisco to visit clients and conduct interviews at FCI Dublin prison in pro bono matter 9000644.00006. | Travel, Lodging, Meals |
| RBGG | 12/20/2023 | PACER | $5.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 12/20/2023 | Messengers/Overnight Delivery | $20.26 | Pamela Batalo Hebel | Postage and Delivery |
| AP | 12/21/2023 | Westlaw Research | $154.80 | Westlaw computer research by LEE JOCELYN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/21/2023 | Lexis Computer Research | $79.20 | Lexis Computer Research by LEE  JOCELYN - SEARCH - ACCESS CHARGE | Computerized Research Charges |
| CCIJ | 12/21/2023 | Travel/Mileage | $42.05 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 12/21/2023 | Travel--Mileage | $53.71 | Luma Khabbaz- Mileage- Mileage for 12-21-23 Dublin Visit | Travel, Lodging, Meals |
| RBGG | 12/21/2023 | Travel--Mileage | $37.34 | Kara J. Janssen- Mileage - DO NOT USE- Mileage for visits with clients | Travel, Lodging, Meals |
| RBGG | 12/22/2023 | Westlaw | $5.70 | Westlaw research | Computerized Research Charges |
| AP | 12/27/2023 | Airfare/Train fare | $973.01 | VENDOR: Natalie M. Steiert INVOICE#: 6411914601101810 DATE: 1/10/2024   12/27/2023 - 12/30/2023; San Francisco, California; airfare; Flight from DC to SF for evidentiary hearing and witness prep interviews. | Travel, Lodging, Meals |
| AP | 12/27/2023 | Travel Agent Fees | $30.00 | VENDOR: Natalie M. Steiert INVOICE#: 6411914601101810 DATE: 1/10/2024   12/27/2023 - 12/30/2023; agent fee; Travel agent fee. | Travel, Lodging, Meals |
| AP | 12/28/2023 | Westlaw Research | $154.80 | Westlaw computer research by ANDERSON CARSON MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/28/2023 | Westlaw Research | $309.60 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/30/2023 | Westlaw Research | $110.40 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 12/30/2023 | Westlaw Research | $309.60 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/30/2023 | Travel Expenses | $35.00 | VENDOR: Natalie M. Steiert INVOICE#: 6411914601101810 DATE: 1/10/2024   12/27/2023 - 12/30/2023; baggage fee; Baggage fee. | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 12/31/2023 | Airfare/Train fare | $407.90 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; New York City, New York; airfare; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 12/31/2023 | Hotel | $597.05 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; lodging; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 12/31/2023 | Travel Expenses | $45.46 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; taxi; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 12/31/2023 | Local Transportation | $67.21 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; taxi; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| RBGG | 12/31/2023 | Westlaw | $39.53 | Westlaw research | Computerized Research Charges |
| RBGG | 12/31/2023 | Postage | $10.02 | Inhouse Postage | Postage and Delivery |
| RBGG | 12/31/2023 | Travel--Airfare | $207.00 | Adrienne Spiegel- Transportation- Flight returning to SF 12/30 and 12/31 for potential FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 12/31/2023 | Travel--Airfare | $38.00 | Adrienne Spiegel- Transportation- Flight returning to SF on 12/30 for team prep for the trial | Travel, Lodging, Meals |
| RBGG | 12/31/2023 | Travel--Car Rental/Rideshare/Fuel/Tolls | $54.99 | Adrienne Spiegel- Transportation- Lyft Home from SFO | Travel, Lodging, Meals |
| AP | 1/1/2024 | Westlaw Research | $441.60 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 1/1/2024 | Westlaw Research | $1,083.60 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/1/2024 | Other Computer Research | $304.10 | VENDOR: Pacer Service Center INVOICE#: 3935819-Q12024 DATE: 4/4/2024   Pacer Usage for the Period 1/1/2024-3/31/2024 | Computerized Research Charges |
| AP | 1/1/2024 | Travel Expenses | $20.78 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; taxi; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/1/2024 | Travel Expenses | $18.68 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; taxi; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/1/2024 | Travel Expenses | $7.69 | VENDOR: Natalie M. Steiert INVOICE#: 6412111701101810 DATE: 1/10/2024   01/01/24; car service; Late night Uber from office to hotel. | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 1/2/2024 | Westlaw Research | $331.20 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 1/2/2024 | Westlaw Research | $619.20 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/2/2024 | Color copies | $192.75 | Job made on 20240102 by 26971 Sherri Mills TOTAL PAGES : 257.00 | Copying/Printing |
| AP | 1/2/2024 | Duplicating | $2.70 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 27.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $1.50 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/2/2024 | Duplicating | $2.20 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 22.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $0.75 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 1/2/2024 | Duplicating | $0.60 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $46.50 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 62.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $12.00 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 16.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $2.25 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 1/2/2024 | Duplicating | $2.30 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 23.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $6.75 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 9.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $6.75 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 9.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $5.25 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $1.50 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/2/2024 | Duplicating | $3.00 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $3.75 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 5.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $6.00 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $5.25 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 1/2/2024 | Color copies | $1.50 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025                                                                 Page 22

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/2/2024 | Duplicating | $0.10 | 20240102 - Job made on printer sf-xerox-color-965-01 by Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 1/2/2024 | Transcripts | $4,341.50 | VENDOR: Pamela Batalo Hebel INVOICE#: 20243899 DATE: 1/2/2024   Client Charges, Hearing Transcript., Nick Martin, 01/02/24 | Court Reporters |
| AP | 1/2/2024 | Document Retrieval | $159.00 | VENDOR: City National Bank INVOICE#: 6401878401041808 DATE: 1/4/2024   TLO TRANSUNION; 01/02/24; visa pcard; TLO TransUnion - Monthly Transactional Charges - Background Checks - Dec. 2023 | Ediscovery Hosting and Support |
| AP | 1/2/2024 | Travel Expenses | $21.62 | VENDOR: Natalie M. Steiert INVOICE#: 6412118901101810 DATE: 1/10/2024   01/02/24; car service; Uber to carpool with associates to witness prep meeting at FCI Dublin. | Travel, Lodging, Meals |
| AP | 1/2/2024 | Hotel | $624.95 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; lodging; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/2/2024 | Travel Expenses | $38.09 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; taxi; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/2/2024 | Travel Meals | $15.78 | VENDOR: Natalie M. Steiert INVOICE#: 6412283201101810 DATE: 1/10/2024   01/02/2024 - 01/03/2024; Travel Meals; Breakfast for January 2., Breakfast for January 3.; SHELL OIL 57444216105, SQ *SIGHTGLASS COFFEE | Travel, Lodging, Meals |
| AP | 1/2/2024 | Local Transportation | $37.00 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/02/24; parking; Attendance at trial | Travel, Lodging, Meals |
| AP | 1/2/2024 | Travel Expenses | $36.50 | VENDOR: Natalie M. Steiert INVOICE#: 6412152901101810 DATE: 1/10/2024   01/02/24; car service; Uber from Oakland drop off after witness prep meeting to SF Office. | Travel, Lodging, Meals |
| CCIJ | 1/2/2024 | Travel/Mileage | $39.53 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 01/02/2024 | Meals | $0.00 | Luma Khabbaz- Meals- Nick the Greek - Lunch after 1-2-23 Dublin Visit | Travel, Lodging, Meals |
| RBGG | 01/02/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $39.14 | Greg Gonzalez- Transportation- Lyft from RBGG to Oakland court house | Travel, Lodging, Meals |
| RBGG | 01/02/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $15.39 | Adrienne Spiegel- Transportation- Lyft to Luma's house to get ride to FCI Dublin | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025                                                Page 23

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 01/02/2024 | Meals | $0.00 | Adrienne Spiegel- Meals- Nick the Greek - Late lunch near FCI Dublin after interviewing our witnesses and on way back to office with LK | Travel, Lodging, Meals |
| RBGG | 01/02/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- FasTrak for 1-2-2023 Dublin Visit | Travel, Lodging, Meals |
| RBGG | 01/02/2024 | Travel--Mileage | $50.44 | Luma Khabbaz- Mileage- Mileage for 1-2-23 Dublin Visit | Travel, Lodging, Meals |
| RBGG | 01/02/2024 | Travel--Mileage | $38.19 | Kara J. Janssen- Mileage- Mileage for visits with clients in prep for testifying at evidentiary hearing | Travel, Lodging, Meals |
| AP | 1/3/2024 | Transcripts | $2,020.00 | VENDOR: Raynee H. Mercado INVOICE#: 20240001 DATE: 1/2/2024   Client Charges, Hearing Transcript., Nick Martin, 01/02/24 | Court Reporters |
| AP | 1/3/2024 | Travel Expenses | $18.97 | VENDOR: Natalie M. Steiert INVOICE#: 6412166801101810 DATE: 1/10/2024   01/03/24; car service; Uber to meeting point to carpool with associates to witness prep session at FCI Dublin. | Travel, Lodging, Meals |
| AP | 1/3/2024 | Travel Expenses | $7.13 | VENDOR: Natalie M. Steiert INVOICE#: 6412170201101810 DATE: 1/10/2024   01/03/24; car service; Late night Uber from SF Office to hotel. | Travel, Lodging, Meals |
| AP | 1/3/2024 | Travel Expenses | $7.80 | VENDOR: Natalie M. Steiert INVOICE#: 6412162101101810 DATE: 1/10/2024   01/03/24; car service; Late night Uber from SF Office to hotel. | Travel, Lodging, Meals |
| AP | 1/3/2024 | Local Transportation | $18.00 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/03/24; parking; Attendance at trial | Travel, Lodging, Meals |
| AP | 1/3/2024 | Local Transportation | $36.30 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/03/24; parking; Attendance at trial | Travel, Lodging, Meals |
| AP | 1/3/2024 | Local Transportation | $16.00 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/03/24; mileage; Attendance at trial From:: 2900 Evergreen Drive, San Bruno, CA, USA To:: 1301 Clay Street, Oakland, CA, USA; 23.88 miles | Travel, Lodging, Meals |
| AP | 1/3/2024 | Local Transportation | $15.91 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/03/24; mileage; Attendance at trial From:: 1301 Clay Street, Oakland, CA, USA To:: 2900 Evergreen Drive, San Bruno, CA, USA; 23.74 miles | Travel, Lodging, Meals |
| AP | 1/3/2024 | Local Meals | $126.01 | VENDOR: City National Bank INVOICE#: 6404513101111810 DATE: 1/5/2024   GRUBHUBGRANTPLACE; 01/03/24; visa pcard; After Hearing Dinner in SF | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/3/2024 | Travel Expenses | $7.00 | VENDOR: Anderson, Carson INVOICE#: 6483728302151804 DATE: 2/15/2024   01/03/24; toll; Bridge Toll - Attendance at Trial | Travel, Lodging, Meals |
| CCIJ | 1/3/2024 | Travel/Mileage | $39.53 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 01/03/2024 | Travel--Parking | $40.00 | Luma Khabbaz- Travel- Parking at courthouse on 1/3 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/03/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- FasTrack 1/3 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/03/2024 | Meals | $0.00 | Julie de Vaulx- Meals- Uber Eats - Meals for the FCI Dublin evidentiary hearing and overtime | Travel, Lodging, Meals |
| RBGG | 01/03/2024 | Miscellaneous | $0.00 | Julie de Vaulx- Miscellaneous- Safeway - Water bottles for FCI Dublin evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/03/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $34.68 | Julie de Vaulx- Transportation- Lyft ride for FCI Dublin evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/03/2024 | Travel--Mileage | $55.68 | Luma Khabbaz- Mileage- Mileage to FCI Dublin and Courthouse on 1/3 for Evidentiary hearing | Travel, Lodging, Meals |
| AP | 1/4/2024 | Travel Expenses | $31.03 | VENDOR: Natalie M. Steiert INVOICE#: 6412179601101810 DATE: 1/10/2024   01/04/24; car service; Uber from Oakland meeting to SF Office. | Travel, Lodging, Meals |
| AP | 1/4/2024 | Travel Meals | $746.74 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; New York City, New York; Travel Meals; Snacks for the entire team following hearing to prep for next day., Travel to Oakland, CA for evidentiary hearing., Lunch with two pro-bono co-counsel following our hearing., Dinner with entire team following hearing day., Dinner for team following hearing.; Fleuret's Market & Spirits, Ladle and Leaf, Oeste, Falafel Boy, Annapurna Restaurant & Bar | Travel, Lodging, Meals |
| AP | 1/4/2024 | Travel Expenses | $15.70 | VENDOR: Natalie M. Steiert INVOICE#: 6412173301101810 DATE: 1/10/2024   01/04/24; car service; Uber to meeting point to carpool with associates to Oakland federal courthouse. | Travel, Lodging, Meals |
| AP | 1/4/2024 | Travel Expenses | $9.74 | VENDOR: Natalie M. Steiert INVOICE#: 6412209701101810 DATE: 1/10/2024   01/04/24; car service; Late night Uber from SF Office to hotel. | Travel, Lodging, Meals |
| AP | 1/4/2024 | Local Transportation | $36.30 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/04/24; parking; Attendance at trial | Travel, Lodging, Meals |

Case 4:23-cv-04155-YGR   Document 534-1   Filed 02/02/26   Page 54 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 25

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 1/4/2024 | Local Transportation | $16.05 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/04/24; mileage; Attendance at trial From:: 2900 Evergreen Drive, San Bruno, CA, USA To:: 1301 Clay Street, Oakland, CA, USA; 23.95 miles | Travel, Lodging, Meals |
| AP | 1/4/2024 | Local Transportation | $15.91 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/04/24; mileage; Attendance at trial From:: 1301 Clay Street, Oakland, CA, USA To:: 2900 Evergreen Drive, San Bruno, CA, USA; 23.74 miles | Travel, Lodging, Meals |
| AP | 1/4/2024 | Local Meals | $110.51 | VENDOR: City National Bank INVOICE#: 6407597801111810 DATE: 1/8/2024   MIXT FILLMORE ONLINE; 01/04/24; visa pcard; After Hearing Dinner 1/4/24 | Travel, Lodging, Meals |
| AP | 1/4/2024 | Local Meals | $416.22 | VENDOR: City National Bank INVOICE#: 6407740501111810 DATE: 1/8/2024   MENDOCINO FARMS #602 OLO; 01/04/24; visa pcard; Court Hearing Lunch 1/3/24 | Travel, Lodging, Meals |
| AP | 1/4/2024 | Local Meals | $214.05 | VENDOR: City National Bank INVOICE#: 6407564501111810 DATE: 1/8/2024   GRUBHUBRISTORANTEMONA; 01/04/24; visa pcard; After Hearing Dinner in SF Office 1/3/24 | Travel, Lodging, Meals |
| AP | 1/4/2024 | Travel Expenses | $7.00 | VENDOR: Anderson, Carson INVOICE#: 6483728302151804 DATE: 2/15/2024   01/04/24; toll; Bridge Toll - Attendance at Trial | Travel, Lodging, Meals |
| CCIJ | 1/4/2024 | Travel/Mileage | $6.70 | Courthouse | Travel, Lodging, Meals |
| RBGG | 01/04/2024 | Westlaw | $17.47 | Westlaw research | Computerized Research Charges |
| RBGG | 01/04/2024 | PACER | $2.90 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/04/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $32.81 | Adrienne Spiegel- Transportation- Lyft home from team meeting in Oakland at 9:30pm | Travel, Lodging, Meals |
| RBGG | 01/04/2024 | Travel--Parking | $40.00 | Luma Khabbaz- Travel- Parking at courthouse on 1/4 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/04/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- FasTrak 1/4 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/04/2024 | Travel--Mileage | $20.31 | Luma Khabbaz- Mileage- Mileage to FCI Dublin and Courthouse on 1/4 for Evidentiary hearing | Travel, Lodging, Meals |
| AP | 1/5/2024 | Airfare/Train fare | $408.10 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; New York City, New York; airfare; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/5/2024 | Travel Expenses | $65.47 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; taxi; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/5/2024 | Travel Expenses | $33.39 | VENDOR: Natalie M. Steiert INVOICE#: 6412212901101810 DATE: 1/10/2024   01/05/24; car service; Uber from hotel to Oakland Courthouse. | Travel, Lodging, Meals |
| AP | 1/5/2024 | Travel Expenses | $7.80 | VENDOR: Natalie M. Steiert INVOICE#: 6412216901101810 DATE: 1/10/2024   01/05/24; car service; Uber from SF Office to hotel. | Travel, Lodging, Meals |
| AP | 1/5/2024 | Local Transportation | $36.30 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/05/24; parking; Attendance at trial | Travel, Lodging, Meals |
| AP | 1/5/2024 | Local Transportation | $16.00 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/05/24; mileage; Attendance at trial From:: 2900 Evergreen Drive, San Bruno, CA, USA To:: 1301 Clay Street, Oakland, CA, USA; 23.88 miles | Travel, Lodging, Meals |
| AP | 1/5/2024 | Local Transportation | $15.91 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024   01/05/24; mileage; Attendance at trial From:: 1301 Clay Street, Oakland, CA, USA To:: 2900 Evergreen Drive, San Bruno, CA, USA; 23.74 miles | Travel, Lodging, Meals |
| AP | 1/5/2024 | Travel Expenses | $7.00 | VENDOR: Anderson, Carson INVOICE#: 64837283021518 04 DATE: 2/15/2024   01/05/24; toll; Bridge Toll - Attendance at Trial | Travel, Lodging, Meals |
| CCIJ | 1/5/2024 | Travel/Mileage | $6.70 | Courthouse | Travel, Lodging, Meals |
| RBGG | 01/05/2024 | Westlaw | $42.43 | Westlaw research | Computerized Research Charges |
| RBGG | 01/05/2024 | Travel--Parking | $40.00 | Luma Khabbaz- Travel- Parking at courthouse on 1/5 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/05/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- FasTrak 1/5 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/05/2024 | Travel--Mileage | $20.31 | Luma Khabbaz- Mileage- Mileage to FCI Dublin and Courthouse on 1/5 for Evidentiary hearing | Travel, Lodging, Meals |
| AP | 1/6/2024 | Hotel | $1,424.38 | VENDOR: Natalie M. Steiert INVOICE#: 6411953601101810 DATE: 1/10/2024   01/06/2024 - 01/06/2024; lodging; Hotel stay for evidentiary hearing and witness prep. | Travel, Lodging, Meals |
| AP | 1/6/2024 | Local Transportation | $77.11 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6408488001101810 DATE: 1/8/2024   12/31/2023 - 01/05/2024; taxi; Travel to Oakland, CA for evidentiary hearing. | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/6/2024 | Travel Expenses | $8.28 | VENDOR: Natalie M. Steiert INVOICE#: 6412230501101810 DATE: 1/10/2024   01/06/24; car service; Uber from SF Office to Hilton Hotel to check in. | Travel, Lodging, Meals |
| AP | 1/6/2024 | Travel Expenses | $9.90 | VENDOR: Natalie M. Steiert INVOICE#: 6412221201101810 DATE: 1/10/2024   01/06/24; car service; Uber from Omni Hotel to SF Office to store luggage while switching hotels. | Travel, Lodging, Meals |
| AP | 1/6/2024 | Local Meals | $413.96 | VENDOR: City National Bank INVOICE#: 6410894901111810 DATE: 1/9/2024   MENDOCINO FARMS #602 OLO; 01/06/24; visa pcard; Court Hearing Lunch 1/5/2024 | Travel, Lodging, Meals |
| RBGG | 01/06/2024 | Westlaw | $25.84 | Westlaw research | Computerized Research Charges |
| AP | 1/7/2024 | Westlaw Research | $619.20 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/7/2024 | Airfare/Train fare | $1,248.10 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; San Francisco, California; airfare; Follow-up trip to wrap up preliminary injunction evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/7/2024 | Airfare/Train fare | $363.10 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; San Francisco, California; airfare; Follow-up trip to wrap up preliminary injunction evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/7/2024 | Hotel | $508.88 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; lodging; Follow-up trip to wrap up preliminary injunction evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/7/2024 | Travel Meals | $215.62 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; San Francisco, California; Travel Meals; Follow-up trip to wrap up preliminary injunction evidentiary hearing.; Naan-N-Curry, Uber Eats - Tender Greens | Travel, Lodging, Meals |
| AP | 1/7/2024 | Travel Expenses | $68.91 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; taxi; Follow-up trip to wrap up preliminary injunction evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/7/2024 | Travel Expenses | $74.11 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; taxi; Follow-up trip to wrap up preliminary injunction evidentiary hearing. | Travel, Lodging, Meals |
| RBGG | 01/07/2024 | Westlaw | $16.95 | Westlaw research | Computerized Research Charges |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/8/2024 | Travel Expenses | $30.83 | VENDOR: Natalie M. Steiert INVOICE#: 6412239001101810 DATE: 1/10/2024    01/08/24; car service; Uber from hotel to Oakland courthouse. | Travel, Lodging, Meals |
| AP | 1/8/2024 | Travel Expenses | $7.35 | VENDOR: Natalie M. Steiert INVOICE#: 6412248801101810 DATE: 1/10/2024    01/08/24; car service; Uber from SF Office to hotel. | Travel, Lodging, Meals |
| AP | 1/8/2024 | Local Transportation | $36.30 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024    01/08/24; parking; Attendance at trial | Travel, Lodging, Meals |
| AP | 1/8/2024 | Local Transportation | $16.00 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024    01/08/24; mileage; Attendance at trial From:: 2900 Evergreen Drive, San Bruno, CA, USA To:: 1301 Clay Street, Oakland, CA, USA; 23.88 miles | Travel, Lodging, Meals |
| AP | 1/8/2024 | Local Transportation | $15.91 | VENDOR: Anderson, Carson INVOICE#: 6410195601101810 DATE: 1/9/2024    01/08/24; mileage; Attendance at trial From:: 1301 Clay Street, Oakland, CA, USA To:: 2900 Evergreen Drive, San Bruno, CA, USA; 23.74 miles | Travel, Lodging, Meals |
| AP | 1/8/2024 | Airfare/Train fare | $421.60 | VENDOR: Natalie M. Steiert INVOICE#: 6442955601291800 DATE: 1/27/2024    01/08/2024 - 01/10/2024; Washington, District of Columbia; airfare; Travel home from SF to DC. | Travel, Lodging, Meals |
| AP | 1/8/2024 | Travel Agent Fees | $30.00 | VENDOR: Natalie M. Steiert INVOICE#: 6442955601291800 DATE: 1/27/2024    01/08/2024 - 01/10/2024; agent fee; Travel home from SF to DC. | Travel, Lodging, Meals |
| CCIJ | 1/8/2024 | Travel/Mileage | $6.70 | Courthouse | Travel, Lodging, Meals |
| RBGG | 01/08/2024 | Westlaw | $69.05 | Westlaw research | Computerized Research Charges |
| RBGG | 01/08/2024 | Travel--Parking | $40.00 | Luma Khabbaz- Travel- Parking at courthouse on 1/8 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/08/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- FasTrak 1/8 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/08/2024 | Travel--Mileage | $20.31 | Luma Khabbaz- Mileage- Mileage to FCI Dublin and Courthouse on 1/8 for Evidentiary hearing | Travel, Lodging, Meals |
| AP | 1/9/2024 | Other Computer Research | $244.58 | VENDOR: LexisNexis Risk Data Management Inc. INVOICE#: 1415704-20231231 DATE: 12/31/2023    Client Charges, Accurint - Monthly Charges - Background Checks - Dec. 2023 (for C. Anderson), Ellen M. Callinan, 12/31/23 | Computerized Research Charges |
| AP | 1/9/2024 | Travel Expenses | $33.31 | VENDOR: Natalie M. Steiert INVOICE#: 6412252001101810 DATE: 1/10/2024    01/09/24; car service; Uber from hotel to Oakland courthouse. | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/9/2024 | Hotel | $155.81 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; lodging; Follow-up trip to wrap up preliminary injunction evidentiary hearing. Due to bad weather, flight detour and rescheduled for 1/10. | Travel, Lodging, Meals |
| AP | 1/9/2024 | Travel Expenses | $62.59 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; taxi; Follow-up trip to wrap up preliminary injunction evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/9/2024 | Local Meals | $416.55 | VENDOR: City National Bank INVOICE#: 6414651001161759 DATE: 1/11/2024   MENDOCINO FARMS #602 OLO; 01/09/24; visa pcard; Lunch for Hearing 1/8/2024 | Travel, Lodging, Meals |
| AP | 1/9/2024 | Travel Meals | $24.30 | VENDOR: Natalie M. Steiert INVOICE#: 6442957101291800 DATE: 1/27/2024   01/09/2024 - 01/09/2024; Travel Meals; Bought coffee for team at evidentiary hearing.; SQ *MODERN COFFEE | Travel, Lodging, Meals |
| AP | 1/9/2024 | Travel Expenses | $70.00 | VENDOR: Natalie M. Steiert INVOICE#: 6442955601291800 DATE: 1/27/2024   01/08/2024 - 01/10/2024; baggage fee; Travel home from SF to DC. | Travel, Lodging, Meals |
| AP | 1/9/2024 | Travel Expenses | $7.00 | VENDOR: Anderson, Carson INVOICE#: 6483728302151804 DATE: 2/15/2024   01/09/24; toll; Bridge Toll - Attendance at Trial | Travel, Lodging, Meals |
| CCIJ | 1/9/2024 | Travel/Mileage | $6.70 | Courthouse | Travel, Lodging, Meals |
| RBGG | 01/09/2024 | Travel--Parking | $40.00 | Luma Khabbaz- Travel- Parking at courthouse on 1/9 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/09/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- FasTrak 1/9 for Evidentiary hearing | Travel, Lodging, Meals |
| RBGG | 01/09/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $178.67 | Ernest Galvan- Transportation- Lyft - Rides back and forth to courthouse for evidentiary hearing of 1/2 through 1/9 | Travel, Lodging, Meals |
| RBGG | 01/09/2024 | Travel--Mileage | $20.31 | Luma Khabbaz- Mileage- Mileage to FCI Dublin and Courthouse on 1/9 for Evidentiary hearing | Travel, Lodging, Meals |
| AP | 1/10/2024 | Travel Expenses | $19.92 | VENDOR: Natalie M. Steiert INVOICE#: 6412088401101810 DATE: 1/10/2024   01/10/24; car service; Uber ride to DCA airport for trip to San Francisco for evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/10/2024 | Travel Expenses | $43.54 | VENDOR: Natalie M. Steiert INVOICE#: 6412096001101810 DATE: 1/10/2024   01/10/24; car service; Uber ride from SFO airport to hotel for evidentiary hearing. | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/10/2024 | Travel Expenses | $36.57 | VENDOR: Natalie M. Steiert INVOICE#: 6412255801101810 DATE: 1/10/2024   01/10/24; car service; Uber from DCA to home. | Travel, Lodging, Meals |
| AP | 1/10/2024 | Local Meals | $205.75 | VENDOR: City National Bank INVOICE#: 6416839301161759 DATE: 1/12/2024   MENDOCINO FARMS #602 OLO; 01/10/24; visa pcard; Court Hearing Lunch | Travel, Lodging, Meals |
| AP | 1/10/2024 | Travel Expenses | $80.65 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; taxi; Follow-up trip to wrap up preliminary injunction evidentiary hearing. | Travel, Lodging, Meals |
| AP | 1/10/2024 | Travel Expenses | $21.43 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6415150601161759 DATE: 1/11/2024   01/07/2024 - 01/10/2024; taxi; Follow-up trip to wrap up preliminary injunction evidentiary hearing. Due to bad weather, flight detour (Detroit) and rescheduled for 1/10. | Travel, Lodging, Meals |
| AP | 1/10/2024 | Hotel | $1,240.54 | VENDOR: Natalie M. Steiert INVOICE#: 6450381401311807 DATE: 1/31/2024   01/10/2024 - 01/09/2024; lodging; Hotel for evidentiary hearing. | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Lodging | $1,050.57 | Evidentiary Hearing-Entire home/apt at Oakland, United States, Confirmation: HMS5KJEBQR | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Lodging | $589.34 | Airbnb in Oakland Evidentiary Hearing (extension when it ran long)- Confirmation: HMCTEF3K8Q | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Meals | $512.00 | Per diem @ $64 for Dublin hearing 1/2-1/9 for the Preliminary Injunction Hearing and related visit | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Parking | $66.00 | Parking during for visit to SF for the Preliminary Injunction 12/31-1/10 | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Airfare | $267.96 | Flight for Oren and Amaris back to LA from SF for the Preliminary Injunction Hearing and related visit | Travel, Lodging, Meals |
| RBGG | 01/10/2024 | Translation/Interpreting | $1,410.00 | Ines Swaney- Professional Services- Spanish Interpreting Services - Cancellation for January 4 Hearing & Half-Day Interpreting at January 5 Hearing | Translation/Interpreting |
| AP | 1/12/2024 | Westlaw Research | $1,548.00 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/12/2024 | Transcripts | $8,000.65 | VENDOR: Pamela Batalo Hebel INVOICE#: 20243899A DATE: 1/2/2024   Client Charges, Preliminary Hearing Transcript., Sherri Mills, 01/02/24 | Court Reporters |
| AP | 1/13/2024 | Westlaw Research | $46.80 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 1/13/2024 | Westlaw Research | $774.00 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/13/2024 | Cellular Telephone Fees | $0.00 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6421716301171801 DATE: 1/16/2024   01/13/24; mobile phone calls/data charges; International data plan charge, which I purchased to work on the emergency PI hearing while abroad over the holidays. | Long Distance Telephone |
| AP | 1/14/2024 | Westlaw Research | $154.80 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/15/2024 | Westlaw Research | $464.40 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/15/2024 | Westlaw Research | $309.60 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/16/2024 | Westlaw Research | $37.20 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCKETS DETAIL | Computerized Research Charges |
| AP | 1/16/2024 | Westlaw Research | $154.80 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/16/2024 | Westlaw Research | $464.40 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/16/2024 | Westlaw Research | $464.40 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/16/2024 | Transcripts | $618.10 | VENDOR: Raynee H. Mercado INVOICE#: 20240001A DATE: 1/2/2024   Client Charges, Preliminary Hearing Transcript., Sherri Mills, 01/02/24 | Court Reporters |
| RBGG | 01/16/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/16/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/16/2024 | PACER | $0.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/16/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/16/2024 | PACER | $1.90 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/16/2024 | PACER | $1.90 | Pacer Charges | Computerized Research Charges |
| AP | 1/17/2024 | Westlaw Research | $37.20 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCKETS DETAIL | Computerized Research Charges |
| AP | 1/17/2024 | Westlaw Research | $154.80 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/17/2024 | Westlaw Research | $464.40 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/17/2024 | Equipment  & Furniture Rental | $1,221.81 | VENDOR: Rent-A-PC Inc - SmartSource INVOICE#: 711067977 DATE: 1/9/2024   Client Charges, Equipment Rental - Document Review, A.J. Krotz, 01/09/24 | Equipment Rental |
| AP | 1/17/2024 | Air Delivery Services | $19.89 | VENDOR: Federal Express INVOICE#: 838902350 DATE: 01/26/24   Tracking #: 789412106168 Shipment Date: 20240117 Sender: Sherri Mills Arnold & Porter, 5 Palo Alto Square, Suite 500, PALO ALTO, CA 94306 Ship to: Raynee Mercado, INFORMATION NOT SUPPLIED, 1502 CARLTON WAY, BRENTWOOD, CA 94513 | Postage and Delivery |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/17/2024 | Air Delivery Services | $19.89 | VENDOR: Federal Express INVOICE#: 838902350 DATE: 01/26/24   Tracking #: 789412451950 Shipment Date: 20240117 Sender: Sherri Mills Arnold & Porter, 5 Palo Alto Square, Suite 500, PALO ALTO, CA 94306 Ship to: Pamela Batalo Hebel, INFORMATION NOT SUPPLIED, 2775 11TH ST, SAN PABLO, CA 94806 | Postage and Delivery |
| CCIJ | 1/17/2024 | Travel/Mileage | $39.53 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 01/17/2024 | Westlaw | $6.81 | Westlaw research | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | PACER | $0.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/17/2024 | SERVICE OF PROCESS | $397.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2275714 - Federal Summons & Complaint Package | Service of Process |
| RBGG | 01/18/2024 | Westlaw | $20.28 | Westlaw research | Computerized Research Charges |
| RBGG | 01/18/2024 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 01/18/2024 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| AP | 1/19/2024 | External eDiscovery/Litigation Support Services | $63.84 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223373 DATE: 1/17/2024   Client Charges, Pickup and delivery charges., Sherri Mills, 01/17/24 | Ediscovery Hosting and Support |
| AP | 1/19/2024 | External eDiscovery/Litigation Support Services | $56.75 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223374 DATE: 1/17/2024   Client Charges, Pickup and delivery charges., Sherri Mills, 01/17/24 | Ediscovery Hosting and Support |
| AP | 1/22/2024 | Westlaw Research | $154.80 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/22/2024 | Westlaw Research | $662.40 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| RBGG | 01/22/2024 | Westlaw | $14.92 | Westlaw research | Computerized Research Charges |
| AP | 1/23/2024 | Westlaw Research | $309.60 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| CCIJ | 1/23/2024 | Travel/Mileage | $39.53 | FCI Dublin | Travel, Lodging, Meals |
| AP | 1/24/2024 | Westlaw Research | $110.40 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/24/2024 | Westlaw Research | $928.80 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $2.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $2.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/24/2024 | SERVICE OF PROCESS | $398.25 | Ace Attorney Service, Inc.- Filing Fee- Order #2270492 - CCFWP/USA FEDERAL USDC SUMONS & COMPL w/SUPPORTING DOCS | Service of Process |
| RBGG | 01/24/2024 | SERVICE OF PROCESS | $373.25 | Ace Attorney Service, Inc.- Filing Fee- Order #2278688 - CCFWP/USA FEDERAL USDC SUMONS & COMPL w/SUPPORTING DOCS | Service of Process |
| CCIJ | 1/25/2024 | Travel/Mileage | $39.53 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 01/25/2024 | Messengers/Overnight Delivery | $32.69 | Ines Swaney | Postage and Delivery |
| RBGG | 01/25/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $34.02 | Julie de Vaulx- Transportation- Lyft for FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 01/25/2024 | Meals | $0.00 | Julie de Vaulx- Meals- Yafa Hummus - Lunch for FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 01/25/2024 | Meals | $0.00 | Adrienne Spiegel- Meals- Yafa Hummus - Lunch with LK JDV and co-counsel to debrief FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 01/25/2024 | Travel--Mileage | $54.94 | Adrienne Spiegel- Mileage- Mileage from home to FCI Dublin | Travel, Lodging, Meals |
| AP | 1/27/2024 | Westlaw Research | $110.40 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 1/27/2024 | Westlaw Research | $309.60 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/28/2024 | Westlaw Research | $110.40 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 1/28/2024 | Westlaw Research | $1,393.20 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 01/28/2024 | Westlaw | $6.08 | Westlaw research | Computerized Research Charges |
| AP | 1/29/2024 | Westlaw Research | $46.80 | Westlaw computer research by ANDERSON CARSON MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 1/29/2024 | Westlaw Research | $154.80 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 1/29/2024 | Westlaw Research | $309.60 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/29/2024 | Westlaw Research | $619.20 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 01/29/2024 | Messengers/Overnight Delivery | $22.10 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 01/30/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 01/30/2024 | Meals | $0.00 | Luma Khabbaz- Meals- Yafa Hummus - Lunch after 1.25.24 FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 01/31/2024 | Westlaw | $16.85 | Westlaw research | Computerized Research Charges |
| RBGG | 01/31/2024 | Court Reporting | $93.80 | Franklin Court Reporting, Inc.- Transcription and Translation- Transcript Request | Court Reporters |
| RBGG | 01/31/2024 | Postage | $18.38 | Inhouse Postage | Postage and Delivery |
| RBGG | 01/31/2024 | Messengers/Overnight Delivery | $40.73 | Stephen Franklin | Postage and Delivery |
| RBGG | 01/31/2024 | SERVICE OF PROCESS | $70.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Darrell Smith | Service of Process |
| AP | 2/1/2024 | Westlaw Research | $37.20 | westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCKETS DETAIL | Computerized Research Charges |
| AP | 2/1/2024 | Westlaw Research | $154.80 | westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/1/2024 | Westlaw Research | $662.40 | westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 02/01/2024 | Westlaw | $12.32 | Westlaw research | Computerized Research Charges |
| RBGG | 02/02/2024 | Westlaw | $8.74 | Westlaw research | Computerized Research Charges |
| RBGG | 02/02/2024 | Westlaw | $74.16 | Westlaw research | Computerized Research Charges |
| RBGG | 02/02/2024 | in-House Copying/Printing | $6.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/05/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/05/2024 | Messengers/Overnight Delivery | $39.60 | Clerk's Office, United States District Court | Postage and Delivery |
| AP | 2/6/2024 | Other Computer Research | $138.93 | VENDOR: LexisNexis Risk Data Management Inc. INVOICE#: 1415704-20240131 DATE: 1/31/2024   Client Charges, Accurint - Monthly Charges - Background Checks - Feb. 2024 (for N. Steiert), Ellen M. Callinan, 01/31/24 | Computerized Research Charges |
| AP | 2/7/2024 | Miscellaneous | $3,000.00 | VENDOR: Network for Victim Recovery of DC INVOICE#: 1.31.24AP DATE: 1/31/2024   Client Charges, Training - Trauma-Informed Lawyering, Carmen Lo, 01/31/24 | Miscellaneous |
| RBGG | 02/07/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $0.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $0.80 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $2.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | PACER | $0.40 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/08/2024 | Psych Evaluations | $5,000.00 | Cheri Adrian, Ph.D., QME- Professional Services- Retainer Fee | Consultants/Experts |
| RBGG | 02/09/2024 | Westlaw | $2.18 | Westlaw research | Computerized Research Charges |
| RBGG | 02/12/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/12/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 02/12/2024 | in-House Copying/Printing | $3.80 | In-house Copying and Printing | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 02/13/2024 | Travel--Mileage | $38.19 | Kara J. Janssen- Mileage- Mileage to attend AUSA interview with KD at FCI Dublin | Travel, Lodging, Meals |
| CCIJ | 2/14/2024 | Travel/Mileage | $42.88 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 02/14/2024 | Travel--Mileage | $38.19 | Kara J. Janssen- Mileage- Mileage to attend site tour by Judge | Travel, Lodging, Meals |
| RBGG | 02/15/2024 | Messengers/Overnight Delivery | $28.12 | Clerk's Office, United States District Court | Postage and Delivery |
| AP | 2/17/2024 | Westlaw Research | $496.00 | westlawcomputer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/18/2024 | Westlaw Research | $993.00 | westlawcomputer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 02/19/2024 | Westlaw | $22.92 | Westlaw research | Computerized Research Charges |
| RBGG | 02/20/2024 | Westlaw | $63.32 | Westlaw research | Computerized Research Charges |
| RBGG | 02/20/2024 | Mediator/Allocator | $5,000.00 | The Pride Law Firm, A Professional Law Corporation- Professional Services- Mediator's fees | Mediator/Allocator |
| RBGG | 02/21/2024 | Westlaw | $12.55 | Westlaw research | Computerized Research Charges |
| RBGG | 02/21/2024 | PACER | $0.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/21/2024 | PACER | $1.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/21/2024 | PACER | $0.50 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/21/2024 | PACER | $1.90 | Pacer Charges | Computerized Research Charges |
| AP | 2/22/2024 | Westlaw Research | $118.00 | westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 2/22/2024 | Westlaw Research | $3,477.00 | westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/23/2024 | Westlaw Research | $331.00 | westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/23/2024 | Depositions & Transcript (original) | $264.00 | VENDOR: Summer Angeline Fisher INVOICE#: 20240233 DATE: 2/21/2024   Client Charges, Transcript order - December 18, 2023 Hearing, Carson Anderson, 02/21/24 | Court Reporters |
| AP | 2/26/2024 | Color copies | $21.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 28.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.10 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $18.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 25.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $2.40 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 24.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $4.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $2.70 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 27.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 2/26/2024 | Duplicating | $0.80 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $9.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.10 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.10 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $21.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 28.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.10 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $18.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 25.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $2.40 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 24.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $4.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $2.70 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 27.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.80 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $9.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.10 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $1.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 2/26/2024 | Color copies | $3.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 5.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $3.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 5.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $4.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $9.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.20 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $7.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.40 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.20 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $3.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.20 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $1.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.40 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $4.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.40 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $4.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $10.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 14.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $6.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $7.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $3.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.80 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 8.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 2/26/2024 | Color copies | $1.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.20 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $1.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.20 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $7.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $0.75 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $1.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.20 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $1.50 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $6.00 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 60.00 | Copying/Printing |
| AP | 2/26/2024 | Color copies | $5.25 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 2/26/2024 | Duplicating | $0.10 | 20240226 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 2/26/2024 | Airfare/Train fare | $631.20 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6519450803051808 DATE: 3/4/2024   02/26/2024 - 02/27/2024; San Francisco, California; airfare; Travel to San Francisco/Oakland for post-preliminary injunction hearing arguments. | Travel, Lodging, Meals |
| AP | 2/26/2024 | Hotel | $205.91 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6519450803051808 DATE: 3/4/2024   02/26/2024 - 02/27/2024; lodging; Travel to San Francisco/Oakland for post-preliminary injunction hearing arguments. | Travel, Lodging, Meals |
| AP | 2/26/2024 | Travel Expenses | $108.26 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6519450803051808 DATE: 3/4/2024   02/26/2024 - 02/27/2024; taxi; Travel to San Francisco/Oakland for post-preliminary injunction hearing arguments. | Travel, Lodging, Meals |
| RBGG | 02/26/2024 | Westlaw | $6.55 | Westlaw research | Computerized Research Charges |
| RBGG | 02/26/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 02/26/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 2/27/2024 | Travel Meals | $20.54 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6519450803051808 DATE: 3/4/2024   02/26/2024 - 02/27/2024; San Francisco, California; Travel Meals; Travel to San Francisco/Oakland for post-preliminary injunction hearing arguments. | Travel, Lodging, Meals |
| AP | 2/27/2024 | Travel Expenses | $90.77 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6519450803051808 DATE: 3/4/2024   02/26/2024 - 02/27/2024; taxi; Travel to San Francisco/Oakland for post-preliminary injunction hearing arguments. | Travel, Lodging, Meals |
| AP | 2/27/2024 | Travel Expenses | $62.17 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6519450803051808 DATE: 3/4/2024   02/26/2024 - 02/27/2024; taxi; Travel to San Francisco/Oakland for post-preliminary injunction hearing arguments. | Travel, Lodging, Meals |
| AP | 2/27/2024 | Local Transportation | $7.00 | VENDOR: Anderson, Carson INVOICE#: 6553105103201708 DATE: 3/19/2024   02/27/24; toll; Toll to attend February 27 hearing | Travel, Lodging, Meals |
| RBGG | 02/27/2024 | Westlaw | $33.29 | Westlaw research | Computerized Research Charges |
| RBGG | 02/27/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| AP | 2/28/2024 | Westlaw Research | $331.00 | westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/28/2024 | Travel Expenses | $84.19 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6519450803051808 DATE: 3/4/2024   02/26/2024 - 02/27/2024; taxi; Travel to San Francisco/Oakland for post-preliminary injunction hearing arguments. | Travel, Lodging, Meals |
| RBGG | 02/28/2024 | SERVICE OF PROCESS | $324.23 | Ace Attorney Service, Inc.- Filing Fee- Order #2291746 - Summons & Complaint | Service of Process |
| RBGG | 02/28/2024 | Travel--Parking | $40.00 | Luma Khabbaz- Travel- Parking for 2-27 Hearing | Travel, Lodging, Meals |
| RBGG | 02/28/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- Fast Trak for 2-27 Hearing | Travel, Lodging, Meals |
| RBGG | 02/28/2024 | Travel--Mileage | $20.10 | Luma Khabbaz- Mileage- Mileage for 2-27 Hearing | Travel, Lodging, Meals |
| AP | 2/29/2024 | Lexis Computer Research | $237.60 | Lexis Computer Research by HRACHOVY  SARA - SEARCH - ACCESS CHARGE | Computerized Research Charges |
| RBGG | 02/29/2024 | Westlaw | $6.55 | Westlaw research | Computerized Research Charges |
| RBGG | 02/29/2024 | Postage | $6.81 | Inhouse Postage | Postage and Delivery |
| RBGG | 03/01/2024 | Westlaw | $2.22 | Westlaw research | Computerized Research Charges |
| RBGG | 03/01/2024 | Westlaw | $78.22 | Westlaw research | Computerized Research Charges |
| RBGG | 03/01/2024 | SERVICE OF PROCESS | $440.75 | Ace Attorney Service, Inc.- Filing Fee- Order #2292589 - Summons & Complaint | Service of Process |
| RBGG | 03/01/2024 | SERVICE OF PROCESS | $373.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2292591 - Summons & Complaint | Service of Process |
| RBGG | 03/01/2024 | SERVICE OF PROCESS | $373.50 | Ace Attorney Service, Inc.- Filing Fee- Order #2292593 - Summons & Complaint | Service of Process |
| AP | 3/2/2024 | Westlaw Research | $331.00 | westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |

Case 4:23-cv-04155-YGR    Document 534-1    Filed 02/02/26    Page 70 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 41

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 3/4/2024 | External eDiscovery/Litigation Support Services | $143.50 | VENDOR: Raynee H. Mercado INVOICE#: 20240031 DATE: 3/1/2024   Client Charges, Court reporter fee - 2/27/2024 Hearing, Carson Anderson, 03/01/24 | Ediscovery Hosting and Support |
| AP | 3/4/2024 | Filing Fees | $328.00 | VENDOR: City National Bank INVOICE#: 6528311603111710 DATE: 3/7/2024   US DISTRICT COURT NDCA; 03/04/24; visa pcard; NDCA Petition filied for B. D'Amore Bradley | Filing Fees |
| AP | 3/4/2024 | Filing Fees | $328.00 | VENDOR: City National Bank INVOICE#: 6528392303131700 DATE: 3/7/2024   US DISTRICT COURT NDCA; 03/04/24; visa pcard; NDCA Petition filed for M. Raftrey | Filing Fees |
| AP | 3/4/2024 | Air Delivery Services | $20.05 | VENDOR: Federal Express INVOICE#: 843170141 DATE: 03/08/24   Tracking #: 271741511970 Shipment Date: 20240304 Sender: Sherri Mills Arnold & Porter, 5 Palo Alto Square, Suite 500, PALO ALTO, CA 94306 Ship to: Raynee Mercado, INFORMATION NOT SUPPLIED, 1502 CARLTON WAY, BRENTWOOD, CA 94513 | Postage and Delivery |
| RBGG | 03/04/2024 | Westlaw | $22.89 | Westlaw research | Computerized Research Charges |
| RBGG | 03/05/2024 | Westlaw | $6.65 | Westlaw research | Computerized Research Charges |
| AP | 3/6/2024 | Lexis Computer Research | $79.20 | Lexis Computer Research by HRACHOVY  SARA - SEARCH - ACCESS CHARGE | Computerized Research Charges |
| AP | 3/6/2024 | Westlaw Research | $591.00 | westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| RBGG | 03/06/2024 | PACER | $9.00 | Pacer Charges | Computerized Research Charges |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024   US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (A.L.R. v. BOP - Case No. 4:24-cv-01360) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024   US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (A.C. v. BOP - Case No. 4:24-cv-01385) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024   US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (A.Y. v. BOP - Case No. 4:24-cv-01365) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024   US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (E.S. v. BOP - Case No. 4:24-cv-01372) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024   US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (F.S. v. BOP - Case No. 4:24-cv-01375) | Filing Fees |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024    US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (H.G. v. BOP - Case No. 4:24-cv-01376) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024    US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (J.H. v. BOP - Case No. 4:24-cv-01384) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024    US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (K.D. v. BOP - Case No. 4:24-cv-01379) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024    US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (M.D. v. BOP - Case No. 4:24-cv-01369) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024    US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (M.L. v. BOP - Case No. 4:24-cv-01381) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024    US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (R.W. v. BOP - Case No. 4:24-cv-01383) | Filing Fees |
| AP | 3/7/2024 | Filing Fees | $405.00 | VENDOR: City National Bank INVOICE#: 6745403906271703 DATE: 6/17/2024    US DISTRICT COURT NDCA; 03/07/24; visa pcard; Filing Fee for New Complaint (Z.T.S. v. BOP - Case No. 4:24-cv-01370) | Filing Fees |
| RBGG | 03/07/2024 | Westlaw | $2.22 | Westlaw research | Computerized Research Charges |
| RBGG | 03/07/2024 | in-House Copying/Printing | $3.20 | In-house Copying and Printing | Copying/Printing |
| AP | 3/8/2024 | Filing Fees | $25.00 | VENDOR: City National Bank INVOICE#: 6534212103181708 DATE: 3/11/2024    DC BAR; 03/08/24; visa pcard; N. Stieret D.C. CoGS | Filing Fees |
| RBGG | 03/08/2024 | Westlaw | $2.22 | Westlaw research | Computerized Research Charges |
| RBGG | 03/08/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 03/11/2024 | Westlaw | $5.26 | Westlaw research | Computerized Research Charges |
| RBGG | 03/11/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/11/2024 | in-House Copying/Printing | $6.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/11/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/11/2024 | in-House Copying/Printing | $2.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/11/2024 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/11/2024 | Messengers/Overnight Delivery | $22.10 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 03/13/2024 | PACER | $4.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 03/13/2024 | PACER | $0.80 | Pacer Charges | Computerized Research Charges |
| RBGG | 03/13/2024 | Messengers/Overnight Delivery | $22.10 | Clerk's Office, United States District Court | Postage and Delivery |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| CCIJ | 3/14/2024 | Travel/Mileage | $40.87 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 03/14/2024 | PACER | $1.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 03/14/2024 | Travel--Mileage | $38.86 | Kara J. Janssen- Mileage- Roundtrip mileage to legal visit at Camp | Travel, Lodging, Meals |
| AP | 3/15/2024 | Internet Access Fees | $0.00 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6550577003201708 DATE: 3/18/2024   03/15/2024 - 03/15/2024; internet; Flight from San Diego to San Francisco for court hearing. | Internet Access Fees |
| AP | 3/15/2024 | Travel Expenses | $54.86 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6550577003201708 DATE: 3/18/2024   03/15/2024 - 03/15/2024; taxi; Court hearing. | Travel, Lodging, Meals |
| AP | 3/15/2024 | Travel Expenses | $78.45 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6550577003201708 DATE: 3/18/2024   03/15/2024 - 03/15/2024; taxi; Court hearing. | Travel, Lodging, Meals |
| AP | 3/15/2024 | Airfare/Train fare | $239.10 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6550577003201708 DATE: 3/18/2024   03/15/2024 - 03/15/2024; San Francisco, California; airfare; Flight from San Diego to San Francisco for court hearing. | Travel, Lodging, Meals |
| AP | 3/15/2024 | Airfare/Train fare | $17.00 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 6550577003201708 DATE: 3/18/2024   03/15/2024 - 03/15/2024; upgrade or seat fee; Flight from San Diego to San Francisco for court hearing. | Travel, Lodging, Meals |
| CCIJ | 3/15/2024 | Travel/Mileage | $6.70 | Courthouse | Travel, Lodging, Meals |
| RBGG | 03/15/2024 | Westlaw | $57.30 | Westlaw research | Computerized Research Charges |
| RBGG | 03/15/2024 | Westlaw | $88.53 | Westlaw research | Computerized Research Charges |
| RBGG | 03/15/2024 | PACER | $3.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 03/15/2024 | in-House Copying/Printing | $11.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $12.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $4.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $1.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $1.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | in-House Copying/Printing | $5.60 | In-house Copying and Printing | Copying/Printing |

Case 4:23-cv-04155-YGR   Document 534-1   Filed 02/02/26   Page 73 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 44

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 03/15/2024 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/15/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- Fast Track for 3-15-24 Hearing | Travel, Lodging, Meals |
| RBGG | 03/15/2024 | Travel--Parking | $40.00 | Luma Khabbaz- Travel- Parking for 3-15-24 Hearing | Travel, Lodging, Meals |
| RBGG | 03/15/2024 | Travel--Mileage | $20.10 | Luma Khabbaz- Mileage- Mileage from 1547 9th Ave to RBGG to Oakland courthouse and back for 3-15-24 Hearing | Travel, Lodging, Meals |
| RBGG | 03/15/2024 | Travel--Mileage | $62.98 | Luma Khabbaz- Mileage- 3-15 Visit to Dublin | Travel, Lodging, Meals |
| RBGG | 03/18/2024 | SERVICE OF PROCESS | $70.00 | Specialized Legal Services, Inc.- Professional Services- Servee: United States of America, et al. | Service of Process |
| RBGG | 03/18/2024 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Dareen Lewis | Service of Process |
| RBGG | 03/18/2024 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Kayla Serrano | Service of Process |
| RBGG | 03/18/2024 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Officer Nydia Jean Vasquez | Service of Process |
| RBGG | 03/19/2024 | Westlaw | $2.22 | Westlaw research | Computerized Research Charges |
| RBGG | 03/19/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 03/20/2024 | Westlaw | $43.84 | Westlaw research | Computerized Research Charges |
| RBGG | 03/21/2024 | Westlaw | $6.65 | Westlaw research | Computerized Research Charges |
| AP | 3/22/2024 | Filing Fees | $3,936.00 | VENDOR: Anderson, Carson INVOICE#: 6563525803251709 DATE: 3/25/2024   03/22/24; filing fees; S. Cha-Kim PHV Applications (12 cases) | Filing Fees |
| RBGG | 03/22/2024 | Westlaw | $9.59 | Westlaw research | Computerized Research Charges |
| RBGG | 03/22/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| AP | 3/25/2024 | Lexis Computer Research | $475.20 | Lexis Computer Research by OLYMPIA  KAREN - SEARCH - ACCESS CHARGE | Computerized Research Charges |
| AP | 3/25/2024 | Westlaw Research | $557.40 | Westlaw computer research by OLYMPIA KAREN MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 3/25/2024 | Westlaw Research | $828.00 | Westlaw computer research by OLYMPIA KAREN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 3/25/2024 | Westlaw Research | $496.80 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 3/25/2024 | Westlaw Research | $1,338.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 3/25/2024 | Westlaw Research | $2,466.60 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| RBGG | 03/25/2024 | Westlaw | $9.59 | Westlaw research | Computerized Research Charges |
| RBGG | 03/25/2024 | Westlaw | $9.70 | Westlaw research | Computerized Research Charges |
| RBGG | 03/25/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $130.10 | AMEX - KH- Transportation- ZipCar - JDV FCI Dublin visit | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 3/26/2024 | Document Retrieval | $196.10 | VENDOR: Thomson Reuters - West INVOICE#: 6159789806 DATE: 3/26/2024   Client Charges, WCX - Document Retrieval - 3/8/2024 (for S. Nguyen), Ellen M. Callinan, 03/26/24 | Ediscovery Hosting and Support |
| CCIJ | 3/26/2024 | Travel/Mileage | $40.87 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 03/26/2024 | Westlaw | $65.74 | Westlaw research | Computerized Research Charges |
| RBGG | 03/26/2024 | Messengers/Overnight Delivery | $39.78 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 03/26/2024 | Messengers/Overnight Delivery | $39.96 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 03/26/2024 | Travel--Mileage | $38.86 | Kara J. Janssen- Mileage- Roundtrip mileage for visit with class members at FCI facility | Travel, Lodging, Meals |
| AP | 3/27/2024 | Duplicating | $0.10 | 20240327 - Job made on printer sv-xerox-color-635-02 by 10580 Meek, Dianne - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 3/27/2024 | Color copies | $6.00 | 20240327 - Job made on printer sv-xerox-color-635-02 by 10580 Meek, Dianne - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 3/27/2024 | External eDiscovery/Litigation Support Services | $63.84 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223402 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 3/27/2024 | External eDiscovery/Litigation Support Services | $412.34 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223397 DATE: 1/23/2024   Client Charges, Litigation support services., Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 3/27/2024 | External eDiscovery/Litigation Support Services | $4,662.76 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223401 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 3/27/2024 | Filing Fees | $3,936.00 | VENDOR: Anderson, Carson INVOICE#: 6572421303281701 DATE: 3/28/2024   03/27/24; filing fees; A. Montes PHV applications (12) | Filing Fees |
| RBGG | 03/27/2024 | Westlaw | $55.32 | Westlaw research | Computerized Research Charges |
| RBGG | 03/27/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 03/27/2024 | in-House Copying/Printing | $3.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/27/2024 | in-House Copying/Printing | $9.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/27/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/27/2024 | in-House Copying/Printing | $3.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/27/2024 | SERVICE OF PROCESS | $1,875.00 | Compton Wood Inc- Professional Services- Investigative Services | Service of Process |
| AP | 3/28/2024 | External eDiscovery/Litigation Support Services | $56.75 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223415 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 3/28/2024 | External eDiscovery/Litigation Support Services | $70.03 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223423 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 3/28/2024 | External eDiscovery/Litigation Support Services | $231.00 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223352 DATE: 1/4/2024   Client Charges, Litigation support services, Sherri Mills, 01/04/24 | Ediscovery Hosting and Support |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 3/28/2024 | Filing Fees | $3,936.00 | VENDOR: Anderson, Carson INVOICE#: 6574048004011701 DATE: 3/28/2024   03/28/24; filing fees; PHV Applications - O. Nimni (12) | Filing Fees |
| CCIJ | 3/28/2024 | Travel/Mileage | $40.87 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 03/29/2024 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/29/2024 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/29/2024 | in-House Copying/Printing | $18.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/29/2024 | in-House Copying/Printing | $0.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/29/2024 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/29/2024 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/29/2024 | in-House Copying/Printing | $3.20 | In-house Copying and Printing | Copying/Printing |
| RBGG | 03/31/2024 | Postage | $406.81 | Inhouse Postage | Postage and Delivery |
| AP | 4/1/2024 | Other Computer Research | $89.60 | VENDOR: Pacer Service Center INVOICE#: 3935819-Q22024 DATE: 7/8/2024   Pacer Usage for Period 4/1/2024-6/30/2024 | Computerized Research Charges |
| AP | 4/1/2024 | External eDiscovery/Litigation Support Services | $170.50 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223405 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 4/1/2024 | External eDiscovery/Litigation Support Services | $782.45 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223411 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 4/1/2024 | External eDiscovery/Litigation Support Services | $2,013.52 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223403 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| AP | 4/1/2024 | External eDiscovery/Litigation Support Services | $69.29 | VENDOR: W 9 Microsolutions Inc INVOICE#: 1223407 DATE: 1/23/2024   Client Charges, Litigation support services, Sherri Mills, 01/23/24 | Ediscovery Hosting and Support |
| RBGG | 04/01/2024 | PACER | $2.80 | Pacer Charges | Computerized Research Charges |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $67.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 90.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $76.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 102.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $72.00 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 96.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $65.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 87.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $72.00 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 96.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $72.00 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 96.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $67.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 90.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $69.75 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 93.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $58.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 78.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $4.50 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Color copies | $2.25 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/2/2024 | Duplicating | $0.10 | 20240402 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 04/02/2024 | Westlaw | $37.02 | Westlaw research | Computerized Research Charges |
| RBGG | 04/02/2024 | PACER | $4.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 04/02/2024 | in-House Copying/Printing | $0.60 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/02/2024 | in-House Copying/Printing | $1.60 | In-house Copying and Printing | Copying/Printing |
| AP | 4/3/2024 | Duplicating | $25.20 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 252.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $189.00 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 252.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/3/2024 | Color copies | $2.25 | 20240403 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/4/2024 | Color copies | $4.50 | 20240404 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| RBGG | 04/04/2024 | Westlaw | $87.21 | Westlaw research | Computerized Research Charges |
| RBGG | 04/05/2024 | PACER | $1.60 | Pacer Charges | Computerized Research Charges |
| RBB | 4/8/2024 | Long Distance Telephone | $20.00 | International phone pass for 2 days when I had to take calls while on vacation for Dublin closure (3/7-8) | Long Distance Telephone |
| RBGG | 04/08/2024 | PACER | $3.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 04/08/2024 | in-House Copying/Printing | $3.80 | In-house Copying and Printing | Copying/Printing |
| AP | 4/9/2024 | Other Computer Research | $7.05 | VENDOR: LexisNexis Risk Data Management Inc. INVOICE#: 1415704-20240331 DATE: 3/31/2024   Client Charges, Accurint - Monthly Charges - Background Checks - March 2024 (for C. Anderson), Ellen M. Callinan, 03/31/24 | Computerized Research Charges |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 4/9/2024 | Color copies | $4.50 | 20240409 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 6.00 | Copying/Printing |
| RBGG | 04/09/2024 | Westlaw | $11.46 | Westlaw research | Computerized Research Charges |
| RBGG | 04/09/2024 | PACER | $2.80 | Pacer Charges | Computerized Research Charges |
| RBGG | 04/09/2024 | Court Reporting | $30.00 | Ruth Levine Ekhaus- Professional Services- Court Reporting | Court Reporters |
| RBGG | 04/09/2024 | Court Reporting | $105.00 | Raynee Mercado, CSR RMR CRR FCRR CCRR- Transcription and Translation- Transcript Order | Court Reporters |
| AP | 4/10/2024 | Westlaw Research | $993.00 | westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBB | 4/10/2024 | Travel--Airfare | $42.00 | Order to show cause Flight expense-BOSTON LOGAN INTERSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $271.10 | Order to show cause flight-BOSTON LOGAN INTERSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $194.55 | Flight Order to Show Cause Hearing- BURBANKSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $30.00 | Expenses from flight (Order to show cause) BURBANKSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $191.00 | Flight from SFO Hearing to JFK (reimbursement comparable to SFO to LAX flight) | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $253.11 | Flight back from Order to Show Cause hearing -SAN FRANCISCO INTLN.Y. J F KENNEDY I | Travel, Lodging, Meals |
| RBGG | 04/10/2024 | PACER | $3.10 | Pacer Charges | Computerized Research Charges |
| AP | 4/11/2024 | Westlaw Research | $331.00 | westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/11/2024 | Westlaw Research | $165.00 | westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 04/12/2024 | Westlaw | $25.69 | Westlaw research | Computerized Research Charges |
| AP | 4/16/2024 | Westlaw Research | $1,324.00 | westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 04/16/2024 | Court Reporting | $58.85 | Lee-Anne Shortridge CSR, CRR- Transcription and Translation- Reporter's transcript of proceedings held on 3-15-24 | Court Reporters |
| AP | 4/17/2024 | Color copies | $22.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $22.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $22.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $25.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 34.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $24.00 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 32.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $21.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 29.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $24.00 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 32.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $22.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.70 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $5.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $23.25 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 31.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $27.00 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 36.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $0.75 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Color copies | $1.50 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.20 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.10 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.10 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/17/2024 | Duplicating | $0.10 | 20240417 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| CCIJ | 4/17/2024 | Travel/Mileage | $42.88 | FCI Dublin | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 04/17/2024 | Westlaw | $54.22 | Westlaw research | Computerized Research Charges |
| RBGG | 04/17/2024 | Travel--Mileage | $58.29 | Luma Khabbaz- Mileage- Travel for FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 04/17/2024 | Travel--Mileage | $38.86 | Kara J. Janssen- Mileage- Mileage to and from visit to FCI re: closure process with class members | Travel, Lodging, Meals |
| AP | 4/18/2024 | Westlaw Research | $165.00 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/18/2024 | Westlaw Research | $165.00 | Westlaw computer research by ANDERSON CARSON MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/18/2024 | Westlaw Research | $118.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 4/18/2024 | Westlaw Research | $1,159.00 | Westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/18/2024 | Westlaw Research | $1,324.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/18/2024 | Color copies | $10.50 | 20240418 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 14.00 | Copying/Printing |
| AP | 4/18/2024 | Air Delivery Services | $14.68 | VENDOR: Federal Express INVOICE#: 848161328 DATE: 04/26/24   Tracking #: 273602589178 Shipment Date: 20240418 Sender: Vanessa Villarruel Arnold & Porter, Three Embarcadero Center, SAN FRANCISCO, CA 94111 Ship to: Nancy T  McKinney, Warden, Federal Bureau of Pris, 5701 8TH ST, DUBLIN, CA 94568 | Postage and Delivery |
| CCIJ | 4/18/2024 | Travel/Mileage | $42.88 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 04/18/2024 | Westlaw | $5.30 | Westlaw research | Computerized Research Charges |
| RBGG | 04/18/2024 | Westlaw | $94.77 | Westlaw research | Computerized Research Charges |
| RBGG | 04/18/2024 | Psych Evaluations | $4,750.00 | Cheri Adrian, Ph.D. Psychological Services, PC- Professional Services-Services rendered - J.L. Evaluation | Consultants/Experts |
| AP | 4/19/2024 | Westlaw Research | $165.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| CCIJ | 4/19/2024 | Travel/Mileage | $42.88 | FCI Dublin | Travel, Lodging, Meals |
| RBGG | 04/19/2024 | PACER | $3.00 | Pacer Charges | Computerized Research Charges |
| RBGG | 04/19/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- Fast Track - Toll for 4-19-24 FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 04/19/2024 | Travel--Mileage | $55.61 | Luma Khabbaz- Mileage- Travel for 4-19-24 FCI Dublin visit | Travel, Lodging, Meals |
| RBGG | 04/19/2024 | Travel--Mileage | $38.86 | Kara J. Janssen- Mileage- Mileage to and from FCI Dublin for interviews with AUSA, FBI, DOJ and class members | Travel, Lodging, Meals |
| CCIJ | 4/22/2024 | Travel/Mileage | $42.88 | FCI Dublin | Travel, Lodging, Meals |
| RBB | 4/22/2024 | Travel--Airfare | $236.19 | Flight for Dublin Legal visit-LOS ANGELES INTERNSAN FRANCISCO INTL roundrtip | Travel, Lodging, Meals |
| RBB | 4/22/2024 | Travel--Meals | $64.00 | Per diem for 1 day legal visit at Dublin on 4/22/2024 | Travel, Lodging, Meals |
| RBGG | 04/22/2024 | PACER | $3.90 | Pacer Charges | Computerized Research Charges |
| RBGG | 04/22/2024 | in-House Copying/Printing | $8.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/22/2024 | in-House Copying/Printing | $8.00 | In-house Copying and Printing | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 04/22/2024 | in-House Copying/Printing | $8.00 | In-house Copying and Printing | Copying/Printing |
| RBGG | 04/22/2024 | Messengers/Overnight Delivery | $28.48 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 04/22/2024 | Travel--Mileage | $38.86 | Kara J. Janssen- Mileage- Mileage to and from FCI Dublin for pre-closure visit with class members | Travel, Lodging, Meals |
| AP | 4/23/2024 | Westlaw Research | $662.00 | Westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 04/24/2024 | Westlaw | $11.46 | Westlaw research | Computerized Research Charges |
| RBGG | 04/24/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- Fastrack - Toll for 4-17 Dublin visit | Travel, Lodging, Meals |
| RBGG | 04/24/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $7.00 | Luma Khabbaz- Transportation- Fastrak - Tolls for 4-22-24 Visit to Dublin | Travel, Lodging, Meals |
| RBGG | 04/24/2024 | Travel--Mileage | $56.28 | Luma Khabbaz- Mileage- Mileage for 4-22-24 Visit to Dublin | Travel, Lodging, Meals |
| AP | 4/25/2024 | Westlaw Research | $993.00 | westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/25/2024 | Color copies | $27.00 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 36.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $7.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $7.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $22.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $8.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $21.00 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 28.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $7.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $22.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $8.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $25.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 34.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 4/25/2024 | Duplicating | $0.90 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 9.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $0.75 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-548-01 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $24.00 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 32.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $8.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.20 | 20240425 - Job made on printer sv-xerox-548-01 by  Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $21.75 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 29.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $8.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $24.00 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 32.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $5.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $24.00 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 32.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $5.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $22.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $8.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 11.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-548-01 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $23.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 31.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.20 | 20240425 - Job made on printer sv-xerox-548-01 by  Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $6.00 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $19.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 26.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $8.25 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 4/25/2024 | Color copies | $1.50 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 4/25/2024 | Duplicating | $0.10 | 20240425 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 04/25/2024 | Westlaw | $38.01 | Westlaw research | Computerized Research Charges |
| RBGG | 04/25/2024 | PACER | $0.90 | Pacer Charges | Computerized Research Charges |
| AP | 4/26/2024 | Westlaw Research | $165.00 | westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/26/2024 | Westlaw Research | $496.00 | westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/26/2024 | Westlaw Research | $709.00 | westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| RBGG | 04/26/2024 | PACER | $1.60 | Pacer Charges | Computerized Research Charges |
| AP | 4/29/2024 | Westlaw Research | $39.00 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH DOCKETS DETAIL | Computerized Research Charges |
| AP | 4/29/2024 | Westlaw Research | $165.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/29/2024 | Westlaw Research | $662.00 | Westlaw computer research by D'AMORE BRADLEY BROOKE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 4/29/2024 | Westlaw Research | $662.00 | Westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/29/2024 | Westlaw Research | $725.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 4/29/2024 | Westlaw Research | $496.00 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 4/30/2024 | Westlaw Research | $165.00 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 04/30/2024 | Postage | $1.63 | Inhouse Postage | Postage and Delivery |
| AP | 5/1/2024 | Duplicating | $0.20 | 20240501 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Westlaw Research | $496.00 | Westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 5/2/2024 | Color copies | $23.25 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 31.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $1.50 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $0.75 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $0.75 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $1.50 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.70 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $5.25 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.20 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $27.00 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 36.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $1.50 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $0.75 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $0.75 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $1.50 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.70 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $5.25 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 5/2/2024 | Duplicating | $0.20 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.10 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.10 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.10 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $25.50 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 34.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $1.50 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $0.75 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $0.75 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $1.50 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.70 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/2/2024 | Color copies | $5.25 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.20 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/2/2024 | Duplicating | $0.10 | 20240502 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 05/02/2024 | Westlaw | $86.95 | Westlaw research | Computerized Research Charges |
| AP | 5/3/2024 | Westlaw Research | $99.00 | Westlaw computer research by ELLENBERGER EDISON MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 5/3/2024 | Westlaw Research | $219.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 5/3/2024 | Westlaw Research | $496.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 05/03/2024 | Westlaw | $26.66 | Westlaw research | Computerized Research Charges |
| RBGG | 05/03/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 05/05/2024 | in-House Copying/Printing | $4.80 | In-house Copying and Printing | Copying/Printing |
| AP | 5/6/2024 | Westlaw Research | $39.00 | Westlaw computer research by ELLENBERGER EDISON MULTI-SEARCH DOCKETS DETAIL | Computerized Research Charges |
| AP | 5/6/2024 | Westlaw Research | $165.00 | Westlaw computer research by ELLENBERGER EDISON MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 5/6/2024 | Westlaw Research | $99.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |

Case 4:23-cv-04155-YGR    Document 534-1    Filed 02/02/26    Page 90 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 61

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 5/6/2024 | Westlaw Research | $165.00 | Westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 05/06/2024 | Westlaw | $4.45 | Westlaw research | Computerized Research Charges |
| RBGG | 05/06/2024 | Westlaw | $16.31 | Westlaw research | Computerized Research Charges |
| AP | 5/7/2024 | Westlaw Research | $165.00 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 5/7/2024 | Color copies | $1.50 | 20240507 - Job made on printer sv-xerox-color-635-02 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| RBGG | 05/07/2024 | Westlaw | $35.32 | Westlaw research | Computerized Research Charges |
| AP | 5/8/2024 | Color copies | $22.50 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $1.50 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $0.75 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $0.75 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $1.50 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.70 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $5.25 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.20 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $25.50 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 34.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $1.50 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $0.75 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $0.75 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $1.50 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.70 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $5.25 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.20 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.10 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |

Case 4:23-cv-04155-YGR  Document 534-1  Filed 02/02/26  Page 91 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 62

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 5/8/2024 | Duplicating | $0.10 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.10 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.10 | 20240508 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/8/2024 | Duplicating | $0.20 | 20240508 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/8/2024 | Color copies | $3.75 | 20240508 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 5.00 | Copying/Printing |
| RBGG | 05/08/2024 | PACER | $1.40 | Pacer Charges | Computerized Research Charges |
| AP | 5/9/2024 | Westlaw Research | $165.00 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 05/12/2024 | Translation/Interpreting | $1,455.00 | Concepcion Batista Lozano- Transcription and Translation-Translation of 3 documents | Translation/Interpreting |
| RBGG | 05/13/2024 | in-House Copying/Printing | $0.40 | In-house Copying and Printing | Copying/Printing |
| RBGG | 05/13/2024 | in-House Copying/Printing | $0.80 | In-house Copying and Printing | Copying/Printing |
| AP | 5/14/2024 | Color copies | $23.25 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 31.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $1.50 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $0.75 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $0.75 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $1.50 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Duplicating | $0.70 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $5.25 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/14/2024 | Duplicating | $0.20 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $22.50 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $1.50 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $0.75 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $0.75 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $1.50 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 5/14/2024 | Duplicating | $0.70 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $5.25 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/14/2024 | Duplicating | $0.20 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $24.00 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 32.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $1.50 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $0.75 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $0.75 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $1.50 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Duplicating | $0.70 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/14/2024 | Color copies | $5.25 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/14/2024 | Duplicating | $0.20 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/14/2024 | Duplicating | $0.10 | 20240514 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/15/2024 | Duplicating | $0.30 | 20240515 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 5/15/2024 | Duplicating | $0.10 | 20240515 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 05/16/2024 | Westlaw | $132.09 | Westlaw research | Computerized Research Charges |
| RBGG | 05/16/2024 | in-House Copying/Printing | $2.80 | In-house Copying and Printing | Copying/Printing |
| RBGG | 05/20/2024 | Westlaw | $25.94 | Westlaw research | Computerized Research Charges |
| AP | 5/21/2024 | Color copies | $0.75 | 20240521 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 05/21/2024 | Westlaw | $112.70 | Westlaw research | Computerized Research Charges |
| AP | 5/22/2024 | Publications | $3.00 | VENDOR: City National Bank INVOICE#: 6699383806241702 DATE: 5/28/2024    WWW.PACER.GOV; 05/22/24; visa pcard; Pacer bill | Computerized Research Charges |
| AP | 5/22/2024 | Publications | $1.14 | VENDOR: City National Bank INVOICE#: 6699383806241702 DATE: 5/28/2024    WWW.PACER.GOV; 05/22/24; visa pcard; Pacer bill | Computerized Research Charges |
| RBGG | 05/24/2024 | Westlaw | $2.23 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 05/24/2024 | Travel--Mileage | $99.16 | Kara J. Janssen- Mileage- Mileage to and from home of client in Santa Cruz for interview with USAO, FBI, and DOJ re: retaliation at FCI Dublin and staff misconduct | Travel, Lodging, Meals |
| AP | 5/28/2024 | Color copies | $22.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.70 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $5.25 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $25.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 34.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.70 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $5.25 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $22.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.70 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $5.25 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $48.00 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 64.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $3.00 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $3.00 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $1.40 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 14.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $10.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 14.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.40 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $21.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 29.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

Page 66

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 5/28/2024 | Duplicating | $0.70 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $5.25 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $24.00 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 32.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $0.75 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $1.50 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.70 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Color copies | $5.25 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.20 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 5/28/2024 | Duplicating | $0.10 | 20240528 - Job made on printer sv-xerox-color-635-02 by Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 5/30/2024 | Westlaw Research | $331.00 | westlaw computer research by ANDERSON CARSON MULTI-SEARCH TRANSACTIONAL SEARCHES,,,,,, | Computerized Research Charges |
| AP | 5/30/2024 | Color copies | $1.50 | 20240530 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 2.00 | Copying/Printing |
| RBGG | 05/31/2024 | Postage | $45.55 | Inhouse Postage | Postage and Delivery |
| AP | 6/3/2024 | Document Retrieval | $106.00 | VENDOR: City National Bank INVOICE#: 6718360006061704 DATE: 6/5/2024   TLO TRANSUNION; 06/03/24; visa pcard; TLO TransUnion - Monthly Transactional Charges - Background Checks - May 2024 | Ediscovery Hosting and Support |
| RBGG | 06/04/2024 | Westlaw | $5.25 | Westlaw research | Computerized Research Charges |
| AP | 6/5/2024 | Color copies | $82.50 | 20240605 - Job made on printer sv-xerox-color-635-02 by 11931 Anderson, Carson - TOTAL PAGES : 110.00 | Copying/Printing |
| AP | 6/6/2024 | Duplicating | $0.60 | 20240606 - Job made on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 6/7/2024 | Other Computer Research | $171.87 | VENDOR: LexisNexis Risk Data Management Inc. INVOICE#: 1415704-20240531 DATE: 5/31/2024   Client Charges, Accurint - Monthly Charges - Background Checks - May 2024 (for M. Raftrey), Ellen M. Callinan, 05/31/24 | Computerized Research Charges |
| AP | 6/7/2024 | Color copies | $22.50 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $1.50 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $0.75 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $0.75 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $1.50 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 6/7/2024 | Duplicating | $0.70 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $5.25 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 6/7/2024 | Duplicating | $0.20 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $25.50 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 34.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $1.50 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $0.75 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $0.75 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $1.50 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |

Case 4:23-cv-04155-YGR   Document 534-1   Filed 02/02/26   Page 97 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 68

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 6/7/2024 | Duplicating | $0.70 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 6/7/2024 | Color copies | $5.25 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 6/7/2024 | Duplicating | $0.20 | 20240607 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 6/7/2024 | Duplicating | $0.10 | 20240607 - Job made on printer sv-xerox-548-01 by  Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 06/07/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| RBGG | 06/09/2024 | Psych Evaluations | $5,000.00 | Cheri Adrian, Ph.D. Psychological Services, PC- Professional Services- Retainer for Psychological Services in the Matter of FCI Dublin 3 additional evaluees | Consultants/Experts |
| RBGG | 06/10/2024 | Westlaw | $5.25 | Westlaw research | Computerized Research Charges |
| AP | 6/11/2024 | Color copies | $82.50 | 20240611 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 110.00 | Copying/Printing |
| RBGG | 06/12/2024 | PACER | $0.60 | Pacer Charges | Computerized Research Charges |
| AP | 6/13/2024 | Color copies | $0.75 | 20240613 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 6/14/2024 | Local Transportation | $54.39 | VENDOR: City National Bank INVOICE#: 6745998807101701 DATE: 6/17/2024   UBER TRIP; 01/05/24; visa pcard; Uber trip during hearing. | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | $13.54 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   UBER  TRIP; 01/03/24; visa pcard; Tip for Uber ride from SF hotel to Oakland Courthouse. | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | $15.00 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   UBER TRIP; 01/03/24; visa pcard; Tip for Uber ride from SF hotel to Oakland Courthouse. | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | $51.22 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   UBER  TRIP; 01/04/24; visa pcard; Uber ride from SF hotel to Oakland Courthouse. (can't locate receipt) | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | $20.00 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   UBER TRIP; 01/04/24; visa pcard; Tip for Uber Ride (no receipt) | Travel, Lodging, Meals |
| AP | 6/17/2024 | Conference Room Meals | $1,093.68 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   HYATT REGENCY SAN FRANCI; 01/05/24; visa pcard; Hotel during hearing. | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | $20.00 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   UBER TRIP; 01/05/24; visa pcard; Uber tip during hearing. | Travel, Lodging, Meals |

Case 4:23-cv-04155-YGR    Document 534-1    Filed 02/02/26    Page 98 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 69

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 6/17/2024 | Local Meals | $313.58 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   EZCATERSUBWAY; 01/05/24; visa pcard; Lunch during hearing | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | ($80.00) | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   HYATT REGENCY SAN FRANCI; 01/06/24; visa pcard; Refund from hotel for parking - no receipt | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | $74.43 | VENDOR: City National Bank INVOICE#: 6745998806261649 DATE: 6/17/2024   Uber trip; 01/06/24; visa pcard; Uber trip Court to SF Office. | Travel, Lodging, Meals |
| AP | 6/17/2024 | Local Transportation | $54.18 | VENDOR: City National Bank INVOICE#: 6745998807101701 DATE: 6/17/2024   UBER TRIP; 01/03/24; visa pcard; Uber ride from Oakland Courthouse to SF Office. | Travel, Lodging, Meals |
| RBGG | 06/17/2024 | Westlaw | $5.25 | Westlaw research | Computerized Research Charges |
| RBGG | 06/18/2024 | Messengers/Overnight Delivery | $47.09 | Kate Porterfield | Postage and Delivery |
| AP | 6/19/2024 | Westlaw Research | $828.00 | westlaw computer research by MARTINEZ PILAR MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 6/19/2024 | Westlaw Research | $2,009.00 | westlaw computer research by MARTINEZ PILAR MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 6/20/2024 | Westlaw Research | $165.00 | westlaw computer research by MARTINEZ PILAR MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 06/20/2024 | Westlaw | $10.50 | Westlaw research | Computerized Research Charges |
| RBGG | 06/20/2024 | Westlaw | $17.69 | Westlaw research | Computerized Research Charges |
| AP | 6/21/2024 | Westlaw Research | $165.00 | westlaw computer research by CHA-KIM STEPHEN MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 6/21/2024 | Westlaw Research | $331.00 | westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 06/21/2024 | Westlaw | $2.21 | Westlaw research | Computerized Research Charges |
| RBGG | 06/21/2024 | Westlaw | $15.75 | Westlaw research | Computerized Research Charges |
| RBGG | 06/21/2024 | Westlaw | $44.10 | Westlaw research | Computerized Research Charges |
| RBGG | 06/24/2024 | Westlaw | $2.21 | Westlaw research | Computerized Research Charges |
| AP | 6/25/2024 | Westlaw Research | $118.80 | Westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH DOCKETS DETAIL | Computerized Research Charges |
| AP | 6/25/2024 | Westlaw Research | $662.40 | Westlaw computer research by VILLARRUEL VANESSA MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 06/25/2024 | Westlaw | $31.23 | Westlaw research | Computerized Research Charges |
| AP | 6/26/2024 | Duplicating | $0.60 | 20240626 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 6/26/2024 | Duplicating | $0.20 | 20240626 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |

Case 4:23-cv-04155-YGR   Document 534-1   Filed 02/02/26   Page 99 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 70

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 6/26/2024 | Color copies | $0.75 | 20240626 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 6/26/2024 | Color copies | $2.25 | 20240626 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 3.00 | Copying/Printing |
| RBGG | 06/26/2024 | Westlaw | $2.21 | Westlaw research | Computerized Research Charges |
| RBGG | 06/26/2024 | Westlaw | $35.55 | Westlaw research | Computerized Research Charges |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1241 DATE: 6/13/2024 Client Charges, Expert witness fees - MD v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1243 DATE: 6/13/2024 Client Charges, Expert witness fees - ES v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1249 DATE: 6/13/2024 Client Charges, Expert witness fees - JH v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1247 DATE: 6/13/2024 Client Charges, Expert witness fees - ML v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1239 DATE: 6/13/2024 Client Charges, Expert witness fees - ALR v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1238 DATE: 6/13/2024 Client Charges, Expert witness fees - AC v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1244 DATE: 6/13/2024 Client Charges, Expert witness fees - FS v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1248 DATE: 6/13/2024 Client Charges, Expert witness fees - RW v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1246 DATE: 6/13/2024 Client Charges, Expert witness fees - KD v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1242 DATE: 6/13/2024 Client Charges, Expert witness fees - ZTS v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1245 DATE: 6/13/2024 Client Charges, Expert witness fees - HG v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1240 DATE: 6/13/2024 Client Charges, Expert witness fees - AY v. USA, Carson Anderson, 06/13/24 | Consultants/Experts |
| AP | 6/27/2024 | Duplicating | $5.80 | 20240627 - Job made on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 58.00 | Copying/Printing |
| RBGG | 06/27/2024 | Westlaw | $22.12 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 06/30/2024 | Postage | $72.95 | Inhouse Postage | Postage and Delivery |
| AP | 7/1/2024 | Other Computer Research | $37.40 | VENDOR: Pacer Service Center INVOICE#: 3935819-Q32024 DATE: 10/7/2024   Pacer Usage for the period 7/1/2024 to 9/30/2024 | Computerized Research Charges |
| AP | 7/1/2024 | Document Retrieval | $10.60 | VENDOR: City National Bank INVOICE#: 6782320907081703 DATE: 7/3/2024   TLO TRANSUNION; 07/01/24; visa pcard; TLO TransUnion - Monthly Transactional Charges - Background Checks - June 2024 | Ediscovery Hosting and Support |
| RBGG | 07/01/2024 | Westlaw | $16.63 | Westlaw research | Computerized Research Charges |
| RBGG | 07/01/2024 | Westlaw | $17.71 | Westlaw research | Computerized Research Charges |
| RBGG | 07/02/2024 | Westlaw | $3.33 | Westlaw research | Computerized Research Charges |
| RBGG | 07/02/2024 | Westlaw | $4.99 | Westlaw research | Computerized Research Charges |
| AP | 7/3/2024 | Color copies | $2.25 | 20240703 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 3.00 | Copying/Printing |
| RBGG | 07/03/2024 | Westlaw | $110.69 | Westlaw research | Computerized Research Charges |
| AP | 7/6/2024 | Westlaw Research | $236.40 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 7/7/2024 | Westlaw Research | $118.20 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| RBGG | 07/07/2024 | Westlaw | $7.19 | Westlaw research | Computerized Research Charges |
| RBGG | 07/08/2024 | Westlaw | $18.83 | Westlaw research | Computerized Research Charges |
| RBGG | 07/09/2024 | Westlaw | $88.47 | Westlaw research | Computerized Research Charges |
| AP | 7/10/2024 | Westlaw Research | $118.20 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 7/10/2024 | Westlaw Research | $165.60 | Westlaw computer research by RAFTREY MARK MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 7/10/2024 | Duplicating | $8.90 | Job made on 20240710 by 28882 Marie Zambrano TOTAL PAGES : 89.00 - SF-XEROX-965-01 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $0.20 | 20240710 - Job made on printer sf-xerox-color-965-01 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 7/10/2024 | Color copies | $21.00 | 20240710 - Job made on printer sf-xerox-color-965-01 by Kloesman, Patrick - TOTAL PAGES : 28.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $0.20 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $2.80 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 28.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $2.80 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 28.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $0.20 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $0.10 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $0.10 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 7/10/2024 | Duplicating | $0.20 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $2.60 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 26.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $0.20 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 7/10/2024 | Duplicating | $1.50 | 20240710 - Job made on printer sf-xerox-965-01 by Kloesman, Patrick - TOTAL PAGES : 15.00 | Copying/Printing |
| RBGG | 07/10/2024 | Westlaw | $58.19 | Westlaw research | Computerized Research Charges |
| RBGG | 07/11/2024 | Westlaw | $53.66 | Westlaw research | Computerized Research Charges |
| RBGG | 07/12/2024 | Westlaw | $1.66 | Westlaw research | Computerized Research Charges |
| RBGG | 07/12/2024 | Westlaw | $6.65 | Westlaw research | Computerized Research Charges |
| RBGG | 07/12/2024 | Westlaw | $155.54 | Westlaw research | Computerized Research Charges |
| RBGG | 07/15/2024 | Westlaw | $1.66 | Westlaw research | Computerized Research Charges |
| AP | 7/16/2024 | Color copies | $7.50 | 20240716 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 10.00 | Copying/Printing |
| RBGG | 07/16/2024 | Westlaw | $26.56 | Westlaw research | Computerized Research Charges |
| AP | 7/17/2024 | Westlaw Research | $331.20 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 7/17/2024 | Color copies | $1.50 | 20240717 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 2.00 | Copying/Printing |
| RBGG | 07/17/2024 | PACER | $6.30 | Pacer Charges | Computerized Research Charges |
| RBGG | 07/17/2024 | Westlaw | $120.16 | Westlaw research | Computerized Research Charges |
| AP | 7/18/2024 | Westlaw Research | $1,656.00 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 7/18/2024 | Duplicating | $0.20 | 20240718 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 7/18/2024 | Color copies | $2.25 | 20240718 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 3.00 | Copying/Printing |
| RBGG | 07/18/2024 | Westlaw | $8.85 | Westlaw research | Computerized Research Charges |
| AP | 7/19/2024 | Westlaw Research | $2,152.80 | Westlaw computer research by STEIERT NATALIE MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 07/22/2024 | Westlaw | $37.98 | Westlaw research | Computerized Research Charges |
| RBGG | 07/25/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 07/25/2024 | Travel--Mileage | $52.26 | Adrienne Spiegel- Mileage- Round trip travel to Santa Rita Jail for client visit | Travel, Lodging, Meals |
| AP | 7/30/2024 | Color copies | $21.00 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 28.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $6.00 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 7/30/2024 | Duplicating | $1.60 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 16.00 | Copying/Printing |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 7/30/2024 | Color copies | $2.25 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $8.25 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $18.75 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 25.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $6.00 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $7.50 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $3.00 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $12.75 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 17.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $2.25 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $2.25 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $2.25 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $0.75 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 7/30/2024 | Color copies | $0.75 | 20240730 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 07/30/2024 | Westlaw | $20.31 | Westlaw research | Computerized Research Charges |
| RBGG | 07/31/2024 | Westlaw | $1.66 | Westlaw research | Computerized Research Charges |
| RBGG | 07/31/2024 | Postage | $50.05 | Inhouse Postage | Postage and Delivery |
| AP | 8/1/2024 | Duplicating | $5.60 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 56.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.20 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $43.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 58.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $2.70 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 27.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $0.75 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.80 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 8/1/2024 | Duplicating | $0.20 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.20 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $7.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.40 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $0.75 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.20 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.20 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $7.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.80 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.60 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $3.00 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.40 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $2.70 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 27.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $0.75 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.10 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $0.75 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 8/1/2024 | Duplicating | $0.40 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $0.75 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.10 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $0.75 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $1.50 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.30 | 20240801 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.40 | 20240801 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.30 | 20240801 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.20 | 20240801 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $0.20 | 20240801 - Job made on printer sv-xerox-color-635-02 by Suriyal, Gaurav - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $2.20 | 20240801 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 22.00 | Copying/Printing |
| AP | 8/1/2024 | Duplicating | $1.80 | 20240801 - Job made on printer sv-xerox-548-01 by 11931 Anderson, Carson - TOTAL PAGES : 18.00 | Copying/Printing |
| AP | 8/1/2024 | Color copies | $11.25 | 20240801 - Job made on printer sv-xerox-color-635-02 by 11931 Anderson, Carson - TOTAL PAGES : 15.00 | Copying/Printing |
| CCIJ | 8/1/2024 | Travel/Lodging | $1,776.10 | SeaTac legal visits (July 2024) | Travel, Lodging, Meals |
| RBGG | 08/01/2024 | Westlaw | $15.03 | Westlaw research | Computerized Research Charges |
| AP | 8/2/2024 | Color copies | $450.00 | 20240802 - Job made on printer sf-color-977-01 by 20268 Raftrey, Mark - TOTAL PAGES : 600.00 | Copying/Printing |
| AP | 8/2/2024 | Document Retrieval | $0.30 | VENDOR: City National Bank INVOICE#: 6851966509041659 DATE: 8/7/2024    WWW.PACER.GOV; 08/02/24; visa pcard; PACER - July 2024 Invoice dtd 7.8.24 | Ediscovery Hosting and Support |
| AP | 8/2/2024 | Courier | $237.99 | VENDOR: First Legal Network, LLC INVOICE#: 20332724 DATE: 7/31/2024    Client Charges, Documents sent to Ryan Canales 13248 Christie Way Lathrop CA 95330 on 7/1/24, Steve Nunez-Jirgl, 07/31/24 | Postage and Delivery |
| AP | 8/2/2024 | Local Transportation | $7.00 | VENDOR: Anderson, Carson INVOICE#: 6887106408281312 DATE: 8/27/2024    08/02/24; toll; Attend court hearing | Travel, Lodging, Meals |
| AP | 8/2/2024 | Local Transportation | $24.30 | VENDOR: Anderson, Carson INVOICE#: 6887106408281312 DATE: 8/27/2024    08/02/24; parking; Attend court hearing | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 8/2/2024 | Local Transportation | $15.99 | VENDOR: Anderson, Carson INVOICE#: 6887106408281312 DATE: 8/27/2024   08/02/24; mileage; Attend court hearing From:: 2900 Evergreen Drive, San Bruno, CA, USA To:: United States District Court, Clay Street, Oakland, California, USA; 23.86 miles | Travel, Lodging, Meals |
| RBGG | 08/02/2024 | Westlaw | $2.38 | Westlaw research | Computerized Research Charges |
| RBGG | 08/02/2024 | Westlaw | $45.88 | Westlaw research | Computerized Research Charges |
| RBGG | 08/02/2024 | Westlaw | $88.00 | Westlaw research | Computerized Research Charges |
| RBGG | 08/04/2024 | Westlaw | $60.14 | Westlaw research | Computerized Research Charges |
| AP | 8/5/2024 | Courier | $1,096.75 | VENDOR: First Legal Network, LLC INVOICE#: 70045435 DATE: 7/31/2024   Client Charges, documents were sent to Justn Bell 780 Sunset Ave Susun City CA 94585 on 6/20-6/25 and 7-11, Steve Nunez-Jirgl, 07/31/24 | Postage and Delivery |
| RBGG | 08/05/2024 | Westlaw | $340.39 | Westlaw research | Computerized Research Charges |
| AP | 8/6/2024 | Westlaw Research | $165.00 | Westlaw computer research by CHA-KIM STEPHEN WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 8/6/2024 | Westlaw Research | $49.00 | Westlaw computer research by SHARPE ASHLEY PUBLIC RECORDS ON WESTLAWNEXT WL Precision MULTI-SEARCH DOCU | Computerized Research Charges |
| AP | 8/6/2024 | Westlaw Research | $174.00 | Westlaw computer research by SHARPE ASHLEY PUBLIC RECORDS ON WESTLAWNEXT WL Precision MULTI-SEARCH DOCU | Computerized Research Charges |
| AP | 8/6/2024 | Westlaw Research | $174.00 | Westlaw computer research by SHARPE ASHLEY PUBLIC RECORDS ON WESTLAWNEXT WL Precision MULTI-SEARCH TRAN | Computerized Research Charges |
| AP | 8/6/2024 | Westlaw Research | $384.00 | Westlaw computer research by SHARPE ASHLEY PUBLIC RECORDS ON WESTLAWNEXT WL Precision MULTI-SEARCH WN P | Computerized Research Charges |
| AP | 8/7/2024 | Duplicating | $0.20 | 20240807 - Job made on printer sf-953-02 by 28466 Martin, Nick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/7/2024 | Transcripts | $660.00 | VENDOR: Raynee H. Mercado INVOICE#: 08062024 DATE: 8/6/2024   Client Charges, Hearing Transcript, Carson Anderson, 08/06/24 | Court Reporters |
| AP | 8/7/2024 | Air Delivery Services | $19.97 | VENDOR: Federal Express INVOICE#: 859217655 DATE: 08/16/24   Tracking #: 278022185455 Shipment Date: 20240807 Sender: Sherri Mills Arnold & Porter, Three Embarcadero Center, SAN FRANCISCO, CA 94111 Ship to: Raynee Mercado, INFORMATION NOT SUPPLIED, 1502 CARLTON WAY, BRENTWOOD, CA 94513 | Postage and Delivery |
| RBGG | 08/07/2024 | Westlaw | $19.19 | Westlaw research | Computerized Research Charges |
| RBGG | 08/07/2024 | Westlaw | $37.37 | Westlaw research | Computerized Research Charges |
| AP | 8/8/2024 | Color copies | $1.50 | 20240808 - Job made on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| RBGG | 08/08/2024 | Westlaw | $24.66 | Westlaw research | Computerized Research Charges |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 8/9/2024 | Consultants/Experts | $5,000.00 | VENDOR: Specialty Experts INVOICE#: 1312 DATE: 8/7/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/07/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $2,250.00 | VENDOR: Specialty Experts INVOICE#: 1313 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/07/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $4,750.00 | VENDOR: Specialty Experts INVOICE#: 1316 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $500.00 | VENDOR: Specialty Experts INVOICE#: 1314 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $6,000.00 | VENDOR: Specialty Experts INVOICE#: 1310 DATE: 8/7/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/07/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $10,250.00 | VENDOR: Specialty Experts INVOICE#: 1315 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $4,000.00 | VENDOR: Specialty Experts INVOICE#: 1321 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $1,750.00 | VENDOR: Specialty Experts INVOICE#: 1319 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $3,000.00 | VENDOR: Specialty Experts INVOICE#: 1318 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $4,000.00 | VENDOR: Specialty Experts INVOICE#: 1320 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | Consultants/Experts | $8,000.00 | VENDOR: Specialty Experts INVOICE#: 1317 DATE: 8/8/2024   Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/08/24 | Consultants/Experts |
| AP | 8/9/2024 | External eDiscovery/Litigation Support Services | $500.00 | VENDOR: Specialty Experts INVOICE#: 1309 DATE: 8/7/2024 Client Charges, Litigation support services - Dr. Dobson & Dr. Preijers, Carson Anderson, 08/07/24 | Ediscovery Hosting and Support |
| RBGG | 08/09/2024 | Westlaw | $69.02 | Westlaw research | Computerized Research Charges |
| AP | 8/12/2024 | Westlaw Research | $39.00 | westlaw computer researchVILLARRUEL VANESSA WL Precision MULTI-SEARCH DOCKETS DETAIL | Computerized Research Charges |
| AP | 8/12/2024 | Westlaw Research | $496.00 | westlaw computer researchVILLARRUEL VANESSA WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 08/12/2024 | Westlaw | $52.64 | Westlaw research | Computerized Research Charges |
| RBGG | 08/13/2024 | Westlaw | $53.35 | Westlaw research | Computerized Research Charges |
| RBGG | 08/14/2024 | Westlaw | $228.59 | Westlaw research | Computerized Research Charges |
| AP | 8/15/2024 | Color copies | ($16.25) | Color copies credit  10.17.220.18\SV-602-01 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 08/15/2024 | Westlaw | $59.37 | Westlaw research | Computerized Research Charges |
| RBGG | 08/16/2024 | Westlaw | $110.94 | Westlaw research | Computerized Research Charges |
| RBGG | 08/18/2024 | Psych Evaluations | $12,000.00 | Cheri Adrian, Ph.D. Psychological Services, PC- Professional Services- Services Rendered - JM, LT and AS Evaluations | Consultants/Experts |
| AP | 8/20/2024 | Duplicating | $0.10 | 20240820 - FasTrak® - Keeping the Bay Area Moving on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 08/20/2024 | Westlaw | $4.75 | Westlaw research | Computerized Research Charges |
| RBGG | 08/20/2024 | Westlaw | $7.13 | Westlaw research | Computerized Research Charges |
| RBGG | 08/20/2024 | Westlaw | $56.42 | Westlaw research | Computerized Research Charges |
| RBGG | 08/21/2024 | Westlaw | $21.39 | Westlaw research | Computerized Research Charges |
| RBGG | 08/22/2024 | Westlaw | $11.88 | Westlaw research | Computerized Research Charges |
| RBGG | 08/23/2024 | Westlaw | $28.47 | Westlaw research | Computerized Research Charges |
| RBGG | 08/23/2024 | Westlaw | $38.80 | Westlaw research | Computerized Research Charges |
| RBGG | 08/26/2024 | Westlaw | $18.18 | Westlaw research | Computerized Research Charges |
| AP | 8/27/2024 | Duplicating | $0.20 | 20240827 - Microsoft Outlook - Memo Style on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 8/27/2024 | Color copies | $0.75 | 20240827 - Microsoft Outlook - Memo Style on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/27/2024 | Duplicating | $0.10 | 20240827 - 3670_001.pdf on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/27/2024 | Duplicating | $0.10 | 20240827 - [copying] on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/27/2024 | Duplicating | $0.10 | 20240827 - [copying] on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/27/2024 | Duplicating | $0.10 | 20240827 - [copying] on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 8/30/2024 | Westlaw Research | $496.00 | westlaw computer research by CHA-KIM STEPHEN WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 8/30/2024 | Westlaw Research | $219.00 | westlaw computer research by ANDERSON CARSON WL Precision MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| RBGG | 08/30/2024 | Westlaw | $30.47 | Westlaw research | Computerized Research Charges |
| RBGG | 08/31/2024 | Postage | $151.16 | Inhouse Postage | Postage and Delivery |
| RBGG | 08/31/2024 | SERVICE OF PROCESS | $140.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Naomi Chung, Partner | Service of Process |
| AP | 9/3/2024 | Document Retrieval | $15.90 | VENDOR: City National Bank INVOICE#: 6901358909161657 DATE: 9/4/2024   TLO TRANSUNION; 09/03/24; visa pcard; TLO TransUnion - Monthly Transactional Charges - Background Checks - Aug. 2024 | Ediscovery Hosting and Support |
| AP | 9/4/2024 | Westlaw Research | $331.00 | westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 09/04/2024 | Westlaw | $13.71 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 9/5/2024 | Westlaw Research | $1,656.00 | westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 9/5/2024 | Duplicating | $0.90 | 20240905 - 2024-09-05 Order Denying Motion dckt 385_0.pdf on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 9.00 | Copying/Printing |
| AP | 9/5/2024 | Color copies | $0.75 | 20240905 - Microsoft Word - Document1 on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 9/5/2024 | Color copies | $0.75 | 20240905 - [copying] on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 9/5/2024 | Color copies | $0.75 | 20240905 - [copying] on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 9/5/2024 | Color copies | $0.75 | 20240905 - [copying] on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 9/5/2024 | Duplicating | $0.60 | 20240905 - 2024.09.03 [382] Joint Case Management Statement.pdf on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 9/5/2024 | Duplicating | $0.40 | 20240905 - 2024.08.16 [375] Joint Discovery Dispute Letter Brief.pdf on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 9/6/2024 | Color copies | $4.50 | 20240906 - Microsoft Outlook - Memo Style on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 9/6/2024 | Color copies | $1.50 | 20240906 - Microsoft Word - Amitiza Expert Deposition Tracker on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 9/6/2024 | Color copies | $1.50 | 20240906 - Microsoft Word - Amitiza Expert Deposition Tracker on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 9/6/2024 | Color copies | $1.50 | 20240906 - Microsoft Word - Amitiza Expert Deposition Tracker on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 9/6/2024 | Duplicating | $0.20 | 20240906 - Microsoft Word - DRAFT - Depo Notice to Uwe Christians(253069527.1) on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 9/6/2024 | Color copies | $1.50 | 20240906 - Microsoft Word - DRAFT - Depo Notice to Uwe Christians(253069527.1) on printer sv-color-548-01 by 26971 Mills, Sherri - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 9/9/2024 | Other Computer Research | $14.10 | VENDOR: LexisNexis Risk Data Management Inc. INVOICE#: 1415704-20240831 DATE: 8/31/2024   Client Charges, Accurint - Monthly Charges - Background Checks - Aug. 2024 (for N. Steiert), Ellen M. Callinan, 08/31/24 | Computerized Research Charges |
| AP | 9/9/2024 | Duplicating | $0.50 | 20240909 - Microsoft Outlook - Memo Style on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 5.00 | Copying/Printing |
| AP | 9/9/2024 | Duplicating | $0.60 | 20240909 - Microsoft Outlook - Memo Style on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 6.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 9/9/2024 | Duplicating | $0.10 | 20240909 - Microsoft Outlook - Memo Style on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 9/9/2024 | Filing Fees | $4,604.74 | VENDOR: First Legal Network, LLC INVOICE#: 70045913 DATE: 8/31/2024   Client Charges, Filing Fees, Steve Nunez-Jirgl, 08/31/24 | Filing Fees |
| RBB | 9/10/2024 | Travel--Meals | $64.00 | Per Diem Dublin Motion to Dismiss Hearing | Travel, Lodging, Meals |
| RBGG | 09/10/2024 | Westlaw | $3.61 | Westlaw research | Computerized Research Charges |
| RBGG | 09/10/2024 | Westlaw | $4.96 | Westlaw research | Computerized Research Charges |
| RBGG | 09/11/2024 | Westlaw | $11.22 | Westlaw research | Computerized Research Charges |
| RBGG | 09/12/2024 | Westlaw | $4.00 | Westlaw research | Computerized Research Charges |
| RBGG | 09/12/2024 | Mediator/Allocator | $10,924.92 | JAMS- Professional Services- Allocator's Fee Per Allocation Protocol—to Be Deducted from Damages Awards Per Protocol Agreement. | Mediator/Allocator |
| RBGG | 09/13/2024 | Westlaw | $43.63 | Westlaw research | Computerized Research Charges |
| RBGG | 09/16/2024 | PACER | $1.10 | Pacer Charges | Computerized Research Charges |
| RBGG | 09/16/2024 | Westlaw | $2.41 | Westlaw research | Computerized Research Charges |
| RBGG | 09/16/2024 | Westlaw | $54.85 | Westlaw research | Computerized Research Charges |
| AP | 9/23/2024 | Westlaw Research | $165.00 | Westlaw computer research bySTEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 09/23/2024 | Westlaw | $25.20 | Westlaw research | Computerized Research Charges |
| RBGG | 09/24/2024 | Westlaw | $3.61 | Westlaw research | Computerized Research Charges |
| RBGG | 09/24/2024 | Westlaw | $19.61 | Westlaw research | Computerized Research Charges |
| RBGG | 09/24/2024 | Travel--Airfare | $597.97 | Kara J. Janssen- Travel- Southwest Airlines - Airfare to Minneapolis for Travel To & From Visits to Class Members at FCI Waseca | Travel, Lodging, Meals |
| AP | 9/26/2024 | Westlaw Research | $165.00 | Westlaw computer research byD'AMORE BRADLEY BROOKE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 9/26/2024 | Westlaw Research | $165.00 | Westlaw computer research byVILLARRUEL VANESSA WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 9/26/2024 | Lexis Computer Research | $150.00 | Lexis Computer Research by D'AMORE BRADLEY  BROOKE - GENERATIVE AI ASK - GENERATIVE AI SERVICE | Computerized Research Charges |
| RBGG | 09/26/2024 | Westlaw | $6.01 | Westlaw research | Computerized Research Charges |
| RBGG | 09/26/2024 | Westlaw | $181.39 | Westlaw research | Computerized Research Charges |
| RBGG | 09/27/2024 | Westlaw | $4.00 | Westlaw research | Computerized Research Charges |
| RBGG | 09/27/2024 | Westlaw | $10.82 | Westlaw research | Computerized Research Charges |
| RBGG | 09/30/2024 | Postage | $50.64 | Inhouse Postage Four certified letters | Postage and Delivery |
| RBGG | 09/30/2024 | Postage | $55.40 | Inhouse Postage | Postage and Delivery |
| RBGG | 09/30/2024 | SERVICE OF PROCESS | $70.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Darrell Smith | Service of Process |
| RBGG | 09/30/2024 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: Ismail J. Ramsey, United States Attorney for the Northern District of California | Service of Process |

Case 4:23-cv-04155-YGR   Document 534-1   Filed 02/02/26   Page 110 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 81

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 09/30/2024 | SERVICE OF PROCESS | $35.00 | Specialized Legal Services, Inc.- Professional Services- Servee: United States of America Federal Bureau of Prisons, A Governmental Entity | Service of Process |
| RBGG | 09/30/2024 | Travel--Lodging | $435.09 | Kara J. Janssen- Travel- TownePlace Suites Minneapolis Mall of America - Hotel for Travel To & From Visits to Class Members at FCI Waseca | Travel, Lodging, Meals |
| RBGG | 09/30/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $192.82 | Kara J. Janssen- Transportation- Budget - Rental Car for Travel To & From Visits to Class Members at FCI Waseca | Travel, Lodging, Meals |
| AP | 10/1/2024 | Westlaw Research | $1,324.80 | Westlaw computer research by RAFTREY MARK WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 10/1/2024 | Lexis Computer Research | $150.00 | Lexis Computer Research by RAFTREY  MARK - GENERATIVE AI ASK - GENERATIVE AI SERVICE | Computerized Research Charges |
| RBGG | 10/01/2024 | Westlaw | $1.93 | Westlaw research | Computerized Research Charges |
| AP | 10/2/2024 | Westlaw Research | $165.60 | Westlaw computer research by D'AMORE BRADLEY BROOKE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 10/03/2024 | Westlaw | $7.72 | Westlaw research | Computerized Research Charges |
| RBGG | 10/03/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| AP | 10/7/2024 | Westlaw Research | $165.00 | westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 10/07/2024 | Westlaw | $1.93 | Westlaw research | Computerized Research Charges |
| AP | 10/8/2024 | Duplicating | $0.20 | 20241008 - Microsoft Outlook - Memo Style on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 10/10/2024 | Color copies | $7.50 | 20241010 - FS_Form13.pdf on printer sv-xerox-color-635-02 by 11931 Anderson, Carson - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 10/10/2024 | Color copies | $0.75 | 20241010 - Microsoft Word - 2024-10-10 C. Anderson Letter to AY on printer sv-xerox-color-635-02 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/10/2024 | Color copies | $0.75 | 20241010 - Microsoft Word - 2024-10-10 C. Anderson Letter to Dixon on printer sv-xerox-color-635-02 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/10/2024 | Color copies | $0.75 | 20241010 - Microsoft Word - 2024-10-10 C. Anderson Letter to FS on printer sv-xerox-color-635-02 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/10/2024 | Color copies | $0.75 | 20241010 - Microsoft Word - 2024-10-10 C. Anderson Letter to KD on printer sv-xerox-color-635-02 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/10/2024 | Color copies | $0.75 | 20241010 - Microsoft Word - 2024-10-10 C. Anderson Letter to RW on printer sv-xerox-color-635-02 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/10/2024 | Color copies | $0.75 | 20241010 - Microsoft Word - Labels5 on printer sv-xerox-color-635-02 by  Jorn, Errol - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 10/10/2024 | Westlaw | $108.27 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 10/11/2024 | Transcripts | $76.00 | VENDOR: Ruth Levine Ekhaus INVOICE#: 2024000386 DATE: 10/10/2024   Client Charges, Hearing transcript, Carson Anderson, 10/10/24 | Court Reporters |
| RBGG | 10/12/2024 | Travel--Airfare | $756.96 | Kara J. Janssen- Travel- Southwest Airlines - Airfare for Travel to FCI Aliceville Visits | Travel, Lodging, Meals |
| AP | 10/14/2024 | Westlaw Research | $331.00 | Westlaw computer research by STEIERT  NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 10/15/2024 | Westlaw | $12.21 | Westlaw research | Computerized Research Charges |
| RBGG | 10/15/2024 | PACER | $0.70 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/15/2024 | Travel--Lodging | $596.85 | Adrienne Spiegel- Travel- The Alamite, Tuscaloosa, a Tribute Portfolio Hotel - Hotel/Lodging Reservation for 3 nights (10/20/2024-10/23/2024) | Visit to FCI Aliceville | Travel, Lodging, Meals |
| AP | 10/16/2024 | Westlaw Research | $165.00 | Westlaw computer research by STEIERT  NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 10/16/2024 | Duplicating | $1.30 | 20241016 - PI Evidentiary Hearing Transcript (Days 1 - 5 Combined).pdf on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 13.00 | Copying/Printing |
| AP | 10/16/2024 | Duplicating | $1.30 | 20241016 - PI Evidentiary Hearing Transcript (Days 1 - 5 Combined).pdf on printer sv-602-01 by 11931 Anderson, Carson - TOTAL PAGES : 13.00 | Copying/Printing |
| RBGG | 10/16/2024 | PACER | $0.20 | Pacer Charges | Computerized Research Charges |
| RBGG | 10/16/2024 | Westlaw | $41.17 | Westlaw research | Computerized Research Charges |
| RBGG | 10/18/2024 | Westlaw | $32.47 | Westlaw research | Computerized Research Charges |
| RBGG | 10/20/2024 | Travel--Lodging | $652.75 | Kara J. Janssen- Travel- The Alamite, Tuscaloosa, a Tribute Portfolio Hotel - Hotel for Travel to FCI Aliceville Visits | Travel, Lodging, Meals |
| RBGG | 10/20/2024 | Travel--Car Rental/Rideshare/Fuel/Tolls | $374.25 | Kara J. Janssen- Transportation- Budget - Rental Car for Travel to FCI Aliceville Visits | Travel, Lodging, Meals |
| RBGG | 10/23/2024 | Travel--Lodging | $196.67 | Kara J. Janssen- Travel- Fairfield Inn & Suites Atlanta Airport South/Sullivan Road - Hotel from 10/23- 10/24 for Travel to FCI Aliceville Visits | Travel, Lodging, Meals |
| RBGG | 10/24/2024 | Westlaw | $50.38 | Westlaw research | Computerized Research Charges |
| AP | 10/28/2024 | Airfare/Train fare | $635.96 | VENDOR: Brooke D'Amore Bradley INVOICE#: 7018367311041801 DATE: 10/29/2024   10/28/2024 - 11/01/2024; Los Angeles, California; airfare; Travel to FCI to conduct client interviews | Travel, Lodging, Meals |
| AP | 10/28/2024 | Travel Agent Fees | $32.00 | VENDOR: Brooke D'Amore Bradley INVOICE#: 7018367311041801 DATE: 10/29/2024   10/28/2024 - 11/01/2024; agent fee; Travel to FCI to conduct client interviews | Travel, Lodging, Meals |
| AP | 10/30/2024 | Duplicating | $1.50 | 20241030 - Victorville Visits Guide - Google Docs on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 15.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 10/30/2024 | Duplicating | $2.50 | 20241030 - 2024-09-01 Declaration Signature Page Only, 672-7.docx - Google Docs on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 25.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $2.50 | 20241030 - DOJ-361 Form on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 25.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $1.70 | 20241030 - vim_visit.pdf on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 17.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $0.10 | 20241030 - Monica Rodriguez Case Notes - Google Docs on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $0.10 | 20241030 - Sharief Deona McDowell Case Notes - Google Docs on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $0.10 | 20241030 - Travis Holly Stephens Case Notes - Google Docs on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $0.10 | 20241030 - Yvonne Marie Lattimore Case Notes - Google Docs on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $0.30 | 20241030 - Roster - Google Docs on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 10/30/2024 | Duplicating | $0.20 | 20241030 - Deposition Availability Planner(253366231.2).xlsx on printer dc-09133-01-mfd by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 10/30/2024 | Color copies | $1.50 | 20241030 - Deposition Availability Planner(253366231.2).xlsx on printer dc-09133-01-mfd-color by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 10/30/2024 | Travel Agent Fees | $32.00 | VENDOR: Mark Raftrey INVOICE#: 7026975711041801 DATE: 11/1/2024   10/30/2024 - 11/01/2024; agent fee; Travel for pro bono meeting | Travel, Lodging, Meals |
| AP | 10/30/2024 | Airfare/Train fare | $635.96 | VENDOR: Mark Raftrey INVOICE#: 7026975711041801 DATE: 11/1/2024   10/30/2024 - 11/01/2024; Los Angeles, California; airfare; Travel for pro bono meeting | Travel, Lodging, Meals |
| AP | 10/30/2024 | Local Transportation | $12.00 | VENDOR: Brooke D'Amore Bradley INVOICE#: 7018367311041801 DATE: 10/29/2024   10/28/2024 - 11/01/2024; public transit; Travel to FCI to conduct client interviews | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 10/30/2024 | Travel Meals | $144.25 | VENDOR: Brooke D'Amore Bradley INVOICE#: 7018367311041801 DATE: 10/29/2024   10/28/2024 - 11/01/2024; Los Angeles, California; Travel Meals; Travel to FCI to conduct client interviews; El Arbolito, Goody's Family Restaurant, Vince's Spaghetti, Dunkin, Jack In The Box | Travel, Lodging, Meals |
| AP | 10/30/2024 | Travel Meals | $15.27 | VENDOR: Mark Raftrey INVOICE#: 70466394111831 DATE: 11/11/2024   10/30/2024 - 11/01/2024; Travel Meals; Travel to FCI Victorville to meet with clients; El Arbolito, Dunkin' Donuts | Travel, Lodging, Meals |
| AP | 10/30/2024 | Hotel | $268.31 | VENDOR: Mark Raftrey INVOICE#: 70466394111831 DATE: 11/11/2024   10/30/2024 - 11/01/2024; lodging; Travel to FCI Victorville to meet with clients | Travel, Lodging, Meals |
| AP | 10/31/2024 | Westlaw Research | $1,987.00 | Westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 10/31/2024 | Travel Expenses | $20.75 | VENDOR: Brooke D'Amore Bradley INVOICE#: 7018367311041801 DATE: 10/29/2024   10/28/2024 - 11/01/2024; car rental fuel; Travel to FCI to conduct client interviews | Travel, Lodging, Meals |
| RBGG | 10/31/2024 | Postage | $138.40 | Inhouse Postage 3 Express Mail | Postage and Delivery |
| AP | 11/1/2024 | Hotel | $233.42 | VENDOR: Brooke D'Amore Bradley INVOICE#: 7018367311041801 DATE: 10/29/2024   10/28/2024 - 11/01/2024; lodging; Travel to FCI to conduct client interviews | Travel, Lodging, Meals |
| AP | 11/1/2024 | Travel Expenses | $136.68 | VENDOR: Brooke D'Amore Bradley INVOICE#: 7018367311041801 DATE: 10/29/2024   10/28/2024 - 11/01/2024; car rental; Travel to FCI to conduct client interviews | Travel, Lodging, Meals |
| CCIJ | 11/1/2024 | Travel/Lodging | $1,291.68 | Waseca legal visits (Oct 2024) | Travel, Lodging, Meals |
| CCIJ | 11/1/2024 | Travel/Lodging | $1,978.63 | Aliceville legal visits (Oct 2024) | Travel, Lodging, Meals |
| RBGG | 11/04/2024 | Westlaw | $7.91 | Westlaw research | Computerized Research Charges |
| AP | 11/6/2024 | Westlaw Research | $662.00 | Westlaw computer research by VILLARRUEL VANESSA WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 11/7/2024 | Color copies | $0.75 | 20241107 - Microsoft Word - 2024-11-7 C. Anderson Letter to AY on printer sv-xerox-color-635-02 by  Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/7/2024 | Color copies | $0.75 | 20241107 - Mail - Suriyal, Gaurav - Outlook on printer sv-xerox-color-635-02 by  Suriyal, Gaurav - TOTAL PAGES : 1.00 | Copying/Printing |
| RBGG | 11/07/2024 | Westlaw | $3.39 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 11/8/2024 | Westlaw Research | $662.00 | Westlaw computer research by VILLARRUEL VANESSA WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 11/8/2024 | Duplicating | $0.10 | 20241108 - Letter to E.J. re Declaration(253411488.1).pdf on printer sf-xerox-965-03 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.10 | 20241108 - Letter to J.W. re Declaration(253411489.1) (002).pdf on printer sf-xerox-965-03 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.10 | 20241108 - Letter to Y.L. re court orders(253411773.1).pdf on printer sf-xerox-965-03 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.30 | 20241108 - N.D. Cal. 23-cv-04155 dckt 000428_000 filed 2024-11-06.pdf on printer sf-xerox-965-03 by  Gonzalez, Daniel - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.30 | 20241108 - N.D. Cal. 23-cv-04155 dckt 000418_000 filed 2024-10-24.pdf on printer sf-xerox-965-03 by  Gonzalez, Daniel - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.60 | 20241108 - N.D. Cal. 23-cv-04155 dckt 000400_000 filed 2024-09-27.pdf on printer sf-xerox-965-03 by  Gonzalez, Daniel - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |

Case 4:23-cv-04155-YGR   Document 534-1   Filed 02/02/26   Page 115 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 86

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/8/2024 | Duplicating | $0.20 | 20241108 - Microsoft Word - Document1 on printer sf-xerox-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/10/2024 | Westlaw Research | $331.00 | Westlaw computer research by VILLARRUEL VANESSA WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 11/11/2024 | Lexis Computer Research | $158.40 | Lexis Computer Research by  JOCELYN LEE - SEARCH - ACCESS CHARGE | Computerized Research Charges |
| AP | 11/12/2024 | Duplicating | $0.30 | 20241112 - Microsoft Word - 2024-09-01 Declaration Signature Page Only 672-7 on printer sf-xerox-965-02 by Gonzalez, Daniel - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 11/12/2024 | Duplicating | $0.20 | 20241112 - Letter to M.S. re Declaration(253445261.1).pdf on printer sf-xerox-965-02 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/12/2024 | Duplicating | $0.10 | 20241112 - Letter to A.T. re Declaration(253445258.1).pdf on printer sf-xerox-965-02 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/12/2024 | Duplicating | $0.10 | 20241112 - Letter to T.M. re Declaration(253445255.1).pdf on printer sf-xerox-965-02 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/12/2024 | Color copies | $0.75 | 20241112 - Letter to M.S. re Declaration(253445261.1).pdf on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/12/2024 | Color copies | $0.75 | 20241112 - Letter to A.T. re Declaration(253445258.1).pdf on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/12/2024 | Color copies | $0.75 | 20241112 - Letter to T.M. re Declaration(253445255.1).pdf on printer sf-xerox-color-965-01 by  Gonzalez, Daniel - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/12/2024 | Duplicating | $0.20 | 20241112 - Microsoft Word - Document2 on printer sf-xerox-965-02 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/12/2024 | Duplicating | $0.20 | 20241112 - Microsoft Word - Document2 on printer sf-xerox-965-02 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/12/2024 | Duplicating | $0.20 | 20241112 - Microsoft Word - Document2 on printer sf-xerox-965-02 by  Gonzalez, Daniel - TOTAL PAGES : 2.00 | Copying/Printing |
| RBGG | 11/12/2024 | Westlaw | $20.71 | Westlaw research | Computerized Research Charges |
| AP | 11/13/2024 | Westlaw Research | $662.00 | Westlaw computer research by VILLARRUEL VANESSA WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 11/13/2024 | Westlaw | $14.01 | Westlaw research | Computerized Research Charges |
| RBGG | 11/13/2024 | Westlaw | $1.13 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 11/14/2024 | Process Servers | $240.30 | VENDOR: First Legal Network, LLC INVOICE#: 20332728 DATE: 7/31/2024   Client Charges, Process Service, case no. 4:24-cv-01372-YGR, E.S. v. UNITED STATES OF AMERICA; et al., Mark Raftrey, 07/31/24 | Service of Process |
| AP | 11/14/2024 | Process Servers | $94.51 | VENDOR: First Legal Network, LLC INVOICE#: 20332726 DATE: 7/31/2024   Client Charges, Process Service, case no. 4:24-cv-01370-YGR, Z.T.S. v. UNITED STATES OF AMERICA; et al., Mark Raftrey, 07/31/24 | Service of Process |
| AP | 11/14/2024 | Process Servers | $100.07 | VENDOR: First Legal Network, LLC INVOICE#: 20332727 DATE: 7/31/2024   Client Charges, Process Service, case no. 4:24-cv-01370-YGR, Z.T.S. v. UNITED STATES OF AMERICA; et al., Mark Raftrey, 07/31/24 | Service of Process |
| AP | 11/14/2024 | Process Servers | $233.38 | VENDOR: First Legal Network, LLC INVOICE#: 20332725 DATE: 7/31/2024   Client Charges, Process Service, case no. 4:24-cv-01370-YGR, Z.T.S. v. UNITED STATES OF AMERICA; et al., Mark Raftrey, 07/31/24 | Service of Process |
| RBGG | 11/14/2024 | Westlaw | $4.89 | Westlaw research | Computerized Research Charges |
| RBGG | 11/16/2024 | Westlaw | $3.81 | Westlaw research | Computerized Research Charges |
| RBGG | 11/18/2024 | Westlaw | $2.68 | Westlaw research | Computerized Research Charges |
| AP | 11/19/2024 | Westlaw Research | $993.00 | westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 11/26/2024 | Color copies | $0.75 | 20241126 - Microsoft Word - 2024-11-26 C. Anderson Letter to AY(253495704.1).docx on printer sv-xerox-color-635-02 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/26/2024 | Color copies | $1.50 | 20241126 - FS_Form13.pdf on printer sv-xerox-color-635-02 by 11931 Anderson, Carson - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 11/26/2024 | Color copies | $0.75 | 20241126 - Microsoft Word - 2024-11-26 C. Anderson Letter to AY(253495704.1) on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/26/2024 | Color copies | $0.75 | 20241126 - FS_Form13.pdf on printer sf-xerox-color-965-01 by  Quintana, Charlene - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 11/27/2024 | Westlaw Research | $165.00 | Westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 11/30/2024 | Postage | $23.69 | Inhouse Postage | Postage and Delivery |
| AP | 12/2/2024 | Westlaw Research | $118.00 | Westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 12/2/2024 | Westlaw Research | $1,324.00 | Westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/3/2024 | Westlaw Research | $331.00 | Westlaw computer research by STEIERT NATALIE WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 12/3/2024 | Color copies | $2.25 | 20241203 - Calendar.pdf on printer sv-xerox-color-635-02 by 11931 Anderson, Carson - TOTAL PAGES : 3.00 | Copying/Printing |
| RBGG | 12/03/2024 | Westlaw | $9.98 | Westlaw research | Computerized Research Charges |
| RBGG | 12/03/2024 | Westlaw | $1.58 | Westlaw research | Computerized Research Charges |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBGG | 12/04/2024 | Westlaw | $8.40 | Westlaw research | Computerized Research Charges |
| RBGG | 12/04/2024 | Westlaw | $16.56 | Westlaw research | Computerized Research Charges |
| RBGG | 12/09/2024 | Messengers/Overnight Delivery | $30.50 | Clerk's Office, United States District Court | Postage and Delivery |
| RBGG | 12/13/2024 | Westlaw | $40.99 | Westlaw research | Computerized Research Charges |
| RBGG | 12/16/2024 | Westlaw | $3.75 | Westlaw research | Computerized Research Charges |
| AP | 12/17/2024 | eData: Relativity Services | $65.60 | Relativity all-inclusive per GB charge (data hosting/active storage, data processing, and/or document production); 9000644.00006 FCI Dublin - Rights Behind Bars; Total GBs at $16: 4.1 Service Date 11/01/24 | Ediscovery Hosting and Support |
| AP | 12/30/2024 | Filing Fees | $328.00 | VENDOR: City National Bank INVOICE#: 7148694201061702 DATE: 12/30/2024   US DISTRICT COURT NDCA; 12/29/23; visa pcard; Filing Fee for Pro Hac Vice Application for Natalie Steiert (A&P) | Filing Fees |
| RBGG | 12/31/2024 | Postage | $16.51 | Inhouse Postage | Postage and Delivery |
| AP | 1/8/2025 | Duplicating | $0.10 | 20250108 - Microsoft Word - 2025.01.08 Letter to MS re_ CR(253644219.1) on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 1/8/2025 | Duplicating | $0.10 | 20250108 - Microsoft Word - 2025.01.08 Letter to MS re_ CR(253644195.1) on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 1/8/2025 | Duplicating | $3.00 | 20250108 - WO-1-21-cr-158-dcn-2_Russell_Laura_MemorandumDecision_CR_Granted.docx.pdf on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 30.00 | Copying/Printing |
| AP | 1/16/2025 | Duplicating | $0.10 | 20250116 - Microsoft Word - 2025.01.08 Letter to MS re_ CR(253644219.1) on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 1/16/2025 | Duplicating | $0.10 | 20250116 - Microsoft Word - 2025.01.16 Letter to NM re consent decree(253690741.1) on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 1/16/2025 | Duplicating | $4.30 | 20250116 - Consent Decree.pdf on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 43.00 | Copying/Printing |
| AP | 1/16/2025 | Duplicating | $1.20 | 20250116 - Notice.pdf on printer sf-xerox-977-01 by 20236 D'Amore Bradley, Brooke - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $30.00 | 20250117 - DOJ-361 Form.pdf on printer sf-xerox-color-965-01 by  Quintana, Charlene - TOTAL PAGES : 40.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $4.00 | 20250117 - Microsoft Word - Blank Decl Signature Page on printer sf-xerox-color-965-01 by  Quintana, Charlene - TOTAL PAGES : 40.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - DRAFT First Memo to SM.pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/17/2025 | Duplicating | $0.90 | 20250117 - 2024.04.19 CCWP v. BOP, Memo Still.pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 9.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.30 | 20250117 - 2024.04.19 Ex. A Class Member Release Eligibility (2).pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 3.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.70 | 20250117 - 2024.04.22 Ex. A Class Member Release Eligibility (1).pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.70 | 20250117 - 2024.04.22 DRAFT Memo .pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $32.00 | 20250117 - English Proposed Consent Decree.pdf on printer sf-xerox-color-965-01 by  Quintana, Charlene - TOTAL PAGES : 320.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.50 | 20250117 - CCWP v. BOP, KJJ-Still+Court Re Individual Injuries from Transport, 04-24-2024 672-7(4476897.1).pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 5.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - 2024.04.28 Transfer Issues (Memo).pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.90 | 20250117 - 2024.04.28 Updated Transport Issues .pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 9.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.70 | 20250117 - 2024.05.02 Transfer Issues.pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 7.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.10 | 20250117 - 2024.05.02 Updated Transport Issues .pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.50 | 20250117 - 2024.05.08 DRAFT Memo.pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 5.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.20 | 20250117 - 2024.05.08 Updated Transport Issues .pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.40 | 20250117 - 2024.05.22 Memorandum from Plaintiffs' Counsel.pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 14.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.70 | 20250117 - 2024.05.22 Updated Transport Issues.pdf on printer sf-xerox-965-03 by  Kloesman, Patrick - TOTAL PAGES : 17.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 1/17/2025 | Color copies | $82.50 | 20250117 - Microsoft Word - FINAL Proposed Notice of Class Action Settlement 12-06-2024 0672-07(4614673.4).pdf on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 110.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.80 | 20250117 - 2024.06.17 DRAFT Memorandum from Plaintiffs' Counsel.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 18.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.00 | 20250117 - 2024.07.20 FDC SeaTac Visit Memo.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 10.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.20 | 20250117 - 2024.07.31 DRAFT Memo from Plaintiffs' Counsel.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.90 | 20250117 - 2024.09.27 DRAFT Memo from Plaintiffs' Counsel.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 19.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $72.00 | 20250117 - Microsoft Word - Spanish Proposed Consent Decree on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 96.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $2.90 | 20250117 - 2024.10.24 DRAFT Memo re FCI Waseca.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 29.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $2.20 | 20250117 - Microsoft Word - Spanish Notice on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 22.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $1.50 | 20250117 - Microsoft Word - Spanish Notice on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $2.60 | 20250117 - 2024.11.04 - Aliceville Visit Memo - Dkt 425-3 [UNDER SEAL] Exhibt A to KJJ Declaration - 2024.11.04 Memo re FCI Aliceville.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 26.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.10 | 20250117 - 2024.11.24 Memorandum on In-Person Legal Visits at FCI Victorville.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 11.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Blank Immigration Intake.pdf on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $3.00 | 20250117 - Blank Immigration Intake.pdf on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/17/2025 | Duplicating | $1.20 | 20250117 - 2024.11.30 DRAFT Memo from Plaintiffs' Counsel.pdf on printer sf-xerox-965-03 by Kloesman, Patrick - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $3.00 | 20250117 - Visit List spreadsheet.xlsx on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $1.50 | 20250117 - Visit List spreadsheet.xlsx on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $10.50 | 20250117 - Outstanding Alerts spreadsheet.xlsx on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 14.00 | Copying/Printing |
| AP | 1/17/2025 | Color copies | $1.50 | 20250117 - Outstanding Alerts spreadsheet.xlsx on printer sf-xerox-color-965-01 by Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Ana Pacheco Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Anabel Valenzuela Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Angelica Jo Whiteman Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Arianna Soohafyah Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Boe Moore Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Brandy Fisher Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Brittany Nicole Lewis Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.80 | 20250117 - Microsoft Word - Cassie Hernandez Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 8.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Charlaine Begay Case Notes on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 4.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Chelsea Ward Case Notes on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Cheryl Perez-Castaneda Case Notes on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Daphne Nava Case Notes on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Elizabeth Hagan Case Notes on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Elmarie Weeks Case Notes on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Emily Faulkner Case Notes on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Helen Chung Case Notes on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Jessica Joyce Spayd Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Jessica Kent Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Lakendra Thomas Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Laurie Abbe Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Marisela Sanchez Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Misty Morales Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Nicole Marie Schwalbach Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Quiana Welch Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Samantha Batts Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Sarah Caitlin Burnette Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Sheila Marie Ritze Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Stacy Weischedel Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.80 | 20250117 - Microsoft Word - Stephanie Madsen Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 18.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Stormee Haney Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Tabatha Aguilar Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Trang Nguyen Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Tricia Gardipee Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.20 | 20250117 - Microsoft Word - Veronica Barraza Real Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Wathana Insixiengmay Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Yasmin Hider Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Zayki Sandoval Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Marisela Sanchez Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.80 | 20250117 - Microsoft Word - Stephanie Madsen Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 18.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.20 | 20250117 - Microsoft Word - Veronica Barraza Real Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Wathana Insixiengmay Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Ana Pacheco Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Anabel Valenzuela Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Angelica Jo Whiteman Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Arianna Soohafyah Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Boe Moore Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Brandy Fisher Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Brittany Nicole Lewis Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.20 | 20250117 - Microsoft Word - Cassie Hernandez Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.40 | 20250117 - Microsoft Word - Charlaine Begay Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 4.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Chelsea Ward Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Cheryl Perez-Castaneda Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Daphne Nava Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Elizabeth Hagan Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Elmarie Weeks Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Emily Faulkner Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Helen Chung Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Jessica Joyce Spayd Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Jessica Kent Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Lakendra Thomas Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Laurie Abbe Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Marisela Sanchez Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Misty Morales Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Nicole Marie Schwalbach Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Quiana Welch Case Notes on printer sf-xerox-965-02 by  Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |

Case 4:23-cv-04155-YGR    Document 534-1    Filed 02/02/26    Page 125 of 223
CCWP Class Action Injunctive Expenses through March 31, 2025

Page 96

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Samantha Batts Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Sarah Caitlin Burnette Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Sheila Marie Ritze Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Stacy Weischedel Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.80 | 20250117 - Microsoft Word - Stephanie Madsen Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 18.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Stormee Haney Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Tabatha Aguilar Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Trang Nguyen Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.20 | 20250117 - Microsoft Word - Tricia Gardipee Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $1.20 | 20250117 - Microsoft Word - Veronica Barraza Real Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 12.00 | Copying/Printing |
| AP | 1/17/2025 | Duplicating | $0.60 | 20250117 - Microsoft Word - Wathana Insixiengmay Case Notes on printer sf-xerox-965-02 by Kloesman, Patrick - TOTAL PAGES : 6.00 | Copying/Printing |
| AP | 1/17/2025 | eData: Relativity Services | $65.60 | Relativity all-inclusive per GB charge (data hosting/active storage, data processing, and/or document production); 9000644.00006 FCI Dublin - Rights Behind Bars; Total GBs at $16: 4.1 Service Date 12/01/24,,,, | Ediscovery Hosting and Support |
| AP | 1/20/2025 | Airfare/Train fare | $856.96 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; New York City, New York; airfare; Flight to and from New York and the FCI Danbury prison for the Rights Behind Bars matter | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/20/2025 | Travel Agent Fees | $32.00 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; agent fee; Agent booking fee for flight to and from New York and the FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| AP | 1/20/2025 | Travel Meals | $96.75 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; New York City, New York; Travel Meals; Breakfast while traveling to FCI Danbury prison for the Rights Behind Bars matter., Lunch while traveling to FCI Danbury prison for the Rights Behind Bars matter., Dinner for prison visit while traveling to FCI Danbury prison for the Rights Behind Bars matter., Coffee during visit to FCI Danbury prison for the Rights Behind Bars matter., Lunch during visit to FCI Danbury prison for the Rights Behind Bars matter.; Farmerbrown, Stop&Shop, Starbucks, Pollo Rachero | Travel, Lodging, Meals |
| AP | 1/20/2025 | Local Meals | $6.79 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; meals other; Coffee at SFO while traveling to FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| AP | 1/20/2025 | Travel Expenses | $33.92 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; taxi; Lyft to SFO while traveling to FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| AP | 1/20/2025 | Travel Expenses | $161.33 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; car rental; Rental car for traveling to FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| AP | 1/21/2025 | Travel Expenses | $43.50 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; taxi; Lyft to Hotel in NY while traveling to FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| AP | 1/21/2025 | Travel Expenses | $24.93 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; car rental fuel; Gas for rental car while traveling to FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| RBGG | 01/22/2025 | Messengers/Overnight Delivery | $51.78 | Loren Toelle | Postage and Delivery |
| AP | 1/23/2025 | Travel Expenses | $114.00 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; taxi; Lyft from Hotel to JFT to return from visit to FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| RBGG | 01/23/2025 | Messengers/Overnight Delivery | $54.30 | Griselda Muniz | Postage and Delivery |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 1/28/2025 | Transcripts | $153.00 | VENDOR: MK Litigation Solutions, Inc INVOICE#: 1/28/25 DATE: 1/28/2025   Client Charges, Transcript fee, Sherri Mills, 01/28/25 | Court Reporters |
| AP | 1/29/2025 | Travel Expenses | $37.33 | VENDOR: Mark Raftrey INVOICE#: 7204568402031806 DATE: 1/31/2025   01/20/2025 - 01/23/2025; toll; Rental car bridge tolls while traveling to FCI Danbury prison for the Rights Behind Bars matter. | Travel, Lodging, Meals |
| RBGG | 01/31/2025 | Postage | $31.40 | Inhouse Postage | Postage and Delivery |
| RBGG | 01/31/2025 | Postage | $136.83 | Inhouse Postage | Postage and Delivery |
| CCIJ | 2/1/2025 | Travel/Mileage | $1,084.48 | Danbury legal visits (January 2025) | Travel, Lodging, Meals |
| AP | 2/5/2025 | Westlaw Research | $130.20 | WestLaw Computer Research by EDISON ELLENBERGER - WL Precision MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 2/5/2025 | Westlaw Research | $241.80 | WestLaw Computer Research by MIKAILA SKAROFF - WL Precision MULTI-SEARCH DOCUMENT DISPLAYS | Computerized Research Charges |
| AP | 2/5/2025 | Westlaw Research | $364.80 | WestLaw Computer Research by MIKAILA SKAROFF - WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/6/2025 | Westlaw Research | $523.80 | WestLaw Computer Research by BECKY GOLZ - WL Precision MULTI-SEARCH WEST REPORTER IMAGE | Computerized Research Charges |
| AP | 2/6/2025 | Westlaw Research | $2,006.40 | WestLaw Computer Research by BECKY GOLZ - WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/11/2025 | Translation Service | $10,984.50 | VENDOR: TransPerfect Document Management, Inc. INVOICE#: 3235510 DATE: 12/26/2024   Client Charges, Translation services - December 2024, Stephen Cha-Kim, 12/26/24 | Translation/Interpreting |
| AP | 2/16/2025 | Lexis Computer Research | $95.00 | Lexis Computer Research by  MIKAILA SKAROFF - US PRACTICE GUIDES - DOC ACCESS | Computerized Research Charges |
| AP | 2/18/2025 | eData: Relativity Services | $65.60 | Relativity all-inclusive per GB charge (data hosting/active storage, data processing, and/or document production); 9000644.00006 FCI Dublin - Rights Behind Bars; Total GBs at $16: 4.1 Service Date 01/01/25 | Ediscovery Hosting and Support |
| AP | 2/24/2025 | Westlaw Research | $182.40 | WestLaw Computer Research by ALEX WHISNANT - WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| AP | 2/25/2025 | Westlaw Research | $1,094.40 | WestLaw Computer Research by ALEX WHISNANT - WL Precision MULTI-SEARCH TRANSACTIONAL SEARCHES | Computerized Research Charges |
| RBGG | 02/28/2025 | Postage | $59.90 | | Postage and Delivery |
| RBGG | 03/02/2025 | Travel--Airfare | $583.96 | Adrienne Spiegel- Travel- Airfare Round trip flight from OAK to | Travel, Lodging, Meals |
| RBGG | 03/04/2025 | Travel--Lodging | $698.88 | Adrienne Spiegel- Travel- Harper Hotel - Hotel stay in Ft Worth | Travel, Lodging, Meals |
| RBGG | 03/07/2025 | Postage | $54.65 | Griselda Muniz | Postage and Delivery |
| RBGG | 03/07/2025 | Postage | $45.60 | Miriam Nemeth | Postage and Delivery |
| RBGG | 03/09/2025 | Travel--Mileage | $14.70 | Adrienne Spiegel- Mileage- [Mileage] - Home to OAK Internati | Travel, Lodging, Meals |
| RBGG | 03/09/2025 | Meals | $20.92 | Adrienne Spiegel- Meals- Calavera (Oakland Airport) - Dinner a | Travel, Lodging, Meals |
| RBGG | 03/10/2025 | Travel--Lodging | $50.08 | Adrienne Spiegel- Meals- Kimpton The Harper Hotel - Breakfas | Travel, Lodging, Meals |

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBGG | 03/10/2025 | Meals | $18.00 | Adrienne Spiegel- Meals- Kimpton Harper Hotel - My Portion o | Travel, Lodging, Meals |
| RBGG | 03/10/2025 | Meals | $10.69 | Adrienne Spiegel- Meals- Corner Bakery Cafe #127 - Snack for | Travel, Lodging, Meals |
| RBGG | 03/10/2025 | Meals | $4.21 | Adrienne Spiegel- Meals- Corner Bakery Cafe #127 - Snack on | Travel, Lodging, Meals |
| RBGG | 03/11/2025 | Meals | $48.00 | Adrienne Spiegel- Meals- Tinies Mexican Cuisine - My 1/3rd of | Travel, Lodging, Meals |
| RBGG | 03/11/2025 | Meals | $20.13 | Adrienne Spiegel- Meals- [Restaurant] - Breakfast | Visit to FM | Travel, Lodging, Meals |
| AP | 3/12/2025 | Airfare/Train fare | $886.97 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7303936203201930 DATE: 3/19/2025   03/12/2025 - 03/13/2025; Dallas, Texas; airfare; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews. | Travel, Lodging, Meals |
| AP | 3/12/2025 | Hotel | $484.86 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7303936203201930 DATE: 3/19/2025   03/12/2025 - 03/13/2025; lodging; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews. The trip was originally scheduled for two days of interviews at the prison. Stephen booked a two night stay at best rate. On the check-in date, the trip was shortened to one day as the facility was able to arrange for everyone to be seen on one day. Because it was already check-in day, the policy wouldn't allow a change in length/credit for unused second night. | Travel, Lodging, Meals |
| AP | 3/12/2025 | Travel Expenses | $99.15 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7303936203201930 DATE: 3/19/2025   03/12/2025 - 03/13/2025; taxi; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews. | Travel, Lodging, Meals |
| AP | 3/12/2025 | Travel Expenses | $231.80 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7303936203201930 DATE: 3/19/2025   03/12/2025 - 03/13/2025; car rental; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews. | Travel, Lodging, Meals |
| AP | 3/12/2025 | Travel Expenses | $24.74 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7310306503241904 DATE: 3/21/2025   03/12/2025 - 03/13/2025; car rental; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews. This toll charge and fee from Hertz just came in as per attached email. | Travel, Lodging, Meals |
| RBGG | 03/12/2025 | Travel--Car Rental/Rideshare/Fuel/Tol | $102.29 | Adrienne Spiegel- Transportation- Lyft - Ride from San Jose Air | Travel, Lodging, Meals |
| RBGG | 03/12/2025 | Meals | $9.14 | Adrienne Spiegel- Meals- Hudson (Dallas Lovefield Airport) - D | Travel, Lodging, Meals |
| RBGG | 03/12/2025 | Meals | $45.16 | Adrienne Spiegel- Meals- Press Cafe (in Ft. Worth) - Lunch | Vi | Travel, Lodging, Meals |
| RBGG | 03/12/2025 | Meals | $22.11 | Adrienne Spiegel- Meals- Pax & Beneficia - Breakfast | Visit to | Travel, Lodging, Meals |
| AP | 3/13/2025 | Duplicating | $0.10 | 20250313 - Microsoft Word - Document1 on printer sv-xerox-548-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| AP | 3/13/2025 | Duplicating | $0.10 | 20250313 - Microsoft Word - Document1 on printer sv-xerox-548-01 by 11931 Anderson, Carson - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 3/13/2025 | Travel Expenses | $57.70 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7303936203201930 DATE: 3/19/2025   03/12/2025 - 03/13/2025; taxi; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews. | Travel, Lodging, Meals |
| AP | 3/13/2025 | Travel Meals | $117.22 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7303936203201930 DATE: 3/19/2025   03/12/2025 - 03/13/2025; Dallas, Texas; Travel Meals; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews.; P&B, Alwadi Cafe, 7 Eleven (at airport) | Travel, Lodging, Meals |
| AP | 3/13/2025 | Local Meals | $7.68 | VENDOR: Cha-Kim, Stephen S. INVOICE#: 7303936203201930 DATE: 3/19/2025   03/12/2025 - 03/13/2025; food and drink supplies; Trip to Dallas for visit with class members and plaintiffs at FMC Carswell for interviews. | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $136.00 | Per diem 2 days, Carswell visit  3/12 to 3/13/25 | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $39.99 | Airport parking for Carswell visit 3/11 - 3/13/25 | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $606.97 | Flight from LAX-DFW (roundtrip)- Carswell visit  3/11 - 3/13/25 | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $450.27 | Hotel stay (Carswell visit) 3/11 - 3/13/25 | Travel, Lodging, Meals |
| AP | 3/14/2025 | Duplicating | $0.20 | 20250314 - nelloms.pdf on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 2.00 | Copying/Printing |
| AP | 3/14/2025 | Duplicating | $22.00 | 20250314 - Attachment Consent Decree.pdf on printer sf-xerox-965-02 by  Quintana, Charlene - TOTAL PAGES : 220.00 | Copying/Printing |
| AP | 3/14/2025 | Duplicating | $0.10 | 20250314 - sykes.pdf on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 3/14/2025 | Duplicating | $0.10 | 20250314 - troyer.pdf on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 3/14/2025 | Duplicating | $0.10 | 20250314 - Velazquez.pdf on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 3/14/2025 | Duplicating | $0.10 | 20250314 - Sullivan.pdf on printer sf-xerox-965-02 by Quintana, Charlene - TOTAL PAGES : 1.00 | Copying/Printing |
| AP | 3/20/2025 | eData: Relativity Services | $65.60 | Relativity all-inclusive per GB charge (data hosting/active storage, data processing, and/or document production); J4C 9000644.00006 FCI Dublin - Rights Behind Bars; Total GBs at $16: 4.1 Service Date 02/01/25 | Ediscovery Hosting and Support |
| RBGG | 3/31/2025 | Postage | $53.34 | Inhouse Postage | Postage and Delivery |
| CCIJ | 3/31/2025 | Travel/Mileage | $2,010.46 | Carswell legal visits (March 2025) | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|------|------|-----------|--------|-----------|----------|
| RBB | 3/31/2025 | Long Distance Telephone | $8.00 | Phone funds | Long Distance Telephone |
| RBB | 3/21/2025 | Long Distance Telephone | $25.00 | Google voice credit- Client Calls | Long Distance Telephone |

# EXHIBIT D

Hon. Wynne S. Carvill (Ret.)
JAMS, Suite 1500
Two Embarcadero Center
San Francisco, CA  94111
c/o gdittmar@jamsadr.com

## JAMS ARBITRATION
## OIA Arbitration No. 18111; JAMS Ref. No. 1100115944

## SMITH, GRACE ELIZABETH,
   Claimant,

**v.**

## KAISER FOUNDATION HEALTH PLAN, INC.,
   Respondent.

## RULING ON ATTORNEY FEES APPLICATION

1.    **Parties & Counsel:** The parties to this arbitration and their counsel are -

| For Claimant Grace Smith | For Respondent Kaiser Foundation Health Plan, Inc. |
|---|---|
| **Disability Rights Education and Defense Fund** | **Sheppard Mullin Richter & Hampton LLP** |
| Claudia Center, Esq. | Robert J. Guite, Esq. |
| Silvia Yee, Esq. | Moe Keshavarzi, Esq. |
| Erin H. Neff, Esq. | John T. Brooks, Esq. |
| 3075 Adeline St., Ste. 210 | Andrew Dane, Esq. |
| Berkeley, CA 94703 | Alexander Kuljis, Esq. |

**Ex. J - 47**

| and **Rosen, Bien, Galvan & Grunfeld** Ernest Galvan, Esq. Michael Nunez, Esq. 101 Mission St., 6th Fl. San Francisco, CA 94105 | Samuel Brooks, Esq. 333 S. Hope St., 43rd Fl. Los Angeles, CA 90071 |
|---|---|

2.      **Arbitrator:** On May 22, 2023, the individual identified below was appointed by the Office of Independent Administrator ("OIA") as the sole arbitrator, and initial disclosures were made on May 24, 2023. No objection has been raised.

Hon. Wynne Carvill (Ret.)
JAMS, Suite 1500
Two Embarcadero Center
San Francisco, CA 94111
wcarvill@jamsadr.com

3.      **Case Manager:**

| For JAMS | For OIA |
|---|---|
| Giana Dittmar JAMS, Suite 1400 1925 Century Park East Los Angeles, CA 90067 Tel. 310-309-6202 gdittmar@jamsadr.com | Marcella A. Bell OIA, Suite #A35 635S. Hobart Blvd., Los Angeles, CA 90005 Tel. 213-637-9847 oia@oia-kaiserarb.com |

4.      **Agreement to Arbitrate:**

This matter came to arbitration pursuant to a federal court order in *Smith v. Watanabe* (N.D.Cal. #21-CV-07872-HSG)("federal action") compelling arbitration and in accordance with the mandatory arbitration provisions of Claimant's membership agreement with Kaiser as reflected in her Evidence of Coverage document ("EOC"). The latter specifies that any claim that "arises from or related to an alleged violation of any duty incident to or arising out of this EOC or a [Member's] relationship to [Respondent]" shall be submitted to binding arbitration.

5.      **Applicable Law and Rules:**

The OIA Rules for Kaiser Permanente Member Arbitrations (as amended January 1, 2023) ("Rules") and the substantive law of the State of California apply to this arbitration.

6.      **Claims and Arbitrability:**

On or about March 26, 2023, Claimant filed a Demand for Arbitration with the OIA. A Response was filed on or about July 20, 2023. The foregoing claims are arbitrable.

2

**Ex. J - 48**

### 7.    <u>Attorney Fees Application:</u>

On September 1, 2024, Kaiser filed a dispositive motion, after which there were various discovery disputes, some discovery, and then an opposition filed on April 8, 2024. Kaiser filed a reply on April 26, 2024, and oral argument occurred on May 1, 2024. On May 15, 2024, the dispositive motion was denied in a ruling that observed that, had there been a cross-motion, it would have been granted on the then-existing record ("May 15[th] Order"). Subsequently, the parties entered into a stipulated resolution, on which a partial award was issued on July 12, 2024. That award provided Claimant with a monetary recovery sufficient to pay for a motorized wheelchair and physical therapy and required a replacement wheelchair every five years under certain conditions.

The only remaining issue is attorney fees. On August 19th, Claimant filed a request for a total award of $1,584,847.93, which consisted of a $725,921.40 lodestar, a multiplier of 2.0, $103,145.95 for post-May 25th work on fees, and costs of $29,859.18. Kaiser's opposition was filed September 23rd, and a reply on October 7th. As the latter contained new evidence,[1] a sur-reply was allowed after the oral argument on October 11th. The issues are whether Claimant is a prevailing party entitled to fees, the appropriate lodestar, whether a multiplier is warranted or even available, and costs.

### A)  Prevailing Party Issue

Both Section 1557 of the Affordable Care Act ("ACA") and Section 504 of the Rehabilitation Act provide for prevailing plaintiff fee awards. (*Religious Sisters of Mercy v. Azar* (D.N.D. 2021) 513 F.Supp.3d 1113, 1123, *aff'd* (8th Cir. 2022) 55 F.4[th] 583; *Armstrong v. Davis* (9th Cir. 2003) 318 F.3d 965, 970.) Claimant argues that she is the prevailing party by securing a court enforceable settlement agreement on the ACA/504 cause of action. (*Richard S. v. Dept. of Developmental Servs*. (9th Cir. 2003) 317 F.3d 1080, 1086, 1088.) Further, while the Unruh Act was not reached in the May 15th Order, she argues that the findings and analysis in that Order would support entry of judgment on that state claim as well, which also provides for prevailing plaintiff fee awards.

Respondent counters that (1) Claimant did not prevail on the ACA/504 claim because there was no cross-motion or a full record to support such a cross-motion, (2) the alternative discretionary grounds based on *Moncharsh v. Heily & Blase* (1992) 3 Cal.4[th] 1 cannot support a fee award, (3) the stipulated partial award does not find any statutory violation, and (4) Claimant only obtained relief for herself and not the broad, class-wide injunctive relief barring enforcement of Kaiser's $2,000 limit on coverage for wheelchairs, which it is argued was her primary litigation objective as reflected in the Demand's requested relief.

To accept Respondent's first three arguments would mean that Claimant should have rejected the Arbitrator's June 3rd suggestion that the parties accept the May 15th

---

[1] New evidence may be received in the discretion of the court/arbitrator provided that a sur-reply is permitted. (*Jay v. Mahaffey* (2013) 218 Cal.App.4[th] 1522, 1538.)

3

**Ex. J - 49**

Order on the ACA/504 claim and should have continued to pursue her May 22nd motion for summary adjudication and, if necessary, a full arbitration hearing solely for the purpose of preserving her right to prevailing party fees. That would have been a huge waste of resources for both sides because it was clear from the briefing on the first dispositive motion that Claimant would win on her ACA/504 claim and, if required, on ancillary claims such as the Unruh Act. The effect on Respondent would be an additional six-figure sum added to the fee motion. The undersigned rejects the notion that in settling the matter based on the May 15th Order Claimant in effect forfeited her right to fees.[2] Further, that is clearly not the law: a settlement may support a fee award where it results in the plaintiff or claimant obtaining significant relief. (*See, e.g., Richard S, supra*, 317 F.3d at1087, and cases cited therein; *Graciano v. Robinson Ford Sales, Inc.* (2006) 144 Cal.App.4th 140, 153 [plaintiff prevailing party even though she abandoned effort to obtain public benefit via injunctive relief].)

Moreover, Respondent's position does not square with the language of the Partial Award. While that award did not expressly state any statutory basis, it did state that the stipulated "resolution was determined by the Arbitrator to be a reasonable accommodation under the circumstances of this case." The term "reasonable accommodation" is a concept found in the ACA implementing regulations (*e.g.,* 45 C.F.R. §92.15) and repeatedly cited as a program requirement of Section 504. (*Alexander v. Choate* (1985) 469 U.S. 287, 301.) The May 15th Order specifically relied on *Alexander* and the Ninth Circuit's application of that framework in *Doe v. CVS Pharmacy, Inc.* (9th Cir. 2020) 982 F.3d 1204, and the district court on remand. Thus, the Partial Award did in fact have an explicit statutory basis – namely, the requirement that a disabled person be afforded a reasonable accommodation.

As for the fourth argument, *Richard S* and *Graciano* make it clear that a plaintiff can be a prevailing party even where the settlement affords him or her "significantly less" than the relief initially sought. (*See also Hensley v. Eckerhart* (1983) 461 U.S. 424, 433 [plaintiff prevailing if succeeds "on any significant issue…[and] receives some of the benefit sought in bringing the suit"].) The broader relief sought by Claimant was and remains the objective in the pending federal action, in which the motion to compel this individual plaintiff to arbitration was granted. While there was no injunctive or declaratory relief in this arbitration, had Claimant not settled, the failure to provide a "reasonable accommodation" probably would have supported a facially broader award – e.g., a declaration that Kaiser's policies and procedures failed to provide a reasonable accommodation for members requiring a motorized wheelchair in violation of Section 504 of the Rehabilitation Act and Section 1557 of the ACA. Instead of continuing with her own dispositive motion filed on May 22, 2024, to obtain such a declaration, she accepted a settlement, which fairly may be characterized as a "bellwether." The

---

[2] Actually, the risk to Claimant was just the opposite: if she had failed to accept a Kaiser offer to resolve the dispute on the basis of the May 15th Order and continued to litigate the issues to a final award, Kaiser might have argued and the undersigned concluded that post-May 15th fees were not reasonably incurred because the result was available in a Kaiser settlement offer. In light of that risk, it is ironic that Kaiser is using the resolution that saved it further fee exposure to argue that Claimant should be awarded *no* fees. ("No good deed goes …")

4

**Ex. J - 50**

Disability Rights Education & Defense Fund ("DREDF") has used it in the federal action and in negotiating with various entities.[3] The stipulated award thus has had and will continue to have a broader impact than just her individualized relief. (Center Reply Decl. at ¶¶ 3-5.)

Significantly, *if Claimant had initially just filed an arbitration demand under her membership agreement* – as Respondent maintains she should have – and asserted the ACA/504 and Unruh Act claims to obtain a motorized wheelchair, she would have received the same result and clearly been entitled to fees. (*Religious Sisters*, *supra*; *Armstrong*, *supra*; see also *Morales v. Whole Foods Mkt., Inc.* (N.D.Cal. July 31) 2013 WL 3967639 *2 [re Unruh Act].) A final award in that scenario would very likely contain a declaration such as that posited above. She should not lose the right to fees she would have had in a stand-alone arbitration just because she attempted to join others in a class action and was then relegated to an arbitration.[4]

In short, Claimant obtained sufficient relief to entitle her to being viewed as the prevailing party in the arbitration and is statutorily entitled to attorney fees incurred in the arbitration as opposed to the federal action.

### B)  Lodestar Rates

In the lodestar calculation, one applies reasonable rates in accordance with the prevailing market rates in the relevant community for non-contingent litigation of the same type. (*Ketchum v. Moses* (2011) 24 Cal.4th 1122; *Barjon v. Dalton* (9th Cir. 1997) 132 F.3rd 496.) Claimant was represented by a private firm (Rosen Bien Galvan & Grunfeld LLP ("RBGG")) and a non-profit legal advocacy group (the DREDF). Both sets of Claimant's attorneys submitted claims based on their usual and customary rates or rates that have been allowed on fee petitions by other Bay Area courts and supported by their own declarations and that of two experts (Richard Pearl and Shawna Parks), which relied in part on rate surveys and fee awards by courts in the Bay Area. Respondent

---

[3] Kaiser sought language that would make the resolution confidential or otherwise limit DREDF's ability to use it as a bellwether. Those efforts were rejected. One may thus expect this award to lead to numerous individual arbitrations commenced against Kaiser and other health insurers with similar policies by members/insured who need motorized wheelchairs. The respondents in such cases may expect to be required to bear the costs of arbitration and subject to prevailing party fee awards in most instances. Thus, the impact will probably be much broader than Ms. Smith's case. The situation is not unlike that faced by employers who have arbitration clauses that bar class actions but result in mass arbitration filings with a total exposure analogous to a class action but with higher transaction costs. In those situations, the first arbitration award often has a ripple effect through the following ones and is the basis for settling the balance.

[4]The terms of the arbitration provisions in the Kaiser membership agreement stating that each side bears their own fees is irrelevant. An arbitration provision cannot override a statutory right to attorney fees where such a claim is otherwise subject to arbitration. (*Castillo v. CleanNet USA, Inc.* (N.D.Cal. 2018) 358 F.Supp.3d 912, 934-39 (to be enforceable arbitration agreements must afford all types of relief otherwise available); *Scott-Ortiz v. CBRE Inc.* (D. Ariz. 2020) 501 F.Supp.3d 717, 727-28 (interpreting "Except as otherwise required by law").)

5

countered with its own counsel's declaration and that of an expert (Gerry Knapton), who relied in part on a well-known survey of legal rates – the Wolters Kluwar Real Rate Report ("Wolters Kluwar Report"). The latter categorizes rates in quartiles where the highest rates are those charged by large firms in complex and high value cases. The crux of Respondent's argument is that the relatively small dollar value of Claimant's individual claim did not justify retention of counsel at the higher rate quartiles being sought on this application.

The undersigned rejects the notion that the fee determination in this case should be based on the dollar value of the individual claim. To begin with, there are numerous cases where a fee award far exceeds the value of an individual claim. For example, in various Labor Code cases, a successful employee recovering wages is entitled to fees under Section 1194(a), and it is not uncommon for the fee award to far exceed the amount of unpaid wages.[5] Similar disparities between a plaintiff's recovery and the attorney fee award are found in Song-Beverly Act and other consumer cases. (*See, e.g.*, *Graciano v. Robinson Ford Sales, Inc.* (2006) 144 Cal.App.4th 140, 164 [fees not to be limited to a proportion of the consumer's recovery].) The obvious rationale for the statutory fee provision is to incentivize counsel to take on cases that have very low dollar value for the individual, who would not be able to retain counsel if retention was based on either an hourly rate or contingency fee. (*See, e.g., City of Riverside v. Rivera* (1986) 477 U.S. 576-577 [no proportional limitation in civil rights cases because would seriously undermine congressional intent]; *Blackwell v. Foley* (N.D.Cal. 2010) 724 F.Supp.2d 1068, 1075-1077 [discussing policies supporting full fee awards[6]].) *Blackwell* was an individual disability discrimination case exemplifying an award of fees far in excess of plaintiff's monetary recovery.

Further, here the case was an offshoot of a large class action, and it is understandable that class counsel and the putative class representatives had a strong interest in consistency between the positions in the federal action and the arbitration, as a misstep in one could adversely impact the other. Finally, the issues in this case were by no means simple and required expertise in both the underling statutes and the relevant case law, which as noted in the May 15th Order was conflicting. Given that complexity, it is understandable that Claimant would seek highly qualified counsel with expertise in the subject matter.

---

[5] This reality is one of the reasons in the undersigned's experience as a mediator, employers often settle for an amount far in excess of a realistic assessment of the exposure for unpaid wages: it is the potential attorney fees exposure that drives the settlement. No one in that context argues that the possibility of a modest unpaid wages award means that plaintiff's counsel will not be fully compensated for the effort to take the case through trial. *City of Riverside* and *Blackwell* explain the policy reasons supporting such fee awards.

[6] The purpose of these policies, moreover, is to incentivize *quality* counsel to take on such cases. That is why the standard references "usual and customary rates" *without* the additional qualifier of "for cases of this size." Such a qualifier would be counter to the very rationale for statutory fee awards.

6

Here the fees for the various counsel were well within the range of rates for counsel of similar seniority and experience as reflected in the supporting declarations, which detail their education, experience, and significant successes. RBGG's senior attorney (Galvan) just recently had his 2023 rate of $1050 approved by the court in *Prison Legal News v. Ryan* (D.Ariz. Mar. 20) 2024 WL 1195548 at *2. DREDF's senior attorney (Center) has 25 years of experience in complex class actions and disability rights litigation. The rates sought here ($1,100 and $995, respectively) are well within the range of $810 to $1,725 that Pearl found for attorneys at or near their level of experience and professional stature and consistent with Parks' experience in the market and the rates for her own disability advocacy group in similar litigation. The rates sought for Yee ($880), Nunez ($800) and Neff ($535) are within the range of rates for their experience level. The rates sought for Arulanantham ($575) and Meyers ($490) are in the low range Pearl identified in the market. The record is simply replete with evidence that the rates sought to be approved are within the prevailing market rates in the relevant community for non-contingent litigation.[7]

In short, based on a review of this record, the quality of the advocacy on both sides, the evidence of prevailing rates in the Bay Area, and the undersigned's own experience in reviewing fee petitions in various contexts as both a trial judge and arbitrator in the Bay Area, these rates are deemed reasonable under applicable standards.[8]

### C) Lodestar Hours

The more difficult issue is the appropriate hours attributable to this arbitration, which is an offshoot of a federal class action with some overlapping issues; however, the federal case raised certain unique issues unrelated to the arbitration. The latter, for example, has an organizational plaintiff, which may pose standing issues, and also has a state agency and its director as defendants, which pose Eleventh Amendment issues. None of these are found in the arbitration or relate to the Kaiser claims. It is not easy to sort these differences out in the context of the motion for fees; however, Claimant's counsel have sorted the time they are claiming into six discreet categories, and the parties and their experts have organized their arguments accordingly. That organizational convention is followed below.

---

[7] Defense counsel countered in oral argument with a representation as to his own rate, which is significantly below the rate of Nunez, for example, even though the latter is more junior and significantly less experienced than defense counsel. That may well be true, but it is only one data point and does not show that the ranges discussed by Pearl or shown in the various quartiles of the Wolters Kluwar Report are not "the market." Further, a court or arbitrator is not obligated to consider a lower rate paid to defense counsel. (*Goplin v. BMW of North America, LLC* (2016) 4 Cal.App.5th 462, 474.)

[8] The rates sought to be approved are based on the attorneys' current rates, and yet the work stretches back over time. Given the fact that they were not paid when the work was performed, the use of current rates is an appropriate way to address the delay in payment. (*Prison Legal News v. Schwarzenegger* (9th Cir. 2010) 608 F.3d 446, 454; *Blackwell, supra*, 724 F.Supp.2d at 1078.) The fact that this approach is taken means that the same delay should not be reflected in any multiplier.

7

**Ex. J - 53**

**1. Case Development:** DREDF claims 15.83 hours, and RBGG 91.0 hours.[9] DREDF states it began investigating Kaiser's practices regarding wheelchairs in October 2019, which is about the time Claimant contacted them, and this work continued through the summer of 2020. The work was mostly by an associate (Myers) and consisted of factual investigation and some legal research. RBGG time records indicate an associate started legal research on the case in February 2021. Both the factual inquiries and the legal research of possible claims would have been necessary whether the eventual decision was to file an individual arbitration or a class action.[10] Respondent does not address this work other than to complain that the entries here and elsewhere have redactions that make it difficult to determine what was done. A review of the redactions leads the undersigned to conclude they do not impair the ability of make a judgment as to whether the work is compensable.[11] This category consists of compensable work developing the case regardless of whether it would be initially filed as a class action or arbitration. Note that there are Myers entries referring to phone calls with other attorneys, and yet the latter time is not included in the claim, which evidences the exercise of billing judgment.

Claimant has carried her initial burden of showing compensable work, and it is not rebutted. Thus, RDEDF is awarded $9,552.30 for 15.83 hours and RBGG $57,522.50 for its 91 hours on this category.

**2. Complaint /Amended Complaint:** DREDF claims 75.61 hours, and RBGG 33.1 hours. This work began in September of 2020 and involved developing the claims and legal theories on which the federal complaint would be based, but also would be the basis for the eventual arbitration demand. The research also encompassed class action issues and the basis for including a state agency in the complaint – both of which would be extraneous to the eventual arbitration. The Galvan Reply Declaration and the Center Declaration make it clear that work on the state agency issues was not included in their time, but the inference is that work on class issues was. It was argued that class action research and drafting was *de minimus*. This may be true, but there should be some further adjustments for the class issues and whatever work may have been done on federal procedural matters and the applicable Local Rules. Undoubtedly, though, the bulk of the work went into framing the substantive federal statutory and pendent state claims that lay at the heart of both the federal case and the arbitration.

---

[9] I use Tables 11 and 15 in Galvan's Reply Declaration, which sought to correct/clarify entries in his original declaration's Exhibit 4.

[10] It is a mystery why Knapton dismisses this entire category. One must ask whether, in his view, the arbitration should have been commenced without any factual investigation or legal research.

[11] For example, the first entry by DREDF reads: "Call with REDACTED and S. Yee re: REDACTED's recent experiences with Kaiser DME denials and appeal." Clearly, this shows factual investigation of Kaiser DME denials, and the redaction of the interviewee's name is irrelevant to the issue of whether the work was related to the arbitration. Kaiser objects that interviews of members other than Claimant are irrelevant; however, a reasonable investigation would include contacting others to see if there was something unique about Claimant's experience.

8

**Ex. J - 54**

Claimant has carried her initial burden of showing a significant amount of compensable work, but the hours claimed are adjusted downward by 10%. Thus, RDEDF is awarded $41,789.30 for 68 hours, and RBGG $26,775.00 for 28 hours on this category.

**3. Kaiser Motions**: DREDF claims $101,771.65 for 189.37 hours, and RBGG $87,760 for 105.5 hours. This category covers the work opposing the motion to compel arbitration and opposing the motion to dismiss. The former was the focus of DREDF, and the latter was RBGG's responsibility. Respondent argues that the motion to dismiss the federal action was unrelated to the arbitration and that Claimant could not credibly dispute she was subject to the arbitration clause. Claimant counters that her Kaiser claims were part of the motion to dismiss, and that competent counsel owed a duty to the client to see if there was a way around the arbitration clause.

With regard to the motion to dismiss, there were other plaintiffs, including an entity plaintiff, and the defendants included a state agency and its director. Thus, plaintiffs would have had to respond to a motion to dismiss even if Kaiser had never been included as a defendant. The motion to dismiss does not become compensable just because Kaiser was added as a defendant, especially where the claims against it were clearly distinct from the Eleventh Amendment issues posed by the state defendants and the focus of the motion to dismiss. As for the motion to compel arbitration, it is patently clear that under controlling Supreme Court decisions giving the broadest possible scope to the FAA, there was no credible argument for avoiding the Kaiser arbitration provision, which has been around for over 50 years and repeatedly upheld. There was certainly no basis for avoiding the reach of the FAA based on some notion of Congressional intent underlying the ACA. (See Sept. 27, 2022, Order of District Court at pp. 4-5 [noting no case supporting such a theory or the other theories advanced to resist arbitration].) Were Claimant a paying client, it is very doubtful the arbitration clause would have been challenged.[12] The more likely scenario would have been to include Claimant as a plaintiff only on the claims against the state agency and its director.

Claimant has not carried her burden of proof that this work is compensable in the arbitration. Her case should have commenced as an arbitration. Thus, RDEDF and RBGG, which claimed a total of 294.87 hours for this work, are awarded no fees for this category.

**4. Other Federal Litigation Tasks:** DREDF claims 9.84 hours, and RBGG 30.3 hours. Aside from drafting the complaint, there were other tasks related to the federal action such as Rule 26(f) disclosures and a co-counsel agreement. Some of this would clearly be needed for the arbitration (e.g., a counsel agreement) and other work would also overlap with what would be required in an arbitration – for example, Rule 26(f) disclosures are analogous to JAMS Rule 17 disclosures or what would be required in response to initial discovery under the OIA Rules. But not all of the "other" federal litigation tasks would be required in the arbitration or otherwise related thereto.

---

[12] There is an additional issue of allegedly excessive time spent preparing for oral argument on the motion to compel, but this objection is rendered moot by the ruling on the category as a whole.

**Ex. J - 55**

Claimant has carried her initial burden of showing a significant amount of compensable work, but the hours are adjusted downward by 50%. Thus, RDEDF is awarded $4,202.90 on 4.9 hours, and RBGG $13,820.00 on 15.1 hours for this category.

**5. Arbitration:** DREDF claims 195.58 hours, and RBGG 218.2 hours. The arbitration involved numerous contentious discovery disputes and a complex dispositive motion, which itself involved controversies as to whether it was more akin to a motion to dismiss or summary judgment. There were calls between the parties and Arbitrator on many of these issues. Preparing the declarations, including those of two experts, and fully briefing the complex statutory issues justified the effort reflected in the hours. Clearly, all of this work was necessary for Claimant to develop her claims in arbitration, defeat the dispositive motion, and obtain a ruling that might well have supported a cross-motion for summary judgment but for the procedural posture of the case. Respondent's criticism of these fees is unconvincing. It is true that the fees sought are high, but a defendant "cannot litigate tenaciously and then be heard to complain about the time necessarily spent by plaintiff in response." (*City of Riverside, supra,* 477 U.S. at n.11*; see also Camacho v. Schafer* (1987) 193 Cal.App.3d 718, 724.) Here the defense was vigorous, and Claimant's efforts were appropriate.

Claimant has carried her initial burden of showing compensable work, and the defense has not credibly challenged any of the claimed fees. Thus, RDEDF is awarded $166,536.60 for 195.58 hours, and RBGG $190,550.00 for 218.2 hours on this category.

**6. Fees Motion:** DREDF claims 30.36 hours, and RBGG 91.7 hours through October 4, 2024. A prevailing party is entitled to "fees on fees." (*Hensley, supra,* 461 U.S. at 429.) The fee motion was heavily contested, with expert declarations submitted by each side, including in reply, and detailed billing records were submitted and contested. As with the arbitration itself, given the tenacity of the defense, the fees incurred by Claimant should not be unexpected. (*See City of Riverside*, *supra*.)

Claimant has carried her initial burden of showing compensable work, and the defense has not credibly rebutted that showing. Thus, RDEDF is awarded $46,528.75 for 52.2 hours, and RBGG $138,592.50 for 165.6 hours on this category through October 4th. In addition, they claim $7,500 as an estimate of their additional work through October 7th. This is a reasonable estimate.

The totals for the above six categories come to $268,609.85 for RDEDF and $427,260.00 for RBGG before any multiplier plus $7,500 to be divided between RDEDF and RBGG.

### D) Multiplier

Respondent argues that a multiplier is appropriate under the federal statutes only in very rare or unusual circumstances because quality of representation, novelty and complexity of the issues, etc. are captured either in the appropriate hourly rate or total hours. (*Perdue v. Kenny A. ex rel Winn* (2010) 559 U.S. 542, 551-554; *Mangold v.*

*California Pub. Utilities Comm.* (9th Cir. 1995) 67 F.3d 1470, 1478.) While there could theoretically be other factors that may not be captured by the lodestar, Respondent argues there has not been the requisite evidentiary showing. Claimant counters that this is one of the rare cases where *Perdue* would allow a multiplier, and alternatively there were state law claims for which multipliers are generally appropriate for novel or difficult issues, the contingency risk, the quality of the advocacy, etc.

The stipulation and the underlying May 15th Order were entered based on the ACA/504 claim, and the Unruh Act and other state claims were not reached. Nor were the state claims included in Claimant's own dispositive motion of May 25, 2024, and thus there is no basis in the record for finding, in effect, a *de facto* Unruh Act ruling that might support a multiplier under California law. Accordingly, *Perdue* controls. Given the hours and rates allowed above, the undersigned concludes that a multiplier is not available in this case based on a finding of unusual or rare circumstances within the meaning of *Perdue*. There is certainly no evidentiary basis for such an exception.

### E) Costs

After some minor adjustments on the WestLaw costs, Claimant seeks $29,364.42 in costs ($16,273.34 RBGG and $13,091.08 RDEDF). The largest disputed piece of these costs is for expert witness fess. Respondent argues these should be apportioned between the federal case and the arbitration. The apportionment claim is rejected as these experts did submit reports/testimony related to the arbitration. They cannot be "apportioned;" they were considered in their entirety in the arbitration and compensable in full.

Costs of $29,364.42 are awarded.

### F) Conclusion

This is *not* a partial award, but based on the foregoing analysis, the undersigned intends to issue a Final Award that (1) recites the original resolution on the merits and (2) awards fees and costs of $703,369.85 and $29,364.42, respectively. Counsel are invited to *immediately* call attention to any typographical or computational error via an Access email because the Final Award will issue shortly.

DATED: October 21, 2024

_____
Wynne S. Carvill

11

# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ACADEMY MORTGAGE<br>CORPORATIONN,<br><br>Defendants. | Case No.  16-cv-02120-EMC<br><br>**FILED UNDER SEAL**<br><br>**ORDER GRANTING IN PART<br>RELATOR'S MOTION FOR FEES**<br><br>Docket No. 440 |

## I.   INTRODUCTION

Presently pending before this Court is Relator, Gwen Thrower's Motion for Attorney's Fees and Expenses.  Docket No. 440 ("Mot.").  Relator requests an award of $13,706,930.87, for work performed by two law firms in connecting with this *qui tam* action alleging fraudulent practices of certifying residential mortgage loans by the Defendant, Academy Mortgage.  *See id.* The request is made pursuant to the False Claims Act's fee-shifting provision, 31 U.S.C. § 3730(d)(2), which governs civil actions for false claims and awards fees to the Relator in instances of settlement.  This amount reflects a "lodestar" multiplier of 2.0 for merits work performed by one of Relator's law firms, and also reflects fees in connection with the motion for fees—though the multiplier does not apply to those fees.  The litigation ensued in 2016, Docket No. 1, and the case settled in August 2022 for $38,500,00.00, aside from attorney's fees and costs prior to trial but after briefing on motion for summary judgment.

In its motion, Relator seeks the following: (1) merits fees of $12,622,146.70 ($6,203.542.35 (T&S) and $215,062.00 (RBGG)), and a 2.0 enhancement on T&S's fees); (2) $995,346.85 for work on the fee motion; and (3) $89,437.77 for litigation expenses.  Mot. at 2-3. In total, Relator seeks $13,706,930.87.  *Id.*

In consideration of the parties' briefing, including supplemental briefs filed by the parties, the Court **GRANTS in part and DENIES in part** Relator's request, as modified herein.  In total, Relator is awarded: **$8,585,530.20** in attorney's fees, and perhaps interest added to reimbursements for T&S's payments to RBGG—and **$89,437.77** for expenses. The attorney's fees are comprised of $7,798,146.44 for merits work ((T&S) $7,655,431.44 and (RBGG) $142,715) and $787,383.76 for fee motion fees.  A summary of reductions is as follows:

| Subject | Reduction | Reduction Amount |
|---|---|---|
| **Merits Work Fees** | | |
| T&S Hourly Rates | Reduce rates of attorneys: JNT $888 vs. $1200; JF $630 vs. $800; ML $860 vs. $1000; JL $840 vs. $925; CT $437.50 vs. 550.  Reduce rates of paralegals from $435 to $325, aside from Sarah Hulbert | **$1,467,949.00** pre-multiplier  ($1,449,117.00 (attorneys) + $18,832.00 (paralegals)) |
| RBGG rates | Reduce hourly rates from 2023 market rates to 2017 rate | **$72,347.00** reduction |
| Specific reductions: email entries | Reduce recovery of four unsupported email entries | **$2,740** pre-multiplier |
| Reduction for fees in drafting initial complaint | 50% reduction on 87.5 hours of drafting initial complaint | **$242,920.75** pre-multiplier |
| Time spent locating counsel | Eliminate 125.6 hours of redundant work in search for trial counsel. | **$115,400** reduction pre-multiplier |
| Lodestar multiplier | Reduce from 2.0 to 1.75 | |
| Total fee award:  **$7,798,146.44**  (T&S: $7,655,431.44 ($4,374,532.25 x 1.75); RBGG $142,715 ($215,062.00 requested - $72,347.00 reduction for hourly rates)). | | |
| **Fee Motion Fees** | | |
| RBGG re-reviewing T&S time entries | Reduce hours from the re-reviewing of time entries | **$120,476**/178 hours |
| Overall reduction | Overall 10% reduction | |
| Total fee award:  **$787,383.76** (($995,346.85 - $120,476) x 0.90). | | |
| **Expenses** | | |
| Total expenses awarded:  **$89,437.77** (no reductions) | | |

United States District Court
Northern District of California

2

## II.    FACTUAL AND PROCEDURAL BACKGROUND

A.    History of the Case

This suit involves allegations by Gwen Thrower (the "Relator") against Academy Mortgage ("Academy"), a lender that participated in the Federal Housing Administration ("FHA") Direct Endorsement ("DE") program.  Docket No. 45 ("FAC") ¶ 23.  Academy, as a program participant, is permitted to underwrite and endorse eligible residential mortgages for government insurance.  *Id.*  ¶ 20.  If a borrower defaults, the Department of Housing and Urban Development ("HUD") becomes liable for the loan.  *Id.* ¶ 7.  Lenders that are part of the DE program can endorse loans for insurance without government review; HUD relies on lender certifications to ensure only eligible loans with acceptable risk are endorsed.  ¶¶ 146-50.

The Relator is a former underwriter at Academy and stepped forward to disclose evidence that Academy was engaging in practices that allegedly contravened federal regulations and caused the government to insure unacceptably risky loans.  *See id.*  Relator pursued the action qui tam action on behalf of the United States pursuant to the False Claims Act ("FCA") 31 U.S.C. § 3730(d).  *See generally id.*

In such actions, the United States may intervene if it deems the case worth the cost-benefit analysis.  After Relator filed her initial complaint, the Government considered Relator's evidence and declined to intervene in the case.  *See* Docket No. 440, Thomas Decl. ¶ 68.  In January 2017, Relator informed the Government she would exercise here right to proceed with the case.  *Id.* ¶ 72.  Thomas & Solomon LLP ("T&S"), the first of Relator's firms, was involved in the case from the outset.  *See* Docket No. 1 (initial complaint).  Once Relator decided to proceed without the government's involvement, T&S hired RBGG as local counsel in January 2017.  Docket No. 440, Rosen Decl. ¶ 5.  RBGG was paid by T&S monthly.  *Id.*

Thereafter, Academy filed a motion to dismiss the complaint and a motion to transfer the action to the district of Utah.  Docket Nos. 23, 27.  Relator filed an Amended Complaint in April 2017, expanding the scope of its claims temporally and geographically, setting forth allegations to a more pervasive and systemic fraud.  Docket No. 45.  In June 2017 Academy again moved to dismiss or transfer.  Docket Nos. 50, 48.

3

United States District Court
Northern District of California

In July 2017 the Government moved to dismiss Relator's Amended Complaint arguing that it performed a cost-benefit analysis and determined the case was not worth pursuing. Docket No. 60. The Court denied the Government's motion to dismiss. Docket No. 97. The Court reasoned that the Government failed to meet its burden of demonstrating a valid purpose for dismissing the case and that it failed to fully or adequately investigate the Amended Complaint's allegations. *Id.* at 2. The government filed a notice of appeal of this decision and a motion to stay proceedings before the Court in July and August 2018. Docket Nos. 106, 115. In August the Ninth Circuit issued an Order to Show Cause directing the Government to show why the appeal should not be dismissed for lack of appellate jurisdiction. *See United States v. Academy Mortgage*, No. 18-16408 (9th Cir.) ("Ninth Circuit") Docket No. 8. Academy also filed a motion to certify the Court's order for interlocutory appeal, arguing that it raised complex and "novel" issues relating to certification and promissory fraud theories in the Amended Complaint. Docket No. 134 at 3. During this time, the parties also engaged in discovery. In December 2018 the Ninth Circuit granted the Government's motion to stay proceedings in the district court and to expedite the appeal. Ninth Circuit Docket No. 17. The case remained stayed until August 2020 when the Ninth Circuit dismissed the appeal for lack of jurisdiction. Ninth Circuit Docket No. 62 at 5.

Thereafter, the parties continued engaging in discovery and prepared for both settlement negotiations and trial. In May 2021 Relator engaged an additional firm, Reese Marketos as trial counsel and, according to Relator, to take the lead on remaining discovery. Docket No. 440, Thomas Decl. ¶ 169. The parties briefed and held oral argument on a summary judgment motion in summer of 2022. *See* Docket No. 318.

In August 2022, the parties engaged in mediation before Judge Leonidas Rosen and the parties settled the case for $38,500.000, excluding attorney's fees and costs. *See* Rosen Decl. ¶ 53 (describing settlement); Mot. at 2; Docket No. 117 at 1-5 (Order Denying MTD and to transfer); *see also Academy Mortgage Corporation Agrees to Pay $38.5 Million to Settle False Claims Act Allegations Related to Mortgages Insured by the Federal Housing Administration*, Office of Public Affairs (December 14, 2022), https://www.justice.gov/opa/pr/academy-mortgage-corporation-agrees-pay-385-million-settle-false-claims-act-allegations (describing settlement

4

terms).

In May 2023, Relator filed its motion for fees that is presently pending before this Court which seeks fees for two of its firms: T&S and RBGG. Docket No. 440. Academy requested supplemental discovery, asking the Court for leave to seek additional information to substantiate the fee request including fee agreements and raw time entries. Docket No. 449. The Court granted that request and ordered supplemental briefing to address any updates to the motion for fees that the parties wanted to set forth per that supplemental discovery. Docket No. 451. Thereafter, Academy raised a discovery dispute as to the scope of supplemental discovery before Magistrate Judge Kim. Docket No. 461. Judge Kim denied Academy's request to compel additional documents—particularly Academy's request for the Relator's firms to produce all raw time entries and associated metadata. Docket No. 467. Academy then moved this Court for relief from that order, Docket No. 469, which this Court denied, Docket No. 471.

B.    Motion for Fees and Expenses

In its motion, Relator seeks the following: (1) fees for its merits work in the amount of $12,622,146.70[1] ($12,407,084.70 for T&S ($6,203,542.35 for 7,277.3 hours of work multiplied by a 2.0 lodestar multiplier) and $215,062.00 for RBGG (222.6 hours of work with no multiplier applied); (2) an award of $995,346.85 for fee motion work through August 2023; and (3) $89,437.77 for litigation expenses. Mot. at 2-3. In total, Relator seeks $13,706,930.87.

To support its request, Relator submits a declaration by Richard Pearl who is an attorney that focuses upon cases and appeals involving court-awarded attorney's fees, and who is a preeminent author regarding attorney's fees in California. *See* Docket No. 440-3, Pearl Decl. ¶¶ 5-7 (explaining 98% of his practice involves attorney's fees and that he authored works including *California Attorney Fee Awards* (3d ed. Cal. CEB 2010) and its cumulative annual Supplements for the years 2011 through March 2023). Mr. Pearl analyzed recent hourly rate determinations made by San Francisco Bay Area courts, along with a compilation of attorney fee rates charged in

_____

[1] This amount reflects a reduction of $1,227,950.65 or 16.1% reductions per billing judgment reductions made by the firms, reducing fees associated with duplicative or otherwise unsubstantiated work. *See* Mot. at 21.

United States District Court
Northern District of California

United States District Court
Northern District of California

the area.  Pearl Decl., Ex. B (court determinations); Pearl Decl. Ex. C (list of fee rates).  Mr. Pearl also reviewed two reports: the 2021 Real Rate Report by Wolters Kluwer, which is a report of law firm rates and the 2018 Peer Monitor Public Rates Report of Bay Area law firms.  Pearl Decl., Ex. D (Wolters Kluwer Real Rate Report); Pearl Decl. Ex. E (Peer Monitor Public Rates).  Mr. Pearl's opinion is that, in relation to rates in the area, the hourly rates employed by both firms are reasonable.  *See* Pearl Decl. ¶¶ 16-25.

To support its motion, Relator also submits a declaration by Nelson Thomas, partner of T&S attesting to the billing practices of its firm, the necessity of work performed, expertise of its staff, and the general appropriateness of the fee request.  *See* Docket No. 440-1, Nelson Decl.  Relator also submitted a line-by-line accounting of the work performed in the matter by T&S.  Docket No. 440-1, Nelson Decl., Exs. N-P.  Relator also submits case expense reports and receipts.  Docket No. 440-1, Nelson Decl., Ex. Q-R.  Relator also submits the resumes of attorneys in this action.  *See* Docket No. 440-1, Nelson Decl., Exs. B-G.  Similarly, Jay Rosen, partner at RBGG submitted a comparable declaration and set of exhibits.  Docket No. 440-2, Rosen Decl., & Attachment 1, Exs. A-K.

Academy, for its part, submits the declaration of its expert, Grant Stiefel, arguing for a substantially reduced amount of attorney's fees.  Docket No. 448-2, Stiefel Decl.  Mr. Stiefel is the founder of a legal fee auditing and consulting firm (Litigation Limited) wherein he has provided billing consulting for more than ten years.  Stiefel Decl. ¶¶ 1-4.  He also regularly acts as an expert witness in federal court fee disputes, including testifying in over one hundred matters regarding attorney fee rates.  *Id.* ¶ 5.  Mr. Stiefel notes that he testified for both plaintiffs and defendants and employs the same methodology in both instances.  *Id.*  ¶ 9, Ex. B (list of 120 matters wherein Mr. Steifel has testified).   Mr. Stiefel opines that T&S's rates are "extraordinarily high rates for any lawyers, but particularly for attorneys who do not appear to have ever tried a case."  *Id.* ¶ 90.  Mr. Stiefel rests his opinion on similar reports as those referenced by Mr. Pearl, along with analysis of recent court decisions regarding rates and fees in the area.  *See generally id.*

//

//

6

United States District Court
Northern District of California

### III.    LEGAL STANDARD

In the Ninth Circuit, reasonable attorneys' fees are determined by first calculating the "lodestar." *Jordan v. Multnomah County*, 815 F.2d 1258, 1262 (9th Cir. 1987). "The 'lodestar' is calculated by multiplying the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate." *Morales v. City of San Rafael*, 96 F.3d 359, 363 (9th Cir. 1996) (citation omitted). There is a presumption that the lodestar figure represents a reasonable fee, but "[t]he fee applicant has the burden of producing satisfactory evidence, in addition to the affidavits of its counsel, that the requested rates are in line with those prevailing in the community for similar services of lawyers of reasonably comparable skill and reputation." *Jordan*, 815 F.2d at 1262-63; *see also Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 979-80 (9th Cir. 2008). Additionally, "[t]he fee applicant bears the burden of documenting the appropriate hours expended in the litigation and must submit evidence in support of those hours worked." *See Gates v. Deukmejian*, 987 F.2d 1392, 1397 (9th Cir. 1992) (citation omitted). "The party opposing the fee application has a burden of rebuttal that requires submission of evidence to the district court challenging the accuracy and reasonableness of the hours charged or the facts asserted by the prevailing party . . . ." *Id.* at 1397-98.

In assessing the appropriate fee, Courts consider "some or all of twelve relevant criteria set forth in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67 (9th Cir. 1975)." *Carter v. Caleb Brett, LLC*, 757 F.3d 866, 868- 69 (9th Cir. 2014) (citation omitted). The *Kerr* factors are: (1) time and labor required; (2) novelty and difficulty of the questions presented; (3) skill required of the attorneys; (4) attorney's ability to take on other work during the engagement; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations; (8) the amount at stake and the results obtained; (9) the experience, reputation, and ability of the attorneys involved; (10) the desirability of the case; (11) the nature of the relationship with the client; and (12) awards in similar cases. *Id.* at 869 (citation omitted).

//

//

//

7

## IV.   DISCUSSION

Relator seeks reasonable attorney's fees and costs pursuant to the fee-shifting provision in the False Claims Act, 31 U.S.C. § 3730(d)(2), which governs civil actions for false claims.  This statute contemplates attorney's fees to be awarded in a qui tam action (private suit on behalf of the United States to recovery money fraudulently obtained) such as this action.  *Id.*  This statute provides:

> If the Government does not proceed with an action under this section, the person bringing the action or settling the claim shall receive an amount which the court decides is reasonable for collecting the civil penalty and damages. The amount shall be not less than 25 percent and not more than 30 percent of the proceeds of the action or settlement and shall be paid out of such proceeds. ***Such person shall also receive an amount for reasonable expenses which the court finds to have been necessarily incurred, plus reasonable attorneys' fees and costs.*** All such expenses, fees, and costs shall be awarded against the defendant.

*Id.* (emphasis added).  This subsection applies because the government did not pursue an action in this matter; rather, Relator Gwen Thrower pursued the suit and prevailed in reaching a settlement with Defendant Academy for 38.5 million dollars.  *Academy Mortgage Corporation Agrees to Pay $38.5 Million to Settle False Claims Act Allegations Related to Mortgages Insured by the Federal Housing Administration*, Office of Public Affairs (December 14, 2022), https://www.justice.gov/opa/pr/academy-mortgage-corporation-agrees-pay-385-million-settle-false-claims-act-allegations (describing settlement terms).  Just under 27 million will go to the U.S. government and taxpayers.  *Id.*

In calculating the lodestar, the fee applicant has the initial burden of producing "evidence that their requested fees are in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." *Chaudhry v. City of Los Angeles*, 751 F.3d 1096, 1110 (9th Cir. 2014) (internal quotations omitted).  If the fee applicant meets this burden, the burden shifts to the defendant to submit evidence showing the fee requested is not reasonable, the defendant must then submit evidence showing the requested fee is unreasonable. *Gates v. Deukmejian*, 987 F.2d 1392, 1397-98 (9th Cir. 1992).

Academy agrees that the Relator is entitled to reasonable attorney's fees and costs. *See*

8

United States District Court
Northern District of California

Opp. at 9 ("Again, Academy does not contest the entitlement to fees as a result of the settlement, the statute makes that clear."). But Academy argues that the amount of fees requested for merits work is unreasonable for several reasons including that the hourly rate sought is too high, the number of hours billed is excessive, and the multiplier sought (2.0) is not appropriate. *See* Opp. at 5-21. Academy also argues that Relator should not be compensated for fees associated with filing its fee award petition because they are facially unreasonable and because Relator incurred excessive fees for failure to negotiate in good faith. *See* Opp. at 21-25.

A.      Fees for Merits Work

At the outset, it is important to note that courts afford a level of deference to counsel's judgement as to what they had to do and the time they had to spend to achieve the results in the case. *See Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008) ("By and large, the court should defer to the winning lawyer's professional judgment as to how much time he was required to spend on the case; after all, he won…."); *Greenpeace, Inc. v. Stewart*, No. 17-35945, 2020 WL 2465321, at *9 (9th Cir. May 12, 2020) (similar). To this end, "determination of fees should not result in a second major litigation." *Perez v. Safety-Kleen Sys., Inc.*, 448 F. App'x 707, 709 n.1 (9th Cir. 2011). While the fee applicant must submit sufficient documentation to meet the burden of establishing entitlement, "trial courts need not, and indeed should not, become green-eye-shade accountants." *Id.* The essential goal is "to do rough justice, not to achieve auditing perfection." *Id.* Though, a district court is still required to review the legitimacy of fees requested, including by imposing "up to a 10 percent—a haircut—based purely on the exercise of discretion without more specific explanation." *Greenpeace*, 2020 WL 2465321, at *9.

The following *Kerr* factors are most relevant to the case and inform the reasoning employed in the remainder of the analysis.[2] First, the time and labor required in the action was

---

[2] The factors included: (1) time and labor required; (2) novelty and difficulty of the questions presented; (3) skill required of the attorneys; (4) attorney's ability to take on other work during the engagement; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations; (8) the amount at stake and the results obtained; (9) the experience, reputation, and ability of the attorneys involved; (10) the desirability of the case; (11) the nature of the relationship with the client; and (12) awards in similar cases. *Id.* at 869 (citation omitted).

United States District Court
Northern District of California

extensive, given that the case spanned over seven years (from 2016 to the present). *See* Docket No. 1. Specifically, the parties engaged in substantial motion practice, including for a motion to dismiss the complaint or transfer by Academy and a motion to dismiss by the Government, an appeal before the Ninth Circuit, and briefing on a motion for summary judgment. This is somewhat undermined because of a stay before this Court that spanned from 2018 to 2020 while an appeal proceeded before the Ninth Circuit, though that appeal also required work by Relator's counsel. As to novelty and difficulty of questions, the case involved some novelty as Academy argued, on appeal that interlocutory review was appropriate on this basis. Additionally, for T&S—but not RBGG—the fee arrangement with relator was contingent, meaning that T&S incurred risk when taking on the case.[3] Likewise, the desirability of the case was low and the risks high at the outset—given that the government opposed the action and actively sought its dismissal. These factors, and additional *Kerr* factors are discussed more in depth below in relation to Academy's specific objections to the fee award.

> 1.     Reasonableness of Rates

"[T]he established standard when determining a reasonable hourly rate is the rate prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation." *United States v. $28,000.00 in U.S. Currency*, 802 F.3d 1100, 1106 (9th Cir. 2015) (internal quotation marks omitted); *see also Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984) ("prevailing market rate" is "normally deemed to be reasonable"). "[T]he relevant community is the forum in which the district court sits." *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 979 (9th Cir. 2008).

> a.     Thomas & Solomon LLP ("T&S")

The hourly rates T&S use in their lodestar calculation range from $325/hour to $1,200/hour depending on title and experience of the timekeeper. The rates requested by the Relator, and the proposed modifications by Academy are as follows:

---

[3] Although T&S was not to be paid absent Relator's recovery, T&S received a separate Contingency Fee, i.e., 40% of Relator's award, which reduces the impact of risk incurred by T&S on this analysis. *See* Docket No. 485-2, Ex. 3 at 1-2, 5

United States District Court
Northern District of California

| Timekeeper | Position | Class | Rate | Academy Proposal |
|---|---|---|---|---|
| J. Nelson Thomas | Partner | 1993 | $1,200 | $800 |
| Jonathan Ferris | Partner (Oct 2022-present); Associate (2012-Oct 2022) | 2012 | $800 | $600 |
| Michael Lingle | Partner | 2000 | $1,000 | $750 |
| Jessica Lukasiewicz | Partner | 2008 | $925 | $750 |
| Conor Tallet | Associate | 2018 | $550 | $400 |
| Adam Sanderson | Associate | 2018 | $550 | $400 |
| Adam Sanderson | Law Clerk | N/A | $325 | N/A |
| Sarah Hulbert (SKH) | Lead Paralegal | N/A | $435 | $275 |
| Samuel Noto (SJN) | Paralegal | N/A | $325 | $275 |
| Jonathan Francisco (JDF) | Paralegal | N/A | $435 | $275 |
| MLH | Paralegal | N/A | $435 | $275 |
| CSS | Paralegal | N/A | $435 | $275 |
| GJS | Paralegal | N/A | $435 | $275 |
| MMY | Paralegal | N/A | $325 | $275 |
| MAH | Paralegal | N/A | $325 | $275 |
| CMM | Paralegal | N/A | $325 | $275 |
| AMM | Paralegal | N/A | $325 | $275 |
| JEB | Paralegal | N/A | $325 | $275 |

Academy argues: (1) rates are inflated relative to the market and past rates pursued by T&S; (2) fees are not warranted because T&S offers no proof that it actually charges the rates requested; and (3) paralegal rates are inflated as T&S provided insufficient information to support the variation of rates amongst paralegals. Opp. at 6-8.

i.      Inflation of Rates

Relators argues that the fees it has requested are reasonable and in line with prevailing market rates. Mot. at 15-16. Academy argues that the rates requested are inflated. Opp. at 6-8.

To support the reasonableness of fees, Mr. Pearl attests that "[i]n my opinion, Relator Counsel's hourly rates and their request for a lodestar enhancement are in line with how the legal marketplace would compensate them for similar services accomplishing similar results." *Id.* ¶ 11. To support this finding, Mr. Pearl prepared a document compiling the recent hourly rate

11

determinations made by San Francisco Bay Area courts, along with a compilation of attorney fee rates charged in the area. Pearl Decl., Ex. B (court determinations); Pearl Decl. Ex. C (list of fee rates). Mr. Pearl also reviewed two reports: the 2021 Real Rate Report by Wolters Kluwer, which is a report of law firm rates and the 2018 Peer Monitor Public Rates Report of Bay Area law firms. Pearl Decl., Ex. D (Wolters Kluwer Real Rate Report); Pearl Decl. Ex. E (Peer Monitor Public Rates). Mr. Pearl's opinion is that, in relation to rates in the area, the hourly rates employed by both firms are reasonable. *See* Pearl Decl. ¶¶ 16-25.

Academy argues, however, that T&S's rates employed for attorneys—which range from $550 for a fourth-year associates to $1475 for partners is "extraordinarily high" for attorneys in the Northern District of California. Opp. at 5-9. Instead, Academy proposes reduced rates (reflected above).

To support this proposition, Academy's expert, Mr. Stiefel opines that T&S's rates are "extraordinarily high rates for any lawyers, but particularly for attorneys who do not appear to have ever tried a case." *Id.* ¶ 90. Mr. Stiefel explains that for each of the attorneys listed, there is no indication any has tried a case. *Id.* Additionally, Mr. Stiefel states that the requested rates are hundreds of dollars higher than objective rate date for the legal market and two times higher than rates these specific lawyers have previously been awarded in the district for comparable litigation, and four times higher rates lawyers were awarded in nearly identical litigation in other jurisdictions. *Id.*

The rates requested are on the high end of the scale for large firms in the area, though not entirely out of range. According to the Real Rate Report from 2022, upon which experts for both parties rely, the mean for rates of litigation partners in San Francisco was $742. Docket No. 448-2 (Real Rate Report) at 21, 51. The third quartile rate for a litigation partner in San Francisco was $995. *Id.* at 21. The rates requested for partners here are: $800, $925, $1,000, and $1,200. *See* Mot. at 14-15.

Importantly, T&S requested fees in this district two years ago for the same attorneys working on this case that were notably lower. In *Hutto v. Albertsons Companies, Inc.*, Case No. 3:20-cv-07541-MMC (N.D. Cal. 2021), for example, Mr. Thomas requested $740/hour compared

12

to $1,200/hour—a $460/hour or 62% increase over two years. *See also Sullivan v. Safeway, Inc.*, 3:19-cv-03187-MMC (N.D. Cal. 2021) (similar). With the exception of Michael Lingle and Adam Sanderson, who did not work on the *Hutto* or *Sullivan* litigation, other attorneys working on this case sought similarly lower fees in this district in those cases relative to this case, which overall include increases ranging from 32% to 62%.[4]

The general increase in market rates over the last two years does not account for these increases. In another declaration submitted by the Relator (primarily focused upon the RBGG fees), Sanford J. Rosen, partner at RBGG discussed the increase in national rates in the last three years. Docket No. 440.2, Decl. of S. Rosen at ¶ 38. Mr. Rosen attested that national rates have increased, on the upper end, 5.6% on 2021, 5.9% in 2022, and were expected to increase 7-8% in 2023, for a total of an approximately 19.5% increase from 2021 to 2023—on the high end. *See id.* Relator's expert, Mr. Pearl, estimates an even lower increase, attesting that "over the past four years, San Francisco area rates have risen an average of 4-6% per year," or, 18% on the highest side of the range over three years. *See* Pearl Decl. ¶19. Relator accounts for the discrepancy by stating that Ms. Lukasiewicz "only later learned that the rates she used were substantially below the rates awarded by courts in this District in comparable class action cases." *Id.* But in those cases, T&S (particularly, Ms. Lukasiewicz) repeatedly and extensively attested that, based on the experience and skills of the attorneys in the suit the requested fees were appropriate. *See, e.g.*, Stiefel Decl., Ex W (Lukasiewicz Decl. in *Hutton*) at 5-7. And additionally, she attested that the rates asserted were the "standard hourly rates of each attorney and paralegal involved in the matter," (specifically, those the attorneys whose rates are also at issue in this litigation). *Id.* at 7. And the attestations were made in multiple suits. It is thus difficult to simply disregard these sworn statements now.

Accordingly, some reduction of rates for T&S's lawyers is appropriate. However,

---

[4] Jessica Lukasiewicz's rate increased from $700/hour to $925/hour now (32% increase); Jonathan Ferris from $525/hour to $800/hour (52% increase); Connor Tallet from $350/hour to $550/hour (57% increase). *Compare Hutto*, No. 3:20-cv-07541-MMC *and Sullivan*, 3:19-cv-03187-MMC *with* Mot. at 14-15.

13

Academy's proposal is too drastic; it does not even account for year-over-year market increases. Instead, the Court finds it is appropriate to apply the rates T&S sought in 2021, increased by 20% to account for year-over-year inflation. This approach accommodates T&S's delay in payment by accounting for inflation. *Missouri v. Jenkins*, 491 U.S. 274, 282 (1989) (holding that courts have discretion to increase award to compensate for delay in payment).

| Timekeeper | Position | Class | 2021 Rate | Rate + 20% increase |
|---|---|---|---|---|
| J. Nelson Thomas | Partner | 1993 | $740 | $888 (vs. $1200) |
| Jonathan Ferris | Partner | 2012 | $525 | $630 (vs. $800) |
| Michael Lingle | Partner | 2000 | N/A | $860 (vs. $1000)[5] |
| Jessica Lukasiewicz | Partner | 2008 | $700 | $840 (vs. $925) |
| Conor Tallet | Associate | 2018 | $350 | $437.5 (vs. 550) |

Additionally, the rate of Jonathan Ferris is to be reduced. Mr. Ferris requests to be compensated as a partner (at a rate of $800/hour), but T&S's filings show that Mr. Ferris was not promoted to partner until after the case settled in August 2022. *See* Thomas Decl. at ¶ 21 ("Mr. Ferris was promoted to partner at Thomas & Solomon LLP in October 2022. Before becoming a partner at the firm, Mr. Ferris was an associate attorney from August 2012 to October 2022."). Mr. Ferris was awarded $525/hour in *Hutto* and *Sullivan* as an associate. Applying the same 20% market increase reflected above, an appropriate rate is $630/hour for Mr. Ferris.

Multiplying these rates by the hours provided to the Court for each attorney, *see* Docket No. 491, the recovery for each lawyer should is as follows:

| Timekeeper | Hours | Requested | Rate | Total at New Rate | Reduction |
|---|---|---|---|---|---|
| J. Nelson Thomas | 2,558.50 | $3,070,200.00 | $888 | $2,271,948.00 | $798,252.00 |
| Jonathan Ferris | 2,956.90 | $2,365,520 | $630 | $1,862,847.00 | $502,673.00 |
| Michael Lingle | 512.80 | $512,800.00 | $860 | $441,008.00 | $71,792.00 |
| Jessica Lukasiewicz | 74 | $68,450.00 | $840 | $62,160.00 | $6,290.00 |
| Conor Tallet | 623.2 | $342,760 | $437.50 | $272,650.00 | $70,110.00 |
| **Total** | | | | | **$1,449,117.00** |

---

[5] This rate splits the difference between the rate for Nelson Thomas and Jessica Lukasiewicz, as Michael Lingle is in the middle of those two partners in terms of seniority.

ii.     Actual Rates or Reasonable Market Rates

Academy also argues that rates sought by T&S should be reduced because they reflect, at most, a reasonable market rate and not actual rates that T&S charges to its clients. *Id.* Specifically, Academy argues that there is no indication that T&S actually charged or that the Relator paid these rates, or that T&S actually charges any clients the rates requested. *Id.* at 6.

On this point, Academy sought supplemental discovery from T&S to discern standard billing rates it charges clients. *See* Docket No. 449, Ex. 1 (Defendant Academy Mortgage Corporation's [Sixth] Set of Document Requests to Relator Gwen Thrower) at 6 (Request No. 51 "Documents sufficient to identify the rates actually charged by Counsel to clients for work performed in the Northern District of California from 2017 to the present." And Request No. 52 "Documents sufficient to identify Counsel's standard billing rates for new clients from 2017 to the present."). In the Responses and Objections, T&S replied: "Thomas & Solomon LLP has not 'actually charged' any clients for work performed in the Northern District of California from 2017 to the present." Docket No. 471, Ex. B (Response to Request for Documents) at 5-6. And further, "Thomas & Solomon LLP does not have 'standard billing rates for new clients from 2017 to the present.' Thomas & Solomon LLP has not filed any cases on a fee-for-service basis since January 1, 2017." *Id.* at 6.

Ninth Circuit precedent does not dictate that a rate must be reduced unless the firm shows it actually billed clients the rates requested. Rather, although the court may consider actually billing rates, *Polee v. Cent. Contra Costa Transit Auth.*, 516 F. Supp. 3d 993, 998 (N.D. Cal. 2021) (citing *White*, 713 F.2d at 461), counsel is not required to submit evidence of "their own actual billing rates," but can rely upon evidence of a reasonable, community standard in supporting request for fees. *White v. City of Richmond*, 713 F.2d 458, 461 (9th Cir. 1983), *disapproved on other grounds by Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 483 U.S. 711, 718 n.4, (1987). *See id.* ("[W]e take judicial notice of the fact that many civil rights practitioners do not bill their clients at an hourly commercial rate.").

That T&S does not submit evidence of rates it actually charges clients affords the Court room to reduce the hourly rates now claimed. *See also Ferguson* v. *County of Los Angeles*, No.

15

CV 18-6861 DSF (KKX), 2021 WL 3516260, at *7 (C.D. Cal. Jan. 4, 2021).

### iii. Paralegal Rates

In regard to paralegals, Academy also argues that the rates should be reduced from $435/hour and $325/hour to $275/hour unilaterally.  Opp. at 7.

| Timekeeper | Position | Class | Rate | Academy Proposal |
|---|---|---|---|---|
| Sarah Hulbert (SKH) | Lead Paralegal | N/A | $435 | $275 |
| Samuel Noto (SJN) | Paralegal | N/A | $325 | $275 |
| Jonathan Francisco (JDF) | Paralegal | N/A | $435 | $275 |
| MLH | Paralegal | N/A | $435 | $275 |
| CSS | Paralegal | N/A | $435 | $275 |
| GJS | Paralegal | N/A | $435 | $275 |
| MMY | Paralegal | N/A | $325 | $275 |
| MAH | Paralegal | N/A | $325 | $275 |
| CMM | Paralegal | N/A | $325 | $275 |
| AMM | Paralegal | N/A | $325 | $275 |
| JEB | Paralegal | N/A | $325 | $275 |

As Academy points out, aside from Sarah Hulbert, which T&S identifies as a lead paralegal, T&S has not submitted sufficient information about the paralegals, such as years of experience, to justify the increase of rates from $325 to $435.  *See* Pearl Decl. ¶ 21 (opining that "Relator's paralegal rates ($325-$435) also are in line with these court awards"); *see also* Thomas Decl. ¶¶ 37-40 (providing limited information regarding Jonathan Francisco but omitting information about all other paralegals with the increased rate).  Indeed, eight of eleven paralegals are not identified by name in Relator's motion, including three paralegals which are billed at increased rates as Sarah Hulbert, Lead Paralegal (MLH, CSS, GJS).  As the specific "skill, experience, and reputation," is necessary in assessing propriety of fees, *see, e.g.*, *United States v. $28,000.00 in U.S. Currency*, 802 F.3d 1100, 1106 (9th Cir. 2015), the Court finds this is not sufficient information to assess if the deviation in paralegal fees is appropriate.  Accordingly, aside from Ms. Hulbert, the increased $435 rate is not sufficiently supported.

On the other hand, Academy's argument that the rate should be reduced to $275 for all

16

United States District Court
Northern District of California

paralegals is not meritorious.  Recent decisions in the district, even in previous years, find a higher range reasonable.  *See, e.g.*, *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, 2020 WL 7626410 (N.D. Cal. Dec. 22, 2020) (Orrick, J.) (finding paralegal rates of $390-$405 reasonable).  Accordingly, the Court finds the $325 rate appropriate for the paralegals listed aside from Sarah Hulbert, Lead Paralegal, whose position supports the increased $435 rate.  *See id.*

This accounts for reductions as follows:

| Timekeeper | Hours | Requested | Billed at $325 Rate | Reduction |
|---|---|---|---|---|
| Samuel Noto (SJN) | 88.1 | $28,632.50 | $28,632.5 | $0.00 |
| Jonathan Francisco (JDF) | 77.8 | $33,843.00 | $25,285 | $8,558.00 |
| MLH | 37.3 | $16,225.50 | $12,122.5 | $4,103.00 |
| CSS | 35.1 | $15,268.50 | $11,407.5 | $3,861.00 |
| GJS | 21 | $9,135.00 | $6,825 | $2,310.00 |
| MMY | 28.5 | $9,262.50 | $9,262.5 | $0.00 |
| MAH | 28.1 | $9,132.50 | $9,132.5 | $0.00 |
| CMM | 26.3 | $8,547.50 | $8,547.5 | $0.00 |
| AMM | 23.7 | $7,702.50 | $7,702.5 | $0.00 |
| JEB | 21.8 | $7,085.00 | $7,085 | $0.00 |
| **Total** | | | | **$18,832.00** |

b.    Rosen Bien Galvan & Grunfeld LLP ("RBGG")

Academy also argues that RBGG's hourly rates are inflated because the firm seeks to be compensated at rates for 2023 for work it performed as local counsel from the inception of the case through 2021 when it withdrew—despite fees for its merits work already having been paid at its lower rates during the litigation. Opp. at 9-10.  Academy proposes applying RBGG's 2017 rates to account for the fee award, as reflected in its invoices charged.  *Id.*  Indeed, the hourly rates Rosen Bien use in their lodestar calculation range from $405/hour to $1,475/hour depending on title and experience of the timekeeper and reflect its 2023 rates.  The rates are as follows:

| Timekeeper | Position | Class | 2023 Rate | 2017 Rate |
|---|---|---|---|---|
| Sanford Rosen | Partner | 1962 | $1,475 | $1,000 |
| Van Swearingen | Partner | 2008 | $875 | $575 |
| Lisa Ells | Partner | 2005 | $925 | $650 |
| Michael Freedman | Senior Counsel | 2008 | $825 | $575 |
| Karen Stilber | Senior Paralegal | N/A | $435 | $225 |
| Linda Woo | Senior Paralegal | N/A | $435 | $225 |
| F. Gail LaPurja | Senior Paralegal | N/A | $405 | $225 |

17

Relator contends that the 2023 rates are warranted because RBGG charged only the 2017 rates as an exercise of an "extra-generous billing judgment reduction, due to multiple factors." Reply at 5. According to Mr. Rosen, partner of RBGG, its firm chose to apply the 2017 rates for local counsel to T&S, who hired RBGG to act as local counsel and who paid RBGG on a monthly basis because T&S was working on a wholly contingent fee basis. Rosen Reply Decl. (Docket No. 456) ¶ 22. Accordingly, RBGG argues, it should be compensated for the difference due to the delay in payment. *Id.*

Courts have the discretion to compensate for delay in payment. *Missouri v. Jenkins*, 491 U.S. 274, 282 (1989). There, the Court explained that:

> Clearly, compensation received several years after the services were rendered—as it frequently is in complex civil rights litigation—is not equivalent to the same dollar amount received reasonably promptly as the legal services are performed, as would normally be the case with private billings. We agree, therefore, that an appropriate adjustment for delay in payment—whether by the application of current rather than historic hourly rates or otherwise—[may be appropriate].

*Id.* at 283-84. In other words, applying an increased rate may be appropriate to account for inflation such that attorneys are not being penalized for receiving a payment later in time when, had they received the payment in the year the work was performed, each dollar received would have been worth more. *See id.* And the Ninth Circuit explained that: "attorney's fees are to be based on market rates and such rates are based on the assumption that bills will be paid reasonably promptly; delays in payment thus deprive successful litigants of the market rates." *Anderson v. Director, OWCP*, 91 F.3d 1322 (9th Cir.1996). If courts deem such compensation appropriate, compensation can be done either: "(1) by applying the attorneys' current rates to all hours billed during the course of the litigation; or (2) by using the attorneys' historical rates and adding a prime rate enhancement." *In re: Wash. Pub. Power Sys. Sec. Litig.*, 19 F.3d 1291, 1305 (9th Cir. 1994).

These cases are inapposite with the present circumstance. Specifically, RBGG was paid contemporaneously by T&S as work was performed. In other words, there was no delay in payment.

Instead, the payment made to RBGG by T&S should be treated like any other litigation

United States District Court
Northern District of California

18

United States District Court
Northern District of California

cost that T&S incurred during the course of litigation, and T&S should be compensated for the amount it paid to RBGG, not more.

Accordingly, the Court adopts Academy's proposed rates, which compensates T&S for the amounts actually paid to RBGG reflecting 2017 rates —not RBGG's current rates.  However, the Court recognizes that due to the passage of time, T&S may not be made whole if it is only reimbursed for the amount it paid out to RBGG in previous years given e.g., inflation.  The parties have not specific if and what amount of interest, if any, should be added to these rates if any to compensate T&S for the expense it incurred years ago.  The Court finds the below sums are properly awarded to Relator's counsel but leaves open the question of whether interest should be added to this amount.[6]

| Timekeeper | Hours | Requested | 2017 Rate | Granted | Reduction |
|---|---|---|---|---|---|
| Sanford Rosen | 41.9 | $61,802.50 | $1,000 | $41,900 | $19,902.50 |
| Van Swearingen | 146.0 | $127,750.00 | $575 | $83,950 | $43,800.00 |
| Lisa Ells | 20.9 | $19,332.50 | $650 | $13,585 | $5,747.50 |
| Michael Freedman | 0.5 | $412.50 | $575 | $288 | $125.00 |
| Karen Stilber | 12.3 | $5,350.50 | $225 | $2,768 | $2,583.00 |
| Linda Woo | 0.3 | $130.50 | $225 | $68 | $63.00 |
| F. Gail LaPurja | 0.7 | $283.50 | $225 | $158 | $126.00 |

Total reduction:  $72,347.00
Total awarded: **$142,715** ($215,062.00 requested - $72,347.00)

2.    Lodestar Multiplier

Parties also disagree as to whether Relator's requested lodestar multiplier of 2.0 is appropriate.  Relator requests the multiplier be applied only to fees incurred by T&S for merits work, but not for fee motion work or RBGG's work.[7]  *See* Mot. at 6, 8, 24-25; Reply at 15.  Relator primarily argues a multiplier is appropriate because of the unusual skill of merits counsel and the purportedly extraordinary result of the $38.5 million settlement.  *See* Mot. at 19-21; Reply at 15.  Academy argues that the bases Relator relies upon for its multiplier have been accounted

---

[6] Figures below are derived from Docket No. 440-2, Rosen Decl. Attachment 1; Opp. at 9-10.

[7] Academy argues against applying a multiplier for work on the fee award or for RBGG fees. Opp. at 15. But the Relator makes clear it is only requesting the 2.0 multiplier for T&S merits fees.  Reply at 15.

for in its hourly rate and that the result it claims is extraordinary is not so. *See* Opp. at 10-14.

Generally, there is a "strong presumption that the lodestar," absent a multiplier, is sufficient. *Chambers v. Whirlpool Corp.*, 980 F.3d 645, 665 (9th Cir. 2020) (quoting *Perdue v. Kenny A. ex rel. Winn,* 559 U.S. 542, 546-52 (2010)). Thus, adjustments are reserved only for "rare and exceptional circumstances." *Chambers*, 980 F.3d at 665. Such rare circumstances include where an attorney engages in superior performance shown to achieve results "more favorable than would have been predicted based on governing law and the available evidence," an upward calculation can be appropriate. *Perdue*, 559 U.S. at 554. However, the Court in *Perdue* made clear that such increases are not warranted where the exceptional result is due to something other than attorney performance, e.g., a particularly sympathetic jury. *Id.* Additionally, the *Perdue* Court explained that the purpose of the multiplier is to account for factors that are not already incorporated into the rates that attorneys charge. *See id.* at 554-55.

In applying *Perdue*, the Ninth Circuit held that bases subsumed in the hourly rate should not be the bases to support a multiplier. *Whirlpool*, 980 F.3d at 665-668. There, the Ninth Circuit explained that "a multiplier may not be awarded based on a factor that is subsumed in the lodestar calculation." *Id.* at 665 (internal quotations omitted). *See also In re Bluetooth*, 654 F.3d at 942 n.7 (many of the *Kerr* factors for determining reasonable attorney's fees are "subsumed within the initial calculation of hours reasonably expended at a reasonable rate") (citation omitted); *Parsons v. Ryan*, 949 F.3d 443, 467 (9th Cir. 2020) ("Any reliance on factors that have been held to be subsumed in the lodestar determination will be considered an abuse of the trial court's discretion.") (citation omitted).

The Court finds that Relator's counsel's work resulted in an exceptional result, warranting an upward multiplier. T&S achieved in an exceptional result in keeping this case alive, notwithstanding the Government's attempts to extinguish it. This was an unexpected and positive result for the Relator. However, the multiplier should be somewhat reduced because T&S's involvement in the case became more limited as the case progressed.

Here, T&S—on behalf of whistleblower Gwen Thrower who was a former underwriter for Academy—secured a $38,500,000 settlement, restoring just under $27,000,000 to the U.S.

20

United States District Court
Northern District of California

Treasury (less $11,511,500 to Gwen Thrower) for an allegedly fraudulent and pervasive scheme of insuring loans that should not have been insured.  *See* Rosen Decl. ¶ 53 (describing settlement); Mot. at 2; Docket No. 117 at 1-5 (Order Denying MTD and to transfer); *see also Academy Mortgage Corporation Agrees to Pay $38.5 Million to Settle False Claims Act Allegations Related to Mortgages Insured by the Federal Housing Administration*, Office of Public Affairs (December 14, 2022), https://www.justice.gov/opa/pr/academy-mortgage-corporation-agrees-pay-385-million-settle-false-claims-act-allegations (describing settlement terms)*.*  As Academy correctly notes, the recovery amount is in line with a median range of settlements in other False Claims Act recovery cases which vary substantially in amounts.  *See* Docket No. 448-1, McElroy Decl., Ex. 13 (list of FCA settlement amounts ranging from $4.1 million to $9.6 billion against Bank of America in a case relating to the 2008 financial crisis).

However, what is clearly distinct about this case is that the Relator prevailed in receiving a settlement, notwithstanding the Government seeking to prevent the case from proceeding.  Docket No. 60.  Relator thus was not only battling Defendant Academy Mortgage, but also the Government.  *See id.* The Government argued that it performed a cost-benefit analysis in pursuing the case, and the case failed that analysis.  *Id.*  This Court denied the motion to dismiss filed by the Government—and allowed the case to continue, reasoning that the Government's investigation of the claims was arbitrarily limited to just one location and a limited timeframe of an 18-month period.  *See* Docket No. 97.  The Government described the decision as unprecedent, explaining that "no court had ever permitted the continuation of a qui tam action in the United States' name that the United States sought to end."  Reply Brief for United States, Ninth Circuit ECF No. 51 at 2, 2019 WL 4132218.  The decision attracted media attention, given the unique issues involved.  *See* Thomas Decl. ¶ 146 & Exs. K, L.  Academy does not refute Relator's assertion that the suit surviving, which resulted in the settlement here, was if not the first of its kind, very rare.

And the case surviving is directly attributable to T&S's investigative work.  Specifically, the narrowness of the Government's investigation, which was the basis for denying the motion to dismiss, was made apparent precisely because of the scope and breadth of the investigation that T&S engaged in in bringing its claims against Academy.  T&S engaged in a multi-week

21

United States District Court
Northern District of California

investigation, expanding the scope to assess Academy's policies and practices throughout the country by identifying, locating, and interviewing former employees across the country to see if Relator's experiences were indeed pervasive. *See* Docket No. 440-1, Thomas Decl. ¶¶ 79-91. These efforts included cold calling individuals not only based upon an employee list but by combing through phone numbers to try and locate employees not necessarily listed and by using skip tracing to find individuals with bad phone numbers. *Id.* ¶¶ 85-86. Through extensive interviews T&S found evidence of fraudulent schemes, including pressuring management to make exceptions for government-required conditions on files, allowances to override underwriter's conditions, improper bonus payments, and adverse actions against employees who did not approve loans. *Id.* ¶ 85. Through this, T&S filed an amended complaint alleging a significantly more pervasive and systemic practice of fraudulent loan underwriting than the Government's investigation portrayed. Docket No. 45. Additionally, the legal theories asserted involved fraud requiring that the complaint meet a heightened pleading standard of Fed. R. Civ. P. 9(b), again increasing the hurdle T&S faced in keeping the suit alive.

Accordingly, an upward multiplier is appropriate in this case. *See Perdue*, 559 U.S. at 554 (finding that attorney's performance resulting in more favorable outcomes "than would have been predicted based on governing law and the available evidence" warranting a multiplier); *Espinosa*, 926 F.3d at 657-68, 572 (upward calculation appropriate based in part upon counsel's involvement in achieving settlement).[8]

However, Relator also justifies the multiplier on the basis that T&S worked on this case on a contingency basis; T&S thus should receive an increased fee award multiplier to account for that risk. The parties dispute whether contingency is ever an appropriate factor to consider in awarding

---

[8] Relator also cites *Kelly v. Wengler*, 822 F.3d 1085, 1093, 1103 (9th Cir. 2016) to support its argument. But that case is distinguishable. There, the Ninth Circuit affirmed multipliers of 2.0 and 1.3 based upon "extraordinary performance yielding extraordinary results," and because the "quality of work that produced these results [was] underrepresented in the hourly fee." *Id.* But fees were being awarded pursuant to the Prison Litigation Reform Act ("PLRA") which caps the reasonable, hourly fee result. *Id.* at 1103. The Ninth Circuit recognized that the "prevailing rates are very unlikely to be as low as the PLRA rate." *Id.* Accordingly-the multiplier was used to correct deflated rates under the PLRA. *Id.* Here, there is no cap on fees or other deflation of fees per the FCA.

United States District Court
Northern District of California

an upward multiplier.  *See* Docket No. 493 at 3-4 ("[R]isk, like extraordinary results and undesirability, remains a principal factor to set a multiplier."); Docket No. 488 at 2 ("[T]he Supreme Court has concluded that a contingency fee enhancement is 'incompatible' with fee shifting statutes.").  Even assuming it is an appropriate factor to consider, an upward multiplier solely to account for the contingency fee arrangement is not compelling in the present suit.  As exhibited in a supplemental filing by Academy, T&S entered into a separate agreement with Relator, providing that T&S would be compensated 40% of the settlement fee paid to the Relator, *in addition* to receiving the assignment of Relator's right to recovery attorneys' fees under the False Claims Act as a "Contingency Fee."  *See* Docket No. 485-2, Ex. 3 at 1-2, 5.[9]  Accordingly, the contingency agreement which serves to supplement T&S' compensation above and beyond the fee award herein (with no offset or credit) serves somewhat as a counterbalance to the risk that T&S incurred.

Additionally, as the suit progressed, T&S took somewhat of a reduced level of involvement.  Specifically, T&S conducted only one deposition and attended but did not defend Relator's deposition; that was done by Reese Marketos (a trial-specific firm brought on by T&S and the Relator).  *See* Docket No. 440-1, Thomas Decl. ¶ 169.  And T&S attorneys did not attend or partake in other depositions including of Relator's designated expert witnesses.  *Id.* ¶¶ 170-174.  Additionally, though T&S effected the exceptional result achieved in the case by keeping it alive against stacked odds at the outset, T&S does not contest Academy's assertion that T&S was not primarily responsible for negotiating the ultimate settlement resolving the matter.  *See* Opp. at 13; Reply at 15.  .  *See, e.g.*, *United States ex rel. Carranza v. Guaranteed Rate, Inc.*, No. 1:17-cv-637 (MAD/DJS), 2021 U.S. Dist. LEXIS 24997, at *18 (N.D.N.Y. Feb. 10, 2021); (reducing award in part because, while T&S "may have expended a great deal of effort in this case, they did not settle it. The United States Government intervened in the case on April 29, 2020 and settled the

---

[9] The DOJ reported that the Relator has or will collect $11,511,500 from the settlement. *See* https://www.justice.gov/opa/pr/academy-mortgage-corporation-agrees-pay-385-million-settlefalse-claims-act-allegations.  Thus, T&S stands to recover $4,604,600 ($11,511,500 x .4).

United States District Court
Northern District of California

case.").[10]

In summation, the Court finds that a multiplier is appropriate, but the full 2.0 multiplier for T&S requested by Relator is not warranted considering all the circumstances. Though T&S achieved an exceptional result and did undertake a substantial litigation risk given the position of the United States, warranting a multiplier, the firm took a lesser role as the suit progressed, was not primarily responsible for negotiating the settlement, and the risk it took was counterbalanced to some extent by the private contingency agreement entitling it to fully 40% of the settlement fee paid to relator (roughly $4 million) in addition to the fee awarded herein (with no offset or credit). Accordingly, to account for T&S's substantial, successful and heroic work that kept this case alive, allowing for the unlikely, positive settlement in Relator's favor—but in consideration of the aforementioned mitigating factors—the Court finds a **1.75 upward multiplier** appropriate, applied only to T&S merits work.

3.   Excessive or Duplicative Fees

Academy argues several tasks performed by T&S are excessive or duplicative including: (1) sending and reading emails; (2) time entries for internal conferencing; (3) and that specific projects including search for trial counsel, hours to draft the appeal brief, and reviewing transcripts were excessive; and (4) that T&S billed excessive hours for recycled work product. Opp. at 14-21. Academy also argues that Relator's failure to provide raw data entries warrants a reduction in fees. Docket No. 463 (Academy's First Supplemental Opposition) at 1-4; Docket No. 470 (Academy's Second Supplemental Opposition) at 1-4 (reasserting arguments). Each argument is addressed in turn below.

As explained above, a level of deference is afforded counsel's judgement as to what they had to do and the time they had to spend to achieve the results in the case. *Moreno*, 534 F.3d at

---

[10] Academy also argues against a multiplier because the Supreme Court, after this case settled, clarified the standard for approving a government's dismissal of a qui tam action under the FCA—making it more favorable to the government. *United States ex rel. Polansky v. Executive Health Res., Inc.*, 216 L. Ed. 2d 370 (U.S. 2022); Opp. at 14. But that only addresses the merits of the case surviving now—not whether T&S engaged in work worthy of a multiplier. If anything, this argument highlights the uncertainty in the law that T&S faced at the time of the decision.

1112; *Greenpeace, Inc.*, 2020 WL 2465321, at \*9.  Still, there are particular aspects of the fee request that warrant closer analysis, as addressed below.

### a.     Sending and Reading Emails and Internal Conferencing

Academy takes issue with T&S's time entries for what it describes as a "pattern and practice" of engaging in excessive and duplicative billing for sending and reading "simple emails." Opp. at 15-17.  Particularly, T&S takes issue with the fact that, as explained by its expert, of 10,148 line-item billing entries reviewed 49.4%[11] are related to reviewing or sending an email and of those, 90.4% were billed at 0.2 hours or more with an average of 0.27 hours for each.  Stiefel Decl. ¶ 34.  Additionally, T&S points to particular examples of what they call egregious billing, such as charging 3.2 hours to exchange four emails with Academy regarding a stipulation to adjourn dates for two weeks in the matter.  Opp. at 15.  To account for these purported errors, Academy's expert proposes a 75% deduction to the time billed for emails.  Stiefel Decl. ¶ 98.

Courts recognize that in modern litigation, attorneys regularly rely on email communication to conduct legal work.  *See, e.g.*, *Prison Legal News v. Schwarzenegger*, 561 F. Supp. 2d 1095, 1103 (N.D. Cal. 2008); *Ridgeway v. Wal-Mart Stores Inc.*, 269 F Supp 3d 975, 988 (N.D. Cal. 2017).  In *Prison Legal News*, Judge Illston considered whether entries billing for email exchanges were impermissibly vague or otherwise unsupported.  561 F. Supp. 2d at 1103.  Judge Illston explained that the surrounding language provided additional context and recognized that, "it is not unreasonable to expect that the partner supervising the case would have multiple entries for … emailing with the associates working with him."  *Id.*  However, in *De Leon v. Ricoh USA, Inc.*, Judge Corley determined "individual attorneys separately billed for reviewing the same email (for the same amount of time)" did not reflect sound billing judgment, as "counsel should make a food faith effort to exclude from a few request hours that are excessive, redundant, or otherwise unnecessary."  *De Leon v. Ricoh USA, Inc.*, 2020 WL 1531331, at \*16 (N.D. Cal. Mar. 31, 2020).

The findings by courts such as *Prison Legal News* and *Ridgeway* are sound insofar as they

---

[11] In Academy's opposition it states  that this percentage relates to 9,917 time entries reviewed, but its expert used the figure 10,148—which represents time billing entries also including entries removed per judgment reduction by Relator.  *Compare* Opp. at 15 *with* Stiefel Decl. ¶ 34.

25

reflect that emails are a valid and substantive part of case management in today's world. As Relator points out, email exchanges are often the forum wherein substantive legal work is exchanged and replace what would previously have been billed as e.g., drafting or reviewing a legal memorandum or letter. To this end, Relator's expert, Mr. Pearl explains that "managing a complex case with a large team necessarily generates a great deal of email traffic." Pearl Decl. ¶ 36. And the emails are used as a more efficient means to share "critical information, compared to scheduling and holding meetings and phone calls." *Id.* Given this, that a large percentage of time entries appear to have centered around email exchanges does not necessarily indicate that the work involved therein was not compensable.

However, Academy rightfully points to particular entries that reflect unnecessary or redundant billing for email exchanges that reflect the sort of unsound billing judgment described by Judge Illston in *De Leon.* Specifically, the following entries reflect redundancies or excessive billing and are to be reduced from the award: 0.6 hours ($600 before multiplier) billed by three attorneys (two associates and two partners) to J. McElroy on March 29, 2017, reading "Thanks, Jason. Yes, we are planning on amending." Thomas Decl., Ex. M. at 173; 0.6 hours ($600 before multiplier) billed by three attorneys (two partners and on associate) reviewing a May 22, 2017, email from J. McElroy that read "Jon: Please let me know when you have a minute to talk today." *Id.* at 181; 0.9 hours ($900 before multiplier) billed by six attorneys (four partners and two associates) spent reviewing a December 13, 2028, email from J. McElroy that read "Good afternoon: Please find attached a copy of the Proposed Order relating to Defendant's Motion to Compel Rule 45 Subpoena served today in the above captioned matter. The proposed order relates to docket number 157. Best regards, Jason W. McElroy." *Id.* at 228; 0.6 hours ($640 before multiplier) billed by three attorneys (two partners and on associate) reviewing an October 12, 2021, email from J. McElroy that read "All: Please find attached Academy Mortgage Corporation's Second Set of Requests for Admission. Please note that we have encrypted and password-protected the file due to the confidential documents attached as exhibits. I will send the password via separate communication." This results in a reduction of **$2,740** pre-multiplier.

However, Academy's assertion that this represents a "pattern and practice" of inflated

billing regarding emails is not supported.  These represent only four examples of errors from close to 10,000 entries that were submitted to the Court, which is a negligible percentage.  Thus, an across-the-board reduction of 75% as Academy's expert suggests is not warranted here.

### b.    Internal Conferencing

Generally, excessive time spent for internal communications or "intra-office conferencing" such as time spent conferring and strategizing should be reduced.  *See De Leon*, 2020 U.S. Dist. LEXIS 56285, at \*49; *Hernandez v. Taqueria El Grullense*, No. 12-cv-03257, 2014 U.S. Dist. LEXIS 61020, at \*33 (N.D. Cal. Apr. 30, 2014).  Academy argues that what it describes as excessive time spent conferencing, conferring, meeting, calling, strategizing, commenting, sending/reviewing memos, and other communications.  Stiefel Decl. ¶ 24, Ex. D.  To support its assertion Mr. Stiefel, Academy's expert, compiled an exhibit identifying the entries that it deems are offensive internal communications.  Stiefel Decl., Ex. D.  Mr. Stiefel explains that these entries among to 1,856.4 billable hours that should be reduced for reflecting excessive internal communications and conferences amongst T&S attorneys.  Stiefel Decl. ¶¶ 24, 33.  However, Relator submitted a convincing rebuttal declaration identifying—line by line—errors made in the submission of Mr. Stiefel in its exhibit purporting to identify internal communications. Rosen Reply Decl. ¶¶ 29-33 & Ex. B.  Specifically, Mr. Rosen highlighted in yellow each entry of the hundreds of entries listed that either (1) involve external communications; (2) entries lacking indication of any conferring; (3) wherein conferencing is just one of multiple activities in the same description; or (4) entries including in Mr. Stiefel's report that were marked as no-charge based upon billing judgment reductions.  *See id.*  In reviewing the line-by-line annotations, Mr. Rosen's accounting is reflective of the communications and serves to expose errors in Mr. Stiefel's exhibit. Accordingly, the Court rejects the recommendation by Academy's expert to reduce the internal conferencing fees unilaterally by 75%.

### c.    Recycled Work Product

Courts also warn against billing for complaints that are drafted that are either boilerplate or nearly identical to other complains.  *G & G Closed Circuit Events, LLC v. Hung Ho*, No. 11-CV-03096-LHK, 2012 U.S. Dist. LEXIS 104029, at \*6-7 (N.D. Cal. July 25, 2012).  Academy argues

United States District Court
Northern District of California

27

that time spent working on Relator's initial complaint and amended should be deemed duplicative or excessive. Opp. at 20-21. In review of Complaints filed by the United States in another case, *United States v. Quicken Loans*, Inc., No. 15-cv-00613, ECF No. 1, ¶¶ 28-97, 99-101 (D.D.C. April 23, 2015) and the initial complaint here, Docket No. 1 ¶¶ 27-91, 115-17, it appears that certain allegations are nearly identical. Relator does not dispute Academy's argument as to this point. *See generally* Reply. Accordingly—a reduction of fees for the 87.5 hours drafting the initial complaint is appropriate. However, as explained in reference to the appropriateness of the multiplier in this case, the amended complaint in this action, Docket No. 45, which withstood the government's motion to dismiss based upon an extensive investigation of Academy's practices cannot likewise be said to be anything close to "boilerplate," particularly given that it resulted in the unprecedented event of the case continuing despite the government's opposition. No reduction is warranted per the drafting of the amended complaint.

> d.   Specific Projects

Academy also argues that other specific projects do not warrant compensation. Opp. at 19-20. First, Academy argues that the appeal brief drafted before the Ninth Circuit should not have taken 333.2 hours to draft. *Id.* at 20 (citing *Cruz v. Starbucks Corp.*, No. C-10-01868 JCS, 2013 U.S. Dist. LEXIS 79231, at *28 (N.D. Cal. June 5, 2013) (reducing excessive drafting time)). However, Academy bases this argument on the fact that the appeal was ultimately dismissed for an issue raised *sua sponte*, i.e, lack of appellate jurisdiction. Opp. at 20. Yet that outcome was not known to Relator at the time that it filed the appellate brief. As explained in Relator's opening motion, the Relator spent substantial time conducting research and drafting the brief on the merits of the issue that was permitted for review on interlocutory appeal—namely issues as to certification and promissory fraud raised in the amended complaint. *See* Mot. at 9; Docket No. 134 at 3. The Ninth Circuit *also* directed the parties to address jurisdiction, but that does not negate the need to argue on the merits. It would be irresponsible for the Relator to forego addressing the merits and to have opted only to argue about appellate jurisdiction. Accordingly, Academy's contention that "T&S does not explain why this time was justified," is not true. Opp. at 20. This argument is thus rejected.

United States District Court
Northern District of California

Next, Academy argues that T&S should not be afforded 125.6 hours in its search for trial counsel. *Id.* at 19. Academy is correct that time spent locating counsel should be reduced or omitted. *See Ferguson*, 2021 U.S. Dist. LEXIS 196302, at *20 (excluding time requested for locating local counsel). Spending over 100 hours finding counsel is excessive; and time spent solely identifying trial counsel should be excluded. *See id.* On the other hand, certain of the identified time entries by Academy do not relate to the search for counsel at all, but involve substantive communications between trial counsel and T&S. *See* Stiefel Decl. ¶ 71 & Ex. O (identifying, e.g., time entries involving "deposition updates" for those that should be excluded). These substantive entries involving trial counsel stand.

Lastly, Academy argues that time spent (69 hours) reviewing transcripts from another case— United States of *America v. Allied Home Mortgage Corporation, et al.*, Case No. 4:12-cv-02676 (S.D. Tex) should be excluded entirely because that is a distinct case not relevant to this one. Opp. at 20 (citing *Skidmore v. Gilbert*, No. 20-cv-06415, 2022 U.S. Dist. LEXIS 180114, at *24 (N.D. Cal. Sep. 30, 2022) (reducing time spent reviewing deposition transcripts in another case as excessive). Relator justifies the time by explaining that the *Allied* case involved the same defense counsel firm as here and because it also involved an FHA mortgage fraud case under the False Claims Act. Reply at 9; Thomas Reply Decl. ¶ 40. To this end, Relator reviewed the transcripts from that trial to "effectively and efficiently identify the types of documents to obtain in discovery to show elements such as scienter and materiality." *Id.* This strategy appears to be sound, given that the two actions overlapped both in terms of counsel litigating the case and in the idiosyncratic subject matter at issue. Accordingly, and in light of the deference afforded to counsel that have obtained a successful outcome in work that is necessary to succeed, *Moreno*, 534 F.3d at 1112, this project is compensable.

e.   Raw Data Entries

Academy also argued in its supplemental filings (spurred by post-judgment discovery targeting the fee request), arguing that the fee award should be reduced because Relator did not submit raw data entries. *See* Docket No. 463 (Academy's First Supplemental Opposition) at 1-4; Docket No. 470 (Academy's Second Supplemental Opposition) at 1-4 (reasserting arguments).

United States District Court
Northern District of California

29

United States District Court
Northern District of California

Academy argues that the raw data entries are necessary to prove that the time entries were created contemporaneously instead of subsequently reconstructed.  However, this Court previously rejected this argument in its order denying Academy's Request for Relief from a Magistrate Judge's decision, citing the attestations of Relator's counsel that the entries were contemporaneous, and lack of evidence presented by Academy to negate the attestations.  Docket No. 478 at 2 (explaining that Academy's basis for arguing reconstruction occurred per number of hours spent reviewing time entries is explained by the need for counsel to review and vet time entries across seven years of litigation for numerous timekeepers).  The fee award is not to be reduced on this basis.

### 4.    Summary of Fees for Merits Work

Relator seeks the following: (1) merits fees of $12,622,146.70  , based on a merits lodestar of $6,418,604.35(7,277.3 hours (T&S) multiplied by varying hourly rates ($6,203,542.35) and 222.6 hours (RBGG) multiplied by varying hourly rates ($215,062.00)), and a 2.0 multiplier).

The Court finds an appropriate lodestar is $4,735,593 ($6,203,542.35 - $1,467,949.00 reduction for hourly rates of attorneys and paralegals) for merits work, less $2,740 (email entry reductions), $242,920.75 (reduction for redundant work in drafting initial complaint, and $115,400 (time spent locating counsel); this amounts to $4,374,532.25 pre-multiplier.  Accounting for the multiplier of 1.75, T&S is to be awarded **$7,655,431.44** ($4,374,532.25 x 1.75) for its merits work. RBGG is to be awarded **$142,715** ($215,062.00 requested - $72,347.00 reduction for hourly rates) and potentially additional interest. This amounts to a total merits fee award of **$7,798,146.44**.

### B.    Fee Award for Work on Fee Application

The Relator initially sought $737,379.55 for work it performed regarding the fee application ($403,522.88 for T&S and $333,826.68 for RBGG) for 836.8 hours of work performed through May 2023 when the initial motion was filed.  Mot. at 23.  This incorporates a 19.7% judgment reduction (bringing the total down $181,110.95).  *Id.*  This work extended to May 2023. *Id.*  In a supplemental filing, Relator increased the amount sought, asking for additional fees incurred due to additional work on the fee motion between May 20 and June 16 performed by RBGG in that amount of $111,530.50, relating to the reply brief and other work in connection

with the fee motion.  Docket No. 447 ¶ 5.  And subsequently, Relator requests an additional $146,436.80 for work performed by RBGG from June 17 through August 13.  Docket No. 456 at 14; Rosen Supp. Decl. ¶ 68 & Attachment 1.  In total, Relator requests $995,346.85 for work spend on its fee motion for over 1,000 hours of work on the fee motion.  Rosen Supp. Decl. (Dkt. 447) Ex. C; Rosen Second Supp. Decl. (Docket No. 456) ¶ 68.

Academy concedes that the Relator is entitled to recover fees for time spent pursuing a motion for attorney's fees and costs under the FCA.  Opp. at 21.  However, Academy argues that the extent of the fees requested are facially unreasonable, that the fees should be reduced because T&S refused to negotiate in good faith, increasing work to be done, and because the motion contains excessive time spent reviewing time entries.  *See* Opp. at 21-22.  Academy re-raised these arguments in its supplemental filings (spurred by post-judgment discovery targeting the fee request).  *See* Docket No. 463 at 3-4; Docket No. 470 at 3-4.  Academy's expert proposes applying a reduction model, which would eliminate tasks such as duplicative work and time vague billing, would allow accreditation for 502.2 hours of work ($267,163.13) relating to the fee motion.  Docket No. 448-2 at 99.  Relator's position is that the fees are reasonable, necessary for the motion, and that Academy unnecessarily increased the amount of work that its counsel had to spend on its fee motion (not the other way around).  Reply at 11-14.

A.  Reasonableness

In several cases (cited by Academy) courts in this circuit have found that much fewer hours than 1,000 spent on a fee motion are excessive.  *See Dytch v. Lazy Dog Rests., LLC*, No. 16-cv-03358-EDL, 2019 2019 WL 3928752, at *6-8 (N.D. Cal. Aug. 16, 2019) (94.6 claimed hours on motion for fees unreasonable and excessive and reducing to 60.0 hours); *Rodriguez*, 53 F. Supp. 3d at 1284-85 (123.5 hours on motion for fees unreasonable and excessive); *Hernandez v. Spring Charter Inc.*, No. 19-cv-01479-TSH, 2020 U.S. Dist. LEXIS 42395, at *15-16 (N.D. Cal. Mar. 11, 2020) (25 hours on motion for fees unreasonable and excessive); *Rosenfeld v. U.S. Dep't of Justice*, 904 F. Supp. 2d 988, 1008-09 (N.D. Cal. 2012) ($85,570 spent on motion for fees unreasonable and excessive); *Pub. Resource.org v. U.S. Internal Revenue Service*, No 13-cv-02789, 2015 U.S. Dist. LEXIS 175943, at *24-25, (N.D. Cal. Nov. 20, 2015) (58.7 hours on

United States District Court
Northern District of California

motion for fees unreasonable and excessive).

But this does not necessarily end the inquiry.  In most of those cases, the court found the fees excessive because the filing should have been "straightforward," or "boilerplate" and the fees were not heavily contested, and the litigation was shorter.  *See Dytch*, 2019 WL 3928752, at *7 (fee request should have been a  "straightforward filing" and only three-year litigation); *Defenbaugh*,  2004 U.S. Dist. LEXIS 16256, at *39-40 (motion was "to a large degree, boilerplate"); *Rosenfeld*, 904 F. Supp. 2d at 1009 (finding similar and employing 20% reduction for the fees on fee); *Pub. Resource.org*, 2015 U.S. Dist. LEXIS 175943, *24-25 (similar).  And in *Rodriguez*, the court noted that this particular firm "frequently requests unreasonably high fees" on fee motions and accounted for it in the filing.  53 F. Supp. 3d at 1285.

Here, Relator justifies the time spent on the fee motion, writing that it required a "massive effort."  Docket No. 456-1, Pearl Decl. ¶ 74.  There are certain aspects of the suit that made the motion more complicated.  There were seven years of time records to review, both for legitimacy and to redact privileged information.  *Id.*  Additionally, Mr. Thomas (partner at T&S) drafted a substantial declaration to explain the history of the case, including "all of its twists and turns," including the interactions between Relator and the government.  *Id.*  On top of that, it is certainly true that this fee motion has been contested fairly extensively by the parties.  *See* Docket Nos. 440, 447-48, 456, 463-65, 470-74 (briefing regarding fee motion).  Indeed, the issue of fees was specifically carved out from the settlement agreement, *see* Docket No. 438 (Order Approving Partial Dismissal), indicating to Relator's counsel that this would be a motion that would endure a fight.

Still, these factors do not seem so extreme as to account for the large difference between fees which courts have regularly recognized as reasonable and the 1,000 hours spent here.  To this end, Relator does not assert, nor is the Court aware of cases awarding fees for 1,000 hours spent on a motion fee.  In one instance, a court approved a request for 600 hours of fee-related work. *United States v. City & Cnty. of San Francisco*, 748 F. Supp. 1416, 1438 (N.D. Cal. 1990), *aff'd in in relevant part Davis v. City & Cnty. of San Francisco*, 976 F.2d 1536 (9th Cir. 1992) (finding that "the total number of hours expended [on the fee motion], just under 600, is quite reasonable

32

given the vigor with which the City challenged the fee petition."). Relator cites to one additional case, *Wit v. United Behavioral Health*, 578 F.Supp.3d 1060, 1086 (N.D. Cal. Jan. 5, 2022), where in the court compensated the attorneys for 1,279 hours of fee motion work). However, the fee award was subsequently vacated and remanded—though summarily due to non-opposition of the parties. *Wit v. United Behav. Health*, No. 22-15184, 2023 WL 8723695, at *1 (9th Cir. Dec. 15, 2023).

The Court finds it appropriate to apply a discretionary 10% overall "haircut" to the fees-on-fees work. *Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008) (holding that a district court may apply a 10% haircut on fee award as a matter of general discretion); *see also Greenpeace*, 2020 WL 2465321, at *9 (citing *Moreno*, 534 F.3d at 1112). The fee motion here is certainly more complex than a typical motion, but the over 1,000 hours spent on it is exceeds that spent on other complicated fee motions. *See, e.g.*, *City & Cnty. of San Francisco*, 748 F. Supp. at 1438 (awarding fees for 600 hours of fee motion work).[12]

C.    Failure to Negotiate in Good Faith

Academy also argues that T&S refused to negotiate reasonably regarding its fees and held up the negotiations by refusing to provide detailed time records in a timely fashion. Opp. at 22-23. T&S did engage in some stalling. Specifically, T&S declined to provide detailed time records in September 2022 to facilitate fee discussions, though offering to provide general time entries, and provided the records only one week before filing its motion for fees in May 2023. *See* Docket No. 448-1, McElroy Decl., Ex 3 (email from J. Nelson to J. McElroy, September 26, 2022, explaining "In terms of turning the time records, I don't see the need to exchange the records here as we have never done so in the past and have resolved fee disputes with your firm. If it would put an end to the issue, I would consider making an exception and providing the time worked by timekeepers for the general stages of the case.").

However, it does not appear based on the evidence submitted by Academy that Academy

---

[12] Academy seeks a reduction to 503 hours (reflecting over a 50%) reduction. But such a severe reduction is not appropriate; the litigation here spanned seven years (culminating in 9,000-time entries), was thoroughly vetted by Relator's counsel, and also that the motion was heavily litigated by the parties.

United States District Court
Northern District of California

took T&S up on its offer to provide more general time entries, or took a collaborative approach in regard to negotiations, either. *See id.* (repeating only Academy's request to receive detailed time entries when Mr. Nelson offered general time entries to facilitate settlement discussions). And it is doubtful that providing the specific time entries would have impactful upon settlement discussions, particularly given the wide difference between fees Academy thinks are appropriate and those sought by the Relator, along with the numerous arguments Academy has raised to rebut fees in its opposition to the fee award motion. Additionally, Academy, for its part, also made choices that drove up time spent on the fee petition. This includes requesting extensions for the fee hearing, Docket Nos. 445 and 450, seeking supplemental discovery on the fee petition, Docket No. 449, raising a discovery dispute via letter before Magistrate Judge Kim, Docket No. 461 (which Academy also challenged before this Court, Docket No. 469). Relator's counsel, however, is not requesting fees for the time spent on this supplemental discovery and in continuing to defend its fee petition. Accordingly, the Court does not apply an additional reduction on this basis.

D.      Time Spent Vetting Entries

Academy also argues that the fee award motion includes excessive fees because the amount of time spent reviewing and preparing documents for the fee request was excessive (approximately 178.9 hours) and because the work was duplicative insofar as RBGG also reviewed and checked T&S's work vetting those fees. Opp. at 23-24.

The Court previously determined in its order denying relief from the Magistrate Judge's decision that the amount of time spent vetting the records in this case appeared appropriate, considering that the entries were associated with seven years of billing records, involved thousands of time entries, and were vetted against emails and documents. Docket No. 478. This was in context of rejecting Academy's argument that the hours necessarily were indicative of reconstructing time entries (as opposed to vetting contemporaneously submitted time entries). However, the Court did not consider whether the time RBGG engaged in reviewing the entries was duplicative or whether the time spent on this task was warranted.

Courts outside of this circuit have explained that lawyers have an "ongoing duty

34

United States District Court
Northern District of California

throughout the litigation to maintain an accurate record of its time[.]" *Elec. Privacy Info. Ctr. v. U.S. Dep't of Homeland Sec.*, 218 F. Supp. 3d 27, 52 (D.D.C. 2016); *see also Perez v. Garcia*, No. 15-20615-CIV, 2016 U.S. Dist. LEXIS 78517, at *16 (S.D. Fla. June 16, 2016) ("Attorneys who anticipate making a fee application must maintain contemporaneous, complete and standardized time records which accurately reflect the work done by each attorney."). In this sense, the contemporaneous billing records could have been maintained throughout litigation and submitted to the Court with little review or additional billing. However, courts in this circuit regularly, and rightfully warn counsel applying for fees to "review all entries" carefully and to "exercise the judgment necessary" to ensure issues such as e.g., overbilling do not take place in submitting fees. *Dusty S. v. Kijakazi*, 2021 WL 9763052, at *3 (E.D. Wash. Sept. 23, 2021). *See also Charlotte J. v. Kijakazi*, No. 2:20-CV-00278-MKD, 2021 WL 9747975, at *2 (E.D. Wash. Sept. 15, 2021) ("Plaintiff's counsel is asked to review all entries and exercise the judgment necessary to ensure overbilling does not occur."). Indeed, it was this review of entries and exercise of judgment that led to a reduction of approximately 19% of Relator's counsel's overall fees. *See* Mot. at 3; Thomas Decl. ¶¶ 211-213; Rosen Decl. ¶¶ 45 & Ex. H, 56-57. Accordingly, it is an appropriate task to review time entries and to vet those entries against emails and documentation, along with entries by other attorneys to ensure the fees requested are appropriate.

On the other hand, it is not clear why T&S had its work regarding its fee records double checked by RBGG. Decl. of N. Thomas at ¶ 191. Relator has not established that this is a necessary practice. And generally, duplicative work is not compensable. *See, e.g.*, *Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008) (explaining that attorneys producing overlapping work product is duplicative unless redoing the work is necessary, e.g., in updating research to account for additional case law development). Accordingly, the time RBGG spent double-checking the time entries should be omitted from the calculation. This amounts to a reduction of **$120,476** (178 hours).

In summation, the Court imposes a 10% reduction in the fee motion award to account for hours appearing somewhat excessive (over 1,000 hours). Additionally, the Court reduces the fee motion award for duplicative work that RBGG engaged in for reviewing T&S's time entries.

In total, Relator is awarded **$787,383.76** for its fee motion work (($995,346.85[13] ]. - $120,476) x 0.90).

## V.    EXPENSES

Relator also seeks reimbursement for expenses incurred in relation to the case amounting to $89,437.77.  Separate from attorney's fees, the FCA provides for payment of litigation expenses, including expert fees, to a prevailing Relator.  *See* U.S.C. § 3730(d)(2); *see also United States ex rel. Lindenthal v. Gen. Dynamics Corp.*, 61 F.3d 1402, 1413 (9th Cir. 1995) ("under the FCA, fees, expenses, and costs are three distinct categories").  Relator submits detailed listings of its expenses, *see, e.g.*, Docket No. 440-1, Nelson Decl., Ex. Q-R., and Academy does not oppose the request, *see generally* Opp.  Accordingly, the expense costs are granted.

## VI.    CONCLUSION

For the reasons stated herein, the Court **GRANTS in part and DENIES in part** Relator's motion for fees and expenses as modified by this order.  As to merits work, the reductions include: a reduced lodestar multiplier of 1.75; reductions to T&S's hourly rates in accordance with its 2021 submissions in the district, accounting for year-over-year inflation; RBGG hourly rates reduced to reflect 2017 rates as opposed to 2023 rates (but for which a  factor may be applied to represent to time value of money lost by T&S which paid RBGG); and reductions to specific projects and line items identified as excessive, duplicative, or otherwise not warranted.  As to the fee motion work, the overall hours for fees on fees are excessive and will be reduced by 10%.  Further, duplicative work identified by Academy in cross-checking the time entries for this motion by RBGG is omitted from the calculation.  Relator's request for expenses is granted.  Relator is awarded **$8,585,530.20**, and possible additional interest on the RBGG payments, in attorney's fees and **$89,437.77** for expenses.  The parties shall meet and confer to reach an agreement on what interest

---

[13] The Relator initially sought $737,379.55 for work it performed regarding the fee application. Mot. at 23.  In a supplemental filing, Relator increased the amount sought, asking for additional fees incurred due to additional work on the fee motion between May 20 and June 16: $111,530.50, and then again, asked for an an additional $146,436.80 for work performed by RBGG from June 17 through August 13.  Docket No. 456 at 14; Rosen Supp. Decl. ¶ 68 & Attachment 1.  In total, Relator requests $995,346.85 for work spend on its fee motion.  Rosen Supp. Decl. (Dkt. 447) Ex. C; Rosen Second Supp. Decl. (Docket No. 456) ¶ 68.

United States District Court
Northern District of California

United States District Court
Northern District of California

adjust, if any, should be applied to the RBGG expenses.  If the parties cannot reach an agreement, they shall file cross-briefs on the issue no later than June 14, 2024.

The Clerk of Court is directed to file this order provisionally under seal.  The parties are directed to submit their proposal as to sealing no later than June 14, 2024.  This order disposes of Docket No. 440

**IT IS SO ORDERED**.

Dated: May 31, 2024

_____
EDWARD M. CHEN
United States District Judge

# EXHIBIT F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al., | Case No. 14-cv-04086-NC |
|---|---|
| Plaintiffs, | **AMENDED ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; DENYING ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | Re: Dkt. Nos. 185, 189 |

In this class action, plaintiffs National Federation of the Blind ("NFIB") and various disabled individuals accused defendant Uber Technologies, Inc. of failing to accommodate their disabled customers traveling with service animals. In 2016, the parties settled the class action. Plaintiffs now bring their second motion for attorneys' fees and costs seeking reimbursement for their efforts monitoring Uber's compliance with the settlement. *See* Dkt. No. 185. The Court finds that Plaintiffs are entitled to fees, but certain fees are unreasonable. Accordingly, the Court GRANTS IN PART and DENIES IN PART Plaintiffs' motion for attorneys' fees and costs.

## I.   Procedural History

In September 2014, Plaintiffs initiated this class action against Uber alleging discrimination against the blind under the Americans with Disabilities Act ("ADA"), 42

U.S.C. § 12101 *et seq.* and various California-law analogues. *See* Dkt. No. 1. The parties settled the case in January 2016 (*see* Dkt. No. 70; *see also* Dkt. No. 85-1 ("Settlement")) and the Court granted final approval of the class settlement on December 6, 2016 (*see* Dkt. No. 139). On December 15, 2016, the Court awarded Plaintiffs attorneys' fees and costs pursuant to the Settlement. *See* Dkt. Nos. 139, 144.

Plaintiffs now seek additional attorneys' fees and costs for resources expended in monitoring Uber's settlement compliance. *See* Dkt. No. 185. Plaintiffs voluntarily agree to reduce their claimed amount by 5% across the board. *See id.* at 19.[1] Uber opposes, arguing that Plaintiffs are not entitled to additional fees and, even if they were, Plaintiffs' request is unreasonable. *See generally* Dkt. No. 187.

## II.   Settlement Agreement

Certain sections of the Settlement are relevant to this motion. The Court summarizes those portions below.

The Settlement requires Uber to "collect and report to Plaintiffs' Counsel" rating and complaint information for riders with service animals. *See* Settlement § 6.A. Uber is required to report the raw data for that information to Plaintiffs' Counsel. *Id.* § 6.B.1. In addition, if Plaintiffs' Counsel provides Uber with a documented complaint of discrimination by a rider, Uber is required to verify corresponding data and assign a unique number identifier to the allegedly offending driver. *See id.* § 6.B.2.

NFIB is required to create a "compliance testing program" that uses blind testers with guide dogs using Uber's UberX service to test compliance. *Id.* § 6.C. Uber agreed to pay NFIB $225,000 "to support the testing program." *Id.* § 11.A. If the Settlement is extended, Uber is required to pay NFIB an additional $75,000 to support the program. *See id.* §§ 7, 11.A.

The Settlement also requires an appointment of a third-party Monitor. *See id.* § 8. Annually, the Monitor is obligated to "review and analyze" all data collected and reported

---

[1] All page numbers reference the page numbers automatically generated by ECF unless otherwise indicated.

United States District Court
Northern District of California

by Uber pursuant to Section 6 of the Settlement, in addition to "any other information provided to the Monitor by the Parties." *Id.* The Monitor then reports to the Parties whether Uber substantially complied with the Settlement during the preceding year. *Id.* The Monitor is also required to "propose . . . further modifications to Uber's policies, practices, and procedures" if such policies, practices, or procedures were insufficient to address discrimination. *Id.*

Lastly, the Settlement permits Plaintiffs to seek attorneys' fees and costs incurred up through the effective date of the Settlement. *Id.* § 11.C. Uber agreed "not to dispute the entitlement to reasonable Attorneys' Fees incurred up through the Effective Date of [the] Agreement[,]" but reserved the right to dispute the amount of fees requested. *Id.* For fees and costs related to "work performed after the time the Settlement Agreement is signed by all Parties, including for work spent on compliance monitoring, enforcement, and/or work spent securing their fees[,]" Plaintiffs reserved their rights to pursue such fees, but the Settlement acknowledged that "all issues pertaining to any such attorneys' fees, costs, and expenses are unresolved . . . ." *Id.* § 11.C.1. The Parties are required to confer and negotiate as to any fees and costs related to Plaintiffs' Counsel's monitoring efforts before petitioning the Court. *Id.* § 11.C.2.

The Court retained jurisdiction. *See id.* § 12; *see also* Dkt. No. 145.

### III. Discussion

#### A. Entitlement to Fees

The parties first dispute whether Plaintiffs are entitled to fees. *See* Dkt. No. 187 at 11. According to Uber, the Settlement did not authorize attorneys' fees for monitoring work and the ADA's fee-shifting statute does not allow such fees. *Id.* The Court disagrees.

In *Prison Legal News v. Scharzenegger*, 608 F.3d 446 (9th Cir. 2010), the Ninth Circuit reaffirmed that "a party that prevails by obtaining a consent decree may recover attorneys' fees under [42 U.S.C.] § 1988 for monitoring compliance with the decree, even when such monitoring does not result in any judicially sanctioned relief." *Prison Legal*

3

*News*, 608 F.3d at 451 (citing *Keith v. Volpe*, 833 F.2d 850, 855–57 (9th Cir. 1987)). Thus, plaintiffs may recover attorneys' fees for monitoring compliance with a settlement agreement under § 1988. *Id.* at 452; *see also Balla v. Idaho*, 677 F.3d 910, 916 (9th Cir. 2012) ("[M]onitoring fees not resulting in additional relief are allowable . . . .").

Uber contends that *Prison Legal News* and its progeny are inapposite because those cases concern a different fee shifting statute. But § 1988 and the ADA's fee-shifting statute, 42 U.S.C. § 12205, are virtually identical. *Compare* 42 U.S.C. § 1988(b) ("the court, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee as part of the costs . . . .") *with* 42 U.S.C. § 12205 ("the court or agency, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee, including litigation expenses, and costs . . . ."). Uber has not identified any principled reason why the Court should interpret the two statutes differently.

Moreover, the Supreme Court rejected a similar argument in *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546 (1986). There, the court noted that the fee-shifting provisions of the Clean Air Act and § 1988 served "the common purpose of . . . promot[ing] citizen enforcement of important federal policies," such that there was "no reason not to interpret both provisions governing attorney's fees in the same manner." *Id.* at 560. The same is true of the ADA's fee-shifting statute and § 1988. *See Buckhannon Bd. & Care Home v. W.V. Dep't of Health & Human Res.*, 532 U.S. 598, 629–30 (2001) ("the . . . ADA fee-shifting prescriptions [were] modeled on 42 U.S.C. § 1988 unmodified . . . ."), *superseded by statute on other grounds*.

Nor does the language of the Settlement foreclose attorneys' fees for monitoring work. Rather, the Settlement explicitly acknowledges that "all issues pertaining to" fees, costs, and expenses relating to "work performed after the time the Settlement Agreement is signed . . . including for work spent on compliance monitoring [and] enforcement" was an unresolved issue. *See* Settlement § 11.C.1.

Accordingly, the Court finds that Plaintiffs are entitled to reasonable attorneys' fees incurred in connection with monitoring Uber's compliance with the Settlement.

United States District Court
Northern District of California

United States District Court
Northern District of California

**B.     Reasonableness of Fees**

Uber does not contest the reasonableness of Plaintiffs' claimed costs. *See* Dkt. No. 185 at 27 (requesting costs in the amount of $685.36). Plaintiffs adequately documented those costs and they appear reasonable. Accordingly, the Court GRANTS Plaintiffs' requests for costs in the amount of **$685.36**.

Uber also does not challenge Plaintiffs' counsels' claimed rates and the Court previously approved Plaintiffs' counsels' rates. *See* Dkt. No. 144. Although Plaintiffs' counsels rates have increased, the increase is modest and the Court FINDS that Plaintiffs' counsels' rates remain reasonable. *Compare* Dkt. No. 142 at 4 *with* Dkt. No. 185-1 at 21.

Instead, Uber challenges five categories of Plaintiffs' requested attorneys' fees as unnecessary or unreasonable. *See* Dkt. No. 187 at 14–22. Uber also argues that Plaintiffs' fees should be further reduced due to vague time entries and block billing. *Id.* at 22–24. The Court will first address each category of contested fees, then turn to Uber's objections. *See* Dkt. No. 185-1, Ex. G (summary of claimed fees).

**1.     Work Related to Conferring with Monitor**

In this category, Plaintiffs claim fees for hours spent (1) analyzing Uber's data reports and (2) for work related to conferring with the Monitor about those reports. *See* Dkt. No. 185-1 ("Galvan Decl.") ¶¶ 42–43. Uber concedes that the hours spent analyzing Uber's reports are compensable,[2] but argues that the hours spent for work relating to conferring with the Monitor was unnecessary. *See* Dkt. No. 187 at 15–16. According to Uber, such work is not compensable because the Settlement limits Plaintiffs' counsel's involvement with the Monitor's review Uber's data reports. *Id.* at 15. Specifically, Uber contends that the Settlement only contemplates review of its reports by Plaintiffs' counsel and "formal analyses . . . or opining with or conferring with the Monitor about Uber's data reports" is outside the scope of the Settlement. *Id.*

The Court disagrees. While the Settlement explicitly requires Uber to provide

---

[2] Uber argues that these hours should be reduced as they were block billed. *See* Dkt. No. 187 at 16. The Court will address Plaintiffs' block billing below.

5

Plaintiffs' counsel with data reports for analysis (*see* Settlement §§ 6.A, 6.B.1), the Settlement does not limit Plaintiffs' counsel's involvement to that of a passive observer. Rather, the Settlement requires the Monitor to consider "any other information provided," suggesting by implication that Plaintiffs' counsel are permitted to submit their own commentary on Uber's data reports. *Id.* § 8. Accordingly, work conducted by Plaintiffs' counsel relating to conferring with the Monitor is generally compensable.

However, the fact that the Settlement permits Plaintiffs to supply their own commentary on Uber's data reports to the Monitor is not a license to bill for wholly unnecessary work that is duplicative of Uber's reports. *See Balla*, 677 F.3d at 919 ("[T]he court [must] exercise discretion [to] assure that the case is not being milked by a monitor after the injunction has been obtained, for fees that are unreasonable in amount, for work not reasonably performed to enforce the relief, or for work not directly related to enforcing the relief."). It is unclear, for example, why Plaintiffs need to draft, review, and submit declarations from individual complaining class members, particularly when there is no indication that Plaintiffs believe Uber's internal data keeping was inaccurate. *See, e.g.*, Galvan Decl., Ex. F, pt.1 at 101 (billing over 6 hours at $400 per hour to review or draft class member declarations), 113 (reviewing and drafting various class member declarations). Further, Plaintiffs' billing records for this category of work contain several vague time entries, some of which have questionable billing value. *See, e.g.*, *id.* at 147 (billing 0.8 hours at $275 per hour for "[m]aking a declaration, cover letter, and report accessible"). Most of the hours, however, appear reasonable.

Accordingly, the Court will reduce Plaintiffs' counsel's fee for work relating to conferring with the Monitor by 10% in addition to Plaintiffs' voluntary 5% reduction. The Court will not reduce Plaintiffs' counsel's fee for analyzing Uber's data beyond Plaintiffs' voluntary 5% reduction. Thus, Plaintiffs are entitled to **$59,528.90** and **$34,143.95** for these two sub-categories of work, respectively.

### 2. Work Related to Communicating with Class Members

This category contains three sub-categories of work: (1) communicating with class

United States District Court
Northern District of California

members to address and respond to discrimination complaints; (2) submitting information requests to Uber pursuant to the Settlement's process (*see* Settlement § 6.B.2); and (3) following up with class members who participated in NFIB's compliance testing program (*see id.* § 6.C). Uber concedes that the second sub-category of work is compensable but argues that the first and third sub-categories are not. *See* Dkt. No. 187 at 16.

As to the first sub-category of work—communicating with class members to address and respond to discrimination complaints—Uber is correct that Plaintiffs should not be compensated to the extent they are merely creating a parallel complaint investigations process. The Settlement itself already creates a procedure for class members to raise discrimination complaints—a procedure hailed by Plaintiffs as a significant boon for the class. *See* Dkt. No. 84.

This does not mean, however, that Plaintiffs' counsel is required to sit on their hands and rubber-stamp Uber's efforts. Plaintiffs' counsel's obligations to the class requires them to take an active role in ensuring that the Settlement is working as intended. And communicating with class members regarding Uber's behavior is the core of monitoring efforts. In *Prison Legal News*, for example, the Ninth Circuit affirmed attorneys' fees for "reviewing and responding to letters from [class members] complaining about" the defendants' failure to comply with the settlement. *Prison Legal News*, 608 F.3d at 453. The Ninth Circuit noted that "[w]ithout such correspondence [with class members], it would be difficult for [plaintiffs] to discover or document violations of the terms of the settlement." *Id.*

Upon review of Plaintiffs' records, the Court is persuaded that Plaintiffs' communication with class members regarding their discrimination complaints is limited to compiling information relating to their monitoring efforts and does not create a parallel track for investigating complaints.

As to the third sub-category of work—communications with class members who participated in NFIB's compliance testing program—the Court agrees with Uber. Plaintiffs have already been compensated for work related to NFIB's compliance testing

7

program. Section 11.A of the Settlement requires Uber to pay NFIB $225,000 "to support the testing program." Such payments naturally encompass fees and costs incurred in reviewing program data or following up with program participants. Plaintiffs may not double-dip for the compliance testing program. Disallowed amounts are listed in the chart below.[3] Although some of these entries were coded by Plaintiffs as "Settlement Modifications" work, the Court compiles all disallowed NFIB-related hours here:

| Entry Description | Date of Entry | Claimed Time | Claimed Amount | Page Number of Entry |
|---|---|---|---|---|
| Prepare final language for message to intakes and NFB testing participants who reported denials | 2/2/2018 | 0.40 | $216 | 5 |
| Analysis of NFB testing ride data | 2/23/2018 | 1.10 | $385 | 17 |
| Phone call with T Elder re NFB testing and follow up re same | 4/2/2018 | 0.70 | $329 | 26 |
| Reviewing Uber NFB testing data | 4/2/2018 | 1.30 | $611 | 26 |
| Phone call with T Elder and M Nunez regarding additional information sharing, NFB testing, and next steps | 9/14/2018 | 1.00 | $470 | 75 |
| Discussing internal next steps with S Seaborn regarding information sharing and NFB testing | 9/14/2018 | 1.00 | $470 | 75 |
| Case strategy re NFB testing | 9/28/2018 | 0.10 | $47 | 78 |

---

[3] Entries are drawn from Galvan Decl., Ex. F. Page numbers reference those included with the exhibit. Certain entries are block billed. Because the Court is unable to discern how much time was spent on compliance testing issues, block billed entries are disallowed.

United States District Court
Northern District of California

| | | | | |
|---|---|---|---|---|
| discussion with S Seaborn | | | | |
| Preparing outline re NFB testing | 9/28/2018 | 0.50 | $235 | 78 |
| Correspondence with co-counsel re NFB testing | 10/1/2018 | 0.10 | $47 | 78 |
| Planning NFB testing meeting with T Elder | 10/2/2018 | 0.10 | $47 | 78 |
| Strategy telecon with M Riess, T Elder and M Nunez to discuss parameters for random sample compliance testing and consultant support needed for same | 10/5/2018 | 0.70 | $549.50 | 79 |
| Attending planning call with SS, MR and MN to discuss compliance data and position on pool policy change | 10/5/2018 | 0.70 | $378 | 79 |
| Attend strategy call re next steps re settlement monitoring issues and revising testing program | 10/5/2018 | 0.70 | $367.50 | 79 |
| Preparing notes for call regarding testing and UberPool | 10/5/2018 | 0.20 | $94 | 79 |
| Phone call with M Nunez, T Elder and S Seaborn regarding testing, UberPool policy, and complaint intakes | 10/5/2018 | 0.70 | $329 | 79 |
| Call with consultant re possible changes to testing program, and call with legal team afterward . . . | 10/9/2018 | 1.60 | $840 | 80 |

United States District Court
Northern District of California

| | | | | |
|---|---|---|---|---|
| Correspondence with team re meeting re compliance data and testing | 10/11/2018 | 0.30 | $141 | 82 |
| Phone call re data and compliance testing | 10/11/2018 | 1.50 | $705 | 82 |
| Review class member service issues in NFB tester reports; follow up re same | 11/15/2018 | 0.40 | $100 | 86 |
| Review and respond to questions from SJE re NFB testers | 12/14/2018 | 0.10 | $52.50 | 92 |
| **Total Disallowed** | | | **$6,413.50** | |

Accordingly, Plaintiffs are entitled to attorneys' fees for communicating with class members and submitting information requests to Uber less Plaintiffs' voluntary 5% reduction in fees. This amounts to **$66,357.50**.

### 3.    Work Relating to Unwarranted or Abandoned Modifications

In this category, Plaintiffs seek attorneys' fees relating to their efforts to modify the Settlement in three ways: (1) policies relating to Uber's UberPool service; (2) seeking quarterly data extension; and (3) requesting further data sharing provisions. Plaintiffs also seek attorneys' fees for work relating to their settlement modification efforts that were not specifically allocated to a single sub-category. *See* Dkt. No. 185 at 13–14; Dkt. No. 195 at 4–5. Uber concedes that the second sub-category of fees relating to quarterly data extensions are compensable. *See* Dkt. No. 187 at 18, 20. The first and third sub-category, according to Uber, are not compensable because those proposals were unnecessary or not accepted. *Id.* at 18–19. Uber also argues that Plaintiffs' records documenting work relating to unspecified settlement modification efforts is too vague and may hide double-billing. *See* Dkt. No. 200 at 5–6.

10

First, the Court rejects Uber's argument that those hours are not compensable because the Settlement has been effective. Disallowing monitoring fees because Plaintiffs were successful in negotiating and crafting a successful settlement would be counter-productive. Monitoring fees are permissible so long as they are not unreasonable and are related to enforcing the settlement. *See Balla*, 677 F.3d at 919.

Second, Uber concedes that Plaintiffs' proposed modifications to its UberPool program and the data sharing provisions of the Settlement have been adopted "in a very limited fashion voluntarily by Uber." Dkt. No. 187 at 19. But Plaintiffs are not required to achieve complete victory nor were they required to obtain a court order or official modification to be entitled to fees. In *Balla*, Ninth Circuit affirmed modification fees even though the plaintiffs' motion to hold the defendant in contempt was denied because plaintiffs' motion practice "played a key role in resolving" the underlying issue. *Balla*, 677 F.3d at 920 (quotations omitted). The Ninth Circuit noted that "[i]f in a battle to take a hill, the adversary flees instead of fighting to a bloody defeat, the taking of the hill makes the battle a victory." *Id.*

Here, although they may not have achieved wholesale adoption of these proposals, Plaintiffs achieved at least some success as to their UberPool, quarterly data extension, and further data sharing proposals. Plaintiffs seek fees connected to those proposals. After reviewing Plaintiffs' records, the billed amounts appear reasonable. Less Plaintiffs' voluntary 5% reduction, Plaintiffs are entitled to **$29,324.61** for work related to these three sub-categories.[4]

As to Plaintiffs' requested fees for unspecified settlement modification work, the Court shares Uber's concern that counsels' records are vague. While the Court is not persuaded that Plaintiffs' counsel double-billed for unspecified settlement modification work related to the three sub-categories discussed in this order, the parties' submissions

---

[4] As mentioned in footnote 3, *supra*, some entries block billed NFIB-testing-program-related work and UberPool work. Because the Court already eliminated those fees—$801 in total—it does not do so again here.

11

make clear that Plaintiffs' counsel spent time working on settlement modification proposals that ultimately went nowhere. *See* Galvan Decl. ¶¶ 45–47; Dkt. No. 187-1 ("Spurchise Decl."), Ex. 2. In particular, Plaintiffs proposed modifications to the Settlement's education provisions in addition to the three sub-categories already discussed. *See* Spurchise Decl., Ex. 2 at 4. Because it is not clear that the wholly abandoned education proposal played any role in their overarching settlement modification efforts, hours expended relating to that proposal is not compensable. *Cf. Balla*, 677 F.3d at 920 (fees expended on efforts that "play[] a key role" are compensable).

Accordingly, the Court will reduce Plaintiffs' counsel's fee for work relating to unspecified settlement modification work by 20% in addition to Plaintiffs' voluntary 5% reduction. This amounts to **$44,689.90** in fees for unspecified settlement modification work. In total, Plaintiffs are entitled to **$74,014.51** for work relating to their settlement modification efforts.

### 4. Other Direct Monitoring Work

This category of work includes (1) responding to inquiries from the United States Department of Justice regarding the Settlement; (2) investigating Uber's filings with the California Public Utilities Commission, arbitrations of service animal issues, and other similar developments; (3) corresponding with Uber to verify compliance with Settlement requirements; and (4) conferring with a consultant regarding evaluating the efficacy of the Settlement at reducing discrimination against class members.

Here, Uber simply argues that this work is not compensable because these tasks were "[too] attenuated" from the Settlement. Dkt. No. 185 at 21. The Court is not convinced. Corresponding with and investigating actions taken by regulatory bodies responsible for discrimination complaints is well within the scope of monitoring compliance with a discrimination-related settlement. Likewise, Plaintiffs are entitled to reasonable consultant fees to evaluate whether the Settlement is working as intended.

Accordingly, Plaintiffs are entitled to attorneys' fees for their direct monitoring work less their voluntary 5% reduction in fees. This amounts to **$13,130.90**.

United States District Court
Northern District of California

**5.    Fees Relating to Plaintiffs' Unfiled Attorneys' Fee Motion**

The next category of fees relates to work expended by Plaintiffs' counsel on an unfiled fees motion. In March 2018, the parties began negotiating Plaintiffs' counsel's attorneys' fees for work conducted in 2017. *See* Galvan Decl. ¶¶ 64–70; Spurchise Decl. ¶¶ 4–5. Under the Settlement, the parties are required to negotiate such fees within 60 days before seeking Court intervention. *See* Settlement § 11.C.2. The parties initially failed to come to an agreement within the 60-day limit, but ultimately settled the dispute by July 2, 2018. *See* Galvan Decl. ¶¶ 67–69; Spurchise Decl. ¶¶ 4–5. The fees motion was thus never filed.

Given the Settlement's requirement that the parties negotiate their fees dispute, it was unreasonable for Plaintiffs to bill for hours preparing a fee motion prior to April 30, 2018—the end of the 60-day negotiation period. Once it became clear that no settlement was forthcoming, however, Plaintiffs were entitled to begin preparing their fees motion and are entitled to fees for time spent accordingly. Thus, the Court disallows all fees billed prior to April 30, 2018, less Plaintiffs' voluntary 5% reduction. Accordingly, Plaintiffs are entitled to **$4,393.75** in fees and costs for their unfiled fees motion. *See* Galvan Decl., Ex. F, pt. 2 at 7–12.

**6.    Fees Relating to This Fees Motion**

Finally, Plaintiffs request fees for preparing the instant fees motion. Plaintiffs request $64,019.25 for hours worked from May 14, 2019—the last day of the parties' negotiation period—to August 25, 2019. *See* Dkt. No. 190 at 20. After being given an opportunity to respond, Uber did not oppose Plaintiffs' request for fees relating to the instant fees motion. *See* Dkt. Nos. 199, 200.

Reviewing Plaintiffs' records (*see* Dkt. No. 190-1 at 24–29), the requested hours are well documented and appear reasonable. Accordingly, after accounting for Plaintiffs' voluntary reductions, Plaintiffs are entitled to **$64,019.25** in fees relating to this fees motion.

/ / /

13

United States District Court
Northern District of California

### 7.    Specific Challenges to Hours

Uber challenges 13.2 hours as unduly vague and an additional 137.7 hours for impermissible block billing.[5]  The Court first addresses Uber's vagueness challenges before turning to the alleged block-billed hours.

When submitting entries for attorneys' fee awards, attorneys are "not required to record in great detail how each minute of [their] time was expended." *Hensley v. Eckerhart*, 461 U.S. 424, 437 n.12 (1983).  Attorneys need only "keep records in sufficient detail that a neutral judge can make a fair evaluation of the time expended, the nature and need for the service, and the reasonable fees to be allowed." *Id.* at 441 (Burger, C.J., concurring); *United Steelworkers of Am. v. Ret. Income Plan For Hourly-Rated Employees of ASARCO, Inc.*, 512 F.3d 555, 565 (9th Cir. 2008).

The Court reviewed the entries Uber identified as vague.  *See* Dkt. No. 187-6.  It agrees as to the following entries:

| Entry Description | Date of Entry | Claimed Time | Claimed Amount |
|---|---|---|---|
| Team phone call | 1/8/2018 | 1.60 | $752 |
| Correspondence regarding proposed changes to settlement | 1/17/2018 | 0.10 | $47 |
| Phone call with D. Kouniaris | 1/19/2018 | 0.30 | $141 |
| Correspondence re meeting and conferring | 1/25/2018 | 0.10 | $47 |
| Prepare Declaration and Exhibit | 2/25/2018 | 0.90 | $315 |
| Team pre-meet and confer phone call | 4/23/2018 | 1.00 | $470 |

---

[5] In accompanying exhibits, Uber appears to argue that certain of Plaintiffs' counsel's billed hours were duplicative or clerical work in disguise.  *See* Spurchise Decl. ¶ 8 & Ex. 3.  Uber's opposition, however, does not challenge those hours.  And, in any case, review of those entries does not suggest that they are duplicative or clerical.

14

| | | | |
|---|---|---|---|
| Drafting declaration and gathering exhibits | 6/5/2018 | 1.60 | $752 |
| Discuss next steps with team | 10/11/2018 | 0.30 | $105 |
| Preparing for team call | 10/18/2018 | 0.30 | $141 |
| Make stipulation accessible at the request of M. Riess | 12/18/2018 | 0.20 | $55 |
| **Total** | | | **$2,825** |

"Block billing" is "the time-keeping method by which each lawyer and legal assistant enters the total daily time spent working on a case, rather than itemizing the time expended on specific tasks." *Welch v. Metro. Life Ins. Co.*, 480 F.3d 942, 945 (9th Cir. 2007). Block billing is not per se unreasonable and "has been accepted in this district." *PQ Labs, Inc. v. Qi*, No. 12-cv-00450 CW, 2015 WL 224970, at *3 (N.D. Cal. Jan. 16, 2015) (*citing Stonebrae, L.P. v. Toll Bros., Inc.*, No. 08-cv-00221 EMC, 2011 WL 1334444, at *8 (N.D.Cal. Apr. 7, 2011) ("Block-billing is a typical practice in this district, and blocked-bills have been found to provide a sufficient basis for calculating a fee award.")). However, the block-billing party seeking fees must still meet the basic requirements of "listing his hours and identifying the general subject matter of his time expenditures." *Garcia v. Resurgent Capital Servs., L.P.*, No. 11-cv-01253 EMC, 2012 WL 3778852, at *8 (N.D. Cal. Aug. 30, 2012) (internal quotation marks and citation omitted). Otherwise, the trial court may reduce or outright deny the award. *Fischer v. SJN-P.D. Inc.*, 214 F.3d 1115, 1121 (9th Cir. 2000).

Here, the Court finds that the alleged block-billed entries "contain enough specificity as to individual tasks to ascertain whether the amount of time spent performing them was reasonable." *Garcia*, 2012 WL 3778852, at *8. Because the block-billed entries are adequately detailed to permit the Court to assess the reasonableness of hours expended, the Court finds that plaintiffs' counsel have sufficiently documented their hours; no reduction is necessary on this basis.

United States District Court
Northern District of California

15

United States District Court
Northern District of California

**C.   Motion to Seal**

Plaintiffs move to seal two exhibits containing a chart and graph detailing the number of service-animal-related complaints received by Uber on a month-to-month basis. *See* Dkt. No. 189-5. Plaintiffs also seek to redact two portions of their reply referencing that information. *See* Dkt. No. 189-4 at 13. Notably, the information sought to be sealed are merely information derived from Uber's data reports, not the reports themselves.

Local Rule 79-5(e)(1) requires the party designating a document as confidential to "file a declaration as required by [Local Rule] 79-5(d)(1)(A) establishing that all of the designated material is sealable" within four days of the filing of the motion to seal. Local Rule 79-5(d)(1)(A) further explains that merely "[r]eferenc[ing] a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *See also Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (listing grounds establishing "compelling reasons" to seal court files).

Plaintiffs filed their motion to seal and served their motion on Uber on August 30, 2019. *See* Dkt. Nos. 189, 191. Because more than four days have passed since Plaintiffs filed their motion and Uber has not filed a declaration explaining why the derived information contained in the exhibits or the reply is confidential, the Court DENIES the administrative motion to seal without prejudice. Plaintiffs must file the documents in the public record by **October 11, 2019**. *See* N.D. Cal. Local Rule 79-5(e)(2).

**IV.   Conclusion**

The Court GRANTS Plaintiffs' motion for attorneys' fees and costs. Plaintiffs are entitled to $312,763.76 in attorneys' fees and $685.36 in costs for a total award of **$313,449.12**. Uber must pay the award within 14 days of this order.

The Court DENIES Plaintiffs' administrative motion to seal. Plaintiffs must file the documents in the public record by **October 11, 2019**.

/ / /

/ / /

16

**IT IS SO ORDERED.**

Dated:  November 8, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

17

# EXHIBIT G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESSE HERNANDEZ, et al.,

        Plaintiffs,

    v.

COUNTY OF MONTEREY, et al.,

        Defendants.

Case No.  13-cv-02354-BLF

ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES; AND GRANTING MOTION

[ECF 640]

Plaintiffs move for an award of $150,000 in attorneys' fees and expenses for the period May 27, 2017 through May 26, 2018.  The motion, which has been fully briefed, is appropriate for disposition without oral argument.  *See* Civ. L.R. 7-1(b).  The Court VACATES the May 16, 2016 hearing.  The motion is GRANTED for the reasons discussed below.

I.     BACKGROUND

This class action was filed in May 2013 on behalf of inmates housed at the Monterey County Jail ("Jail"), challenging the medical care, mental health care, safety, and disability access provided at the Jail.  Compl., ECF 1.  After substantial discovery, motion practice, and issuance of a preliminary injunction, the parties entered into a Settlement Agreement which required changes to Jail policies and practices.  Settlement Agreement, Exh. A to Swearingen Decl., ECF 640-1.  Magistrate Judge Paul S. Grewal, then assigned to the case, granted final approval of the class action settlement in an order issued August 18, 2015.  Final Approval Order, ECF 494.

Among other things, the Settlement Agreement required Defendants to develop implementation plans in specific subject areas "for improvement of care, services, programs, and activities at the Jail."  Settlement Agreement ¶ 31.  Defendants County of Monterey ("County")

and California Forensic Medical Group ("CFMG") submitted proposed implementation plans.  *See* County Implementation Plan, Exh. A to County's Motion for Approval, ECF 514; CFMG Implementation Plan, Exh. A to CFMG's Motion for Approval, ECF 532.  Judge Grewal approved those plans in large part, although he required some modifications.  Order Granting-In-Part Defendants' Motions for Approval of Implementation Plans, ECF 549.  For example, while he found no fault with CFMG's proposal that a psychiatrist be employed on-site at the Jail forty hours per week, Judge Grewal found that the proposed implementation plans did not adequately address standards for use of telepsychiatry.  *Id*.  He ordered that "Defendants' implementation plans must have standards for when they can deviate from a typical in-person encounter and use telemedicine or telepsychiatry."  *Id.* at 3.

The Settlement Agreement contemplates that Plaintiffs may incur fees and expenses in monitoring and enforcing Defendants' compliance.  Under Paragraph 63 of the Settlement Agreement, Plaintiffs may petition the Court for:  (a) no more than $250,000 per year in fees and expenses arising from monitoring work, inspections of the Jail, meet-and-confer, and the like, and (b) no more than $150,000 per year in fees and expenses arising from motions to enforce the Settlement Agreement.  Settlement Agreement ¶ 63.  The parties agree that for purposes of these provisions, the first monitoring year ran from May 27, 2016 through May 26, 2017.  The second monitoring year – the year at issue here – ran from May 27, 2017 through May 26, 2018.

On July 17, 2017, Plaintiffs filed a motion to enforce the Settlement Agreement, asserting that:  (a) CFMG had not complied with its staffing obligations under the Settlement Agreement; (b) CFMG's proposed Telepsychiatry Policy did not contain the standards required by Judge Grewal's order; and (c) the County had denied Class Counsel and court-appointed monitors access to inmates' records of treatment at Natividad Medical Center ("Natividad") which were necessary to confirm Defendants' compliance with the Settlement Agreement and related court orders.  Motion to Enforce, ECF 599.  The Court heard the motion on September 20, 2017.  *See* Minute Entry, ECF 613.  A number of issues were resolved on the record, and the Court indicated that it would refer certain outstanding issues to Magistrate Judge Cousins for resolution.  Hrg. Tr., ECF 618.

The Court issued a written order on November 1, 2017.  Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement, ECF 619.  The Court found that "as of the filing of Plaintiffs' motion to enforce, CFMG was not in compliance with its obligation to employ a psychiatrist on-site at the Jail for forty hours per week."  *Id*. at 2.  The Court noted that after the motion to enforce was filed, CFMG hired Dr. Paul Francisco to work as a full-time on-site psychiatrist.  *Id.* at 3.  The Court accepted the oral representations of CFMG's counsel that there were substitute psychiatrists available to cover any absences of Dr. Francisco.  *Id.*  Thus, the Court concluded that the portions of the motion to enforce directed to CFMG's staffing obligations were moot.  *Id.*

The Court observed that the parties had "agreed to work together" and had "reached tentative agreement" on the bulk of the telepsychiatry issues.  Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement at 5, ECF 619.  The Court referred the remaining telepsychiatry issues to Judge Cousins.  *Id.*  The proceedings before Judge Cousins resulted in stipulated resolution of the remaining telepsychiatry issues.  Stipulation and Order Regarding Telepsychiatry, ECF 622; Second Stipulation and Order Regarding Telepsychiatry Issues, ECF 633.

Finally, the Court granted the requested access in inmates' Natividad medical records "subject to Plaintiffs' submission of particularized requests to the Court by means of stipulation and proposed order or administrative motion."  Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement at 8, ECF 619.

Plaintiffs now seek attorneys' fees and expenses incurred in litigating the issues described above.  Plaintiffs claim that they incurred $335,648 in fees and $12,594 in expenses, but they limit their request to the $150,000 annual cap on fees and expenses set forth in the Settlement Agreement.

## II.   DISCUSSION

Plaintiffs' motion is governed by Paragraph 63 of the Settlement Agreement, which provides in relevant part as follows:

63.   Fees and expenses after Final Approval of Settlement Agreement:

Plaintiffs may petition the Court for an award of no more than $250,000 per year in fees and expenses arising from monitoring work, inspections, negotiations, meet and confer processes, mediation, review of documents, and correspondence with class members, until termination of Court enforcement. . . .   The $250,000 annual cap does not apply to (1) Plaintiffs' motions to enforce the Settlement Agreement and Implementation Plans; and (2) Plaintiffs' opposition to any motions filed by defendant(s) arising out of the Settlement Agreement and Implementation Plans. *The standard for Plaintiffs' eligibility for fees and expense arising from Plaintiffs' motions to the Court shall be that no fees and expenses shall be awarded unless the Court finds (1) that the motion or opposition was necessary to enforce substantial rights of the class* under the Eighth Amendment and Fourteenth Amendments to the United States Constitution, Article I, Sections 7 and 17 of California Constitution, the Americans with Disabilities Act, Rehabilitation Act, or California Government Code § 11135; *and, (2) that Plaintiffs attempted to resolve the matter and/or narrow the issues as much as possible by meeting and conferring with Defendants, taking full opportunity of recourse to the mediator before presenting the issues to the Court.*   Defendants shall be eligible for an award of fees and costs from plaintiffs' private counsel, and *Plaintiffs shall receive none, in the event that the Court finds that Plaintiffs' motion was frivolous, unreasonable or groundless*, or that Plaintiffs continued to litigate it after it clearly became so. Furthermore, *Plaintiffs agree that they may not seek more than $150,000 each year in fees and expenses on motions to enforce the Settlement Agreement.*

Settlement Agreement ¶ 63 (emphasis added).

To summarize, the Settlement Agreement provides that the Court may award Plaintiffs up to $150,000 a year in attorneys' fees and expenses incurred in litigating a motion to enforce the Settlement Agreement if:  (a) the motion was necessary to enforce substantial rights of the class under the Eighth and Fourteenth Amendments or other enumerated laws; (b) Plaintiffs attempted to resolve the issues through meet-and-confer and mediation prior to bringing an enforcement motion; and (c) the motion was not frivolous, unreasonable, or groundless.

CFMG argues that these standards are not met with respect to the portions of the motion seeking enforcement of CFMG's obligations relating to staffing and telepsychiatry.  The County argues that these standards are not met with respect to the portions of the motion seeking access to patient's Natividad medical records.

### A.      CFMG's Staffing Obligations and Telepsychiatry Standards

The Court has no difficulty finding that the requisite standards are met with respect to the portions of the motion to enforce directed to CFMG's obligations.  CFMG's arguments to the contrary are unpersuasive.

4

**1.    The Motion was Necessary to Enforce Substantial Rights of the Class**

CFMG's obligations related to psychiatric staffing and appropriate telepsychiatry standards go to the heart of Plaintiffs' federal constitutional rights as litigated and settled in this action. CFMG does not argue otherwise.  Instead, CFMG argues that Plaintiffs' motion to enforce was not necessary to enforce those rights and that, in fact, Plaintiffs did not prevail on or accomplish anything through their motion.

With respect to its staffing obligations, CFMG concedes that it was "out of compliance with the Implementation Plan requirement regarding providing 40 hours of onsite psychiatry when Plaintiffs' counsel filed their Motion to Enforce."  CFMG's Opp. at 7, ECF 643.  CFMG nonetheless argues that Plaintiff's motion to enforce the 40-hour requirement was unnecessary because "Plaintiffs' counsel knew CFMG had been diligently attempting to hire an onsite psychiatrist."  *Id*.  CFMG does not offer any evidence that Plaintiffs' counsel knew of, and reasonably could have relied on, CFMG's efforts to hire a psychiatrist to work onsite forty hours per week.  To the contrary, based on evidence submitted by Plaintiffs, it appears that during the months prior to the filing of Plaintiffs' enforcement motion, CFMG was advocating for a policy that would permit telepsychiatry to be used as the primary mode of providing psychiatric services at the Jail.  Swearingen Reply Decl. ¶ 2, ECF 645-1.  Only after Plaintiffs filed their enforcement motion did CFMG hire Dr. Francisco to start work in September 2017, more than three months into the 2017-2018 monitoring year.

At the hearing on the enforcement motion, CFMG's counsel still appeared to be suggesting that telepsychiatry could take the place of in-person treatment in most respects and that failure to provide an onsite doctor for forty hours per week could be excused if telepsychiatry were available.  *See* Hrg. Tr. 28:10 – 35:4, ECF 618.  Plaintiffs requested clarification, which the Court provided in its order, that "CFMG must provide an on-site psychiatrist for forty hours per week, each and every week."  Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement at 3, ECF 619.  Because CFMG had brought itself into compliance with that requirement prior to the hearing on Plaintiffs' motion, however, the Court ruled that "the portion of Plaintiffs' motion seeking to enforce CFMG's staffing obligations is DENIED AS

5

MOOT." *Id*.

With respect to telepsychiatry, CFMG argues that Plaintiff was unsuccessful in persuading the Court to grant its proposed order imposing twelve separate standards. CFMG concedes that "[d]uring the hearing on Plaintiffs' Motion to Enforce, CFMG stipulated to some of the Telepsych standards requested by Plaintiffs' counsel." CFMG's Opp. at 7, ECF 643. However, CFMG argues that it already had agreed to those provisions before Plaintiffs filed the enforcement motion and that the motion therefore was unnecessary. CFMG does not offer any evidence showing that it previously had agreed to all of the provisions to which it stipulated at the hearing. At the start of the hearing, the Court commented on CFMG's proposed telepsychiatry policy, stating that "I don't think it complies in any way with the Settlement Agreement." Hrg. Tr. 5:4-6, ECF 618. The Court then stated that neither it nor Plaintiffs would be rewriting the policy and that the focus of the hearing would be on finding solutions. Hrg. Tr. 5:6-9. After a lengthy discussion with all counsel about telepsychiatry and other issues raised in the enforcement motion, the Court expressed the hope that counsel for Plaintiffs and counsel for CFMG could make progress if they discussed the issues, and broke for lunch. Hrg. Tr. 55:4-56:7. Upon return from the lunch break, counsel for Plaintiffs and counsel for CFMG announced that they had discussed the matter over lunch and that of the twelve standards requested by Plaintiffs, CFMG had agreed to six, including "Number 6, Number 7, 9, 10, 11, 12." Hrg. Tr. 57:3-16. The Court characterized that agreement as "substantial." Hrg. Tr. 57:7.

With respect to the remaining six standards requested by Plaintiffs, the Court found that Number 4 did not require an express order from the Court because the relief sought is mandated by the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and Number 8 was subsumed Numbers 6 and 7. Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement at 5, ECF 619. The parties agreed to work out Number 5. *Id*. The Court referred the remaining three standards, Numbers 1, 2, and 3, to Judge Cousins for further proceedings, and denied as moot the remaining portions of the motion directed to telepsychiatry. *Id*. Prior to the hearing date set for Judge Cousins, the parties reached agreement on telepsychiatry standards. The parties ultimately submitted two stipulations and proposed orders, which were

United States District Court
Northern District of California

approved by the Court, resolving the remaining issues related to telepsychiatry and establishing telepsychiatry standards. *See* Stipulation and Order Regarding Telepsychiatry, ECF 622; Second Stipulation and Order Regarding Telepsychiatry Issues, ECF 633.

On this record, the Court finds that Plaintiffs' motion to enforce was necessary to enforce substantial class rights. Prior to the filing of the motion, CFMG was not in compliance with its staffing obligations or its obligation to implement appropriate telepsychiatry standards. It is reasonable to infer that the motion prompted CFMG to hire expeditiously an onsite psychiatrist, and it certainly resulted in the Court's clarification of CFMG's obligation to maintain and onsite psychiatrist for forty hours a week, each and every week. Moreover, through litigating the motion, the parties reached agreement on telepsychiatry standards. CFMG argues that the standards it ultimately agreed to were the same standards it always had advocated. That position is not borne out by the record, which reflects that it was only after substantial discussion with the Court and with Plaintiffs' counsel during the hearing on the motion that CFMG agreed to six of Plaintiffs' proposed standards. Moreover, to the extent that Plaintiffs did not obtain everything they requested in the way of telepsychiatry standards, Plaintiffs did obtain substantial results which allowed for implementation of standards which both Plaintiffs and the Court found to be acceptable. Under these circumstances, the Court finds that Plaintiffs have satisfied the first requirement for a recovery of fees and expenses under Paragraph 63 of the Settlement Agreement. This finding is not undermined by the fact that CFMG brought itself into compliance with some aspects of the Settlement Agreement prior to the hearing, and that the parties ultimately stipulated to resolution. *See Balla v. Idaho*, 677 F.3d 910, 921 (9th Cir. 2012) (upholding district court's award of attorneys' fees and expenses under Prison Litigation Reform Act where inmate-plaintiffs' motion to enforce injunction re prison conditions was catalyst for state's compliance).

**2.      Plaintiffs Attempted to Resolve the Issues Before Filing the Motion**

Plaintiffs present the declaration of their counsel, Van Swearingen, who states that before filing the enforcement motion Plaintiffs attempted to reach resolution through meet and confer efforts, and through presentation of the issues to Judge Cousins. Swearingen Decl. ¶ 5, ECF 640-1. CFMG does not dispute Mr. Swearingen's statement.

7

**3.      The Motion to Enforce was not Frivolous, Unreasonable, or Groundless**

For the reasons discussed in part II.A.1 above, Plaintiffs' motion to enforce was not frivolous, unreasonable, or groundless.  The motion was the catalyst for, or otherwise resulted in, CFMG's compliance with its obligations under the Settlement Agreement.

**B.      Access to Inmates' Medical Records at Natividad**

Turning to Plaintiffs' motion for fees and expenses related to the portion of their enforcement motion seeking access to inmates' medical records, the Court agrees with the County that the motion for access to inmates' records was not a motion for "enforcement" of the Settlement Agreement as contemplated in Paragraph 63.  As set forth above, the Settlement Agreement authorizes Plaintiffs to seek up to "$250,000 per year in fees and expenses arising from monitoring work, inspections, negotiations, meet and confer processes, mediation, review of documents, and correspondence with class members," and up to "$150,000 each year in fees and expenses on motions to enforce the Settlement Agreement."  Settlement Agreement ¶ 63.  The portions of the Settlement Agreement addressing access to inmate' medical records are those relating to designated monitors' access to facilities and records.  *See, e.g.,* Settlement Agreement ¶¶ 39-41.

The Settlement Agreement expressly provides that monitors shall have "reasonable access" to records, including mental health records, "consistent with Defendants' obligations under Federal and State law, as those obligations have been modified by Court order."  Settlement Agreement ¶ 40.c.  As is reflected in Defendant County of Monterey's opposition to Plaintiffs' enforcement motion, the County did not dispute Plaintiffs' right to inmate records, only the appropriate mechanism for producing the records.  *See* County's Opp. to Motion to Enforce at 3, ECF 605.  The County's position was consistent with its view of the state laws protecting the privacy interests of the Plaintiff class.  *See id.*  After evaluating applicable laws, the Court determined that a balancing of the interests at stake favored production, but that it was not appropriate "to issue a blanket order directing Natividad to produce any and all records requested by Class Counsel or the monitors."  Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement at 7, ECF 619.  The Court implemented a streamlined process

8

under which Plaintiffs may submit particularized requests for access to medical records by means of stipulation or administrative motion. *See id.* at 7-8. In the Court's view, these issues properly related to "monitoring" Defendants' compliance with the Settlement Agreement rather than "enforcement" of that compliance. As a result, the Court concludes that fees and expenses for litigating access to inmates' medical records are not recoverable as fees and expenses incurred in seeking to "enforce" the Settlement Agreement.

**C.    An Award of $150,000 in Fees and Expenses is Appropriate**

Plaintiffs have established that they are entitled to recover fees and expenses for those portions of the motion to enforce directed to CFMG's obligations. The Court next must determine whether an award in the requested amount of $150,000 is appropriate.

Plaintiffs have provided documentation showing that they expended more than 640 hours litigating the motion to enforce judgment, amounting to $335,648 at counsel's billing rates. Swearingen Decl. ¶¶ 22-27 & Exh. H, ECF 640-1. Defendants do not contest either the number of hours worked or the rates charged. The Court finds no reason to adjust the lodestar of $335,648. *See Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975) (enumerating the factors that may be considered in adjusting the lodestar amount). Plaintiffs incurred more than $12,594 in expenses related to the motion to enforce. Swearingen Decl. ¶ 27. Defendants do not contest those expenses. The Court thus finds that Plaintiffs reasonably incurred a total of $348,242 in fees and expenses in connection with their motion to enforce.

Approximately 90% of Plaintiffs' work on the motion to enforce related to CFMG's obligations. Swearingen Decl. Exh. E, ECF 640-1. Records demonstrate that 64.2 hours were devoted to the Natividad records access issue at a fee of $35,794.50. Thus, even excluding fees and expenses related to the County's production of inmates' medical records, Plaintiffs reasonably incurred more than $313,000 in seeking to enforce CFMG's compliance with the Settlement Agreement. Plaintiffs' showing is more than adequate to warrant an award of $150,000 in fees and expenses, which is the maximum permitted under the Settlement Agreement but less than half of counsel's lodestar. Plaintiffs' motion for an award of attorneys' fees and expenses in the amount of $150,000 for the period May 27, 2017 through May 26, 2018 is GRANTED.

9

Having concluded that Plaintiffs are entitled to $150,000 in fees and expenses under the Settlement Agreement, the Court need not reach Plaintiffs' alternative arguments that they are entitled to attorneys' fees under various federal and state statutes.

**D.     Interest**

Plaintiffs request interest on the award of attorneys' fees and expenses, and they assert that interest should run from July 2, 2018, the date Plaintiffs asked Defendants to stipulate to $150,000 in enforcement fees for period May 27, 2017 through May 26, 2018. *See* Swearingen Decl. ¶ 9, ECF 640-1. The Settlement Agreement itself does not provide for interest on fees and expenses awarded under Paragraph 63. To the contrary, the plain language of the Settlement Agreement appears to contemplate a *total* award of $150,000 in connection with a motion to enforce.

Plaintiffs cite *Friend v. Kolodzieczak*, 72 F.3d 1386, 1391-92 (9th Cir. 1995), in support of their request for interest. In *Friend*, the Ninth Circuit held that when plaintiffs are awarded attorneys' fees under 42 U.S.C. § 1988, they are entitled to post-judgment interest running from "the date that entitlement to fees is secured, rather than from the date that the exact quantity of fees is set." *Id*. 1392. In *Friend*, the plaintiffs had been awarded attorneys' fees in an order issued in June 1990, but the amount of fees was set in a later order issued in July 1990. *Id*. The Ninth Circuit held that the plaintiffs were entitled to post-judgment interest running from the earlier June order. *Id*. *Friend* is distinguishable from the present case, in that Plaintiffs here are awarded fees and expenses under a provision of the Settlement Agreement and not under § 1988. Moreover, Plaintiffs' entitlement to the $150,000 in fees and expenses was not "secured" until the issuance of the present order. Plaintiffs have cited no legal authority supporting an award of interest on the contractual fees and expenses awarded in this case.

Accordingly, Plaintiffs' request for post-judgment interest is DENIED.

//

//

//

//

//

United States District Court
Northern District of California

10

**III.   ORDER**

    (1)    Plaintiffs' motion for an award of attorneys' fees and expenses in the amount of $150,000 for the period May 27, 2017 through May 26, 2018 is GRANTED; and

    (2)    Plaintiffs' request for post-judgment interest is DENIED.

Dated:  May 1, 2019

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

11

# EXHIBIT H

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID COLE, et al.,

        Plaintiffs,

        v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.

Case No. 16-CV-06594-LHK

**ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR ATTORNEYS' FEES**

Re: Dkt. Nos. 74, 75

WHEREAS, Plaintiffs David Cole, Leroy Benjamin, Erasmo Flores, Jr., Robert Phillips, and Brandon Williams ("Plaintiffs") and Defendant County of Santa Clara ("Defendant" erroneously sued herein as County of Santa Clara Department of Correction, and the County of Santa Clara Office of the Sheriff) (collectively, "the Parties") have advised the Court that they have settled the above-captioned litigation (hereafter, "Litigation") and have memorialized the terms of their settlement in a settlement agreement ("Consent Decree"), which is attached to the Declaration of Lisa Ells in Support of the Joint Motion for Final Approval of Class Settlement as Exhibit 1, ECF No. 75-1;

WHEREAS, the Court granted preliminary approval of the parties' Consent Decree on December 7, 2018, finding that it "falls within the range of possible approval" and "is the product

1

Case No. 16-CV-06594-LHK
ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR ATTORNEYS' FEES

United States District Court
Northern District of California

of arm's-length, serious, informed and non-collusive negotiations between experienced and knowledgeable counsel who have actively prosecuted and defended this litigation," ECF No. 73;

WHEREAS, the Parties submitted their Joint Motion for Final Approval of Class Settlement on January 14, 2019 and jointly requested an order (1) finding the proposed Consent Decree's terms and conditions are fair, adequate, and reasonable; and (2) approving the Consent Decree, ECF No. 74;

WHEREAS, Plaintiff submitted their Motion for Attorneys' Fees and Costs on January 14, 2019, and attached the declarations of Lisa Ells, Stuart Seaborn, and Richard Pearl, ECF No. 75;

WHEREAS, the Court requested supplemental information regarding Plaintiffs' counsel's billing records and resumes on March 18, 2019 and March 19, 2019, ECF Nos. 81 & 82;

WHEREAS Plaintiff filed supplemental declarations of Lisa Ells and Stuart Seaborn in response to the Court's request for supplemental information on March 19, 2019, ECF Nos. 83 & 84;

WHEREAS, the Joint Motion for Final Approval of Class Settlement and the Motion for Attorneys' Fees and Costs came on for hearing before this Court on March 21, 2019; and

WHEREAS, the Court has considered the Joint Motion for Final Approval of Class Settlement, Plaintiffs' Motion for Attorneys' Fees and Costs, the proposed Consent Decree, and the arguments of counsel at the March 21, 2019 hearing;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court finds that the Consent Decree is fair, adequate, reasonable, and free from collusion. *Lane v. Facebook, Inc.*, 696 F.3d 811, 819 (9th Cir. 2012) (noting district court's role in reviewing the substance of the settlement is solely to ensure that it is "fair, adequate, and free from collusion." (quoting *Hanlon v. Chrysler Corp.,* 150 F.3d 1011, 1027 (9th Cir. 1998)). It further appears that extensive evaluation of the merits has been conducted such that the attorneys for the Parties are able to reasonably evaluate their respective positions. It also appears to the Court that settlement at this time will avoid substantial additional costs to all Parties, as well as avoid the delay and the risks presented by further litigation regarding the issues addressed by the Consent

2

Case No. 16-CV-06594-LHK
ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR ATTORNEYS' FEES

Decree. It further appears that the Consent Decree has been reached as the result of intensive, prolonged, serious, and non-collusive arms-length negotiations, including multiple in-person and telephonic settlement sessions. The Court therefore finds that all the relevant *Hanlon* factors weigh in favor of granting final approval in this case. *See Hanlon,* 150 F.3d 1011 at 1026.

2.      The Court finds that the distribution of notice by all Parties was done in a manner and form consistent with the Court's December 7, 2018 Order and the Court's January 30, 2019 Order extending the objection deadline, ECF Nos. 73 & 79, and meets the requirements of both due process and Rule 23 of the Federal Rules of Civil Procedure.

3.      The Court finds that the Consent Decree satisfies the requirements of 18 U.S.C. § 3626(a)(1)(A) in that it is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal rights of Plaintiffs and the Plaintiff Class.

4.      The Parties' Consent Decree is granted final approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, is incorporated by reference, and has the full force and effect of an order of this Court. Pursuant to Section IX of the Consent Decree, the Court retains jurisdiction to enforce the terms of the Consent Decree and to resolve disputes regarding compliance with the Consent Decree, subject to the limitations contained within the Consent Decree.

5.      This is a class action certified pursuant to Federal Rule of Civil Procedure 23(b)(2) and the Court may award attorneys' fees and costs to class counsel pursuant to Federal Rule of Civil Procedure 23(h).

6.      Plaintiffs are "prevailing parties" under the federal fee shifting statutes 42 U.S.C § 1983, 42 U.S.C. § 12205, and 29 U.S.C. § 794a(b). Plaintiffs are also successful litigants under California's private attorney general statute, Cal. Code Civ. Proc. § 1021.5. An award of attorney fees is appropriate under both Section 1021.5 and the separate fee-shifting statutes.

7.      Plaintiffs are represented by counsel at Rosen Bien Galvan & Grunfeld LLP ("RBGG") and Disability Rights Advocates ("DRA"). The requested 2018 rates for Plaintiffs' counsel – $650 per hour for RBGG Partner Lisa Ells, $525 per hour for RBGG Associate Kara

3

Janssen, $375 per hour for RBGG Associate Marc Shinn-Krantz, $340 per hour for RBGG Senior Paralegal Karen Stilber, $225 per hour for RBGG Paralegal Hanna Wallace and former RBGG Paralegal Sara Long, $775 per hour for DRA Managing Director of Litigation Stuart Seaborn, $655 for DRA's Former Director of Litigation Mary-Lee Smith, $425 for DRA Staff Attorney Michelle Iorio, and $230 for DRA Paralegals Carly Schaaf, Jaqueline U, and Jessica Flores – are reasonable and appropriate for their work in this litigation. The rates sought here are in line with the market rates prevailing in the San Francisco Bay Area for work of similar complexity by lawyers of similar skills and experience. Plaintiffs' counsel possess a significant amount of experience and expertise in disability rights, prisoners' rights, and complex class actions, which they utilized in this case to secure exceptional results.

8.      The time Plaintiffs' counsel expended on this case was appropriate given the length, intensity, and nature of the litigation. Plaintiffs' counsel effectively and efficiently litigated this case. Legal work was allocated between and among Plaintiffs' counsel to ensure work was performed effectively and efficiently utilizing the expertise of each organization. In calculating their lodestar, Plaintiffs have written off a total of approximately 10% of billable hours to date. The Court finds these billing judgment reductions to be reasonable and appropriate, in that they assure that Plaintiffs' counsel have accounted for any undue duplication of effort or inefficiency.

9.      From July 1, 2016 through March 18, 2019, DRA worked 1259.8 hours total and RBGG worked 1737.3 hours total. DRA wrote off 82.1 hours to claim 1177.7 hours, and RBGG wrote off 233.8 hours to claim 1503.5 hours. Therefore, the total hours claimed by Plaintiffs' counsel are 2681.2 hours.

10.      After reasonable billing judgment reductions, Plaintiffs' lodestar for work performed from July 1, 2016 through March 18, 2019 is $1,477,123.50, representing compensation for 2681.2 hours of work invested in this case.

11.      Plaintiffs' counsel is entitled to recover the costs advanced to prosecute this litigation on behalf of the class. Plaintiffs have incurred costs of $14,860.53.

12.      Accordingly, the Court finds that Plaintiffs' counsel's total lodestar plus expenses

4

Case No. 16-CV-06594-LHK
ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR ATTORNEYS' FEES

from July 1, 2016 through March 18, 2019 of $1,477,123.50 is reasonable and appropriate under federal and state law for the work performed and the success achieved for the class. This amount far exceeds the negotiated amount of $1 million provided for attorneys' fees and costs through the effective date of the Consent Decree pursuant to Section VI(A) of the Consent Decree. The Consent Decree's effective date is the date this Court grants final approval of this class action settlement.

13.     Defendant is ordered to pay Plaintiffs $1 million for reasonable attorneys' fees and costs. Payment shall be made in a manner consistent with the parties' negotiated language in Section VI of the Consent Decree.

14.     Attorneys are entitled to recover fees for time spent monitoring and enforcing compliance with settlement agreements in civil rights lawsuits. Monitoring work is compensable even if it does not result in additional judicial relief. Accordingly, Plaintiffs are entitled to attorneys' fees and costs for implementation and monitoring of the Consent Decree.

15.     The agreed-upon monitoring process for this case is appropriate and necessarily robust. The Consent Decree details extensive monitoring work to be performed by Plaintiffs' counsel, including work required to implement policies required by the Consent Decree. The parties have negotiated that such work, plus any enforcement work that proves necessary subject to the narrow exceptions specified at Section VI(B)(2) of the Consent Decree, will be fully compensated by a fixed payment of $2.2 million for attorneys' fees and costs incurred or attributable to any and all work performed from the effective date of the Consent Decree up through the term as defined in Section VIII of the Consent Decree.

16.     Defendant is ordered to pay Plaintiffs $2.2 million for reasonable attorneys' fees and costs for work performed from the effective date of the Consent Decree up through the term as defined in Section VIII of the Consent Decree. The Consent Decree Term is twelve months after the certificate of occupancy for the new jail has been issued and the Country has begun placement of inmates in the new jail. The new jail is expected to be constructed by mid-2023, which is four-and-a-half years from today. With likely delays in construction, the parties anticipate that the $2.2

Case No. 16-CV-06594-LHK
ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR ATTORNEYS' FEES

million will cover Plaintiffs' counsel's reasonable attorneys' fees and costs for worked performed over the next five-and-a-half years. Payment shall be made in a manner consistent with the parties' negotiated language in Section VI of the Consent Decree. Specifically, the $2.2 million shall be paid into the Cole Jail Monitoring Qualified Settlement Fund ("QSF"). Plaintiffs' counsel may not seek payment out of the QSF until monitoring and enforcement work is actually performed and must substantiate any request for disbursement from the QSF with records detailing the fees and costs incurred for which compensation is being sought.

**IT IS SO ORDERED.**

Dated: March 21, 2019

_____

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

6

Case No. 16-CV-06594-LHK
ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR ATTORNEYS' FEES

# EXHIBIT I

GAY CROSTHWAIT GRUNFELD – 121944
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        ggrunfeld@rbgg.com
              jyelin@rbgg.com

JENNIFER LIU – 279370
ASHLEY PELLOUCHOUD – 286049
THE LIU LAW FIRM, P.C.
1390 Market Street, Suite 200
San Francisco, California 94102
Telephone:    (415) 896-4260
Facsimile:    (415) 231-0011
Email:        jliu@liulawpc.com
              ap@liulawpc.com

Attorneys for Plaintiff and the Settlement Class

FILED
ALAMEDA COUNTY

FEB 1 5 2017

CLERK OF THE SUPERIOR COURT
By _____
                         Deputy

Received
FEB 0 1 2017

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| MATTHEW SUNNER, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH R. TURNAGE II GENERAL CONTRACTOR, INC., d/b/a K2GC, INC.; KENNETH R. TURNAGE II; and DOES 1-10, <br><br> Defendants. | Case No. RG15772244 <br><br> ASSIGNED FOR ALL PURPOSES TO: JUDGE GEORGE HERNANDEZ DEPARTMENT 17 <br><br> **COMPLEX CASE; CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR CLASS REPRESENTATIVE SERVICE AWARD AND ATTORNEY'S FEES AND COSTS** <br><br> Judge:  Hon. George Hernandez <br> Date:   February 15, 2017 <br> Time:   2:30 p.m. <br> Dept.:  17 <br> Reservation No.: 1792476 1822643 <br> Action Filed:   May 29, 2015 <br> Trial Date:   None Set |

[3085476-2]

RG15772244

[PROPOSED] ORDER GRANTING MOTION FOR CLASS REPRESENTATIVE SERVICE AWARD AND
ATTORNEY'S FEES AND COSTS

**Ex. O - 149**

Plaintiff's Motion for Class Representative Service Award and Attorney's Fees and Costs came on for hearing before this Court on February 15, 2017.  The Court having considered the pleadings on the motion, the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Declaration of Gay Crosthwait Grunfeld in Support of Motion for Final Approval of Class Action Settlement and Motion for Class Representative Service Award and Attorney's Fees and Costs, oral argument at the hearing, and the record in this case, and good cause appearing, hereby ORDERS as follows:

1.    A service award is justified in this case in light of the efforts of Class Representative Matthew Sunner to advance the litigation and the interests of the Class. Mr. Sunner has fairly and adequately represented and protected the interests of the Class.

2.    Attorney's Fees equal to one-third of the settlement fund ($99,000) are reasonable and justified in this case, due to the risks inherent in the case, the contingent nature of the fee arrangement, the skill of Class Counsel, and the efforts of Class Counsel to litigate the case effectively and pursue a settlement for the Class.

3.    The costs advanced by Class Counsel were reasonably incurred in pursuit of the litigation.

4.    The Court ORDERS that the following award, fees and costs are reasonable and should be paid pursuant to the schedule set forth in the Order Granting Motion for Final Approval of Class Action Settlement and the Settlement Agreement:

a.    $10,000 to Class Representative Matthew Sunner as a service award;

b.    $99,000 to The Liu Law Firm, P.C. and Rosen Bien Galvan & Grunfeld LLP for attorney's fees; and

/ / /

/ / /

/ / /

/ / /

/ / /

[3085476-2]

2

RG15772244

[PROPOSED] ORDER GRANTING MOTION FOR CLASS REPRESENTATIVE SERVICE AWARD AND ATTORNEY'S FEES AND COSTS

**Ex. O - 150**

c.    $13,283.87 jointly to Class Counsel for litigation costs.

IT IS SO ORDERED.

DATED: __2/15__, 2017

_____

George Hernandez
Judge of the Superior Court

[3085476-2]

3                                                    RG15772244

[PROPOSED] ORDER GRANTING MOTION FOR CLASS REPRESENTATIVE SERVICE AWARD AND
ATTORNEY'S FEES AND COSTS

**Ex. O - 151**

GAY CROSTHWAIT GRUNFELD – 121944
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        ggrunfeld@rbgg.com
              jyelin@rbgg.com

JENNIFER LIU – 279370
ASHLEY PELLOUCHOUD – 286049
THE LIU LAW FIRM, P.C.
1390 Market Street, Suite 200
San Francisco, California 94102
Telephone:    (415) 896-4260
Facsimile:    (415) 231-0011
Email:        jliu@liulawpc.com
              ap@liulawpc.com

Attorneys for Plaintiff and the Settlement Class

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| MATTHEW SUNNER, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>KENNETH R. TURNAGE II GENERAL CONTRACTOR, INC., d/b/a K2GC, INC.; KENNETH R. TURNAGE II; and DOES 1-10,<br><br>        Defendants. | Case No. RG15772244<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE GEORGE HERNANDEZ DEPARTMENT 17<br><br>**COMPLEX CASE; CLASS ACTION**<br><br>**DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR CLASS REPRESENTATIVE SERVICE AWARD AND ATTORNEY'S FEES AND COSTS**<br><br>Judge:  Hon. George Hernandez<br>Date:   February 15, 2017<br>Time:   2:30 p.m.<br>Dept.:  17<br>Reservation No.: 1792476<br>Action Filed:  May 29, 2015<br>Trial Date:  None Set |

[3085498-1]

RG15772244

DECL. OF GAY CROSTHWAIT GRUNFELD ISO MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND MOTION FOR CLASS REP. SERVICE AWARD & ATTORNEY'S FEES & COSTS

**Ex. O - 152**

| Timekeeper | Position | Class | Hours | 2017 Rate/Hour | Total |
|---|---|---|---|---|---|
| Gay C. Grunfeld | Partner | 1984 | 100.4 | $825 | $82,830.00 |
| Aaron Fischer | Former Associate | 2006 | 49.2 | $625 | $30,750.00 |
| Blake Thompson | Former Associate | 2007 | 106.8 | $600 | $64,080.00 |
| Margot Mendelson | Former Associate | 2009 | 2.8 | $515 | $1,442.00 |
| Jenny Yelin | Associate | 2010 | 273.3 | $500 | $136,650.00 |
| Christopher Hu | Associate | 2013 | 3.4 | 425 | $1,445.00 |
| Linda Woo | Paralegal | N/A | 103 | $325 | $33,475.00 |
| F. Gail LaPuria | Paralegal | N/A | 18.7 | $275 | $5,142.50 |
| Total | | | 657.6 | | $355,814.50 |

27. The amount sought in fees, 33 1/3% of the common fund, or $99,000, is only 28% of our firm's lodestar. With LLF's fees included, it is a much smaller percentage.

28. Our firm has been actively involved in every stage of the case since we joined as co-counsel shortly after the complaint was filed in June 2015. The 657.6 hours claimed includes the work we did on some of the most significant, time-intensive portions of this case: drafting discovery requests, including discovery directed to Defendants as well as third-parties; reviewing documents produced in response to those discovery requests; meeting and conferring repeatedly with Defendants regarding their inadequate discovery responses; researching and drafting the mediation statement, preparing for mediation, and conducting a nearly-full day mediation with Michael Loeb in December 2015; preparing for and taking the deposition of K2GC's Person Most Qualified, Kenneth R. Turnage; interviewing witnesses and obtaining declarations in support of the class certification motion; drafting the class certification motion, which we filed in February 2016, just nine months after the case was filed; negotiating the settlement in the case; preparing the Motion for Preliminary Approval of the settlement; overseeing the Class Notice process; and drafting the instant Motions for Final Approval and for a Class Representative Service Award and Attorney's Fees and Costs.

29. We expect to spend significant time continuing our work on this case after the filing of this motion, including preparing for the Final Fairness Hearing on February

RG15772244

DECL. OF GAY CROSTHWAIT GRUNFELD ISO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR CLASS REP. SERVICE AWARD & ATTORNEY'S FEES & COSTS

Ex. O - 153