ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Email:          egalvan@rbgg.com
                kjanssen@rbgg.com
                aspiegel@rbgg.com
                lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:     (510) 679-3674
Email:          susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C.  20033
Telephone:     (202) 455-4399
Email:          amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
 N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York  10019-9710
Telephone:   (212) 836-8000
Email:         stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306-3807
Telephone:   (650) 319-4500
Email:         carson.anderson@arnoldporter.com

NATALIE STEIERT*
 D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C.  20001-3743
Telephone:   (202) 942-5000
Email:         natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al.,<br><br>          Defendants. | Case No. 4:23-cv-04155-YGR<br><br>**DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers |

[4811974.3]

I, Amaris Montes, declare:

1.      I am an attorney admitted to practice before this Court pro hac vice.  I am the Director of West Coast Litigation and Advocacy in the organization Rights Behind Bars (RBB), counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Motion for Attorney Fees and Costs.

## BACKGROUND AND RELEVANT EXPERIENCE OF RBB ATTORNEYS

2.      RBB works alongside incarcerated people to challenge cruel and inhumane conditions of confinement in jails, prisons, and immigration detention centers through trial and appellate-level litigation and advocacy.  Since 2019, we have obtained relief for our clients in 97 cases in the federal courts of appeals, secured two favorable rulings in the U.S. Supreme Court, and have litigated 26 cases at the trial court level, including several class actions.

3.      This matter was primarily staffed by three RBB attorneys—Miriam R. Nemeth, Oren Nimni, and myself—all of whom have extensive experience litigating civil rights cases. This matter was also staffed for a period of time by other attorneys at Rights Behind Bars, including D Dangaran and Lillian Novak, and was supported on various administrative and strategic tasks by Phoebe Mesard, the Director of Strategic Initiatives.  In an effort to minimize fees and to fairly and promptly resolve this matter, I have eliminated the hours of Lillian Novak and Phoebe Mesard who each accumulated less than 20 hours of work on this matter.

4.      I am a 2021 graduate of University of California, Los Angeles (UCLA) School of Law, where I received two specializations in Public Interest Law and Policy and Critical Race Studies.  During law school, I was on the UCLA Law Review acting as a Comments Editor and was one of four students in the Ninth Circuit Appellate Litigation Advocacy Clinic.  I was also the recipient of various awards and scholarships including being a UCLA Law Achievement Fellow, California Change Lawyer Scholar, Mexican American Bar Foundation Scholar, and Latina Lawyers Bar Association Scholar.  Prior to law school, I had five years of experience working with underrepresented populations in the fields of immigration, foster care, and voting rights. Through this work in immigration law, I regularly assisted individuals in detention with their

[4811974.3]                                                           1                                    Case No. 4:23-cv-04155-YGR

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

immigration claims as well as civil rights claims challenging their confinement.

5. I joined RBB as a Skadden Fellow, often described as "the public-interest world's version of Supreme Court clerkships or Rhodes Scholarships."[1]

6. I am currently the Director of West Coast Litigation and Advocacy for Rights Behind Bars. For the last three and a half years, I have developed extensive experience in civil litigation, litigating both class actions and individual cases. I currently serve as counsel for *Voice of the Experienced, et al. v. LeBlanc, et al.*, No. 3:23-cv-1304 (M.D. La.), a class action on behalf of incarcerated people in Louisiana State Penitentiary challenging the prison's use of forced labor, especially in the summer months and *Jones, et al. v. City of St. Louis, Missouri, et al.*, No. 4:21-cv-600 (E.D. Mo.), a class action filed on behalf of incarcerated people held in the St. Louis City Justice Center challenging excessive macing and putative water shut off practices in the jail. I have also served as counsel on cases involving individual clients or a group of individual clients including *Washington v. Mass. Dep't of Correction*, No. 3:20-cv-11261 (D. Ma.), representing an incarcerated person challenging prison officials' use of excessive force and retaliatory abuse; *Pillco Morocho, et al. v. Bristol County Sheriff's Office, et al.*, No. 1:22-cv-10652 (D. Mass), representing over a dozen individual plaintiffs challenging excessive force and COVID conditions for individuals in immigration detention; and *Ahn v. GEO Group, Inc. et al.*, No. 1:22-cv-586 (E.D. Ca), a wrongful death action on behalf of an individual held in immigration detention.

7. In addition to direct trial level experience, I have served as lead appellate counsel representing *pro se* incarcerated people on their appeals in appellate courts across the country, including *Whitford v. Salmonsen, et al.*, No. 24-3177-035 (9th Cir.); *Washington v. Gilmore, et al.*, No. 23-2963 (3rd Cir.); *Cole v. Collier*, No. 23-40216 (5th Cir.); *Barnes v. Vannoy*, No. 22-30122 (5th Cir.); *Shaw v. Kempe*r, No. 21-3265 (7th Cir.); *Coston v. Nangalama*, No. 15-15397 (9th Cir.) (student attorney). I have won published opinions in nearly every case in which I have served as lead counsel on appeal. *See e.g., Washington v. Gilmore*, 124 F.4th 178 (3d Cir. 2024); *Cole v. Collier*, 117 F.4th 326 (5th Cir. 2024); *Shaw v. Kemper*, 52 F.4th 331 (7th Cir. 2022); *Coston v.*

---

[1] *See e.g.*, Congratulations To The 2024 Skadden Fellows, Above the Law (Nov. 16 2023), *available at* https://abovethelaw.com/2023/11/congratulations-to-the-2024-skaddenfellows/.

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

*Nangalama*, 13 F.4th 729 (9th Cir. 2021).  In addition to the appellate cases where I have served as lead counsel, I have served as supportive counsel to over a dozen other cases on appeal.

8.	I am also a co-instructor for UCLA School of Law's Prisoners' Rights Clinic where I supervise student teams who represent prisoners in their civil rights cases in the federal courts of appeal.  Through this role, I provide weekly lectures and supervision on legal doctrine, brief writing, case strategy, and client communications, culminating in students submitting an appellate brief at the end of their semester.

9.	Miriam R. Nemeth was the Deputy Litigation Director and Chief Counsel at Rights Behind Bars until 2025.  She graduated *cum laude* from the University of Pennsylvania Law School in 2009, where she received the Benjamin R. Jones Memorial Award for Contributions to the Public Interest and served as a Comments Editor on the University of Pennsylvania Law Review.  Following graduation, she clerked for the Honorable David M. Lawson on the Eastern District of Michigan and the Honorable Ronald Lee Gilman on the Sixth Circuit Court of Appeals.  Ms. Nemeth has extensive experience working on prisoners' rights cases throughout her career and has litigated both class and individual cases at Goodman & Hurwitz PC (now Goodman Hurwitz & James PC), Advancement Project, Human Rights Defense Center, and Rights Behind Bars.  Ms. Nemeth also has significant experience litigating class action cases, including serving as lead counsel for Advancement Project in *Ryan v. Smith*, No. 3:20-cv-843 (M.D. La.), a challenge to the bail system in Baton Rouge, and *Dixon v. City of St. Louis*, No. 4:19-cv-0112 (E.D. Mo.), a challenge to the bail system in St. Louis.  In addition to these leadership roles, Ms. Nemeth has served as class counsel on over a dozen other wage-and-hour class actions matters, including but not limited to:  *Talarico v. Public Partnerships, LLC*, No. 17-2165 (E.D. Pa.); *Allen v. AT&T Mobility Services, LLC*, No. 1:18-cv-03730 (N.D. Ga.); *Hills v. AT&T Mobility Services, LLC*, No. 3:17-cv-556 (N.D. Ind.); *Harris v. Medical Transportation Mgmt.*, No. 17-cv-01371 (D.D.C.); *Alvarez et al. v. Chipotle Mexican Grill Inc. et al.*, No. 2:17-cv-04095 (D.N.J.); *Ochoa v. McDonald's Corp.*, No. 3:14-cv-02098- JD (N.D. Cal.); *Salazar v. McDonald's Corp.*, No. 3:14-cv-02096-RS (N.D. Cal.); *Hughes v. McDonald's Corporation & Fremak Arches/Marpenny Corp.*, No. RG14717085 (Sup. Crt. Alameda Cnty., Cal.); *Sanchez v.*

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

*McDonald's Corp.*, No. BC499888 (Sup. Crt., Los Angeles Cnty., Cal.); *Beard, et al. v. McDonalds Corp., et al.*, No. 14-cv-1664 (E.D.N.Y.); *Eagle v. Vee-Pak, Inc.*, No. 1:2012cv09672 (N.D. Ill.); *Zollicoffer v. Gold Standard Baking, Inc.*, No. 13 C 1524 (N.D. Ill.); *Lucas, et al. v. Ferrara Candy Co., et al.*, No. 1:13-cv-01525 (N.D. Ill.); *Hunt v. Pers. Staffing Grp., LLC*, No. 1:16-cv-11086 (N.D. Ill.).  In her role as class counsel on these cases, Ms. Nemeth worked across all aspects of the cases, including on numerous fee petitions and review of class counsel billing records.  After leaving RBB, she became and is currently serving as the Executive Director of the ACLU of Tennessee.

10.     Oren Nimni served as the Legal Director for Rights Behind Bars from January 2021 to October 2024.  Mr. Nimni graduated from Northeastern Law School in 2014.  Before joining Rights Behind Bars, he was a Supervising Attorney at Lawyers for Civil Rights in Massachusetts, where he managed and practiced in the organization's immigrants' rights and criminal justice dockets.  Mr. Nimni is the recipient of the Boston Bar Association's 2020 President's Award for impactful litigation in Massachusetts and the American Constitution Society's 2023 David Carliner Award, which recognized him as a top civil rights attorney in the country for his innovative litigation tactics.  He is a member of the American Law Institute.  He also served as a Lecturer at Law at Harvard Law School where he taught the doctrinal course Prison Law.  Mr. Nimni has led teams litigating numerous high-profile matters, including: *Ryan v. ICE,* No. 1:19-cv-11003 (D. Ma.) (challenge to the authority of ICE to arrest people in and around court houses); and *Savino v. Souza*, 1:20-cv-10617 (D. Ma.) (conditions of confinement litigation at immigration detention center resulting in mass releases and closure).

11.     D Dangaran is a 2020 graduate of Harvard Law School, where they served as an editor of the Harvard Law Review.  They then clerked for the District of Columbia Court of Appeals and the U.S. Court of Appeals for the Ninth Circuit.  They were the Director of Gender Justice at Rights Behind Bars, where they spent 2.5 years litigating prison civil rights claims.  Their work at Rights Behind Bars includes serving as lead counsel in *Doe v. Georgia Dep't of Correction*s, No. 1:23-CV-5578 (N.D. Ga.), and as counsel in *Washington v. Mass. Dep't of Correction*, No. 3:20-cv-11261 (D. Ma.).  They have also first-chaired and argued several cases in

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

the federal courts of appeals.  They now serve as Assistant Professor of Law at the University of Hawai'i at Manoa where they teach constitutional law, family law, and civil rights.

12.     A true and correct copy of my resume is attached hereto as **Exhibit A**.

## RBB's BILLING PRACTICES IN THIS CASE

13.     I am familiar with the billing and timekeeping practices at RBB.  Timekeepers at the organization are required to make a record of the work they do at or near the time the work is done and personally enter that information into personal tracking records.  Attorneys maintain these records in the regular course of RBB's business, and making these records is a regular practice of RBB in furtherance of the practice of law.  Time recorded in this matter was kept contemporaneously.

14.     I am familiar with the skill and experience of all the timekeepers at RBB who worked on this matter.  I reviewed the time entries billed by these timekeepers.

15.     Within my organization, RBB reasonably allocated responsibilities among different timekeepers to assure coordinated and efficient management of the case.  This allocation was done with particular attention to the past experiences and areas of expertise of each attorney or nonlegal staff.  The attorneys managed the case to avoid duplication of litigation chores and to prevent over-staffing of any activity associated with the case or engaging in repetitious, otherwise unnecessary, time expenditures.  RBB and co-counsel appropriately divided tasks amongst the legal organizations to minimize duplication of effort, ensure that resources necessary for the successful prosecution of this case were available throughout the litigation, and to leverage each firm's relative strengths and efficiencies.  Whenever possible, tasks were performed by nonlegal staff and interns, including phone calls, corresponding with clients, research, and administrative tasks.

16.     Although I believe that my office has performed work on this case efficiently, effectively, with extreme diligence, and without unnecessary duplication, I have nevertheless made billing judgment reductions for the purpose of eliminating any duplication, overstaffing, or overwork.  I have personally carefully reviewed the time records of my organization for this purpose.  I reduced our time entries to omit the time of any biller who recorded less than 20 hours

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

on the matter. Following his departure from RBB, I further reviewed Mr. Nimni's time records and removed any entries that were duplicative, erroneous, or administrative to ensure that our fee request is as reasonable as possible. Notably, the hours recorded by myself and Mr. Nimni were submitted and reviewed by funders on a quarterly basis during the fiscal year of October 2023 to October 2024 under the terms of a particular grant agreement that required contemporaneous reporting.

17.    In addition, my co-counsel Ernest Galvan reviewed the RBB time entries alongside side of those of the other firms and organizations. Mr. Galvan marked specific entries for further billing judgment write downs that he suggested to account for any duplication of effort between organizations, as well as work on projects not directly related and necessary to prevail in the injunctive part of the case. Rights Behind Bars staff reviewed Mr. Galvan's additional write-downs and approved them.

18.     For all work performed from April 15, 2022 to March 31, 2025 date, RBB's lodestar for 1,257.6 hours of work is $729,168.75. Our hourly rates and hours would be billed as follows using prevailing market rates:

| Timekeeper | Position | Class | Rate | Hours | Total |
|---|---|---|---|---|---|
| Amaris Montes | Director of West Coast Litigation and Advocacy | 2021 | $500 | 886.45 | $443,225 |
| D Dangaran | Director of Gender Justice | 2020 | $525 | 68.8 | $36,120 |
| Miriam Nemeth | Deputy Litigation Director and Chief Counsel | 2009 | $925 | 63.55 | $58,783.75 |
| Oren Nimni | Litigation Director | 2014 | $700 | 238.8 | $167,160 |
| **TOTAL** | | | | 1257.6 | $705,288.75 |

19.    After RBB staff reviewed Mr. Galvan's suggested additional write-downs, we have reduced the hours claimed. The resulting total hours are shown in the table below:

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEY'S FEES AND EXPENSES

| Timekeeper | Position | Class | Rate | Hours | Total |
|---|---|---|---|---|---|
| Amaris Montes | Director of West Coast Litigation and Advocacy | 2021 | $500 | 871 | $435,500 |
| D Dangaran | Director of Gender Justice | 2020 | $525 | 65.8 | $34,545 |
| Miriam Nemeth | Deputy Litigation Director and Chief Counsel | 2009 | $925 | 60.2 | $55,685.00 |
| Oren Nimni | Litigation Director | 2014 | $700 | 237.6 | $166,320 |
| **TOTAL** | | | | 1234.6 | $692,050.00 |

20.     Since this case falls under the Equal Access to Justice Act, I understand that Plaintiffs' Counsel's fees are limited to $251.84 per person per hour.  Under that rate, RBB's fees would total 1234.6 hours times $251.84, or $310,921.66.

21.     Nonetheless, the Equal Access to Justice Act (EAJA) "authorizes the award of attorney's fees and other expenses to certain individuals . . . and other entities who prevail against the federal government in judicial proceedings."[2]  It was enacted to "diminish the deterrent effect of seeking review of . . . governmental action" by providing these fees and costs.[3]  The EAJA allows the Court to award market rates for timekeepers with special expertise.

22.     Plaintiffs' Counsel intends to seek market rates under the EAJA for the work of Oren Nimni and myself on the case, along with other members of Plaintiffs' Counsel.  As detailed below and in our biographies above, Mr. Nimi and I have demonstrated significant specialized expertise on this case in particular and on prisoners' rights litigation in general, including through prior case wins and various awards and commendations.  Awarding market rates for our work on this matter would help to "diminish the deterrent effect" of challenging federal government action.  Indeed, this is precisely the case in which seeking to diminish a deterrent effect is critically necessary.  RBB stepped in to investigate this matter after numerous other potential lawyers turned down the case, in part because of the myriad challenges in suing the federal government.  But for

---

[2] "About the Equal Access to Justice Act (EAJA)", Administrative Conference of the United States, *available at* acus.gov/eaja/background (last visited Jan. 24, 2025).

[3] *Id.*

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

Mr. Nimni and myself, and RBB's willingness to take on these monumental challenges when others would not, these harms may still be happening at FCI Dublin. Awarding EAJA rates in this case is critically important to ensuring that other individuals in BOP custody do not continue to suffer as our clients did.

23. RBB's lodestar based on market rates for Mr. Nimni and myself and EAJA rates for Ms. Nemeth and Mx. Dangaran is $633,551.84. This represents a fair rate for the time and resources that RBB invested into this important matter. The table below sets forth the claim at these rates:

| Timekeeper | Position | Class | Rate | Hours | Total |
|---|---|---|---|---|---|
| Amaris Montes | Director of West Coast Litigation and Advocacy | 2021 | $500 | 871 | $435,500 |
| D Dangaran | Director of Gender Justice | 2020 | $251.84 | 65.8 | $16,571 |
| Miriam Nemeth | Deputy Litigation Director and Chief Counsel | 2009 | $251.84 | 60.2 | $15,160.77 |
| Oren Nimni | Litigation Director | 2014 | $700 | 237.6 | $166,320 |
| TOTAL | | | | 1234.6 | $633,551.84 |

24. A summary of the key work performed by Plaintiffs' Counsel—and specifically RBB attorneys—at each stage of the litigation beginning April 15, 2022 is set forth below.

**APRIL 15, 2022 THOUGH AUGUST 16, 2023: PRE-FILING INVESTIGATIONS AND COMMUNICATIONS WITH INCARCERATED PEOPLE SEXUALLY ABUSED AT FCI DUBLIN, DRAFTING OF COMPLAINT**

25. From April 15, 2022 through August 16, 2023, RBB attorneys undertook an immense amount of investigation work in preparation for drafting and filing the Complaint against the Federal Bureau of Prisons (BOP) for sexual abuse at FCI Dublin. Oren Nimni and I spent a significant amount of time meeting with co-counsel at the time, Centro Legal de La Raza, who regularly met with incarcerated people in FCI Dublin collecting stories of individuals who were sexually abused, retaliated against, and denied basic services. We also regularly met with the California Coalition for Women Prisoners (CCWP) and other advocates providing services to

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

individuals incarcerated to more fully understand the breadth of the problem.  We began to conduct calls and correspond with individual survivors of sexual abuse to obtain their firsthand experiences of sexual assault, retaliation, and denial of services on a regular basis.  RBB attorneys also sent extensive FOIA requests to obtain more information regarding officers' abuse, BOP policy, and conditions at FCI Dublin.  We learned in August 2022, that Rosen Bien Galvan, & Grunfeld (RBGG) was also investigating abuse at FCI Dublin and entered into a co-counsel relationship with them in or around August 2022.  We recruited Arnold & Porter in or around November 2023.  Our co-counsel at Centro Legal de La Raza transitioned in July 2023 to work at the California Collaborative for Immigrant Justice (CCIJ), and our co-counsel relationship transitioned to CCIJ.  All three legal organizations constitute "Plaintiffs' Counsel" herein.

26.    When it became clear, in our professional judgment, that Plaintiffs' Counsel would need to file a lawsuit to protect the rights of incarcerated people at FCI Dublin and to prevent future harm, RBB attorneys met with potential plaintiffs to gather more factual information.  Plaintiffs' Counsel determined in our professional judgment that it was necessary to file an initial Complaint, Preliminary Injunction Motion, and Motion for Class Certification.  Oren Nimni, D Dangaran, and I conducted numerous legal calls to compile declarations in support of Plaintiffs' Preliminary Injunction Motion.  I also traveled to FCI Dublin to meet with incarcerated people there.  Plaintiffs' Counsel, including RBB attorneys, communicated with hundreds of clients on a regular basis.  RBB attorneys including myself, Mr. Nimni, and Mx. Dangaran, also did extensive legal research regarding various elements of our legal claims, as well as conducted further factual research prior to drafting the complaint.  Throughout the pre-filing process, RBB attorneys met with co-counsel on a weekly basis, CCWP and other Dublin Solidarity Coalition members on a bi-weekly basis, and had regular calls with partners providing services to clients including compassionate release attorneys.  In the months prior to filing, RBB attorneys including myself, Mr. Nimni, and Mx. Dangaran did extensive work drafting and editing our complaint and accompanying motions, as well as editing and reviewing declarations with clients.

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

**AUGUST 16, 2023 TO MARCH 15, 2024: FILING THE COMPLAINT, PRELIMINARY INJUNCTION HEARING, AND APPOINTMENT OF SPECIAL MASTER**

27.     On August 16, 2023, CCWP and eight named individual incarcerated people filed this action and simultaneously moved for class certification and a preliminary injunction to remedy the unconstitutional conditions.  ECF 1; ECF 10; ECF 11.  Following the initial filing of the Complaint, RBB attorneys received increased communication from FCI Dublin individuals who learned of the lawsuit, leading to increased legal calls reporting similar accounts of sexual abuse and retaliation.  Additionally, immediately following the filing of the complaint, RBB counsel regularly communicated with putative class members to educate them regarding the scope of the litigation and the significance of being a class member.  RBB attorneys also engaged in extensive legal and factual research and drafting to file responsive briefing in support of their Preliminary Injunction motion through filing on November 24, 2023.  ECF 52.

28.     On December 11, 2023, the Court scheduled an evidentiary hearing on the Preliminary Injunction Motion to begin on January 4, 2024.  ECF 64.  In the weeks between December 11, 2023 and January 4, 2024, Plaintiffs' Counsel engaged in an immense amount of strategy and preparation for this hearing.  RBB attorneys, including Oren Nimni and myself, analyzed various declarations and spoke directly with many incarcerated people to identify witnesses for the hearing.  RBB attorneys read through extensive client medical and disciplinary records to prepare for witness examination and cross-examinations.  RBB attorneys also analyzed various BOP policies and records to prepare direct and cross examinations of BOP witnesses.  Mr. Nimni and I drafted outlines of witness examinations and cross examinations and assisted Plaintiffs' Counsel with edits to their witness examinations.  Plaintiffs' Counsel compiled numerous binders of factual and legal evidence to utilize in the evidentiary hearing.  Immediately prior to the evidentiary hearing, Mr. Nimni and I made in-person visits to FCI Dublin and conducted numerous telephone calls to prepare witnesses for the evidentiary hearing.  Plaintiffs' Counsel collectively engaged in extensive meetings leading up to the evidentiary hearing to review evidence and strategize.

29.     Between January 4, 2024 and January 9, 2024, the Court held a five-day

Evidentiary Hearing covering extensive testimony regarding the ongoing risks of sexual assault to people incarcerated at FCI Dublin.  ECF 104; 110; 117; 126.  Oren Nimni and I conducted direct and cross examinations of our witnesses as well as BOP witnesses.  Following full days of hearing each day, RBB attorneys prepared for the following day's witnesses, communicated with clients and their family, and had meetings with Plaintiffs' Counsel regarding strategy.

30.    Between January 9 and February 27, 2024, Plaintiffs' Counsel engaged in substantive briefing following the evidentiary hearing.  Between January 9 and February 2, 2024, RBB attorneys read through transcripts of the evidentiary hearing, compiled documentary evidence of exhibits submitted at the hearing, and conducted legal research to draft Plaintiffs' Post Evidentiary Hearing Opening Brief, which was filed on February 2, 2024.  ECF 142.  Defendants' response was filed on February 16, 2024.  ECF 158.  Between February 16 and February 23, 2024, RBB attorneys again engaged in legal and factual research to respond to Defendants' arguments and drafted and edited our reply, which was filed on February 23, 2024.  ECF 177.  Between February 23 and 27, RBB attorneys prepared for oral argument at the Preliminary Injunction Hearing, including holding both internal and external moots.  On February 27, Oren Nimni provided oral argument for the Preliminary Injunction Motion, and I attended the hearing along with other members of Plaintiffs' Counsel.  ECF 186.

31.    On March 15, 2024, this Court issued an Order Granting the Motion for Class Certification and Granting and Denying in Part the Motion for Preliminary Injunction and granted Plaintiffs' request for an appointment of a Special Monitor.  ECF No. 222.  Following the March 15th order, RBB attorneys and Plaintiffs' Counsel investigated and vetted potential special master candidates to provide the Court with qualified applicants.  RBB attorneys also investigated candidates identified by the BOP.  A hearing was held on April 3, 2024 appointing Wendy Still as the Special Master.  ECF 243.

32.    On April 8, 2024, the Special Master began her on-site presence at FCI Dublin.  Four days later on April 12, 2024, FCI Dublin announced that they were temporarily closing the facility.  Immediately upon its closure, Plaintiffs' attorneys were inundated with calls and correspondence by class members with urgent medical, mental health, and safety issues regarding

the sudden closure. RBB attorneys received numerous calls and correspondence from class members requesting assistance. RBB attorneys including Oren Nimni and I, as well as other Plaintiffs' attorneys, worked to memorialize and track the ongoing issues caused by the sudden closure. When, in Plaintiffs' Counsel's professional judgment, it became apparent that the issues were so pervasive, Plaintiffs' Counsel found it necessary to draft a Temporary Restraining Order to safeguard class members from sudden transfer and ensure constitutional rights were protected in the process of closure. RBB attorneys compiled information from class members and drafted and edited sections of the Temporary Restraining Order. On April 19, 2024, Plaintiffs' Counsel filed for a Temporary Restraining Order. I also conducted an in-person legal visit on April 22, 2024 immediately following the closure in order to obtain additional information from class members who still remained at FCI Dublin. On May 8, 2024, the Court issued an Order re Closure of FCI Dublin & Preliminary Injunction, which provided additional guidance and protection to mitigate impacts of the sudden closure. ECF 300.

33. Throughout the months of April through June 2024, RBB attorneys continued to receive many client and class member calls regarding ongoing issues relating to their transfer, and RBB attorneys continued to document these issues. RBB attorneys as well as other Plaintiffs' Counsel continuously reported concerns to the Special Master and Opposing Counsel in Memoranda or raised them directly with BOP counsel to address emergency concerns.

34. On June 18, 2024, Defendants moved to dismiss this case. ECF 326. Plaintiffs' Counsel including RBB attorneys engaged in substantive legal and factual research to respond to Defendants' Motion to Dismiss. Plaintiffs' Response to Defendants' Motion to Dismiss was filed on July 2, 2024. ECF 338. Following substantive briefing, oral argument was held regarding the Motion to Dismiss on July 31, 2024, where Mr. Nimni provided oral argument on behalf of Plaintiffs' Counsel. ECF. 359. Mr. Nimni and other Plaintiffs' Counsel spent significant time preparing for the hearing and holding moots in advance of the hearing.

35. On May 24, 2024, the Court referred the parties to Magistrate Judge Joseph C. Spero for settlement discussions. ECF No. 310. Following an exchange of initial proposals in August 2024, the Parties began regularly meeting with Magistrate Judge Spero to negotiate a

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

potential settlement of this matter.  Between August to December, the Parties met with Magistrate Judge Spero over a total of seven settlement conferences including two sessions with representatives from CCWP and almost all of the Named Plaintiffs.  Each settlement conference lasted between four and eleven hours.  At least one of RBB attorneys including Oren Nimni, Amaris Montes, and Miriam Nemeth, attended each of the settlement conferences.  For each settlement conference, Plaintiffs' Counsel engaged in many hours of private negotiations with Opposing Counsel to negotiate the terms of the Consent Decree.  In most instances, at least two meetings spanning several hours occurred between the Parties to negotiate the terms of the Consent Decree terms, and RBB attorneys attended most of these meetings.  Furthermore, Plaintiffs' counsel engaged in many hours of drafting and editing terms of the Consent Decree, researching BOP policies or other documents, and meeting between each session to review proposals and counterproposals.  In December 2024, the Parties reach an agreement over a Proposed Consent Decree.  ECF 438.

## LITIGATION EXPENSES INCURRED

36.     RBB advanced costs and expenses to fund and further the litigation.  Attached hereto as **Exhibit B** is a document summarizing the categories of costs and expenses RBB has incurred up through March 31, 2025 totaling $9,154.32.

37.     I have reviewed **Exhibit B** and determined that each of the costs and expenses—including amounts for travel, legal visits, and client calls—was appropriately incurred in furtherance of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 2nd day of February, 2026.

/s/ *Amaris Montes*
Amaris Montes

DECLARATION OF AMARIS MONTES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND EXPENSES

# EXHIBIT A

**Amaris Montes**

3872 Glenalbyn Dr., Los Angeles, CA 90065| aamontes32@gmail.com | (818) 284-9669

## EDUCATION

**UCLA SCHOOL OF LAW** | Los Angeles, CA
J.D. with specializations in the David J. Epstein Program in Public Interest Law and Policy Program and Critical Race Studies Program, May 2021

| | |
|---|---|
| Honors: | UCLA Law Achievement Fellow (Full Tuition Scholarship, 2018-2021) | California Change Lawyer Scholar | Mexican American Bar Foundation Scholar | Latina Lawyers Bar Association Scholar |
| Activities: | UCLA Law Review, *Comments Editor* | Ninth Circuit Appellate Litigation Clinic, *Student* | Law Students for Immigrant Justice, *Outreach Coordinator* | Womyn of Color Collective, *Chair* | Native American Law Students Association, *Secretary* | UCLA Law Fellows, *Mentor* |
| Comment: | *Lost Childhoods: Uncovering the Complex Web of Detention for Unaccompanied Immigrant Children.* |

**UNIVERSITY OF CALIFORNIA, BERKELEY** | Berkeley, CA
B.A. with Honors in Anthropology and with Honors in Rhetoric, May 2013
Major GPA: 4.0. Cumulative GPA: 3.79. First generation college student.

| | |
|---|---|
| Thesis: | *The "Bad" Girls of Thailand: Deconstructing the Discourses of 'False Consciousness' & 'Free Agent' of Sex Workers in Thailand Through Narrative.* |
| Honors: | Dean's List | "Rhetoric in Action," *Department Citation* (Award for student activism) | Ronald E. McNair Scholar | Undergraduate Scholarship (2009-2013) |

## EXPERIENCE

**UCLA SCHOOL OF LAW** | Los Angeles, CA                                                   Expected January 2026-May 2026
Prisoner Rights Clinic Co-Instructor

- Hands-on supervision of student case teams litigating prisoner rights cases on appeal, providing guidance on writing, strategy, and oral argument skills.
- Co-teaching weekly lectures on legal doctrine, litigation techniques, client skills, oral advocacy, and career development.

**RIGHTS BEHIND BARS** | Remote                                                               September 2021-present
*Director of West Coast Litigation and Advocacy*                                          September 2023-present

- Acted as lead attorney on six cases in the Federal Courts of Appeal on behalf of pro se incarcerated people, leading to three published opinions. Acted as second chair on dozens of additional appellate briefs and provided substantive brief writing and oral argument preparation.
- Substantive briefing, dispositive motions, discovery practice (including depositions), and oral advocacy in various cases including, but not limited to:
  - *Rodrigo Romero et al. v. Scott Ladwig et al.*, a group habeas petition filed on behalf of four individuals in Camp 57, the immigration detention center in Angola Prison, regarding procedural and substantive due process violations in the revocation of their Orders of Supervision.
  - *California Coalition for Women Prisoners et al. v. Bureau of Prisons et al.*, a class action lawsuit seeking injunctive relief on behalf of survivors of sexual abuse by guards at FCI Dublin. Obtained the special master & monitor in history to oversee the Bureau of Prisons in over a dozen facilities.
  - *Voices of the Experienced (VOTE) et al. v. James Leblanc et al.*, a case challenging the Farm Line at Angola Prison which uses farm labor as punitive punishment and denies individuals with disabilities with accommodations.
  - *Jones et al. v. City of St. Louis et al.*, a case challenging St. Louis City Justice Center's use of excessive macing techniques and punitive water deprivation.

- o *Morocho et al. v. Bristol Country Sherriff's Office et al.,* a case on behalf of 13 plaintiffs challenging the excessive force and macing used on immigrants detained in the Bristol County Jail and House of Correction.
  - o *Washington v. Department of Corrections et al.*, a case challenging excessive use of force in the Massachusetts Department of Corrections.
- Created and led RBB's sub-project advocating for the rights of indigenous incarcerated people to perform Native ceremony and religious practice while incarcerated, which included writing numerous demand letters, coalition building with Native rights organization and local nonprofits, and policy advocacy.
- Conducted a number of media interviews for television, podcast, or written journalism pieces for RBB's cases which has resulted in media coverage on the *Los Angeles Times*, *NPR*, *Associated Press*, *San Francisco Chronicle*, and other regional and national publications.
- Supervised interns each summer and provided substantive feedback on work assignments.

*Skadden Fellow*                                                                                   September 2021-September 2023
- Led a Skadden project aimed at investigating and litigating against immigration detention centers that hold children run by the Office of Refugee Resettlement (ORR).

**SOUTHERN CENTER FOR HUMAN RIGHTS** | Atlanta, GA                            June 2020-August 2020
*Summer Legal Intern*
- Drafted research memos investigating the Prison Litigation Reform Act's exhaustion requirement, lack of access to counsel in Georgia, and resentencing issues for juveniles sentenced to life without parole.
- Assisted an individual in their parole hearing by providing written advocacy on their behalf and prepared a home plan with the client to ensure they were connected to social services if released.

**NATIONAL IMMIGRATION LAW CENTER** | Los Angeles, CA                       June 2019-August 2019
*Summer Legal Intern*
- Drafted several research memos surrounding constitutional claims for impact litigation cases on issues surrounding DACA, the Muslim Ban, equal access to education, and enforcement challenges.
- Compiled national research on Universal Representation Programs across the country to create and publish an interactive map for public use.

**CAPITAL AREA IMMIGRANTS' RIGHTS (CAIR) COALITION** | Washington D.C.
*Senior Legal Assistant—Detained Children's Program*                         December 2017-July 2018
- Acted as the sole legal assistant serving two-thirds of all detained immigrant children held in maximum-security detention centers in the country.
- Researched and drafted declarations, motions, country conditions and briefs for a range of immigration cases under supervision of attorneys.
- Interpreted in English and Spanish for children and attorneys during asylum interviews, moot cross examinations, and psychological evaluations.

*Legal Assistant—Detained Children's Program*                                   October 2016-December 2017
- Conducted weekly Know Your Rights presentations in Spanish for up to one hundred children a month ages ten to seventeen who are detained by the Office of Refugee Resettlement.
- Screened children for immigration relief, including Special Immigrant Juvenile Status, U-Visas, and asylum.

**LATIN AMERICAN YOUTH CENTER** | Washington D.C.                            March 2015-October 2016
*Family Resource Specialist—Foster Care Program*
- One of two individuals at the agency uniquely responsible for evaluating the competencies of prospective foster families for licensing, consistently scoring in the 90th percentile during federal audits.
- Managed emergency placements and performed crisis intervention using trauma informed techniques.

- Actively recruited a diverse group of foster parents through community outreach efforts, including events, public speaking engagements, and one-on-one partnerships with community members.

**FAIRVOTE**| Washington D.C.                                     September 2014-March 2015
*Research and Advocacy Fellow*
- Led outreach campaigns and communication strategies for FairVote's Representation 2020 project, with the aim of increasing the number of women in government.
- Provided critical in-depth research and writing on electoral reform strategies, such as ranked choice voting and multimember districts and its effect on the representation of women and people of color in government; findings released in State of Women's Representation 2015 annual report.

**CENTER FOR GLOBAL EDUCATION** | Cuernavaca, Morelos, México          January 2014-June 2014
*Residential Assistant*
- Created mixed-media content including video editing/filming, banners, and social media about coursework.
- Supervised seventeen undergraduate students in residential halls and during excursions throughout Mexico centered on social justice initiatives, including visits to indigenous communities.

**NATIONAL EDUCATION ASSOCIATION** | Washington D.C.          September 2013-December 2013
*Campaigns and Elections Intern*
- Researched barriers to civic engagement, with close focus on voter suppression, racial discrimination, and youth voting.
- Compiled and analyzed data concerning voting rights in various states in relation to education policy.

**EMPOWER FOUNDATION** | Bangkok, Thailand          January 2012-June 2012; May 2013-July 2013
*Intern/English teacher*
- Conducted community outreach through canvassing, social media, and person-to person communication to inform sex workers of EMPOWER's services.
- Taught English and offered safety and sexual health resources to sex workers in the red-light district.

## PRESENTATIONS

- *Special Considerations for Certain Types of Clients*, Monetary Settlements and Awards for Pro Bono & Legal Services Clients 2025: Legal Practical & Ethical Issues, PRACTICING LAW INSTITUTE, May 2025.
- *Guest Lecture,* Prisoners' Rights Clinic, UCLA SCHOOL OF LAW, February 2024.
- *Guest Lecture,* Bluhm Legal Clinic Appellate Advocacy, NORTHWESTERN PRITZKER SCHOOL OF LAW, September 2022.

## PROFESSIONAL AWARDS

**UCLA LAW U. SERVE L.A. ALUMNI HONOREE**                                     April 2025
- One of four alumni awards given by UCLA School of Law for work in public interest, particularly for powerful advocacy for those behind bars.

## SKILLS/PERSONAL

**BAR ADMISSIONS:** California State Bar**;** Maryland State Bar; Second, Fifth, Seventh, Eighth, and Ninth Circuit Courts of Appeals.
**LANGUAGES**: Proficient in Spanish.
**INTERESTS:** Muay Thai, Boxing, Skating, Traveling, Running, Cooking, Metal Music.

# EXHIBIT B

CCWP v. BOP
RBB Expenses Summary to March 31, 2025

| Category | RBB |
|---|---|
| Long Distance Telephone | $53.00 |
| Travel, Lodging, Meals | $9,101.32 |
| **Grand Total** | **$9,154.32** |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBB | 5/2/2023 | Travel--Airfare | $317.80 | May 3, 2023 Legal Visit Flight | Travel, Lodging, Meals |
| RBB | 5/4/2023 | Travel--Meals | $64.00 | Per diem for trip to Dublin for legal visit with clients (5/3-5/4) | Travel, Lodging, Meals |
| RBB | 8/10/2023 | Travel--Mileage | $40.20 | 67 cents/mile- Mileage for Fabiola's FBI interview (from 37840 Echo Mountain Rd. Palmdale CA to Federal Bureau of Investigation, 11000 Wilshire Blvd #1700, Los Angeles, CA 90024) | Travel, Lodging, Meals |
| RBB | 8/10/2023 | Travel--Parking | $16.00 | Parking during client visit of transferred client at Metropolitan Detention Center in LA | Travel, Lodging, Meals |
| RBB | 8/10/2023 | Travel--Mileage | $46.30 | Mileage for Client visit to MDC (from 37840 Echo Mountain Rd. Palmdale CA to Metropolitan Detention Center 535 Alameda St, Los Angeles, CA 90012, 69.1 miles @ 67 cents/mile) for visit to MDC to see transferred client RF | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $358.20 | Flight for filing of complaint-WASHINGTON NATIONADALLAS/FORT WORTH DALLAS/FORT WORTHSAN FRANCISCO INTL (AM) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $358.20 | Flight to SF for filing of complaint-WASHINGTON NATIONADALLAS/FORT WORTH DALLAS/FORT WORTHSAN FRANCISCO INTL (ON) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Misc | $41.00 | Extra expenses for flight, filing complaint SAN FRANCISCO INTLWASHINGTON DULLES | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $32.00 | Flight back extra fee filing of complaint SAN FRANCISCO INTLWASHINGTON DULLES | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $543.90 | Flight back from filing complaint-SAN FRANCISCO INTLWASHINGTON DULLES AM | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Airfare | $543.90 | Flight back from filing complaint-SAN FRANCISCO INTLWASHINGTON DULLES ON | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Meals | $384.00 | Per Diem Dublin August 12-17 for filing of complaint(6 days at 64.00 per day) (AM) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Meals | $384.00 | Per diem for Dublin filing of complaint 8/12-8/17/2023 @ 64/day (ON) | Travel, Lodging, Meals |
| RBB | 8/16/2023 | Travel--Lodging | $986.51 | Airbnb filing of complaint Will appear on your Aug 18, 2023 statement as AIRBNB * HMQB52P2TZ SAN FRANCISCO CA | Travel, Lodging, Meals |
| RBB | 12/10/2023 | Travel--Airfare | $355.80 | Flight LA to SF (Dublin) for ON and AM for the Preliminary Injunction Hearing and related visit | Travel, Lodging, Meals |
| RBB | 12/10/2023 | Travel--Meals | $512.00 | Per Diem for Dublin for the Preliminary Injunction Hearing and related visit (64.00 per day, 8 days from Jan. 2-9) | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Lodging | $1,050.57 | Evidentiary Hearing-Entire home/apt at Oakland, United States, Confirmation: HMS5KJEBQR | Travel, Lodging, Meals |

CCWP Class Action Injunctive Expenses through March 31, 2025

| Firm | Date | Cost Desc | Amount | Narrative | Category |
|---|---|---|---|---|---|
| RBB | 1/10/2024 | Travel--Lodging | $589.34 | Airbnb in Oakland Evidentiary Hearing (extension when it ran long)- Confirmation: HMCTEF3K8Q | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Meals | $512.00 | Per diem @ $64 for Dublin hearing 1/2-1/9 for the Preliminary Injunction Hearing and related visit | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Parking | $66.00 | Parking during for visit to SF for the Preliminary Injunction 12/31-1/10 | Travel, Lodging, Meals |
| RBB | 1/10/2024 | Travel--Airfare | $267.96 | Flight for Oren and Amaris back to LA from SF for the Preliminary Injunction Hearing and related visit | Travel, Lodging, Meals |
| RBB | 4/8/2024 | Long Distance Telephone | $20.00 | International phone pass for 2 days when I had to take  calls while on vacation for Dublin closure (3/7-8) | Long Distance Telephone |
| RBB | 4/10/2024 | Travel--Airfare | $42.00 | Order to show cause Flight expense-BOSTON LOGAN INTERSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $271.10 | Order to show cause flight-BOSTON LOGAN INTERSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $194.55 | Flight Order to Show Cause Hearing- BURBANKSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $30.00 | Expenses from flight (Order to show cause) BURBANKSAN FRANCISCO INTL | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $191.00 | Flight from SFO Hearing to JFK (reimbursement comparable to SFO to LAX flight) | Travel, Lodging, Meals |
| RBB | 4/10/2024 | Travel--Airfare | $253.11 | Flight back from Order to Show Cause hearing -SAN FRANCISCO INTLN.Y. J F KENNEDY I | Travel, Lodging, Meals |
| RBB | 4/22/2024 | Travel--Airfare | $236.19 | Flight for Dublin Legal visit-LOS ANGELES INTERNSAN FRANCISCO INTL roundrtip | Travel, Lodging, Meals |
| RBB | 4/22/2024 | Travel--Meals | $64.00 | Per diem for 1 day legal visit at Dublin on 4/22/2024 | Travel, Lodging, Meals |
| RBB | 9/10/2024 | Travel--Meals | $64.00 | Per Diem Dublin Motion to Dismiss Hearing | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $136.00 | Per diem 2 days, Carswell visit  3/12 to 3/13/25 | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $39.99 | Airport parking for Carswell visit 3/11 - 3/13/25 | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $606.97 | Flight from LAX-DFW (roundtrip)- Carswell visit  3/11 - 3/13/25 | Travel, Lodging, Meals |
| RBB | 3/13/2025 | Travel/Mileage | $450.27 | Hotel stay (Carswell visit) 3/11 - 3/13/25 | Travel, Lodging, Meals |
| RBB | 3/31/2025 | Long Distance Telephone | $8.00 | Phone funds | Long Distance Telephone |
| RBB | 3/21/2025 | Long Distance Telephone | $25.00 | Google voice credit- Client Calls | Long Distance Telephone |