ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Email:          egalvan@rbgg.com
                kjanssen@rbgg.com
                aspiegel@rbgg.com
                lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:     (510) 679-3674
Email:          susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C.  20033
Telephone:     (202) 455-4399
Email:          amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York  10019-9710
Telephone:   (212) 836-8000
Email:          stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306-3807
Telephone:   (650) 319-4500
Email:          carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C.  20001-3743
Telephone:   (202) 942-5000
Email:          natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT OF ATTORNEYS' FEES AND EXPENSES** <br><br> Judge:   Hon. Yvonne Gonzalez Rogers |

[4821287.1]

Case No. 4:23-cv-04155-YGR

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED  MOTION FOR
APPROVAL OF SETTLEMENT OF ATTORNEYS' FEES AND EXPENSES

The Parties have entered into a Consent Decree to resolve all claims in this case which was approved by this Court on February 27, 2025.  ECF No. 473.  Paragraph 110 of the Consent Decree provides for the payment of attorneys' fees and costs.  On July 29, 2025, the Parties agreed to an award of $3 million dollars in full satisfaction of Defendants' agreement to pay Class Counsel's reasonable attorneys' fees and costs. Having considered the parties' pleadings and papers, the entire record in this action, and the arguments of counsel, the Court finds that, good cause appearing, IT IS HEREBY ORDERED as follows:

1.    This is a class action certified pursuant to Federal Rule of Civil Procedure 23(b)(2) and the Court may award attorneys' fees and costs to class counsel pursuant to Federal Rule of Civil Procedure 23(h).

2.    For purposes of resolving Plaintiffs' motion for fees, the United States has agreed that Plaintiffs are the prevailing party.

3.    Plaintiffs are represented by counsel at Arnold & Porter Kaye Scholer LLP ("A&P"), California Collaborative for Immigrant Justice ("CCIJ"), Rights Behind Bars ("RBB"), and Rosen Bien Galvan & Grunfeld LLP ("RBGG").  The requested rates for Plaintiffs' counsel are reasonable and appropriate for their work in this litigation. The rates sought here are in line with the market rates prevailing in the San Francisco Bay Area for work of similar complexity by lawyers of similar skills and experience.  Plaintiffs' counsel possess a significant amount of experience and expertise in prisoners' rights and complex class actions, which they utilized in this case to secure exceptional results.

4.    The time Plaintiffs' attorneys expended on this case was appropriate given the length, intensity, and nature of the litigation.  Plaintiffs' counsel effectively and efficiently litigated this case.  Legal work was allocated between and among Plaintiffs' counsel to ensure work was performed effectively and efficiently utilizing the expertise of each organization.  The agreed amount of $3 million dollars, which includes fees, costs, and expenses, represents a more than 40% reduction from the $4,959,196 in fees and $197,293 in costs, an amount which was already reduced through significant billing

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR
APPROVAL OF SETTLEMENT OF ATTORNEYS' FEES AND EXPENSES

judgments.  The Court finds these billing judgment reductions to be reasonable and appropriate, in that they assure that Plaintiffs' counsel have accounted for any undue duplication of effort or inefficiency.

5.      On February 27, 2025, this Court found that the Consent Decree was fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e).  ECF No. 473. This remains true, and the Court finds that the agreed upon award is reasonable and appropriate under federal and state law for the work performed and the success achieved for the class.

6.      Defendant is ordered to pay Plaintiffs $3 million for reasonable attorneys' fees, costs and expenses within ___ days of this Order.

7.      Attorneys are entitled to recover fees for time spent monitoring and enforcing compliance with settlement agreements in civil rights lawsuits.  Monitoring work is compensable even if it does not result in additional judicial relief.  Accordingly, Plaintiffs are entitled to attorneys' fees and costs for implementation and monitoring of the Consent Decree.

8.      The Consent Decree provides that "BOP shall also pay Class Counsel 'Monitoring fees' for their reasonable time and reasonable expenses related to monitoring this Consent Decree, subject to applicable limitations in terms of eligibility and amount." ECF No. 473-1, ¶110.  The Parties have agreed to negotiate awards for recovery of fees for monitoring and enforcing compliance on a regular basis during the pendency of the Consent Decree and propose submitting such agreed awards to the Court on a quarterly basis going forward.

IT IS SO ORDERED.

DATED: _____, 2026

_____
Hon. Yvonne Gonzalez Rogers