ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:      (415) 433-6830
Email:        egalvan@rbgg.com
              kjanssen@rbgg.com
              aspiegel@rbgg.com
              lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:      (510) 679-3674
Email:        susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C.  20033
Telephone:      (202) 455-4399
Email:        amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York  10019-9710
Telephone:   (212) 836-8000
Email:        stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306-3807
Telephone:   (650) 319-4500
Email:        carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C.  20001-3743
Telephone:   (202) 942-5000
Email:        natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 4:23-CV-04155-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER RE NOTICE TO CLASS OF UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES** <br><br> Judge Yvonne Gonzalez Rogers |

[4816580.3]

Case No. 4:23-CV-04155-YGR

The Parties, through their Counsel, jointly request that the Court approve the notice set forth in Exhibit A to this Proposed Order, and approve the parties' method of notice as set forth below. The purpose of this notice is to meet the requirements of Rule 23(h) of the Federal Rules of Civil Procedure for reasonable notice to the class, with an opportunity to object. No later than February 10, 2026, Class Counsel shall mail a notice whose substance conforms to Exhibit A hereto to class members' last known address by Class Counsel, and BOP shall upload the notice to TRULINCs for Class Members' review. The deadline for objections shall be March 10, 2026 which is 7 days before the date to be noticed for the hearing on the unopposed attorneys' fees and expenses motion. Pursuant to Local Rule 5-1(i)(3) concurrence in the filing of this document has been obtained from each of the signatories below.

IT IS SO STIPULATED.

DATED: February 2, 2026

RIGHTS BEHIND BARS
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
ROSEN BIEN GALVAN & GRUNFELD LLP
ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/ Ernest Galvan*
     Ernest Galvan
     *Attorneys for Plaintiffs*

DATED: January 30, 2026

KURT G. ALME
United States Attorney

By:  */s/ Madison Mattioli*
     Madison L. Mattioli
     Mark Steger Smith
     Timothy A. Tatarka
     Assistant U.S. Attorneys
     *Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2026

     _____
     Yvonne Gonzalez Rogers

# Exhibit A

ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ADRIENNE SPIEGEL – 330482
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Email:          egalvan@rbgg.com
                    kjanssen@rbgg.com
                    aspiegel@rbgg.com
                    lkhabbaz@rbgg.com

SUSAN M. BEATY – 324048
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California  94612-4700
Telephone:     (510) 679-3674
Email:          susan@ccijustice.org

AMARIS MONTES*
  Md. Bar No. 2112150205
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C.  20033
Telephone:     (202) 455-4399
Email:          amaris@rightsbehindbars.org

STEPHEN S. CHA-KIM*
  N.Y. Bar No. 4979357
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York  10019-9710
Telephone:  (212) 836-8000
Email:          stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON – 317308
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306-3807
Telephone:  (650) 319-4500
Email:          carson.anderson@arnoldporter.com

NATALIE STEIERT*
  D.C. Bar No. 90010655
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C.  20001-3743
Telephone:  (202) 942-5000
Email:          natalie.steiert@arnoldporter.com

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS et al., <br><br> Defendants. | Case No. 4:23-cv-04155-YGR <br><br> **PROPOSED NOTICE OF CLASS ACTION ATTORNEYS' FEES AND EXPENSES SETTLEMENT AND APPROVAL MOTION** <br><br> Judge:    Hon. Yvonne Gonzalez Rogers |

[4817188.2]

## NOTICE OF CLASS ACTION ATTORNEY FEES AND EXPENSES
## SETTLEMENT AND APPROVAL MOTION

Class counsel in *California Coalition for Women Prisoners et al. v. United States of America Federal Bureau of Prisons et al.*, No. 4:23-CV-04155-YGR (N.D. Cal.) have filed a motion for the Court to approve a settlement of the attorneys' fees and expenses. These are the attorneys' fees and expenses for investigating, preparing and litigating this lawsuit from 2018 through March 31, 2025. Under the federal rules, class members may object to the attorneys' fees and expenses motion.

The California Coalition for Women Prisoners ("CCWP") case is a federal class action lawsuit challenging Federal Bureau of Prisons ("BOP") policies, customs, and practices which were alleged to facilitate sexual assault, retaliation, and unconstitutional conditions at BOP facilities. You are a Class Member if you were incarcerated at FCI Dublin between March 15, 2024 and May 1, 2024 or if you are a Named Plaintiff (R.B.; A.H.R.; S.L.; J.L.; J.M.; G.M.; A.S.; and L.T.).

The CCWP case resulted in a Consent Decree with provisions regarding medical and mental health care, alerts and reporting for concerns raised by the Plaintiff Class, procedural protections against staff physical and sexual abuse and retaliation, reporting and verification of the release and security designation classification, access to the Monitor and Class Counsel, among other things.

Under the Consent Decree attorneys' fees and expenses are to be paid by the BOP, not by the class. Class Counsel has asked the Court to approve a settlement of all fees and expenses up to March 31, 2025, for a total of $3 million. This amount includes fees for over 25 attorneys and paralegals working at 5 organizations over the course of over six years. You can read the motion to approve the attorneys' fees settlement online at https://rbgg.com/ccwp-fees., by contacting Class Counsel at RBGG, P.O. Box 390, San Francisco, California, 94104; or by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://pacer.uscourts.gov/, or by accessing it on TRULINCS.

You have a right to object to the attorney's fees and expenses settlement. Any objections must include the case name, *California Coalition for Women Prisoners et al. v. United States of America Federal Bureau of Prisons et al.*, and case number, 4:23-CV-04155-YGR (N.D. Cal.), as well as your name, address, and signature. Objections may be sent by mail or submitted by filing them in person at any location of the United States District Court for the Northern District of California no later than March 10, 2026. If mailed, your objections must be postmarked no later than March 10, 2026, and sent to the following address:

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612

PLEASE DO NOT TELEPHONE THE COURT OR THE CLERK'S OFFICE TO ASK ABOUT THE SETTLEMENT.