TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: LEX-S-B

---

FROM: 20446009
TO:
SUBJECT: CCWP Case
DATE: 02/23/2026 09:34:33 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA COALITION FOR WOMEN PRISONERS

V.                                              NO. 23-CV-4155-YGR

UNITED STATES OF AMERICA

**FILED**
**FEB 27 2026**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

CLASS MEMBER REQUEST FOR STATUS ON PENDING MOTION FOR ENFORCEMENT OF CONSENT DECREE

The Ninth Circuit Court of Appeals placed an appeal in abeyance, pending this Court's decision on the enforcement of the Consent Decree, specifically, Paragraph-69. See, CCWP v. Rhonda Fleming, No. 25-5611, Stay Granted October 2025.

This matter has been fully briefed and pending a decision, for about 6-months.

The Class Member respectfully moves the Court to issue a decision on this matter so that the Ninth Circuit can review the pending appeal or dismiss it.

Respectfully Submitted,

_____
Rhonda Fleming, Class Member
February 23, 2026
#20446-009
FMC-Lexington--Satellite Camp
PO Box 14525
Lexington, KY 40512

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this document by the United States District Clerk.

_____
Rhonda Fleming, Class Member

Rhonda Fleming 30446-009
Federal Medical Center Lexington
Satellite Camp
PO Box 14525
Lexington, KY 40512

United States District Court
Office of the Clerk
1301 Clay Street, #400S
Oakland, CA 94612

Legal Mail



RECEIVED
FEB 27 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA