Jehoaddan Wilson
Reg # 24085-111
FCI Phoenix Satellite Camp
37930 N. 45th Ave.
Phoenix, Az 85086
Class Member

FILED

MAR 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE MATTER OF:
Women's Coalition, etal

vs

BOP

Case No: 4:23-CV-04155-YRG

Date: March 17, 2026

Time: 2:00 pm

Dept #: 1, 4th floor

Honorable Judge
Y. Gonzalez-Rodgers

OBJECTION TO PLAINTIFFS' MOTION FOR
APPROVAL OF SETTLEMENT OF
ATTORNEYS' FEES AND EXPENSES

COME NOW Jehoaddan Wilson, class member,
am writing to object to the motion for
approval of settlement of attorneys'
fees and expenses for the following

Objection                page 1 of 6

reasons:

1.) The Plaintiffs' motion suggest verbiage that is misleading and therefore raise an issue with intentions of fraud. I am a class member and I do not want to be involved in fraudulent activity.

### FACTS

On 2/2/26, attorneys filed DKT NO. 534 in this instant case, claiming that the term "Effective Date" is [on] March 31, 2025, page 11, line 5, which is misleading and raise motive of fraud or fraudulent activity.

For purposes of constitutional law, the verbiage must be replaced before approving any motion for settlement of fees and fines to provide the proper verbiage as stated in the civil minutes on 2/25/25, that the March 31, 2025 day is the "extention" of the "approval date" concisely marking the effective date of 2/27/25 extending through 3/31/25 as the "Effective Date Period," which is the verbiage missing and must be replaced and used on page 5 of DKT NO. 534. The verbiage must be concise

objection                    page 2 of 6

and not misconstrue nor contradict the facts. It is a fact that the term "Effective Date" is "on" 2/27/25 as concisely defined in DKT No. 438-2, page 8, line 18, filed on 12/06/24, before the final consent decree order was approved by Judge Y. Gonzalez-Rodgers, clearly setting out the true and factual use for the term "Effective Date" and records the term's definition as: "Effective Date refers to the date on which this consent decree is approved by the court."

To support the claim of the attorneys' motive of fraud, I, Jehoaddan Wilson, did not receive legal services as claimed on motion for [...] attorneys' fees and expenses and that lead me to raise the attorneys' motive of fraud. The attorneys request to be paid for services during these "dates" but not provide services during these "dates."

For example, on 2/27/25, I was sanctioned by the BOP and on 2/28/25 disallowed time credits for a Nexus to the abuse at FCI Dublin. I contacted the monitor, Wendy Still and

objection                    page 3 of 6

Sara Malone and they ignored my request for help and replied back with the "effective date" of the consent decree order of 3/31/25 therefore they cannot assist me in getting my time credits restored by the BOP. I then contacted Brooke D. Bradley and stated, "I want to file a suit." Mrs. Bradley of Arnold and Porter Kaye Scholer LLP stated she agrees with the "effective date" of March 31, 2025 and therefore cannot assist me by filing a suit to resolve my issues on 2/27/25.

In Conclusion, I linked the motive of fraud because the consent decree approved and signed by Judge Y. Gonzalez-Rodgers concisely defines the effective date on the approval date on 2/27/25. The motion [....] attorneys' fees and expenses stats, on page 12, of DKT NO. 534, the "effective date" of 3/31/25 however on line 16-17 of page 12, the attorneys omitted the 3/31/25 verbiage and requested to be

paid "Between the effective date and this settlement." So my issue on 2/27/25 with the BOP should be serviced and resolved. However, the attorneys are requesting payment for services "between the effective date [2/27/25] and this settlement but not actually preform the services as of the effective date. It's not fair for an innocent victim as myself who survived sexual abuse to agree that payment of $3 million be settled and paid for services not rendered. I am injured because I did not received service for issues on 2/27/25 because I am still in prison for time credits I earned and vested but cannot use because the monitor and attorneys refused to assist me in getting my time credits restored by the BOP.

I object to the motion for approval of settlement of attorneys' fees and expenses for the above reasons. I ask the court to deny the order for fraud.

Objection                    page 5 of 6

Respectfully Submitted,

Jehoaddan Wilson

Jehoaddan Wilson
Class member

Dated: 3/7/26

Jehoaddan Wilson
reg# 24085-111
FCI Phoenix Satellitecamp
37930 N. 45th Ave.
Phoenix, AZ 85086

PHOENIX AZ 852

9 MAR 2026 PM 10 L

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street, Ste. 400S
Oakland, CA 94612

RECEIVED

MAR 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

