UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANG NGUYEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-05529-JSC<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez-Rogers for consideration of whether the case is related to *California Coalition of Women Prisoners, et al., v. United States of America Federal Bureau of Prisons, et al.*, No. C 23-4155 YGR.

　　　　**IT IS SO ORDERED.**

Dated: June 18, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge