UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL., | Case No.: 4:23-cv-04155-YGR |
| Plaintiffs, | ORDER DENYING JEHOADDAN WILSON'S REQUESTS RE: ORDER GRANTING FEES MOTION |
| v. | Re: Dkt. Nos. 549, 550 |
| UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, ET AL., | |
| Defendants. | |

The Court is in receipt of class member Jehoaddan Wilson's requests to stay and appeal the Court's order granting class counsel's motion for approval of settlement of attorneys' fees and expenses. (Dkt. No. 550.) Wilson also requests "new representation since [she is] a criminal plaintiff" (*id*.) on the grounds that "Class Counsel and Senior Monitor and Team have provided 'ineffective assistance of counsel,' a right not secured under the 6th amendment of the U.S. Constitution." (Dkt. No. 549.)

*First*, to the extent Wilson requests reconsideration of the Court's order granting the fees motion, the Court has already found that Wilson's objection on grounds personal to her do not provide a sufficient basis for reducing or denying an award for counsel's work on behalf of the class as a whole. Wilson's latest filings do not raise any new arguments and therefore do not warrant reconsideration of that finding.

*Second*, this action is civil—not criminal. In contrast to criminal proceedings, there generally is no constitutional right to counsel in civil actions. *United States v. 30.64 Acres of Land*, 795 F.2d 796, 801 (9th Cir. 1986) ("There is normally. . . no constitutional right to counsel in a civil case."). It is well established that "the Sixth Amendment does not govern civil cases." *Turner*

*v. Rogers*, 564 U.S. 431, 441 (2011). Accordingly, Wilson has not identified any constitutional or other legal basis for the Court to appoint new counsel.

For these reasons, Wilson's requests are **DENIED**.

**IT IS SO ORDERED**.

Date:    June 24, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2