**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA COALITION FOR WOMEN PRISONERS, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, ET AL.,**<br><br>    Defendants. | **Case No.: 4:23-cv-04155-YGR**<br><br>**ORDER DENYING RHONDA FLEMING LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re.: Dkt. No. 565 |

Class member Rhonda Fleming has filed notice of appeal of the denial of her motion for enforcement of the consent decree.[1] (Dkt. No. 565.) The Court construes the filing as a motion for leave to file a motion for reconsideration pursuant to Civil Local Rule 7-9.

Local Rule 7-9(b) requires that a party seeking leave to file a motion for reconsideration show reasonable diligence in making the motion and one of the following:

(1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or

(2) The emergence of new material facts or a change of law occurring after the time of such order; or

(3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

---

[1] Fleming also states she did not receive the Court's order denying her motion. The Clerk of Court is instructed to mail a courtesy copy of the Court's order at Dkt. No. 556 and the instant Order to Fleming.

Pursuant to Local Rule 7-9(c), "[n]o motion for leave to file a motion for reconsideration may repeat any oral or written argument made by the applying party in support of or in opposition to the interlocutory order which the party now seeks to have reconsidered."

Here, Fleming does not state any grounds for reconsideration in accordance with the Rule. Accordingly, to the extent she requests leave to file for reconsideration of the Court's order at Dkt. No. 556, the request is **DENIED**.

**IT IS SO ORDERED**.

Date: July 6, 2026

_____

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**