TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: CCC-B-A

---------------------------------------------------------------------------------------

FROM: 20446009
TO:
SUBJECT: NOTICE OF APPEAL-CCWP
DATE: 07/30/2026 08:45:18 AM

**FILED**

AUG 04 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA COALITION FOR
WOMEN PRISONERS,

RHONDA FLEMING,

V.                                    NO. 4:23-CV-0415-YGR

UNITED STATES OF AMERICA

CLASS MEMBERS NOTICE OF APPEAL

The Court denied the Class Member's Motion to Enforce the Consent Decree and Motion to Reconsider. The Class Member has never been provided with a copy of either order, even after making a request for the documents.

The Class Member files this Notice of Appeal of all denials for relief by the Court.

Respectfully Submitted,

Rhonda Fleming, Class Member
July 30, 2026
#20446-009
MCC-Chicago
71 West Van Buren
Chicago, IL 60605

Rhonda Fleming 20446-009
MCC- Chicago
71 West Van Buren
Chicago, IL 60605

S SUBURBAN IL 604

31 JUL 2026   PM 1  L

United States District Court
Office of the Clerk
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5217

94612-521299

Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JUL 3 1 2026

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

RECEIVED
AUG 04 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA