UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA COALITION FOR WOMEN PRISONERS; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>FCI Dublin Warden ART DULGOV; et al.,<br><br>Defendants - Appellees,<br><br>LAWRENCE GACAD,<br><br>Defendant-x-claimant - Appellee,<br><br>v.<br><br>RHONDA FLEMING,<br><br>Movant - Appellant,<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants-Cross-Defendants - Appellees. | No. 26-5202<br><br>D.C. No.<br>4:23-cv-04155-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Appellant has not timely filed the opening brief or filed a motion to proceed in forma pauperis or proof that fees were paid to the district court, as ordered by this court on September 29, 2026.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

All pending motions are denied as moot.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT